UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.B.; S.S.; and individuals similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>NASSAU COUNTY; NASSAU COUNTY EXECUTIVE BRUCE BLAKEMAN, in his official capacity,<br><br>Defendants. | CIVIL CASE NO. 2:24-cv-05884<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the affidavits of Plaintiffs S.S. and G.B. and the affirmation of Jessica Richwalder, Esq. on behalf of Disability Rights New York, sworn to on the 22 day of August, 2024, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named Defendants show cause before a motion term of this Court, at Room _____, United States Courthouse, 100 Federal Plaza, in the Central Islip, New York, on _____ _____, _____, at _____ o'clock in the ____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from <u>enforcing the Mask Transparency Act[1] in Nassau County, New York</u>; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants are temporarily restrained and enjoined from <u>enforcing the Mask Transparency Act in Nassau County, New York</u>; and it is further

---

[1] Nassau County, N.Y., Miscellaneous Laws of Nassau County Title 91 (effective August 14, 2024).

   ORDERED that security in the amount of $ _____ be posted by the Plaintiffs prior to _____ _____, _____, at _____ o'clock in the \_\_\_\_ noon of that day; and it is further

   ORDERED that personal service of a copy of this order and annexed affidavit upon the Defendants or their Counsel on or before _____ o'clock in the \_\_\_\_ noon, _____ _____, _____, shall be deemed good and sufficient service thereof.

DATED: Central Islip, New York

ISSUED: _____

                     _____
                         United States District Judge