UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

G.B.; S.S.; and individuals similarly situated,          CIVIL CASE NO. 2:24-cv-05884

                 Plaintiffs,          **AFFIRMATION OF ATTORNEY**
**JESSICA RICHWALDER**

    -against-

NASSAU COUNTY; NASSAU COUNTY
EXECUTIVE BRUCE BLAKEMAN, in his
official capacity,

              Defendants.

      Jessica Richwalder, Esq., an attorney admitted to practice in New York State and before

this Court, hereby affirms under penalty of perjury:

1.  I am co-counsel for Plaintiffs.

2.  Plaintiffs attach the following documents in support of their Memorandum of Law in

    Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary

    Injunction:

    - Exhibits A – D

    - Affidavit of William Tronsor, Esq., Staff Attorney at Disability Rights New York

    - Affidavit of S.S.[1]

    - Affidavit of G.B.

3.  In mid-July, Disability Rights New York (DRNY) began monitoring social media about

    the Mask Transparency Act in Nassau County. (Exhibit A).

---

[1] This case is filed using Plaintiffs' initials and the following affidavit is executed accordingly. Plaintiffs refer this Court to their pending Motion to Proceed Anonymously and will proceed according to this Court's Order on that motion.

4. On August 14, 2024, DRNY sent a letter to Nassau County requesting a stay in enforcement of the Mask Transparency Act. (Exhibit B).

5. On August 19, 2024, James Darcy, General Counsel to the Legislative Clerk in Nassau County, provided DRNY with a copy of the transcript from the August 5, 2024, Nassau County Legislative Meeting. (Exhibit C).

6. On Wednesday, August 21, 2024, I emailed Defendants' counsel, Thomas Adams, to advised him that litigation was forthcoming, and that an application would be made by Plaintiffs of a temporary restraining order and an order directing him to show cause why Defendants should not be preliminarily enjoined. (Exhibit D).

7. Neither Defendants nor their attorney responded to DRNY's attempts to resolve this issue before filing the instant lawsuit.

8. I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Dated: August 22, 2024

Jessica Richwalder, Esq.

# Exhibit A

 **Julie S. Lam** @MsJulieSLam · 8/5/24 ···

They don't call people who wear masks.
Discriminatory remarks made by some people in
the audience, yelling out to arrest us. The CO2
level is a good evidence that ventilation is poor,
unsafe during a COVID surge. Some legislators
are questioning the bill but it will likely pass.



Angelique Corthals #SaltingTheVibe #MaskUp and Julie...

💬 42      🔁 197      ♡ 799      ılıl 69K      🔖      ⬆️

 **Yoel Cruz** ✓    **Follow**  ···
@YC91942488

Honest question.. Have you guys tried taking
Seroquel?















## Post

**MaskTogetherAmerica** @Together... · 8/5/24

Join by a loving community of people who wear masks to keep each other safe, @MsJulieLam @aspcorthals from @TogetherWeMask will testify to oppose Nassau Mask Ban that will likely undermine public health. #StopMaskBans

Julie S. Lam and 9 others

💬 70    🔁 459    ❤️ 2.3K    📊 99K

**Marina Glezen Baker** @MayteGlezB    Follow

This has to be a cult, of a mental illness group support. Holly crap!





← **Post**

**Larry Cook** ✓ @stopvaccinating · 8/6/24   ···
What are your thoughts on this mask ban?



> 🔴 **Dr. Lucky Tran** ✓ @luckytran · 8/5/24
>
> It's official: Mask ban in Nassau County, New York passes along party lines, 12-0 (7 abstentions). It makes wearing a mask a misdemeanor (with unclear health and religious exceptions) and gives police the power to fine people wearing a mask $1,000 and sentence them to jail time.

💬 188    🔁 71    ♡ 443    📊 21K    🔖    ↥

**Christina Kelso**              **Follow**
@J6Debutante                        ···

I would have been OK with the firing squad for mask freaks. misdemeanor seems insufficient but a start.

1:38 AM · 8/6/24 From Earth · **11** Views

← **Post**



**Chuck Callesto** ✓
@ChuckCallesto

**Follow** ⋯

JUST IN: Woke leftists DRAGGED OUT OF MEETING after Nassau County, NY passes law BANNING face masks in public..

THIS MADE MY NIGHT..



county's Mask Transparency Act. The measure makes it

0:49

From **End Wokeness**

11:03 PM · 8/5/24 From Earth · **231K** Views

**1.9K** Reposts   **74** Quotes   **8.2K** Likes   **226** Bookmarks

← **Post**

**Chuck Callesto** ✔ @ChuckCallesto · 8/5/24 · · ·
JUST IN: Woke leftists DRAGGED OUT OF
MEETING after Nassau County, NY passes law
BANNING face masks in public..

THIS MADE MY NIGHT..



From End Wokeness

💬 237      ↻ 2K      ♡ 8.2K      ⎍ 231K      🔖      ⬆

**Cash Loren** ✔                                    **Follow**
@CashLorenShow

This is the way! One of the best videos
I have watched in a while. Makes me so happy 🔥
🔥

11:06 PM · 8/5/24 From Earth · **2K** Views

**4** Reposts  **48** Likes  **1** Bookmark

💬      ↻      ♡      🔖      ⬆

← **Post**

**Chuck Callesto** ✔ @ChuckCallesto · 8/5/24 · · ·
JUST IN: Woke leftists DRAGGED OUT OF
MEETING after Nassau County, NY passes law
BANNING face masks in public..

THIS MADE MY NIGHT..



0:56

From End Wokeness

💬 237      ⟲ 2K      ♡ 8.2K      📊 231K      🔖      ⬆

**J Hans** ✔                                    **Follow**   · · ·
@blackhawkce457

Good. Drag them out of every meeting. They are 0
value added

11:04 PM · 8/5/24 From Earth · **1K** Views

**1** Repost  **22** Likes  **2** Bookmarks

💬          ⟲          ♡          🔖          ⬆



← **Post**

**Clown World ™** 🤡 ✔ @ClownWorld_ · 8/5/24    ···
BREAKING: Nassau County, NY bans the use of face masks in public.

This is the way! 🔥🔥



From End Wokeness

💬 337    🔁 589    ♡ 6.4K    📊 241K    🔖    📤

**Gregory S. Patton** ✔                    **Follow**
@Patton4POTUS

It's a shame the lady who said she's immunocompromised thinks breathing her warm, moist breath into a cloth petri dish is going to help her.

11:01 PM · 8/5/24 From Earth · **2.7K** Views

**2** Reposts  **89** Likes

💬    🔁    ♡    🔖    📤

Post your reply

← **Post**

 **Isabella Maria DeLuca** ✔ @Isabella... · 8/5/24 ···
BREAKING: Nassau County, NY just passed a bill BANNING face masks in public.

Based.



when at least one person was arrested. The
 

From End Wokeness

💬 151     🔁 304     ♡ 3.5K     📊 130K     🔖     ⬆️

← **Post**

 **Isabella Maria DeLuca** ✔ @Isabella... · 8/11/24 ···
If you're still wearing a mask in 2024 I'm just going to assume you're ugly at this point

💬 277     🔁 262     ♡ 3.5K     📊 133K     🔖     ⬆️

← **Post**



**Leading Report** ✔ @LeadingReport · 8/6/24  ···
BREAKING: Nassau County, New York, has passed a law banning the use of face masks in public.

💬 168    ⟲ 732    ♡ 6.5K    �archar 199K    🔖    ⬆️

**Cash Loren** ✔
@CashLorenShow

**Follow**   ···

There is a video out there of one of the woke liberals melting down and being carried out. It's a great feel good watch.

1:21 AM · 8/6/24 From Earth · **2.6K** Views

**1** Repost   **42** Likes

💬          ⟲          ♡          🔖          ⬆️

 **Sheri™** 
@FFT1776

Follow

🚨 Nassau County, NY just passed a law BANNING the use of face masks in public

Woke leftists were so outraged they needed to be DRAGGED OUT of the building 🤣



county's Mask Transparency Act. The measure makes it

0:48

From **End Wokeness**

7:25 AM · 8/6/24 From Earth · **58K** Views

**737** Reposts   **47** Quotes   **1.7K** Likes   **62** Bookmarks

            

← **Post**

**Concerned Citizen** ✓
@BGatesIsaPyscho

**Follow**

🚨 🇺🇸 In Parts of America they now have 'Mask Transparency where masks are now banned.

However people refuse now to give up the Face Nappy - they've become institutionalised.

Absolute 🤡🌍



1:06 AM · 8/6/24 From Earth · **46K** Views

**112** Reposts  **8** Quotes  **559** Likes  **34** Bookmarks

# Exhibit B



 www.drny.org    mail@drny.org    800-993-8982

August 14, 2024

Jill D. Nevin, Department of Human Services Commissioner
Nassau County Office for the Physically Challenged and Office of the Aging
60 Charles Lindbergh Blvd.
Uniondale, NY 11553

Patrick J. Ryder, Commissioner of Police
Nassau County Police Department
1490 Franklin Avenue
Mineola, NY 11501

Bruce Blakeman, County Executive
Office of the County Executive
1550 Franklin Avenue
Mineola, NY 11501

*Sent electronically and by USPS*: jnevin@nassaucountyny.gov;
https://app.nassaucountyny.gov/ncpd/complaint-compliment/; Bblakeman@nassaucountyny.gov

Dear Commissioner Nevin, Commissioner Ryder, and Executive Blakeman:

Disability Rights New York ("DRNY") is the Protection and Advocacy ("P&A") agency for New York State. DRNY is authorized by federal law to provide legal representation and other advocacy services to people with disabilities. I write on behalf of DRNY and our clients who wear masks to manage their disabilities while in public and private locations throughout Nassau County.

DRNY requests that Nassau County immediately stay the enforcement of the Mask Transparency Act ("MTA"). Enforcement of the MTA will result in immediate and irreversible harm to DRNY and our clients. Please accept this letter as an expedited request to resolve discriminatory conduct against DRNY and our clients with disabilities pursuant to Nassau County's ADA Policies, Practices, and Procedural Guidance for Nassau County Departments, Agencies, and Entities, currently in effect and available online: https://www.nassaucountyny.gov/DocumentCenter/View/30542/Nassau-County-ADA-Policy?bidId=.

The MTA violates the United States Constitution and federal and state anti-discrimination laws. DRNY raised concerns with Nassau County about the MTA in advance of and during the public



279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144



DRNY has office locations in
**Albany | Brooklyn | Rochester**

| Phone | TTY | Fax |
|---|---|---|
| 518-432-7861 | 518-512-3448 | 518-427-6561 |

hearing on August 5, 2024. These concerns remain the same. (Exhibit A). The mask ban law will undoubtedly result in unchecked discrimination against people with disabilities, and others, who wear masks to manage their health. This law deprives people with disabilities of equal access to Nassau County programs, community events and activities, and public life, generally.

DRNY faces imminent harm by enforcement of this law. As the P&A, DRNY is mandated to advocate for people with disabilities in Nassau County. Our staff wear masks when visiting clients, monitoring and investigating facilities, appearing in court, and joining outreach events. DRNY staff will be unable to do their jobs in Nassau County if they are unable to wear a mask while working in the community.

Our clients wear masks while outside of their homes to protect themselves from communicable diseases. The MTA criminalizes wearing a face mask in public. While the law contains an exception for masks worn to protect the health and safety of the wearer, it lacks any guidance on how to recognize and apply the exception.

Should DRNY or our clients' "intent" of wearing a mask not pass the subjective scrutiny of a law enforcement officer or private property owners, they will face interrogation, detainment, or arrest. DRNY and our clients will be subject to public and law enforcement stigma and scrutiny under the new mask ban law. Additionally, some of our clients will not go to public and private spaces while masked just to avoid confrontations and remain safe.

We seek to resolve this matter ahead of court intervention. We request that Nassau County immediately stay the law and request a meeting to discuss a resolution to our concerns. This matter is time sensitive. Consequently, we seek a response on or before August 20, 2024.

Please contact Jessica Richwalder, Senior Staff Attorney, Jessica.Richwalder@drny.org or by phone at 518.432.7861 with your response.

Respectfully,

*Timothy A. Clune*

Timothy A. Clune, Esq.
Executive Director

cc.     Thomas A. Adams, County Attorney
        Office of the County Attorney
        One West Street
        Mineola, NY 11501
        *Via email: TAAdams@nassaucountyny.gov*


279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144


DRNY has office locations in
**Albany | Brooklyn | Rochester**

| Phone | TTY | Fax |
|---|---|---|
| 518-432-7861 | 518-512-3448 | 518-427-6561 |

# **Exhibit A**

# DRNY Opposition to the Mask Ban Law and Press Release



 www.drny.org    mail@drny.org    800-993-8982

**FOR IMMEDIATE RELEASE**

**Contact:** Katrin Haldeman
Katrin.haldeman@drny.org
518-275-1720

# **Nassau County Mask Ban Violates Federal & State Law**

**August 9, 2024 – Albany NY:** On Monday, August 5, the Nassau County legislature passed a local law making it a crime to wear a mask in public and private spaces.

DRNY provided testimony before the Legislature setting forth our opposition to the bill which will discriminate against people with disabilities.

"This law violates Federal and State anti-discrimination laws that were hard-won after decades of activism by people with disabilities." said Timothy A. Clune, Executive Director of DRNY. "Nassau County's mask ban puts lives at risk.  While worrying about their health and the well-being of their family members, those who need to wear a mask will have the added fear of discrimination, arrest, fines, and detainment."

*DRNY is the designated independent non-profit Protection & Advocacy System empowered by Congress to investigate allegations of abuse and neglect and provide legal and non-legal advocacy services to people with disabilities in New York State. The Protection & Advocacy System was created by Congress as a direct result of the horrific conditions that were uncovered in the 1970's at New York's Willowbrook State School.*

*###*

*DRNY is supported at taxpayer expense by the U.S. Department of Health & Human Services, The Administration for Community Living; Center for Mental Health Services, Substance Abuse & Mental Health Services Administration; U.S. Department of Education, Rehabilitation Services Administration; and, the Social Security Administration. This press release does not represent the views, positions or policies of, or the endorsements by, any of these federal agencies.*

Read public comment here
Read local law here

 **279 Troy Road, Ste 9**
**PMB 236**
**Rensselaer, NY 12144**

 DRNY has office locations in
**Albany | Brooklyn | Rochester**



 www.drny.org   mail@drny.org   800-993-8982

**Disability Rights New York Opposes Nassau County's Mask Ban Bill and Urges the Legislature to Vote "NO" to Protect the Rights of People with Disabilities.**

Disability Rights New York (DRNY) submits the following in opposition to Nassau County Proposed Local Law 142-24, banning mask wearing in public and private spaces within the county. A mask ban in Nassau County will overwhelmingly target people with disabilities who use masks to manage their disability and medical needs. The Nassau County Legislature must reject this bill to avoid predictable discrimination and physical and mental harm against many people in the disability community.

DRNY is the Protection and Advocacy system for the State of New York and works to empower, protect, and advance the rights of individuals with disabilities. DRNY provides legal assistance and direct advocacy to people with disabilities in New York who need accommodations, such as personal protective equipment (PPE), to participate in community life. We remain committed to advocating for an accessible community where people with disabilities are not segregated, isolated, or unnecessarily institutionalized. A mask ban law in Nassau County will be yet another discriminatory barrier for people with disabilities and will exclude those impacted from participating safely in community life. [1]

People with disabilities, and their family, friends, colleagues, and care givers, have the right to use PPE such as masks so they can participate in community life without risk of illness, injury, or death. A mask ban places people with disabilities and their families at greater risk of contracting COVID-19 and other infectious diseases at a time when COVID-19 infections are on the rise in New York State.[2] Reducing the spread of diseases in their community by wearing masks benefits everyone and prevents grave risks to people with disabilities.

While the bill permits people to wear masks to protect their health, it fails to acknowledge that it is impossible to decipher who is wearing a mask for health reasons. Many people with non-apparent disabilities require masking to participate in public programs, receive government

---

[1] In 2020, DRNY filed multiple lawsuits against the State of New York to ensure the protection of people with disabilities during the pandemic. One of the lawsuits challenged the State's Ventilator Allocation Guidelines that threatened to reallocate the personal ventilators of people with disabilities to non-disabled individuals if the chronic ventilator user sought care at a hospital or other acute medical facility. The lawsuit prompted a nationwide discussion about resource allocation during a pandemic and the value society places on the lives of people with disabilities. *Not Dead Yet et al v. Cuomo et al*, 20-CV-04819 (EDNY) https://www.ndrn.org/resource/disability-rights-new-york-sues-state-for-inappropriate-ventilator-re-allocation/
[2] CDC, "Current Epidemic Growth Status (Based on Rt) for States and Territories", (July 26, 2024), https://www.cdc.gov/forecast-outbreak-analytics/about/rt-estimates.html#covid

 **279 Troy Road, Ste 9**
**PMB 236**
**Rensselaer, NY 12144**

 DRNY has office locations in
**Albany | Brooklyn | Rochester**

| Phone | TTY | Fax |
|---|---|---|
| 518-432-7861 | 518-512-3448 | 518-427-6561 |

services, and go to businesses open to the public. This bill permits untrained officers to rely upon stereotypes and bias to guess who may or may not have a disability or health condition, leading to the inevitable result of discrimination.

Peaceful civil disobedience is a time-honored way to fight for equal rights and people with disabilities have a long history of engaging in free speech activities by organizing and advocating for justice and equality.[3] This bill will subject people who require masking for their health to risk discrimination, arrest, and detainment simply by exercising their rights in public and private spaces.[4]

Nassau County Proposed Local Law 142-24, if enacted, will create yet another discriminatory barrier to inclusion that people with disabilities must endure. As an organization dedicated to advocating on behalf of individuals with disabilities across New York State, DRNY opposes legislation that bans wearing masks in Nassau County.

We welcome the opportunity to provide additional education or to speak directly with elected leaders about our position on this legislation. Questions and/or follow-up can be directed to mail@drny.org or (518) 432-7861.

---

[3] Warren Shaw, "Disabled In Action", (August 1, 2024), https://www.disabilityhistorynyc.com/explore/disabled-in-action

[4] Fears of mistreatment of individuals with disabilities are routine by police across the country. Half of all people killed by law enforcement had a disability. Vilissa Thopson, "Understanding the Policing of Black, Disabled Bodies", (February 10, 2021) https://www.americanprogress.org/article/understanding-policing-black-disabled-bodies/#:~:text=In%20the%20United%20States%2C%2050,to%20their%20white%20disabled%20counterparts



**279 Troy Road, Ste 9**
**PMB 236**
**Rensselaer, NY 12144**



DRNY has office locations in
**Albany | Brooklyn | Rochester**

| Phone | TTY | Fax |
|-------|-----|-----|
| 518-432-7861 | 518-512-3448 | 518-427-6561 |

# Exhibit C

NC FULL LEGISLATURE 08.05.2024

1

2

3                    NASSAU COUNTY LEGISLATURE

4                    FULL LEGISLATURE MEETING

5

6                           * * * * * * *

7

8            HOWARD J. KOPEL, PRESIDING OFFICER

9

10                         * * * * * * * *

11

12                          * * * * * * *

13

14          **County Executive and Legislative Building**

15                    **1550 Franklin Avenue**

16                     **Mineola, New York**

17                         * * * * * * * *

18                  Monday, August 5, 2024

19                        1:31 p.m.

20

21

22

23      TAKEN BY:  KAREN LORENZO, OFFICIAL COURT REPORTER

24

25

NC FULL LEGISLATURE 08.05.2024

1

2          LEGISLATOR HOWARD KOPEL

3          Presiding Officer

4          7th Legislative District

5          ***

6          LEGISLATOR THOMAS MCKEVITT

7          Alternate Presiding Officer

8          13th Legislative District

9          ***

10         LEGISLATOR JOHN FERRETTI,JR.

11         Alternate Deputy Presiding Officer

12         15th Legislative District

13         ***

14         LEGISLATOR SCOTT DAVIS

15         1st Legislative District

16         ***

17         LEGISLATOR SIELA BYNOE

18         2nd Legislative District

19         ***

20         LEGISLATOR CARRIE SOLAGES

21         3rd Legislative District

22         ***

23         LEGISLATOR PATRICK MULLANEY

24         4th Legislative District

25

1

2          LEGISLATOR SETH KASLOW

3          5th Legislative District

4          ***

5          LEGISLATOR DEBRA MULE

6          6th Legislative District

7          ***

8          LEGISLATOR JOHN J. GIUFFRE

9          8th Legislative District

10         ***

11         LEGISLATOR SCOTT STRAUSS

12         9th Legislative District

13         ***

14         LEGISLATOR MAZI MELESA PILIP

15         10th Legislative District

16         ***

17         DELIA DERIGGI-WHITTON

18         Minority Leader

19         11th Legislative District

20         ***

21         LEGISLATOR MICHAEL GIANGREGORIO

22         12th Legislative District

23         ***

24         LEGISLATOR C. WILLIAM GAYLOR, III

25         14th Legislative District

1

2          ***

3          LEGISLATOR ARNOLD W. DRUCKER

4          16th Legislative District

5          ***

6          LEGISLATOR ROSE MARIE WALKER

7          17th Legislative District

8          ***

9          LEGISLATOR SAMANTHA GOETZ

10         18th Legislative District

11         ***

12         LEGISLATOR JAMES KENNEDY

13         19th Legislative District

14         ***

15         MICHAEL PULITZER

16         Clerk of the Legislature

17

18         JAMES DARCY, ESQ.

19         Attorney for Clerk of the Legislature

20

21

22

23

24

25

```
 1

 2          APPEARANCES:

 3

 4          Commissioner Patrick Ryder

 5

 6          ****

 7

 8          Josh Meyer, Esq.

 9          West Group Law

10

11          John Wagner, Esq.

12          Certilman Balin adler & Hyman, LLP

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3          **PUBLIC COMMENT:**

4

5          Congressman Anthony D'Esposito

6          Senator Patricia Canzoneri-Fitzpatrick

7          Senator Jack Martins

8          Senator Steve Rhoads

9          Town Supervisor Jen DeSena

10         Michael LiPetri

11         Mayor William Hall

12         Chuck Cutolo

13         Dan Khan

14         Chris Schneider

15         Eileen Muntz

16         Jennifer Ungar

17         Susan Kaye

18         Samuel Fried

19         Mary Flanagen

20         Ari Ackerman

21         Rebecca Sassouni

22         Abigal Badalov

23         Kathleen Downes

24         Stephanie Shamol

25         Vanessa Tanian

1

2        **PUBLIC COMMENT:**

3        Michelle Aldoot

4        Susan Gottlieb

5        Melinda Tholer

6        Philip Nolan

7        Juie Lam

8        EMily Mervosh

9        Ronen Levy

10       Angelique Corthias

11       Claire Gunner

12       Rebecca Goldaper

13       Michal Richardson

14       Jeremy Joseph

15       David Wapner

16       Daniel Norber

17       Juliana Hedeman

18       Susan Gottehrer

19       Nicole Richards

20       Gerry Friedlander

21       Gerald R. Podlesat

22       Yaffa Rabe

23       Julie Sacks

24       Sanford Rubenstein

25       Kiaria Abbady

1

2          **PUBLIC COMMENT:**

3          Alina Neganova

4          Jenna Atwell

5          D'Anna Morgan

6          Evette Startz

7          Russ Adgern

8          Ngozi Alston

9          Kira Bryant

10         Bridgette Jones

11         Harry Burger

12         Alison Devin

13         Miranda Stinson

14         Elyssa Stein

15         Hazel Newlevant

16         Stacy Klien

17         Maya Panton Aronoff

18         Serita Sargent

19         Andrea Bolander

20         Scott Stark

21         Meta Mereday

22         Monica Kiely

23         Pearl Jacobs

24         Steve Rolston

25         Lynn Krug

NC FULL LEGISLATURE 08.05.2024

1

2      **PUBLIC COMMENT:**

3      Karen Riordan

4      Elizabeth Nabet

5      Patty Harris

6      Jeremy Joseph

7      Barbara Kane

8      Terry Coniglio

9      Richard Catalano

10     Chris Jacobs

11     Ray Goger

12     Carline Reimers

13     Danyell Thillet

14     Caprice Rines

15

16

17

18

19

20

21

22

23

24

25

NC FULL LEGISLATURE 08.05.2024

1

2

3          PRESIDING OFFICER KOPEL:  Let's

4     please take your seats. We're going to

5     start out, as always, with the Pledge of

6     Allegiance. And the Pledge of Allegiance

7     today will be led by Legislator Patrick

8     Mullaney, who is also a former marine

9     corporal and lieutenant in the New York

10    City Fire Department.

11         LEGISLATOR MULLANEY:  Thank you,

12    Presiding Officer. If everyone will

13    please rise. Place your hand over your

14    heart and join me.

15              (Whereupon, the Pledge of

16              Allegiance is said.)

17         PRESIDING OFFICER KOPEL:  Okay,

18    everybody, welcome to the session of the

19    County Legislature.  I'm going to very

20    briefly go over some of our procedures.

21    We're going to start out every month with

22    presentations of awards to our Top Cops,

23    followed by some points of personal

24    privilege. That, in turn, will be

25    followed by one hour of public comment.

```
 1
 2          One hour public comment where people can
 3          talk about whatever you want, limited to
 4          three minutes, except that we have some
 5          elected officials here today, and, we
 6          waive some rules for them. But generally
 7          speaking, we ask you all to limit your
 8          comments to three minutes and we time it.
 9          And we mean it because the comment period
10          will be limited to one hour. After that--
11               (Whereupon, interruption
12            from audience.)
13          PRESIDING OFFICER KOPEL:  If you let
14          me finish, you'll hear the rest.
15          After that we go into our session
16          part. As part of the session we're going
17          to have hearings on the casino bill, what
18          we call the casino bill, and for the mask
19          bill. During that hearing, any one of you
20          who wants to be heard will be heard. The
21          same three minutes will apply. So nobody
22          will be cut off. Everybody will get a
23          chance.
24          Now, if there's anyone who needs to
25          speak about something other than those
```

1

2          matters that we're considering in the

3          hearing, they will be heard as well at

4          the end. But we're going to once again

5          start off with the public comment.

6               Now Top Cops. So we start off with,

7          the PBA honoring, well, why don't you

8          come up and tell us.

9               MR. KALENDER:  Good afternoon, Kris

10         Kalender with CSEA. Presiding Officer,

11         I'd like to say that's a very good way to

12         segue into our presentation today,

13         because today is the absolute definition

14         of what teamwork amongst different

15         groups, different units, do to provide

16         the top notch service that these

17         residents in Nassau County deserve.

18              So I'd like to start by introducing

19         you to everybody. Our Nassau County

20         Communications Bureau operator, Sandra

21         Jimenez. She received a call for a 65

22         year old male who was complaining of

23         chest pains after walking his dog. She

24         immediately brought the call down to

25         communications operators Patricia Collins

1
2      and Gail Jameson, who coordinated and
3      dispatched the response. They dispatched
4      police medic Ben Celestin, Evan
5      Schatzberg, police medic coordinator
6      Scott DiPino, along with police officers
7      Andrew Viscusi, Michael O'Connell, Joe
8      Petrizio and Brett Maibach, who all
9      responded as soon as they got the call.
10           When they arrived, the police
11     officers, they noticed that his lips were
12     blue and that he didn't look well. They
13     gave the medics a step it up to make them
14     respond a little bit faster and
15     responsible. While they placed him on
16     oxygen, he became unresponsive and went
17     into cardiac arrest. They immediately
18     defibrillated him, which caused him to
19     regain consciousness again.
20           Police Medic Celestin, after
21     shocking him, began working on him along
22     with Police Medic Schatzberg. While they
23     were obtaining their EKG, yet again, his
24     heart stopped. The medics did shock him
25     again, and again, he woke back up. They

 1

 2          established an IV. They continue to work

 3          on him by delivering oxygen for him. Once

 4          again, for the third time he again went

 5          unconscious. They hooked up a CPR machine

 6          and they shocked him again. This

 7          continued for quite a while.

 8               They set up medications as far as

 9          helping his heart to get his heart

10          restarted. And they did everything that

11          we're taught to do in a proficient,

12          expedited manner.

13               Ultimately, since everyone up here

14          knows how we roll, we weren't going to

15          stop. We brought them up to the hospital.

16          On the way to the hospital, he woke up.

17          He tried to take the tube off, the IVs

18          off. We helped him out. We got him to the

19          hospital. And now, because of the quick

20          actions of our 911 operators, our police

21          medics, our police officers, today I

22          introduce you to Mr. Reggie Iverdi

23          (phonetic).

24                    (Whereupon, applause.)

25               MR. SHANAHAN: Good afternoon. James

1

2          Shanahan, financial secretary of the PBA.

3          So not to go through the entire dynamics

4          of what went on, but to point out what

5          Kris said about the teamwork, it's

6          important for all of us to know that it's

7          just not the police in the street. We

8          have the best CB operators in the

9          country, best medics in the country, and

10         of course, hands down the best cops in

11         the country.  So yeah, how about a round

12         of applause, everybody?

13              (Whereupon, applause.)

14         MR. SHANAHAN:  Sounds like a heated

15         room, so maybe I might do a few jokes to

16         calm everyone down right now.

17              In all seriousness, it's amazing to

18         have this gentleman standing next to us.

19         Reggie is a AV pro, so if anybody here

20         wants to book a party, Cloud Nine

21         productions; top notch.

22              But more importantly, let me

23         recognize my officers. Kris basically

24         told everyone what they did, but, officer

25         Brett Maibach, Michael O'Connell, first

1

2      on scene. He did notice Reggie not

3      looking well. His lips were blue. They

4      put him on oxygen, rushed the ambulance.

5      Officers, Andrew Viscusi and Joseph

6      Petrizzo, were next on scene. And as Kris

7      said, it was complete teamwork. Amazing

8      thing to save this gentleman's life.

9          So God bless you and God bless the

10     Nassau County Police Department from top

11     to bottom.

12         COMMISSIONER RYDER:  I'm going to be

13     real short and just say thank you. Thank

14     you. Because you heard defibrillators,

15     you heard oxygen, you heard well trained

16     police officers, well trained

17     communications operators, phenomenal

18     medics that get there. This is all

19     because of what we get from this

20     Legislative Body. Whenever we come

21     forward with the request. The best

22     trained cops, the best trained medics and

23     the best trained CB operators in this

24     case are always out there doing the job.

25         We've got a brand new facility that

1

2      we train in. We got a brand new training

3      village that were going to take training

4      to the next level, which is not seen

5      anywhere in this country, but it's about

6      the service that we give back to our

7      community. And that's what they did that

8      day to keep this man alive. So again, we

9      thank you for what you do for us and

10     thank them for the great job that they do

11     consistently day in and day out.

12          MEDIC DIPINO:  Police Medic

13     Coordinator Scott DiPino, I just wanted

14     to personally thank this body and also

15     Commissioner Ryder and his executive

16     staff. A couple of years ago, I was up

17     here and I tried to push with you guys to

18     get the CPR machines out in the field to

19     the ambulances and this Body,

20     unanimously, with our great police

21     commissioner and executive staff put them

22     on every truck that we have. The amount

23     of lives that they've saved, including

24     this gentleman, they're probably in the

25     hundreds at this point. So I can't thank

1

2      you guys enough for always having our

3      backs. And obviously the Commissioner is

4      a huge fan, so thank you very much.

5          OFFICER MAIBACH:  So would you have.

6      I'll be brief. Say thank you to you guys

7      for the award and Nassau County

8      Legislature. Thank you to the

9      Commissioner for the nice words.  Thank

10     you, the PBA. It's an honor to be here.

11     On behalf of all of us, it's an honor to

12     accept this award.

13          Just like to say a few things about

14     the guys on scene. Scott, Evan, Ben, It's

15     a privilege to work with you guys. I

16     truly believe that if we were in any

17     trouble, we know you guys would have our

18     back, and it's a privilege. It's a true

19     honor. Joe Petrizzo, you're the most

20     calm, cool, and collected guy I know.

21     Keep everything, professional and you

22     always keep us grounded. Drew, I think if

23     there's any cop you can ask anyone in the

24     department in the entire county, who

25     would you want on a big call? I think

NC FULL LEGISLATURE 08.05.2024

```
 1
 2          Drew V, unanimously would be number one.
 3          And, Mike, I think your attention to
 4          detail, second to none. I truly think
 5          that if you weren't on scene for that
 6          call, that Reggie wouldn't be here today.
 7          Thank you.
 8               PRESIDING OFFICER KOPEL:  Mr.
 9          Iverdi, would you care to say a few
10          words? You don't have to.
11               MR. IVERDI:  Okay.  I'm not good of
12          public speaking.  The only thing I'm
13          going to say. I'm so grateful for these
14          guys, they saved my life.  Thank you so
15          much.
16               PRESIDING OFFICER KOPEL: Mr. Verdi.
17          That was a perfect speech.
18               Legislator Goetz.
19               LEGISLATOR GOETZ:  Mr. Iverdi, a
20          short speech is the best speech in this
21          line of business.
22               But on a serious note, I want to say
23          thank you to each and every one of you.
24          The first thing that stood out to me is
25          what everyone here acknowledged was
```

```
 1

 2          teamwork. You each have a different role

 3          and altogether you are able to save this

 4          man's life. Public service comes in

 5          different forms, and often things like

 6          our Operators Bureau and Medics are

 7          unrecognized heroes. And we are just so

 8          grateful that you're all being recognized

 9          for the hard work that you do every

10          single day, and the results that it leads

11          to our community.

12              We have Mr. Iverdi here today thanks

13          to all of your hard work, and we cannot

14          be more grateful. So on behalf of the

15          entire community, thank you for

16          everything that you guys do day in and.

17          Day out, because we cannot do it without

18          you. You are the very best trained. And

19          thank you very much.

20              PRESIDING OFFICER KOPEL:  Legislator

21          Walker.

22              LEGISLATOR WALKER:  I too just want

23          to thank each and every one of you who

24          played a part in this. And I cannot thank

25          you enough for what you do day in and day
```

1

2      out. But I know the most important person

3      that wants to thank you and is so

4      thankful for each and every one of you,

5      is Reggie. Reggie lives in Hicksville,

6      just like I do. He's one of my wonderful

7      constituents and was very close to school

8      over there at Burns Avenue. And, he would

9      not be here today if it wasn't for each

10     and every one of you. So thank you, all.

11     God bless and stay safe. And, Reggie.

12     Thank you.

13          PRESIDING OFFICER KOPEL:  Okay. I'll

14     invite you all up for a quick. Photo, and

15     then we'll move on.

16          (Whereupon, citation and

17          photos.)

18

19                *******

20

21

22

23

24

25

1

2          PRESIDING OFFICER KOPEL:  Thank.

3    Okay, now we have. Two points of personal

4    privilege. We'll start off with

5    Legislator Giuffre.

6          LEGISLATOR GIUFFRE:  Thank you,

7    Presiding Officer. So I'm sure many of

8    you know about the dog that was abandoned

9    on the Southern State Parkway. What you

10   may not know is that one of my

11   constituents rescued that dog. And so we

12   are here to acknowledge him and honor

13   him, for his act of kindness.

14          Today, we gather to honor a truly

15   remarkable individual whose actions

16   exemplify the very best of humanity. Ray

17   Quinonez. Ray, where are you?  Come on up

18   Stand near the microphone.

19               (Whereupon, Mr. Quinonez

20               steps up to podium.)

21          LEGISLATOR GIUFFRE:  All right. Ray

22   Quinonez, a dedicated employee of the

23   Village of Garden City, shows us what it

24   means to step up with compassion and

25   courage in time of need. As he was on his

NC FULL LEGISLATURE 08.05.2024

1

2         way to work early one morning last month,

3         he encountered a scene that no one should

4         ever have to witness. An English Mastiff

5         named -- You know the name?  Roxy -- left

6         tied to a light pole on the Southern

7         State Parkway. Poor dog was bound to a

8         leash so short she could only stand or

9         sit And beside her a bowl of food and a

10        note. Her yelps for help were a desperate

11        call for rescue, and without any

12        hesitation, driving on the Southern State

13        Parkway, Ray pulled over and sprang into

14        action. He contacted the police, and he

15        made sure that Roxy received the help she

16        needed. His swift response and kind heart

17        led to Roxy being transported to the Town

18        of Hempstead Animal Shelter, being

19        examined by a veterinarian, and

20        ultimately being adopted by a wonderful

21        family from Aquebogue. So, Ray, God bless

22        you.

23            Just this past Thursday, the New

24        York State Police arrested the man that

25        is alleged to have abandoned Roxy.  We

1

2      have animal shelters all over the place

3      in Nassau County. There's no reason to do

4      that. Somebody has an animal that they

5      can't care for. Please bring them to your

6      local shelter. Do not abandon them to a

7      death sentence.

8          So, Ray. You are, in three years, my

9      first point of personal privilege. And

10     it's an honor to be here. And would you

11     like to say a few words?

12         MR. QUINONEZ:  I just want to thank

13     you so very much for this recognition. I

14     greatly appreciate it. I'm just glad I

15     was there for an innocent animal. Thank

16     you.

17

18                  * * * * * *

19

20

21

22

23

24

25

1

2          PRESIDING OFFICER KOPEL:  Next we

3     have Legislator Solages has a point of

4     privilege.

5          LEGISLATOR SOLAGES:  Thank you very

6     much. Good afternoon, everyone.  I would

7     like to bring forward one of my

8     constituents when my youngest

9     constituents, Mr. Devan DeFreitas, can

10     you please come to the podium? Give this

11     man a round of applause. You may have

12     seen him before. This two year old, he

13     recently performed on America's Got

14     Talent and his remarkable performance was

15     an inspiration for our whole world to

16     see. I'm so proud that he is my

17     constituent. And of course, a lot of

18     credit goes to his father and his mother.

19     His father is here. Please state your

20     name, sir.

21          MR. DEFREITAS:  Dwayne DeFreitas.

22          LEGISLATOR SOLAGES:  Thank you so

23     much for being here. We have a very busy

24     agenda here today, but time is always

25     important. And I wanted to take the time

1

2          to thank you and to congratulate you for

3          raising such a fine young man. Give this

4          young man a round of applause.

5               (Whereupon, applause.)

6               LEGISLATOR SOLAGES:  I would have

7          liked for this audience to see his

8          performance on America's Got Talent, but

9          I'm sure you could look up his name and

10         Google and see what a wonderful

11         performance. And perhaps he may not

12         comprehend this proclamation that he's

13         going to receive. Perhaps in a couple of

14         years you could share with him and let

15         him know that his entire community is

16         very proud of him. And we're very proud

17         of his family. And we must do everything

18         we can to support our young people

19         because they are our future. And with him

20         as our future. Our future is very bright.

21              I have to ask.  Is there any song he

22         could sing right now? Even Mary had a

23         little lamb.

24              MR. DEFREITAS:  Anything you want to

25         sing? You are my sunshine.

```
 1

 2                    (Whereupon, sings "You are

 3               my sunshine".)

 4               LEGISLATOR SOLAGES:  Thank you very

 5          much. I think that's what we all needed

 6          to hear today. Your son is a bright ray

 7          of sunshine that we all need. And I'm

 8          going to ask you to please continue to

 9          nurture him and know that his entire

10          community is here to support him.

11               MR. DEFREITAS:  Thank you very much

12          and congratulations. I appreciate it.

13               LEGISLATOR SOLAGES:  Please check

14          out the footage on America's Got Talent.

15          You did a wonderful job.

16

17                         ******

18

19

20

21

22

23

24

25
```

1

2        PRESIDING OFFICER KOPEL:  Okay, now

3    we go into a period of public comment and

4    it's going to be hard to follow that act.

5        We're privileged to have with us

6    today a number of elected public

7    officials. And we're going to start off

8    with our one hour of public comment

9    that's going to terminate at 3:00, we're,

10    as I said, going to start off with some

11    public officials.

12        We have with us this afternoon,

13    Congressman Anthony D'Esposito, who I

14    will mention is a former New York City

15    police detective and also my congressman.

16    CONGRESSMAN D'ESPOSITO:  Thank you,

17    Mr. Presiding Officer.  Unfortunately,

18    unlike the adorable young man that was up

19    before me, I cannot sing. But I want to

20    thank you for the opportunity to be here

21    this afternoon to talk a few moments

22    about the Mask Transparency Act.

23        From October 7th and obviously

24    before then, not only this country, but

25    our state and this county has seen a

1
2          startling rise in anti-Israel,
3          anti-America and hate-filled protests. We
4          have seen these protests firsthand. Not
5          only here in Nassau County, but in New
6          York City, in our nation's capital, most
7          recently, burning of American flags at
8          Union Station, and of course, the
9          absolute atrocities that have happened at
10         educational institutions throughout this
11         country.
12             You see, these protesters are bad
13         actors who have burned the American flag
14         while proudly brandishing Hamas and
15         Hezbollah banners, all while concealing
16         their identity with masks. It is vital
17         that these protesters remove the masks,
18         come out of the darkness and are shown in
19         light, which I believe will deter them --
20             (Whereupon, applause.)
21         CONGRESSMAN D'ESPOSITO: You see, Mr.
22         Presiding Officer, this bill is aimed at
23         bad actors and does not apply for
24         religious or cultural purposes, or for
25         those suffering from health ailments. The

1
2          bill applies to gatherings of people,
3          "protesting in public spaces, protesters
4          whose sole intent is to promote hate
5          speech, violence, intimidation and
6          harassment". This bill is about stopping
7          people who intend to do harm. They don't
8          intend to do harm to just Republicans or
9          just Democrats, but they intend to do
10         harm to American people. It's not for the
11         elderly. It's not for the sick. It's
12         about violent thugs. This is about
13         accountability. We all stand for free
14         speech. We do not stand for hate speech.
15                  (Whereupon, applause.)
16              CONGRESSMAN D'ESPOSITO:  And
17         perhaps, perhaps some in this room are
18         not concerned about law and order, but
19         many of us should be, because it is a
20         threat to our democracy. And what we've
21         seen here in places like New York and
22         across the country, but specifically in
23         places like New York, those rise in
24         anti-Israel and pro hate attacks. Not
25         only has the reporting gone up, but our

1

2      law enforcement professionals will tell

3      you that there are many hate acts and

4      violent anti-Semitism that goes

5      unreported because of the failed policies

6      that Democrats have instituted in New

7      York State with cashless bail And

8      criminal justice reform.

9               (Whereupon, applause.)

10              CONGRESSMAN D'ESPOSITO:  Presiding

11     Officer, I have spoken to colleagues on

12     the floor of the House who represent

13     states throughout this great country, and

14     there has been legislation just like

15     this, successful in places like Florida,

16     Georgia, Louisiana, Michigan, North

17     Carolina and Virginia.

18              And lastly, I will say I want to

19     thank Legislator Pilip for her

20     leadership. And I will say to all of you

21     that are going to be hearing from many

22     today and eventually voting on this

23     legislation. It will be enforced by one

24     of the finest police departments in the

25     country.

NC FULL LEGISLATURE 08.05.2024

```
 1
 2              (Whereupon, applause.)
 3          CONGRESSMAN D'ESPOSITO:  So when
 4      you're casting your vote today. You're
 5      either casting your vote in favor of
 6      hateful thugs who want to cause
 7      harassment and intimidation; you're
 8      either voting in favor of something that
 9      will actually keep our community safe; or
10      you're not only going to turn your back
11      on the people of Nassau County, but
12      you're going to question the
13      trustworthiness of the men and women of
14      law enforcement who will be enforcing it.
15          Mr. Presiding Officer, thank you for
16      the time, and I yield back.
17              (Whereupon, applause.)
18          PRESIDING OFFICER KOPEL:  Thank you,
19      Congressman D'Esposito.
20          Next, we have New York State Senator
21      Patricia Canzoneri-Fitzpatrick.
22          SENATOR CANZONERI-FITZPATRICK: Thank
23      you, Mr. Presiding Officer. It is an
24      honor for me to represent the five towns
25      in the Ninth Senate District.
```

1

2          It is incumbent upon all of us to

3     speak out in favor and in support of the

4     Mask Transparency Act that has been

5     introduced by Legislator Mazi Pilip.

6          (Whereupon, applause.)

7          SENATOR CANZONERI-FITPATRICK:  It is

8     important that we be clear about what

9     this is and what this isn't. What this

10    is, is legislation to prevent masks and

11    facial coverings to be used to conceal a

12    person's identity because they know that

13    their acts are either violent, harassing,

14    intimidating, or being warned to commit a

15    crime. This does not apply to individuals

16    wearing a mask to protect their health,

17    and it does not apply to people wearing a

18    mask for religious or cultural purposes,

19    or for the peaceful celebration of their

20    holidays. This applies to gatherings of

21    people to protest in public spaces, and

22    we know what that means. Let's be clear.

23    It means protests whose sole intent is to

24    promote hate speech, violence,

25    intimidation, and harassment.

1

2          We have seen the protests with Hamas

3     flags, with terrorist headbands, terror

4     organization pictures, the Final Solution

5     posters and more. These protests have

6     been violent and promote violence and

7     call for the death and the slaughter of

8     people. These are facts; this is not my

9     opinion. This is about intent to do harm,

10     so let's not play games. As was just

11     stated, this is to protect all of us, not

12     just our Jewish friends and neighbors.

13     This is to protect everyone who wants to

14     be out there.

15          My friend and colleague, Senator

16     Steve Rhoads, has sponsored legislation

17     at the state level, and I am a proud

18     co-sponsor of that legislation.

19          (Whereupon, applause.)

20          SENATOR CANZONERI-FITZPATRICK: That

21     Legislation will do similar to this mask

22     bill, but unfortunately, due to one party

23     control in Albany, it's likely that that

24     bill will never come up for a vote. As a

25     proud member of the Anti-Semitism Task

1

2       Force that was started by my other

3       colleague, Senator Jack Martins, long

4       before the October 7th attacks, I feel it

5       necessary to speak out on this very

6       important bill and make sure that every

7       member of this Legislature understands

8       that it's in your power to do what is

9       right and to protect the residents of

10      Nassau County.

11          I, too, have faith in the Nassau

12      County Police that they will enforce this

13      bill in a very judicial manner and in a

14      way to protect our residents. We have to

15      trust our police and support them because

16      they are putting themselves on the line

17      to protect us.

18              (Whereupon, applause.)

19          SENATOR CANZONERI-FITZPATRICK: Some

20      people want to say that this is about

21      free speech, but it's not. As we all

22      learned, anybody that's gone to law

23      school, we know that you cannot scream

24      fire in a crowded movie theater. That is

25      not protected speech. And I submit to

1

2          this board that this is what this is

3          similar to. We cannot allow hateful

4          speech to continue. And, therefore, I

5          respectfully request that every

6          legislator support this important bill.

7              And I thank you again, Mazi Pilip,

8          for introducing this important

9          legislation. Thank you for the

10         opportunity.

11             PRESIDING OFFICER KOPEL:  Thank you.

12         Next we have Senator Jack Martins.

13             SENATOR MARTINS:  Good afternoon,

14         Mr. Presiding Officer, dear colleagues of

15         our County Legislature, it's a privilege

16         to be here with you, and I thank you for

17         the opportunity to speak on a couple of

18         issues.

19             One, I want to comment on our Nassau

20         County Police Department, the wonderful

21         job they do, and the fact that our crime

22         rate here in Nassau County is what it is.

23         You know, we had somebody from Western

24         New York who spends a lot of time in

25         Albany, our governor, come down to Nassau

 1

 2          County just a few weeks ago and comment

 3          about how crime is down. But that

 4          statistic has nothing to do with what's

 5          happening in Albany, has nothing to do

 6          with those so-called Bail Reform issues,

 7          Raise the Age, Clean Slate, or any other

 8          initiative that has made law

 9          enforcement's job harder each and every

10          day. It's because of you, the members of

11          this Legislature, our County Executive,

12          the resources they give our Police

13          Department and our Commissioner and his

14          leadership that our crime rate in Nassau

15          County is lower than it is a year ago

16          today. Through your efforts, not because

17          of what's done in Albany, and I salute

18          each and every one of you for your effort

19          in supporting our Police Department and

20          keeping our residents safe. That's what

21          this is about.

22               (Whereupon, applause.)

23               SENATOR MARTINS:  So when we talk

24          about the Mask Transparency Act, let's

25          remember you can't take your license

1

2          plate off your car and drive around. That

3          license plate is there so you can be

4          identified if you break the law. You

5          can't drive around with your windows

6          tinted to a point where you can't see

7          inside, because you have to be able to

8          observe those people who are driving in

9          case someone breaks the law, that they

10         can be held accountable.

11              This is about accountability. Make

12         no mistake about it. This is about

13         accountability and our ability to enforce

14         the laws and our responsibility as

15         policymakers to those residents that we

16         have sworn to protect and to serve. Each

17         and every one of us.

18              So this is nothing -- and please,

19         let's try and not make this about

20         politics. I will tell you this in Albany,

21         as my colleague Senator

22         Canzoneri-Fitzpatrick said, there's a

23         bill. It has been there. It was

24         introduced. It didn't move. It wouldn't

25         be the first time that Nassau County is

1

2          the tip of the spear in sending common

3          sense in New York State and serves as an

4          example for best practices. This is best

5          practices. And we have the opportunity,

6          Mr. Presiding Officer, and each and every

7          one of you, to send that message loud and

8          clear. We are going to keep people safe.

9          We're going to prioritize the safety of

10          our residents, whoever they may be, from

11          wherever they may come. We're going to

12          respect cultural differences, and we are

13          going to do so in a way that prioritizes

14          safety once and for all.

15          I urge you to support this bill. I

16          hope, I hope, as I stand here that it's

17          unanimous. I truly do, because I think

18          that the residents of our great county

19          deserve nothing less. Thank you very.

20          PRESIDING OFFICER KOPEL:  Next we

21          have the State Senator Steve Rhoads, by

22          the way, our former colleague.

23          SENATOR RHOADS:  Thank you, Mr.

24          Presiding Officer. And it's good to be

25          back. And I promise I'm not going to come

1

2          on that side of the dais, I promise.

3               It is a tremendous honor to be here,

4          one, to first of all, say thank you to

5          each and every one of you. You know, you

6          look at some of the policies that have

7          come out of Albany: Cashless Bail,

8          Criminal Justice Reform, Raise the Age

9          Clean Slate Quality Act, and it seems as

10         though with the Majority in the State

11         Senate, State Assembly and with the

12         Governor that we have that common sense

13         is under attack in Albany. And I come

14         here to thank each and every one of you

15         as we talk about the Mask Transparency

16         Act, to be, as Senator Martins said, the

17         tip of the spear in bringing common sense

18         back to New York State. Restoring

19         confidence --

20               (Whereupon, applause.)

21          SENATOR RHOADS:  Restoring

22         confidence of the people in Nassau

23         County, in their elected officials, and

24         standing for public protection and what

25         is right, as you have done during the

1

2      time that I served here in creating the

3      Office of Crime Victim Advocate, in

4      fighting back the Defund the Police

5      Movement, to ensure that we continue to

6      have the amazing Nassau County Police

7      Department that we have under the

8      leadership of Pat Ryder, who continue to

9      keep our people safe. This is just the

10     latest example of Nassau County leading

11     the way.

12          Because I'll tell you, up in Albany,

13     they're not listening. Back in May, May

14     3rd, as a matter of fact, I joined my

15     Assembly colleague, Mike Rielly from

16     Staten Island, in restoring a law that

17     was on the books in New York State for

18     175 years. That is New York's Mask

19     Mandate, which during Covid, not only did

20     the Governor try to suspend that bill,

21     but the New York State Legislature, under

22     one party rule in Albany actually

23     repealed it. And we are seeing the

24     effects today. We are seeing the effects

25     play out on college campuses. We are

NC FULL LEGISLATURE 08.05.2024

1

2      seeing the effects play out in our

3      communities. And that is not an attack on

4      free speech. We want free speech to be

5      preserved. This is not an attempt to

6      quell public protests, but this is an

7      attempt to ensure that peaceful protest

8      remains peaceful. And we saw the opposite

9      play out on campuses right here in the

10     state of New York, all across our state;

11     most notably at Columbia University.

12          The events of October 7th were

13     horrific, just as horrific for what we

14     saw play out on those campuses. Just as

15     horrific was the fact that nothing was

16     done to stop it. For those of us who have

17     attended Holocaust memorials, for those

18     of us who have stood in solidarity to say

19     never again; never again is now. It is

20     time for us to take a stand against hate.

21          (Whereupon, applause.)

22          SENATOR RHOADS:  That is a stand

23     that I would encourage the state

24     Assembly, the State Senate and our

25     Governor who called for on June 13th, who

1

2          called for legislation to be passed to

3          the state level, and yet has done nothing

4          to bring the State Assembly and State

5          Senate back into session to pass

6          legislation that we introduced back in

7          May that would put this law back on the

8          books.

9              The bill that was introduced --

10              (Whereupon, interruption

11          from the public.)

12          PRESIDING OFFICER KOPEL:  If

13          somebody here is going to be disrupting

14          the proceedings, we're going to ask one

15          of the nice officers in the back to help

16          escort you out.  Please, we need some

17          decorum over here.  Have some respect for

18          the senator. Let him finish.

19          SENATOR RHOADS: Thank you, Presiding

20          Officer, I appreciate it.

21              The bill was introduced by

22          Legislator Pilip is very similar to what

23          New York state law was up until a few

24          years ago. That bill that law that

25          existed for 175 years was passed in 1845.

```
 1
 2          It was passed to fight the anti rent
 3      riots that were taking place by farmers
 4      who were disguising their identity and
 5      attacking police officers. That same
 6      legislation 100 years ago was used to
 7      quell people in hoods from terrorizing
 8      our African American community. That
 9      legislation, if it were still law, could
10      have been used to quell, for example,
11      what we saw on college campuses where
12      peaceful protests turned into violence.
13      It could have been used to stop what we
14      saw at Hofstra University, not more than
15      a few miles away from this chamber where
16      six masked individuals actually shot two
17      people attending a graduation ceremony.
18          This needs to stop. And I want to
19      thank you, Legislator, Mazi Pilip, the
20      members of the County Legislature's
21      Majority who have co-sponsored this bill
22      today. And I would encourage each of you
23      to continue to be leaders and unanimously
24      pass this legislation in support of
25      common sense, in support of public
```

1
2          safety, and to send a message to Albany
3          that here in Nassau County, common sense
4          and public safety continues to reign.
5          They need to do their jobs up there and
6          follow suit.
7               Thank you, Mr. Presiding Officer.
8               (Whereupon, applause.)
9               PRESIDING OFFICER KOPEL:  Next we
10         have Mayor William Hall.
11              MAYOR HALL:  Good afternoon. I stand
12         before you today to voice my strong
13         opposition to the proposed Mask
14         Transparency Act.
15              (Whereupon, applause.)
16              MAYOR HALL:  While I understand the
17         intention behind this legislation, it is
18         to enhance public safety, I firmly
19         believe that the unintended consequences
20         far outweigh any potential benefits. This
21         act has the potential to disappropriately
22         impact our black and brown communities,
23         and could lead to increased racial
24         profiling.
25              My name is Wayne J. Hall, Sr.,

1

2          former mayor of the Incorporated Village

3          of Hempstead, and I am 77 years old, and

4          I am a black man who served as a combat

5          medic with the Company D, the 45th

6          Medical Battalion, Third Armored Division

7          from 1964 to 1966.

8               (Whereupon, applause.)

9          MAYOR HALL:  Having faced numerous

10         challenges in my life, including a kidney

11         transplant, I am deeply concerned about

12         the implications of the Mask Transparency

13         Act.  This legislation not only threatens

14         to infringe on the rights of our

15         communities, but also introduces a

16         potential for harm that could worsen

17         existing inequalities.

18              It is vital that we prioritize our

19         policies that force the inclusivity and

20         understanding, rather than those that

21         promote division and distrust.

22              Historically, laws targeting

23         concealment of identities, such as those

24         enacted against the KKK were intended to

25         address specific threats. However, our

1

2      current context is vastly different.

3      Implementing a law like this Mask

4      Transparency Act today, risks becoming a

5      tool for racial profiling. Black and

6      brown individuals who already face this

7      disappropriate scrutiny from law

8      enforcement will be more likely to be

9      stopped and questioned simply for wearing

10     masks. This is not a hypothetical

11     concern. It is reality that is backed by

12     data.  Studies have shown that similar

13     policies in our jurisdiction have led to

14     increase in racial bias stops, and we

15     cannot afford to repeat these mistakes in

16     Nassau County.

17          Another critical issue is the matter

18     of health. As I explained to you before,

19     I'm a kidney transplant recipient and I'm

20     on a rejection medication, which makes me

21     immunosuppressed. Covid 19 is still a

22     significant threat, and mask wearing

23     remains a necessary precaution in many

24     situations.  Individuals and health

25     conditions that make them more vulnerable

1

2      to respiratory illness rely on masks for

3      their safety. How can we ask those

4      individuals to prove they need to wear

5      masks every time they're stopped? This is

6      an unreasonable and intrusive expectation

7      because there's a HIPAA Act.

8           Furthermore, the act does not

9      clearly define what constitutes a face

10     mask. In colder months, ski masks are

11     commonly worn for worn for warmth. Should

12     we penalize individuals for protecting

13     themselves from the cold?

14          We must also consider the broader

15     implications for public safety and

16     community trust. If residents feel that

17     they are more likely to be stopped and

18     questioned without cause, it will erode

19     trust in the law enforcement and civic

20     institutions. This trust is crucial for

21     maintaining public safety and community

22     cohesion. We cannot ignore the potential

23     for the act to morph into stop and frisk

24     situations.  Individuals, especially

25     those from marginalized communities, are

1

2          subjected to invasive and unwarranted

3          stops. This is not the direction we

4          should be.

5              While the goal of enhancing public

6          safety is commendable. The Mask

7          Transparency Act is not the solution. It

8          just poses too many risks of racial

9          profiling, health privacy violations, and

10         the loss of community trust. So I am

11         against it.

12                  (Whereupon, applause.)

13                  (Whereupon, public

14             interruption.)

15             PRESIDING OFFICER KOPEL:  Thank you.

16         Now we have --

17             LEGISLATOR SOLAGES:  Can you please

18         ask people to respect some of the elected

19         officials and speakers here, please? That

20         was a personal attack upon elected

21         official.

22             PRESIDING OFFICER KOPEL:  Legislator

23         Solages, you're correct and I would ask

24         everybody to respect everyone here who is

25         speaking, regardless of whether they

1

2          agree with you or oppose you. Everyone's

3          going to have a right to speak.

4              Former Assemblyman Michael LiPetri.

5              MR. LIPETRI:  Thank you, Presiding

6          Officer. Thank you to the Nassau County

7          Legislature and the Republican Majority

8          for spearheading this effort. Thank you,

9          Legislator Pilip, for spearheading this

10          Mask Transparency Act. It is crucial that

11          I ask each and every one of you to vote

12          in favor of this act.

13              Simply put, this bill exposes those

14          who wish to espouse hate. This law

15          provides exemptions which are in place

16          for those who have health, religious or

17          cultural excuse. However, however,

18          cowards and those who wish to perpetuate

19          hatred for Jews or commit crimes against

20          our communities will be exposed from this

21          bill.

22              (Whereupon, applause.)

23              MR. LIPETRI:  They no longer can

24          hide in the shadows, for this bill will

25          be the light. Those who wish to keep

1

2          their faces masked, seek to enjoy

3          committing crimes with impunity. I saw it

4          firsthand when I was at Columbia

5          University a few months ago, supporting

6          Israel and deterring hatred against the

7          Jewish community. Bad actors who are

8          concealing their identities empowered by

9          New York State's bail reform laws, which

10          made them feel strong that they could

11          hide. This will not stand. This may be

12          permitted in New York City, but not here

13          in Nassau County. Not here in our home.

14          That is about keeping our homes, our

15          families, our children safe. Hate has no

16          home in Nassau County. Hate has no home

17          on Long Island. And surely hate has no

18          home in the United States of America.

19              Republicans, Democrats,

20          Independents, we must unite. We must

21          repudiate hatred against Jews. We must

22          stop enabling criminal behaviors. We must

23          protect our communities. We must keep

24          Nassau County safe. Law and order must

25          prevail, and with this bill, it shall

1
2          prevail.
3                  Today we gather to restore common
4          sense no matter what ideology you are, no
5          matter what skin color you are, no matter
6          what sexual orientation or sex you are.
7          No matter what, this is about making sure
8          our homes, our families, our children are
9          indeed safe.
10                 God bless you and thank you,
11         everybody.
12                 PRESIDING OFFICER KOPEL:  Thank you.
13                 Chuck Cutolo.
14                 Mr. Pulitzer, I think we're done
15         with the elected officials so we can
16         start timing the three minute clocks.
17                 MR. CUTOLO:  My name is Chuck
18         Cutolo. My address is 278 Asbury Avenue
19         in Westbury. From 1996 through 1999, I
20         was the Minority counsel for the
21         Democrats on this Legislature, and from
22         2000 through 2001, I was the Majority
23         counsel.
24                 I'm here today to comment on the
25         proposed local law relating to the

1

2          wearing of mask or other facial coverings

3          in a public place. Specifically, I would

4          like to briefly focus on two phrases that

5          appear in section three of this

6          legislation.  The first phrase is:  "With

7          the intent to conceal the identity of the

8          wearer". The second phrase is: "Worn to

9          protect the health and safety of the

10         wearer or for religious or cultural

11         purposes". Nowhere in this legislation is

12         the police officer who has the

13         responsibility for enforcing this law

14         given guidance on how to deal with the

15         very practical situations related to

16         these two phrases that will arise and

17         enforcing it. So then what kind of on the

18         spot interrogation would be possible or

19         appropriate by the police officer to

20         determine the requisite intent?

21              Similarly, on what basis with a

22         police officer be permitted to dispute a

23         claim for one of the exemptions to this

24         prohibition. It isn't fair to put the

25         police officer in the position of making

1

2      this determination without legislative

3      guidance. Isn't the police officer being

4      set up to either make an arbitrary or

5      questionable determination, or to just

6      ignore the law and thereby be accused of

7      some kind of dereliction of duty?

8          I also noticed that the copy of the

9      Legislation initially submitted, of

10     course, that under Section 1, short

11     title, there is a blank after the phrase

12     "this law shall be known as the -- ".  I

13     suggest filling in the blank with these

14     words:  Unfair to Police Officers Act of

15     2024.

16         Let me conclude by saying this:  I

17     was among those who walked into the

18     chamber along with the newly sworn in

19     members on the very first day of this

20     Legislature in 1996. I still remember the

21     aspirations for the Legislature on that

22     day. And it's within that context I ask

23     that on this day, prior to being voted on

24     by this Legislature, that a motion to

25     table be made so that a crack in the

NC FULL LEGISLATURE 08.05.2024

1

2          doorway can be left open for even more

3          thoughtful deliberation, and so that

4          common sense (buzzer).

5              PRESIDING OFFICER KOPEL:  Mr.

6          Cutolo, three minutes. Everyone. Three

7          minutes.

8              MR. CUTOLO:  Yes, common sense has

9          at least one last chance to peer into

10         that crack, enter it and walk through it.

11             PRESIDING OFFICER KOPEL:  Thank you.

12             We have one more elected official. I

13         did not see you. Sorry. We have

14         Supervisor of the Town of North

15         Hempstead, Jen DeSena.

16             SUPERVISOR DESENA:  Good afternoon,

17         Presiding officer, members of the

18         Legislature.  I want to thank county

19         legislator Mazi Pilip for standing strong

20         and brave and protecting our families.

21             I'm the North Hempstead town

22         supervisor, and our residents are afraid.

23         Their children are afraid. They're on

24         college campuses, they're seeing hateful

25         language, hateful signs, they're seeing

1

2          violence; but nothing is being done. We

3          have people arrested and released because

4          there's no evidence, nothing to know

5          their identity.

6               So this is about fairness. Why

7          should our children have to face masked

8          people harassing them, saying hateful

9          things, becoming violent?

10                   (Whereupon, applause.)

11          SUPERVISOR DESENA:  That's not fair

12          to our children, to any of us. This bill

13          is not about people wearing a mask for

14          their health. This is not about people

15          wearing a mask for a cultural or

16          religious ceremony. This is for people

17          who are engaged in hate, harassment,

18          violence, and sometimes crime, and that

19          cannot stand. It's not safe for our

20          residents. It's not safe for our

21          families.

22               I'm very glad that you're

23          considering this today. I hope this will

24          be a bipartisan, unanimous bill, because

25          this is about protecting our families,

1

2          our children, all of us from hate,

3          violence, harassment and possibly crime.

4          Thank you very much.

5                    (Whereupon, applause.)

6                    PRESIDING OFFICER KOPEL:  Abraham

7          Hamara.

8                    MR. HAMARA:  Thank you.  Thank you

9          to the legislative chambers, the

10         honorable president. My name is Abraham

11         Hamara and we stand here to emphatically

12         support Mazi Pilip's Mask Transparency

13         Act.

14                   I'm an attorney, but I'm also a

15         Jewish rights activist. You see, I went

16         to law school, and I find the law school.

17         I was asked the question, why do I want

18         to become an attorney? And in that

19         question, the way I responded was drawing

20         back on my experiences as a Jew born in

21         Damascus. And that's not Damascus,

22         Poland, it is Damascus, Syria. I was

23         displaced along with 850,000 to 1 million

24         Jewish refugees from our countries. Three

25         hundred billion dollars of our assets

1
2      were completely taken away from us. We
3      came to the United States to seek refuge,
4      and we did. We didn't cry. I didn't ask
5      for any help. My father told me it is up
6      to me to work. I went to school and I
7      worked my -- off to come to where I am
8      today.
9           You see, unfortunately, the same
10     type of anti-Semitism, the same type of
11     anti-Zionist anti-Semitism that led to my
12     ethnic cleansing, that led to the ethnic
13     cleansing of my people, has followed us
14     to the place in which we sought refuge.
15     It has followed us to the United States.
16          (Whereupon, applause.)
17          MR. HAMAR:  When I say never again,
18     it's personal and mean something to me.
19     Never again will I displace my family to
20     seek refuge in another place. But today I
21     ask myself this question:  How can I send
22     my children to college? How can I send my
23     children who want to represent themselves
24     as proud Jews onto the streets to stand
25     up with a Magen David. Why should I

1

2          remain in this country? How could it seek

3          refuge when it's allowing these type of

4          protests covered as social justice

5          protests? There is nothing social justice

6          about these protests. You see these

7          individuals, these individuals put on

8          masks to cover their face, not because of

9          Covid. The encampments on college

10         campuses, there was no six feet, people

11         didn't wear masks. There was no station

12         to wash your hands. Health concerns

13         weren't the reason. Now there is an

14         exemption to health concerns on this bill

15         there. This bill is 100% constitutional.

16         These people cannot remain to be masked

17         up while terrorizing our lives here in

18         the United States again.

19              (Whereupon, applause.)

20         MR. HAMAR:  I will end with this:

21         Justice Brennan in the Supreme Court case

22         clarified the clear and present dangers.

23         And the test we use today is the Imminent

24         Lawlessness Action. The Constitution

25         guarantees free speech, and free press,

1

2         does not permit the State to prohibit or

3         prescribe our advocacy or use of force of

4         law, except when the advocacy is directed

5         to incite or producing imminent lawless

6         action, and is likely to incite/produce

7         action and define a revolution. Abu

8         Bedoya Habib of Tel Aviv, which means Abu

9         Beda, our beloved strike, strike Tel

10        Aviv. They are chanting genocidal slogans

11        covering their faces and masks. We face

12        Arab supremacy in Syria. We refuse to

13        face this adaptation of white supremacy.

14        Just like the KKK covered their face.

15        These Arabs on premises are now covering

16        their face.

17                (Whereupon, applause.)

18            PRESIDING OFFICER KOPEL:  Dan Khan.

19            MR. KHAN:  Good afternoon, everyone.

20        My name is Dan Khan. I'm a disabled U.S.

21        Army veteran. I served on active duty for

22        a number of years.

23                (Whereupon, applause.)

24            MR. KHAN:  Thank you. I currently

25        serve as the deputy director for a Muslim

1

2          nonprofit, the Muslim American Leadership

3          Alliance. And when this bill came across

4          my desk and I was asked to review it, I

5          was like, hey, nothing about this is

6          Islamophobic. Nothing about this promotes

7          any type of agenda. This is to keep our

8          community safe. This is to keep people

9          accountable. I want protesters who are

10         pro-Palestine to be safe because among

11         them, people are hijacking and using them

12         for an agenda to promote violence and

13         bigotry and hatred. And that's everything

14         that we're against. That's everything

15         Americans are against. And I know that

16         when you vote yes, you're going to be

17         keeping my family safe. You're going to

18         be keeping me safe. You're going to be

19         keeping my kids safe. I'm going to be

20         able to walk down the street, go to the

21         mall, whatever I do in Mineola and Long

22         Island, I'm going to be safe. I'm going

23         to be protected. And if people do come

24         and attack, they're going to be held

25         accountable as they should be.

1

2            And I think any reasonable person,

3       knows that if you're immunocompromised,

4       you should be wearing a mask and no one

5       is against making people not wear masks

6       because of their health. It's completely

7       about crime and accountability. If you

8       are immunocompromised and you rob a gas

9       station, then you probably are going to

10      get arrested. But not because you wore a

11      mask to protect your health, but because

12      you robbed a gas station. It's about

13      preventing crime, keeping people

14      accountable, and we should be wearing

15      masks if we don't want to get sick.

16            If you're in a protest, if you're

17      not breaking the law, your First

18      Amendment rights are protected. The First

19      Amendment is extremely important. It is

20      one of the basis of our Constitution that

21      protects us and helps keep our elected

22      officials, our police officers, everybody

23      accountable. And we need to protect the

24      First Amendment. But striking this bill

25      down, voting against it is not doing

1

2          that.

3                  I hope that you vote yes. I hope

4          that when you go home and you look at

5          your kids, you look at your spouse, know

6          that they're safer. When you see an old

7          lady crossing the street, know that

8          you're helping keeping your community

9          safe because you voted yes.

10                 Stop terrorists now. Stop them in

11         your tracks.

12                      (Whereupon, applause.)

13              MR. KHAN:  It is up to you to do the

14         right thing. This isn't about left or

15         right or Democrat or Republican. This is

16         about doing the right thing. And this

17         bill absolutely helps everybody. And if

18         you haven't read it, please give it a

19         read because it is very straightforward.

20         Thank you.

21              PRESIDING OFFICER KOPEL:  Chris

22         Schneider.

23              MR. SCHNEIDER:  Thank you very much,

24         Mr. Presiding Officer. Appreciate the

25         opportunity to speak to you today. My

```
 1
 2          name is Chris Schneider. I am the vice
 3          president of the Wantagh-Seaford
 4          Homeowners Association, and I am here on
 5          behalf of our board to express our
 6          support for the Mask Transparency Act,
 7          sponsored by Legislator Pilip.
 8               As a community organization, we
 9          believe in free speech and public safety.
10          Both are critical to our communities.
11          People should be able to express
12          themselves peacefully and express their
13          opinions peacefully. But when that
14          expression turns violent and endangers
15          the safety of others, government has a
16          responsibility to act and protect us.
17          We've seen masked protesters wearing
18          clothing or holding signs promoting
19          terrorist organizations, intimidating,
20          harassing members of the Jewish community
21          and in some cases, advocating or engaging
22          in violence against them. That's not
23          peaceful protest. That's inciting hate.
24          No one should live in fear of being
25          targeted simply because of who they are.
```

1

2          Sadly, that's happening right now.

3              Wearing a mask for health or

4      religious or cultural reasons is entirely

5      appropriate. And this legislation

6      recognizes that and people will still be

7      able to do so as they can now. Wearing it

8      to conceal your identity while engaging

9      in hate, violence or anti-Semitism is not

10     constitutionally protected free speech.

11     It's a threat to public safety, and it

12     must be stopped.

13             So we thank Legislator Pilip for

14     introducing this legislation, and we urge

15     the members of the County Legislature to

16     pass it to help our wonderful Police

17     Department protect our communities and

18     stop those who believe they can disrupt,

19     spread hate and commit violence against

20     others.

21             Thank you very much.

22             PRESIDING OFFICER KOPEL:  Eileen

23     Muntz.

24             (Whereupon, no response.)

25             PRESIDING OFFICER KOPEL:  Juli

1

2          Grey-Ownens.

3              MS. GREY-OWENS:  Good afternoon. My

4          name is Juli Grey-Owens and I'm the

5          executive director for Gender Equality

6          New York. Our organization advocates for

7          transgender, gender, nonbinary and

8          intersex New Yorkers, and we do this work

9          by providing crucial training and

10         education to government agencies, law

11         enforcement, educational institutions,

12         healthcare facilities, and places of

13         worship. I have personally provided

14         training to Nassau County Department of

15         Social Services, the Nassau Police

16         Academy, Hofstra University, Molloy

17         College, Adelphi University, and

18         countless churches in Nassau County.

19             During this past legislative

20         meetings that dealt with the transgender

21         athletic ban, we saw a significant lack

22         of understanding about our community.

23         Even those legislators who stepped up to

24         support our community were in many cases

25         confused and used wrong or outdated

1

2          terminology. The gender expansive

3          community that we advocate for faces an

4          immense problem, as most people do not

5          have a basic understanding of our

6          community and the issues that we face.

7          Along with the lack of factual knowledge,

8          there is a significant amount of

9          misinformation and outright lies that

10         impacts the acceptance of our community.

11         To rectify this issue, I plan to attend

12         this Legislature's future monthly

13         meetings and provide training and

14         information to the members of this Body,

15         their staff, and members of the audience

16         during the three minute public comments.

17             So let's begin. And the best place

18         to begin is that the birth of a baby.

19         When a baby is delivered, the doctor or

20         nurse examines the baby's genitals and

21         assigns a sex. In most cases, either male

22         or female. This sex assignment is

23         important because from that moment on, it

24         will be used on all legal documents for

25         that person unless it's legally changed.

1

2      If that person grows up and finds that

3      that sex designation given at birth

4      matches their internal sense of self,

5      they are called cisgender. Importantly,

6      that personal sense of self is defined as

7      your gender identity. Although I don't

8      know what's in each of your hearts,

9      statistically speaking, most if not all

10      of the County Legislators are cisgender

11      because you probably have an internal

12      sense of self -- again, your gender

13      identity -- that matches the sex

14      designation you were given at birth.

15          Please note that I said,

16      statistically speaking, because experts

17      believe that cisgender people constitute

18      the majority of the world's population,

19      estimating at 99.4% of the population.

20      And to be clear, being cisgender has

21      nothing to do with sexual orientation. It

22      simply means that your personal identity,

23      also known as your gender identity,

24      matches the designation given at birth.

25          However, not everyone's gender

1

2         identity aligns with their sex assigned

3         at birth. These individuals are known as

4         transgender. In my next appearance before

5         the Legislature, I will discuss this

6         community in greater detail.

7              Thank you for your attention.

8              PRESIDING OFFICER KOPEL:  Corinne

9         Leat.

10             MS. UNGER:  Good afternoon, and

11        thank you for the opportunity to speak

12        here before you today. My name is Leat

13        Corinne Rubin Unger, and I am the

14        relative of Omer Shem Tow who is

15        currently being held captive in Gaza For

16        304 days.

17             (Whereupon, applause.)

18             MS. UNGER:  For 304 days since

19        October 7th, I have been advocating and

20        fighting for his release, along with

21        hundreds of others, other hostages of

22        various faiths and various nationalities.

23        I, of course, have been attending private

24        meetings pushing for his release, and

25        also have been attending rallies and

1

2      protests on a weekly basis.

3          I am grateful for the opportunity to

4      safely protest and advance my voice, and

5      then use my voice for those whose voices

6      aren't being silenced right now. I am

7      grateful for having my speech protected

8      and taking advantage of the core values

9      of this democratic country. But every

10     time I go out to a protest, I encounter

11     anti-American and anti-Israel radical

12     terrorist supporters who cover their

13     faces and cover their bodies in the exact

14     same manner that the violent terrorists

15     who kidnaped Omer covered their faces on

16     that day. And they do this not for

17     medical reasons and not for religious

18     reasons, but for one simple reason:  To

19     avoid accountability.

20          (Whereupon, applause.)

21          MS. UNGER: Let me repeat that. Just

22     as the terrorists who kidnaped 250

23     innocent human beings were masked and hid

24     their faces, so did the protesters in New

25     York and around the country on college

1

2          and university campuses hide their

3          cowardly faces.

4              Last week, the Prime Minister of

5          Israel came to address Congress in DC. I

6          went to protest in DC, not against

7          Israel's existence and not against any

8          particular group, but in support of life,

9          for 115 human beings that remain captive

10         in Gaza. Yet, I and my fellow protesters

11         were arrested for wearing a shirt. I

12         didn't protest violently. I only

13         protested wearing a shirt that supported

14         life. The police arrested me, and they

15         did so because they could safely do so.

16         We need to help our officers evade

17         lawlessness so they can safely do their

18         job as well.

19              (Whereupon, applause.)

20             MS. UNGER:  Again, I am not against

21         protesting. I believe in freedom of

22         speech, but I am against a lack of

23         accountability. I am against a lack of

24         consequences. If anyone wants to call for

25         the genocide or spread hate, they should

1

2      have that right because they live in the

3      United States of America. But they must

4      have their faces shown so that if they

5      cross a red line, they can be held

6      accountable.

7          PRESIDING OFFICER KOPEL: Mary Carter

8      Flanagan.

9              (Whereupon, no verbal

10             response.)

11         PRESIDING OFFICER KOPEL:  Susan

12     Kaye.

13         MS. KAYE:  I am from "Say no to the

14     Casino".  I am against this casino. It

15     will do nothing for Nassau County. And I

16     am demanding that Sands pack their stuff

17     up and leave Nassau County. Take your

18     damn casino, go to the top of Saks Fifth

19     Avenue where belongs; Citi Field. It does

20     not belong in Nassau County.

21         We have one of the highest rates of

22     cancer in this state. At the end of

23     January this year, I lost my sister to

24     leukemia. There is not a trace of

25     leukemia in my family. I myself did

1

2    genetic testing. We have so much

3    pollution going on, that's what probably

4    caused it. And we need this casino with

5    the rate of heavy traffic?

6        Our water system. We have another

7    thing of high rate of breast cancer. Take

8    a look at our water system.  It's from

9    all the DDT and PVC that was used in the

10   '50s and '60s. Probably part of it is

11   from Grumman, and we need a casino?  This

12   is actually a joke. This is one of

13   Blakeman's things.  He's shoving this

14   casino down out throats because his

15   brother works for Sands.

16       And I will say this again:  Sands,

17   take your casino. Go to the top of Saks

18   Fifth Avenue, go to Citi Field; not in

19   Nassau County. We could do a lot of

20   better things with the land. I have

21   talked about this a million times. How

22   about teaming up with Hofstra and

23   Northwell and building a legit allied

24   health school.

25       In Nassau County -- I should say all

1

2   of Long Island, we only have two legit

3   Dental Assistant School, BOCES and Stony

4   Brook. The rest of these are phony

5   baloney for profits.

6        The Hempstead Works had a job

7   training program.  I was interested in an

8   EKG. What did they have? A phony baloney,

9   for profit school.

10        I am saying all you legislators vote

11   no on the casino. There was only one

12   person who voted no the last time was

13   Delia Dewicky (sic). Vote with your

14   heart, not with your money in your

15   pocket.

16        Thank you.

17        PRESIDING OFFICER KOPEL:  Sam Fried.

18        MR. FRIED:  Good afternoon to the

19   Presiding Officer and to the Board. My

20   name is Samuel Fried. I'm a First

21   Sergeant, IDF paratrooper -- -

22            (Whereupon, applause.)

23        MR. FRIED:  Who served for two

24   months in Gaza during the war and five

25   months overall during the war.

1

2          The Mask Transparency Act proposed

3      by Legislator Mazi Pilip is about two

4      things and two things only:

5      Accountability and safety. Let's not

6      pretend it's about anything else.

7          Since coming back from Gaza, I've

8      attempted to have brokered peace through

9      conversations. In one instance, I went to

10     City College, in which I'm an alumni and

11     try to have conversations at the

12     encampment. I was restrained by a group

13     of masked individuals who would not let

14     me move in any direction. When I turned

15     to the police officer standing by to ask

16     them why they're not doing anything and

17     if these people will be reprimanded, I

18     quote, the police officer said to me, "it

19     is too difficult to identify all the

20     students because they were wearing

21     masks".

22          In another instance, I spoke at an

23     interfaith event in Boise, Idaho, two

24     months ago. Before the event, four masked

25     individuals tried to break in to the only

1

2    Orthodox Jewish synagogue in Boise. After

3    that, they attempted to lynch me at my

4    hotel, unsuccessfully. These four

5    individuals are still at large because

6    they have not been identified, because

7    they were wearing masks at the hotel that

8    I was at. Unbelievable. We have been

9    threatened. We have been physically

10   assaulted. And these violent actors have

11   been able to simply walk freely on the

12   streets because they are unable to be

13   identified. We cannot let thugs take over

14   our city, our country and our

15   universities, and by not stopping these

16   masked thugs immediately, we encourage

17   their actions.

18       The buck has to stop here. If we

19   don't do something now and force

20   accountability, this problem will only

21   get worse. As a Jew, I feel targeted. But

22   as an American, more importantly, I feel

23   defenseless when we can't appropriately

24   identify and stop these bullies from

25   calling for our murder, using

1

2      intimidation tactics to facing national

3      monuments and burning the same flag, the

4      American flag that so many heroes give

5      their lives to defend under the guise of

6      a mask.

7              (Whereupon, applause.)

8          MR. FRIED:  In closing, In closing,

9      I ask you one question:  Do you support

10     America or do you support terrorism?

11     Please. Please consider that we pass the

12     vote today. Thank you very much for your

13     time.

14         PRESIDING OFFICER KOPEL:  Is Mayor

15     Flanagan back in the room yet?

16         MAYOR FLANAGAN:  Good afternoon.

17     Thank you for this opportunity to be

18     heard. I'm Mary Carter Flanagan, the

19     Mayor of the Village of Garden City, and

20     I'm standing before you again on the

21     issue of the casino proposal.

22         I urge you to not move this project

23     forward by approving any lease agreement

24     today. I think we all know what it is.

25     It's not about protecting the County or

1

2          keeping people's jobs. It's the first

3          step towards a project that would be

4          horrible for Nassau County. And I ask you

5          to think long and hard about what you're

6          doing.  The Village of Garden City, we

7          have, all eight members of the board of

8          trustees voted on a unanimous resolution

9          opposing the casino.  I'll be submitting

10         a copy of that again, as well as our

11         written comments on the environmental

12         issues that are signed by all eight

13         members.

14             Why are we so adamantly and

15         unequivocally opposed to this casino

16         project? Our community and the

17         communities all over Nassau County. We do

18         not need more crime and we know it will

19         bring more crime.

20             We don't need more DWI fatalities,

21         which it will bring.

22             We don't need more addiction in

23         Nassau County, which it will surely

24         bring.

25             We don't need the pollution that

1

2      will come with this project. Nor do we

3      need the traffic that will come with this

4      project.

5           One thing that struck me, and I

6      think other officials, is when a Sands

7      executive and in a moment of candor

8      admitted to us that they're not expecting

9      tourists. Now, I was at the first

10     presentation here and they said quite the

11     contrary.  It was going to be people

12     would come from all over to this

13     destination, Nassau County. I didn't

14     believe it then. I don't believe it now.

15     And none of you should believe it either.

16          I also thought it was interesting

17     when they were asked why Nassau County?

18     They like the demographics. So what's

19     coming here is horrible for Nassau County

20     and your elected officials. You're in a

21     position to stop it. And I beg you to

22     consider doing that today.

23          I will just read briefly the

24     unanimous resolution, last one from the

25     Board of Trustees:

```
 1

 2              Whereas, the Board has received

 3         considerable input from residents across

 4         the village in opposition to the

 5         development of a casino at the Nassau

 6         hub site; and

 7              Whereas, the serious security issues

 8         that surround casinos are well known,

 9         including DWI, prostitution, drugs, human

10         sex trafficking, compulsive gambling,

11         and, moreover, severely negative impact

12         in our village road roadways; and

13              Whereas, the Board urges the Nassau

14         County Legislature and the Nassau County

15         IDA to actively seek out development

16         ideas which will enhance our communities;

17         and

18              Now, therefore, be it resolved, that

19         the Board, on behalf of the residents of

20         Garden City, is adamantly opposed to a

21         casino with the Nassau Hub site.

22              So, please, consider what you're

23         doing today and rethink it.

24              PRESIDING OFFICER KOPEL:  Ari

25         Ackerman.
```

1

2          MR. ACKERMAN:  Thank you so much for

3     having me today. I'm Ari Ackerman. A loud

4     and proud American Jewish activist. And I

5     will also say a happy birthday to Ariel

6     Beavis, whose picture you have right

7     there, whose held in Gaza captive for 304

8     days, five years old.

9          I want to say clearly, for the

10    record, I support Legislator Pilip's Mask

11    Transparency bill today.

12         Come on, let's be clear, this bill

13    is about common sense. In most cases,

14    individuals who wear a mask at protests

15    are not afraid of Covid. They are not for

16    religious or cultural purposes. But this

17    bill does make those exceptions. But the

18    mask at protests in large part, are to

19    conceal their identity in order to harass

20    and intimidate, and in large part spew

21    Jewish hatred and anti-Israel rhetoric.

22         The masks are being used outside the

23    Nova Exhibition, a memorial to the

24    massacre that took place at the peaceful

25    music festival. They're being used at

1

2      Columbia University to break into and

3      take over buildings and consequently,

4      because of the mask, not get prosecuted.

5          I love the analogy earlier that you

6      can't drive without a recognized license

7      plate. These rallies where masks are so

8      prevalent, have flags of American

9      designated terrorist organizations,

10     pictures of terrorist leaders, and they

11     burn American flags. These are not

12     activists; they are antagonists. These

13     are the facts.

14          This bill is not only a Jewish

15     issue. This bill was brought and

16     originally formulated to protect the

17     black community against the KKK and

18     eliminated during Covid. We trust our

19     amazing cops who can tell right from

20     wrong about why a mask is being worn, and

21     arrest those who are using the lack of

22     this law to harass and intimidate.

23          Please do the right thing. Vote yes

24     today. Thank you, Mazi, for standing

25     tall. God bless America. Am yisral chai.

1
2          Bring them home now.
3
4                   *******
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3              PRESIDING OFFICER KOPEL:  We're

4         going to now move into our calendar.

5         It'll be a short one, by the way, so

6         don't worry. And after that, we'll return

7         to some of these items that are

8         controversial.

9              (Whereupon, public

10             interruption.)

11             PRESIDING OFFICER KOPEL:  I heard

12        you. And my answer is you don't say here

13        you're for it or against it. Most of

14        these things, I just call them in the

15        order that I got them. And every single

16        person who wants to speak on the mask

17        bill for or against will be given a

18        chance to do so when we have the hearing

19        in just a few minutes.

20             Mr. Pulitzer, please go ahead and

21        call the roll.

22             CLERK PULITZER:  Thank you,

23        Presiding Officer. Deputy Presiding

24        Officer Thomas McKevitt?

25             LEGISLATOR MCKEVITT:  Here.

```
 1

 2            CLERK PULITZER:  Alternate Deputy

 3       Presiding Officer John Ferretti?

 4            LEGISLATOR FERRETTI:  Here.

 5            CLERK PULITZER:  Alternate Minority

 6       Leader Siela Bynoe?

 7            LEGISLATOR BYNOE:  Here.

 8            CLERK PULITZER:  Legislator Carrie

 9       A. Solages?

10            LEGISLATOR SOLAGES:  Here.

11            CLERK PULITZER:  Legislator Debra

12       Mule?

13            LEGISLATOR MULE:  Here.

14            CLERK PULITZER:  Legislator C.  See

15       William Gaylor, III?

16            LEGISLATOR GAYLOR:  Present.

17            CLERK PULITZER:  Legislator John

18       Giuffre?

19            LEGISLATOR GIUFFRE:  Here.

20            CLERK PULITZER:  Legislator Mazi

21       Pilip?

22            LEGISLATOR PILIP:  Here.

23            CLERK PULITZER:  Legislator Scott

24       Davis?

25            LEGISLATOR DAVIS:  Present.
```

```
 1
 2                CLERK PULITZER: Legislator James
 3        Kennedy?
 4                LEGISLATOR KENNEDY:  Here.
 5                CLERK PULITZER:  Legislator Patrick
 6        Mullaney?
 7                LEGISLATOR MULLANEY:  Here.
 8                CLERK PULITZER:  Legislator Seth
 9        Koslow?
10                LEGISLATOR KOSLOW:  Present.
11                CLERK PULITZER:  Legislator Scott
12        Strauss?
13                LEGISLATOR STRAUSS:  Present.
14                CLERK PULITZER:  Deputy Minority
15        Leader Arnold Drucker?
16                LEGISLATOR DRUCKER:  Here.
17                CLERK PULITZER:   Legislator
18        Rosemarie Walker?
19                LEGISLATOR WALKER:  Here.
20                CLERK PULITZER:  Legislator Samantha
21        Goetz?
22                LEGISLATOR GOETZ:  Here.
23                CLERK PULITZER:  Legislator Michael
24        Giangregorio?
25                LEGISLATOR GIANGREGORIO:  Here.
```

1

2          CLERK PULITZER:  Thank you. Minority

3      Leader DeRiggi-Whitton?

4          MINORITY LEADER DERIGGI-WHITTON:

5      Here.

6          CLERK PULITZER:  Presiding Officer

7      Howard Kopel?

8          PRESIDING OFFICER KOPEL:  Here.

9          CLERK PULITZER:  We have a quorum,

10     sir.

11         PRESIDING OFFICER KOPEL:  Thank you.

12     Okay.

13         We have a motion to suspend the

14     Rules by Alternate Presiding Officer

15     Ferretti, and seconded by Legislator

16     Koslow.

17         All those in favor of suspending the

18     Rules, please say, "Aye".

19             (Whereupon, all members of

20             the Full Legislature respond in

21             favor with, "Aye".)

22         PRESIDING OFFICER KOPEL:  Any

23     opposed?

24             (Whereupon, no verbal

25             response.)

1

2          PRESIDING OFFICER KOPEL:  The Rules

3     are suspended. We have a number of

4     consent items. These are items which have

5     gone through Committees, and the Majority

6     and Minority have discussed them and have

7     agreed that no further debate or

8     discussion is required.

9          And I'll call them now:

10          Item five, Ordinance 30; Item six,

11     Ordinance 31; Item seven, Ordinance 32;

12     Item eight, Ordinance 33; Item nine,

13     Ordinance 34; Item 10, Ordinance 35; Item

14     11, Resolution 99; Item 12, Resolution

15     100, Item 13, Resolution 101; Item 14,

16     Resolution 102; Item 15, Resolution 103;

17     Item 16, Resolution 104; Item 17,

18     Resolution 105; Item 19, Resolution 107;

19     Item 20, Resolution 108; Item 21,

20     Resolution 109; Item 22, Resolution 110;

21     Item 23, Resolution 111; Item 24,

22     Resolution 112; Item 25, Resolution 113;

23     Item 26, Resolution 114; Item 27,

24     Resolution 115; Item 28, Resolution 116;

25     Item 29, Resolution 117; Item 30,

```
1

2          Resolution 118; Item 32, Resolution 120;

3          Item 33, Resolution 121; Item 34,

4          Resolution 122; Item 35, Resolution 123

5          and Item 36, Resolution 124. Motion by

6          Legislator Davis, seconded by Legislator

7          Kennedy.

8              All those in favor of those items,

9          please say, "Aye."

10                 (Whereupon, all members of

11                 the Full Legislature respond in

12                 favor with, "Aye".)

13             PRESIDING OFFICER KOPEL:  Any

14          opposed?

15                 (Whereupon, no verbal

16                 response.)

17             PRESIDING OFFICER KOPEL:  Those

18          items passed unanimously.

19

20                     *****

21

22

23

24

25
```

```
 1
 2            PRESIDING OFFICER KOPEL:  Next is
 3       Resolution 106, which is a resolution
 4       authorizing the County Attorney to
 5       compromise and settle the claims of
 6       plaintiff and the action of Beechwood
 7       Benedict Merrick, LLC versus County of
 8       Nassau. Legislator McKevitt is recusing
 9       himself from voting on this item and not
10       participating in debate or discussion.
11            (Whereupon, Legislator
12            McKevitt exits Chambers and is
13            not a part of this vote.)
14            PRESIDING OFFICER KOPEL:  Motion on
15       this item by Legislator Pilip and
16       seconded by Legislator Bynoe.
17            All those in favor of Resolution
18       106, please say, "Aye."
19            (Whereupon, all members of
20            the Full Legislature respond in
21            favor with, "Aye".)
22            PRESIDING OFFICER KOPEL:  Any
23       opposed?
24            (Whereupon, no verbal
25            response.)
```

1

2           PRESIDING OFFICER KOPEL:  That item

3      is unanimous.

4                    * * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          PRESIDING OFFICER KOPEL:  Resolution

3      125 authorizes the County Assessor and/or

4      Treasurer and/or Receiver of Taxes to

5      correct erroneous assessments of real

6      properties in various school districts.

7          Once again Legislator McKevitt is

8      recusing himself on this item, not

9      participating in debate, discussion or

10     vote.

11              (Whereupon, Legislator

12              McKevitt is not present in

13              chambers.)

14          PRESIDING OFFICER KOPEL: Motion on

15      this item by Legislator Walker, seconded

16      by Legislator Drucker.

17          All those in favor of Resolution

18      125, please say, "Aye."

19              (Whereupon, all members of

20              the Full Legislature respond in

21              favor with, "Aye".)

22          PRESIDING OFFICER KOPEL:  Any

23      opposed?

24              (Whereupon, no verbal

25              response.)

1

2          PRESIDING OFFICER KOPEL:  That item

3     is unanimous.

4          Would somebody invite Deputy

5     Presiding Officer McKevitt back?

6              (Whereupon, Legislator

7          McKevitt returns to chambers.)

8

9                    * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          PRESIDING OFFICER KOPEL:  Resolution

3     119 ratifies a Memorandum of Agreement

4     making amendments to the Collective

5     Bargaining Agreement between the County

6     of Nassau and Nassau Community College,

7     and the Adjunct Faculty Association of

8     Nassau Community College.

9          We have a motion On that by

10    Legislator Giangregorio and seconded by

11    Minority Leader DeRiggi-Whitton.

12         Anyone here from the Administration?

13         MR. GROSS:  Good afternoon. John

14    Gross, counsel to the College.

15         You have before you a negotiated

16    agreement between the Adjunct Faculty

17    Association, a very important

18    organization for the instruction of

19    students of the college. About 50% of the

20    courses are taught by adjunct faculty.

21         The agreement is for a three year

22    period. This bargaining unit does not

23    have incremental movement, so whatever

24    percentage was agreed to is all there is

25    in terms of compensation package. It's 3%

1

2          for the first two years and 2.75% for the

3          balance of the term of the contract.

4          There are other provisions that are

5          administrative in nature.

6               The MOA, creates a committee for

7          study of seniority issues and some other

8          questions that were not fully resolved at

9          the bargaining table. But as often occurs

10         in labor relations, committees are

11         established to continue the study during

12         the term of the contract.

13              Another provision, there is some

14         minor payment for accumulated sick leave

15         at the point of retirement.  The

16         amendment was put in the contract that

17         anybody terminated for cause for

18         misconduct will not be granted that

19         benefits.  And we created another

20         benefit, a college business day where

21         members of this unit who typically teach

22         1 or 2 courses a semester will be given a

23         college business days for attendance and

24         continuing education programs and

25         professional meetings.

1

2          This was very appropriate

3      professional negotiations. There was no

4      major disputes between the parties other

5      than compensation, and we reached these

6      numbers. The amount of money that is

7      appropriated that will be necessary for

8      appropriation appears in the college

9      budget.

10          So, respectfully, on behalf of the

11      College, and typically I don't say things

12      on behalf of AFA, but on behalf of the

13      AFA, the union, we would ask that this be

14      approved.

15          PRESIDING OFFICER KOPEL:  Thank you,

16      Mr. Gross.

17          Legislator Drucker.

18          LEGISLATOR DRUCKER:  John, nice to

19      see you.

20          I'd like to commend you and your

21      counterpart on the AFA for hammering out

22      this agreement. I proudly served on the

23      Board of Trustees for four years, and I

24      remember how dedicated and what a service

25      the adjunct faculty provided to the

1

2          students of the college and what they

3          continue to do today.  They are the

4          lifeblood of the student body and their

5          education. Without them, the College

6          would be in serious trouble, so it is

7          welcome. And I do remember how difficult

8          collective bargaining sessions were and

9          continue to be. So again, I want to

10          commend you and your team and the

11          Administration and the AFA for hammering

12          out this agreement, which is going to

13          serve the student body very well for the

14          next three years. So thanks again.

15               MR. GROSS:  Thank you.

16               PRESIDING OFFICER KOPEL:  Any other

17          questions of the Legislators?

18                    (Whereupon, no verbal

19               response.)

20               PRESIDING OFFICER KOPEL:  Okay.

21               MR. GRAY:  Mr. Presiding officer,

22          how are you?

23               Kenneth Gray from the law firm of

24          Bee, Ready, Fishbein, Hatter and Donovan,

25          outside labor counsel to the County. As

```
 1

 2          you were aware, the AFA members are with

 3          the County and the Community College are

 4          joint employers in this case. So I just

 5          want to point out that there will be no

 6          impact on the County's budget concerning

 7          this Memorandum of Agreement. The College

 8          has calculated the cost of this three

 9          year MOA and all salary costs and

10          fundings for the agreement come from the

11          College's budgeted funds for contractual

12          increases. If there are any questions.

13          Thank you very much.

14              PRESIDING OFFICER KOPEL:  Okay.

15          Thank you.  Apparently, there are none.

16              All those in favor of those items,

17          please say,  "Aye."

18                  (Whereupon, all members of

19                  the Full Legislature respond in

20                  favor with, "Aye".)

21              PRESIDING OFFICER KOPEL:  Any

22          opposed?

23                  (Whereupon, no verbal

24                  response.)

25              PRESIDING OFFICER KOPEL:  The item
```

1

2          is unanimous.

3                MR. KORNBLUTH:  I'm sorry I take up

4          your time, but I just wanted to thank

5          you.

6                My name is Jerry Kornbluth.  I am

7          the Vice President For Community and

8          Governmental Relations and spokesperson

9          at Nassau Community College.  On behalf

10         of the Administration, I'd like to thank

11         you for your support. And just to

12         reiterate what Legislator Drucker said,

13         it was a difficult negotiation, but the

14         two sides came together and at the end of

15         the day, they worked it out. And that's

16         the way collective bargaining should be

17         done. So thank you for your support and I

18         appreciate that.

19               PRESIDING OFFICER KOPEL:  Thank you,

20         Jerry.

21

22                         ******

23

24

25

1

2      PRESIDING OFFICER KOPEL:  We are

3   going to do a hearing on a local law to

4   prohibit the use of a mask or facial

5   covering for the purpose of concealing an

6   individual's identity in a public place.

7      Motion to open this hearing is made

8   by Legislator Pilip and seconded by

9   Legislator Giuffre.

10     All those in favor of opening the

11  hearing, please say, "Aye."

12        (Whereupon, all members of

13        the Full Legislature respond in

14        favor with, "Aye".)

15     PRESIDING OFFICER KOPEL:  Any

16  opposed?

17        (Whereupon, no verbal

18        response.)

19     PRESIDING OFFICER KOPEL:  The

20  hearing is opened.

21     On Monday, July 15th, the Public

22  Safety Rules Committee debated and

23  discussed and received testimony

24  regarding the proposed Mask Transparency

25  Law introduced in response to the sharp

1

2      uptick in anti-Semitic incidents often

3      perpetrated by those in masks since

4      October 7th, 2023.

5          This local law prohibited the use of

6      masks or other facial coverings, which

7      were worn with the intent to conceal

8      identity in a public place, with

9      exceptions for health and safety,

10     religious or cultural purposes, or

11     peaceful celebrations of holidays.

12         Minority and members of the public

13     raise concerns regarding the application

14     of the proposed local law and enforcement

15     and police training. In response, staff

16     members for the Majority and Minority

17     met. Amendment was filed which limits the

18     application of the mask ban to the

19     following masked individuals:

20         1. Those who remain or congregate in

21     a public place with other masked,

22     disguised persons. In other words, not

23     just a single person, but a group of

24     people.

25         2. Those who intend by force or

1
2      threat of force to injure, intimidate, or
3      interfere with a person's exercise of a
4      right.
5          3. Those who act with intent to
6      intimidate, threaten, abuse, or harass
7      another person.
8          4. Those who are engaged in conduct
9      which could reasonably lead to the
10     institution of a civil or criminal
11     proceeding with the intent of avoiding
12     identification in the preceding.
13         The exceptions to the local law for
14     health, safety, religious, cultural
15     purposes for celebrations and holidays,
16     they still remain in place. We have those
17     exceptions and those people who are
18     wearing for those purposes under this
19     proposed law can continue to wear a mask
20     when they need to. In other words, no
21     one's going to be stopped because you're
22     wearing a mask because you're
23     immunocompromised or the like.
24         The application of this law is very
25     narrow and addresses specific concerns.

1

2     Before I get to the Commissioner, let me

3     let me just say that this is not an

4     attack on people of any type or sort or

5     any religion or any anything whatsoever.

6     This is merely something that is being

7     instituted as a public safety measure.

8         As was stated by one of the

9     commentators, one of the state senators,

10    this was the law in New York State for

11    what was it 175 years.  This was the law

12    in New York State up until 2019. In 2018,

13    if you walked around with a mask, a

14    police officer would come over and say,

15    don't. Covid came, the State Legislature

16    revoked that law.  Similar type laws have

17    been passed in other states. It has been

18    vetted through the courts and they have

19    been found to be constitutional.

20        So with that, I am going to invite

21    Commissioner.

22        (Whereupon, off record

23        discussion.)

24        PRESIDING OFFICER KOPEL:

25    Commissioner, just a moment. We're going

1
2          to have a statement from Legislator
3          Pilip.
4               LEGISLATOR PILIP:  Thank you,
5          Presiding Officer.
6               First of all, I would like to thank
7          all the elected officials and all the
8          people who are here to support the Mask
9          Transparency Act. I'm grateful to have
10         Police Commissioner Patrick Ryder here
11         today to help discuss the proposed Mask
12         Transparency Act.
13               Before we call the Commissioner, I
14         want to offer a statement on what I hope
15         this bill will accomplish and add some
16         context to the amendment we will offer.
17               This legislation was written for one
18         simple purpose:  To keep our residents
19         safe. Some have asked me why this bill is
20         so important. My simple answer is this, I
21         am sick and tired of people being
22         harassed, intimidated, attacked,
23         physically hurt, and feeling unsafe. I
24         have been to CUNY, Columbia, local high
25         schools, community meetings, rallies in

1

2      Great Neck, Eisenhower Park, Oyster Bay,

3      Syosett, Plainview, and more. I have

4      heard the people speak loudly and

5      clearly; they want this done.

6          In 2020, in order to stop the spread

7      of the Covid 19 virus, New York State

8      repealed the section of law that made it

9      a crime for groups of people to wear a

10     mask in public. However, after the Covid

11     emergency had passed, the State took no

12     action to craft legislation that would be

13     both protective of the public health as

14     well as protective of the public safety.

15     So because the State has not done their

16     job, we will do it here in Nassau County

17     and take the lead.

18          On October 7th and the weeks

19     afterward, I have been speaking to

20     groups, synagogues and schools about

21     about hate. Why? Because hate incidents

22     in New York state skyrocketed.  Jewish

23     people all over New York state were

24     subject to the physical and verbal

25     assault. Many times the thugs were

1

2          cowards hiding their faces behind mask at

3          protest and march. In the audience today

4          I see some friends who have been

5          assaulted or personally impacted. I thank

6          you for your courage and being here and

7          sharing your stories.

8              We also know that criminals wear

9          masks to conceal their identity when they

10         commit crimes:  Shoplifters, drug

11         dealers, even those people that steal

12         packages from doorways will wear masks to

13         prevent themselves from being identified.

14             The law which we are to consider

15         today was based in large part on this

16         state of Virginia mask statute.

17         Virginia's statute was originally enacted

18         in the 1950s to prevent members of the

19         KKK from wearing masks and hoods to

20         further their racist and hateful

21         activism. Several other states have

22         similar laws, including Florida, Georgia,

23         Louisiana, North Carolina and, until

24         2020, New York State. These laws have

25         been upheld in federal court when

1

2       challenged.

3            To be absolutely clear, this law

4       does not apply to those that wear masks

5       to protect themselves or others from a

6       transmissible disease, or for other

7       health or safety purposes. The law does

8       not apply to those that wear facial

9       coverings for religious purposes, or to

10      celebrate holidays or cultural events.

11           As our amendment makes clear, this

12      law will apply to those that would gather

13      with other masked people, just like the

14      law was in New York State prior to 2020.

15      It will apply to those that would

16      intentionally harass, threaten, or

17      intimidate another person, or is engaged

18      in conduct that can get them harassed.

19           Also, we added this additional

20      condition to enforcement based on the

21      public comment we received at the

22      Committee and conversation with our

23      colleague, Legislator Davis. This new

24      language was based in part on Florida's

25      anti masking statute.

1

2          Again, Commissioner Ryder, thank you

3      for being here. I would like to thank

4      some very special people who come here

5      today who will speak shortly. And thank

6      you for all the fight you are doing

7      against any form of hate.

8          Today we will take a strong step

9      forward. Working with our police, this

10     law will make a difference. With that, I

11     turn the floor back to the Presiding

12     Officer. Thank you.

13         PRESIDING OFFICER KOPEL:  Minority

14     Leader DeRiggi-Whitton.

15         MINORITY LEADER DERIGGI-WHITTON:

16     Thank you, Presiding Officer.

17         I want to make it very clear that

18     everyone up here does not want anyone or

19     any resident of Nassau County to ever

20     feel threatened or not secure in our

21     neighborhoods. That is our number one

22     priority. And we do have an excellent

23     police force that ensures that.

24         However, if we are going to do a

25     bill, I just want to go over a couple

1

2        things because we've had so many bills

3        that have been submitted, especially by

4        this Administration, only to get thrown

5        out and overturned. And why spend and

6        waste taxpayer money on us trying to

7        defend a bill that will not hold up

8        constitutionally? And I've had this bill

9        reviewed. We've all had it reviewed. And

10       honestly, there's a number of flaws that

11       we think we can resolve and work

12       together.

13           Yes, Legislator Davis and Legislator

14       Pilip met and they had a good meeting.

15       But that wasn't the agreement. The

16       agreement was for our legal staff to meet

17       with your legal staff. It's on the

18       record. It was actually even cited in

19       *Newsday*. That never happened; we would

20       still like to do that. The reason being a

21       number of things which are going to sound

22       very detailed and I'm sorry to bore some

23       of you if this is what you're going to

24       find, but they're important.

25           First of all, the prior law on New

1

2          York state books had this in place, but

3          it was a violation. This law now is

4          saying it's going to be a misdemeanor,

5          meaning if a police officer sees someone

6          with a mask and perceives their intent to

7          be questionable and nefarious, they could

8          be sentenced to up to a year in jail.

9          What you have to understand is the penal

10         law, the criminal law does not allow for

11         that. You cannot be arrested on perceived

12         intent. It's not me that makes the law,

13         but that is the criminal law. I cannot

14         perceive what someone is going to do.

15         You can't leave it up to me or any of

16         these police officers to decide a

17         perceived intent. If someone is

18         committing a crime, okay. But if it's a

19         perceived intent, it's not enough to

20         convict someone of a misdemeanor.  The

21         violation we would have been okay with,

22         not a misdemeanor. A misdemeanor is a

23         year in jail for perception. So that is

24         one reason.

25              There's a number of other questions

```
1
2        as to whether or not -- even their bill
3        doesn't even describe what a mask is. And
4        so that is going to throw it out just on
5        that. So there's some changes that have
6        to be made.
7            We agree with the intent, but it's a
8        poorly written bill. It was never given
9        -- I'm sure, I asked, I tried to find out
10       what criminal judge or attorneys helped
11       them. I didn't get an answer. There
12       wasn't any. So rather than rush through
13       this right now and submit a bill I can
14       guarantee you is going to be overturned
15       and thrown out and make us look like like
16       we don't know what we're doing once
17       again; why do that? Why not just stop for
18       a minute. Let's meet and let's hash it
19       out. I have some people that are experts
20       and are volunteering to help us. They're
21       past criminal judges in Nassau County.
22       They will come and meet with us. We have
23       other people that were prior attorneys
24       here with the County that will meet with
25       us. Again, submitting this bill is just
```

1

2          going to look foolish when it's sent back

3          to us and rejected. And I think the

4          bottom line is we want to do this; we

5          want to do it right.

6               PRESIDING OFFICER KOPEL:  Legislator

7          Drucker.

8               LEGISLATOR DRUCKER:  Thank you,

9          Presiding Officer. I'd like to start off

10         by commending Legislator Pilip and your

11         co-sponsors for this bill. We support --

12         every single one of us here on our side,

13         understands and recognizes the need for

14         legislation to combat this form of

15         activity. Cowardice. Harassment.

16         Anti-Semitism. I'm a Jew and I have been

17         exposed to anti-Semitism my entire life.

18         It's not something that you learn to live

19         with, but you coexist with it.  But then

20         October 7th happened, and October 7th

21         changed everything. No one was more

22         repulsed, disgusted, angered, frustrated

23         by what we saw on the college campuses

24         throughout this country. It was

25         deplorable and it frustrated the heck out

 1

 2          of me and a lot of others, I'm sure,

 3          recognizing that we need to do something.

 4          But I am also an attorney, but that's

 5          kind of irrelevant. I believe in our

 6          fundamental freedoms, and I'm always

 7          concerned about trampling on the rights,

 8          our First Amendment rights, our

 9          constitutional rights of citizens who are

10          not contemplating or attempting to do

11          criminal acts, but may be lumped into a

12          category because they're attending

13          something that they did not understand.

14              What we do not want to do ever is

15          draft and craft legislation with a broad

16          paintbrush. That is always a dangerous

17          way to do things. You need to use a fine

18          brush and you have to take the time. When

19          this bill was first presented to us --

20          and again, we support the notion of

21          anti-mask bill. We support it -- But when

22          this bill was first presented and we saw

23          and we expressed when we were before

24          committee, we expressed our concerns, and

25          we pointed out the flaws in this law that

1

2      were obvious to us, and it should have

3      been obvious to everybody. If you just

4      simply extract the emotion out of it and

5      look at the bill exactly the way

6      legislators and lawyers and judges have

7      to look at it and will look at it -- and

8      we proposed changes. The amendments that

9      the Majority put forth, in my opinion,

10     actually made things worse. They

11     substituted language that again looked to

12     be more vague, more obtrusive, more open

13     for interpretation. And what it does is

14     it puts our police officers, our valiant,

15     brave, unsurpassed police officers in

16     this county in a very dangerous,

17     difficult position. More dangerous than

18     what they have already. They're now going

19     to be asked to confront people in the

20     effort to enforce this law. And now

21     they're going to be perhaps embroiled in

22     confrontations with people that they

23     didn't have to be involved in.

24          So we proposed an alternative law.

25     We filed it this morning, and we're

1

2       hoping that the Majority will give it

3       some consideration. We spoke before

4       session, and it seems that the Majority

5       is not willing to do that.

6           You know, I find rather ironic and

7       hypocritical that some of our state

8       representatives who appear before us

9       today talk about how frustrated they are

10      with one party rule up in Albany. Well,

11      you know what, folks? We have one party

12      rule here in Nassau County because we

13      filed a bill that we think complements

14      Legislator Pilip's bill; complements it,

15      confines it, makes it more narrow,

16      targets it. But you know what? They won't

17      even consider it. All we're asking for is

18      an opportunity to sit down and try to

19      meet and come up with a compromise that

20      satisfies what everyone's trying to

21      attain here, but they won't do that. So

22      that's what I find ironic, because in

23      effect, we have one party rule here in

24      Nassau County.

25          So there are a lot of concerns here.

NC FULL LEGISLATURE 08.05.2024

1

2          I just want to reiterate that this caucus

3     supports the notion that anti-mask

4     legislation is needed, but we can't do it

5     with a broad paintbrush, which is what

6     this bill does.

7          PRESIDING OFFICER KOPEL:  Legislator

8     Ferretti.

9          LEGISLATOR FERRETTI:  Thank you,

10    Presiding Officer.

11          There's a lot to respond to. We have

12    a process in Nassau County. When a bill

13    is written, we have Committees, which we

14    had in this case, we had discussion, we

15    had debate. And in this instance we had

16    suggestions from the Minority. Well, we

17    took those suggestions. We worked with

18    Minority members, and we made amendments

19    based mostly on the suggestions made by

20    the Minority. So let's be clear, the bill

21    that we will be voting on today is a

22    bipartisan bill. Members of the Minority

23    worked with the Republican Majority to

24    make amendments to the bill.

25

1

2                    (Whereupon, off the record

3             comments.)

4             LEGISLATOR FERRETTI:  Please, let me

5      let me speak.

6             Legislator Drucker just referred to

7      legislation that was filed today. Today,

8      just an hour before this meeting began.

9                    (Whereupon, off the record

10            comments.)

11            LEGISLATOR FERRETTI:  Please let me

12     speak.

13            PRESIDING OFFICER KOPEL:  One at a

14     time, everybody. One at a time, please.

15            LEGISLATOR FERRETTI:  Just an hour

16     before this meeting began. So we haven't

17     had time to review it. I did read it

18     quickly, but to do an in-depth review

19     that it deserves, we haven't had that

20     time.

21            That being said, with a quick

22     review, we talk about legality. My

23     understanding is that that bill changes

24     the class of felony that a person would

25     be charged with if they commit a crime

1

2        with a mask. Just to be clear, if we talk

3        about legal authority, I'm not sure where

4        the basis for that legal authority for

5        this Body is. Just from a cursory review.

6             So when you talk about the bill

7        that's actually before us that was not

8        filed today at 12:00, this was the law.

9        This was the law before 2020. This mask

10       proposal has been litigated before. The

11       idea that it's illegal is simply not the

12       case. Yes, of course we have a right to

13       the First Amendment freedom of speech, of

14       course. But we do not have a right to

15       make that speech with a mask on. That's

16       been litigated.

17             (Whereupon, off the record

18             comments.)

19             LEGISLATOR FERRETTI:  Now, I know

20       you're going to continue to go back and

21       forth. We can't go back and forth. I'm

22       just I'm just telling you it's been

23       litigated.  The highest court of the land

24       has ruled in favor of it.

25             Now, we've heard common sense talked

1

2          about; we've heard that phrase a lot

3          today. There are clear exceptions in this

4          bill. Clear exceptions for those who want

5          to wear masks for their health and

6          safety, for religious purposes. Those

7          protections are in there. So there's

8          really, in my opinion, there should be no

9          concern of anything changing. We have the

10         best police department in the country.

11         They will be given the training needed to

12         to enforce this legislation. And again,

13         this is something that we work together

14         on and should be supported by every

15         member of this Legislature.

16              Thank you.

17              PRESIDING OFFICER KOPEL:  Okay, I'm

18         going to turn the floor over to

19         Legislator Koslow. But before I do, I

20         just want to point out that I haven't

21         personally had a chance to review the new

22         bill that that the Minority has

23         submitted. We're not ignoring it. We're

24         going to look at it. We will look at it.

25         We will, if necessary, submit it to the

1

2      County Attorney for an opinion as to

3      whether or not we have certain powers to

4      do certain things, and if necessary, we

5      can come back and make amendments to any

6      bill that we pass. But there's no reason

7      that we shouldn't pass this today.

8           Legislator Koslow.

9           LEGISLATOR KOSLOW:  Thank you,

10     Presiding Officer.

11               (Whereupon, interruption

12               from the audience.)

13          PRESIDING OFFICER KOPEL:  I'm going

14     to ask the audience, we know that this is

15     a very emotional and very important

16     issue, but please refrain from

17     demonstrations. It just delays things.

18     And, we'd like to have an orderly

19     proceeding. Thank you.

20          Legislator Koslow.

21          LEGISLATOR KOSLOW:   I was going to

22     hold off and wait till we get into the

23     specifics with Commissioner Ryder. But

24     Legislator Ferretti, there are two things

25     that you completely mischaracterized

```
 1

 2          here, and I want to make sure that

 3          everyone's clear that you were

 4          mischaracterizing the fact that this is

 5          what you call a bipartisan resolution. We

 6          made suggestions. We didn't go back and

 7          forth. There was very limited

 8          conversation. There was no conversation

 9          between our legal teams. It was just the

10          proposal that you brought forth with some

11          modifications. Those modifications were

12          not run by us. We did not agree to them.

13          This is by no means about partizan

14          resolution.

15               That being said, we are actually all

16          in agreement that we need to do something

17          here. This is the one time that I've seen

18          in the last eight months on this dais

19          that we all agree that we have to do

20          something, but we as a Legislature, for

21          some reason, will not work together. And

22          that's the biggest problem I've seen so

23          far. We can resolve this, but we won't

24          meet and discuss it.  We're prepared to

25          do it. We are all in agreement that
```

1

2          something has to happen here. Okay. We

3          can reach bipartism on this. We can have

4          a resolution that we can all agree on.

5          This is not just because a couple of our

6          Minority Caucus members in Committee gave

7          you some feedback. That's the first

8          mischaracterization.

9              The second mischaracterization,

10         which I think is unfair and misleading to

11         this public right here, is that this law

12         was on the books; it certainly was not.

13         It was not an independent law. It was a

14         part of the loitering statute. It was a

15         subsection of the loitering statute that

16         was taken out. It was about one tenth of

17         the length of this one, and it did not

18         result in a criminal conviction, but it

19         did result in a violation, which is up to

20         15 days in jail and a $250 fine. Still

21         punishable under law, but not something

22         that is such an aggressive response to

23         theoretically, nothing happening. So the

24         fact that you think this is the same law

25         that was on the books is disingenuous and

1

2          misleading. And I think we have to

3          clarify that.

4               Now at this point, Mr. Presiding

5          Officer, based on what you said before

6          and the fact that you're willing to give

7          our proposed resolution or legislation

8          some consideration, I'm making a motion

9          to table this current legislation that

10         we're voting on so that we can actually

11         have a bipartisan discussion and resolve

12         this the right way.

13              LEGISLATOR DRUCKER:  I second the

14         motion.

15                   (Whereupon, applause.)

16              PRESIDING OFFICER KOPEL:  We need

17         quiet here so that we can move this

18         along. We've got a lot of work to do

19         here. There's no debate on a motion to

20         table. So I'm just going to call for a

21         vote. Actually, no, we're not voting on

22         the item. You can make your motion to

23         table when we get to the vote on the

24         item.  I'm reminded that this is a

25         hearing.

1

2        LEGISLATOR KOSLOW:  That's fine.

3        PRESIDING OFFICER KOPEL:  I'm also

4   reminded of an ancient saying that, that

5   there's a lot of work to do, and the day

6   is short and we're not required to finish

7   everything and make it perfect, but we're

8   not excused from making a start. And I

9   think that's what we need to do here.

10  Let's make a start and let's get this on

11  the book so that we have something. If we

12  need to make amendments to it, we will go

13  ahead and do that in the future.

14       Legislator Ferretti was mentioned in

15  in the last speaker's comments --

16            (Whereupon, interruption

17       from the public.)

18       PRESIDING OFFICER KOPEL:  Please sit

19  down.  Ma'am, this is your second time.

20  This is your second time here up front.

21  I do not recognize you. And I am going to

22  have to ask for you to be escorted our if

23  you disrupt the proceedings.  Please have

24  a seat.  Every single person who wants to

25  speak on the mask bill will be given --

1

2          (Whereupon, continued

3          interruption.)

4          PRESIDING OFFICER KOPEL:  Officer,

5     you want to help this lady, she seems to

6     be stuck here.

7          We're not going to tolerate people

8     who are trying to disrupt our

9     proceedings. Will not be tolerated.

10         Legislator Ferretti.

11         LEGISLATOR FERRETTI:  Thank you,

12    Presiding Officer. Just for clarification

13    purposes, my point is there was a form of

14    mask legislation in place in New York

15    State for over a century. In addition to

16    that, in addition to that, there's

17    currently forms of mask legislation on

18    the books today. Ironically, in a

19    municipality where one of the speakers

20    today, a former elected official governed

21    over, I'm referring to the Village of

22    Hempstead, where there is currently

23    legislation in the village code which

24    restricts mask wearing. So again, I'm not

25    critical of that legislation in the

1

2          Village Code. But let's be clear, this

3          type of legislation existed for over a

4          century. It exists today and people are

5          wearing masks and not being arrested.

6          That's my point. And the mask wearing has

7          been litigated in the Supreme Court.

8          Thank you.

9               PRESIDING OFFICER KOPEL:  Legislator

10          Pilip.

11               LEGISLATOR PILIP:  Unfortunately,

12          this side of the aisle, you guys play

13          politics. Pure politics. We introduced

14          this bill. I had a conversation with two

15          of you, and I saw the email. And how come

16          the bill that was there to protect the

17          African-American? Okay, until 2020, all

18          of a sudden, when it's come to the Jewish

19          people, no.  We can't touch it. How come?

20          It is -- absolutely. What you have done

21          the last ten months to protect the Jewish

22          people?

23               (Whereupon, applause.)

24

25

1

2                    (Whereupon, audience

3               applause overcomes

4               Legislator Pilip; inaudible.)

5               LEGISLATOR PILIP:  Just to let you

6          know what they're offering has nothing to

7          do with our bill. They don't even care

8          about our bill. It's not going to protect

9          the Jewish community. Therefore, I'm not

10         going to support your bill, and this is a

11         bill that's going to pass today. Thank

12         you.

13              PRESIDING OFFICER KOPEL:  Legislator

14         Mule.

15              LEGISLATOR MULE:  I've never been so

16         insulted on this dais. I've never been so

17         insulted. I'm shocked. Beyond shocked.

18         We have said clearly that we are for

19         absolutely for the intent of this bill.

20         We support it 100%. We're just saying

21         let's work together. Let's really work

22         together, not just with one legislator

23         who came on his own, wasn't speaking for

24         the entire caucus. Let's work together.

25         This doesn't have to be passed today.

1

2         It's important. Let's do it right. Let's

3    be collegial.  Let's behave

4    appropriately. Thank you.

5         PRESIDING OFFICER KOPEL:  Legislator

6    Davis.

7         LEGISLATOR DAVIS:  Yes. Thank you.

8    Good afternoon, everyone.

9         I just want to thank all of you for

10   coming here today and expressing your

11   concerns. And I just want to take this

12   opportunity to frame out exactly what

13   this issue is so there's nothing left to

14   guess.

15        Everyone in this Legislature, all

16   the legislators here, we all stand

17   against hate. My name is Scott Davis. My

18   mother's name was Delia Glassman. My

19   grandmother's name was Pearl Glassman. I

20   have history going back to Eastern Europe

21   myself. And I'm certainly sensitive to

22   anti-Semitism and all the issues that

23   surround it. That's really not what this

24   issue is about.

25

```
 1
 2              (Whereupon, interruption
 3         from the audience.)
 4         LEGISLATOR DAVIS:  What we are here
 5    today to do is to make a law that can be
 6    enforced in an equitable fashion. We want
 7    to prevent any of this law to be used --
 8    we don't want anyone to use a mask --
 9              (Whereupon, interruption
10         from the audience.)
11         PRESIDING OFFICER KOPEL:  Please,
12    everyone, listen here. If we have loud
13    demonstrations, if we don't have order,
14    we're going to have to clear the room. We
15    want to hear your opinion. We want to
16    hear it in an orderly fashion at the
17    proper time. If we're going to have
18    shouting, we're going to clear the room
19    and you're not going to get a chance. So
20    those of you who are disrupting the
21    proceedings, think about that. You're
22    going to prevent other people from
23    speaking. You're going to prevent us from
24    hearing all of your opinions. Allow us to
25    do our work. We will do the right thing,
```

1

2          as everyone on this dais sees the right.

3          Allow us to do our work and refrain from

4          demonstrations.

5               Legislator Davis, continue, please.

6               LEGISLATOR DAVIS:  Thank you. So we

7          wish for this law to prevent those intent

8          on committing criminal acts to use masks

9          as a way to conceal one's identity and

10         avoid criminal liability; we want that.

11         We also want clarity in enforcement,

12         which eliminates confusion and inequity

13         in enforcement. We also stand for the

14         idea that there are consequences that

15         follow from violating this law.

16              In fact, our proposed law is more

17         severe than the one that's on the dais

18         right now. Our proposed law provides a

19         bright line where if an individual is

20         engaged in any form of criminal activity

21         and they are wearing a mask to conceal

22         their identity, their potential sentence

23         is enhanced. Their category of a crime is

24         increased. So we stand for that. We just

25         want to make sure that we do it right.

1

2          A surgeon doesn't do surgery with a

3     sledgehammer. They do it with a scalpel.

4     They do it carefully after studying the

5     situation and doing it right. And that's

6     all that we want to do. We want to make

7     sure that we don't cast a net and prevent

8     what, in Leat's own words, are legitimate

9     protesting. You heard it from her, and I

10    agree with her. But there is a line where

11    that can't be crossed, and when it is,

12    those who cross it should pay for it. We

13    stand for that idea as well.

14          And so all we're asking is very

15    simple, for us to have a further

16    conversation about this and let's get it

17    right. And just to clarify my

18    conversation, when this bill was or

19    proposed law was brought before the Rules

20    Committee, I expressed concern about it

21    to the point that I did reach out to

22    Legislator Pilip; I did. And there was an

23    amendment that was filed predicated in

24    part on my conversation with you was one

25    telephone conversation for about 15

1
2      minutes. There was no back and forth.
3      There was no further conversation. We as
4      a Legislature have never sat in the room
5      together at a table and had a back and
6      forth. I suggest that we have a moment
7      right now. We have a moment where we can
8      provide protection in a way that is
9      constitutionally sound. All we need to do
10     is get together, sit down and get it
11     done.
12          PRESIDING OFFICER KOPEL:  Thank you.
13     And I would respond that we're going to
14     -- the Majority -- we intend to pass this
15     today; we will pass this today. And we
16     will we will look at the legislation that
17     you have proposed. We will do that. We
18     just got it. We will look at it. And if
19     it strengthens this bill as you say you
20     want to do, we will go ahead and amend
21     it. We want to make it stronger.
22          Anyway, Legislator Feretti.
23          LEGISLATOR FERRETTI:  Legislator
24     Davis, just just based on your comments.
25     As I understand it and correct me if I'm

1

2          wrong, the legislation that the Minority,

3          filed today, would increase the penalty

4          for those who committed a crime wearing a

5          mask; am I hearing that correct?

6               LEGISLATOR DAVIS:  Correct.

7               LEGISLATOR FERRETTI:  All right. So

8          I think that's a main difference between

9          the two bills. The bill filed today by

10          the Minority may increase penalties for

11          those already victimized by the crime.

12          Our bill seeks to prevent a victim from

13          ever occurring.

14               LEGISLATOR DAVIS:  And that is a

15          problem because --

16               (Whereupon, crosstalk.)

17               LEGISLATOR DAVIS:  Let me just

18          finish, please. In order to prevent some

19          thing from happening --

20               PRESIDING OFFICER KOPEL:  I need

21          everyone to speak only when you

22          recognize. No back and forth without

23          being recognized. Also, remember that

24          there is some closed captioning going on,

25          and also the words can't be transcribed.

```
 1

 2           If everyone is talking at once, the

 3           record can't be kept and we just won't

 4           have a record and no one will be heard.

 5           So one at a time, I will let everyone

 6           speak. I promise. You won't be shut out.

 7           Now it's Legislator Ferretti's turn. You

 8           will get your turn again next.

 9              LEGISLATOR FERRETTI:  Preventing

10           hate is never a problem. That's what

11           we're trying to do is prevent

12           victimization. Prevent having to deal

13           with the victims, not deal with it after

14           the fact.  And that is not a problem.

15           That's what we're trying to prevent.

16              LEGISLATOR DAVIS:  What you're

17           suggesting is mind reading.  That doesn't

18           withstand constitutional muster.  Our

19           proposed legislation merely says that

20           once you step over that line between

21           protected speech, now is a problem and it

22           will be an enhancement based on wearing

23           of a mask to conceal your identity. What

24           you're suggesting is being proactive and

25           reading somebody's mind. That is not the
```

1

2      law. That is not how the law works.

3            PRESIDING OFFICER KOPEL:  Okay. I'm

4      going to invite Police Commissioner

5      Patrick Ryder.

6            By the way, Legislator Davis, I

7      think what we're trying to say is we're

8      going to look at yours, and if it's

9      better, we don't want to let the perfect

10     be the enemy of good. This is good.

11     Yours might be better, but we're not

12     going to let the perfect be the enemy of

13     the good.

14            Anyway, Commissioner, please.

15            COMMISSIONER RYDER:   Yes, sir. So

16     I'm here on behalf of the Administration

17     to ask the questions and any concerns

18     that you may have regarding the Mask

19     Bill.

20            PRESIDING OFFICER KOPEL:  Yes. Tell

21     us, can the police officers be trained

22     properly so that they are able to discern

23     which people need to be cautioned or

24     arrested if it comes to that?

25            COMMISSIONER RYDER:  So obviously,

1

2           this thing's gone in a lot of different

3           directions.  If you remember, during the

4           George Floyd protests being over 300

5           protests here in Nassau County, not one

6           act of violence, not one criminal

7           mischief, and not one arrest. We were

8           respectful to the protesters as they went

9           about to exercise their First Amendment.

10          There'll be no change regarding that

11          going forward when it comes to a protest,

12          except for we do know that we are

13          probably approaching the most violent

14          political season that we've ever seen, at

15          least in my lifetime.  The intelligence

16          has shown us that, the acts that we have

17          seen at college campuses throughout the

18          country, and we will probably see again

19          come this fall season. We try to stay

20          ahead of that. We try to stay respectful.

21          We try to make sure that we are enforcing

22          the laws. But when there is a kid

23          throwing rocks at us that's hiding behind

24          a mask, we cannot act on that. If we go

25          into that crowd, we escalate that and

1

2          then it gets worse.

3                We try and we do very well at it to

4          remain that professional police

5          department that respects the public

6          loyalty, integrity, fairness and

7          excellence. That is what is preached to

8          every single recruit, not just to each

9          other, but to the people in the community

10         that we serve. To serve is a great honor

11         that my cops have upon them. To do it

12         right is -- it's demanded of them to be

13         respectful.

14               So can we effectively enforce the

15         law? The answer is yes. Can we use that

16         law to to help us when in situations?

17         Yes. During George Floyd there was a few,

18         and I said it very carefully, a few very

19         violent people in those crowds. We knew

20         if we went in there, it would get worse.

21         They pushed the young kids in front. They

22         pushed the kids that were there to

23         exercise that First Amendment, and then

24         they threw the bottles from over the top.

25         That's what happens in these situations.

1

2    And they hide behind a mask that we

3    cannot identify. In a normal way of what

4    we would do, we would look into that

5    crowd. We'd have video in that scenario,

6    we go back later and make that arrest.

7    But without that, we can't do that if the

8    face is covered up.

9        I get it, and I get both sides of

10   the argument, and you know I do. And we

11   are truly respectful of our communities.

12   We don't write laws, but we enforce them.

13   And in almost all the situations that we

14   currently have seen in the current

15   protests, over 100 protests, no problems;

16   no problems.

17       We are the safest county in America

18   for the last several years. I am down

19   another 15% in crime. I have good quality

20   of life in a great place, and our County

21   Executive and the Legislative Body

22   supports it. But to continue to do that,

23   you have to think forward and you have to

24   think outside the box. This will not be a

25   tool that will be used to abuse kids in

1

2      our community. It will not.  But it will

3      be a tool that will help protect my

4      officers when they're doing their job to

5      protect you.

6              (Whereupon, applause.)

7          PRESIDING OFFICER KOPEL:  If a cop

8      sees someone wearing a surgical mask,

9      someone who's --

10         COMMISSIONER RYDER:  The exceptions

11     are in there and they are clear. Now, I

12     will tell you this, we will go through a

13     training process with this. I will bring

14     in experts to speak. We will talk about

15     what is considered a medical exemption,

16     what is a religious exemption. Nobody

17     understands the community better than

18     Nassau County Police Department. We know

19     what a religious exemption is and we will

20     be respectful and ask when there is a

21     medical exemption. And we will not let

22     that happen. But an N95 mask is not a ski

23     mask over your face. And I think that's

24     the distinction that we have to make.

25         PRESIDING OFFICER KOPEL:  Legislator

1

2        Ferretti.

3            LEGISLATOR FERRETTI:  Hi,

4        Commissioner. How are you doing?

5            COMMISSIONER RYDER:  Good.

6            LEGISLATOR FERRETTI:  So you're

7        familiar with the bill, as amended;

8        you've read it?

9            COMMISSIONER RYDER:  Yes, sir.

10           LEGISLATOR FERRETTI:  There's been a

11       position here that in order for this, I

12       believe, that in order for this bill to

13       be enacted by or enforced by the Police

14       Department, they would have to read the

15       mind of somebody wearing the mask. Do you

16       agree with that?

17           COMMISSIONER RYDER:  No. I don't

18       have to read the mind of -- You can never

19       understand the human mind and get into

20       the human mind all the time. It's how we

21       engage. I can give you an example. There

22       was 6000 people walking down Merrick

23       Avenue back in one of the very early

24       protests that we had. And I remember, and

25       I told my cops, engage. If they have not

1

2          so nice words, move on. Move on to the

3          next kid. Try to break down the anger,

4          and let's make sure that they get to

5          exercise their first amendment. And when

6          they had 6000 people, you go wherever you

7          want, we're going to protect you, and

8          we're going to protect everybody. We

9          would never go into a situation like that

10         unless there is violence. We did have a

11         zero tolerance for violence and a zero

12         tolerance for criminal mischief, and that

13         will remain the same. But if you're

14         wearing the mask and you're in the back

15         of that crowd, well, the problem is I

16         cannot -- and if you are the antagonist

17         and you are the person committing the

18         crime, I'm not going in there, so I got

19         two cops going into a crowd of 200. It

20         doesn't work. The math is in there. So we

21         have to better protect our cops, and

22         that's what the tool does.

23              LEGISLATOR FERRETTI:  And when

24         you're referring to the 2020 gatherings,

25         that was during the Covid.

1

2          COMMISSIONER RYDER:  That is

3     correct.

4          LEGISLATOR FERRETTI:  So there were

5     many more people wearing masks at that

6     time, right?

7          COMMISSIONER RYDER:  We were right

8     in the middle of Covid; yes, sir.

9          LEGISLATOR FERRETTI:  Right. So

10    virtually everyone indoors or outdoors at

11    that time was wearing masks.

12         COMMISSIONER RYDER:  That's right.

13         LEGISLATOR FERRETTI:  Whereas,

14    today, would you agree that far fewer

15    people, especially outdoors, are wearing

16    masks?

17         COMMISSIONER RYDER:  That is

18    correct.

19         LEGISLATOR FERRETTI:  So in this

20    instance, there's less of a pool of

21    people where if you're wearing a mask,

22    you'd be able to kind of identify them

23    easier than four years ago.

24         COMMISSIONER RYDER:  We've had

25    probably over 100 protests since the

1

2          attacks on Israel. And we have been at

3          all these protests and respected the

4          religious wardrobe that is worn by the

5          individual. And that would be no

6          different, right? We'd still be

7          respectful of that exemption. But we know

8          what the religious exemption is. And if

9          they don't, they will be trained on to

10          understand it and do it better.

11              LEGISLATOR FERRETTI:  And do you

12          feel that if this bill was passed today,

13          that this is a tool that would help law

14          enforcement keep residents safe?

15              COMMISSIONER RYDER:  That is 100%

16          correct.

17              LEGISLATOR FERRETTI:  And if this

18          bill was passed today, do you feel

19          confident that the Police Department can

20          still uphold residents' First Amendment

21          rights?

22              COMMISSIONER RYDER:  One hundred

23          percent.

24              LEGISLATOR FERRETTI:  Thank you.

25              PRESIDING OFFICER KOPEL:  Minority

1

2      Leader DeRiggi-Whitton.

3          MINORITY LEADER DERIGGI-WHITTON:

4      Again, we're trying to do this the right

5      way. And part of the reason why I know

6      that this legislation is going to get

7      thrown out is that there's no definition

8      of what a mask is in this piece of

9      legislation. There is not. That in itself

10     you cannot have -- and you know this and

11     I'm sorry you're in this position, I

12     am -- But you know this as a fact that

13     that this law, if it doesn't define what

14     the law is about, is going to get thrown

15     out. It does not have a description of

16     what a mask is. That could be corrected

17     very quickly if we just met together. And

18     maybe if you had some criminal attorneys

19     help you. Because honestly, I think the

20     attorneys that are helping you are not

21     very privy in this piece of law. So let's

22     try to do this the right way.

23          The other thing is, Commissioner,

24     and you know, I respect you completely.

25     This law is different from what we had

1

2          because it is basically for the idea of

3          someone having a mask on, they can be

4          arrested under a misdemeanor if the

5          police officer feels that it's their

6          intent. Intent is what their wording is,

7          not ours. Their wording says intent. They

8          question their intent. Can someone,

9          according to the judicial laws be

10          arrested for intent?

11              COMMISSIONER RYDER:  Intent is a

12          part of the law. It's not the law.  We

13          would not arrest or enforce on something

14          that says intent.

15              MINORITY LEADER DERIGGI-WHITTON:

16          That's what this law says.

17              COMMISSIONER RYDER:  What we would

18          do is, part of what the mask is, that

19          individual --

20              MINORITY LEADER DERIGGI-WHITTON:

21          With all due respect, Commissioner, their

22          law says that they can be arrested for

23          wearing a mask if there is an intent

24          that's perceived.

25

```
 1
 2                    (Whereupon, public
 3               interruption.)
 4                    (Whereupon, off the record
 5               comments.)
 6               PRESIDING OFFICER KOPEL:  I'm asking
 7          every one of the legislators, please do
 8          not speak unless being recognized.
 9               I see there's a lot of unrest going
10          on in the room. Commotion. We're going to
11          take a recess. Allow people to calm down.
12          We're not going to continue until we have
13          order here. Commissioner, I'm sorry.
14               COMMISSIONER RYDER:  It's under
15          control.
16               PRESIDING OFFICER KOPEL:  Then we'll
17          continue.  Legislators want to take your
18          seats. Minority Leader to finish without
19          interruption, and the police officers
20          will once again assist anyone who is
21          unable to maintain decorum.
22               Minority leader, would you continue,
23          please?
24               MINORITY LEADER DERIGGI-WHITTON:
25          Okay, so sometimes life gives us an
```

1

2      example.

3          So again, because this law is

4      different than the law that was on the

5      books and it is now a misdemeanor as

6      opposed to a violation, which is what it

7      was before, in order to hit the threshold

8      of the criminal judicial law as to how

9      someone can be arrested just for wearing

10     a mask, not for committing any other

11     crime at all, just for wearing a mask

12     based on a police officer's perception of

13     their intent, does that fit judicial

14     clearance?

15         COMMISSIONER RYDER:  There would

16     never be somebody arrested on their

17     mental capacity. Right? So you say an

18     intent. The answer is no. We don't arrest

19     on intent.

20         MINORITY LEADER DERIGGI-WHITTON:

21     That's what the law says.

22         COMMISSIONER RYDER:  But there is

23     something actual that happens. So that

24     mask that you're wearing in that crowd

25     behind us starting to antagonize, that

1

2          would be a mask that we say, please, you

3          have to remove the mask. And if you don't

4          remove the mask, then there is the option

5          of that arrest.

6               MINORITY LEADER DERIGGI-WHITTON:

7          That is absolutely right. Because

8          basically you just proved my point, which

9          is that wearing a mask in itself and

10         someone having an intent as to why this

11         person on the second row is wearing the

12         mask, I can't walk up to that person and

13         say, my perceived intent is that you want

14         to do something nefarious and arrest her

15         on a felony as a police officer. So you

16         need something, another crime like

17         harassment does.

18              COMMISSIONER RYDER:  It does give me

19         the right to now engage and the right to

20         now stop:  Ma'am, can you please take the

21         mask off?  I have a medical condition.

22         Well, then we'll talk; I have a religious

23         exemption. Then we'll talk. But you're in

24         that crowd of that protest, and you're

25         wearing that mask, before this law, I

```
1
2           could not engage. Now I can and prevent
3           problems.
4               MINORITY LEADER DERIGGI-WHITTON:
5           The law says that they can be charged
6           with a misdemeanor. Commissioner, I know
7           you, you know the law. Can someone be
8           arrested if they did not harass, if they
9           did not do anything else other than wear
10          a mask?
11              COMMISSIONER RYDER:  Again, I go
12          back to, as I said before, in the Nassau
13          County Police Department, that we have a
14          professional image, that we go out and
15          we'll treat people with respect. We would
16          not go up and place the person in
17          handcuffs without a question. But now the
18          multi-tiered approach that it comes to
19          doing that, to get to that level of
20          probable cause, to make an arrest, we are
21          at the right of inquiry. We're at mere
22          suspicion. So we're now climbing the
23          ladder. If the person who's standing
24          there in the corner with the bulge
25          sticking out of their waistband, that
```

```
 1
 2            looks like a gun. We have the right by
 3            the law to engage. This gives me the
 4            right to engage. Before that, I do not
 5            have that right.
 6                 (Whereupon, public
 7                 interruption.)
 8                 MINORITY LEADER DERIGGI-WHITTON:
 9            Honestly, Commissioner, you're not
10            answering my question. The fact of the
11            matter is, what you're describing is
12            other criminal acts. Okay. What we are
13            talking about, what is written in this
14            law, is that I have the right as a police
15            officer to walk up to someone, number
16            one, and question why they're wearing a
17            mask, which under the Constitution, First
18            Amendment right, if you read it, you're
19            not allowed to do that. You're not
20            allowed to question someone as to why
21            they went there, it's a constitutional
22            right that you can. So that is number
23            one. You have no right to ask someone why
24            they're doing something. They have a
25            right to assemble. They have a right to
```

1

2      do a lot of things that are, thank God,

3      protected by our Constitution. We're not

4      going to change the Constitution here in

5      Nassau County. We're going to abide by

6      it.

7          Number two, their law, the way it is

8      written, is that someone can be arrested

9      under misdemeanor, a year in jail, on the

10     perception, the perception, that the

11     police officer has just regarding the

12     mask. What you're talking about is

13     escalation, which I agree with. If

14     somebody were to commit a crime and they

15     were wearing a mask, then yes that should

16     be reason enough to say to charge them

17     with something higher because they're

18     wearing the mask and their identity's

19     concealed. Their law does not say that

20     this is only about wearing a mask.

21         I have to tell you, Commissioner,

22     and I have so much respect for you. You

23     know that. Many of their members are not

24     happy with being put in this position.

25     Many of the Nassau County Police are not

1

2          at all happy with this, because they

3          realize that a misdemeanor is held to a

4          higher standard. It cannot be held to a

5          perceived intent. So all we have to do is

6          sit down and work out that that wording.

7          And again, why rush through something and

8          get it done? This is just such a poor

9          attitude to have.  We are respected

10         people that get paid a good amount of

11         money to write good laws. And I don't

12         understand why we're not just getting

13         together and sitting down and really just

14         hashing this out so that it can be held

15         up in court. Otherwise, that in itself,

16         the fact that there's no description of

17         what a mask is, the fact that intent can

18         cause a misdemeanor, my perceived intent?

19         I can't perceive what she's intending,

20         and I sit next to her for ten years. So

21         how are you going to walk up to somebody

22         and say that?

23              So the bottom line is. This law --

24         we all support that no one should be

25         harassed by anyone wearing a mask. We all

1
2      support that. But the way it's written,
3      it's going to just embarrass us because
4      it's not legal. They haven't even
5      consulted with anybody, and we have those
6      people available. That's all that we're
7      asking them to do is stop being -- this
8      is just silly and stop representing us in
9      a way that is sort of embarrassing. We
10     really deserve, the taxpayers deserve
11     better, and your police officers deserve
12     better. They don't like the idea that
13     they're going to be the ones that are
14     going to have to judge with intent is
15     with someone wearing a mask without
16     another crime being committed.
17          I'm telling you, and Commissioner,
18     they come to me, they come to me, all
19     right? And I think it's because they
20     think I'm going to say something and
21     that's why. They are not happy with this.
22     Being put in this position, they are not
23     happy at all. So before we go ahead and
24     say this is a good tool, I think we have
25     to modify the law to make sure that it

1

2          is. And it's not putting your own -- I'll

3          tell you something. Your own police

4          officers are going to be put in a very

5          bad situation with this because they're

6          going to have to really be expected to

7          decide what someone's intent is. And

8          again, that's not the level of law that

9          is necessary for a misdemeanor.

10              PRESIDING OFFICER KOPEL:  Legislator

11          Drucker.

12              LEGISLATOR DRUCKER:  I just have a

13          very brief question. I'm sorry. Because

14          my voice is not going to hold up much

15          longer.

16              Commissioner, your words: "It's how

17          we engage". Right?  That was your words.

18              COMMISSIONER RYDER:   Correct. Okay.

19              LEGISLATOR DRUCKER:  Well, I'm

20          concerned about -- and I expressed this

21          earlier, is we don't want to make your

22          jobs tougher. So now you're asked to

23          engage someone who may have attended a

24          rally for innocent purposes. Just

25          attending a rally, not knowing in advance

1

2          that there was going to be criminal

3          activity or hate filled rhetoric turning

4          into burning of flags and maybe throwing

5          of things. But someone attended it

6          innocently, they're standing on the side

7          with other people wearing a mask, because

8          maybe they felt that they didn't want to

9          be exposed to a large group of people.

10         Now you're being asked to engage that

11         person. And what I believe is that by

12         engaging that person, your officers now

13         run the risk of perhaps a response that

14         you didn't like, or that engagement

15         escalates and now you got to get other

16         officers involved.

17             All I'm saying is that the way this

18         law is drafted now, because the law that

19         was amended, the amendment adds the word

20         congregate, congregate. What the heck is

21         congregate? But if you're standing at a

22         bus stop with a bunch of other people and

23         you congregating? So we're now asking

24         your police officers to engage when maybe

25         they didn't need to engage, or maybe they

1
2          don't need to engage. And now the
3          potential for escalation is there. Would
4          you agree with what I just said.
5              COMMISSIONER RYDER:  In all
6          fairness, I think you're twisting the
7          word engagement around several different
8          ways, right? My officers interact with
9          the public every single day. As a matter
10         of fact, we interact with the public over
11         a million times a year, and we have 0.01%
12         complaints against my officers, 0.0 1%.
13             (Whereupon, applause.)
14             COMMISSIONER RYDER:  What these
15         officers went through in the physical and
16         verbal abuse during George Floyd and
17         during the current protests should not be
18         accepted by anybody, and most of the time
19         it was done by a person wearing a mask.
20         Hiding behind that mask because they did
21         not want to be identified. So you're
22         asking me and twisting my word
23         engagement. Engagement is interaction,
24         you know what I mean. We are the most
25         peaceful police department in the

1
2     country.
3              (Whereupon, applause.)
4          COMMISSIONER RYDER:  If you don't
5     trust your police department, don't vote
6     for it.
7          LEGISLATOR DRUCKER:  All I asked,
8     Commissioner, was, do you think this law
9     as written -- and now you didn't get a
10    chance to compare it side by side with
11    the companion law that we produced -- but
12    if you look at this law, does this law
13    now make your job harder by now engaging
14    with people --
15         COMMISSIONER RYDER:  That's where
16    the disconnect is. My officers are not
17    going to go to start ripping people off
18    and pulling that mask off their head. My
19    officers are going to go out there and
20    interact -- not engage -- interact with
21    the public and start what we call that
22    escalation.  Common law right of inquiry,
23    mere suspicion, reasonable suspicion. And
24    that's where you get into the more
25    contact. And in that common law right of

1

2          inquiry, I can prevent the guy that's

3          throwing the bricks from behind the line

4          and prevent the poor kid in front, that

5          innocent kid that's congregating with the

6          rest of the crowd that's not wearing a

7          mask. That's what happens. I saw it

8          through all of those protests. We went

9          through hell, my cops. And to tell me my

10         cops think it's a bad bill, you're not

11         telling the truth. Because my cops --

12              (Whereupon, public

13              interruption.)

14         COMMISSIONER RYDER:  Everyone one of

15         my cops you say go to you, they tell you?

16         They didn't come to me.

17         MINORITY LEADER DERIGGI-WHITTON:

18         They're not happy with this piece of

19         legislation.

20         COMMISSIONER RYDER:  You said my

21         cops are going to you.

22         MINORITY LEADER DERIGGI-WHITTON:

23         They are.

24         COMMISSIONER RYDER:  I'm not

25         commenting. I'm waiting for a question.

1

2          PRESIDING OFFICER KOPEL:  Legislator

3     Bynoe and then Legislator Ferretti.

4          LEGISLATOR BYNOE:  Good afternoon,

5     Commissioner.

6          COMMISSIONER RYDER:  Good afternoon.

7          LEGISLATOR BYNOE:  You just made

8     some comments earlier when you were asked

9     about training and you said you were

10    going to have experts come in. Could you

11    talk a little bit about that for me?

12         COMMISSIONER RYDER:  Absolutely.

13    Listen, we have to learn from history. We

14    have to learn from our mistakes. George

15    Floyd and Police Reform taught us a lot

16    about our Police Department. And there

17    were many failures that we had that we

18    corrected. And we do better about it. And

19    we get better every year. We continue to

20    train to make our cops the best. When

21    I've had people from the transgender

22    community come in and speak to my cops,

23    it's for a reason to understand it. I say

24    it all the time. If you understand the

25    environment, you police it better. We go

1

2          into communities understanding the

3          difference in the cultures, understanding

4          the difference in the religions and

5          reminding ourselves to be peaceful.

6               Of 360 protests, nobody in the

7          country can tell us today that they did

8          better than what Nassau County did. We

9          took care of the people that protested,

10         and we took care of the people on the

11         side. You give me a law that says I can

12         now "engage" or interact with that

13         individual that's screaming and yelling

14         and cursing and throwing things and

15         pushing the young kids forward, yeah,

16         it's a better tool. And that's exactly

17         what happens during protests.

18              LEGISLATOR BYNOE:  Commissioner

19         Ryder, I will say, I even attended some

20         of those protests. And the officers

21         responded appropriately and it was as

22         peaceful as demonstrations that we could

23         witness right here in Nassau County as

24         opposed to some certain areas in the

25         country. So I thank you for that. And I

1

2      thank the men and women of law

3      enforcement.

4           But my question is, what type of

5      training do you think your officers are

6      going to need to be able to implement

7      this because you said you would train

8      them?

9           COMMISSIONER RYDER:  Just let me

10     comment on one thing.  That

11     professionalism was not only by the

12     Police Department, it was also our

13     community. They were awesome. Here in

14     Nassau County, they really, truly were.

15          I would bring in is obviously our

16     legal department, people that speak to us

17     on stop, question and understanding when

18     you get to that level of frisk.  What the

19     law says. What the law says in this case,

20     understanding what an N95 is, understand

21     what a medical understanding what a hijab

22     is, understanding what the religious

23     exemptions would be, and then knowing the

24     difference. And then at the same time, we

25     teach the same thing that we've been

1

2          teaching all along, deescalate. There's

3          no reason to go in and yank that kid out

4          right now. Wait. Grab him on the side.

5          That's when you can interact with him and

6          decide if the mask has got to go. We're

7          not going into a crowd of 500 people when

8          it's 100 cops. Like I said, the math

9          don't work. But I know this. That person,

10         by the end of this protest, will be

11         stopped by the police. And now we'll know

12         who he is because he's the guy that's

13         causing these problems.

14             LEGISLATOR BYNOE:  So you mentioned

15         that you would have the experts come in.

16         It would be an opportunity to start

17         defining what constitutes a mask, a job,

18         etc.  This bill, just so you know, does

19         not specifically identify a medically

20         graded mask as an acceptable use of a

21         face covering for individuals who are

22         actually seeking to wear the mask for

23         that purpose. Just so you know. So I

24         think it would make it a little more

25         complicated. But beyond that, bringing in

```
 1
 2          these individuals, you're going to create
 3          policy and procedure, correct?
 4              COMMISSIONER RYDER:  That is
 5          correct. Yes.
 6              LEGISLATOR BYNOE:  And then you're
 7          going to train it, correct?
 8              COMMISSIONER RYDER:  Correct.
 9              LEGISLATOR BYNOE:  Okay.  How would
10          that training be implemented?
11              COMMISSIONER RYDER:  It can be done
12          at a precinct level. It can be done at
13          the academy. It can be engaged in or
14          in-service training. It can also be
15          brought into the new training with the
16          new tactical village. All of those things
17          open up, and we are so in tune with the
18          training that's needed to be out there
19          right now for our officers.
20              LEGISLATOR BYNOE:  Thank you for
21          walking me through that. So what does
22          that look like in terms of a timeline?
23              COMMISSIONER RYDER:  If there's a
24          law that's changed today, we would
25          immediately have to bring our officers
```

1

2          and we can do it at command level, like I

3          said, and go out to the precincts and

4          feed it on those that have come into the

5          current in-service and get it done so all

6          of it can get done in a timely fashion.

7              LEGISLATOR BYNOE:  Okay, but first

8          we have to identify who the experts are.

9          We have to bring them in. They have to

10         help you create the policy and the

11         procedure. And then we have to train it

12         in the precinct and/or in the academy.

13             COMMISSIONER RYDER:  The experts I

14         speak of are already on staff. Our legal

15         department, our training officers, our

16         use of force officers, the same people

17         that you see here, they're all trained

18         constantly over and over. Consistency is

19         how how we succeed.  That training those

20         experts are on staff now.

21              The training, if the law says it

22         goes into place in 30 days, well, in that

23         30 days I'm covering the training for my

24         officers.

25             LEGISLATOR BYNOE:  Because based on

1

2          this, it doesn't say 30 days. It says

3          immediately. That's what it says. So

4          that's a concern that we wouldn't take

5          the time. And I -- you and I have worked

6          I've worked with the PBA. I've worked

7          with the SOA, DAI, National Night Out,

8          backpack events, Christmas giveaways, all

9          of those things. We did it together

10         because we wanted to make sure we

11         deepened the trust between community and

12         police, and this is a whole new

13         experience. We're now talking about

14         heightening the offense for wearing a

15         mask, which would elevate it to a

16         misdemeanor now with a $1,000 fine.

17              So I say that to say that we have

18         done a lot of work together, and I don't

19         want to erode any of that with a bill

20         that does not adequately define what a

21         mask is. Does it adequately provide for

22         time for you to do the work that you

23         would need to do if they were to pass

24         this bill today?  So that's a concern of

25         mine that I'm putting on the record.

```
 1

 2            I have some additional questions.

 3       But I think you're not in a position

 4       potentially to answer those, like, how

 5       would an officer question an individual

 6       who was wearing a mask to determine why

 7       they were wearing the mask?  It sounds

 8       like that needs to be bubbled up through

 9       a discussion of experts and then trained.

10            But I do have some additional

11       questions, Presiding Officer, and I don't

12       think that they should be directed to the

13       Police Commissioner.

14            PRESIDING OFFICER KOPEL:  Who would

15       you like to direct to?

16            LEGISLATOR BYNOE:  Is there somebody

17       here from the County Attorney that can

18       answer questions on the bill?

19            PRESIDING OFFICER KOPEL:  Once we're

20       finished with the Police Commissioner,

21       we'll go ahead and do that. Are you

22       finished with the Police Commissioner?

23            PRESIDING OFFICER KOPEL:  Legislator

24       Ferretti.

25            LEGISLATOR FERRETTI:  Thank you,
```

1

2          Presiding Officer.

3               With regard to the face covering

4          defined, this bill took directly from

5          other bills. It was modeled off other

6          states that have used this legislation

7          and used the same language. If you define

8          face covering, you're going to give

9          people an out if they use a different

10         type of face covering. It's pretty clear

11         covering your face is a face covering.

12         Number one.

13              Now we talk about -- I heard,

14         Commissioner, you were asked about

15         intent. Any crime has you need to have

16         the mental state and do the physical act

17         in order to commit a crime, correct?

18              COMMISSIONER RYDER:  That is

19         correct.

20              LEGISLATOR FERRETTI:  So your police

21         officers are interpreting intent,

22         recklessness and all different standards

23         of mental state all the time, correct?

24              COMMISSIONER RYDER:  That is

25         correct.

1

2          LEGISLATOR FERRETTI:  This idea that

3     you have intent in order to be guilty of

4     this misdemeanor, that's what laws do.

5     Criminal law.  In fact, isn't it true,

6     Commissioner, that if you look at the New

7     York State Penal Law specifically, 265.01

8     criminal possession of a weapon in the

9     fourth degree, I don't expect you to know

10    it by heart --

11         COMMISSIONER RYDER:  I know what it

12    is.

13         LEGISLATOR FERRETTI:  I'm sure you

14    do; I do too.

15         A person is guilty of criminal

16    possession of a weapon in the fourth

17    degree when he/or she possesses any

18    dagger, dangerous knife, dirt, machete,

19    razor, stiletto, etc., with intent to use

20    the same unlawfully against another.

21    That's pretty similar to the bill that

22    we're debating right now, isn't it?

23         COMMISSIONER RYDER:  That is

24    correct.

25         LEGISLATOR FERRETTI:  Do your police

1

2          officers have any issue whatsoever with

3          the penal law that's been in effect for

4          probably 60 or 70 years, determining

5          intent under this --

6               COMMISSIONER RYDER:  The act itself

7          is the crime, the unclassified

8          misdemeanor. So that act of wearing that

9          mask is the crime. I don't have to show

10         intent.  The intent is presumed because

11         of the fact that you're wearing it. But

12         the difference is, and again, I go back

13         to this, this is Nassau County Police

14         Department. We're not going to go up and

15         put somebody in handcuffs for wearing a

16         mask. We're going to go up and we're

17         going to interact with that individual,

18         and we're going to climb the ladder and

19         find out what his intent may be.

20              LEGISLATOR FERRETTI:  But my

21         question is, when it comes to criminal

22         possession of a weapon, you need to have

23         the weapon, and you need to have the

24         weapon with the intent to use unlawfully

25         against another, correct?

1

2          COMMISSIONER RYDER:  Yes.

3          LEGISLATOR FERRETTI:  So you need

4     the mental state of intent to use the

5     weapon, and you need to have the physical

6     weapon. That's the physical act, correct?

7          COMMISSIONER RYDER:  That's correct.

8     Okay.

9          LEGISLATOR FERRETTI:  Similarly, in

10     this situation, you need to have intent

11     and the physical act of wearing the mask

12     and congregating or some other in one of

13     these four sections, correct?

14          COMMISSIONER RYDER:  Correct.

15          LEGISLATOR FERRETTI:  Very similar.

16     And your officers, do they have any

17     problem enforcing criminal possession of

18     a weapon?

19          COMMISSIONER RYDER:  No, sir.

20          LEGISLATOR FERRETTI:  So wouldn't

21     one reason that they would have no

22     problem then enforcing this very similar

23     legislation?

24          COMMISSIONER RYDER:  That is

25     correct.  I may elaborate, that same cost

1

2          out that comes up with that same gun, we

3          don't automatically arrest him. We find

4          out, Hey, you a licensed pistol holder?

5          Are you an off duty police officer? Are

6          you retired? And obviously that would

7          show that he is legally in possession. So

8          that person that is wearing that mask, do

9          you have a medical condition. Is there a

10         religious reason why you wear this mask?

11         And then those questions would then bring

12         us to the point where are they either

13         going to arrest or let them go.

14             LEGISLATOR FERRETTI:  My point is,

15         and tell me if you agree, if we were to

16         use the standard that some have suggested

17         where the police can't -- they have to

18         determine the intent. That can't be

19         legal, then all of the criminal laws in

20         the state of New York would likely be

21         thrown out.

22             COMMISSIONER RYDER:  All those with

23         the capacity to have intent.

24             LEGISLATOR FERRETTI:  I want to just

25         reiterate, and you brought it up a few

1

2          times. We talk about experience and using

3          experience in real life. We saw firsthand

4          how our police department dealt with the

5          protests back in 2020 virtually

6          flawlessly. I commend you, I commend our

7          entire Department, the best in the

8          country, I believe. And you dealt with it

9          then, and nobody should have any doubt.

10         Nobody should have any doubt that this

11         bill, if passed, would be used in any

12         type of negative way, because you've

13         proved under your leadership and the men

14         and women of our police force that that

15         would never happen. So thank you.

16             COMMISSIONER RYDER:  Thank you.

17             PRESIDING OFFICER KOPEL:  Legislator

18         Solages.

19             LEGISLATOR SOLAGES: Good afternoon,

20         Commissioner. How are you doing today?

21             COMMISSIONER RYDER:  Good afternoon,

22         sir.

23             LEGISLATOR SOLAGES:  Nice to see

24         you, sir.  Can you please share with this

25         Body, which is a professional Body, any

1

2      data that shows the past year the number

3      of crimes that were committed with crimes

4      -- misdemeanor or felonies or violations

5      with masks.

6           COMMISSIONER RYDER:  With mask you

7      mean?

8           LEGISLATOR SOLAGES:  Yes, sir.

9           COMMISSIONER RYDER:  I do not have

10     that in front of me, sir. I can get you

11     that data.

12          LEGISLATOR SOLAGES:  Okay. But we're

13     going to make a very important decision

14     today that affects constitutional rights

15     for all of our county. There's no

16     information, no data that you can provide

17     to this Body for us to rely upon?

18          COMMISSIONER RYDER:  No.  That's not

19     correct, sir.  You asked me to provide

20     data that's related to those who

21     committed a crime wore a mask.

22          LEGISLATOR SOLAGES:  Yes, sir.

23          COMMISSIONER RYDER:  I don't have

24     that. But I can get you that. No problem.

25     But that's not the same as what we're

1

2          talking about. This, in fact, by itself,

3          stand alone is a crime, an unclassified

4          misdemeanor. This crime of a bank robbery

5          for argument's sake, is a crime. Wearing

6          a mask, it's just a contributing factor

7          to that crime. So I don't have that. But

8          I can get it for you.

9              LEGISLATOR SOLAGES:  Understood. But

10         we have many people here who are speaking

11         from personal experience, and I take it

12         at face value. I must also rely upon data

13         that's organized that shows, perhaps a

14         tendency or trends, if the crimes in

15         Nassau County in which people are wearing

16         a mask is on the rise, then I would

17         really appreciate that information in

18         order to make a decision today.

19             COMMISSIONER RYDER:  I will get you

20         that. I know there was a bank robbery

21         last week and the individual that was

22         robbed was robbed by two people wearing

23         masks.

24             LEGISLATOR SOLAGES:  Understood.

25         Thank you. I would really appreciate that

1
2      information.
3           Furthermore, Commissioner, there is
4      no provision here in this bill that
5      states that if the number of cases of
6      Covid in Nassau County increased
7      exponentially, that there would be some
8      sort of discretion by the police officers
9      to not enforce. Being the head officer of
10     the police department, and I appreciate
11     you for your hard work, will the officers
12     be using their discretion in situations
13     if the number of Covid cases in Nassau
14     County go through the roof like they did
15     two years ago?
16          COMMISSIONER RYDER:  One hundred
17     percent. The key word you use is
18     discretion. Discretion is used all the
19     time by my officers. There were many
20     times that when it comes to a vehicle in
21     traffic, stop a field stop on a street,
22     or even a low level minor arrest,
23     discretion is always used and the officer
24     has that ability to do that.
25          LEGISLATOR SOLAGES:  Understood,

1
2          sir.
3                So if an individual -- if Covid,
4          numbers go up, we have an individual
5          who's in the car alone, so he's not even
6          in the car with other people. I see it
7          all the time, people driving in the car
8          and they have their mask on, the windows
9          closed. I'm like, okay, but I understand
10         why.  I respect their choice. But if one
11         of your fine police officers happens to
12         see a person driving alone with a mask in
13         their car. Is that sufficient probable
14         cause? And they're driving in a
15         neighborhood and there's a person that
16         makes a call saying, hey, there's a
17         suspicious car. Is that sufficient
18         probable cause for one of your officers
19         to make an arrest.
20               COMMISSIONER RYDER:  My officers
21         would not make that car stop. We pass
22         people all the time wearing an N95 or a
23         surgical mask. We're not going to stop
24         those individuals. We're talking,
25         basically, this tool becomes the value in

1

2          protest, it becomes the value in high

3          crime areas. It becomes the value in when

4          we're seeing an uptick in violence and

5          that those people being described during

6          those crimes are wearing masks. That is

7          something that gives my cop that extra

8          advantage on that stop. But again,

9          respectfully, it starts off with that

10         common law right of inquiry. Wearing that

11         straight up is not what we're going to

12         jump out and put in handcuffs. Wearing

13         that ski mask, running from the scene of

14         a of a crime, you're going to get stopped

15         and my cop will use his discretion and

16         his investigative abilities to determine

17         if that subject is the subject that

18         committed the crime.

19              LEGISLATOR SOLAGES:  Thank you,

20         Commissioner.

21              My last question.  Every year at our

22         budget hearings, I have asked you every

23         year, regarding the arrest ratio between

24         black males and white males in Nassau

25         County. As you know, sir, we discussed

1

2          this every year. The arrest ratio of

3          black male to white males in Nassau

4          County is 5 to 1. I've asked you before

5          many times, why is that the case? And you

6          said it could be possibly because

7          individuals from Queens or elsewhere

8          committed the crimes. Because the

9          population of African-American males in

10         Nassau County is at most 12%, but they

11         represent more than 20% of people we see

12         in our courts or being arrested. So what

13         I'm asking you, Commissioner, is whether

14         this tool by your officers, which you

15         said it will enable them to be better

16         crime solvers and detectives, will this

17         tool increase that ratio or decrease that

18         ratio? And just for the record, sir, it's

19         not just amongst black males and white

20         men and also for Latino males and white

21         males. The arrest ratio is 5 to 1.

22              COMMISSIONER RYDER:  So there has

23         been no more, never in history of this

24         department, such engagement regarding the

25         demographics of a county that it is now.

1

2      We are on top of everything that gets

3      done. Everything is tracked in numbers.

4      That's why you get the numbers that you

5      see.  Numbers are always something that's

6      looked at and are a concern. The question

7      becomes why, who, where, when. When you

8      look at the areas where crimes occur in

9      Nassau County, Green Acres Mall,

10     Roosevelt Field are the top two areas in

11     Nassau County. And when you look at it,

12     then out of that, I think the number is

13     off top of my head, I believe it's 40%

14     are New York City residents, not here. So

15     when I compare this number to the

16     demographics in this county, the

17     residents don't live in this county that

18     are committing 35 or 40% of this crime.

19     Why am I not using the other 8 million

20     people that live in the City of New York?

21     And I get that too. That wouldn't be a

22     true analysis either. All my arrests are

23     based on probable cause. Will this

24     wearing a mask do it? I will know every

25     single stop that gets done because it's

1

2    recorded on body camera. I know every

3    single stop that gets done because it

4    goes into our track system, and we now

5    can give you the numbers, exactly what

6    you're asking.

7         And every single day we discuss

8    demographics in the county and arrests,

9    field stops and tickets and this report

10   that's just been out and it is posted now

11   you can take a look at it, you will see a

12   dramatic change in someone's activity in

13   Nassau County. You will not see a great

14   change in arrests. And again I go by, 58%

15   of the people of those that are arrested

16   are by someone calling 911. They call for

17   help. I went there, right, I didn't go.

18   There is, I think 15 or 16% are

19   self-initiated, but most of them are

20   self-initiated stops again at Roosevelt

21   Field and Green Acres, the two top areas.

22   So I'd love to give you a simple

23   mathematical answer that fits, but it

24   doesn't fit that easy. But I will tell

25   you this nobody is more engaged with

1

2      demographics than I am and my

3      administrative staff. And we have these

4      hard conversations every single day and

5      making adjustments to make it better.

6          LEGISLATOR SOLAGES:  Thank you,

7      Commissioner.

8          PRESIDING OFFICER KOPEL:  Legislator

9      Mullaney.

10          LEGISLATOR MULLANEY:  Thank you,

11      Presiding Officer. Thank you

12      Commissioner.  I would actually argue

13      this law doesn't make your job harder,

14      actually, we might make your a job

15      harder.

16          Two things. One, this is just a tool

17      in the toolbox, right?

18          COMMISSIONER RYDER:  That is 100%

19      correct.

20          LEGISLATOR MULLANEY:  I apologize. I

21      mean, you're a cop. How many years? 40

22      plus years on?

23          COMMISSIONER RYDER:  Forty one

24      years, sir.

25          LEGISLATOR MULLANEY:  Forty one

1

2          years. I know from just being a civil

3          servant myself, I implicitly trust

4          somebody who's got 42 years on the job

5          and who's been in your position for as

6          long as you have. You have police reform

7          laws, right?  Body cameras, you just said

8          it yourself. Instead of reporting public

9          sessions with the public, different types

10         of training, compliance reporting, your

11         cops are held accountable. We keep using

12         words like content, reasonable suspicion,

13         discretion, probable cause. It's just a

14         way for you to approach somebody in case

15         one of your officers -- I know I can

16         speak for myself when I say I trust the

17         Nassau County Police Department.

18              As an aside, three weeks ago, we had

19         Committees, Public Safety Committee met

20         to discuss this. Our counsel made

21         amendments to that law and pass it along

22         to a Minority with absolutely no

23         response.  Today a law was sent back our

24         way. That's three weeks time to discuss

25         it. Not in front of the Police

1

2          Commissioner today. So I think it should

3          move forward with the law. I think we can

4          stand up here and we can question cops

5          intent and question whether or not they

6          have the ability to do this, but not at

7          the same time when we're going to ask

8          them to come up and take a picture with

9          us, they have to be praised them for what

10         they just did earlier today. So it's got

11         to be one or the other.  Are we going to

12         award them with Top Cop ceremonies and

13         then trust them to do their jobs, or

14         we're not going to take pictures with

15         them and then hold them over the fire and

16         question their every move.

17              Again, the question is less for you,

18         more just, thank you for what you're

19         doing. And again, it's just a tool in the

20         toolbox. This isn't a weapon.  You're not

21         going to weaponize this against people.

22         It's just a way for you to do your job a

23         little bit better.

24              COMMISSIONER RYDER:  So we also get

25         the ability to stand here and take that

```
 1
 2          recognition.  This is the one of the most
 3          selfless jobs you can do.  We get the
 4          rewards, we get the recognition. But it's
 5          horrible when we have to see the death
 6          and we have to see the carnage that comes
 7          with it. But at the end of the day, we
 8          stand here and I always start off by
 9          saying thank you. I can't do my job
10          without the support of the Legislators,
11          and it's all of the Legislators. And I
12          always say that. All of them. They back
13          up the Police Department, they give us
14          the tools. We're in a fight right now
15          that I'll say it again, you are going to
16          see the most violent political season
17          that you've ever seen in the history of
18          this country. We already know the Intel.
19          We see what's going on in the world, both
20          internationally and locally, and it's a
21          concern, and we are doing our best to
22          stay on top of it. Anytime I can get a
23          tool to keep everybody safe and I mean
24          everybody, I'm going to take advantage of
25          that tool. And that's why I'm fighting.
```

1

2          Stating the way I'm stating it today is

3          my cops will be professional. My cops

4          will remain professional. And they will

5          live by that model that we go by:

6          Loyalty, integrity, fairness and

7          excellence. Not to each other, but to the

8          community.

9               PRESIDING OFFICER KOPEL:  Thank you,

10         Commissioner.

11              MINORITY LEADER DERIGGI-WHITTON:  I

12         have to follow up with one question.

13              PRESIDING OFFICER KOPEL:  Okay.

14         Minority Leader.

15              MINORITY LEADER DERIGGI-WHITTON:

16         Commissioner, I just want to explain

17         something with this law. And I know you

18         read it, but we really went over it with

19         a lot of judicial people that are

20         concerned about it.

21              Basically, what this law is saying

22         now is that if there's someone with a

23         mask on and they're observing even a

24         demonstration and, and they're just

25         observing it, but they happen to have a

NC FULL LEGISLATURE 08.05.2024

1

2          mask on, this law is basically saying

3          that they can be charged with a

4          misdemeanor. I mean, that's basically

5          what it's saying. Now, I trust you, I

6          trust your police, but you're putting

7          your police officers in a difficult

8          situation because if the people there

9          say, well, you have to arrest that

10         person, they have a mask on, even if

11         they're just quietly watching a group of

12         people, doesn't have to be a protest.

13         We're putting them, I just feel -- you

14         know how -- I have police in my family.

15         You know that. I'm thinking of them right

16         now. I think it's putting them in a very

17         precarious situation. And again, it's not

18         as if there's someone wearing a mask and

19         throwing rocks.  Throwing the rocks at

20         the problem, which is a crime. So yes,

21         they can be arrested. And the fact that

22         they have a mask on, in my opinion,

23         should escalate that charge. But if

24         someone's just sitting and that's what's

25         written in this law, this law says if

1

2          you're just watching, if you're just

3          sitting there with a mask on, they could

4          be charged with a misdemeanor. Just that

5          sense. Not to mention if a police officer

6          goes up again and asks someone, why are

7          you wearing a mask? You are you sick? Or

8          do you have an old person at home or

9          whatever? If they start asking questions

10         and I'm sure they would do it

11         professionally, that in itself, without

12         any other crime happening, is against the

13         First Amendment. That's going to cause a

14         lot of problems for the police officers.

15         This law, in my opinion, is putting them

16         in a very awkward situation. And that is

17         what I've heard. And that is a genuine

18         concern.

19              And again, we can fix some of these

20         things. We can fix it. The Presiding

21         Officer saying I am running in circles.

22         Meanwhile, what I'm saying is something

23         that I don't know if you've thought

24         about, which is just observing a crowd.

25         That is in this law.

1

2          So again, we agree with the premise

3     that someone should not wear a mask if

4     they're committing a crime or doing

5     something or harassing anyone. We totally

6     agree with that. But this law is going to

7     put our police officers, I think, in a

8     precarious situation on a number of

9     different levels, and we can fix it.

10         So I know it's going to pass and

11    believe me, they're not going to

12    reconsider it ever again until it gets

13    thrown out of court. And then we're going

14    to have to pay for the legal fees.

15    There's no doubt. And again, just the

16    fact that it doesn't describe what a mask

17    is, it's going to throw this out of

18    court. So, you know, it's just a waste of

19    everyone's time where we could really do

20    it the right way and we could do it in

21    the sense that protects the police

22    officers, too.

23         LEGISLATOR STRAUSS:  Presiding

24    Officer, can I make a statement?

25         PRESIDING OFFICER KOPEL:  Legislator

1

2      Strauss.

3          LEGISLATOR STRAUSS:  Commissioner

4      Ryder, I wish I had a police commissioner

5      like you when I was a cop.

6          COMMISSIONER RYDER:  Thank you.

7          LEGISLATOR STRAUSS:  If anybody

8      stands behind this police officers, it's

9      you, and I'm sure they appreciate it. I

10     know that you have an open dialog with

11     your police officers, with your unions,

12     and that is incredibly commendable.

13         Aside from protests, this law will

14     allow our police officers to interact

15     with someone and hopefully identify

16     someone who's walking down the street in

17     a neighborhood where our packages are

18     being taken from our front porches, from

19     where our car doors are being lifted,

20     opened and stolen, and the items inside

21     stolen. It'll allow a police officer,

22     hopefully, to identify someone who is in

23     a neighborhood where there's a prevalence

24     of burglaries have been committed, where

25     previously they don't have that option.

1

2          So hopefully, this law will pass and,

3          hopefully, it will be administered

4          properly. And there's no doubt that it

5          will be because you have one of the best

6          trained police departments there are. And

7          your police officers are highly trained,

8          highly dedicated. They know when to use

9          and implement and enforce laws because of

10         the discretion that they're allowed to

11         use.

12             There's no doubt in my mind that

13         this law, if passed, will give you and

14         your officers the tools needed to make

15         all of us safer aside from protests. From

16         the everyday crimes that are going on

17         here, hopefully they'll reduce even more

18         than 15% this year.

19             Congratulations, Commissioner, on

20         the job and your officers as well. Kudos

21         to you.

22             (Whereupon, applause.)

23         PRESIDING OFFICER KOPEL:

24         Commissioner, thank you.

25             Also let me congratulate you and

```
 1
 2          your officers on on the tremendous help
 3          that they've rendered here today, here in
 4          the room. I appreciate that.
 5              COMMISSIONER RYDER:  They're doing
 6          their job.
 7              PRESIDING OFFICER KOPEL:  They're
 8          doing their job. They certainly are.
 9              We have somebody here from the
10          County Attorney's Office.
11                  (Whereupon, applause.)
12              LEGISLATOR BYNOE:  Thank you,
13          Presiding Officer.  Can you state your
14          name?
15              MR. HARDIMAN:  Kevin Hardiman from
16          the County Attorney's Office.
17              LEGISLATOR BYNOE:  Thanks for
18          coming.  Starting out by saying, I
19          understand the benefit of modifying the
20          law that was on the books prior to 2020.
21          And and re-implementing it, we needed to
22          address it. Because as I read the law
23          previously, there were no carve outs that
24          protected individuals who wanted to wear
25          medical grade masks. Do you agree with
```

1

2      that?

3              MR. HARDIMAN:  That's correct.

4              LEGISLATOR BYNOE:  Okay.  As

5      somebody who has a history here in county

6      where we want to protect everybody and we

7      want to make sure that everyone has equal

8      protection under the law. And we want to

9      make sure that in this current state that

10     we're living in, that the issues that

11     have been brought forward here today,

12     illustrated and discussed by Mazi Pilip,

13     that we're protecting against.

14              I also, as somebody who,  is of the

15     Black American community, enjoy the

16     protections of the law that would not

17     allow the Proud Boys or the KKK to rise

18     and wear hoods. So I am in agreement that

19     we need to look at this. And as a breast

20     cancer survivor who apparently broke the

21     law back in 2004 when I became

22     neutropenic and my immune system was shot

23     and I had to wear a mask, I had to wear a

24     mask to go to the store.  I had to wear a

25     mask to go to work. So I appreciate the

1

2        spirit of the law that my colleagues have

3        introduced, and I support the law that my

4        colleagues in the Democratic Caucus have

5        submitted.

6            I have questions.  There's some gray

7        areas here that maybe you can answer

8        today that would help you with the law

9        proposed by my colleagues in the

10       Republican caucus.

11           So if we look at B1 in this wall, it

12       says, "people who remain or congregate in

13       a public place with other persons so

14       masked or disguised knowingly permits or

15       aides persons who are masked or disguised

16       to congregate in a public place". So is

17       that specifically if someone, the way I

18       understand this is that if people in a

19       group have a masked home and they're

20       standing around, that they could be in

21       violation of that law; is that accurate?

22           MR. HARDIMAN:  Well, I think what it

23       actually accomplishes that had been the

24       law for well over 100 years, is that that

25       lines up very well with the loitering law

1
2          that existed previously.  That law used
3          to say a person was guilty of loitering
4          when being masked or in a manner, any
5          manner disguised by unusual or unnatural,
6          attire or facial alteration, loiters,
7          remains or congregates in a public place
8          with other persons so masked or
9          disguised, or knowingly permits or aids
10         persons to mask or disguised to
11         congregate in a public place, except that
12         such conduct is not unlawful when it
13         occurs in connection with a masquerade
14         party or like entertainment. If when such
15         entertainment is held in a city which has
16         regulations in connection with such
17         affairs, permission is first obtained
18         from the police or other appropriate
19         authorities". So that was the original
20         law that was repealed in 2020, in the
21         face of Covid. Back then it was not
22         allowed to wear a mask just for health
23         reasons or that sort of thing.  That's
24         what the provision was. So this one
25         carries that forward and then creates the

1
2          other three limitations on where this law
3          will apply.
4               LEGISLATOR BYNOE:  The question that
5          I asked, was regarding the provision one
6          in Section B of the current law, that was
7          it's currently being vetted on the floor
8          today. It says that if someone remains or
9          congregates in a public space with other
10          persons so masked or disguised or
11          knowingly permits or aids persons so
12          masked or disguised to congregate in a
13          public place, that they would be in
14          violation of this law, and that there
15          would be a misdemeanor that could be
16          brought against them with a $1,000 fine.
17          Can you describe for me situations like
18          outside of a protest that this could
19          occur?
20               MR. HARDIMAN:  Well, I can't get
21          into all of the potential aspects of it.
22               LEGISLATOR BYNOE:  I'm just asking
23          to describe one.
24               MR. HARDIMAN:  What I'm saying is
25          that this law was on the books and was --

1

2          this particular type of provision was on

3          the books for over 100 years and was

4          upheld in the Second Circuit, as well as

5          in the First Department and was found to

6          be constitutional. So the phrasing in

7          that particular subsection actually lines

8          up very well with the law that had

9          already been on the books for a long time

10         and found to be constitutional.

11            LEGISLATOR BYNOE:  So this

12         particular law goes beyond what was on

13         the books before, because now it's a

14         misdemeanor with the $1,000 fine and a

15         one year potential jail time. So in

16         looking at this, this is different. It's

17         not exactly what was on the books before.

18         Because it's carrying jail time. It's

19         carrying a higher penalty, in terms of,

20         financial penalty and a actual

21         misdemeanor on one's criminal record.

22            MR. HARDIMAN:  Under this law, it

23         would be punishable -- not punished, but

24         punishable -- by a fine up to $1,000, or

25         imprisonment of not more than one year.

1

2          So, potentially someone could be held

3          accountable and held to a misdemeanor and

4          punished by up to a year in jail.

5               LEGISLATOR BYNOE:  Yeah. And so

6          that's that would be an exposure to not

7          only a group of people who, based on the

8          vague language in this could be a family

9          traveling together.  Could be a group of

10          students traveling together, protecting

11          one another from any type of illness one

12          might be carrying, whether it's Covid,

13          the flu, whatever it is, or just

14          protecting folks who they might have to

15          go home to and living in

16          multigenerational housing.  So the

17          vagueness in this bill is what is

18          concerning because it also then ties into

19          some other things. And I want to walk

20          through one through four with you. But I

21          just wanted to address the vagueness in

22          this bill.  It's a group of people

23          congregating together. Then it goes

24          further to say that the person who might

25          be holding an event, based on this, it

1

2      could be a barbecue in the park -- in

3      fact, I went to church yesterday and I

4      started looking around in the crowd, and

5      probably for every five people in the

6      crowd, one person was wearing a mask. So

7      in this case, it says if you aid persons

8      in wearing a mask and congregating in a

9      public place. So I know for a fact the

10     churches go down to the beach, they go in

11     different places and they have these

12     church services. This would actually

13     qualify as a breach of this law based on

14     its meaning.

15         But I'll go on to number two, which

16     then talks about interfering with other

17     people's right to exercise their secured

18     protections under the federal, state and

19     local laws. That clearly would be in the

20     case of a demonstration, am I correct, or

21     a protest?

22         MR. HARDIMAN:  Well, I'm not quite

23     sure what you're referencing within this.

24         LEGISLATOR BYNOE:  I'm referencing

25     number two in section B. Do you have the

1

2       law in front of you?

3           MR. HARDIMAN:  Right. Subsection 2

4       says again that acts with the intent by

5       force or threaten or force to injure,

6       intimidate or interfere with any person

7       because of the person's exercise of any

8       rights secured by federal, state or local

9       law, or to intimidate such person or any

10      other person or any class of persons from

11      exercising any right --

12          LEGISLATOR BYNOE:  I don't need you

13      to read it to me. I asked the question.

14          MR. HARDIMAN:  It says what the law

15      is.

16          LEGISLATOR BYNOE:  That's fine. I'm

17      asking a question.  That actually can be

18      then tied specifically to rallies,

19      whether they be for religious reasons,

20      political reasons or the like, correct?

21          MR. HARDIMAN:  It could be at such

22      an event if the intent of by force or

23      threat of force to injure, intimidate or

24      --

25          LEGISLATOR BYNOE:  I got that, yes.

1

2          So that sounds like, specifically,

3          because of these protections of rights

4          for under the federal, state and local

5          laws, those look like rights that are

6          baked into other laws and constitutional

7          rights. And so I'm trying to understand

8          the distinction between 1 and 2.  Because

9          1 is so vague that it's not tied to any

10         activity. It's just saying anybody that

11         is standing together with a mask.

12              MR. HARDIMAN:  What I will say is

13         that the ones who are in the best

14         position to explain the intent of what

15         the law was would be the drafters, and

16         that would be the Majority and not the

17         County Attorney's Office, but in terms of

18         the terms that are laid out here in the

19         law. That seems to be fine.

20              LEGISLATOR BYNOE:  Did the County

21         Attorney's Office review this to

22         determine that it's constitutionally

23         sound and what the legislative intent

24         was?

25              MR. HARDIMAN:  We did not determine

```
 1
 2          what the alleged legislative intent was.
 3          We did review it and found it to be
 4          constitutional in its drafting and
 5          consistent with New York state.
 6             LEGISLATOR BYNOE:  So you're here
 7          today, you're supposed to be the expert
 8          that's going to answer these questions,
 9          but you're saying you can't answer number
10          one.
11             MR. HARDIMAN:  That I can't answer
12          number one.
13             LEGISLATOR BYNOE:  You can't answer
14          to number one, because I'm asking you
15          what distinguishes between --
16             MR. HARDIMAN:  What I am saying is
17          is that these are the four exceptions
18          that were laid out. The provisions shall
19          apply only if the person does one of
20          these four things. Which is more clearly
21          laid out as to what they wanted to
22          accomplish here in the law.
23             LEGISLATOR BYNOE:  So I'm asking
24          what they want to accomplish and you
25          can't answer it. So maybe someone from
```

1
2          the majority should do it.
3               What was the intent for Section B,
4          number 1? Because I understand what B
5          number 2 is. B number 2 is clearly tied
6          to protests and rallies. Number 1 is so
7          vague, it could mean people traveling
8          together on a train that are masked. It
9          could mean folks going to church masked.
10         It could mean the owner of a private
11         business that allows people to be in a
12         space masked.
13              PRESIDING OFFICER KOPEL:  Once
14         you're done here, perhaps, we will have
15         some answers.
16              LEGISLATOR BYNOE:  Maybe you will
17         have some answers?  That gets really to
18         the crux of what I'm trying to understand
19         here today.
20              PRESIDING OFFICER KOPEL:  If it's
21         okay with you, Legislator Ferretti would
22         like to answer you. That's up to you.
23              LEGISLATOR BYNOE:  This gentleman
24         was purported to be in this space to
25         answer the question. So let me ask him

```
 1
 2         one other question before Ferretti has an
 3         opportunity to respond.
 4              So and let's go back to A in the
 5         paragraph just above B, where they say
 6         that people cannot come into private
 7         property wearing face coverings without
 8         the consent of the owner or tenant.  So
 9         that means I can't go into a store
10         wearing a face mask without the owner or
11         the person renting the space giving me
12         the expressed --
13              MR. HARDIMAN:  So what I can say is
14         that Subsection A is further defined by
15         Subsection B, where it says that it shall
16         only apply in these circumstances that
17         are laid out in B.
18              LEGISLATOR BYNOE:  Then that's
19         perfect. So then that says that I walk
20         into the store with my family and we're
21         all wearing masks. I did not get the
22         express consent of the owner, and now
23         we're in Section B1 and I'm in there with
24         mask on. Am I in violation of this of
25         this provision thereby now subject to
```

1

2      $1000 fine, to a year in jail and a

3      misdemeanor?

4          MR. HARDIMAN:  If it fits within the

5      terms of this contract. You're laying out

6      a hypothetical, and I can't answer

7      hypotheticals.  The hypothetical as laid

8      out is dependent on in certain

9      circumstances where it would fall within

10     that.

11         LEGISLATOR BYNOE:  That's the gray

12     area, right? I walk in the store, I have

13     the mask on. I don't have the expressed

14     approval of the owner of the store. And I

15     walk in with my family and we're walking

16     through the store, I am in violation of

17     this law, and/or the store owner then

18     could be in violation because they

19     allowed me to come in with a group of

20     people masked. That's how I read this.

21     And I'm asking you if I'm not reading it

22     correctly, then help me to understand it.

23         MR. HARDIMAN:  Again, I would just

24     say that that's something that they would

25     have to determine in the court. I do

1

2        think that in terms of how it compares to

3        the prior law as much as what you had

4        previously stated, you had gone back in

5        whatever year it was wearing a mask for

6        not a masquerade party you were

7        technically in violation of the law that

8        existed at that time.

9            LEGISLATOR BYNOE:  Who knew?

10           MR. HARDIMAN:  And given that law,

11       that law was reviewed in the Second

12       Circuit and in the First Department, and

13       it was found to be constitutional. And on

14       that basis, the review of this law was

15       determined to be that would fall into the

16       realm of constitutional.  That section

17       that you were referencing is very similar

18       to what had previously been in the law.

19           LEGISLATOR BYNOE:  But now the

20       difference is now there's an exemption

21       for people to wear face coverings for

22       medical reasons. That did not exist under

23       the previous law. So that's why in its

24       current form, without targeting specific

25       activities or actions tied to me walking

1

2          into a store with the mask on with my

3          family, based on this, I could be

4          prosecuted.

5              MR. HARDIMAN:  If what you were

6          doing in coming into that store would fit

7          within one of the four subsections that

8          says it shall apply to.

9              LEGISLATOR BYNOE:  Yeah, that's

10          that's why I do think that having a bill

11          that's targeted, which would act as a

12          deterrent, just like many other laws that

13          are on the books that would then enhance

14          the prosecution is a more targeted

15          approach.  It's similar to the Leandra

16          Law that if somebody is drinking and

17          driving and they have a child in the car,

18          it escalates and it becomes a higher

19          penalty of law.  And that's to deter the

20          behavior of driving under the influence

21          and more importantly, driving under the

22          influence with a child in the vehicle.

23              I just think that there's some gray

24          areas here.  We all want to get to the

25          same place.  But I do think that it

1

2      leaves certain communities exposed, and

3      there's no refuting that certain

4      communities had a disproportional

5      response and affect by Covid. Is not in

6      any way disputable that certain

7      communities and certain people within our

8      population were affected because they

9      have higher rates of chronic illness.

10     It's undisputable that certain

11     populations within this county also live

12     in multigenerational housing. So they are

13     at a higher rate using masks for the

14     purpose of not only protecting

15     themselves, but protecting their loved

16     ones. And it wouldn't be uncommon to see

17     that same family multigenerational,

18     wearing masks for that express purpose

19     and I think number one, without a

20     specific target leaves people susceptible

21     to having to be either fearful of wearing

22     a mask and chilling the effect of the

23     purpose and the benefit of wearing a

24     mask. And I'm concerned about that. I

25     think we should tighten it up. Tighten it

1
2      up.
3          The police commissioner made it
4      clear that he needs time to train his
5      officers properly so that we can
6      effectively implement the law. And I
7      think we could use that time to implement
8      training based on the law, and I think we
9      could use that time that he can ready
10     himself so that we can better target what
11     specific behaviors we're trying to deter.
12         Thank you.
13         PRESIDING OFFICER KOPEL:  Legislator
14     Ferretti.
15         LEGISLATOR FERRETTI: You were asked
16     a few minutes ago with regard to Section
17     3A and B specifically Subsection B1, if
18     there were any examples you could give
19     other than -- I don't want to misquote
20     you, legislator, I think you said other
21     than a protest.
22         LEGISLATOR BYNOE:  I'm sorry?  I
23     didn't realize that you were -- sorry.
24         LEGISLATOR FERRETTI:  You had asked
25     them for examples other than a protest

1
2        where Section B1 would apply.
3            LEGISLATOR BYNOE:  So B1 doesn't
4        seem to be tied to a protest.  It's just
5        kind of out there.  B2 appears to tie to
6        a protest.
7            LEGISLATOR FERRETTI:  Okay. So you
8        were asking for other examples.
9            LEGISLATOR BYNOE:  I was asking for
10       examples, and I was also asking whether
11       the scenario that I stated on the record
12       would, in fact, be in violation of number
13       1.
14           LEGISLATOR FERRETTI:  Understood.
15           So my question, sir. Would a KKK
16       rally fit under this section?
17           MR. HARDIMAN:  Presumably so, yes.
18           LEGISLATOR FERRETTI:  Okay, so then
19       if members of the KKK rally with white
20       facial or any color facial coverings,
21       that would be that would fall under this,
22       correct?
23           MR. HARDIMAN:  It would.
24           LEGISLATOR FERRETTI:  Okay. What
25       about Proud Boys rallies. Would that fall

1

2          under this?

3                MR. HARDIMAN:  If they're wearing a

4          mask.

5                LEGISLATOR FERRETTI:  Okay. Because

6          if they have the intent to conceal their

7          identity and they're congregating,

8          correct?

9                MR. HARDIMAN:  Yes, it would appear.

10               LEGISLATOR FERRETTI:  Okay. How

11         about recently when Hofstra University

12         held its graduation and five males masked

13         their face and walked in and started

14         stabbing people, would that example fall

15         under this legislation when the police

16         would have a tool in their holster to

17         act?

18               MR. HARDIMAN:  I believe so, yes.

19               LEGISLATOR FERRETTI:  Okay. So I

20         think that goes to the heart of the two

21         pieces of legislation. In that example at

22         Hofstra University, this legislation,

23         this legislation is proactive rather than

24         reactive, correct?

25               MR. HARDIMAN:  I accept your

1
2       statement, sure.
3            LEGISLATOR FERRETTI:  Okay. Thank
4       you.
5            PRESIDING OFFICER KOPEL:  Legislator
6       Bynoe.
7            LEGISLATOR BYNOE:  Thank you. So
8       let's be clear, we don't want masked
9       people running around here that belong to
10      the KKK, who belong to the Proud Boys,
11      who belong to a group of people who would
12      harass individuals who are coming
13      together in the interest of rallying in
14      support of any religious, whether it be
15      our Jewish community, whether it be the
16      Protestants, the Catholics, we don't want
17      that, right? We don't want people seeking
18      to hurt individuals or -- Presiding
19      Officer, just trying to establish quorum.
20      Speaking to the gentleman who just
21      answered and you're speaking to him as
22      well. Thank you -- So at the end of the
23      day, we want to get to the same place. So
24      to start talking about parsing out the
25      KKK -- I think the KKK, I think

```
1

2        anti-Israel protesters and all of them

3        fall under number 2. I'm saying number 1

4        is doesn't have any clear direction or

5        target to which there are attempting to

6        change behavior or deter behavior. That's

7        what I'm saying about number 1.

8             Thank you.

9             LEGISLATOR FERRETTI:  And I would

10       just respond, my interpretation is number

11       1 would be dealing with the KKK rallies.

12       Number 2 would be dealing with the

13       Hofstra people.

14            LEGISLATOR BYNOE:  The Hofstra

15       people were criminals who went there with

16       the express purpose of committing a

17       crime. They went there -- and listen, I

18       don't want them at my door taking my

19       Amazon package no more than I want them

20       at any social event to be able to wear a

21       mask. And that's why, honestly, I also

22       say we're doing us ourselves a disservice

23       by not clearly defining what a mask is.

24       We should define what a mask is, that

25       where it would be appropriate to wear a
```

1

2          medically graded surgical mask, or we

3          should be targeting what that looks like,

4          because in your case, you're allowing

5          masks to be something that -- I just saw

6          a young man riding an e-scooter, and he

7          had, on a whole, Spiderman. I didn't feel

8          very comfortable with that.  But under

9          the law that existed before 2020, he

10         wouldn't have been able to do that.  And

11         it sounds like you would not have been

12         able to wear a Spider-Man's on Halloween,

13         right? That law prohibited that. And I

14         understand that we want to make sure that

15         we don't have people doing the smash and

16         grabs. I understand we want to get

17         someplace that deters crime. And I think

18         our bill does that. It deters crime by

19         targeting criminals and not citizens?

20              PRESIDING OFFICER KOPEL:  Legislator

21         Solages.

22              LEGISLATOR SOLAGES:  Thank you,

23         Presiding Officer. Good afternoon, sir.

24         I can direct you to Section 3B, part two

25         acts with the intent by force or threat

1

2          of force to injure, intimidate, or

3          interfere with any person because of any

4          persons exercising of any rights secured

5          by federal, state and local law to

6          intimidate such person or any person.

7          Before, with my colleagues, Legislator

8          Ferretti and Legislator Bynoe, you

9          afforded them the opportunity to -- they

10         gave you situations and you said whether

11         or not this law would address that

12         situation. So I was present in many of

13         the Black Lives Matter protests in the

14         past two years that benefited our

15         society. That actually led to

16         improvements in our civil rights. For

17         example, body cameras, because of those

18         rallies and those protests. Now, during

19         those protests, I would witness one group

20         on the side of Black Lives Matter

21         protesters. And then on the other side,

22         Blue Lives Matter protesters and each

23         group would be shouting things at each

24         other. Is this section designed to

25         address that?

1

2          MR. HARDIMAN:  Shouting or -- I

3      mean, I'm not sure --

4          LEGISLATOR SOLAGES:  Well, you know,

5      one can say harassment. One can say

6      intimidating. You know, they're yelling

7      different things at each other from

8      different sides of the street. Of course,

9      we had our Nassau County Police

10     Department there breaking it up, but they

11     were saying such unfavorable things to

12     each other. In that situation, can this

13     law be applied?

14         MR. HARDIMAN:  Depending on whether

15     the circumstances met within the defined

16     terms or the set forth terms here.

17         LEGISLATOR SOLAGES:  So this can be

18     used to not just address protesters but

19     also counter-protesters?

20         MR. HARDIMAN:  If there's intent to

21     by force or threat of force to injure,

22     intimidate, etc., as it's laid out here,

23     you would have to meet the criteria set

24     forth here. That's why it's a

25     hypothetical that I can't speak to as to

1

2          whether those circumstances would have

3          met with the terms of this particular

4          law.

5              LEGISLATOR SOLAGES:  Understood.

6          But. Were you the the same office that

7          drafted the transgender bill that

8          prohibited transgender persons from,

9          playing on county fields? Were you part

10         of that?

11             MR. HARDIMAN:  I was not a

12         meaningful part of it, no.

13             LEGISLATOR SOLAGES:  But did you

14         were you aware of it; is that correct?

15             MR. HARDIMAN:  I was aware of it.

16             LEGISLATOR SOLAGES:  And did you

17         foresee that that bill would be

18         overturned by a Republican judge, Francis

19         Ricigliano?

20             MR. HARDIMAN:  I can't speak to that

21         particular law. I was not a part of

22         preparing that law.

23             LEGISLATOR SOLAGES:  Do you

24         reasonably foresee this as being

25         overturned by a judge who sees this as

1

2          vague and arbitrary?

3                  MR. HARDIMAN:  This mask law?

4                  LEGISLATOR SOLAGES:  Yes, sir.

5                  MR. HARDIMAN:  I do not. I do not.

6                  LEGISLATOR SOLAGES:  The other

7          scenario that was described a scenario in

8          private sectors, the police commissioner

9          talked about Greenacres Mall was a field

10         being the two high crime areas in Nassau

11         County.  I was recently at Roosevelt

12         Field, getting my nails done right at

13         that nail place right between Macy's and

14         the parking lot. And it's a great nail

15         place, by the way.  My lady wanted to go

16         and I went with her.  And while I was

17         sitting there, you can see everybody

18         coming into the mall. And I literally saw

19         20 young black men wearing ski masks

20         entering the mall. And they were not

21         committing any crimes. They were in a

22         group of 20. They were wearing a full

23         non-surgical mask, ski mask. Apparently

24         as part of the style. If you don't

25         believe me, go to one of the top ten

1

2      songs in the country right now, Bryson

3      Tiller, "Whatever she wants" and you'll

4      see in the video they're going into high

5      end stores, Gucci, wearing full ski mask.

6      Now, for some people, that might create

7      fear. For me I was like, oh, it looks

8      like Tyrone from Elmont.  Didn't create

9      fear for me.  But for some others, that

10     may create fear. Under that fact pattern,

11     sir, would these individuals, these young

12     men, probably 16, 17, 18. Would they be

13     found liable for breaking this law.

14          MR. HARDIMAN:  I wouldn't be able to

15     tell you whether they be found liable or

16     not, or whether they would be arrested

17     for doing so. That would be left to the

18     police department to go about enforcing,

19     if they felt that it met the terms of

20     this law.

21          LEGISLATOR SOLAGES:  Understood.

22     Thank you very much.

23          PRESIDING OFFICER KOPEL:  Mr.

24     Hardiman, thank you.  Will you get back

25     to counsel for the Majority and the

1

2          Minority on your assessment of Minority's

3          bill that was filed this morning?

4                MR. HARDIMAN:  Yes, we can review

5          that. We got it around Noon time today.

6                PRESIDING OFFICER KOPEL:  So thank

7          you for your help on everybody.

8                I know there are a lot of people who

9          are waiting to speak on this, but we have

10         to have mercy on our court reporter. She

11         needs a few minutes because her fingers

12         are falling off and some people may need

13         the restroom, etc., so we'll do a very

14         short break. Ten minutes and then and and

15         then we will commence with public

16         comment.

17                (Whereupon, recess.)

18                PRESIDING OFFICER KOPEL:  Okay,

19         everyone, please have a seat. We're going

20         back on the record.

21                We're going to start with public

22         comment. Now, let me just tell you that

23         for the most part, I don't know who is in

24         support of the bill and who is against

25         the bill. So don't question me about you

```
 1
 2        have too many for one side coming in a
 3        row. I'm just going to call them in the
 4        order that I have them.  So I don't know
 5        who's for it, who's against it. Once
 6        again, the speakers are limited to three
 7        minutes. We'll start with Rebecca
 8        Sassouni.
 9            MS. SASSOUNI:  Good afternoon. Can
10        you hear me? I appreciate this
11        opportunity. My name is Rebecca Sassouni.
12        I'm here to speak in support of
13        Legislator Pilip, as a person, as a
14        friend, but also as a fellow elected
15        official.  I happen to be a mother of
16        four, a former president of Sephardic
17        Heritage Alliance, which is an
18        organization dedicated to the
19        acculturated needs of Iranian American
20        Jews, primarily in Great Neck, but also
21        across the New York region. I am a
22        graduate of Columbia University. I'm a
23        lawyer and I'm an unpaid elected public
24        official. I am a school board trustee and
25        I was "privileged" to be the president of
```

1

2          a board of education during the Covid

3          pandemic. And I would like to share with

4          you some of my lived experiences as a

5          brown Jew during the mask pandemic, the

6          Covid pandemic, and my impressions of the

7          intersection between law and civil

8          liberties during the pandemic, because I

9          think they pertain.

10              During the pandemic, elected

11         officials such as yourselves and myself

12         and other members of boards of education

13         had to follow the law; so we did. We were

14         told that for the sake of public health,

15         everyone had to wear masks; so we did. We

16         implemented the mask mandate. But we also

17         had to follow other laws because the laws

18         of civil liberties and the laws of the

19         United States Constitution and Title VI

20         pertain, and they still do.

21              So during the pandemic and since I

22         and other members of my family and my

23         friends while following the law, wore

24         masks and attended here in Nassau County

25         and in New York City and in other

1

2      environs, all kinds of peaceful public

3      protests. I and my children, my four

4      children, attended peaceful protests with

5      permits for black lives and for LBGTQ+

6      lives and for Asian lives. And I did so

7      with my family and with my friends

8      because I believed -- and I left out for

9      Blue Lives -- and I did so gratefully as

10     an American in support of all of those

11     lives, thinking that as a Jew in the

12     United States of America who knew my

13     rights along with my friends and family,

14     that the Constitution of the United

15     States of America protected me as well,

16     and my family and my friends and my

17     children's lives. When the mask mandate

18     stopped, I thought (buzzer) that I could

19     take away my mask and that I could go

20     ahead and --

21          PRESIDING OFFICER KOPEL:  You're

22     going to have to wrap up.

23          MS. SASSOUNI:  I thought that that

24     would be okay, and that we could continue

25     to rely on the laws of this country to

1

2      protect us. October 7th occurred, and my

3      children and their friends learned that

4      there was no reciprocity. They quickly

5      learned at school that they would be bad,

6      that they would be bashed as Jews.

7          PRESIDING OFFICER KOPEL:  I'm sorry.

8      You're not paying attention. We have

9      three minute limit. I'm sorry. If we if

10     you go for ten minutes, then other people

11     are going to have to stay here all night.

12     Please finish your finish up now.

13         MS. SASSOUNI:  Thank you. Jews have

14     learned very quickly, particularly young

15     Jews, that they have not been given any

16     reciprocity, that we have been bashed,

17     that we have been intimidated by masked

18     people all around. And Ms. Pilips

19     proposed legislation will protect Jews

20     and others, as we should be by title six

21     and by the Constitution that protects all

22     Americans, and it will enable law

23     enforcement too to be protected. Thank

24     you very much. Thank you.

25         PRESIDING OFFICER KOPEL:  Again,

1

2      this is going to apply to both sides. I'm

3      in favor of this legislation, but I'm not

4      going to favor or allow people to go more

5      than three minutes. It's not right. It's

6      not fair. We have another hearing coming

7      after this. Many people are waiting.

8      Okay. There's a timer right here. Please

9      watch it.

10          William Transer.

11          MR. TRANSER:  My name is William

12      Transer. I'm a staff attorney Disability

13      Rights New York.  I've already provided

14      this comment to the clerk, so you guys

15      should have received a written version of

16      this, but I'm going to resuscitate it to

17      all of you here today.

18          DRNY submits the following in

19      opposition to Nassau County's proposed

20      bill one 4224 banning mask wearing in

21      public and private places. A mask ban in

22      Nassau County will overwhelmingly target

23      people with disabilities who use masks to

24      manage their disability and medical

25      needs. The Nassau County Legislature must

1

2      reject this bill to avoid predictable

3      discrimination and physical and mental

4      harm against many people in the

5      disability community. DRNY is the

6      protection and advocacy system for people

7      with disabilities in New York State, and

8      we work to empower, protect and advance

9      the rights of individuals with

10     disabilities. DRNY provides legal

11     assistance and direct advocacy to people

12     with disabilities throughout the state of

13     New York, including individuals with

14     disabilities who need personal protective

15     equipment (PPE) to participate in

16     community life. We remain committed to

17     advocating for an accessible community

18     where people with disabilities are not

19     segregated, isolated or unnecessarily

20     institutionalized.

21         A mask ban law in Nassau County will

22     be yet another discriminatory barrier for

23     people with disabilities, who will be

24     excluded from actively participating in

25     community life. People with disabilities,

1

2          their families, friends, colleagues and

3          caregivers have a right to use PPE such

4          as masks so that they can participate in

5          community life without the risk of

6          illness, injury, or death.

7              A mask ban places people with

8          disabilities and their families at

9          greater risk of contracting Covid 19 and

10         other infectious diseases at a time in

11         New York State when Covid 19 infections

12         are on the rise. Reducing the spread of

13         diseases in the community by wearing

14         masks is beneficial to everybody and

15         prevents great risk to people with

16         disabilities.

17             While this bill permits people to

18         wear masks to protect their health, it

19         fails to acknowledge that it is

20         impossible to decipher who is wearing a

21         mask for health reasons or not. Many

22         people with non apparent disabilities

23         require masks to participate in public

24         programs, receive government services,

25         and go to business open to the public.

1

2          This bill permits untrained officers to

3          rely on stereotypes and bias, to guess

4          who may or may not have a disability or

5          health condition, leading to the

6          inevitable result of discrimination

7          against people with disabilities.

8          Peaceful civil disobedience is a

9          time honored way to fight for equal

10         rights, and people with disabilities have

11         a long history of engaging in free speech

12         activities by organizing and advocating

13         for justice and equality. This bill would

14         subject people who require masking for

15         their health to risk discrimination,

16         arrest, and detention simply by

17         exercising their rights in public and

18         private spaces.

19         So this is why Disability Rights New

20         York's ask you all to vote no on the

21         proposed bill today. And if anybody has

22         any further questions or wants any

23         clarity from Disability Rights New York,

24         feel free to reach out to us through our

25         regular channels and mail it to DRNY.org

```
 1
 2        or call our number. Thank you.
 3             PRESIDING OFFICER KOPEL:  Thank you.
 4             (Whereupon, public
 5             interruption.)
 6             PRESIDING OFFICER KOPEL:  The next
 7        one is Abigail Badarov.
 8             MS. BADAROV:  Hello, everyone. My
 9        name is Abby. I'm a rising junior in high
10        school. I proudly stand before you as a
11        voice for students across the globe who
12        want to end the raging anti-Semitism that
13        has been spread across college campuses.
14        The past ten months have been sickening
15        for Jewish students, and while I'm been
16        fortunate to feel protected in my high
17        school, many other students do not share
18        this sense of safety. As a teenager
19        preparing for college, I dream of an
20        environment where I can freely express
21        myself, advocate for my beliefs, and
22        stand up against mistreatment without
23        fear. The revolt to ban masks at protest
24        is a crucial step towards this goal. When
25        individuals wear masks at protests, it
```

1

2          sends a clear message they are aware of

3          the harmful nature of their actions and

4          choose to hide their identities to avoid

5          accountability. If someone is truly

6          passionate about their cause, they should

7          stand proudly and openly for what they

8          believe in. Concealing one's identity

9          suggests a recognition of wrongdoing and

10         a desire to evade responsibility. By

11         banning masks at protests, we send a

12         powerful message that we expect

13         individuals to take ownership of their

14         actions and engage in respectful,

15         peaceful advocacy.

16             I'm here today as a representative

17         of the future generation. We must teach

18         accountability, integrity, and the

19         importance of standing up for what is

20         right without resorting to anonymity. Let

21         us create a safer, more respectful

22         environment for all students where hate

23         and fear have no place. Thank you for

24         your time and consideration.

25             PRESIDING OFFICER KOPEL  Kathleen

1

2          Downes.

3                MS. DOWNES:  Good afternoon. My name

4          is Kathleen Downes. I'm here today to

5          speak in opposition to the proposed

6          Nassau County mask ban. I am deeply

7          concerned about ambiguous language

8          prohibiting mask wearers from entering

9          public or private property without owner

10         consent. Listed exceptions are vague at

11         best, and there are no clear guidelines

12         for determining legitimate health related

13         use. Those with health concerns should

14         not have to prove their need to protect

15         their own bodies in order to participate

16         in public life, that is disclosure of

17         private medical information to random

18         people. Masking during even a brief

19         encounter can be protective, as Covid can

20         be transmitted within five seconds,

21         according to a 2023 study. We currently

22         have 17 million Americans suffering from

23         long Covid, and I do not want to be one

24         of them.

25                With police granted the power to

1

2      determine who must unmask because they

3      raise reasonable suspicion of intent to

4      commit criminal activity, I fear

5      inconsistent enforcement primarily

6      impacting people of color who are also

7      more likely to be disabled. The bill also

8      threatens our right to safeguard our

9      personal health based on poorly defined

10     standards of suspicion. Worse, the bill

11     invites police violence towards health

12     conscious citizens who could be declared

13     suspicious due to racial, religious and

14     disability related biases.

15          According to the Center for American

16     Progress, 50% of those killed by police

17     are disabled. People congregate well

18     masked for plenty of legitimate reasons,

19     including people in cars with their home

20     health aides, their day programs, with

21     friends, with school groups. I feel that

22     the Nassau mask ban also threatens the

23     right to protest safely for Covid

24     conscious citizens and anyone deemed

25     suspicious, even if that suspicion is

1

2      influenced by bias.

3          I respect the desire to keep

4      everyone safe, but more than 90% of

5      protesters in 2020 and 2023, 2024 have

6      been peaceful, according to the Armed

7      Conflict Location and Event Data Project.

8      People with illnesses have just as much

9      right to protest safely as others. I know

10     we can maintain peace without a harmful

11     mask ban. We have to be courageous,

12     creative and work together. This is not

13     the answer. We need to find a better

14     solution. Public health and civil

15     liberties depend on it. Thank you.

16         PRESIDING OFFICER KOPEL:  Stephanie.

17     Ben Shamol.

18             (Whereupon, no verbal

19             response.)

20         PRESIDING OFFICER KOPEL:  Vanessa.

21     Tanari.

22         MS. TANARI:  Thank you. Recently,

23     pro Hamas demonstrators stationed

24     themselves outside the Nova music

25     Festival Exhibit in lower Manhattan. The

1

2      demonstrators harassed and abused

3      visitors who were entering and exiting

4      the exhibit, including high school

5      students from Nassau County who came to

6      the exhibit to learn about the massacre

7      and to honor the memory of those that

8      were murdered. Imagine seeing images of

9      hundreds of young people getting raped,

10     dismembered, and slaughtered at a music

11     festival, only to come outside and see

12     masked demonstrators waving Hezbollah

13     flags, holding banners and yelling

14     statements such as, "Fuck Israel", "death

15     to Zionists" and "long live October 7th".

16     Manny Manzuri, whose two daughters were

17     murdered at the Nova Festival, commented

18     on the harassment:  "I cannot find the

19     words how it felt when somebody was

20     shouting and supporting the people who

21     murdered your daughters. It was like they

22     killed me again and again and again".

23         The past several months saw a

24     disturbing rise in anti-Semitic incidents

25     across the world. In New York, this

1

2      included one instance where a masked man

3      terrorized Jews on the subway, ordering

4      Zionists to leave. Imagine the fear. A

5      person wearing a Star of David or a

6      kippah, or reading a book with Hebrew

7      writing must have felt on that subway

8      car.

9          Two weeks ago, I partook in a rally

10     in support of Israel and to free the

11     hostages. My friends and I were harassed

12     by a duo who yelled out, "Hamas, please

13     take more hostages", as well as making

14     obscene gestures and homophobic slurs. In

15     every single one of the above episodes

16     that I mentioned, the perpetrators of the

17     acts of hate and intimidation were

18     masked. In every single one of the

19     episodes, a resident of Nassau County was

20     on the receiving end of the acts of hate

21     and harassment.

22         The Constitution does not give you

23     the right to speech that contains threats

24     or harassment. If a masked person is

25     yelling out, "All Zionists must die"

1

2          outside of a Jewish school or community

3          center that is not protected speech.

4          Masks and face coverings are being used

5          to conceal identities and give anonymity

6          to those who harass and encourage

7          violence.

8               People who I know who live, work and

9          raise families in Nassau County have been

10         abused, intimidated, humiliated,

11         threatened, physically assaulted and

12         subject to racist, anti-Semitic and

13         homophobic slurs.

14              I respectfully request that you pass

15         this bill. In doing so, you are telling

16         everyone who steps foot in Nassau County

17         that terror and harassment won't be

18         tolerated.

19              Thank you.

20              PRESIDING OFFICER KOPEL:  Michelle

21         Aldoot.

22                   (Whereupon, no verbal

23                   response.)

24              PRESIDING OFFICER KOPEL:  Susan

25         Gottherer.

```
 1

 2            MS. GOTTHERER:  Good afternoon.  My

 3       name is Susan Gottherer. I'm the director

 4       of the Nassau County New York Civil

 5       Liberties Union.  I'm here today to

 6       oppose the mask ban.

 7            Let me start by saying again, just

 8       like last time, I had to do some digging

 9       for the amendment that's being.

10       Considered. And I actually had it in my

11       hand given to me by one of your offices

12       when another one of your offices told me

13       that it was not written on paper and

14       wasn't available and doesn't need to be

15       posted publicly. So I think that this

16       this Body better really think about the

17       open public laws and open government laws

18       because you're you're coming terribly

19       close to violations.

20            This bill and its amendment,

21       including an age restriction and

22       seemingly adding limited principles,

23       creates more questions than answers when

24       trying to gather how and in what

25       circumstances the law will be applied.
```

1

2          1. It is unclear how law enforcement

3      will determine that an individual is

4      wearing a mask for one of the exceptions.

5          2. It is unclear how the exception

6      in 3A on traffic stops would be applied

7      or come into play, with the limiting

8      elements established in the newly added

9      3B.  Section 3B, subsection 1 sets out

10     that the law is violated if someone

11     knowingly permits or aids persons masked

12     or disguised to congregate in a public

13     place. But 3A seemingly requires that in

14     order to violate the law, the individual

15     themselves need to be masked. So it seems

16     that if an unmasked person permits or

17     aids in congregating, they would not be

18     in violation. So there's a lot of

19     confusion and vagaries here, let's just

20     say, and I think the Legislator Bynoe

21     covered a lot of those.

22          We would also ask what actions and

23     by who would be perceived as actions that

24     could reasonably lead to a proceeding.

25     This open question is one that could be

1

2          used to disproportionately target black

3          and brown people, further requiring that

4          the personal intent behind wearing a mask

5          be known will require will regularly

6          require a level of omniscience that is

7          simply not possible. Again, this is too

8          vague and there can't be any equal

9          enforcement in this.

10              I also want to point out that the

11         protests in Nassau County have been

12         peaceful. And so again, evidence, please;

13         evidence please, for the need for this.

14         And can you imagine Police Commissioner

15         Ryder's officers who have shepherded

16         everybody through George Floyd protests

17         and these protests now have to go in and

18         start possibly escalating over a mask?

19              Not to mention also that there is a

20         right to be anonymous. I'm sorry that

21         it's upsetting for everybody, but

22         constitutionally, NAACP versus Alabama,

23         there is a right to be anonymous when you

24         are protesting in this country. It is

25         alarming to me how quickly everybody is

1

2      ready to give up their constitutional

3      rights.

4           Thank you.

5           PRESIDING OFFICER KOPEL:  Melinda

6      Thaler.

7           MS. THALER:  My name is Melinda

8      Thaler.  I'm with the End Jew Hatred

9      Civil Rights Movement.

10          Protesters are claiming the need for

11     masks for public health reasons, but for

12     many of the claimants, there's a fake

13     reasoning behind this. I brought some

14     receipts. People seem to claim how

15     difficult it is to divine intent. Here's

16     the ACLU's website. How to defend against

17     police surveillance at protests. Okay,

18     there's no question as to what these

19     people are trying to do. In plain

20     English, they say on their website, you

21     can read it, wear a mask to make it more

22     difficult for police to identify you.

23          Even the fashion industry is getting

24     in on this. This is a hijab vendor that

25     suggests protesting with a keffiyeh and

NC FULL LEGISLATURE 08.05.2024

1

2       sunglasses for anonymity. That's on the

3       website. I'll give you all these sites at

4       the end.

5           The Electronic Frontier Foundation

6       has an attending a protest guidance page.

7       It says to protect yourself, it's

8       important to dress in ways that preserve

9       your anonymity.

10          And the Within Our Lifetime Advocacy

11      Group, which shut down Wall Street and

12      our airports with their rallies, they

13      have a rally toolkit that says, cover

14      your face if you do not want to be

15      identified, and bring a lawyer's phone

16      number in case you're arrested. Okay,

17      that's pretty clear what the intent of

18      those mask wearers are.

19          While a legitimate sliver of the

20      public has a medical need for masks, and

21      this legislation accommodates them, the

22      overwhelming majority of protesters are

23      using masks to evade law enforcement. New

24      York State has a laundry list of things

25      that are illegal because they frustrate

1
2      law enforcement. You cannot have more
3      than 30% tint on the windows of your car,
4      because the police need to see who's
5      operating the car. License plate covers
6      are illegal Vehicle and Traffic Law 402,
7      because we need to know who is driving
8      the car. Frequency jammers that mask with
9      law enforcements, radios and radars are
10     illegal because they need to be able to
11     identify people committing crimes.
12          Legislators have made it clear that
13     tools to evade law enforcement are not
14     tolerated in New York State. Masks are
15     being used as just this type of tool.
16     Masks are known to their wearers to
17     provide anonymity, and they prevent law
18     enforcement from tracking down criminals.
19     Their use in this fashion should be
20     illegal.
21          We've seen how masks evade law
22     enforcement when the Manhattan D.A.
23     dropped charges against 31 Columbia
24     University encampment protesters claiming
25     insufficient evidence because they were

1

2      masked. Public safety demands that we

3      know who is behind the raised fist the

4      smoke bomb, the lead pipe, the menacing

5      knife.

6           As the Democratic Party chairman

7      said, masked demonstrators accosting

8      people are cowards. Jacobs said, if you

9      believe in something, show your face. If

10     you hide your identity, there's a reason.

11          PRESIDING OFFICER KOPEL:  Thank you.

12          Philip Nolan.

13              (Whereupon, no verbal

14          response).

15          PRESIDING OFFICER KOPEL:  Julie Lam.

16          MS. LAM:  Thank you for the

17     opportunity to speak. My name is Julie

18     Lam, founder of Mask Together America.

19          As a representative of NIH Recovery,

20     I ask you to see the world through the

21     eye of an immunocompromised long hauler

22     when you vote today. Twenty days ago, I

23     saw four anti-science legislators say yes

24     to ban masks on Long Island, even as new

25     Covid variants and bird flu advance. The

1

2      horrific sight brought back memories of

3      2020.

4          My friend, Dr. Barry Webber worked

5      at Mount Sinai E.R., where PPE shortages

6      and lack of mask use put him in danger.

7      He died along with over 80,000 New

8      Yorkers in this pandemic. Many workers in

9      my building contracted Covid. My friend

10     Chris Terry had to work while sick. Covid

11     didn't kill him initially, but organ

12     damage and long Covid did; he was only

13     39. Losing friends to Covid prompted me

14     to initiate Mask Together America, a

15     national group of volunteers promoting

16     masking and public health. Covid 19 is

17     still killing people every day.

18         Long Covid follows even mild

19     infection, I can attest. I have devoted

20     four plus years to this community of

21     disabled and high risk individuals who

22     urged me to testify today. Our hearts are

23     broken seeing our government bend

24     mitigation and turn it's back on

25     vulnerable people.

1

2          I have IgA and young people lose

3      their kidneys with this autoimmune

4      disease. My condition was indolent until

5      I caught Covid, infected by someone

6      without symptoms and vaccinated. Another

7      infection would be another punch to my

8      body. Because of autoimmunity, I can't

9      take another booster.

10          Lacking sick leave, people can't

11     stay home when sick. As someone

12     immunocompromised, I rely on my mask to

13     filter unhealthy air indoors and

14     outdoors. I'm horrified by the

15     discrimination, likely under a mask ban.

16     Businesses might use the mask ban to deny

17     services to me and others.

18          In the US, at least 60 million

19     people are disabled and 17 million people

20     are immunocompromised. A mask ban will

21     stop people from using this effective

22     mitigation, especially if they might be

23     jailed or fined 1000 for wearing a mask

24     inside a store or participating in civic

25     action.

1

2          I wouldn't have been able to speak

3     out for the disabled community at a long

4     Covid awareness demonstration in D.C.

5     this spring. If the sponsor hadn't

6     mandated masks to avoid the detrimental

7     impact of spreading the dangerous

8     viruses. I definitely could not be here

9     if I have to unmask. Today, if you vote

10    yes, you will be taking away our last

11    protection and leaving the at risk

12    population behind.

13         Thank you.

14         PRESIDING OFFICER KOPEL:  Thank you.

15    Emily Mervosh.

16         MS. MERVOSH:  Hi, my name is Emily

17    Mervosh. I am a resident of Nassau County

18    and I am speaking today against the mask

19    ban. There are many people who wanted to

20    testify today, but this meeting is

21    inaccessible to those who are high risk

22    for severe Covid as there is no zoom

23    option. Many have instead submitted

24    comments via email. I urge you to

25    consider their comments as well.

1

2          A medical exemption to this ban is

3      inadequate. Everyone should be allowed to

4      wear a mask to protect their own health,

5      regardless of whether or not they are

6      immunocompromised. Everyone is at risk

7      for developing long Covid. This is

8      scientifically supported.

9          Additionally, this exemption does

10     not include masking rights for people who

11     were caretakers of the immunocompromised,

12     for people who cannot afford to get sick

13     due to lack of sick pay or childcare, or

14     people who simply just don't want to get

15     sick over and over again. We all have a

16     right to protect ourselves and our

17     communities from illness.

18          Eighty percent of disabilities are

19     invisible, so it is impossible to tell

20     who needs a medical exemption. I, for

21     one, have an invisible disability. By

22     looking at me, it wouldn't be obvious

23     that I needed a health exemption. I am

24     already harassed on a consistent basis

25     for wearing a mask in public. I have been

1

2      harassed several times today in this very

3      meeting. A mask ban will simply further

4      increase that harassment.

5           Law enforcement are not equipped,

6      nor should they be allowed to determine

7      who can mask. A mask ban, with exemptions

8      could only be enforced through subjective

9      reasoning as we've been talking about,

10     through whether someone thinks someone

11     might have the intent to commit a crime.

12     This can lead to inconsistent application

13     of the law, which will greatly harm

14     marginalized communities. Black and Asian

15     American New Yorkers especially, have

16     been historically targeted and harassed

17     for mask wearing.

18          I have not heard this bill or anyone

19     here mentioned how law enforcement are

20     supposed to tell the difference between

21     these so-called bad actors that everyone

22     keeps talking about, versus someone else

23     who's just trying to protect themselves

24     or just go about their life. This will

25     lead to racial profiling.

```
 1
 2          My final point -- I have two final
 3       points. First being, as has been spoken
 4       before anonymity is a protected right. We
 5       don't have to show our faces. And also
 6       that, honestly, mask wearing doesn't
 7       really hide anyone's identity. There is a
 8       recent photo that went viral of
 9       celebrities Timothee Chalamet and Kylie
10       Jenner, who are wearing masks trying to
11       protect their identity. These photos were
12       even taken from the side. You can only
13       see parts of their faces and yet they
14       were very, very easily identifiable.
15       Sunglasses and baseball caps hide
16       identity more than a mask, and we are not
17       proposing bans on either of those things.
18          In short, this law will not have the
19       effect that you were hoping for. Instead,
20       it will put the safety and health of
21       Nassau County residents further at risk.
22          Thank you.
23          LEGISLATOR MCKEVITT:  Ronen Levy.
24          (Whereupon, no verbal
25          response.)
```

1

2          LEGISLATOR MCKEVITT:  Angelique

3     Corthais.

4          DR. CORTHAIS:  With respect to this

5     assembly, my name is Dr. Angelique

6     Corthais. I'm the medical advisor for

7     Mask Together America, and I am a

8     scientist who has received federal grants

9     to study Covid and SARS-CoV-2. One of

10    those people that's taking you out of

11    this pandemic.

12         I'm here to share my deep concern

13    about the proposed mask ban in Nassau

14    County as it currently stands. I really

15    empathize with some of the testimonies

16    we've heard earlier today, but I have too

17    often been caught since the beginning of

18    the pandemic, in the crossfire of the

19    politicization of masks, to not speak

20    here today.

21         I've been bullied, spat on, coughed

22    on, verbally abused just for protecting

23    my health. Mask bans give some members of

24    the public who do not want to understand

25    the nuances of the current bill and act

1

2      on its vagueness, encouragement and

3      emboldening to continue with their

4      attacks against me and my community.

5          Covid is still ravaging our

6      communities, especially a medically and

7      socially economically vulnerable

8      communities and people of color. Making

9      masks a political issue again is

10     supremely shortsighted, especially on the

11     eve of the potential new pandemic of an

12     airborne virus that's H5n1.

13         Instead of adopting a policy of

14     normalizing mask wearing, as is the case

15     for most of East Asia, politicians have

16     demonized it in favor of a return to a

17     normal that simply doesn't exist.

18     Vaccines are efficient against developing

19     severe Covid, but totally inefficient at

20     preventing long Covid and transmission,

21     as we are seeing in this current wave.

22     Many people cannot receive the vaccines

23     for health reasons. Their only tools are

24     masks.  Vax and relax as a public health

25     policy without any effort for other

1

2          mitigation has killed more people in the

3          US than in the early days of the

4          pandemic.

5              Important studies have shown, as we

6          heard earlier, that when properly worn,

7          masks are an amazingly effective tools

8          against airborne transmission and a

9          terrible tool at concealing identity. If

10         the government is not going to protect us

11         by providing funds for clean air in

12         public spaces, or reliable monitoring of

13         cases, hospitalizations and fatalities,

14         or access to free, reliable PCR test

15         treatment and vaccine, then, at the very

16         least, they should not prevent me from

17         using protective measures.

18             Thank you very much and with

19         respect.

20             PRESIDING OFFICER KOPEL:  Thank you.

21         Okay.  Claire Gunner.

22             MS. GUNNER:  My name is Claire

23         Gunner. I am a legal services attorney. I

24         work with clients with disabilities, and

25         I am here to oppose the proposed mask

1

2          ban. Regardless of the bill's intent, it

3          will target those wearing masks for

4          health reasons. In addition to the fact

5          that Covid continues to circulate and

6          cause serious, frequently long term

7          illness, masks are essential for

8          immunocompromised and chronically ill

9          people to participate in public life.

10         Banning masks in public in any capacity

11         amounts to a denial of the right to

12         protect one's health in public.

13              Thank you.

14              PRESIDING OFFICER KOPEL:  Rebecca

15         Goldaper.

16              (Whereupon, no verbal

17              response.)

18              PRESIDING OFFICER KOPEL:  Michal

19         Richardson.

20              MS. RICHARDSON:  Hello, my name is

21         Michael Richardson. My father, of Blessed

22         Memory, was the rabbi of the Jericho

23         Jewish Center for 12 years, and he never

24         hesitated to point out injustices, and he

25         never minced words. He would simply say,

1

2          that's not right. And that's why I'm

3          here. Because banning masks,

4          criminalizing masking, or in any way

5          disincentivize people from wearing a mask

6          to protect themselves and others is not

7          right.

8              This bill claims to have health

9          exemptions, but when masks are illegal,

10         fewer people will mask. Healthy people

11         who mask to protect themselves or their

12         vulnerable loved ones won't qualify for

13         an exemption. Neither will people who

14         can't afford to go to the doctor or who

15         need to go to work contagious because

16         they can't afford a sick day. People who

17         fear harassment either won't mask or

18         won't be able to safely participate in

19         the community.

20             Since last year, I have had long

21         Covid and I must mask because I cannot

22         risk another Covid infection. The more

23         people mask, the safer I am. I have hopes

24         for a new vaccine currently in

25         development, and I had hoped to

1

2      participate in a clinical trial taking

3      place here in Mineola, but I cannot

4      safely participate if masks become

5      illegal here. I too, worry about

6      anti-Semitism, but if I were harassed, I

7      would be safer if my assailants were

8      masked.

9           Just a few weeks ago, after learning

10     about a proposed mask ban in New York

11     state propped up as some fanciful battle

12     against anti-Semitism, I could not hold

13     back my outrage. I became the co-writer

14     of an open letter signed by Jews for mask

15     writes. So far we have signatures from

16     over 1300 Jews, including almost 50 from

17     Nassau County, all of whom astonishingly

18     agree on something. Banning masks will

19     not make us safer. It won't solve

20     anti-Semitism. It won't stop crime. It

21     will only violate our rights and place us

22     in more danger.

23          Jewish people have an obligation to

24     protect our health. Our Jewish law

25     commands us to guard our bodies and to

1

2          care for the most vulnerable. Wearing a

3          mask is a fulfillment of that mitzvah or

4          commandment. It protects us, and it makes

5          our spaces safer for high risk members of

6          our community. If a mask ban passes,

7          people who mask will become even more of

8          an outlier, more at risk of illness, more

9          a target of harassment, more subject to

10          discrimination, police stops and

11          exclusion from a society that already

12          views us as dispensable, as unfortunate

13          collateral in the march to return to some

14          bizarre idea of normalcy, even as Covid

15          numbers surge and more people become sick

16          and disabled.

17              If you vote to pass a mask ban

18          today, I need you to know that what you

19          are doing is not right.

20              Thank you.

21          PRESIDING OFFICER KOPEL:  Vanessa

22          Cayman.

23              (Whereupon, no verbal

24              response.)

25          PRESIDING OFFICER KOPEL:  Joseph

1

2          Esraq.

3                    (Whereupon, no verbal

4               response.)

5               PRESIDING OFFICER KOPEL:   Jeremy

6          Joseph.

7               MR. JOSEPH:  Hi, my name is Jeremy

8          Joseph. I'm a resident of Hicksville. I'm

9          here to voice my opposition to the Mask

10         Transparency Act.

11              The language of this bill is so

12         poorly defined, it's embarrassing that

13         we're even discussing this. The law

14         applies when there is intent to

15         intimidate, threaten, abuse, or harass

16         any person. This bill penalizes based on

17         intent. If someone is wearing a mask and

18         determined to have bad intentions, not

19         actions, intentions, then they could be

20         charged with violating this law. Thought

21         crime and preventing crime, this is a

22         science fiction concept, not something we

23         should be legislating with. Initially I

24         thought this joke was too dumb to say,

25         but then Legislator Ferretti suggested

1

2          this is a serious policy proposal.

3              Now let's look at the exceptions for

4          this legislation. This law shall not

5          apply when worn to protect the health or

6          safety of the wearer for religious or

7          cultural purposes, or for the peaceful

8          celebration of a holiday or similar

9          religious or cultural purposes for the

10         cultural event for which masks are

11         customarily worn. How is a religious or

12         cultural purpose or event defined? My

13         religious and cultural practices dictate

14         that I stand up for racial equality, and

15         that's something that is historically

16         seen as threatening and harassing

17         behavior. Now, what assurance do I have

18         that I would have protections from this

19         law? Ultimately, this law will be carried

20         out based on one person's judgment. Is

21         this person participating in a religious

22         or cultural action that I recognize or

23         that I do not recognize? More simply, is

24         this masked person doing something I like

25         or do not like?

1

2          So what do we not like in Nassau

3     County? The answer lies in how we enforce

4     our laws. In Nassau County we have a

5     police force with well documented racial

6     bias against black and brown residents.

7     Black and brown people are stopped at a

8     higher rate than any other racial group

9     in this county. They experienced use of

10    force from police at a higher rate than

11    any other group in this county.

12          Now, this is the important part.

13    Among these racial groups, they have the

14    lowest rate of being arrested or charged

15    with a crime. The Nassau County Police

16    are disproportionately targeted black and

17    brown residents, and with this law,

18    they'll have additional license to do so.

19          The goals of this bill, admirable or

20    not, are not achieved by this bill. This

21    bill does not do what you think it does.

22    What it does, it gives a poorly trained

23    police force another tool to harass the

24    minority residents of this county. I

25    can't wait till winter time when a young

1

2      black man with a scarf around his face is

3      charged with a crime because a police

4      officer thinks there is bad intentions.

5      Think that sounds crazy? Well, that's

6      what this bill says. It's crazy.

7           If black people are just collateral

8      damage for the immediate passage of this

9      poorly written bill, then you are for

10     hatred, not against it. Vote no on this

11     bill and come back with something that

12     works.

13          PRESIDING OFFICER KOPEL:  David

14     Wapner.

15          MR. WAPNER:  My name is David

16     Wapner. I am a clinical psychologist who

17     worked in a hospital at Interfaith

18     Medical Center over the entire course of

19     the pandemic. I showed up the whole time,

20     and when the law changed, requiring us to

21     be vaccinated, I was fired.

22          I am here today as a Jew.  You must

23     put this mandate in. I want to tell you

24     about a concept called deindividuation,

25     which is a term coined by the social

1

2      psychologist Leon Festinger in the '50s.

3      It's a phenomenon in which people engage

4      in seemingly impulsive, deviant, and

5      sometimes violent acts in situations

6      which they believe they cannot be

7      personally identified, they don't behave

8      the way they normally do. This explains

9      riots. This explains the behavior that

10     we've been seeing at the protests.

11         I've been showing up the whole time.

12     This past Saturday, I showed up to show

13     my support for the black community after

14     the murder of Sonya Massey, and I brought

15     a poster of Martin Luther King Jr.

16     walking with Rabbi Heschel at Selma, and

17     I held it with both arms. I have the

18     video here. I was assaulted, I had a

19     chain snatched from my neck. I was not

20     protected by police who couldn't do

21     anything to stop the people that they

22     couldn't identify.

23         I have another video here from July

24     4th, the 4th of July, where we protested

25     with a friend of mine who was a Jewish

1

2          veteran disabled person, and somebody

3          came out of the crowd and snapped her

4          cane over their leg and was not

5          prosecuted, just disappeared right back

6          into the crowd. I have this video here.

7               I have another video where this is

8          some white kid who grabbed the flag from

9          around my friend's neck and pulled it and

10         ran away and disappeared back into the

11         crowd, wearing a keffiyeh wrapped around

12         her head the way that terrorists do.

13         Every day there's more stuff. We need to

14         be protected. I'm out there every day.

15         I'm not going to stop going.  Jews need

16         to step up. Aside from what we're

17         fighting for right now, our free speech

18         needs to be protected as well. This ban

19         must be implemented.

20              Thank you for the time.

21              PRESIDING OFFICER KOPEL:  David

22         Norber.

23              (Whereupon, no verbal

24              response.)

25              PRESIDING OFFICER KOPEL:  Juliana.

1

2      Hedeman.

3            MS. HEDEMAN:  Good afternoon. My

4      name is Juliana, and I'm a longtime

5      resident of Nassau County. I'm at this

6      meeting today to speak against the

7      proposed Mask Transparency Act.

8            Though I am not in a group

9      considered high risk of severe Covid, I

10     am someone who has continued to mask in

11     public since the pandemic started in

12     2020. I have mainly continued to mask as

13     studies come out on the harmful long term

14     effects of Covid, i.e. I mask to protect

15     my health. I also mask because I'm the

16     caretaker of my grandmother, a 94 year

17     old Jewish woman who has lived in Nassau

18     County for all of her adult life, who

19     would be greatly impacted by even a

20     single infection. I have been able to

21     protect her and myself from Covid for the

22     last four years, primarily because I mask

23     any time I am in a shared public space.

24           Now, I understand that the purported

25     aim of this bill is to protect Jewish

```
 1
 2        residents from bad actors and
 3        anti-Semitism. And as a Jewish New
 4        Yorker, I do not believe mask bans will
 5        achieve this goal. Just two weeks ago,
 6        Governor Hochul stated that crime is
 7        actually down 15% on Long Island.  Nassau
 8        County is also often considered one of
 9        the safest counties in America.
10        Meanwhile, Covid continues to actively
11        harm New Yorkers across the board,
12        regardless of race or religion. An
13        estimated 10 to 20% of Covid cases lead
14        to long Covid, and masks are a proven
15        tool that help curb spread. It's been
16        discussed that this bill is simply a
17        return to an old law that was in place
18        before the pandemic. However, the truth
19        is we are in different times with
20        different considerations than we were in
21        2019. Simply put, the old law does not
22        make sense for the moment we're in; a
23        moment where there is a highly contagious
24        airborne virus spreading in schools,
25        offices, supermarkets, doctors' offices
```

1

2        and anywhere else people congregate. A

3        virus that has killed over a million

4        Americans in four years, disables people

5        daily and is now, according to the CDC,

6        the fourth leading cause of death in

7        America. A moment where masks are the

8        best tool we have to slow the spread and

9        save lives.

10           I say all of this understanding that

11        there is a health exemption written into

12        the bill. However, how will it be

13        determined who is masking for their

14        health or who is masking for more

15        nefarious reasons? How will a law

16        enforcement officer know what the

17        intention is behind someone's mask? If

18        someone is at a peaceful protest legally

19        their right under the First Amendment but

20        is wearing a mask to protect their

21        health, are they now considered

22        suspicious? Especially since the new

23        language states you cannot be masked in

24        groups where others are masked. On that

25        same line, am I no longer allowed in

1

2       public with friends or family who are

3       also masked since we'd be in a group? How

4       can you reasonably know what someone's

5       reason is for masking? Despite what many

6       here want you to think, masking is not

7       inherently violent. Rather, it is an act

8       of community care. Immunocompromised and

9       disabled people of the right to protest

10      and have a right to be in public, and

11      their ability to mask makes that

12      possible. I strongly urge you to vote no

13      on this bill.

14           Thank you.

15           PRESIDING OFFICER KOPEL:  Susan

16      Gottlieb.

17           (Whereupon, no verbal

18           response.)

19           PRESIDING OFFICER KOPEL:  Nicole

20      Richards.

21           MS. RICHARDS:  My name is Nicole

22      Richards. My family has resided in Nassau

23      County since 1997. I hold a master's

24      degree in Urban Policy and Leadership

25      from CUNY Hunter College, and I'm a proud

1

2      Jewish woman. I come to you today to urge

3      you to vote against the proposed Mask

4      Transparency Act.

5          Since the beginning of the Covid 19

6      pandemic, face masks worn for the

7      purposes of protecting one's health have

8      been unnecessarily politicized. Masks are

9      a personal protection tool, and they are,

10     at this point, one of the only tools many

11     individuals still have to protect

12     themselves in public spaces from

13     communicable diseases.

14         What I find notable is many of the

15     arguments made by those who opposed mask

16     requirements in 2020 were grounded in the

17     idea that the government should not be

18     able to regulate individual decisions

19     regarding health and safety. So why is it

20     that many of those same people who are

21     against masking, supposedly in the name

22     of American individualism, are now trying

23     to advance lawmaking, which criminalize

24     this personal choice? It is because those

25     who are pushing to ban facial coverings

1

2      are doing so not to prevent crime, which

3      is statistically down in Nassau County,

4      but to repress political opposition. This

5      runs counter to the American right to

6      assemble and protest.

7          I am not here to debate Israel

8      policy with you, but I want to clearly

9      state that you don't get to define

10     something as hate speech just because you

11     don't like that point of view. You can

12     disagree with opinions espoused on

13     college campuses. You cannot outlaw those

14     opinions. I ask you to momentarily

15     compare the concept of such restrictions

16     to the First Amendment, to other

17     constitutional amendments, and to think

18     about how these same politicians, who are

19     staunchly opposed to any restrictions on

20     firearms based on the Second Amendment,

21     are now trying to carve out exceptions to

22     the First Amendment. This bill sends a

23     very scary precedent for government

24     overreach.

25         As a Jewish New Yorker, I'm

1
2      extremely concerned about the utilization
3      of fears of the Jewish community to
4      advance legislation that encroaches on
5      freedom of religion itself. The bill's
6      religious exceptions are left
7      intentionally vague, and there are no
8      safeguards to prevent law enforcement
9      from profiling individuals that view as
10     threatening merely because of their race
11     or ethnicity.
12          Similarly, the proposed exemption
13     for health related purposes is
14     underwritten, lacking in specificity, and
15     impossible to enforce without risking the
16     health and safety of individual Nassau
17     County residents.
18          When pressed on specifics of such
19     exemptions, the answer is given by those
20     who support mask bans have shown time and
21     time again that these legislators lack an
22     understanding of disability justice. Not
23     all chronic health conditions which leave
24     one immunocompromised are visible, and to
25     suggest that those who are disabled are

1

2          not also capable of participating in

3          public life, which includes protest, is

4          insulting. Those who are disabled and

5          immunocompromised have the right to go

6          about their lives without the necessity

7          of added discriminatory personal

8          identification.

9              Additionally, many individuals,

10          including myself, mask to prevent

11          contracting illnesses, including but not

12          limited to Covid 19, the flu, and even

13          the common cold. I also seek to highlight

14          the many hard working individuals who

15          mask because their employers do not

16          provide adequate paid leave and they

17          cannot afford to miss work if they become

18          ill. Information to conflate the act of

19          covering one's face with violence is to

20          presume the worst in every Nassau County

21          resident, and voting to criminalize face

22          coverings would be set a dangerous step

23          backwards for our county and our country.

24              Thank you.

25              PRESIDING OFFICER KOPEL:  Gina

1

2          Friedlander.

3                    (Whereupon, no verbal

4               response.)

5               PRESIDING OFFICER KOPEL:  Gerald

6          Podlesat.

7               MR. PODLESAT:  My name is Gerry

8          Podlesat and for those who in this

9          chamber who do not know me, I spent a

10         good 30 some odd years in the Nassau

11         County Attorney's office, and I spent

12         about 7 or 8 years as Bureau Chief of

13         Legal Counsel. One of my duties was to

14         draft legislation for the Administration

15         to be filed with this Legislature. I can

16         tell you that if this bill had come

17         through my shop, I would not have

18         approved it, and I would have added many

19         other things to make it more

20         constitutionally protected.

21              I hate, as a good Republican, to

22         side with the Minority here. I do. I

23         think that it is incumbent on the

24         Majority to allow for further discussions

25         and refinements of the legislation.

1

2          I have several specific problems

3     with it and the aspect of what we had

4     talked about several times was the state

5     law. I believe that there may be a

6     preclusion issue here because of the

7     State's involvement, and I don't think

8     that that existence of that repeal gives

9     this Body the power to reenact it or

10    something similar to it.

11         I'm also concerned with the idea

12    that a traffic stop would give the police

13    the authority to implement the law. Most

14    of the time when you're looking at people

15    driving, they are not wearing masks. But

16    I don't understand why that would have to

17    be included in the law.

18         Also from the standpoint of of how

19    it should proceed, it should proceed from

20    the rights of the individuals to wear

21    masks rather than that becoming something

22    that has to be proved to a police

23    officer. The presumption should be that

24    the wearer of the mask is entitled to do

25    so. That is not the presumption in this

1

2          piece of legislation.

3              Finally, this is a matter of a

4          criminal law. The District Attorney's

5          office should have input into this.  In

6          addition, it is necessary at this point

7          to table this matter, have the work done

8          on it and then bring it back. That is the

9          way it should be done by a honorable

10         Legislature.

11             PRESIDING OFFICER KOPEL:  Thank you,

12         sir.

13             Yaffa Rabe.

14             MS.  RABE:  My name is Yaffa Rabe. I

15         live in Nassau County for the last 30

16         years. I feel that I live in a very safe

17         environment thanks to our police

18         department and our leadership. I also

19         feel that in the last nine months, our

20         life became very difficult and dangerous

21         because people's demonstrations in the

22         streets and on colleges in every

23         educational system grounds, people

24         wearing masks to conceal their identity

25         and allow themselves to practice violence

1

2          against Jews, students and everybody

3          around them. They did so on the subways.

4          They did so on the ground of all the

5          universities all over the United States

6          and in Nassau County.

7               And I feel that if somebody wants to

8          protest civil rights, allow them to do

9          so. And I feel that it's the right thing

10         to do. However, do not be afraid to say

11         what you say and show your face so you

12         are an honest protester. If you conceal

13         your identity, you are not honest and you

14         are facing only protest that goes to

15         violence. Stop the violence. Remove the

16         mask and show your face. Otherwise, stop

17         the demonstrations.

18               Thank you.

19               PRESIDING OFFICER KOPEL:  Julie

20         Sacks.

21               (Whereupon, no verbal

22               response.)

23

24

25

```
 1
 2              PRESIDING OFFICER KOPEL:  Amanda
 3       Poliquin.
 4                   (Whereupon, no verbal
 5              response.)
 6              PRESIDING OFFICER KOPEL:  Sanford.
 7       Rubenstein.
 8                   (Whereupon, no verbal
 9              response.)
10              PRESIDING OFFICER KOPEL:  Kiana
11       Abbady.
12              MS. ABBADY:  Good afternoon,
13       Legislative Body. Good afternoon to
14       everyone present. I want to first of all
15       say my name loud and clearly. My name is
16       Kiana Abbady.  I'm a resident of Long
17       Island. I have been for all 31 years of
18       my life, and I come to you quite frazzled
19       and a little traumatized. And I'm going
20       to speak using today as a demonstration
21       of what this legislation is going to look
22       like in real time.
23           I am well versed in how to prevent
24       incidents at protests. I have organized
25       protests myself. Many of you on this
```

1

2          Legislative Body recognize me as an

3          employee of one of your former

4          colleagues, either here in the county or

5          at the state. I have at least 12 years of

6          government political experience.

7              The incident, for those of you that

8          might not be present because I recognize

9          here that there are a lot of different

10         people here now.  What I was trying to do

11         earlier today was to de-escalate a

12         situation in the corner on the side. Many

13         of my allies -- I am speaking against the

14         mask ban -- are on this side -- to my

15         right, your left of the room. In my

16         attempt to deescalate without a mask, I

17         was the one that became targeted. I was

18         the one that was removed. With a mask, I

19         tremble, truly tremble, to understand how

20         this legislation is going to be enacted

21         in a similar situation outside of these

22         four walls. You are expecting a police

23         officer to enter a highly volatile space

24         and be able to, with solid judgment,

25         ascertain whether someone wearing a mask

1

2          has ill intent. During a highly volatile

3          space, I'm trained, they are trained. I

4          was still removed. I am trained to make

5          sure bad actors do not affect my

6          movement. But you have removed me in an

7          effort to claim that this legislation, my

8          removal because I'm wearing a mask, will

9          create better safety for the Jewish

10         population. The intent of the bill, as

11         you've identified it, is to address all

12         hate crimes. But again, I remind you, I

13         was the one removed.

14              I want to speak very clearly about

15         who this bill will target, because it's

16         very clear that you have chosen to

17         participate in a culture war without

18         recognizing that you are feeding right

19         into a very dangerous demon (buzzer) -- I

20         will continue to speak because you have

21         let --

22              (Whereupon, public member

23              continues.  Microphone is

24              turned off, three minute time

25              to speak is over.)

 1

 2          PRESIDING OFFICER KOPEL:  Officers,

 3     will you help this young lady? She seems

 4     unable to leave the podium.

 5               (Whereupon, public

 6               interruption.)

 7          LEGISLATOR SOLAGES:  Again.

 8     Legislator Kopel, you allowed the woman

 9     in the front, the lawyer to speak beyond

10     three minutes. And you did not ask the

11     police to remove her.

12          PRESIDING OFFICER KOPEL:  In

13     fairness, everybody were taking a recess

14     until you calm down.

15               (Whereupon, recess.)

16          PRESIDING OFFICER KOPEL:  Danielle

17     Phillip.

18               (Whereupon, no verbal

19               response.)

20          PRESIDING OFFICER KOPEL:  Alina

21     Naganova.  Jenna Atwell.

22          MS. NAGANOVA:  Honorable

23     Legislators, I came here as a mother of

24     three, a civic leader in my community.

25     And my oldest child is going to college

1

2     as a freshman in a few weeks. He's going

3     to be at a campus where many violent

4     protests took place this spring. I came

5     here to support Legislator Pilip's Mask

6     Transparency Act, and I had a whole

7     speech prepared of why I'm in support,

8     but a lot of supporters already mentioned

9     all the things I wanted to mention, and I

10    kind of revised my speech a little bit.

11        I wanted to address the opponents

12    that are sitting in the Legislature. I

13    address Legislator Carrie A. Solages,

14    DeRiggi, Legislator Drucker who I've

15    worked with as a civic leader and the

16    rest of you opposing this in the

17    audience. Enough. Enough, please. Enough

18    divisive politics. Your constituents

19    elected you to represent them, not to

20    turn everything into politics and to race

21    bait and gender bait. Enough.

22        One. Do you not have faith in the

23    cops that keep our country as one of the

24    county, as one of the safest in the

25    United States? Let me be very clear. This

1

2          bill does not target your grandmother

3          wearing a mask at a grocery store. It

4          does not affect the masked nurse working

5          a long shift in the hospital. In fact, it

6          was very carefully written. So all of you

7          that were addressing long Covid and all

8          of that, there's exceptions in this act

9          for that. Number one.

10             Number two, do you know that

11          Governor Hochul recently actually

12          introduced a ban on face masks in subways

13          and protests, but has since gone silent

14          on that? Do you know that?

15             Legislator Carrie A. Solages, I

16          address you. Do you remember the dark

17          moment in history when hooded and masked

18          Ku Klux Klan spread terror in black

19          communities?  We rose then as a nation,

20          right? We rose and made sure that we

21          unmasked those hooded protesters. Would

22          you rush to pass this act if these Ku

23          Klux Klan members were outside your door?

24          So how is Mazi Pilip's bill any

25          different? We're facing a very similar

1

2      challenge today. And once again, you and

3      we must rise to meet it.

4            You also said you worry about free

5      speech and all of you in the audience, we

6      know exactly what the Constitution says,

7      but it never intended to protect those

8      who use this as a weapon against their

9      fellow citizens.

10           Those who worry that our police

11     won't be able to enforce this act, our

12     police do a hell of a good job in this

13     county. I cannot believe that you were

14     still sitting there interrogating our Top

15     Cop, Commissioner Ryder, who keeps this

16     county the safest county in the United

17     States. Please, let's give them that

18     credit. Shame on you.

19           Think also of our main streets,

20     because nobody mentioned that and the

21     businesses that are the backbone of our

22     community. Look at New York City protest,

23     businesses that have been struggling due

24     to economy, and now they keep the

25     customers away.

1

2          Thank you, brave Mazi Pilip.  Thank

3    you. I ask you to pass this bill.

4          PRESIDING OFFICER KOPEL:  I'm going

5    to ask that people who are addressing us

6    at the podium, don't scream. We hear you.

7          MS. ATWELL:  I'm Jenna.

8          PRESIDING OFFICER KOPEL:  You're

9    Jenna.  I just called your name?

10         MS. ATWELL:  Yes.

11         PRESIDING OFFICER KOPEL:  Well, then

12   go for it.

13         MS. ATWELL:  Good evening. My name

14   is Jenna, and I do not support the Mask

15   Transparency Act. The Mask Transparency

16   Act as currently written is wholly

17   unconscionable. Everyone has a right to

18   wear a mask.  I think this law would

19   cause a chilling effect within the

20   community and would dissuade residents

21   from wearing masks for health reasons

22   because they fear potential legal

23   consequences.

24         The health exception is entirely

25   inadequate because the current exceptions

1

2      language is imprecise and relies on

3      individual police officers to interpret

4      the law. Interpreting the law is not the

5      job of the police, and it never has been

6      in this state or in this country. So

7      determining who is and isn't masking for

8      health reasons should not be a

9      determination made by the police,

10     especially without clear and explicit

11     legislative guidance. Placing the burden

12     on individual officers to make this

13     determination leaves room for errors by

14     police, potential profiling of black

15     residents as well as other residents of

16     color, wrongful arrest and causing

17     overall harm to the community.

18          Therefore, the Mask Transparency Act

19     should not be enacted as currently

20     written as it puts the lives and health

21     of the residents of Nassau County in

22     danger.

23          Thank you.

24          PRESIDING OFFICER KOPEL:  D'anna

25     Morgan.

1

2          MS. MORGAN:  Good afternoon. I

3    support Legislator Mazi Pilip's mask bill

4    because it underscores the importance of

5    promoting public safety in aiding law

6    enforcement by preventing individuals

7    from concealing their identities while

8    engaging in violent or criminal activity.

9          Recently, as of Wednesday, I

10   personally observed instances at an

11   anti-Semitic protest in New York City

12   where individuals set up smoke bombs,

13   threw fireworks at the opposing side,

14   displayed flags of Hezbollah, Hamas and

15   the Palestinian Islamic Jihad. This bill

16   addresses the urgent need to mitigate

17   potential threats to the community

18   safety, and to ensure accountability

19   amongst protesters.

20          By voting in favor of this bill,

21   legislators can take a stand against

22   those who misuse the First Amendment to

23   commit unlawful acts, thereby

24   safeguarding the rights and well-being of

25   all citizens. Do the right thing. Vote

1
2          yes.
3               Thank you, Mazi, for standing tall
4          and fighting for all of us.
5               LEGISLATOR MCKEVITT:  Evette Stark.
6               MS. STARK: My God, I'm so tired. I
7          would assume that you are too. My name is
8          Evette Stark and I came here to support
9          this bill. This act.
10              I have been, a protestor at Union
11         Square in the city and all over in the
12         five boroughs against the lockdowns when
13         they started, and the Medical Freedom
14         Party probably started with a senior
15         group that I belong to in Greenwich
16         Village and in Union Square.
17              First of all, we were burning masks
18         a long time ago because we knew that
19         there was no scientific evidence that
20         masks do anything except when you're in
21         surgery and you have liquids coming all
22         over you and you're a doctor. So there's
23         no scientific evidence about masks.
24              Now, if people have been brainwashed
25         and psyops by our media, okay. And by

1
2      corporations, well that's okay. All these
3      nice people, they want to wear masks.
4      That's okay. But a lot of this is about
5      supporting the anonymity of people who
6      are weaponizing our Constitution, our
7      civil rights and our Bill of rights.
8           And it's not just against Jews. I am
9      a Jew. It's not just against being
10     Jewish. There are also Christians. There
11     are also African Americans who protest in
12     the city. So this is not about just the
13     safety of Jews, okay? This is about the
14     safety of everyone. Everyone, an Iranian
15     Jew, okay? It's the safety of Christians
16     who have been with us.
17          So I just really want to say that
18     the masks here, this whole conversation
19     about the protection and its medical and
20     all this crap is crap. There is no
21     scientific evidence that masks do
22     anything except people are engaged in a
23     cognitive dissonance because they have
24     been so brainwashed and MKUltra by our
25     advertisers and by media who own

```
 1
 2              everything, and the corporations who own
 3              everything.
 4                   So it's not about black, white,
 5              about Jew, Christian, it's about
 6              humanity. And it's about we all bleed
 7              red. We all want to be protected. And the
 8              people do attack us in masks. I'm a
 9              senior. One of my friends was hit with
10              somebody in a mask on a bus and was sent
11              to Elmhurst Hospital, a senior. So now
12              I'm talking about seniors. I have been
13              threatened. I have had signs that I've
14              carried thrown down subway stairs. I have
15              had water thrown on me. I have been spit
16              on and this is not acceptable. And I
17              don't know who the people are who are
18              doing it because they're covered in
19              masks.
20                   Also, I have a big mouth and I'm not
21              afraid to talk. And I've been to DC, I've
22              been to Albany, and I've protested all
23              these mandates for the vaccines, which we
24              know, if you've read the Bilderberg Group
25              or if you've read Davos or if you've read
```

1

2          any of the CDC sites, have really killed

3          people, not protected people. And this is

4          about a deep population problem that has

5          been involving our government.  Our

6          government has been the enemy. Not saying

7          you're the enemy, but our government has

8          and they have been killing us.

9               Thank you.

10               LEGISLATOR MCKEVITT:  Thank you.

11               Ngosi Alston. Ngozi Alston.

12               MS. ALSTON:  I live in Laurelton,

13          New York, which borders Nassau County.

14          I'm a black, queer, disabled person

15          living with scleroderma. Since the very

16          beginning of this pandemic, I have taken

17          strict precautions because of my

18          autoimmune condition. I see a

19          rheumatologist every three months to get

20          bloodwork, because I am at high risk of

21          developing and dying from interstitial

22          lung disease and scleroderma renal

23          crisis. Every time I leave the house, I'm

24          going to Nassau County. Whether it's to

25          pick up groceries, medication, or go to

1

2          doctor's appointments, I am often the

3          only person masked any place I go.

4          According to the cops, I look like a

5          criminal.

6              Five years into this pandemic, I

7          moved into my grandparents home to

8          finalize their ongoing estate matters. I

9          work from home part time, and I'm on

10         Medicaid because I do not consistently

11         make enough money to buy groceries and

12         medications and pay my bills. There are

13         few job opportunities and every disabled

14         person I know, including myself, is

15         either underemployed or unemployed. We

16         have systematically been forced out of

17         every aspect of society. The world has

18         chosen to deny the very real, ongoing

19         threat of SARS-CoV-2. I have become so

20         isolated that I've lost friends and

21         family who refused to take basic

22         precautions, like regularly testing and

23         masking before meeting up in person.

24             The entire world gaslights me for

25         wanting to keep myself safe and maintain

1

2          my quality of life, which is already

3          pretty questionable. I should not have to

4          worry about whether I'm going to have the

5          cops called on me because I ask my doctor

6          to wear an N95. I shouldn't have to worry

7          about being fined $1,000 because I'm

8          grocery shopping. Requiring me to have

9          papers documenting my health status is

10          bullshit. Be fucking for real. Repression

11          breeds resistance. If you ban masking, we

12          will keep fighting back. I do not feel

13          safe, I am terrified.

14              Fuck this fascist shit. Zionism is a

15          threat to us all and deserves to be beat

16          back. Over 100,000 Palestinians have been

17          murdered by a settler colonial state.

18          Where's the accountability for that? Vote

19          no on this new Genesis legislation, the

20          number of traumatic incidents that I've

21          had advocating for my dying grandparents

22          over the past two years are too many to

23          recount.

24              In September of 2022, my grandfather

25          was dying from heart failure at

1

2       Northshore University Hospital. On my

3       third or fourth consecutive day of

4       visiting, a security guard told me that I

5       could not go upstairs because I was

6       "wearing the wrong mask". I was told to

7       remove my flow mask respirator and swap

8       it for a blue surgical mask. There's

9       plenty of research that shows a high

10      quality respirator is more effective than

11      a surgical mask.

12          Five months ago, I ended up in the

13      E.R. with a mysterious rash. After

14      several hours, I was discharged and told

15      I had contact dermatitis due to me

16      wearing a mask. I told the doctor that I

17      disagreed, but didn't know what else to

18      do. I was bringing an emergency referral

19      to a dermatologist in Harlem, and a few

20      days later she confirmed that I had

21      shingles and I had to urgently return to

22      the E.R..

23          As I continue to advocate for

24      myself, I wonder if I have to fight this

25      hard, what is happening to people who

1

2      can't speak, are unconscious, and can't

3      even communicate, or don't even recognize

4      the levels of negligence that is

5      happening right here, and medical

6      facilities that are supposed to be caring

7      for them. Fuck Zionism.

8           LEGISLATOR MCKEVITT:  Kiara Bryant.

9           MS. BRYANT:  Good afternoon. I'm

10     here to speak against the mask ban.

11     First, I like everybody to recommend a

12     couple of books for everybody:  *Sundown*

13     *Towns* by James Loewen and *Cast* by Isabel

14     Wilkerson. The books will provide you

15     with clear examples of the dangers of

16     perceived intent and the point that,

17     historically speaking, whenever laws are

18     passed that empower one citizen to pass

19     judgment over another private citizens

20     behavior for arbitrary or subjective

21     reasons, black people have always ended

22     up being marginalized. Despite any good

23     intentions connected to the drafting of

24     this legislation, its broad language

25     enables individuals with suspect

1

2       intentions to weaponize it.

3            I was once told by a white person

4       that they felt threatened and insulted by

5       a shirt I was wearing. The shirt said

6       "black history did not start with

7       slavery". What if it were a mask and not

8       my shirt? Would that keep that kind of

9       person, from attempting to report me? I'm

10      not saying I'll automatically be

11      arrested.

12           And you know, Commissioner Ryder's

13      folks won't do the right thing. But why

14      should I have to experience that in the

15      first place? If you have never been

16      perceived as a threat simply because of

17      how you look or what you are wearing,

18      then you might not be able to imagine how

19      dangerous a loss such as this one could

20      be in its present state.

21           LEGISLATOR MCKEVITT:  Jennifer

22      Unger, Jennifer Unger.

23              (Whereupon, no verbal

24           response.)

25           LEGISLATOR MCKEVITT:  Bridget Jones.

1

2           MS. JONES:  My name is Bridgette.  I

3      want to stand up to show you what Covid

4      did to my legs.  So. Of course, what I

5      wrote is not going to load. So the

6      preparation will be just as bad as the

7      hot garbage that went into this bill.  So

8      I can die from probably at this point,

9      given how my legs have turned to corned

10     beef and I'm not getting enough blood

11     flow to my brain or my heart, because of

12     two of the most common conditions that

13     affect the long haulers. Which now there

14     are some other estimates that are more

15     updated that put it at 65 million

16     Americans.

17          I'm out of breath just from moving

18     my arms and from being upright. My first

19     Covid infection started to turn my legs

20     purple when I stand up, which I will now

21     begin to demonstrate.  Can y'all still

22     hear me?  Alrighty. So I really want to

23     you all to see my purple toes is one of

24     the few visible symptoms I have besides

25     just staggering around and looking like

1

2          I'm on drugs, which got me criminalized

3          before I had access to this $14,000

4          Medicaid chariot that I now rely on to

5          move.

6              I want to thank everybody who got me

7          outside today.  The only way I can be

8          safely in public or at home, for that

9          matter, with other people, is if folks

10         mask. You're essentially banning me from

11         gathering with people from my own

12         species. That has already been the case

13         for four years. I'm on year five of

14         quarantining from this virus, trying to

15         survive. And the people most affected by

16         the diseases that I live with do not look

17         like me skin tone wise. They are more

18         likely to get these diseases, they are

19         less likely to get care. They are more

20         likely to get medically gaslit. And now

21         you're trying to make it a crime for them

22         to mask and for crime for me to mask, for

23         that matter. You still couldn't give her

24         a straight answer about whether it's

25         legal for a family of immunocompromised

1
2          people to enter a store in this county.
3                  So, yeah, the blood is draining from
4          my brain a little more.
5                      (Whereupon, audience member
6                  attempts to assist.)
7                  MS. JONES: Please stay away from me.
8          Thank you. You're not masked.
9                  Safety matters when masking. Coming
10         into my proximity without a mask is
11         dangerous. You are banning me from being
12         in public. You are batting me from being
13         with my caregivers. If I hire a caregiver
14         from Nassau County, and I need them to
15         mask in public to keep me safe from this
16         airborne pandemic you have failed to
17         mitigate, what am I supposed to do? Ask
18         them to risk $1,000 fine and a year in
19         jail. It's already hard enough to protect
20         me and keep me alive. Jesus fucking
21         Christ. Garbage ass fascist shit.
22                 PRESIDING OFFICER KOPEL:  Harry
23         Burger.
24                 MR. BURGER:  My name is Harry
25         Burger, and while I live in Suffolk, most

1

2      of my family lives here in Nassau. And I

3      come here often. If this bill passes,

4      I'll need to avoid this county like a

5      plague village. You need to vote no on

6      the Mask Transparency Act.

7           While, this has become casually

8      known as the Nassau Mask Ban, it ought to

9      be called the Disabled Lives Don't Matter

10     act. We need to encourage, even require

11     more people to wear masks, not fewer.

12           While no in-person social

13     interactions can have zero risk of Covid

14     transmission, and driving anywhere

15     carries a risk of accident, bare faced

16     breath swapping is like drunk driving;

17     both put yourself and others at much

18     higher risk. Any legal restriction on

19     public masking is intrinsically ableist

20     and discriminates against disabled

21     people.

22           Covid is not over. It is still

23     infecting, disabling and killing people

24     every day. The only way anybody can

25     escape being disabled someday is by a

1

2      sudden, traumatic death. And once you

3      join this club, you will be on the

4      receiving end of the ableism that you

5      don't stop before then.

6          Two and a half years ago, my first

7      Covid infection left me with long Covid.

8      Among other chronic health issues, it

9      means that just coming here to speak with

10     you will probably be enough exertion to

11     leave me completely exhausted for all day

12     tomorrow. I know others with long Covid

13     who wish their good days were equal to my

14     bad days. Even professional athletes in

15     the peak of health at the Olympics are

16     not immune to having their careers ruined

17     by their first Covid infection.

18         Anyone who is still coviding (sic)

19     at this point has had the experience of

20     being the lone masker going into a store

21     or even a medical office to find that I'm

22     the only person here wearing a mask.

23     Random strangers have harassed me just

24     for trying to shop safely. If they try

25     that with me, a six foot tall white man

1

2      who looks like I'm not yet disabled, I'm

3      sure that visibly marginalized folks

4      experience that worse and more often.

5      Luckily for me, a do you feel lucky punk

6      look and squaring up to make it clear

7      that I'm not afraid of them has so far

8      been a way to scare most of these bullies

9      away, but not everybody can do that. The

10     only time I did need to back down was at

11     a precinct community meeting, when a

12     police sergeant and two of his cop

13     buddies, backed up by another 20 of them

14     in the room, got up in my business just

15     for handing out free masks and asking

16     everyone to wear one on the way in.

17          Federal courts have determined the

18     police on Long Island have an even bigger

19     racism problem than most with their

20     traffic stops, and if you believe they

21     won't carry that bias over into choosing

22     who they'll just assume is wearing it to

23     protect the health and safety of the

24     wearer versus whose intentions they

25     second guessed and interrogate, I have a

1
2          bridge to sell you.
3                 PRESIDING OFFICER KOPEL:  Thank you.
4          Alison Devin.
5                      (Whereupon, no verbal
6                      response.)
7                 PRESIDING OFFICER KOPEL:  Alyssa
8          Stein.
9                      (Whereupon, no verbal
10                     response.)
11                PRESIDING OFFICER KOPEL:  Miranda
12         Stinson?
13                     (Whereupon, no verbal
14                     response.)
15                PRESIDING OFFICER KOPEL:  Hazel
16         Newlevant.
17                MS. NEWLEVANT: Hello. I am a
18         resident of New York City with friends in
19         Nassau County. And I am here to beg you
20         not to pass this Mask Transparency Act.
21         Any kind of mask ban will discourage
22         people from using these important medical
23         devices because they don't want to get
24         stopped by the police or harassed by
25         civilians who use the laws and excuse to

```
1
2          get hostile. The law would be a potential
3          tool of harassment against disabled
4          people, and black people who surveys show
5          are more likely to mask up to avoid
6          Covid. People like my partner who is also
7          an Ethiopian Jew like you, Legislator. I
8          know people who are medically vulnerable,
9          and they're already too afraid to wear
10         the masks that they need because of the
11         increased scrutiny that they get from
12         police. If this ban passes, it'll be even
13         worse. People need to wear masks for a
14         lot of reasons, including to avoid
15         getting sick so they don't miss work, to
16         protect themselves from getting disabled
17         or dying from airborne illnesses like
18         Covid, to stay uninfected, to prevent
19         vulnerable people that they care for, to
20         protect themselves from environmental and
21         workplace hazards, to protect everyone
22         else around them when they are sick.
23         Fewer masks equals more airborne illness
24         spread, which equals suffering, missed
25         school and work and medical problems and
```

1
2    expenses piling up.
3        We are in a Covid wave right now
4    with estimating from wastewater data
5    about 1 in 37 people in the US currently
6    infected, so that practically guarantees
7    that somebody in this room is currently
8    infected with Covid. Each infection
9    carries a significant risk of causing new
10   long term health problems, aka long
11   Covid. Long Covid can manifest in a huge
12   variety of symptoms involving any organ
13   system in the body, depending on where
14   the virus damages or inflames. Brain fog
15   and post exertional malaise are two of
16   the most common symptoms, and long Covid
17   can be disabling. Covid infections make
18   people more likely to have heart attacks
19   or strokes. Wearing a well-fitting
20   respirator with N95 or better filtration
21   is still the best tool that we have to
22   stop Covid transmission.
23       Also, an aside on the old mask ban
24   law that was from 1845 when they didn't
25   even know that there was such a thing as

1

2       a virus much less airborne transmission

3       that was only discovered in 1890. So it's

4       ridiculous to talk about going back to

5       that.

6           You might not be worried about

7       getting Covid because you've already had

8       it or you're vaccinated. However, the

9       fewer people who wear masks, the more

10      SARS-CoV-2 spreads and mutates. The more

11      the virus mutates, the more it can escape

12      your prior immunity, and the sooner you

13      get reinfected by a new variant.

14      Discouraging people in Nassau from

15      wearing masks may come back to bite you

16      personally.

17          Thank you.

18          PRESIDING OFFICER KOPEL:  Thank you.

19      Stacey Klein.

20          (Whereupon, no verbal

21          response.)

22          PRESIDING OFFICER KOPEL:  Maya

23      Ponton Aronoff.

24          MS. ARNONOFF: Hi, there. I'm taking

25      it off so nobody can say they didn't hear

1
2          me.  I am not a resident, but I come here
3          a lot to speak to friends and family and
4          visit people here. And I'm speaking out
5          against the mask ban for a couple of
6          reasons.
7               I'll start by saying I do have long
8          Covid. I'm 26 years old. I got it the one
9          time I went out, not masking right before
10         Omicron, because I thought it was over
11         and I tasted freedom. And then I tasted
12         years of debilitating health problems,
13         which made me unable to read and write
14         for a long period of time, make it very
15         difficult to drive. I had to drop out of
16         law school. My husband is now my
17         caretaker, and I didn't even have any of
18         the major prior health conditions that
19         you would think would red flag it. I had
20         autoimmune issues, but it wasn't one of
21         the ones they listed because this is all
22         of our first time with this virus.
23               Now that that's out of the way,
24         wastewater says we're in another Covid
25         spike. We all wish we were out of this,

1

2      but we're not.

3           PRESIDING OFFICER KOPEL:  Don't

4      yell, please. Just a little lower.

5           MS. ARONOFF:  But we're not. So

6      we're all still dealing with Covid,

7      right? And I'm sure you are all thinking,

8      okay, all these disabled people, they're

9      getting up here, they're saying they need

10     to mask, but they can get an exemption,

11     right? Is that before or after we're in

12     handcuffs? Is that before or after we've

13     had to miss work because we had to show

14     up for a court date. Is that before or

15     after the job found out you were

16     arrested? Is that before or after I have

17     to pay for a lawyer or you have to get a

18     public defender, right? Is that before or

19     after, if you're black and brown, you've

20     been profiled, harassed, beaten, or

21     potentially killed as we've seen a bunch

22     more people killed in mental health

23     crises just the past couple of weeks

24     across the nation, right? How is

25     profiling based on a mask going to turn

1

2      out any different? We saw even here today

3      how black people in masks were treated by

4      security for speaking a little bit over

5      time. Right. But now we're going to talk

6      about a misdemeanor with $1,000 fine for

7      wearing a mask.

8          Last I checked, Halloween wasn't a

9      safety crisis, right? Why is this just

10     now coming up? Well, maybe because since

11     2020, anti-police brutality protests and

12     pro-Palestine protests have

13     disproportionately masked, right? Maybe

14     because they're more aware of the

15     pandemic, they're more socially aware,

16     maybe of certain social issues and how to

17     take care of one another. And maybe some

18     people don't like what they've heard when

19     people wear a mask or even were actually

20     harmed by someone in a mask, right? Like

21     the lady who was saying she was accosted

22     by someone in a mask.

23          You know, I've been accosted by a

24     lot of people in my life, a lot of

25     blonds, people wearing Confederate flags.

1

2         A lot of people in a lot of different

3         things -- Sperrys. But that doesn't mean

4         the government can say people can't wear

5         those clothing items. I mean what are we

6         talking about here? Right? Why should I

7         have to get an exemption to wear a mask

8         or white pants after Labor Day or

9         whatever the heck we want to put on our

10        bodies? I mean, what's the logic here?

11        Because someone did some terrible things

12        masks get banned (buzzer). I helped that

13        lady used the restroom. So she's met

14        people who've masked who are just like

15        normal people going about their lives. I

16        wish everyone would mask so I don't have

17        to worry about getting reinfected just to

18        get this point across. And I wish we

19        wouldn't send security after people just

20        trying to talk about police brutality.

21             PRESIDING OFFICER KOPEL:  Thank you

22        very much.

23             Sarah Alvandi.

24             (Whereupon, no verbal

25             response.)

1

2          PRESIDING OFFICER KOPEL:  Sereta

3     Sergent.

4          (Whereupon, no verbal

5          response.)

6          PRESIDING OFFICER KOPEL:  Andrea

7     Bolander.

8          MS. BOLANDER:  Regardless of what

9     the status quo may insist, the Covid

10    pandemic continues and we are currently

11    in yet another surge.  Disabled and

12    immunocompromised people are at

13    particular risk of further disability and

14    death. Even the average completely

15    healthy person is at risk of acquiring

16    long term severe post-viral illness known

17    as long covid. This is self-evident by

18    the explosion of people now seeking

19    disability status and specialized care.

20    And this will only continue to grow in

21    the coming years due to the State's

22    decision to completely abandon any

23    mitigation measures. I say this as a

24    disabled person in a disabled community.

25    I say this as someone who works to

1
2      distribute masks and other PPE amongst
3      people in need. You have no idea how many
4      completely healthy former dancers,
5      athletes and young people I've interacted
6      with who now best case scenario struggle
7      to climb a set of stairs and worst case
8      scenario are fully bedbound and cannot
9      speak or eat without triggering even
10     worse illness called post exertional
11     malaise or PEM.
12          Science has proven that each Covid
13     infection increases one's chances of
14     developing long Covid, and that Covid has
15     the dangerous quality of damaging one's
16     ability to produce T cells over time. In
17     other words, Covid can destroy someone's
18     immune system in the long term. This is
19     why many doctors and researchers have
20     drawn a comparison between Covid to HIV
21     Aids. But while we have been able to
22     research and understand HIV Aids for
23     several decades, we have only just been
24     able to study the effects of Covid for
25     four years. We still have no idea what

1

2      the long term effects will be, but the

3      early picture is bad.

4          I urge you to familiarize yourself

5      with the scientific literature when you

6      see reports of sudden increases in heart

7      attacks and strokes in young and healthy

8      individuals, when you see reports of

9      widespread hospitalization of children

10     due to viruses that historically never

11     affected them strongly, when you see a

12     sudden increase in cancer rates in young

13     people, know that the literature proves

14     that Covid is part of the reason why.

15         Plus, public health is not an

16     individual project. Unfortunately, we are

17     vulnerable to the decisions that other

18     people make since one way masking doesn't

19     always work. In an ideal world, everyone

20     is masking in order to protect themselves

21     and others from Covid.

22         So since everyone is at risk of long

23     term illness from Covid, and since

24     everyone benefits from individuals who

25     mask because each individual who does so

1

2      stops a chain of transmission, that means

3      everyone, not just chronically ill and

4      vulnerable people, deserve the right to

5      mask and to protect themselves from life

6      threatening illness. So any proposals

7      that the mask ban only apply to folks

8      without medical exemption is not only

9      illogical, it's also illegal. The State

10     does not have any right to know our

11     private medical information. The State

12     does not have any right to force

13     individuals to expose themselves to

14     Covid. It is completely immoral and

15     irresponsible to criminalize one of the

16     few and final protections citizens have

17     been left with to protect themselves from

18     devastating illness, especially when all

19     the other public health measures have

20     been stripped away. To do so is to

21     effectively bar people who want to stay

22     safe from public life, and to force Covid

23     exposure on us more than is already

24     happening anytime we must use public

25     spaces by necessity.

1

2          PRESIDING OFFICER KOPEL:  Thank you.

3     Maria C?

4               (Whereupon, no verbal

5               response.)

6          PRESIDING OFFICER KOPEL:  Andrea

7     Ortega.

8               (Whereupon, no verbal

9               response.)

10          PRESIDING OFFICER KOPEL:  Caprice

11     Rines.

12          MS. RINES:  Psalms 1226 says, pray

13     for the peace of Jerusalem, they that do

14     will prosper. Now I'm disappointed

15     because I'm a proud Republican. I was a

16     conservative, then I became a Republican.

17     But what happened in this room today, we

18     owe that young lady an apology. Because

19     that law is going to target young black

20     men. Now, we do have to come up with a

21     solution. My friend said, make clear

22     masks. That's a good idea. I think I'm

23     going to invent it. I think I'll be rich.

24          I love my Jewish brothers and

25     sisters. And I love my Palestinian

1
2      brothers. I love my brothers and sisters
3      in general. And I think that it's not the
4      problem. The problem is let's come up
5      with a legislation to get everybody out
6      of debt. Let's do that, because then we
7      don't have to protest. Because we
8      protesting for for reasons because people
9      don't have jobs and that's what's
10     happening.
11          So I would say that -- because you
12     saw what happened.  Mr. Kopel, you waited
13     till she finished, and then you called
14     the police to escort her out. But when
15     that other lady went over, you didn't
16     call the police to escort her. When the
17     other lady jumped up and was yelling and
18     screaming and hollering, you didn't call
19     the police escort her. And I don't think
20     you realize it. It's our own biases.
21          So I think that we have to fix this.
22     We have to fix our biases. My mother --
23     if y'all were my kids, I would lock you
24     in the room until you came to an
25     agreement. That's what y'all going to do.

```
1
2          I'm going to tell our county exec to lock
3      you in the room until you come to an
4      agreement.
5          Now I'm for Sands. We need to find
6      jobs. Let's do that. We need to do that.
7      And I'm saying it because I've been on
8      Long Island 57 years in October, and now
9      I want to someplace I can go on a date
10     with a nice man who can take me and have
11     dinner, a nice massage. Let's make it
12     happen. I'm tired of paying taxes on
13     something.
14         Mr. Solages, you know my family
15     helped you come become a legislator,
16     right? So let's do it. Because we need
17     something.  I'm tired of paying taxes on
18     that property.
19         I have no respect for Garden City.
20     Stop listening to Garden City because
21     they owe $1 million for discrimination
22     right now and they ain't paid their debt
23     yet. So until they pay their debt, until
24     they pay their debt and let some black
25     people move in Garden City, they need to
```

```
 1
 2              shut up.
 3                   PRESIDING OFFICER KOPEL:  Meta
 4              Mereday.
 5                        (Whereupon, no verbal
 6                        response.)
 7                   PRESIDING OFFICER KOPEL:  Paul Budd.
 8                        (Whereupon, no verbal
 9                        response.)
10                   PRESIDING OFFICER KOPEL:  We are
11              done with public comment on this item.
12              And we will now proceed to a vote on the
13              item.  Before we do that, Legislator
14              Gaylor moves to close the hearing --
15                        (Whereupon, public members
16                        indicate they still want to be
17                        heard.)
18                   PRESIDING OFFICER KOPEL:  We didn't
19              call you. You want to talk? Come on up.
20              Not casino.
21                   MS. THILLET:  Hi. Sorry. I don't
22              mean to be rude, but you did say everyone
23              would get a chance to be heard, and I've
24              been here since 1:00.  Thank you very
25              much.
```

1

2          My name is Danyell Thillet.  I'm

3     here from Queens. I was going to say good

4     afternoon, but now I'll say good evening.

5          I'm a disabled person with chronic

6     illness and a compromised immune system.

7     If you weren't able to automatically and

8     accurately infer that about me, then

9     there's no logic behind the so-called

10    Mask Transparency Act. This bill gives

11    law enforcement the power to determine

12    who is and who is not wearing a mask for

13    a medical reason. It also gives them

14    authority to assume the intent of mask

15    wearer and preemptively treat them like a

16    criminal, even when no crime has actually

17    been committed.

18          This bill will ultimately serve to

19    increase the arbitrary harassment of

20    disabled people and our allies, as we've

21    already seen in these proceedings, and

22    limit our ability to move about the world

23    while keeping ourselves protected. It

24    will require disabled people and our

25    allies to constantly prove that we are

1

2      disabled enough, or have a good enough

3      reason for medical masks in settings

4      where law enforcement daemon unnecessary

5      based, of course, on no medical training.

6           My partner, who has no disabilities,

7      wears a mask to help keep me protected.

8      Many able bodied, healthy people mask

9      every day to be able to stay that way and

10     keep people they love safe. So it becomes

11     even harder to maintain a medical

12     exemption when it can and should extend

13     to everyone and anyone.

14          This bill will also increase the

15     arbitrary harassment of members of the

16     LGBTQ community and people of color. They

17     being the most likely individuals to be

18     assumed to have ill intent based on

19     historic and current behavior of law

20     enforcement.

21          The repeated use of the word thug in

22     this room today, a racially loaded term,

23     goes to prove my point. The fact that

24     officers in this room have treated the

25     masked half differently than the other

1

2      half also proves my point.

3             Additionally, this bill seeks to

4      diminish the ability of disabled people

5      and our allies to participate in

6      government proceedings, further evidenced

7      by the denial of a request for Zoom

8      access to participate virtually for those

9      too ill or vulnerable to attend in

10     person.

11            This bill also aims to limit our

12     legal right to protest at a time where

13     law enforcement assumes that the only

14     distinction between protesters and

15     rioters is a matter of time. All people

16     wearing a mask for Covid protection and a

17     political demonstration are presumed to

18     have nefarious intent.

19            This country has generally turned

20     its collective back in the needs of the

21     disabled community during the seemingly

22     never ending pandemic. I've personally

23     been told countless times that if I'm

24     afraid of Covid, I should just stay home.

25     And since Covid isn't going anywhere,

1

2          such a suggestion seems to extend to the

3          rest of my life. This bill echoes that

4          sentiment. It tells me that I am less

5          welcome in spaces like this, more

6          suspicious when practicing my civil

7          rights, and less of a citizen than those

8          who use no mitigation and cause harm to

9          the community through that passivity.

10              By the way, the air and $CO_2$ readings

11         in this room are well into the danger

12         zone. Just thought it was worth

13         mentioning.

14              Anyway, please do the right thing,

15         vote against this bill and for the love

16         of God, mask up.

17              Thank you.

18              PRESIDING OFFICER KOPEL:  All right.

19         Before we go ahead and close the hearing,

20         anyone else who wants to speak on the

21         mask law, who has not yet been heard on

22         the mask law. Richard, on the mask law,

23         nothing else. Okay, I'm not talking about

24         busses now.

25              Legislator Gaylor moves to close the

1

2          hearing, Legislator Ferretti seconds the

3          motion.

4               All those in favor of closing the

5          hearing, please say, "Aye".

6                    (Whereupon, all members of

7                    the Full Legislature respond in

8                    favor with, "Aye".)

9               PRESIDING OFFICER KOPEL:  Any

10         opposed to closing the hearing?

11                   (Whereupon, no verbal

12                   response.)

13              PRESIDING OFFICER KOPEL:  Okay. The

14         hearing is closed.

15              I'm calling a local law to prohibit

16         the use of a mask or facial covering for

17         the purposes of concealing an

18         individual's identity in a public place.

19              Motion by Deputy Presiding Officer

20         McKevitt, seconded by Legislator Mazi

21         Pilip.

22              Now we have a motion by, Mr. Koslow.

23         Why don't you go ahead, please?

24              LEGISLATOR KOSLOW:  Thank you,

25         Presiding Officer.

1

2          As stated earlier today, I'd like to

3     renew my motion to table this item for

4     purposes of discussing with both sides of

5     the table to try and resolve this.

6          LEGISLATOR DRUCKER:  I second the

7     motion.

8          PRESIDING OFFICER KOPEL:  And it is

9     seconded.

10         Now, as I mentioned a little bit

11    earlier, a motion to table does not have

12    debate. So therefore all those in favor

13    of the motion to table please say, "Aye".

14         MINORITY LEADER DERIGGI-WHITTON:

15    Aye.

16         LEGISLATOR BYNOE:  Aye.

17         LEGISLATOR SOLAGES:  Aye.

18         LEGISLATOR KOSLOW:  Aye.

19         LEGISLATOR MULE:  Aye.

20         LEGISLATOR DAVIS:  Aye.

21         LEGISLATOR DRUCKER:  Aye.

22         PRESIDING OFFICER KOPEL:  All right.

23    So that's all seven.

24         Those opposed?

25         PRESIDING OFFICER KOPEL:  No.

1

2          LEGISLATOR MULLANEY:  No.

3          LEGISLATOR GIUFFRE:  No.

4          LEGISLATOR STRAUSS:  No.

5          LEGISLATOR PILIP:  No.

6          LEGISLATOR GIANGREGORIO:  No.

7          LEGISLATOR GAYLOR:  No.

8          LEGISLATOR FERRETTI:  No.

9          LEGISLATOR WALKER:  No.

10          LEGISLATOR GOETZ:  No.

11          LEGISLATOR KENNEDY:  No.

12          LEGISLATOR MCKEVITT:  No.

13          PRESIDING OFFICER KOPEL:  The motion

14     is defeated 12 to 7.

15          Amendment in the nature of the

16     substitution.  The amendment, by the way,

17     just for your information, is what I

18     discussed earlier when I made my initial

19     statement and that is the changes that

20     were made in the initial filing to

21     accommodate, we believe, some of the

22     views of the Minority.

23          Moved by Legislator Pilip, seconded

24     by Legislator Gaylor, the amendment. And

25     we're voting on the amendment only now.

```
 1
 2              And those in favor of the amendment
 3              please say, "Aye".
 4                   PRESIDING OFFICER KOPEL:  Aye.
 5                   LEGISLATOR MULLANEY:  Aye.
 6                   LEGISLATOR GIUFFRE:  Aye.
 7                   LEGISLATOR PILIP:  Aye.
 8                   LEGISLATOR GIANGREGORIO:  Aye.
 9                   LEGISLATOR MCKEVITT:  Aye.
10                   LEGISLATOR GAYLOR:  Aye.
11                   LEGISLATOR FERRETTI:  Aye.
12                   LEGISLATOR WALKER:  Aye.
13                   LEGISLATOR GOETZ:  Aye.
14                   LEGISLATOR KENNEDY:  Aye.
15                   LEGISLATOR STRAUSS:  Aye.
16                   PRESIDING OFFICER KOPEL:  Any
17              opposed?
18                       (Whereupon, no verbal
19                   response.)
20                   PRESIDING OFFICER KOPEL:  Those
21              abstaining.
22                   LEGISLATOR BYNOE:  Aye.
23                   LEGISLATOR SOLAGES:  Aye.
24                   LEGISLATOR KOSLOW:  Aye.
25                   LEGISLATOR MULE:  Aye.
```

1

2            LEGISLATOR DAVIS:  Aye.

3            MINORITY LEADER DERIGGI-WHITTON:

4       Aye.

5            LEGISLATOR DRUCKER:  Aye.

6            The amendment passes 12-0-7.

7            Now, a motion on the item, as

8       amended -- all those in favor of the item

9       as amended.

10           PRESIDING OFFICER KOPEL:  Aye.

11           LEGISLATOR MULLANEY:  Aye.

12           LEGISLATOR GIUFFRE:  Aye.

13           LEGISLATOR PILIP:  Aye.

14           LEGISLATOR GIANGREGORIO:  Aye.

15           LEGISLATOR MCKEVITT:  Aye.

16           LEGISLATOR GAYLOR:  Aye.

17           LEGISLATOR FERRETTI:  Aye.

18           LEGISLATOR WALKER:  Aye.

19           LEGISLATOR GOETZ:  Aye.

20           LEGISLATOR KENNEDY:  Aye.

21           LEGISLATOR STRAUSS:  Aye.

22           PRESIDING OFFICER KOPEL:  Any

23      opposed?

24           (Whereupon, no verbal

25           response.)

1

2      PRESIDING OFFICER KOPEL:  Those

3      abstaining.

4      LEGISLATOR DRUCKER:  Presiding

5      Officer, I just want to make one quick

6      statement that will reflect the vote of

7      the caucus, our caucus here.

8      PRESIDING OFFICER KOPEL:  Do you

9      want to vote and then make the statement?

10      LEGISLATOR DRUCKER:  Can I make it

11      first?

12      PRESIDING OFFICER KOPEL:  Make it

13      first.

14      LEGISLATOR DRUCKER:  Okay. Thank

15      you. The majority has conceded that our

16      alternative bill quite possibly augments

17      and enhances the amended bill. And, you

18      know, one that is entitled us -- they

19      have admitted, that we as the Legislative

20      Body is directed to pump the brakes and

21      make sure that what we are in a rush to

22      do is not fraught with problems that will

23      lead to protracted legal challenges and

24      cost our taxpayers thousands of dollars.

25      This is not the way to govern. We will be

1

2      abdicating our obligations by simply

3      rubber stamping this bill. We owe the

4      taxpayers that much. Let's take our time.

5          For that reason, we are abstaining

6      because we will take the Majority Leader

7      at his word that he will consider our

8      alternative bill and give it the

9      consideration it deserves and the Nassau

10     residents are entitled to.

11         PRESIDING OFFICER KOPEL:  All right.

12     Are you all abstaining?

13         (Whereupon, confirmed.)

14         PRESIDING OFFICER KOPEL:  So it's

15     12-0-7. And let me just say, for the

16     record, before we leave the matter is

17     that. Yes, I did say we would consider

18     that, but I don't believe anyone here

19     conceded that it is improvement. We would

20     look at it. And we took your word for it

21     that it's an improvement. I haven't had a

22     chance to read it yet. It was only filed

23     today. So I don't really know. And we

24     don't have to pass it to know what's in

25     it.

1

2          MINORITY LEADER DERIGGI-WHITTON:

3     Can I just suggest that if it does get

4     overturned, that we sit down together and

5     go over this in a way that would be

6     illegal?

7          PRESIDING OFFICER KOPEL:  Sure. Of

8     course.

9          MINORITY LEADER DERIGGI-WHITTON:

10    Because I totally anticipate that. And I

11    think that it would be a good time for us

12    to really go through that.

13         PRESIDING OFFICER KOPEL:  That will

14    be just fine. Absolutely. If it should

15    happen.

16         MINORITY LEADER DERIGGI-WHITTON:

17    I'm pretty sure it will.

18         MINORITY LEADER DERIGGI-WHITTON:

19    All right. Thank you everyone.

20         The item passes by a vote of 12-0-7.

21         All those who stayed all this time.

22    Thank you. Those who are disappointed,

23    understand this is how democracy works.

24

25         (Whereupon, recess.)

```
 1

 2

 3              PRESIDING OFFICER KOPEL:   We have a

 4         few items. To call now. Yes.  We're going

 5         to start out, Legislator Giuffre had

 6         something that he needed to put on the

 7         record regarding his earlier point of

 8         privilege.

 9              LEGISLATOR GIUFFRE:  Just as a

10         matter of record, I want to acknowledge

11         which I was supposed to do earlier.  My

12         constituents, who brought Mr. Quinonez to

13         my attention. And that would be the Mayor

14         and Board of Trustees of the Village of

15         Garden City who were present here, and

16         one who was not, Trustee Tai, who was not

17         here today, but, wanted to be here. So I

18         want to acknowledge them and thank them

19         for bringing Mr. Quinonez to our

20         attention.  Thank you.

21

22                    ******

23

24

25
```

1

2

3              PRESIDING OFFICER KOPEL:  We'll

4         start out with Ordinance 28, which is an

5         ordinance making certain determinations

6         pursuant to the State Environmental

7         Quality Review Act and the SEQRA

8         implementing regulations with respect to

9         an agreement of lease by and between the

10        County of Nassau and LVS NY HoldCo2, LLC,

11        as tenant, in connection with the leasing

12        of the Nassau County Veterans Memorial

13        Coliseum property in Uniondale,

14        Hempstead, County and Nassau, state of

15        New York, Section 44, Block F, Lots 351,

16        411, 412 and 415, and to, among other

17        things, facilitate development of the

18        Sands New York Integrated Resort on such

19        property.

20             Motion by Deputy Presiding Officer

21        McKevitt, seconded by Legislator Mule.

22             Now we have an amendment in the

23        nature of a substitution, which updates

24        the item to provide additional

25        information regarding scoping and the

1

2      positive declarations documents,

3      specifically. The public scoping meeting

4      will be held on Monday, September 9th at

5      5 p.m. in this Chamber. The written

6      comment period on the draft scope, which

7      must be submitted by LVS, will remain

8      open until September 19th.  The draft

9      scope will be posted online within five

10     days after the Legislature's receipt of

11     it.

12          Motion on the amendment is by

13     Legislator Ferretti and seconded by

14     Legislator Bynoe.

15          We're going to vote on the amendment

16     only at this point. All those in favor of

17     the amendment, please say, "Aye".

18               (Whereupon, all members of

19               the Full Nassau County

20               Legislature respond in favor

21               with, "Aye".)

22          PRESIDING OFFICER KOPEL:  Opposed?

23               (Whereupon, no verbal

24               response.)

25          PRESIDING OFFICER KOPEL:  Okay. That

1

2      item passes unanimously.

3          Now we'll go to Ordinance 29, which

4      makes certain determinations pursuant to

5      the State Environmental Quality Review

6      Act and the SEQRA implementing regulation

7      with respect to an agreement of lease by

8      and between County of Nassau, as

9      landlord, and LVS NY HoldCo2, LLC, as

10     tenant, in connection with the leasing of

11     the Nassau County Veterans Memorial

12     Coliseum property located in Uniondale,

13     to allow the use, occupancy, operation,

14     maintenance and security of the existing

15     Coliseum property, and authorizing the

16     County Executive of the County of Nassau

17     to execute a lease and all other

18     pertinent documents, and to take other

19     actions to consummate the aforesaid

20     agreement of lease.

21          Motion by Legislator Giuffre,

22     seconded by Legislator Koslow.

23          Now there's an amendment. Once

24     again, the nature of a substitution,

25     which updates Appendix A to include the

1

2          approved and signed Planning Commission

3          Resolution.

4              Motion on the amendment by

5          Legislator Mullaney, and seconded by

6          Minority Leader Delia DeRiggi-Whitton.

7              Now, vote on the amendment only. All

8          those in favor of the amendment please

9          say, "Aye".

10                 (Whereupon, all members of

11                 the Full Nassau County

12                 Legislature respond in favor

13                 with, "Aye".)

14          PRESIDING OFFICER KOPEL:  Opposed?

15                 (Whereupon, no verbal

16                 response.)

17          PRESIDING OFFICER KOPEL:  That item,

18          the amendment, is unanimous.

19              Now we have a presentation from the

20          Administration on these items. Mr. Meyer,

21          you're up.

22          MR. MEYER:  Thank you very much,

23          Presiding Officer.  You've earned your

24          money today, that's for sure, this Body

25          has. Appreciate it very much.

1

2          Our numbers that we have for our

3     presentation are 172 of 24 and 173 of 24.

4     So now they are 28 and 29; is that my

5     understanding?

6          PRESIDING OFFICER KOPEL:  Those are

7     the ordinance numbers, not the item

8     numbers.

9          MR. MEYER:  Okay. Great.

10          My name is Josh Meyer, partner at

11     West Group Law, outside counsel for the

12     County on the negotiation of these two

13     leases. Our address is 81 Main Street,

14     White Plains, New York, 10601.

15          So this evening, I'm here to provide

16     you with an overview of the ordinances

17     before you today, both of which involve

18     the Nassau Coliseum site, as well as an

19     overview of the State Environmental

20     Quality Review Act and a description of

21     each of the steps in the environmental

22     review process that will be conducted by

23     the County Legislature for each of the

24     ordinances.

25          As a brief overview of the Long Term

1

2          Lease, 172 of 24, this is a proposed

3      lease that would permit LVS to perform

4      operation, maintenance, repair,

5      management and security responsibilities

6      for the Coliseum and surrounding

7      premises. It would also allow them to

8      redevelop the Coliseum and surrounding

9      premises, which may include a casino,

10     hotel and other uses.

11          This ordinance provides for certain

12     determinations to be made in accordance

13     with the State Environmental Quality

14     Review Act, otherwise known as SEQRA, and

15     begin the environmental review process.

16     Importantly, this ordinance does not

17     authorize the County Executive to execute

18     the lease.

19          Ordinance 173 of 24, which we refer

20     to as the Operational Lease, will permit

21     LVS to perform operation, maintenance,

22     repair, management and security

23     responsibilities at the Coliseum and the

24     surrounding premises. Importantly, this

25     lease does not authorize any development

1

2          or redevelopment on the site, nor does it

3          authorize the operation of a casino. This

4          ordinance also provides for certain

5          determinations to be made in accordance

6          with SEQRA, and authorizes the County

7          Executive to execute this lease.

8               So if I can begin with 173 of 24,

9          the Operational Lease. Again, this will

10         allow LVS to assume sole responsibility

11         for the security condition, operation,

12         maintenance, repair and management of the

13         Coliseum and the surrounding premises.

14         The term is an initial term of 27 years,

15         with three additional terms of five years

16         each. The term of the lease with the

17         prior tenant was for 34 years, with three

18         five year renewals. That was entered into

19         in 2017, so seven years have elapsed on

20         that lease, and so that's why this lease,

21         which is effectively a continuation of

22         that term, is for 27 years.  Under the

23         terms of this lease, LVS cannot renovate

24         or expand the Coliseum, and the lease

25         explicitly provides that it does not

1
2       authorize any development or
3       redevelopment of the site in any manner.
4            During the first two lease years,
5       LVS is required to keep the Coliseum open
6       and operating, required to use
7       commercially reasonable efforts to cause
8       the Coliseum to have programing and/or
9       events reasonably consistent with past
10      practice.
11           Beginning with the third lease year,
12      the tenant has the right to cease the
13      ongoing operation of the Coliseum and go
14      dark.
15           LVS has the right to sublet the
16      premises, or assign the lease and enter
17      into no more than five severance leases
18      for portions of the premises.
19           For each of the first three lease
20      years, LVS will pay the County a
21      nonrefundable annual payment in the
22      amount of $10 million. In the event that
23      they terminate the lease prior to the
24      last day of the third lease year, the
25      County may immediately accelerate LVS'

1

2      payment obligations for the remainder of

3      the first three lease years.

4           LVS will pay rent to the County in

5      the amount of $1 per year for the first

6      three lease years, and $5 million per

7      year thereafter, as escalated.

8           LVS will also pay a nonrefundable

9      one time fixed payment to the County for

10     the tenant's use and occupancy of the

11     premises in the amount of $1 million.

12          LVS will also pay the County

13     $900,000 per year for the County's

14     provision of exterior police and security

15     at the site.

16          The approval process for the

17     Operational Lease was as follows:

18          On June 18th, there was an OSPAC

19     meeting where the project was introduced

20     to them;

21          On June 20th, 2024, the Planning

22     Commission held a public hearing on the

23     lease;

24          On July 10th, OSPAC reviewed the

25     hearing transcript and determined that

```
 1
 2          the proposal had no impact on County open
 3          space or parks or any areas of cultural,
 4          archeological habitat, or historic, or of
 5          an otherwise environmentally sensitive
 6          nature. It was recommended that the
 7          Planning Commission recommend the
 8          proposal to the Legislature without
 9          condition;
10              On July 18th, the Planning
11          Commission recommended that this Body
12          determined that the project will not have
13          a significant adverse impact on the
14          environment, that they should complete
15          the review of the proposed action under
16          SEQRA by issuing a negative declaration
17          and approve the proposal without
18          condition;
19              On July 22nd, this ordinance was
20          presented to the Rules Committee and
21          forwarded to the Full Legislature;
22              At today's meeting, pursuant to this
23          ordinance, the Legislature is considering
24          designating itself as Lead Agency,
25          classifying the proposed action as an
```

1

2         unlisted action, issuing a negative

3         declaration, which is a determination

4         that the proposed action will have no

5         significant adverse environmental

6         impacts, and authorizing the County

7         Executive to execute the proposed lease.

8              So, on the Long Term Lease Ordinance

9         172 of 24, the County is considering

10        entering into this Long Term Lease with

11        LVS New York HoldCo2, LLC, the same

12        entity under the Operational Lease, for

13        the Coliseum and the surrounding

14        premises.

15             The proposed lease would permit LVS

16        to perform operation, maintenance,

17        repair, management and security

18        responsibilities for the Coliseum and the

19        surrounding premises. They can redevelop

20        the Coliseum and surrounding premises,

21        which may include a casino, hotel and

22        other uses.

23             Pursuant to the ordinance, the

24        County Legislature intends to, as part of

25        the required SEQRA review of the proposed

```
 1
 2          action, designate itself as Lead Agency
 3          for the SEQRA review, classify the
 4          proposed action under the SEQRA
 5          implementing regulations, and make a
 6          determination of environmental
 7          significance for the proposed action.
 8              Ordinance 172 of 24 does not
 9          authorize the County Executive to execute
10          the lease. That will not occur until the
11          environmental review process concludes,
12          which is anticipated to occur in the
13          second quarter of 2025.
14              Pursuant to the term sheet for the
15          Long Term Lease, the term would be for 99
16          years. LVS will have the ability to
17          utilize existing improvements on the site
18          as follows:
19              Use and operate the Coliseum in a
20          manner consistent with the pre effective
21          date use and operation;
22              Cease ongoing operations and go
23          dark;
24              Renovate, repurpose or redevelop the
25          Coliseum to be operated for public
```

1

2          entertainment and/or recreation or as a

3          conference facility, hotel gaming and/or

4          parimutuel wagering and/or lottery venue,

5          or entertainment venue;

6              They can demolish the Coliseum

7          and/or use the Coliseum for any other

8          lawful purposes related to the foregoing.

9              Pursuant to the terms sheet, LVS

10         will have the ability to develop the

11         following permitted uses for new

12         improvements on the site:

13             Public entertainment and/or

14         recreation;

15             A conference facility, hotel, gaming

16         and/or parimutuel wagering and/or lottery

17         venue or entertainment venue;

18             Hospital and/or medical uses;

19             Class A office space;

20             Residential development and use, and

21         other related business or commercial

22         purposes;

23             In the event, LVS is awarded a

24         license for the casino, it will pursue a

25         development in accordance with the terms

1

2      of the license and the final application.

3      If a license is not awarded to LVS, it

4      will pursue the development of a mixed

5      use complex with a hotel branded as a

6      Ritz-Carlton, St. Regis or other

7      reasonably equivalent branded hotel up to

8      500 residences, an entertainment venue

9      containing at least 3600 seats, and any

10     other lawful use;

11         There will be an annual rent of $5

12     million, which will increase to $10

13     million upon the commencement of casino

14     operation;

15         The County will also receive an

16     annual public safety payment of $900,000,

17     which will increase to $1.8 million upon

18     the commencement of the casino operation;

19         The tenant will pay the County a

20     minimum amount of $25 million for the

21     gaming tax revenue guarantee, which will

22     increase to $50 million;

23         The tenant will also fund a

24     Community Benefits Program with no less

25     than $2 million annually commencing on

1

2          the opening of the casino, which will

3          increase to $4 million annually during

4          the term;

5              The County anticipates receiving

6          General Municipal Law Section 239-F fees

7          of no less than $8.75 million.

8              Some additional provisions in the

9          lease are:

10             Union labor. The existing

11         improvements will continue to be operated

12         using union labor;

13             There will be a Project Labor

14         Agreement that LVS will be required to

15         enter into with the Building and

16         Construction Trades Council of Nassau and

17         Suffolk Counties, AFL-CIO, and its

18         constituent local unions;

19             There will be the Community Benefits

20         Program, designed to ensure that LVS

21         helps address the needs of the

22         surrounding area;

23             LVS will be required to construct,

24         at its expense, the core and shell of a

25         freestanding police substation of

1
2          approximately 1500 square feet.
3                And with that, I'll turn it over to
4          my colleague John Wagner, who will
5          discuss the SEQRA environmental review
6          process.
7                MR. WAGNER:  Good evening. My name
8          is John Wagner. I'm an attorney with the
9          firm Certilman, Balin, Adler & Hyman,
10         offices at 100 Motor Parkway, Hauppauge,
11         New York.
12               I'm going to just focus on the SEQRA
13         aspects of what we're doing tonight.  As
14         some of you may be aware, the SEQRA
15         review process for both re-leases has
16         already commenced, on July 2nd,
17         specifically, because there are multiple
18         involved agencies for both of these
19         re-leases.  Coordination letters were
20         sent out to all involved agencies with
21         appropriate materials accompanying those
22         letters. The purpose of the coordination
23         letter was to determine if any of the
24         involved agencies desire to serve as Lead
25         Agency for SEQRA purposes, which would

1
2        give them responsibility for the SEQRA
3        process.
4            It was also indicated in that
5        coordination letter that the County
6        Legislature intended to designate itself
7        as SEQRA Lead Agency, and thus conduct
8        the SEQRA process for both of these
9        leases.
10            The period for the involved agencies
11       to respond to that letter by expressing
12       interest in becoming Lead Agency has now
13       expired, and as a result, the Legislature
14       is now free to go ahead and designate
15       lead agency.
16            Talking about each of the specific
17       ordinances; 172-24, this is the one that
18       refers to the so-called Long Term or
19       Integrated Resort Lease.  This particular
20       ordinance that you have in front of you,
21       gives you the ability to declare the
22       Legislature as Lead Agency. You can do
23       that tonight, for the proposed action.
24            Furthermore, you can classify the
25       proposed action under SEQRA, which is

1
2      another responsibility you have. You
3      would classify it as either a Type I,
4      Type II or unlisted action. Those are the
5      three categories for SEQRA actions.
6          The third thing you would want to do
7      is issue a determination of environmental
8      significance. These are the three things
9      that you can do for each of the leases
10     tonight.
11         So, what a determination of
12     environmental significance is, is
13     basically a determination whether or not
14     the proposed action in that particular
15     re-lease has the potential for at least
16     one significant adverse environmental
17     impact. If it doesn't have any
18     significant potential environmental
19     impact, you would be issuing a negative
20     declaration. If it may have one or more
21     significant adverse impacts, then you
22     would issue a positive declaration, and
23     I'll explain what that means later.
24         The second ordinance we're
25     considering tonight 173-24 is for the

1

2        Operational Lease. Again, you have that

3        ability to declare the Legislature as

4        Lead Agency tonight to classify the

5        action under SEQRA as Type I, Type II, or

6        unlisted, and to also issue your

7        determination of environmental

8        significance; negative declaration or

9        positive declaration.

10            Now, that's what you can do.  You'll

11       find when you review these ordinances

12       that the possibility is certainly there,

13       to declare yourselves Lead Agency, and it

14       provides that in each of the draft

15       ordinances that are presented for both of

16       the proposed actions.

17            In addition, with respect to

18       classification of the proposed actions,

19       one of the ordinances recommends that the

20       Operational Lease be declared an unlisted

21       action, which means that it's subject to

22       SEQRA review, but it's more likely than

23       not to require an environmental impact

24       statement.

25            For the second Long Term Lease, the

1
2       ordinances provide for you to classify
3       that one as a Type I action. The reason
4       for that is that there are certain
5       thresholds and the SEQRA regulations that
6       that make certain actions that the DEC
7       has designated to possibly have a more
8       likely impact on the environment and,
9       therefore, to require, more likely, an
10      environmental impact statement.
11          So given the fact that the Long Term
12      Lease includes a substantial potential
13      development of the property,
14      redevelopment of the property, whereas
15      the Operational Lease does not allow
16      that, in the case of the Long Term Lease,
17      the ordinance is proposed to classify
18      that one as a Type I action, which again,
19      it means that it's more likely than not
20      to require an environmental impact
21      statement.
22          Now, with respect to the ordinance
23      that has to do with the Operational
24      Lease, you would be then proceeding to
25      issue a determination of environmental

1

2          significance. That, as I said, is either

3          a negative declaration or positive

4          declaration. Now, based upon the review

5          of the proposed lease, which is already

6          available for your review, and the

7          environmental assessment forms that have

8          been prepared for that proposed action,

9          the ordinance recommends that a negative

10         declaration be issued for that. And the

11         primary reason for that is that the lease

12         expressly does not allow for any

13         development or redevelopment of the site.

14         It just allows for the ongoing

15         maintenance and security and upkeep of

16         the Coliseum building as it exists today.

17             With respect to the Long Term Lease,

18         the ordinances provide for you to adopt a

19         positive declaration. And the reason for

20         that is that the environmental assessment

21         form materials and the terms of the lease

22         -- the lease terms that are before you --

23         indicate that there's potential

24         significant impacts resulting from

25         proposed future development under that

1
2          lease. That could include the casino, it
3          could include other alternative
4          development. But you're going to have to
5          evaluate each of those potential impacts.
6              Now, as Josh mentioned earlier, if
7          you issue a negative declaration tonight
8          for the Operational Lease, as the
9          ordinances proposed, you're then free to
10         go ahead. SEQRA is effectively done at
11         that point, the issuance of a negative
12         declaration terminates the SEQRA process
13         for the Operational Lease. You are then
14         free to go ahead and authorize the County
15         Executive to execute that lease, and the
16         ordinance does provide that.
17             With respect to the Long Term Lease,
18         what the positive declaration will do,
19         which is encompassed in the proposed
20         ordinance, is it will initiate an
21         environmental impact statement process,
22         which is going to go on for a while. The
23         purpose of that is to assess the
24         potentially significant adverse
25         environmental impacts that can result

```
 1
 2          from that lease and the future
 3          development that's proposed in that lease
 4          or contemplated in that lease.
 5               So just to give you a quick summary
 6          of what that will involve in the positive
 7          declaration, which is on the table and is
 8          there for your consideration, among other
 9          things, the positive declaration includes
10          specifics of what we call a scoping
11          meeting. That's the first step down the
12          road toward the environmental impact
13          statement. The scoping meeting is to be
14          scheduled for September 9th, and it
15          provides the public an opportunity to
16          make their thoughts known with respect to
17          the content of the environmental impact
18          statement that will be generated. Before
19          that scoping meeting takes place, LVS
20          Sands, is going to propose a draft scope,
21          which is typical. An Applicant usually
22          submits a draft scope.
23               The purpose of the scoping meeting
24          is to give the public an opportunity to
25          review the draft scope for a few days,
```

1

2         and then come in and make their opinions

3         known as to whether they agree with the

4         draft scope being comprehensive and

5         complete, or they have additional things

6         they'd like to add or even say there are

7         some things that shouldn't be in the

8         scope, but they get to comment on it.

9              The next process after that is that

10        the Legislature and its consultants will

11        consider the comments that are received,

12        and they will be received not only at the

13        scoping meeting, but there will also be

14        an additional period of ten days after

15        the meeting for people to submit written

16        comments. All of those comments, both at

17        the meeting and also as received in

18        written form, will then be taken into

19        account and a final scope will be

20        prepared. That is the start of the real

21        EIS process, because that provides the

22        table of contents for what must be in the

23        DEIS document for that document

24        ultimately to be complete. So that's the

25        first step that's coming up very soon.

1

2          Once the scoping process is done and

3     a final scope has been issued, the

4     Applicant will basically get to work on

5     preparing a Draft Environmental Impact

6     Statement, DEIS, which is going to have

7     to examine each of the potentially

8     significant impacts that have already

9     been identified in the positive

10    declaration that will be issued today.

11    Once that's done, it's submitted to your

12    consultants to review.

13          The next step is that this

14    Legislature and its consultants must

15    determine that the Draft Environmental

16    Impact Statement, DEIS, contains

17    sufficient information on each of the

18    areas to be examined as to be complete

19    and ready for public review.  It is a

20    process that goes back and forth where

21    it's reviewed and only when you are

22    satisfied that there's enough information

23    in there to put it before the public, do

24    you make a determination that the DEIS is

25    complete and adequate for public review.

1

2          Once that happens, there is a

3     process for the public again, just like

4     they did with the scope, the public has

5     an opportunity to review and to comment

6     upon the DEIS that will typically be by

7     means of a DEIS hearing that will take

8     place. The public has an opportunity to

9     come in and speak their piece about the

10    DEIS, based upon their own review of the

11    DEIS.

12          After those comments are received

13    and a transcript of the comments from the

14    hearing is prepared and all written

15    comments are compiled that come in, they

16    will be provided to the Applicant and a

17    final environmental impact statement is

18    prepared; it's called an FEIS. What that

19    is is, it incorporates the Draft

20    Environmental Impact Statement, and it

21    also includes responses to all of the

22    substantive questions and comments that

23    have been raised during the hearing

24    process on the DEIS.

25          The FEIS will then be adopted or

1

2          issued by the Legislature. After that,

3          there'll be a period of time as what we

4          call a public consideration period, a

5          brief public consideration period for the

6          public to consider the FEIS and all the

7          answers that are given therein.

8              And then the final step of the

9          process is, the Legislature will be in a

10         position to issue what's called the

11         Findings Statement, which is the

12         culmination of the EIS process.  In that

13         statement, there will be very specific

14         findings as to each of the identified

15         potentially significant impacts and how

16         the Applicant is going to mitigate them,

17         if possible, or eliminate them, if

18         needed, and will also include any

19         conditions that might have to be imposed

20         to ensure that the proposed project will

21         be the least obtrusive when it comes to

22         environmental impacts.  That Findings

23         Statement also has to be adopted by the

24         Legislature at the end of the day.  When

25         that is issued, that will complete the

1

2          responsibilities of the Legislature with

3          respect to the SEQRA process. There will

4          be other agencies, obviously, beyond the

5          Legislature -- Oh, just one other thing.

6          Once that Findings Statement is issued,

7          the Legislature will be in a position

8          then, and only then, to authorize the

9          execution of the Long Term Lease. Until

10         then, we have to go through the process.

11         We have to thoroughly review the impacts.

12         It's going to take a while to do that.

13              When this Board issues its Findings

14         Statement, there are, obviously, as you

15         as you're aware, there are other agencies

16         involved besides the Legislature. For

17         example, there's going to have to be

18         zoning approvals issued by the Town of

19         Hempstead, because that's the

20         jurisdiction that the project lies

21         within. The Town of Hempstead will have

22         to issue approvals too. There are several

23         involved agencies and each of those

24         involved agencies before they issue their

25         own approvals, have to issue their own

1

2          separate Findings Statement.  That's what

3          they have to do as far as SEQRA goes.

4          Typically, they will use your Findings

5          Statement and go from there. They may

6          just adopt it verbatim or they may add to

7          it. But that's the process to get all the

8          approvals in place for this project at

9          the end of the day, not only your

10         approvals, but the approvals of the other

11         involved agencies.

12              So that's the whole process. If you

13         have any questions, I'll be happy to

14         address them.

15              PRESIDING OFFICER KOPEL:  Any

16         questions? Legislator Ferretti.

17              LEGISLATOR FERRETTI:  Thank you,

18         gentlemen, for your presentation.  It is

19         very informative. It sounds to me like --

20         correct me if I'm wrong -- the process

21         that we're about to proceed with is

22         essentially exactly what the Court

23         ordered us to do, correct?

24              MR. WAGNER:  Yes. The Court has

25         directed not only that and other

1

2      environmental review be done, but has

3      directed basically the Legislature to do

4      the review. It's not something that we

5      typically do, but the Court has directed

6      us to be the SEQRA big gun on this one.

7           LEGISLATOR FERRETTI:  Understood.  I

8      did see when looking through the slips of

9      those who are going to be speaking today,

10     that there are representatives from

11     Hofstra University that are here,

12     planning on speaking, and I would hope

13     that they would certainly address the

14     fact that we are proceeding exactly how

15     the Court ordered us to do that. We're

16     conducting a transparent environmental

17     review before making a decision.

18     Hopefully, they will address that and

19     they will also indicate whether or not

20     they are for this 27 year lease. And

21     quite frankly, if they're not, are they

22     looking to litigate the lease, which

23     provides no rights for the Sands to

24     develop anything but would put all the

25     workers that are currently employed there

1

2      out of work. And lastly, if they speak, I

3      hope to hear what their plans for

4      economic development are at the Hub.

5          LEGISLATOR GIUFFRE:  Thank you, Mr.

6      Presiding Officer.

7          Thank you for your presentation. I

8      have a few questions that I realize were

9      addressed in the Rules Committee, but

10     this is the Full Legislature.

11         So my question is, the SEQRA process

12     that began with the Town of Hempstead in

13     January, that was with the Town as

14     Lead Agency. Will that work be used in

15     this process or are we starting over

16     again?

17         MR. WAGNER:  I'm sure that we will

18     be reviewing whatever the Town has

19     already reviewed. We do have to go

20     through the process ourselves. That's one

21     of the fundamental things with SEQRA, is

22     that the Lead Agency is responsible for

23     administering the process and cannot

24     delegate that responsibility. It must

25     take it on itself, and certainly you can

1

2          use whatever information is out there to

3          inform yourselves throughout the process.

4          And I would expect that we and our

5          consultants will certainly review studies

6          and other analyses that were done as part

7          of the Town's review process, some of

8          which may still be valid.

9               LEGISLATOR GIUFFRE:  But the process

10         basically has to begin anew with us, the

11         Legislature, as the Lead Agency?

12              MR. WAGNER:  That's correct. Yes.

13         We've reset the clock on that. So you're

14         starting from scratch.

15              LEGISLATOR GIUFFRE:  All right.  You

16         already went through the timeline. Who's

17         paying the cost of the SEQRA process,

18         which includes any costs for consultants?

19              MR. WAGNER:  The SEQRA process, as

20         is typical, will be paid for by the

21         Applicant.  This is typical because most

22         municipalities have what we call pass

23         through legislation, which provides that

24         the Applicant must bear the costs of the

25         reviewing agency throughout the process.

```
 1

 2              LEGISLATOR GIUFFRE:  And during the

 3      SEQRA process, the timeline that you

 4      outlined, is it fair to say that there'll

 5      be public notice? Residents will be given

 6      notice of various hearings and

 7      opportunities to participate and comment?

 8              MR. WAGNER:  Yes.  We have very

 9      specific rules that we have to operate

10      under SEQRA.  There are all kinds of

11      notice requirements.  Just to give you

12      one example, when we finally reached a

13      determination that the DEIS is complete

14      and adequate for public review, we have

15      to provide notice of a public hearing on

16      that; there's a timeframe for doing that.

17      But the public is notified all along the

18      way. And as I say, they have multiple

19      opportunities to come forward and have

20      their opinions heard and considered.

21              LEGISLATOR GIUFFRE:  Thank you.

22              PRESIDING OFFICER KOPEL:  Okay.

23              We'll go straight to the public

24      comment section. All right.  We'll start

25      off with Matty Aracich.
```

```
 1
 2              Matty, good to see you again.
 3              MR. ARACICH:  Good evening, Mr.
 4         Presiding Officer, members of the
 5         Legislature. Joining me are two members
 6         of ASM, which are actually the people who
 7         are working at the Coliseum.
 8              The Building Trades and Labor stands
 9         in support of the SEQRA and the
10         continuation of the lease that goes to
11         Sands. The reason is both of these
12         individuals will go ahead and work there.
13         Behind me are those that are looking to
14         support Sands, those that know that the
15         economic development in this county is
16         the thing that will drive the county into
17         the future.
18              Look, we have to look at this
19         objectively, we understand. But we look
20         at something different. The Building
21         Trades model is something completely on
22         its own, which means we try to make
23         projects, we try to make sure they're
24         high class jobs with high class wages,
25         with the same with benefits, a retirement
```

1

2         job, security. That's what provided to

3         these individuals here. If we didn't go

4         ahead and move that lease forward, these

5         people would be out of a job. And it's

6         not just a job, it's a career, a career

7         they spent many years on having.  Four

8         hundred people would have those careers.

9         What do we do to replace them? Just to

10        swipe and it's gone. That's an

11        unconscionable action.

12            I look at this with a different

13        position. In Nassau County, there were

14        four parcels of land which didn't

15        generate any income for the County.

16        Number one Belmont; look what it's doing

17        now. Number two, you look at Long Beach,

18        which is a superblock; look what it's

19        doing now. Three, Cerro Wire; look what

20        it's doing now.  And then this one will

21        be the cream of the crop, because this

22        one is going to generate more income than

23        all of them. That's what's important.

24        Getting people from the disadvantaged

25        community into these jobs.  Make it so

1

2          everybody has an opportunity, not just

3          some. Making sure that those people who

4          want a job can have a job. Those people

5          that want to have a career can have a

6          career. They can retire here. And this is

7          going to be something that, aside from

8          the 8500 jobs that some of the projects

9          are going to create, that's why it's

10         important to move this lease forward.

11         It's imperative to make sure that you

12         have a fiscal responsibility for the

13         County.

14              We're looking at turmoil, what's

15         happening right now both in the world and

16         the United States' finances. This is

17         something where a company has come in,

18         moved with the community, moved with the

19         people in the community, the faith

20         groups, the MBE, the WMBEs, the SDVOB,

21         all of these people who want to have this

22         opportunity to want to live home, to want

23         to not have to travel into the City or

24         farther east.

25              Look, it's imperative that all the

1

2          things we do, we do together. Together is

3          the only way we make it here. I've said

4          before, it's unconscionable if someone

5          makes a move to go ahead and stop this

6          because it's a vote against labor. At the

7          last committee meeting, you heard

8          opposition for Sands, and I said, if

9          there were 400 professors that were going

10         out of work, I'd fight for them too. And

11         the only vote against this was from your

12         minority leader, and that's

13         unconscionable.

14              MR. STANTON:  For the record, the

15         rest of us respect your time. We won't be

16         speaking. Thank you for your service.

17              MR. ARACICH:  Thank you very much.

18              PRESIDING OFFICER KOPEL:  Carline

19         Reimers.

20              (Whereupon, no verbal

21              response.)

22              PRESIDING OFFICER KOPEL:  Patrick

23         Dowden.

24              (Whereupon, no verbal

25              response.)

```
 1
 2                PRESIDING OFFICER KOPEL:  Brian
 3          Nigro.
 4                     (Whereupon, states for
 5                Sands, declines to speak.)
 6                PRESIDING OFFICER KOPEL:  Halima
 7          Owens.
 8                     (Whereupon, states for
 9                Sands, declines to speak.)
10                PRESIDING OFFICER KOPEL:  That
11          works. Thank you.
12                Robert Wilson.
13                     (Whereupon, no verbal
14                response.)
15                PRESIDING OFFICER KOPEL:  Deborah
16          Izzo.
17                     (Whereupon, states for
18                Sands, declines to speak.)
19                PRESIDING OFFICER KOPEL:  Thank you.
20          Diane Motherway.
21                     (Whereupon, no verbal
22                response.)
23                PRESIDING OFFICER KOPEL:  Julie
24          Cody.
25                     (Whereupon, no verbal
```

NC FULL LEGISLATURE 08.05.2024

1

2          response.)

3          PRESIDING OFFICER KOPEL: Ed Carr.

4              (Whereupon, states for

5          Sands, declines to speak.)

6          PRESIDING OFFICER KOPEL:  Ida

7     Palmeri.

8              (Whereupon, no verbal

9              response.)

10         PRESIDING OFFICER KOPEL: Ray Goger.

11             (Whereupon, states for

12         Sands, declines to speak.)

13         PRESIDING OFFICER KOPEL:  Thank you.

14    Chris Jacobs.

15         MR. JACOBS:  Thank you. Good

16    evening. Chris Jacobs, local Uniondale

17    resident. Hi.

18             As a Uniondale resident, I have many

19    questions and concerns regarding the

20    SEQRA review and lease transfer in

21    relation to the Nassau Coliseum site.

22             As stated before, Uniondale, along

23    with Hempstead, Roosevelt, New Cassel,

24    and Freeport have all been identified by

25    the New York State Department of

1

2          Environmental Conservation as

3          disadvantaged communities. The New York

4          State DEC has concluded that these

5          communities are burdened with an

6          excessive amount of air pollution,

7          primarily caused by high vehicle traffic,

8          leading to higher than normal asthma and

9          respiratory illness rates among youths

10         aged 0 to 17 years old who reside in

11         these communities.

12             Nassau County is burdened with daily

13         gridlock due to inadequate road networks,

14         substandard public transit options, and

15         restrictive highways. Many areas,

16         including Nassau Coliseum site, have been

17         labeled transit deserts due to the sparse

18         public transit options, making it

19         mandatory to commute to and from these

20         locations primarily by personal vehicle.

21             The closest highway to the Coliseum

22         site is the Meadowbook Parkway, which

23         prohibits commercial vehicles, including

24         large trucks and busses, from traveling

25         on them. The result is all trucks and

1

2       busses traveling to and from the Coliseum

3       site must utilize our smaller local

4       roads, which traverse through our

5       residential communities, adding to our

6       already overburdened roads.  It is

7       projected that this proposed project

8       would add 30,000 plus vehicles daily to

9       our roadways.

10          Finally, Uniondale is still awaiting

11      its two public town hall meetings hosted

12      by elected officials, as required by the

13      New York State Gaming Commission. To

14      date, Uniondale has had zero public town

15      hall meetings with residents to inform

16      and answer questions regarding this large

17      scale proposal to potentially be in place

18      in our community.

19          A question I have that has yet to be

20      answered is, how does adding 30,000 plus

21      more vehicles daily to overcrowded roads

22      mitigate our air pollution crisis,

23      particularly in identified disadvantaged

24      communities, as well as alleviate our

25      daily gridlock burning plaguing Nassau

1

2      County?

3           Have a great evening.

4           PRESIDING OFFICER KOPEL:  Thank you.

5      Richard Catalano.

6           MR. CATALANO:  There are ten members

7      of this Legislature who are attorneys,

8      and I would like to address you. You have

9      a special responsibility to uphold our

10     laws.

11          Last year, this Legislature approved

12     the lease with Sands that despite

13     numerous statements from us, the

14     opposition, that it required

15     environmental review, you went forward

16     and did it anyway, and, obviously, the

17     courts agreed with us.

18          Unfortunately, the County is

19     starting over with a new lease agreement

20     that also will not survive a court

21     challenge. There are a number of reasons

22     for it:

23          The lease agreement is for 42 years,

24     rather than a much shorter period, if the

25     sole objective was to save union jobs for

1

2          at least two years;

3                  The payments for the first three

4          years are referred to as transition

5          payments. Obviously, it's transitioning

6          to a casino lease to anybody who reads

7          the lease;

8                  The amount of the transition

9          payments don't make economic sense if you

10         read the lease. You cannot sign a lease

11         if you don't understand the underlying

12         economics, it's Law 101;

13                 LVS also has the ability to transfer

14         the lease without the approval of the

15         County for 42 years. You're giving them

16         control of the property for 42 years;

17                 They can make it go dark in two

18         years and let it be abandoned for ten

19         years until maybe there's another

20         referendum to build another casino.

21                 Clearly, Las Vegas Sands believes

22         that this lease will not survive a court

23         challenge. They recently launched a very

24         offensive PR campaign against Hofstra

25         University, a Long Island institution

1

2          since 1935, an institution that has

3          enriched the lives of hundreds of

4          thousands of Long Islanders, including

5          Legislators Bynoe, McKevitt, Ferretti,

6          Davis, Gaylor and our favorite one,

7          DeRiggi-Whitton, including myself, who

8          attended Hofstra in 1982.

9              *Newsday* just reported that it's

10         going to be a six figure digital ad

11         campaign attacking Hofstra. It is

12         absolutely the height of hypocrisy for

13         this corporation that's been lobbying all

14         of you to knock down the Coliseum, and

15         eliminate the 400 jobs. Now they want to

16         blame Hofstra for the problem; it's

17         obscene.

18             I only ask, as attorneys, that the

19         ten of you must maintain the integrity

20         and the competence of our legal system.

21         None of you should be voting for a lease

22         that is probably going to be determined

23         to be illegal.

24             And finally, I'll leave you with one

25         thought. Don't just stand by and let this

1

2      out-of-state casino company attack our

3      local university, Hofstra. It's unfair.

4      It's inappropriate. And none of you who

5      stood up for that university.

6          And don't let them divide us. They

7      want to divide us. They want to pit union

8      construction workers against us concerned

9      residents. That's wrong. We are all here

10     to maintain the quality of life in Long

11     Island and make Nassau County better for

12     future generations. They have come here

13     for one reason:  To increase their bottom

14     line by hundreds of millions of dollars.

15     And they'll do that by taking out $2

16     billion a year in gambling losses. This

17     is bigger than taxes and jobs, guys. You

18     have to hold town halls with your

19     constituents. You have to listen to the

20     big picture. Let's move forward.

21          Thank you for listening.

22          PRESIDING OFFICER KOPEL:  Thank you.

23     Terry Coniglio.

24          MS. CONIGLIO:  My name is Terry

25     Coniglio and I'm speaking on behalf of

1

2       Hofstra University.

3            The proposed lease agreement between

4       Nassau County and Las Vegas Sands for the

5       operation of the Nassau Coliseum, the

6       Operating Lease, must be viewed in tandem

7       with the terms sheet for the second lease

8       for the casino development of the

9       Coliseum site, the Casino Lease. These

10      two leases work together to benefit Las

11      Vegas Sands at the expense of Nassau

12      County residents, current and future. To

13      review and process them separately is

14      segmentation and goes against the New

15      York Supreme Court decision from last

16      November.

17           Las Vegas Sands has been operating

18      the Coliseum property since November of

19      2023. As Hofstra stated previously, we

20      appreciate and support the ongoing

21      operation of the Coliseum in the same

22      manner as has been occurring until a

23      resolution is reached regarding the long

24      term development of the Nassau Hub.

25           The jobs of those employed at the

 1

 2          Coliseum are not dependent on the lease

 3          to Las Vegas Sands. All that is needed is

 4          an Operating Agreement, like the one

 5          under which Sands is currently operating

 6          the Coliseum.

 7               The Operating Lease at issue is not

 8          for the purpose of maintaining jobs.

 9          Rather, it is a precursor to and

10          contemplates the development of a casino

11          at the Nassau Hub. The 42 year term of

12          the proposed lease would foreclose the

13          possibility of any long term development

14          of the Coliseum by anyone other than Las

15          Vegas Sands.

16               Notably, the lease gives Sands the

17          option of shutting down after two years,

18          which could put Coliseum employees jobs

19          at risk.

20               Likewise, rent of $10 million per

21          year is excessive for simply running the

22          Coliseum in its current state. Instead,

23          this amount reflects the substantial

24          value to Las Vegas Sands of having site

25          control over this county property for its

1
2      proposed casino and development. Control
3      of the property allows them to promote
4      its proposed casino development on County
5      property, and apply for New York State
6      casino license next spring.
7           Here, Nassau County and Las Vegas
8      Sands have made clear their intentions to
9      proceed with a massive casino and
10     development of the Nassau Hub and have
11     already negotiated a terms sheet and
12     drafted the Casino Lease to carry out
13     this plan. The Operating Lease is simply
14     the first step. There is no other reason
15     that Sands has an interest in running the
16     Coliseum than to be in a position to bid
17     for a casino license from the New York
18     State.
19          We urge members of the Legislature
20     to review the Operating Lease as part of
21     SEQRA review for the full development of
22     the Coliseum. The County should conduct a
23     full SEQRA review of the Operating Lease
24     and issue a positive declaration under
25     SEQRA. To do otherwise, to treat the

1

2          Operating Lease as an independent lease

3          is improper segmentation under SEQRA.

4               Hofstra remains adamant that the

5          location is not appropriate for a casino.

6          Let's together consider what proposals

7          would best bolster the long term,

8          inclusive and sustainable economic growth

9          of this region and ensure our children's

10         future.

11              Thank you for your consideration.

12              PRESIDING OFFICER KOPEL:  Valerie

13         Fitts.

14                   (Whereupon, no verbal

15                   response.)

16              PRESIDING OFFICER KOPEL:  Gina

17         Farese.

18                   (Whereupon, no verbal

19                   response.)

20              PRESIDING OFFICER KOPEL: Giorgio

21         Citrus.

22                   (Whereupon, no verbal

23                   response.)

24              PRESIDING OFFICER KOPEL: Jeanne

25         Goldsmith.

```
 1

 2

 3                    (Whereupon, no verbal

 4                    response.)

 5                    PRESIDING OFFICER KOPEL: Dolores

 6          Rome.

 7                        (Whereupon, no verbal

 8                        response.)

 9                    PRESIDING OFFICER KOPEL: Alexandra

10          Arso.

11                        (Whereupon, states for

12                        Sands, declines to speak.)

13                    PRESIDING OFFICER KOPEL:  Thank you.

14          Richard Williams.

15                    MR. WILLIAMS:  Long day for you

16          folks and I appreciate your time. I just

17          wish this had occurred about 6 or 7 hours

18          ago. Seems it was a little bit greater

19          importance than what it is being given

20          right now.

21                    I approach the podium with a lot of

22          doubt.  Frankly, I doubt that many of you

23          are going to listen to this appeal, but

24          I'll make it anyway.

25                        The voters, the facts, the
```

1

2      environment and the law just don't seem

3      to matter to most of the people on the

4      dais.  This is an action. This an action

5      as defined by the statutes.  It's part of

6      an overall plan. It's sequestration on

7      steroids. It makes what we did a couple

8      of months ago look like a baby's rattle.

9      It's nothing compared to what you're

10     trying to do now.

11         On the environment, I've heard this

12     story from what you're going to do. I

13     have serious questions about how it's

14     going to be done, but this is a severe,

15     severe impact.

16         It is incredulous to me to hear

17     OSPAC saying there's going to be no

18     impact from this effort by Sands. Again,

19     I'm incredulous, but the OSPAC hearing,

20     there were 292 comments; 289 were against

21     Sands, three were for.  Did anybody

22     listen? I don't think so.

23         Voters, this is personal.  All of

24     you get elected. All of you up for

25     election in about 18 months, 16 months.

1

2          This is a call to do what's right, not

3       what's expedient. This is a call to do

4       what's best for this County.

5          I personally feel that the Sands has

6       pitted the unions against other people.

7       No one in this room is against the

8       unions. Everyone wants jobs. Everybody

9       wants good jobs. Everybody wants it done

10      well.

11         As Mr. Catalano said, $2 billion

12      pulled out of our economy. Where is it

13      going to come from? Who is it going to

14      come from? It's going to come from the

15      people in this county. I've lived here

16      for most of my life. I've lived in this

17      county and I have five children who live

18      in this county. I have 17 grandchildren

19      who live in this county. It would be nice

20      to think that it had a future. If you go

21      ahead with Sands, you are destroying

22      their future. You are destroying their

23      future as certain as as if you put a

24      stake in their heart. This is not going

25      to be good for us. Find another answer.

1

2              Table this. Find another answer.

3                   Thank you for your patience.

4                   PRESIDING OFFICER KOPEL:  Jeffrey

5         Herskovitz.

6                      (Whereupon, no verbal

7                      response.)

8                   PRESIDING OFFICER KOPEL: Mariam

9         Hamicalse.

10                     (Whereupon, no verbal

11                     response.)

12                  PRESIDING OFFICER KOPEL: Utao

13        Flores.

14                     (Whereupon, no verbal

15                     response.)

16                  PRESIDING OFFICER KOPEL: Chris Rosa.

17                     (Whereupon, no verbal

18                     response.)

19                  PRESIDING OFFICER KOPEL: Peggy Volz.

20                     (Whereupon, no verbal

21                     response.)

22                  PRESIDING OFFICER KOPEL: Barbara

23        Kane.

24                  MS. KANE:  Good evening, members of

25        the Committee. My name is Barbara Kane.

1

2          I'm a local East Meadow resident.

3      Professionally, I'm a local realtor. I'm

4      also a certified financial planner. I'm

5      no stranger to finance.

6          So we're giving or considering a 42

7      year Operational Lease to Las Vegas

8      Sands. We're considering a 99 year

9      redevelopment lease to Las Vegas Sands.

10     Business 101, clearly, this sounds like a

11     monopoly to me.

12          In addition, local businesses will

13     be crushed. Where's our sense of

14     community? Where's our compassion? What

15     is happening to Nassau County? Real

16     estate values will be impacted and real

17     estate values will be impacted

18     negatively.

19          Now I understand the union leaders

20     want jobs. I agree. We all want to work.

21     We all need to pay our taxes. But we pay

22     taxes to live in Long Island, to live in

23     suburbia. And if we have this massive

24     casino take place, Long Island will

25     become a Queens. And Queens is different

1

2      tax bracket than Long Island. What are we

3      paying our taxes for?

4          I believe in capitalism. I believe

5      in jobs. But I think Nassau County can do

6      better. I think we can do better than a

7      casino. Maybe affordable housing, maybe a

8      hospital, maybe senior housing. I don't

9      have all the answers, but it just seems

10     to me building a casino of this magnitude

11     is going to change the landscape

12     considerably.

13         Have you driven on Hempstead

14     Turnpike lately? What is that going to

15     look like once we have this new casino in

16     place?

17         The casino is going to rob us of our

18     community. The casino is going to rob us

19     of generational wealth in our real estate

20     values. Generational wealth that we could

21     leave to our children. Generational

22     wealth that we could lead to our

23     grandchildren. I think that's not really

24     being addressed here.

25         Given the fact that I live in the

```
 1
 2          local community of East Meadow, there's
 3          also a very large Muslim population, and
 4          I don't think they like to gamble and
 5          drink. So are we really addressing all
 6          the different communities that are living
 7          in Long Island? I urge you to reconsider.
 8          Thank you.
 9              PRESIDING OFFICER KOPEL:  Luis
10          Vazquez.
11                  (Whereupon, no verbal
12                  response.)
13              PRESIDING OFFICER KOPEL: Brad
14          Thompson.
15                  (Whereupon, no verbal
16                  response.)
17              PRESIDING OFFICER KOPEL:  Jeremy
18          Joseph.
19              MR. JOSEPH:  My name is Jeremy
20          Joseph. I'm a resident of Hicksville.
21          We've been having this hearing over and
22          over again. Pro Casino; anti casino. What
23          gets lost in the mix is the nature of the
24          casino support. Everyone speaking in
25          favor of Las Vegas Sands are being paid
```

1

2      to do so. If you're not being paid, I

3      have bad news for you; you're a sucker.

4      This is $1 billion corporation built on a

5      predatory business model and famous for

6      gross labor violations, and now they've

7      come to Nassau asking for a handout in

8      the form of the Coliseum property.

9          Now, what could we possibly doing

10     with this property? Over the last decade,

11     no area in this country has created fewer

12     new housing units than Long Island --

13     sorry, in the northeast region. We have a

14     housing shortage, and when there is a

15     shortage of housing, existing homes

16     become more expensive.

17         Over 50% of New Yorkers cannot

18     afford their monthly housing costs.

19     People are moving away from Long Island

20     and en mass because they can't afford to

21     live here. This is by far the number one

22     problem we are facing here. We have

23     public control of one of the largest

24     properties in central Nassau County; near

25     universities and community colleges, no

```
 1
 2          less. One that is clearly in need of
 3          development. One that is already in the
 4          middle of a suburban environment. I'm not
 5          naive enough to trust Las Vegas Sands'
 6          alternate proposals of housing
 7          development. Las Vegas Sands is not in
 8          the business of housing people, they
 9          bankrupt them.
10              Statewide, there is a growing
11          movement to address this housing crisis.
12          And a solution that's gaining popularity
13          is social housing. Social housing in the
14          form of limited equity cooperatives or
15          permanently affordable rentals would be
16          the perfect use of this publicly
17          controlled property. Imagine affordable
18          housing for the middle class for senior
19          citizens. Imagine a rent that is no more
20          than 25% of your income.
21              You want to talk about union labor?
22          If granted a casino license, the Las
23          Vegas Sands is promised only a year and a
24          half of union labor for the construction
25          phase. Then what? The operations
```

1

2        workforce, which will be long term, has

3        no such assurances. We can do better for

4        our brothers and sisters in labor. This

5        social housing legislation would ensure

6        that these housing developments would

7        only use union labor. That's a lot of

8        good work for a long time. I'd much

9        rather our friends in labor take pride in

10       housing our community and their own

11       families instead of building a casino

12       that would exploit them.

13           And that's the saddest part of all

14       this. This property represents an

15       incredible opportunity to help Nassau

16       County. Instead, we're seeing the lack of

17       imagination from those on the dais. We're

18       seeing our politicians take some of our

19       poorest communities and setting them up

20       to be cheap labor for $1 billion

21       corporation. Do not approve this lease.

22           PRESIDING OFFICER KOPEL:  Luis Bedo.

23           (Whereupon, no verbal

24       response.)

25           PRESIDING OFFICER KOPEL: Patty

1

2          Harris.

3                MS. HARRIS:  Hi, I'm Patty Harris.

4          Uniondale.  I've been living in Uniondale

5          for about roughly 40 years, and I'll be

6          60 soon. So I would like to say, this

7          change for a casino to be here is what

8          you would say is one of those brain fart

9          thoughts, I think, because I cannot

10         believe to have kids that are going to

11         college and then you have elementary kids

12         to high school, you've got private

13         schools, you have the public schools

14         around there, to even think of, to put a

15         casino there. Just because your last

16         meeting that you had, all you kept

17         hearing was dollar, dollar, dollar. You

18         know, sometimes you can't buy everything.

19              We have a lot of people in Uniondale

20         who state they do not want it. You have

21         not even sat down with us. The County

22         Executive has not even come to our

23         community. He don't even come to our

24         community when it's election time. So why

25         would we trust him enough to want a

1
2       casino there?
3            I understand that he has a relative
4       that is a part of the casino. We had a
5       former legislator, Legislator Abrahams,
6       who did step down from when it was time
7       to speak. He gave the gracious way of
8       saying that he could not speak because he
9       had a relative himself there. But the
10      County Executive is making sure that this
11      location for a casino is available for
12      all types of, I say, crime. I do not want
13      prostitution, kids' trafficking. I do not
14      want -- even Jake 58 they had an issue
15      and Jake 58 is much smaller than that. So
16      because if Jake 58 is smaller, how much
17      crime you think will come with a bigger
18      casino?
19           Now, I was at Nassau Community
20      College, my daughter graduated and I had
21      a pleasure of being there to watch her
22      graduate, but I also had a pleasure to be
23      there when they booed our County
24      Executive for even announcing the casino.
25           I feel that a casino is not the

1

2       right place. We're not a destiny (sic)

3       location. The Hamptons, the Shinnecock

4       Reservation is a destination of Long

5       Island. And I speak for the late

6       Commissioner Melvin Harris, Jr. Because

7       that was my husband.

8              PRESIDING OFFICER KOPEL:  Thank you.

9       All right. Elizabeth Nabet.

10             (Whereupon, no verbal

11             response.)

12             PRESIDING OFFICER KOPEL: Karen

13      Rierdan.

14             MS. RIERDAN:  Good evening. I'm

15      calling upon the Legislature to table

16      your vote on the site control and

17      Operation Lease to Las Vegas Sands until

18      an environmental impact statement is done

19      and a SEQRA review is complete.

20             This isn't about how you feel about

21      the casino or saving jobs, it's about

22      following the law. SEQRA law requires

23      elected officials and the public to fully

24      understand the project's impacts before

25      you are asked to approve the lease. And

1

2          we know this now, because last fall, the

3          courts ruled the lease with Las Vegas

4          Sands was illegal due to segmentation and

5          they annulled the lease.

6               What I never understood was how the

7          County brought an illegal contract up for

8          vote in the first place. Don't you have

9          to follow the laws? Don't you have legal

10         counsel to advise you on these matters?

11         How did all of you besides Legislator

12         DeRiggi-Whitton approve this illegal

13         contract? I mean, many of you are

14         attorneys and the caucus is advised by

15         attorneys. So how did this ever happen?

16              But that was then and this is now.

17         So here we are again, now. And I

18         understand segmentation now because it's

19         not that difficult. You are here once

20         again being asked to vote on a contract

21         without understanding its full impacts.

22         Stating that this 42 year lease is not

23         for a casino does not absolve the need

24         for a full environmental impact

25         statement. It's still required.

```
 1

 2              To force you to take a vote today

 3        without understanding the full impact of

 4        tying up 72 acres for 42 years without

 5        this study is, quite frankly, a waste of

 6        taxpayer money at risk again for being

 7        found to be in violation of this required

 8        SEQRA act. It's unfair and illegal for

 9        the County to put you in a position where

10        you may have to explain to us, your

11        constituents, why you made an

12        irresponsible, uninformed decision to tie

13        up one of the County's prime properties

14        for 42 years without having the required

15        information. If you approve the 42 year

16        lease today, how will you explain your

17        vote to your constituents again, if it's

18        determined it's an illegal contract and

19        you knowingly approved it?  How will you

20        explain why you made this informed

21        decision to approve this project despite

22        the knowledge of segmentation?  Or the

23        possibility of the SEQRA review comes

24        back a year from now, and it reveals

25        numerous impacts which can't be
```

```
 1
 2          mitigated; how do you then explain any of
 3          this when the laws require that you
 4          should have known this before taking your
 5          vote?
 6              I'm asking you to table your vote on
 7          the lease until you can make an informed
 8          decision by legally requiring an EIS.
 9          Specifically, I call upon my
10          representative, Legislator Mazi Pilip, to
11          show leadership now at a time when your
12          constituents desperately need to hear
13          your voice. Please table your vote. Don't
14          let the County in Las Vegas Sands
15          pressure you to relinquish your
16          responsibility to follow the law. We
17          elected all of you to be courageous
18          leaders, not complicit followers.
19              Thank you.
20              PRESIDING OFFICER KOPEL:  Dwayne
21          Hucolesh.
22              (Whereupon, no verbal
23              response.)
24              PRESIDING OFFICER KOPEL: Lynn Krug.
25              MS. KRUG:  Good evening. It's been a
```

1

2      long day. When I printed my letter this

3      morning, I said, good afternoon. Now it's

4      past my bedtime.

5           Anyway, thank you for giving me this

6      opportunity to speak. If you need an

7      example of the corrosive effect that this

8      casino project will have on our

9      community, you need only to see the toxic

10     rhetoric that's already been aimed at

11     casino opponents and at Hofstra

12     University.

13          In recent hearings, Hofstra actions

14     on behalf of their students and the

15     community by calling out county

16     leadership for not following the law,

17     have been called a scorched earth policy

18     and dangerous.

19          In recent news articles, Hofstra's

20     actions have been called bullying and

21     accused opponents of using arguments with

22     racist and classist undertones. Let's not

23     forget the County Executive's personal

24     attacks and baseless accusations against

25     Hofstra's President. Even LV Sands is no

 1

 2          longer content to let others take the low

 3          road joined in with digital ads to say

 4          that Hofstra University doesn't care

 5          about our community.

 6              For 90 years, Hofstra has been an

 7          integral and contributing member of the

 8          County and the town, a longstanding

 9          institution of which we can all be proud.

10          Tens of thousands of students, many of

11          them were in this room earlier today,

12          have had their lives lifted by their

13          education and experiences there.

14              On the other hand, LVS Sands showed

15          up just two years ago with a plan for the

16          country's second largest casino, because,

17          as their spokesperson said, they like the

18          demographic.

19              Reminder to everyone the money that

20          LV Sands will be spending in the

21          community is a lot less, a lot less than

22          the money they'll be taking from the

23          community.

24              I'm grateful to Hofstra for ensuring

25          accountability, for sticking to the

1

2          facts, for protecting their student body,

3          and for taking the high road while doing

4          it. No name-calling, no accusations of

5          racism. Remember, their legal actions

6          would not have been successful if our

7          county was doing the right thing.

8               This very building that we sit in

9          tonight was named for the great

10         Republican Teddy Roosevelt. His statue

11         stands outside. We don't have to guess

12         how Teddy would have felt about this. He

13         already told us. He decried all types of

14         gambling to be pernicious, a word not

15         commonly used today. It means destructive

16         and poisonous. I'd say that Teddy had it

17         right. Remember when you cast your votes

18         on this project, Teddy is going to be

19         looking at each of you every time you

20         enter and leave this building.

21              Thank you.

22              PRESIDING OFFICER KOPEL:  Lina

23         Vivas.

24              (Whereupon, no verbal

25              response.)

1

2          PRESIDING OFFICER KOPEL: George

3     Krug.

4               (Whereupon, no verbal

5          response.)

6          PRESIDING OFFICER KOPEL: Helen

7     Matines.

8          MS. MATINES:  Well, I just have to

9     say that as a community leader, I've

10    always met a lot of people who leave here

11    in Nassau County and travel to New Jersey

12    and Connecticut and other places to visit

13    casinos, and they go there regularly,

14    many of them. There's gambling all over

15    the United States. We have to get used to

16    that. Whether you like it or not. You

17    don't have to do it if you don't like it.

18          So why not have a casino here and we

19    can leave that money here on Long Island

20    instead of sending our residents out to

21    other places to spend it?  It's entirely

22    up to you to do it. It's not like we're

23    holding the gun to anybody's head.

24          But anyway, for people who did not

25    enjoy casinos, as I said, don't come. But

1

2         there are plenty who come and spend money

3         here from other places. And add that to

4         our taxes being everyone's always crying

5         about taxes, that's what it's all about;

6         well, here's a big help. I just hope you

7         give it a little more, thought. And for

8         those who don't like it, you don't have

9         to come. That's the bottom line.

10            PRESIDING OFFICER KOPEL: Thank you.

11        Alison O'Brien Silva.

12            MS. MATINES:  One more thing about

13        Hofstra. I have a child that went to

14        Hofstra, and he's 45 years old. And there

15        was plenty of gambling going on there at

16        that time.

17            PRESIDING OFFICER KOPEL:  Alison

18        Silva.

19                (Whereupon, no verbal

20                response.)

21            PRESIDING OFFICER KOPEL: Patricia

22        McNeill.

23                (Whereupon, no verbal

24                response.)

25            PRESIDING OFFICER KOPEL: Steve

1

2      Ralston.

3          MR. RALSTON:  Thank you. I'm Steve

4      Ralston from Baldwin.

5          Gambling is the new tobacco.

6      Gambling was never good for any

7      community. Despite the promises of new

8      found revenue, the sellers are the only

9      ones making money. It all started with a

10     lie. We were told by our governor, Andrew

11     Cuomo, in 2013 and now by Governor Hochul

12     and Bruce Blakeman, that legalized

13     gambling will lower taxes, funds public

14     education and the MTA and help the

15     overall budget. This has not happened

16     upstate; it will not happen here.

17         When we were children, one simple

18     rule we were taught is do not accept

19     candy, ice cream or money from strangers.

20     They want something more. Now, LV Sands,

21     the stranger, is offering soccer clinics,

22     lawnmowers for little leagues, cash to

23     legislative districts, and $54 million an

24     upfront rental payment for our

25     underutilized Nassau Coliseum. They want

1

2       something more, and we will regret it if

3       they get it. A shiny new casino in this

4       peaceful county.

5           Governors Cuomo and Hochul failed to

6       tell us of:

7           1. The economic damage. Casinos

8       create $3 in social costs for every $1

9       they bring in. Casino revenues are always

10      overestimated and offer low skilled jobs,

11      which hinders economic growth.

12          2.  The environmental damage:  To

13      our lungs when 23,000 extra visitors

14      arrive each day, and that congested area.

15          To our water when they draw an

16      additional 875,000 gallons of water each

17      day from our already stressed aquifer.

18          To our air. This is the hottest year

19      ever recorded. They want to run lights,

20      machinery, air conditioning, 24/7 to heat

21      up an already overheated Hub. Let's see

22      the environmental impact statements

23      first.

24          Then there is the human cost. When

25      problem gamblers and addicted gamblers

```
 1
 2          drag their families down.
 3               And to our towns where our
 4          restaurants, hotels and clubs will have
 5          to compete with the shiny new
 6          playgrounds.
 7               This casino won't be so attractive
 8          in three years when the novelty wears
 9          off. They say, don't look at Atlantic
10          City, it won't be like that; it will.
11          There is not a good ending for casinos in
12          a residential area and across the street
13          from two universities. Home values will
14          decrease for miles around, crime will
15          increase, gambling addiction will
16          increase.
17               Gambling is the new tobacco. It all
18          started with a lie. Now we know we do not
19          need a casino for a healthy economy. A
20          casino will wreck our environment, our
21          family, health and our peaceful way of
22          life in Nassau County.
23               Thank you.
24               PRESIDING OFFICER KOPEL:  Jason
25          Abeloff.
```

```
 1

 2

 3                    (Whereupon, no verbal

 4              response.)

 5              PRESIDING OFFICER KOPEL: Pearl

 6         Jacobs.

 7              MS. JACOBS:  In my research I came

 8         across this very well written letter

 9         concerning casinos in Nassau County.

10              "January 7th, 2015. Dear Presiding

11         Officer Gonsalves, as you are no doubt

12         aware, the Board of Directors of the

13         Nassau County Off Track Betting

14         Corporation has recently announced plans

15         to construct a large casino at the former

16         Fortunoff site in the heart of Westbury.

17         As we understand it, this casino project

18         will feature as many as 1000 video

19         lottery terminals, essentially high tech

20         slot machines, including gaming tables

21         for possibly higher stakes games of

22         chance. The casino may even have the

23         option of operating throughout the

24         evening and into the early hours of the

25         morning.
```

1

2      Moreover, although located at a

3  former retail site, the casino would be

4  in close proximity to a number of quiet

5  residential neighborhoods.

6      In my opinion, it cannot be denied

7  that such a gambling facility and the

8  kind of activity it will inevitably

9  attract, seriously threatens the family

10  oriented quality of life in Westbury and

11  the surrounding communities. Yet,

12  distressingly, there is no indication

13  that the OTB Board has given the

14  slightest consideration to the interests

15  of our residents.

16      On the contrary, the Board has

17  attempted to push through this highly

18  controversial casino project behind

19  closed doors with no transparency or

20  public participation, apparently in an

21  effort to avoid public scrutiny and

22  community opposition.

23      In my view, it is clear that the

24  prospect of generating large scale

25  gambling revenue for itself in the county

1

2      has binded the OTB Board to the

3      well-being of its neighbors and to the

4      greater good of the community.

5          I strongly believe that through its

6      irresponsible actions, the OTB Board has

7      forfeited the trust and confidence of the

8      Legislature and should be removed. I,

9      therefore, urge you to support a

10     resolution immediately terminating and

11     replacing the current OTB Board members.

12         Understand that this is not a

13     partizan attempt to alter the political

14     composition of the Board. In fact, I

15     pledge to you that I will personally

16     support and urge my colleagues in the

17     Minority Caucus to likewise support any

18     board appointees put forth by the

19     Majority, regardless of party

20     affiliation. But I make this proposal in

21     two essential conditions. Any appointed

22     proposed by the Majority must publicly

23     comment on the record to call a halt to

24     the proposed placement of the casino at

25     the Westbury site; and, two, the site

1

2      eventually selected, if any, must be

3      chosen through an open, transparent

4      process with the opportunity for

5      significant public participation as

6      opposed to the current process, which has

7      effectively disenfranchized tens of

8      thousands of county residents who will

9      bear the brunt of the impact of the

10     casino.

11          Finally, given all that is at stake

12     here, I believe that a resolution

13     replacing the Board should be placed on

14     the Full Legislative Calendar for January

15     26th, 2015 and acted upon by emergency if

16     need be.

17          Sincerely, Siela A. Bynoe,

18     Legislative District 2."

19          Legislator Bynoe, what change your

20     perspective regarding casinos being

21     placed in your legislative district?

22     Crickets. Thank you.

23          PRESIDING OFFICER KOPEL: Caprice

24     Rines.

25               (Whereupon, states for

```
 1
 2                Sands, declines to speak.)
 3                PRESIDING OFFICER KOPEL:  Thank you.
 4       Eric Rucker.
 5                Is there anyone who wants to speak
 6       on this on the casino who did not have a
 7       slip into this?
 8                   (Whereupon, clarification of
 9                   speakers.)
10                MS. REIMERS:  Good evening. I don't
11       know. Every time I come here, I'm lost.
12       My issue is you guys have a minority side
13       and the majority. The majority side is
14       acting like you are dictators.
15                PRESIDING OFFICER KOPEL:  I'm sorry
16       to interrupt you, we won't take away your
17       time. Please state your name for the
18       reporter.
19                MS. REIMERS:  My name is Colleen
20       Reimers.  And I live in Uniondale for 31
21       years. And when I moved here, that is
22       never my intention to retire somewhere
23       else.  Apparently, you guys are going to
24       force me to do it because I'm living five
25       blocks from the Nassau Coliseum.
```

1

2          Back to you guys, the way you
3     operate. I come from Haiti. I know what
4     dictatorship is about. When you guys are
5     operating here, this is exactly like the
6     way Duvalier used to do it. Because you
7     guys don't give them no chance to
8     negotiate anything. This is America.
9     That's why I came. That's why I left my
10    country to come here. But right here, the
11    way you guys act, it's like you're acting
12    like, oh, so what? Oh, no. We're going to
13    go with it. They're asking you guys
14    today, let's go over it.  No. But what is
15    this? What is this? That's not the way
16    it's supposed to be. And that's what
17    makes the country going down. And you
18    guys have a country that is the envy of
19    everybody around the world. And if you
20    guys keep playing game, you're going to
21    be like everybody else, because your
22    system is a system -- everybody loves
23    that system. But lately the way you guys
24    are operating, you're bringing the system
25    down. If you can take my word for it,

1

2      change it. You guys are not treating them

3      fairly. Because all they're asking for is

4      meeting. All the asking for is reconsider

5      something. No, it's not going to happen.

6          And by the way, when it come to the

7      casino, even Sands come and put a

8      proposal here. Fine, it's a business.

9      I've been working on Wall Street for so

10     long, that's fine. The business, that's

11     what they want. They want their own

12     interest. Fine. But when they come and

13     ask you guys to put a casino at the

14     Coliseum when we have a cancer hospital

15     right there, you guys don't know what it

16     is for somebody to have cancer?  So

17     they're going to lay taking their

18     chemotherapy treatment and then the

19     casino will be playing. You guys don't

20     have no empathy for nobody. Come on guys.

21     You guys can do better. Do better than

22     that okay. Do better than that.

23          And none of you live in Uniondale.

24     That's the other thing. None of you live

25     in Uniondale. Thank you.

1

2          PRESIDING OFFICER KOPEL:  Ma'am, in

3      the front row. Please state your name.

4          MS. KIELY:  I don't know if you can

5      read my sign from up there. Monica Kiely,

6      "Say no to the casino". Forty two years

7      operating and site control. No one said

8      site control tonight. That's really

9      funny. All over the lease, it says

10     operating and site control; 42 years. Two

11     years of operating, 42 years of site

12     control. This lease is not about jobs.

13     This lease is about site control.

14          What are we doing? Signing over 42

15     -- 72 acres of land in the middle of

16     Nassau County for 42 years to a gambling

17     operator, a private corporation, an

18     outsider. Right. Someone offers you

19     candy. Don't take it. Don't get in the

20     car. What are we doing?

21          Legislators, the 42 year site

22     control lease in front of you is illegal.

23     Table the vote. Or better yet, vote no.

24     As the first step towards constructing a

25     mega casino in Nassau County, this lease

1

2          is an attempt at segmentation. As this

3          Body was found in violation last year due

4          to segmentation of SEQRA law by a New

5          York Supreme Court judge, we are

6          mystified as to why you are attempting

7          this again.

8                And, John Ferretti, you're annoyed

9          that now you're doing the right thing and

10         you want to be acknowledged for it

11         because Hofstra sued you last year. You

12         have to be sued to do the right thing,

13         and then you want Hofstra to acknowledge

14         it?  I don't get that attitude.

15               In addition, this lease gives -- I

16         said this already -- SEQRA law covers

17         social and economic impacts of a project

18         as well as environmental impacts. Maybe

19         you guys don't know that since you don't

20         seem very well versed in the law, even

21         though a lot of you are lawyers. The 42

22         year lease deserves its own SEQRA review.

23         What you think it's going to have no

24         impact to tie up a piece of property like

25         that for 72 years -- 42 years?  I'm punch

1
2        drunk because I've been here all day.
3            John Giuffre, you are my legislator.
4        I implore you to listen to your
5        constituents, not give us any B.S.
6        excuses for voting yes. We see you. We
7        understand what's going on here.
8            Table this vote or vote no.
9        Republican legislators, please be aware
10       that if you continue to ignore Republican
11       voters, and in particular Republican
12       women voters who are just waiting to flip
13       Democrat, we will ignore you at the
14       polls.
15           You tell us you're tough on crime
16       while you usher in a casino? That is the
17       height of hypocrisy and you know it.
18           PRESIDING OFFICER KOPEL:  Ms.
19       Mereday.
20           MS. MEREDAY:  Everybody knows who I
21       am. You can infer what my intent is going
22       to be with my mask on. So if somebody
23       wants that thousand dollar fine, come
24       look for it.
25           Say no to the casino. It's a given.

1

2          The Majority over here. You're already

3          going to vote for it. It doesn't come

4          from any decision making here. It's

5          coming from Westbury. Like, where's the

6          national headquarters? Post Road, right?

7          Okay. So that's it.

8              That's all the time I'm going to

9          waste on that. Because this here is a

10         fundamental issue as it pertains to the

11         Nassau County Veterans Memorial Coliseum.

12         Not one person has mentioned that, at

13         least not in the time that I was here the

14         first four hours. And then I had to come

15         back because this was an issue I wanted

16         to make sure that I was on the record.

17         And for those, my brothers and sisters

18         from Hofstra, second generation Hofstra

19         alum, in this scenario that we're living

20         in in 2024 that want to make a statement

21         about somebody being a DEI higher as if

22         it's some potential slur, let me tell you

23         this when we talk about statistics -- and

24         yes, I'm a proud African American woman

25         who's worked hard to get to where I am --

```
 1

 2        Less than 2% of hires in corporate

 3        America are those who look like me.  So

 4        the attacks on this DEI scenario, if you

 5        think it's going to impact me, the

 6        majority of you better look at the wives,

 7        daughters, nieces, all of that. White

 8        women, 20%? So if you want to throw that

 9        dagger, guess what?  It went past me.

10            Now let's talk about this casino.

11        The veterans who were given some token

12        representation at the initial

13        presentation about the casino, I think

14        they were going to get, what, a memorial

15        wall or something?  They were going to

16        get a statue or something. I'm a part of

17        three national organizations that's

18        focusing on two major issues that are

19        impacting our veterans:  Suicide and

20        debt. So please, can somebody explain to

21        me how this casino is going to help them

22        when the majority of these veterans won't

23        even be able to go to that facility for a

24        variety of reasons, not just the bells

25        and whistles that are going to impact
```

1

2          their PTSD.

3               But it's okay, though, because

4          again, my issue in my remaining seconds,

5          I might have to go over. And if somebody

6          wants to make a comment from the back,

7          come on, come on.  We have to take more

8          responsibility. Healthcare is the number

9          one industry on Long Island; we can focus

10         on that. Business development, research

11         and development; we need to focus on

12         that. We do not need to focus on a

13         casino, and I'm going to take my seat in

14         a second. I'm going to take my seat in a

15         second. We need to reach out to the

16         governor, because the way the governor

17         has been treated, I wouldn't want to give

18         this county any type of lease, and I

19         would surely give it to somebody else,

20         because the average salary in New York

21         State for casino workers is $28,000, and

22         you can't live in a closet in Nassau

23         County. Say no to the casino.

24               PRESIDING OFFICER KOPEL:  Is there

25         anyone else who hasn't been called?  Yes,

1

2          sir. Your name please.

3              MR. LLOYD:  Good evening, Dan Lloyd.

4          And I'm representing an organization

5          called Minority Millennials. And our

6          mission is to help young people of color

7          access jobs, build wealth, and become

8          civically engaged. And we are in strong

9          support of Las Vegas Sands and the vote

10         to extend this lease as well as the SEQRA

11         review for many reasons. But most

12         importantly to start off with is the

13         promise of keeping existing 400 plus

14         union jobs. That is very important to our

15         region and as well as the extension and

16         the promise and the opportunity for

17         thousands of more union jobs, many of

18         which our young people here across the

19         region and Long Island are hungry and

20         eager to get involved with.

21             And many, as you know, there's a cap

22         to those positions. We need these type of

23         billion dollar regional economic impact

24         opportunities to increase the doors to

25         union career construction and trades, as

1

2       well as the opportunity to build

3       generational wealth.

4            And I want to make it very clear

5       what we mean on generational wealth.

6       These jobs that exist with Las Vegas

7       Sands are not just entry level. These are

8       livable wage jobs across Long Island. And

9       we all know how expensive it is to live

10      here and the inflation cost that comes to

11      our dollar.

12           Generational wealth is the

13      opportunity to utilize your thought, your

14      vision, your idea to create a business

15      and get a contract or a bid through a

16      procurement academy. Las Vegas Sands, an

17      international, global billion dollar

18      company, has come to our region, our home

19      and educated us on how to go about that

20      process. Millions of families and

21      businesses across Long Island have made

22      millions through the procurement process,

23      and for young people in the next

24      generation, we have that unique moment to

25      grasp upon that wealth and that

 1

 2         opportunity to get our business idea into

 3         the resort.

 4              Lastly, it's very important to

 5         understand the vibrancy that we need

 6         across this region. I heard a young lady

 7         earlier mentioned that this is not a

 8         tourist destination. However, we did have

 9         the existing Nassau Veterans Memorial

10         Coliseum here built in the 1970s just for

11         that tourism purpose, and it has not met

12         that goal; it has not met that vision.

13         This is the opportunity to bring back

14         that vision, to create jobs, generational

15         wealth, and make sure that we have the

16         quality of life that we've all wanted.

17              I'm a Long Island kid. I grew up

18         here, and I hope to keep my family with

19         my kids here to say that they can go to

20         the resort and enjoy the amenities that

21         they need.

22              And it's very important when we talk

23         about economic income and development and

24         who provides the taxes for that. I'm very

25         passionate about our majority/minority

1

2       communities, especially those that

3       surround this area, and who provides the

4       resources to extend into the schools and

5       into the local communities who are paying

6       the taxes. And I want to make it very

7       clear, I think, or question the

8       Legislative Body, are we well aware that

9       Hofstra University does not pay a dime

10      into the local tax system? They have not,

11      and they continue to not provide any

12      taxes into the local regional area.

13          With that said, it is very important

14      for us to support this project, the lease

15      transfer and the SEQRA review.

16          Thank you.

17          PRESIDING OFFICER KOPEL:  Thank you.

18          Your name, please.

19          MS. SILBERMAN:  Good evening. My

20      name is Ariel. I've been before you

21      before? I'm an alumni of Nassau Community

22      College.

23          We are all the products of our

24      environments. The people who shaped us,

25      the trials that bruised us, the triumphs

1

2          that are born from those tests of our

3          resolve. But not all of us start on the

4          same starting line. Poverty, medical

5          issues, broken homes.

6               PRESIDING OFFICER KOPEL:  Excuse me,

7          are you here to talk about this item?

8               MS. SILBERMAN:  The casino, yes.

9               PRESIDING OFFICER KOPEL:  Because

10         your slip said something else. But go on,

11         please.

12              MS. SILBERMAN:  Yes. I wasn't

13         exactly sure when I would speak.

14              PRESIDING OFFICER KOPEL:  Go ahead,

15         please.

16              MS. SILBERMAN:  My community college

17         has been a boon to me personally, but I

18         know the impact it gives to the community

19         and how many people it has educated. I'm

20         afraid that the current casino, if it

21         goes ahead, will threaten that very

22         college. It is an outside attack, not

23         like the inside attacks I've told you

24         about with department mergers, but it is,

25         nonetheless, important to talk about. The

1
2      Sands Casino is beating down our front
3      door and unlike Hofstra, our
4      administration is welcoming them with
5      enthusiasm. The push towards workforce
6      development is code for training our
7      people to be the bodies manning the
8      machine. Our college attorney is quoted
9      as saying, if the license went to the
10     Sands Casino, I think it could be helpful
11     getting US grants to train workers, as
12     Nassau Community College would be a
13     training Hub. The stigma against
14     community college is ever present and
15     potent as ever, but I will never for a
16     second believe that our educational path
17     leads to this ill thought of casino.
18         Our college produced Billy Crystal.
19     We produce scientists, authors, doctors,
20     lawyers. We educated a legislator who
21     once had amongst you. There is nothing we
22     cannot do. No high we cannot reach. And I
23     think with dismay that the people who
24     lead our college do not see the writing
25     on the wall as Hofstra does.

1

2          The pin I am wearing today is my

3     commitment to my college, even though I'm

4     an alumni now. As long as there is a

5     college standing, I will be here to

6     defend it. Please do not threaten my

7     college's existence with this ill thought

8     of casino.

9          Thank you.

10         PRESIDING OFFICER KOPEL:  Okay, I'm

11    going to call a vote on these items.

12    Ordinance 28, as amended, and Ordinance

13    29, as amended. All those in favor,

14    please say, "Aye".

15              (Whereupon, off the record

16              discussion.)

17         PRESIDING OFFICER KOPEL:  Let's just

18    do first, Ordinance 28, as amended. All

19    those in favor, please say, "Aye".

20              (Whereupon, all members of

21              the Full Legislature respond in

22              favor with, "Aye".)

23         PRESIDING OFFICER KOPEL:  Any

24    opposed?

25

```
1

2                    (Whereupon, no verbal

3               response.)

4               PRESIDING OFFICER KOPEL:  Any

5          abstentions?

6                    (Whereupon, no verbal

7               response.)

8               PRESIDING OFFICER KOPEL:  Okay.

9          Unanimously in favor.

10              Ordinance 29, as amended.

11              PRESIDING OFFICER KOPEL:  Aye.

12              LEGISLATOR BYNOE: Aye.

13              LEGISLATOR SOLAGES:  Aye.

14              LEGISLATOR MULLANEY:  Aye.

15              LEGISLATOR KOSLOW:  Aye.

16              LEGISLATOR MULE:  Aye.

17              LEGISLATOR DAVIS:  Aye.

18              LEGISLATOR GIUFFRE:  Aye.

19              LEGISLATOR STRAUSS:  Aye.

20              LEGISLATOR PILIP: Aye.

21              LEGISLATOR GIANGREGORIO: Aye.

22              LEGISLATOR MCKEVITT:  Aye.

23              LEGISLATOR GAYLOR:  Aye.

24              LEGISLATOR FERRETTI:  Aye.

25              LEGISLATOR DRUCKER:  Aye.
```

```
 1

 2              LEGISLATOR WALKER:  Aye.

 3              LEGISLATOR GOETZ:  Aye.

 4              LEGISLATOR KENNEDY:  Aye.

 5              PRESIDING OFFICER KOPEL:  Opposed?

 6              LEGISLATOR DERIGGI-WHITTON:  Nay.

 7              PRESIDING OFFICER KOPEL:  One

 8       opposed. Any abstentions?

 9                  (Whereupon, no verbal

10               response.)

11              PRESIDING OFFICER KOPEL:  So we have

12       18-1-0.

13

14

15                  (Whereupon, the above matter

16               concludes.)

17

18

19

20

21

22

23

24

25
```

1

2          PRESIDING OFFICER KOPEL:  We have a

3     few more items before the Full

4     Legislature, but before we do that, we

5     need to have a brief Rules Committee.

6          I am putting Legislature into

7     recess.

8               (Whereupon, brief recess for

9          Rules Committee.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          PRESIDING OFFICER KOPEL:  We're

3      reconvening the Full Legislature, and we

4      have the one item here. Which is

5      Resolution 126 authorizing to County

6      attorney to compromise the claims of the

7      Harry Fang Guggenheim Foundation

8      pertaining to the Falaise Estate.

9          We have a motion by Legislator

10     Ferretti and seconded by Legislator

11     Walker.

12          All those in favor of this motion,

13     please say, "Aye".

14              (Whereupon, all members of

15              the Full Legislature respond in

16              favor with, "Aye".)

17          PRESIDING OFFICER KOPEL:  Any

18     opposed?

19              (Whereupon, no verbal

20              response.)

21          PRESIDING OFFICER KOPEL:  Okay. That

22     item is unanimous.

23          Legislator Giangregorio reluctantly

24     adjourns --

25

NC FULL LEGISLATURE 08.05.2024

1

2          (Whereupon, off the record

3          discussion.)

4          We have public comment.

5          MR. STARK:  Good afternoon. Good

6          evening. Good night. He knows what time

7          it is. Good morning.

8          My name is Scott Stark. I'm the vice

9          president of the Adjunct Faculty

10          Association at Nassau Community College.

11          This is my first legislative meeting. I

12          believe it'll be my last. I used to think

13          maybe I wanted to run for office. I do

14          not. All right.

15          On behalf of the adjunct faculty

16          association, I'd like to extend our

17          gratitude for your approval of the labor

18          contract between the AFA and Nassau

19          Community College. We recognize that the

20          negotiations were not always smooth, but

21          we do commend all parties for their

22          dedication to reaching a mutually

23          beneficial agreement. The collaborative

24          effort demonstrated during this process

25          highlights our shared commitment to the

1

2    future of Nassau Community College.

3         Throughout these negotiations, the

4    AFA worked diligently to resolve

5    differences, and we did so behind the

6    scenes, because we're aware that adverse

7    publicity could exacerbate the College's

8    fiscal challenges. Our main priority is

9    always the rights of our members, but

10   another priority of ours has been to

11   support Nassau Community College's

12   stability and growth.

13        It's important to note that adjunct

14   faculty members play a crucial role in

15   the college's financial health. The

16   revenue generated by adjunct instruction

17   significantly exceeds the associated

18   costs, making our contributions not only

19   educationally valuable but also also

20   fiscally advantageous. Increasing the

21   number of adjuncts would go a long way in

22   alleviating the College's budget

23   shortfalls.

24        We appreciate your recognition of

25   the essential role the adjunct faculty

1

2      members play in the success of Nassau

3      Community College and the broader

4      community. Your support ensures that we

5      can provide continue to provide high

6      quality education to our students, while

7      helping to address the college's

8      financial challenges.

9           Thank you once again for your

10     approval and your continued support.

11     Thank you.

12          PRESIDING OFFICER KOPEL:  All right.

13          I see that we had. Thank you. We had

14     two more slips. I don't know if they're

15     still here. Kerry Gillick Goldberg and

16     Ellen Swirsky.

17          (Whereupon, no verbal

18          response.)

19          PRESIDING OFFICER KOPEL:  Legislator

20     Giangregorio has since overcome his

21     reluctance and now enthusiastically moves

22     that we adjourn. And we have a second,

23     Legislator Giuffre seconds.

24

25

1

2          PRESIDING OFFICER KOPEL:  All those

3      in favor of adjourning?

4              (Whereupon, all members of

5              the Full Legislature respond in

6              favor with, "Aye".)

7          PRESIDING OFFICER KOPEL:  Any

8      opposed?

9              (Whereupon, no verbal

10             response.)

11         PRESIDING OFFICER KOPEL:  We are

12     adjourned.

13

14             (Whereupon, the Full Legislature

15     meeting is adjourned, 9:48 p.m.)

16

17                 ******

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4      STATE OF NEW YORK )

5                         : SS.:

6      County of Nassau )

7

8              I, KAREN LORENZO, a Notary Public

9      for and within the State of New York, do

10     hereby certify:

11             That the above is a correct

12     transcription of my stenographic notes.

13             IN WITNESS WHEREOF, I have hereunto

14     set my hand this 5th day of August, 2024.

15

16                         *Karen Lorenzo*

17                         Karen Lorenzo

18

19

20

21

22

23

24

25

## $

**$1,000** [7] - 165:16, 195:16, 196:14, 196:24, 289:7, 295:18, 305:6
**$10** [3] - 335:22, 341:12, 374:20
**$1000** [1] - 204:2
**$14,000** [1] - 294:3
**$25** [1] - 341:20
**$250** [1] - 122:20
**$28,000** [1] - 413:21
**$50** [1] - 341:22
**$54** [1] - 398:23
**$8.75** [1] - 342:7
**$900,000** [2] - 336:13, 341:16

## '

**'50s** [2] - 73:10, 260:2
**'60s** [1] - 73:10

## 0

**0** [1] - 367:10
**0.0** [1] - 156:12
**0.01%** [1] - 156:11

## 1

**1** [24] - 54:10, 57:23, 95:22, 101:20, 178:4, 178:21, 200:8, 200:9, 202:4, 202:6, 209:13, 212:3, 212:7, 212:11, 237:2, 237:9, 301:5, 313:21,

336:5, 336:11, 384:4, 386:20, 399:7, 399:8
**1%** [1] - 156:12
**1.8** [1] - 341:17
**10** [2] - 88:13, 263:13
**100** [8] - 44:6, 88:15, 138:15, 142:25, 162:8, 193:24, 196:3, 343:10
**100%** [4] - 59:15, 127:20, 143:15, 181:18
**100,000** [1] - 289:16
**1000** [2] - 244:23, 401:18
**101** [3] - 88:15, 370:12, 381:10
**102** [1] - 88:16
**103** [1] - 88:16
**104** [1] - 88:17
**105** [1] - 88:18
**106** [2] - 90:3, 90:18
**10601** [1] - 332:14
**107** [1] - 88:18
**108** [1] - 88:19
**109** [1] - 88:20
**10th** [2] - 3:15, 336:24
**11** [1] - 88:14
**110** [1] - 88:20
**111** [1] - 88:21
**112** [1] - 88:22
**113** [1] - 88:22
**114** [1] - 88:23
**115** [2] - 71:9, 88:24

**116** [1] - 88:24
**117** [1] - 88:25
**118** [1] - 89:2
**119** [1] - 94:3
**11th** [1] - 3:19
**12** [4] - 88:14, 252:23, 275:5, 321:14
**12%** [1] - 178:10
**12-0-7** [3] - 323:6, 325:15, 326:20
**120** [1] - 89:2
**121** [1] - 89:3
**122** [1] - 89:4
**1226** [1] - 311:12
**123** [1] - 89:4
**124** [1] - 89:5
**125** [2] - 92:3, 92:18
**126** [1] - 424:5
**12:00** [1] - 118:8
**12th** [1] - 3:22
**13** [1] - 88:15
**1300** [1] - 254:16
**13th** [2] - 2:8, 42:25
**14** [1] - 88:15
**14th** [1] - 3:25
**15** [4] - 88:16, 122:20, 131:25, 180:18
**15%** [3] - 138:19, 190:18, 263:7
**1500** [1] - 343:2
**1550** [1] - 1:15
**15th** [2] - 2:12, 100:21
**16** [3] - 88:17, 218:12, 378:25
**16%** [1] - 180:18

**16th** [1] - 4:4
**17** [6] - 88:17, 218:12, 230:22, 244:19, 367:10, 379:18
**172** [4] - 332:3, 333:2, 338:9, 339:8
**172-24** [1] - 344:17
**173** [3] - 332:3, 333:19, 334:8
**173-24** [1] - 345:25
**175** [3] - 41:18, 43:25, 103:11
**17th** [1] - 4:7
**18** [2] - 218:12, 378:25
**18-1-0** [1] - 422:12
**1845** [2] - 43:25, 301:24
**1890** [1] - 302:3
**18th** [3] - 4:10, 336:18, 337:10
**19** [8] - 47:21, 88:18, 105:7, 226:9, 226:11, 243:16, 266:5, 269:12
**1935** [1] - 371:2
**1950s** [1] - 106:18
**1964** [1] - 46:7
**1966** [1] - 46:7
**1970s** [1] - 416:10
**1982** [1] - 371:8
**1996** [2] - 52:19, 54:20
**1997** [1] - 265:23
**1999** [1] - 52:19

**19th** [2] - 4:13, 329:8
**1:00** [1] - 314:24
**1:31** [1] - 1:19
**1st** [1] - 2:15

## 2

**2** [14] - 95:22, 101:25, 199:3, 200:8, 202:5, 212:3, 212:12, 237:5, 341:25, 372:15, 379:11, 399:12, 404:18
**2%** [1] - 412:2
**2.75%** [1] - 95:2
**20** [4] - 88:19, 217:19, 217:22, 298:13
**20%** [3] - 178:11, 263:13, 412:8
**200** [1] - 141:19
**2000** [1] - 52:22
**2001** [1] - 52:22
**2004** [1] - 192:21
**2013** [1] - 398:11
**2015** [2] - 401:10, 404:15
**2017** [1] - 334:19
**2018** [1] - 103:12
**2019** [2] - 103:12, 263:21
**2020** [15] - 105:6, 106:24, 107:14, 118:9, 126:17, 141:24, 172:5, 191:20, 194:20, 213:9, 232:5, 243:3, 262:12,

266:16, 305:11
**2022** [1] - 289:24
**2023** [4] - 101:4, 230:21, 232:5, 373:19
**2024** [6] - 1:18, 54:15, 232:5, 336:21, 411:20, 429:14
**2025** [1] - 339:13
**20th** [1] - 336:21
**21** [1] - 88:19
**22** [1] - 88:20
**22nd** [1] - 337:19
**23** [1] - 88:21
**23,000** [1] - 399:13
**239-F** [1] - 342:6
**24** [8] - 88:21, 332:3, 333:2, 333:19, 334:8, 338:9, 339:8
**24/7** [1] - 399:20
**25** [1] - 88:22
**25%** [1] - 385:20
**250** [1] - 70:22
**26** [2] - 88:23, 303:8
**265.01** [1] - 168:7
**26th** [1] - 404:15
**27** [4] - 88:23, 334:14, 334:22, 357:20
**278** [1] - 52:18
**28** [5] - 88:24, 328:4, 332:4, 420:12, 420:18
**289** [1] - 378:20
**29** [5] - 88:25, 330:3, 332:4,

420:13, 421:10
**292** [1] - 378:20
**2nd** [2] - 2:18, 343:16

## 3

**3** [2] - 102:5, 399:8
**3%** [1] - 94:25
**30** [7] - 88:10, 88:25, 164:22, 164:23, 165:2, 270:10, 272:15
**30%** [1] - 241:3
**30,000** [2] - 368:8, 368:20
**300** [1] - 136:4
**304** [3] - 69:16, 69:18, 81:7
**31** [4] - 88:11, 241:23, 274:17, 405:20
**32** [2] - 88:11, 89:2
**33** [2] - 88:12, 89:3
**34** [3] - 88:13, 89:3, 334:17
**35** [3] - 88:13, 89:4, 179:18
**351** [1] - 328:15
**36** [1] - 89:5
**360** [1] - 160:6
**3600** [1] - 341:9
**37** [1] - 301:5
**39** [1] - 243:13
**3:00** [1] - 28:9
**3A** [3] - 208:17, 237:6, 237:13
**3B** [3] - 213:24, 237:9

**3rd** [2] - 2:21, 41:14

## 4

**4** [2] - 102:8, 342:3
**40** [2] - 181:21, 387:5
**40%** [2] - 179:13, 179:18
**400** [3] - 364:9, 371:15, 414:13
**402** [1] - 241:6
**411** [1] - 328:16
**412** [1] - 328:16
**415** [1] - 328:16
**42** [17] - 182:4, 369:23, 370:15, 370:16, 374:11, 381:6, 390:22, 391:4, 391:14, 391:15, 408:10, 408:11, 408:14, 408:16, 408:21, 409:21, 409:25
**4224** [1] - 224:20
**44** [1] - 328:15
**45** [1] - 397:14
**45th** [1] - 46:5
**4th** [3] - 2:24, 260:24

## 5

**5** [6] - 1:18, 178:4, 178:21, 329:5, 336:6, 341:11
**50** [1] - 254:16
**50%** [3] - 94:19, 231:16, 384:17
**500** [2] - 162:7,

341:8
**57** [1] - 313:8
**58** [3] - 388:14, 388:15, 388:16
**58%** [1] - 180:14
**5th** [2] - 3:3, 429:14

### 6

**6** [1] - 377:17
**60** [3] - 169:4, 244:18, 387:6
**6000** [2] - 140:22, 141:6
**65** [2] - 12:21, 293:15
**6th** [1] - 3:6

### 7

**7** [3] - 270:12, 321:14, 377:17
**70** [1] - 169:4
**72** [3] - 391:4, 408:15, 409:25
**77** [1] - 46:3
**7th** [11] - 2:4, 28:23, 35:4, 42:12, 69:19, 101:4, 105:18, 112:20, 223:2, 401:10
**7th"** [1] - 233:15

### 8

**8** [2] - 179:19, 270:12
**80,000** [1] - 243:7
**81** [1] - 332:13
**850,000** [1] - 57:23
**8500** [1] - 363:8

**875,000** [1] - 399:16
**8th** [1] - 3:9

### 9

**90** [1] - 394:6
**90%** [1] - 232:4
**911** [2] - 14:20, 180:16
**94** [1] - 262:16
**99** [3] - 88:14, 339:15, 381:8
**99.4%** [1] - 68:19
**9:48** [1] - 428:15
**9th** [3] - 3:12, 329:4, 350:14

### A

**abandon** [2] - 24:6, 307:22
**abandoned** [3] - 22:8, 23:25, 370:18
**ABBADY** [1] - 274:12
**Abbady** [3] - 7:25, 274:11, 274:16
**Abby** [1] - 228:9
**abdicating** [1] - 325:2
**Abeloff** [1] - 400:25
**abide** [1] - 151:5
**Abigail** [1] - 228:7
**Abigal** [1] - 6:22
**abilities** [1] - 177:16
**ability** [13] - 38:13, 175:24, 183:6, 183:25, 265:11,

308:16, 315:22, 317:4, 339:16, 340:10, 344:21, 346:3, 370:13
**able** [27] - 20:3, 38:7, 61:20, 64:11, 65:7, 76:11, 135:22, 142:22, 161:6, 212:20, 213:10, 213:12, 218:14, 241:10, 245:2, 253:18, 262:20, 266:18, 275:24, 280:11, 292:18, 308:21, 308:24, 315:7, 316:8, 316:9, 412:23
**ableism** [1] - 297:4
**ableist** [1] - 296:19
**Abraham** [2] - 57:6, 57:10
**Abrahams** [1] - 388:5
**absolute** [2] - 12:13, 29:9
**Absolutely** [2] - 159:12, 326:14
**absolutely** [7] - 63:17, 107:3, 126:20, 127:19, 148:7, 182:22, 371:12
**absolve** [1] - 390:23
**abstaining** [4] - 322:21, 324:3, 325:5, 325:12
**abstentions** [2] -

421:5, 422:8
**Abu** [2] - 60:7, 60:8
**abuse** [4] - 102:6, 138:25, 156:16, 256:15
**abused** [3] - 233:2, 235:10, 249:22
**academy** [3] - 163:13, 164:12, 415:16
**Academy** [1] - 66:16
**accelerate** [1] - 335:25
**accept** [3] - 18:12, 210:25, 398:18
**acceptable** [2] - 162:20, 286:16
**acceptance** [1] - 67:10
**accepted** [1] - 156:18
**access** [4] - 251:14, 294:3, 317:8, 414:7
**accessible** [1] - 225:17
**accident** [1] - 296:15
**accommodate** [1] - 321:21
**accommodates** [1] - 240:21
**accompanying** [1] - 343:21
**accomplish** [3] - 104:15, 201:22, 201:24
**accomplishes** [1] -

193:23

**accordance** [3] - 333:12, 334:5, 340:25

**According** [2] - 231:15, 288:4

**according** [4] - 145:9, 230:21, 232:6, 264:5

**accosted** [2] - 305:21, 305:23

**accosting** [1] - 242:7

**account** [1] - 351:19

**accountability** [13] - 30:13, 38:11, 38:13, 62:7, 70:19, 71:23, 75:5, 76:20, 229:5, 229:18, 283:18, 289:18, 394:25

**accountable** [8] - 38:10, 61:9, 61:25, 62:14, 62:23, 72:6, 182:11, 197:3

**acculturated** [1] - 220:19

**accumulated** [1] - 95:14

**accurate** [1] - 193:21

**accurately** [1] - 315:8

**accusations** [2] - 393:24, 395:4

**accused** [2] - 54:6,

393:21

**achieve** [1] - 263:5

**achieved** [1] - 258:20

**ACKERMAN** [1] - 81:2

**Ackerman** [3] - 6:20, 80:25, 81:3

**acknowledge** [5] - 22:12, 226:19, 327:10, 327:18, 409:13

**acknowledged** [2] - 19:25, 409:10

**ACLU's** [1] - 239:16

**acquiring** [1] - 307:15

**Acres** [2] - 179:9, 180:21

**acres** [2] - 391:4, 408:15

**act** [27] - 22:13, 28:4, 45:21, 48:8, 48:23, 50:12, 64:16, 102:5, 136:6, 136:24, 167:16, 169:6, 169:8, 170:6, 170:11, 206:11, 210:17, 249:25, 265:7, 269:18, 279:8, 279:22, 280:11, 284:9, 296:10, 391:8, 406:11

**Act** [31] - 28:22, 33:4, 37:24, 40:9, 40:16, 45:14, 46:13, 47:4, 48:7,

49:7, 50:10, 54:14, 57:13, 64:6, 75:2, 104:9, 104:12, 256:10, 262:7, 266:4, 278:6, 281:15, 281:16, 282:18, 296:6, 299:20, 315:10, 328:7, 330:6, 332:20, 333:14

**acted** [1] - 404:15

**acting** [2] - 405:14, 406:11

**action** [26] - 23:14, 60:6, 60:7, 90:6, 105:12, 244:25, 257:22, 337:15, 337:25, 338:2, 338:4, 339:2, 339:4, 339:7, 344:23, 344:25, 345:4, 345:14, 346:5, 346:21, 347:3, 347:18, 348:8, 362:11, 378:4

**Action** [1] - 59:24

**actions** [18] - 14:20, 22:15, 76:17, 205:25, 229:3, 229:14, 237:22, 237:23, 256:19, 330:19, 345:5, 346:16, 346:18, 347:6, 393:13, 393:20, 395:5, 403:6

**active** [1] - 60:21

**actively** [3] - 80:15,

225:24, 263:10

**activism** [1] - 106:21

**activist** [2] - 57:15, 81:4

**activists** [1] - 82:12

**activities** [2] - 205:25, 227:12

**activity** [8] - 112:15, 130:20, 155:3, 180:12, 200:10, 231:4, 283:8, 402:8

**actors** [7] - 29:13, 29:23, 51:7, 76:10, 247:21, 263:2, 276:5

**acts** [12] - 31:3, 33:13, 113:11, 130:8, 136:16, 150:12, 199:4, 213:25, 234:17, 234:20, 260:5, 283:23

**actual** [2] - 147:23, 196:20

**ad** [1] - 371:10

**adamant** [1] - 376:4

**adamantly** [2] - 78:14, 80:20

**adaptation** [1] - 60:13

**add** [5] - 104:15, 351:6, 356:6, 368:8, 397:3

**added** [4] - 107:19, 237:8, 269:7, 270:18

**addicted** [1] -

399:25

**addiction** [2] - 78:22, 400:15

**adding** [3] - 236:22, 368:5, 368:20

**addition** [7] - 125:15, 125:16, 252:4, 272:6, 346:17, 381:12, 409:15

**additional** [10] - 107:19, 166:2, 166:10, 258:18, 328:24, 334:15, 342:8, 351:5, 351:14, 399:16

**Additionally** [3] - 246:9, 269:9, 317:3

**address** [20] - 46:25, 52:18, 71:5, 191:22, 197:21, 214:11, 214:25, 215:18, 276:11, 278:11, 278:13, 279:16, 332:13, 342:21, 356:14, 357:13, 357:18, 369:8, 385:11, 427:7

**addressed** [2] - 358:9, 382:24

**addresses** [2] - 102:25, 283:16

**addressing** [3] - 279:7, 281:5, 383:5

**adds** [1] - 155:19

**Adelphi** [1] - 66:17

**adequate** [3] - 269:16, 352:25, 360:14

**adequately** [2] - 165:20, 165:21

**Adgern** [1] - 8:7

**adjourn** [1] - 427:22

**adjourned** [2] - 428:12, 428:15

**adjourning** [1] - 428:3

**adjourns** [1] - 424:24

**Adjunct** [3] - 94:7, 94:16, 425:9

**adjunct** [6] - 94:20, 96:25, 425:15, 426:13, 426:16, 426:25

**adjuncts** [1] - 426:21

**adjustments** [1] - 181:5

**Adler** [1] - 343:9

**adler** [1] - 5:12

**administered** [1] - 190:3

**administering** [1] - 358:23

**administration** [1] - 419:4

**Administration** [7] - 94:12, 97:11, 99:10, 109:4, 135:16, 270:14, 331:20

**administrative** [2] - 95:5, 181:3

**admirable** [1] - 258:19

**admitted** [2] - 79:8, 324:19

**adopt** [2] - 348:18, 356:6

**adopted** [3] - 23:20, 353:25, 354:23

**adopting** [1] - 250:13

**adorable** [1] - 28:18

**ads** [1] - 394:3

**adult** [1] - 262:18

**advance** [6] - 70:4, 154:25, 225:8, 242:25, 266:23, 268:4

**advantage** [3] - 70:8, 177:8, 184:24

**advantageous** [1] - 426:20

**adverse** [6] - 337:13, 338:5, 345:16, 345:21, 349:24, 426:6

**advertisers** [1] - 285:25

**advise** [1] - 390:10

**advised** [1] - 390:14

**advisor** [1] - 249:6

**advocacy** [5] - 60:3, 60:4, 225:6, 225:11, 229:15

**Advocacy** [1] - 240:10

**advocate** [3] - 67:3, 228:21, 290:23

**Advocate** [1] - 41:3

**advocates** [1] - 66:6

**advocating** [5] - 64:21, 69:19, 225:17, 227:12, 289:21

**AFA** [7] - 96:12, 96:13, 96:21, 97:11, 98:2, 425:18, 426:4

**affairs** [1] - 194:17

**affect** [4] - 207:5, 276:5, 279:4, 293:13

**affected** [3] - 207:8, 294:15, 309:11

**affects** [1] - 173:14

**affiliation** [1] - 403:20

**afford** [7] - 47:15, 246:12, 253:14, 253:16, 269:17, 384:18, 384:20

**affordable** [3] - 382:7, 385:15, 385:17

**afforded** [1] - 214:9

**AFL** [1] - 342:17

**AFL-CIO** [1] - 342:17

**aforesaid** [1] - 330:19

**afraid** [9] - 55:22, 55:23, 81:15, 273:10, 286:21, 298:7, 300:9,

317:24, 418:20

**African** [5] - 44:8, 126:17, 178:9, 285:11, 411:24

**African-American** [2] - 126:17, 178:9

**afternoon** [31] - 12:9, 14:25, 25:6, 28:12, 28:21, 36:13, 45:11, 55:16, 60:19, 66:3, 69:10, 74:18, 77:16, 94:13, 128:8, 159:4, 159:6, 172:19, 172:21, 213:23, 220:9, 230:3, 236:2, 262:3, 274:12, 274:13, 283:2, 291:9, 315:4, 393:3, 425:5

**again"** [1] - 233:22

**Age** [2] - 37:7, 40:8

**age** [1] - 236:21

**aged** [1] - 367:10

**agencies** [10] - 66:10, 343:18, 343:20, 343:24, 344:10, 355:4, 355:15, 355:23, 355:24, 356:11

**Agency** [11] - 337:24, 339:2, 343:25, 344:7, 344:12, 344:22, 346:4, 346:13, 358:14, 358:22,

359:11

**agency** [2] - 344:15, 359:25

**agenda** [3] - 25:24, 61:7, 61:12

**aggressive** [1] - 122:22

**ago** [21] - 17:16, 37:2, 37:15, 43:24, 44:6, 51:5, 75:24, 142:23, 175:15, 182:18, 208:16, 234:9, 242:22, 254:9, 263:5, 284:18, 290:12, 297:6, 377:18, 378:8, 394:15

**agree** [17] - 50:2, 111:7, 121:12, 121:19, 122:4, 131:10, 140:16, 142:14, 151:13, 156:4, 171:15, 188:2, 188:6, 191:25, 254:18, 351:3, 381:20

**agreed** [3] - 88:7, 94:24, 369:17

**Agreement** [5] - 94:3, 94:5, 98:7, 342:14, 374:4

**agreement** [20] - 77:23, 94:16, 94:21, 96:22, 97:12, 98:10, 109:15, 109:16, 121:16, 121:25, 192:18, 312:25, 313:4, 328:9,

330:7, 330:20, 369:19, 369:23, 373:3, 425:23

**ahead** [18] - 84:20, 124:13, 132:20, 136:20, 153:23, 166:21, 222:20, 318:19, 319:23, 344:14, 349:10, 349:14, 361:12, 362:4, 364:5, 379:21, 418:14, 418:21

**aid** [1] - 198:7

**aides** [2] - 193:15, 231:20

**aiding** [1] - 283:5

**Aids** [2] - 308:21, 308:22

**aids** [4] - 194:9, 195:11, 237:11, 237:17

**ailments** [1] - 29:25

**aim** [1] - 262:25

**aimed** [2] - 29:22, 393:10

**aims** [1] - 317:11

**ain't** [1] - 313:22

**air** [7] - 244:13, 251:11, 318:10, 367:6, 368:22, 399:18, 399:20

**airborne** [7] - 250:12, 251:8, 263:24, 295:16, 300:17, 300:23, 302:2

**airports** [1] - 240:12

**aisle** [1] - 126:12

**aka** [1] - 301:10

**Alabama** [1] - 238:22

**alarming** [1] - 238:25

**Albany** [12] - 34:23, 36:25, 37:5, 37:17, 38:20, 40:7, 40:13, 41:12, 41:22, 45:2, 115:10, 286:22

**Aldoot** [2] - 7:3, 235:21

**Alexandra** [1] - 377:9

**aligns** [1] - 69:2

**Alina** [2] - 8:3, 277:20

**Alison** [4] - 8:12, 299:4, 397:11, 397:17

**alive** [2] - 17:8, 295:20

**alleged** [2] - 23:25, 201:2

**Allegiance** [3] - 10:6, 10:16

**alleviate** [1] - 368:24

**alleviating** [1] - 426:22

**Alliance** [2] - 61:3, 220:17

**allied** [1] - 73:23

**allies** [4] - 275:13, 315:20, 315:25, 317:5

**Allow** [3] - 129:24, 130:3, 146:11

**allow** [14] - 36:3, 110:10, 189:14, 189:21, 192:17, 224:4, 270:24, 272:25, 273:8, 330:13, 333:7, 334:10, 347:15, 348:12

**allowed** [9] - 150:19, 150:20, 190:10, 194:22, 204:19, 246:3, 247:6, 264:25, 277:8

**allowing** [2] - 59:3, 213:4

**allows** [3] - 202:11, 348:14, 375:3

**almost** [2] - 138:13, 254:16

**alone** [3] - 174:3, 176:5, 176:12

**Alrighty** [1] - 293:22

**Alston** [3] - 8:8, 287:11

**ALSTON** [1] - 287:12

**alter** [1] - 403:13

**alteration** [1] - 194:6

**alternate** [1] - 385:6

**Alternate** [5] - 2:7, 2:11, 85:2, 85:5, 87:14

**alternative** [4] -

114:24, 324:16, 325:8, 349:3

**altogether** [1] - 20:3

**alum** [1] - 411:19

**alumni** [3] - 75:10, 417:21, 420:4

**Alvandi** [1] - 306:23

**Alyssa** [1] - 299:7

**Amanda** [1] - 274:2

**amazing** [3] - 15:17, 41:6, 82:19

**Amazing** [1] - 16:7

**amazingly** [1] - 251:7

**Amazon** [1] - 212:19

**ambiguous** [1] - 230:7

**ambulance** [1] - 16:4

**ambulances** [1] - 17:19

**amend** [1] - 132:20

**amended** [9] - 140:7, 155:19, 323:8, 323:9, 324:17, 420:12, 420:13, 420:18, 421:10

**Amendment** [17] - 62:18, 62:19, 62:24, 101:17, 113:8, 118:13, 136:9, 137:23, 143:20, 150:18, 187:13, 264:19, 267:16, 267:20, 267:22, 283:22,

321:15

**amendment** [22] - 95:16, 104:16, 107:11, 131:23, 141:5, 155:19, 236:9, 236:20, 321:16, 321:24, 321:25, 322:2, 323:6, 328:22, 329:12, 329:15, 329:17, 330:23, 331:4, 331:7, 331:8, 331:18

**amendments** [8] - 94:4, 114:8, 116:18, 116:24, 120:5, 124:12, 182:21, 267:17

**amenities** [1] - 416:20

**America** [15] - 29:3, 51:18, 72:3, 77:10, 82:25, 138:17, 222:12, 222:15, 242:18, 243:14, 249:7, 263:9, 264:7, 406:8, 412:3

**America's** [3] - 25:13, 26:8, 27:14

**American** [21] - 29:7, 29:13, 30:10, 44:8, 61:2, 70:11, 76:22, 77:4, 81:4, 82:8, 82:11, 126:17, 178:9, 192:15, 220:19, 222:10, 231:15, 247:15, 266:22, 267:5,

411:24

**Americans** [6] - 61:15, 223:22, 230:22, 264:4, 285:11, 293:16

**amount** [11] - 17:22, 67:8, 96:6, 152:10, 335:22, 336:5, 336:11, 341:20, 367:6, 370:8, 374:23

**amounts** [1] - 252:11

**analogy** [1] - 82:5

**analyses** [1] - 359:6

**analysis** [1] - 179:22

**ancient** [1] - 124:4

**Andrea** [3] - 8:19, 307:6, 311:6

**Andrew** [3] - 13:7, 16:5, 398:10

**anew** [1] - 359:10

**Angelique** [3] - 7:10, 249:2, 249:5

**anger** [1] - 141:3

**angered** [1] - 112:22

**Animal** [1] - 23:18

**animal** [3] - 24:2, 24:4, 24:15

**announced** [1] - 401:14

**announcing** [1] - 388:24

**annoyed** [1] - 409:8

**annual** [3] - 335:21, 341:11, 341:16

**annually** [2] - 341:25, 342:3

**annulled** [1] - 390:5

**anonymity** [7] - 229:20, 235:5, 240:2, 240:9, 241:17, 248:4, 285:5

**anonymous** [2] - 238:20, 238:23

**answer** [24] - 84:12, 104:20, 111:11, 137:15, 147:18, 166:4, 166:18, 180:23, 193:7, 201:8, 201:9, 201:11, 201:13, 201:25, 202:22, 202:25, 204:6, 232:13, 258:3, 268:19, 294:24, 368:16, 379:25, 380:2

**answered** [2] - 211:21, 368:20

**answering** [1] - 150:10

**answers** [5] - 202:15, 202:17, 236:23, 354:7, 382:9

**antagonist** [1] - 141:16

**antagonists** [1] - 82:12

**antagonize** [1] - 147:25

**Anthony** [2] - 6:5,

28:13

**Anti** [1] - 34:25

**anti** [31] - 29:2, 29:3, 30:24, 31:4, 44:2, 58:10, 58:11, 65:9, 70:11, 81:21, 101:2, 107:25, 112:16, 112:17, 113:21, 116:3, 128:22, 212:2, 228:12, 233:24, 235:12, 242:23, 254:6, 254:12, 254:20, 263:3, 283:11, 305:11, 383:22

**anti-America** [1] - 29:3

**anti-American** [1] - 70:11

**anti-Israel** [5] - 29:2, 30:24, 70:11, 81:21, 212:2

**anti-mask** [2] - 113:21, 116:3

**anti-police** [1] - 305:11

**anti-science** [1] - 242:23

**anti-Semitic** [4] - 101:2, 233:24, 235:12, 283:11

**anti-Semitism** [12] - 31:4, 58:10, 58:11, 65:9, 112:16, 112:17, 128:22, 228:12, 254:6, 254:12,

254:20, 263:3

**Anti-Semitism** [1] - 34:25

**anti-Zionist** [1] - 58:11

**anticipate** [1] - 326:10

**anticipated** [1] - 339:12

**anticipates** [1] - 342:5

**anytime** [1] - 310:24

**Anytime** [1] - 184:22

**anyway** [4] - 132:22, 369:16, 377:24, 396:24

**Anyway** [3] - 135:14, 318:14, 393:5

**apologize** [1] - 181:20

**apology** [1] - 311:18

**apparent** [1] - 226:22

**appeal** [1] - 377:23

**appear** [3] - 53:5, 115:8, 210:9

**appearance** [1] - 69:4

**APPEARANCES** [1] - 5:2

**Appendix** [1] - 330:25

**applause** [42] - 14:24, 15:12, 15:13, 25:11,

26:4, 26:5, 29:20, 30:15, 31:9, 32:2, 32:17, 33:6, 34:19, 35:18, 37:22, 40:20, 42:21, 45:8, 45:15, 46:8, 49:12, 50:22, 56:10, 57:5, 58:16, 59:19, 60:17, 60:23, 63:12, 69:17, 70:20, 71:19, 74:22, 77:7, 123:15, 126:23, 127:3, 139:6, 156:13, 157:3, 190:22, 191:11

**Applicant** [6] - 350:21, 352:4, 353:16, 354:16, 359:21, 359:24

**application** [5] - 101:13, 101:18, 102:24, 247:12, 341:2

**applied** [3] - 215:13, 236:25, 237:6

**applies** [3] - 30:2, 33:20, 256:14

**apply** [17] - 11:21, 29:23, 33:15, 33:17, 107:4, 107:8, 107:12, 107:15, 195:3, 201:19, 203:16, 206:8, 209:2, 224:2, 257:5, 310:7, 375:5

appointed [1] - 403:21

appointees [1] - 403:18

appointments [1] - 288:2

Appreciate [1] - 63:24

appreciate [15] - 24:14, 27:12, 43:20, 99:18, 174:17, 174:25, 175:10, 189:9, 191:4, 192:25, 220:10, 331:25, 373:20, 377:16, 426:24

approach [4] - 149:18, 182:14, 206:15, 377:21

approaching [1] - 136:13

appropriate [7] - 53:19, 65:5, 96:2, 194:18, 212:25, 343:21, 376:5

appropriated [1] - 96:7

appropriately [3] - 76:23, 128:4, 160:21

appropriation [1] - 96:8

approval [5] - 204:14, 336:16, 370:14, 425:17, 427:10

approvals [6] - 355:18, 355:22, 355:25, 356:8, 356:10

approve [6] - 337:17, 386:21, 389:25, 390:12, 391:15, 391:21

approved [5] - 96:14, 270:18, 331:2, 369:11, 391:19

approving [1] - 77:23

Aquebogue [1] - 23:21

aquifer [1] - 399:17

Arab [1] - 60:12

Arabs [1] - 60:15

Aracich [1] - 360:25

ARACICH [2] - 361:3, 364:17

arbitrary [5] - 54:4, 217:2, 291:20, 315:19, 316:15

archeological [1] - 337:4

area [7] - 204:12, 342:22, 384:11, 399:14, 400:12, 417:3, 417:12

areas [11] - 160:24, 177:3, 179:8, 179:10, 180:21, 193:7, 206:24, 217:10, 337:3, 352:18, 367:15

argue [1] - 181:12

argument [1] - 138:10

argument's [1] - 174:5

arguments [2] - 266:15, 393:21

Ari [3] - 6:20, 80:24, 81:3

Ariel [2] - 81:5, 417:20

arise [1] - 53:16

Armed [1] - 232:6

Armored [1] - 46:6

arms [2] - 260:17, 293:18

Army [1] - 60:21

ARNOLD [1] - 4:3

Arnold [1] - 86:15

ARNONOFF [1] - 302:24

Aronoff [2] - 8:17, 302:23

ARONOFF [1] - 304:5

arrest [19] - 13:17, 82:21, 136:7, 138:6, 145:13, 147:18, 148:5, 148:14, 149:20, 171:3, 171:13, 175:22, 176:19, 177:23, 178:2, 178:21, 186:9, 227:16, 282:16

arrested [23] - 23:24, 56:3, 62:10, 71:11, 71:14, 110:11, 126:5, 135:24, 145:4, 145:10, 145:22, 147:9, 147:16, 149:8, 151:8, 178:12, 180:15, 186:21, 218:16, 240:16, 258:14, 292:11, 304:16

arrests [3] - 179:22, 180:8, 180:14

arrive [1] - 399:14

arrived [1] - 13:10

Arso [1] - 377:10

articles [1] - 393:19

Asbury [1] - 52:18

ascertain [1] - 275:25

Asia [1] - 250:15

Asian [2] - 222:6, 247:14

aside [4] - 182:18, 190:15, 301:23, 363:7

Aside [2] - 189:13, 261:16

ASM [1] - 361:6

aspect [2] - 271:3, 288:17

aspects [2] - 195:21, 343:13

aspirations [1] - 54:21

ass [1] - 295:21

assailants [1] - 254:7

assault [1] - 105:25

assaulted [4] - 76:10, 106:5, 235:11, 260:18

assemble [2] - 150:25, 267:6

**assembly** [1] - 249:5

**Assembly** [4] - 40:11, 41:15, 42:24, 43:4

**Assemblyman** [1] - 50:4

**assess** [1] - 349:23

**assessment** [3] - 219:2, 348:7, 348:20

**assessments** [1] - 92:5

**Assessor** [1] - 92:3

**assets** [1] - 57:25

**assign** [1] - 335:16

**assigned** [1] - 69:2

**assignment** [1] - 67:22

**assigns** [1] - 67:21

**assist** [2] - 146:20, 295:6

**assistance** [1] - 225:11

**Assistant** [1] - 74:3

**associated** [1] - 426:17

**association** [1] - 425:16

**Association** [4] - 64:4, 94:7, 94:17, 425:10

**assume** [4] - 284:7, 298:22, 315:14, 334:10

**assumed** [1] - 316:18

**assumes** [1] -

317:13

**assurance** [1] - 257:17

**assurances** [1] - 386:3

**asthma** [1] - 367:8

**astonishingly** [1] - 254:17

**athletes** [2] - 297:14, 308:5

**athletic** [1] - 66:21

**Atlantic** [1] - 400:9

**atrocities** [1] - 29:9

**attack** [8] - 40:13, 42:3, 49:20, 61:24, 103:4, 286:8, 372:2, 418:22

**attacked** [1] - 104:22

**attacking** [2] - 44:5, 371:11

**attacks** [9] - 30:24, 35:4, 143:2, 250:4, 301:18, 309:7, 393:24, 412:4, 418:23

**attain** [1] - 115:21

**attempt** [5] - 42:5, 42:7, 275:16, 403:13, 409:2

**attempted** [3] - 75:8, 76:3, 402:17

**attempting** [4] - 113:10, 212:5, 292:9, 409:6

**attempts** [1] - 295:6

**attend** [2] - 67:11,

317:9

**attendance** [1] - 95:23

**attended** [7] - 42:17, 154:23, 155:5, 160:19, 221:24, 222:4, 371:8

**attending** [6] - 44:17, 69:23, 69:25, 113:12, 154:25, 240:6

**attention** [5] - 19:3, 69:7, 223:8, 327:13, 327:20

**attest** [1] - 243:19

**attire** [1] - 194:6

**attitude** [2] - 152:9, 409:14

**attorney** [8] - 57:14, 57:18, 113:4, 224:12, 251:23, 343:8, 419:8, 424:6

**Attorney** [4] - 4:19, 90:4, 120:2, 166:17

**Attorney's** [6] - 191:10, 191:16, 200:17, 200:21, 270:11, 272:4

**attorneys** [8] - 111:10, 111:23, 144:18, 144:20, 369:7, 371:18, 390:14, 390:15

**attract** [1] - 402:9

**attractive** [1] - 400:7

**ATWELL** [3] - 281:7, 281:10, 281:13

**Atwell** [2] - 8:4, 277:21

**audience** [12] - 11:12, 26:7, 67:15, 106:3, 120:12, 120:14, 127:2, 129:3, 129:10, 278:17, 280:5, 295:5

**augments** [1] - 324:16

**August** [2] - 1:18, 429:14

**authorities"** [1] - 194:19

**authority** [4] - 118:3, 118:4, 271:13, 315:14

**authorize** [7] - 333:17, 333:25, 334:3, 335:2, 339:9, 349:14, 355:8

**authorizes** [2] - 92:3, 334:6

**authorizing** [4] - 90:4, 330:15, 338:6, 424:5

**authors** [1] - 419:19

**autoimmune** [3] - 244:3, 287:18, 303:20

**autoimmunity** [1] - 244:8

**automatically** [3] -

171:3, 292:10, 315:7

**AV** [1] - 15:19

**available** [4] - 153:6, 236:14, 348:6, 388:11

**Avenue** [6] - 1:15, 21:8, 52:18, 72:19, 73:18, 140:23

**average** [2] - 307:14, 413:20

**Aviv** [2] - 60:8, 60:10

**avoid** [9] - 70:19, 130:10, 225:2, 229:4, 245:6, 296:4, 300:5, 300:14, 402:21

**avoiding** [1] - 102:11

**awaiting** [1] - 368:10

**award** [3] - 18:7, 18:12, 183:12

**awarded** [2] - 340:23, 341:3

**awards** [1] - 10:22

**aware** [12] - 98:2, 216:14, 216:15, 229:2, 305:14, 305:15, 343:14, 355:15, 401:12, 410:9, 417:8, 426:6

**awareness** [1] - 245:4

**awesome** [1] - 161:13

**awkward** [1] - 187:16

**aye** [3] - 320:21, 322:6, 323:12

**Aye** [58] - 89:9, 90:18, 92:18, 98:17, 100:11, 320:15, 320:16, 320:17, 320:18, 320:19, 320:20, 322:4, 322:5, 322:7, 322:8, 322:9, 322:10, 322:11, 322:12, 322:13, 322:14, 322:15, 322:22, 322:23, 322:24, 322:25, 323:2, 323:4, 323:5, 323:10, 323:11, 323:13, 323:14, 323:15, 323:16, 323:17, 323:18, 323:19, 323:20, 323:21, 421:11, 421:12, 421:13, 421:14, 421:15, 421:16, 421:17, 421:18, 421:19, 421:20, 421:21, 421:22, 421:23, 421:24, 421:25, 422:2, 422:3, 422:4

**Aye"** [21] - 87:18, 87:21, 89:12, 90:21, 92:21, 98:20, 100:14, 319:5, 319:8, 320:13, 322:3,

329:17, 329:21, 331:9, 331:13, 420:14, 420:19, 420:22, 424:13, 424:16, 428:6

## B

**B.S** [1] - 410:5

**B1** [5] - 193:11, 203:23, 208:17, 209:2, 209:3

**B2** [1] - 209:5

**baby** [2] - 67:18, 67:19

**baby's** [2] - 67:20, 378:8

**backbone** [1] - 280:21

**backed** [2] - 47:11, 298:13

**backpack** [1] - 165:8

**backs** [1] - 18:3

**backwards** [1] - 269:23

**Bad** [1] - 51:7

**bad** [14] - 29:12, 29:23, 154:5, 158:10, 223:5, 247:21, 256:18, 259:4, 263:2, 276:5, 293:6, 297:14, 309:3, 384:3

**Badalov** [1] - 6:22

**Badarov** [1] - 228:7

**BADAROV** [1] - 228:8

**bail** [2] - 31:7, 51:9

**Bail** [2] - 37:6, 40:7

**bait** [2] - 278:21

**baked** [1] - 200:6

**balance** [1] - 95:3

**Baldwin** [1] - 398:4

**Balin** [2] - 5:12, 343:9

**baloney** [2] - 74:5, 74:8

**Ban** [1] - 296:8

**ban** [34] - 66:21, 101:18, 224:21, 225:21, 226:7, 228:23, 230:6, 231:22, 232:11, 236:6, 242:24, 244:15, 244:16, 244:20, 245:19, 246:2, 247:3, 247:7, 249:13, 252:2, 254:10, 255:6, 255:17, 261:18, 266:25, 275:14, 279:12, 289:11, 291:10, 299:21, 300:12, 301:23, 303:5, 310:7

**bank** [2] - 174:4, 174:20

**bankrupt** [1] - 385:9

**banned** [1] - 306:12

**banners** [2] - 29:15, 233:13

**banning** [5] - 224:20, 229:11, 253:3, 294:10, 295:11

**Banning** [2] - 252:10, 254:18
**bans** [4] - 248:17, 249:23, 263:4, 268:20
**bar** [1] - 310:21
**Barbara** [3] - 9:7, 380:22, 380:25
**barbecue** [1] - 198:2
**bare** [1] - 296:15
**Bargaining** [1] - 94:5
**bargaining** [4] - 94:22, 95:9, 97:8, 99:16
**barrier** [1] - 225:22
**Barry** [1] - 243:4
**baseball** [1] - 248:15
**based** [24] - 106:15, 107:20, 107:24, 116:19, 123:5, 132:24, 134:22, 147:12, 164:25, 179:23, 197:7, 197:25, 198:13, 206:3, 208:8, 231:9, 256:16, 257:20, 267:20, 304:25, 316:5, 316:18, 348:4, 353:10
**baseless** [1] - 393:24
**bashed** [2] - 223:6, 223:16
**basic** [2] - 67:5, 288:21

**basis** [6] - 53:21, 62:20, 70:2, 118:4, 205:14, 246:24
**Battalion** [1] - 46:6
**batting** [1] - 295:12
**battle** [1] - 254:11
**Bay** [1] - 105:2
**Beach** [1] - 362:17
**beach** [1] - 198:10
**bear** [2] - 359:24, 404:9
**beat** [1] - 289:15
**beaten** [1] - 304:20
**beating** [1] - 419:2
**Beavis** [1] - 81:6
**became** [6] - 13:16, 192:21, 254:13, 272:20, 275:17, 311:16
**become** [11] - 57:18, 254:4, 255:7, 255:15, 269:17, 288:19, 296:7, 313:15, 381:25, 384:16, 414:7
**becomes** [6] - 176:25, 177:2, 177:3, 179:7, 206:18, 316:10
**becoming** [4] - 47:4, 56:9, 271:21, 344:12
**Beda** [1] - 60:9
**bedbound** [1] - 308:8
**Bedo** [1] - 386:22
**Bedoya** [1] - 60:8

**bedtime** [1] - 393:4
**Bee** [1] - 97:24
**Beechwood** [1] - 90:6
**beef** [1] - 293:10
**beg** [2] - 79:21, 299:19
**began** [4] - 13:21, 117:8, 117:16, 358:12
**begin** [6] - 67:17, 67:18, 293:21, 333:15, 334:8, 359:10
**Beginning** [1] - 335:11
**beginning** [3] - 249:17, 266:5, 287:16
**behalf** [12] - 18:11, 20:14, 64:5, 80:19, 96:10, 96:12, 99:9, 135:16, 372:25, 393:14, 425:15
**behave** [2] - 128:3, 260:7
**behavior** [7] - 206:20, 212:6, 257:17, 260:9, 291:20, 316:19
**behaviors** [2] - 51:22, 208:11
**behind** [16] - 45:17, 106:2, 136:23, 138:2, 147:25, 156:20, 158:3, 189:8, 238:4, 239:13, 242:3,

245:12, 264:17, 315:9, 402:18, 426:5
**Behind** [1] - 361:13
**beings** [2] - 70:23, 71:9
**beliefs** [1] - 228:21
**believes** [1] - 370:21
**bells** [1] - 412:24
**Belmont** [1] - 362:16
**belong** [5] - 72:20, 211:9, 211:10, 211:11, 284:15
**belongs** [1] - 72:19
**beloved** [1] - 60:9
**Ben** [3] - 13:4, 18:14, 232:17
**bend** [1] - 243:23
**Benedict** [1] - 90:7
**beneficial** [2] - 226:14, 425:23
**benefit** [4] - 95:20, 191:19, 207:23, 373:10
**benefited** [1] - 214:14
**Benefits** [2] - 341:24, 342:19
**benefits** [4] - 45:20, 95:19, 309:24, 361:25
**beside** [1] - 23:9
**best** [24] - 15:8, 15:9, 15:10, 16:21, 16:22, 16:23, 19:20, 20:18, 22:16,

39:4, 67:17, 119:10, 159:20, 172:7, 184:21, 190:5, 200:13, 230:11, 264:8, 301:21, 308:6, 376:7, 379:4

**better** [30] - 73:20, 135:9, 135:11, 139:17, 141:21, 143:10, 153:11, 153:12, 159:18, 159:19, 159:25, 160:8, 160:16, 178:15, 181:5, 183:23, 208:10, 232:13, 236:16, 276:9, 301:20, 372:11, 382:6, 386:3, 407:21, 407:22, 408:23, 412:6

**Betting** [1] - 401:13

**between** [19] - 94:5, 94:16, 96:4, 121:9, 133:8, 134:20, 165:11, 177:23, 200:8, 201:15, 217:13, 221:7, 247:20, 308:20, 317:14, 328:9, 330:8, 373:3, 425:18

**beyond** [4] - 162:25, 196:12, 277:9, 355:4

**Beyond** [1] - 127:17

**bias** [5] - 47:14, 227:3, 232:2,

258:6, 298:21

**biases** [3] - 231:14, 312:20, 312:22

**bid** [2] - 375:16, 415:15

**big** [5] - 18:25, 286:20, 357:6, 372:20, 397:6

**bigger** [3] - 298:18, 372:17, 388:17

**biggest** [1] - 121:22

**bigotry** [1] - 61:13

**Bilderberg** [1] - 286:24

**bill** [144] - 11:17, 11:18, 11:19, 29:22, 30:2, 30:6, 34:22, 34:24, 35:6, 35:13, 36:6, 38:23, 39:15, 41:20, 43:9, 43:21, 43:24, 44:21, 50:13, 50:21, 50:24, 51:25, 56:12, 56:24, 59:14, 59:15, 61:3, 62:24, 63:17, 81:11, 81:12, 81:17, 82:14, 82:15, 84:17, 104:15, 104:19, 108:25, 109:7, 109:8, 111:2, 111:8, 111:13, 111:25, 112:11, 113:19, 113:21, 113:22, 114:5, 115:13, 115:14, 116:6, 116:12,

116:20, 116:22, 116:24, 117:23, 118:6, 119:4, 119:22, 120:6, 124:25, 126:14, 126:16, 127:7, 127:8, 127:10, 127:11, 127:19, 131:18, 132:19, 133:9, 133:12, 140:7, 140:12, 143:12, 143:18, 158:10, 162:18, 165:19, 165:24, 166:18, 167:4, 168:21, 172:11, 175:4, 197:17, 197:22, 206:10, 213:18, 216:7, 216:17, 219:3, 219:24, 219:25, 224:20, 225:2, 226:17, 227:2, 227:13, 227:21, 231:7, 231:10, 235:15, 236:20, 247:18, 249:25, 253:8, 256:11, 256:16, 258:19, 258:20, 258:21, 259:6, 259:9, 259:11, 262:25, 263:16, 264:12, 265:13, 267:22, 270:16, 276:10, 276:15, 279:2, 279:24, 281:3, 283:3, 283:15, 283:20, 284:9, 293:7, 296:3,

315:10, 315:18, 316:14, 317:3, 317:11, 318:3, 318:15, 324:16, 324:17, 325:3, 325:8

**Bill** [2] - 135:19, 285:7

**bill's** [2] - 252:2, 268:5

**billion** [7] - 57:25, 372:16, 379:11, 384:4, 386:20, 414:23, 415:17

**bills** [4] - 109:2, 133:9, 167:5, 288:12

**Billy** [1] - 419:18

**binded** [1] - 403:2

**bipartisan** [4] - 56:24, 116:22, 121:5, 123:11

**bipartism** [1] - 122:3

**bird** [1] - 242:25

**birth** [5] - 67:18, 68:3, 68:14, 68:24, 69:3

**birthday** [1] - 81:5

**bit** [7] - 13:14, 159:11, 183:23, 278:10, 305:4, 320:10, 377:18

**bite** [1] - 302:15

**bizarre** [1] - 255:14

**Black** [6] - 47:5, 192:15, 214:13, 214:20, 247:14, 258:7

**black**[25] - 45:22, 46:4, 82:17, 177:24, 178:3, 178:19, 217:19, 222:5, 238:2, 258:6, 258:16, 259:2, 259:7, 260:13, 279:18, 282:14, 286:4, 287:14, 291:21, 292:6, 300:4, 304:19, 305:3, 311:19, 313:24

**Blakeman**[1] - 398:12

**Blakeman's**[1] - 73:13

**blame**[1] - 371:16

**blank**[2] - 54:11, 54:13

**bleed**[1] - 286:6

**bless**[6] - 16:9, 21:11, 23:21, 52:10, 82:25

**Blessed**[1] - 252:21

**Block**[1] - 328:15

**blocks**[1] - 405:25

**blonds**[1] - 305:25

**blood**[2] - 293:10, 295:3

**bloodwork**[1] - 287:20

**Blue**[2] - 214:22, 222:9

**blue**[3] - 13:12, 16:3, 290:8

**Board**[16] - 74:19, 79:25, 80:2,

80:13, 80:19, 96:23, 327:14, 355:13, 401:12, 402:13, 402:16, 403:2, 403:6, 403:11, 403:14, 404:13

**board**[7] - 36:2, 64:5, 78:7, 220:24, 221:2, 263:11, 403:18

**boards**[1] - 221:12

**BOCES**[1] - 74:3

**bodied**[1] - 316:8

**bodies**[5] - 70:13, 230:15, 254:25, 306:10, 419:7

**body**[9] - 17:14, 97:4, 97:13, 180:2, 182:7, 214:17, 244:8, 301:13, 395:2

**Body**[17] - 16:20, 17:19, 67:14, 118:5, 138:21, 172:25, 173:17, 236:16, 271:9, 274:13, 275:2, 324:20, 331:24, 337:11, 409:3, 417:8

**Boise**[2] - 75:23, 76:2

**BOLANDER**[1] - 307:8

**Bolander**[2] - 8:19, 307:7

**bolster**[1] - 376:7

**bomb**[1] - 242:4

**bombs**[1] - 283:12

**booed**[1] - 388:23

**book**[3] - 15:20, 124:11, 234:6

**books**[16] - 41:17, 43:8, 110:2, 122:12, 122:25, 125:18, 147:5, 191:20, 195:25, 196:3, 196:9, 196:13, 196:17, 206:13, 291:12, 291:14

**boon**[1] - 418:17

**booster**[1] - 244:9

**borders**[1] - 287:13

**bore**[1] - 109:22

**born**[2] - 57:20, 418:2

**boroughs**[1] - 284:12

**bottles**[1] - 137:24

**bottom**[5] - 16:11, 112:4, 152:23, 372:13, 397:9

**bound**[1] - 23:7

**bowl**[1] - 23:9

**box**[1] - 138:24

**Boys**[3] - 192:17, 209:25, 211:10

**bracket**[1] - 382:2

**Brad**[1] - 383:13

**Brain**[1] - 301:14

**brain**[3] - 293:11, 295:4, 387:8

**brainwashed**[2] - 284:24, 285:24

**brakes**[1] - 324:20

**brand**[2] - 16:25, 17:2

**branded**[2] - 341:5, 341:7

**brandishing**[1] - 29:14

**brave**[3] - 55:20, 114:15, 281:2

**breach**[1] - 198:13

**break**[5] - 38:4, 75:25, 82:2, 141:3, 219:14

**breaking**[3] - 62:17, 215:10, 218:13

**breaks**[1] - 38:9

**breast**[2] - 73:7, 192:19

**breath**[2] - 293:17, 296:16

**breeds**[1] - 289:11

**Brennan**[1] - 59:21

**Brett**[2] - 13:8, 15:25

**Brian**[1] - 365:2

**bricks**[1] - 158:3

**bridge**[1] - 299:2

**Bridget**[1] - 292:25

**Bridgette**[2] - 8:10, 293:2

**brief**[7] - 18:6, 154:13, 230:18, 332:25, 354:5, 423:5, 423:8

**briefly**[3] - 10:20, 53:4, 79:23

**bright**[3] - 26:20,

27:6, 130:19

**bring** [16] - 24:5, 25:7, 43:4, 78:19, 78:21, 78:24, 83:2, 139:13, 161:15, 163:25, 164:9, 171:11, 240:15, 272:8, 399:9, 416:13

**bringing** [5] - 40:17, 162:25, 290:18, 327:19, 406:24

**broad** [3] - 113:15, 116:5, 291:24

**broader** [2] - 48:14, 427:3

**broke** [1] - 192:20

**broken** [2] - 243:23, 418:5

**brokered** [1] - 75:8

**Brook** [1] - 74:4

**brother** [1] - 73:15

**brothers** [5] - 311:24, 312:2, 386:4, 411:17

**brought** [14] - 12:24, 14:15, 82:15, 121:10, 131:19, 163:15, 171:25, 192:11, 195:16, 239:13, 243:2, 260:14, 327:12, 390:7

**brown** [8] - 45:22, 47:6, 221:5, 238:3, 258:6, 258:7, 258:17, 304:19

**Bruce** [1] - 398:12

**bruised** [1] - 417:25

**brunt** [1] - 404:9

**brush** [1] - 113:18

**brutality** [2] - 305:11, 306:20

**BRYANT** [1] - 291:9

**Bryant** [2] - 8:9, 291:8

**Bryson** [1] - 218:2

**bubbled** [1] - 166:8

**buck** [1] - 76:18

**Budd** [1] - 314:7

**buddies** [1] - 298:13

**budget** [5] - 96:9, 98:6, 177:22, 398:15, 426:22

**budgeted** [1] - 98:11

**build** [3] - 370:20, 414:7, 415:2

**building** [7] - 73:23, 243:9, 348:16, 382:10, 386:11, 395:8, 395:20

**Building** [4] - 1:14, 342:15, 361:8, 361:20

**buildings** [1] - 82:3

**built** [2] - 384:4, 416:10

**bulge** [1] - 149:24

**bullied** [1] - 249:21

**bullies** [2] - 76:24, 298:8

**bullshit** [1] - 289:10

**bullying** [1] - 393:20

**bunch** [2] - 155:22, 304:21

**burden** [1] - 282:11

**burdened** [2] - 367:5, 367:12

**Bureau** [3] - 12:20, 20:6, 270:12

**BURGER** [1] - 295:24

**Burger** [3] - 8:11, 295:23, 295:25

**burglaries** [1] - 189:24

**burn** [1] - 82:11

**burned** [1] - 29:13

**burning** [5] - 29:7, 77:3, 155:4, 284:17, 368:25

**Burns** [1] - 21:8

**bus** [2] - 155:22, 286:10

**Business** [1] - 413:10

**business** [14] - 19:21, 95:20, 95:23, 202:11, 226:25, 298:14, 340:21, 381:10, 384:5, 385:8, 407:8, 407:10, 415:14, 416:2

**businesses** [4] - 280:21, 280:23, 381:12, 415:21

**Businesses** [1] - 244:16

**busses** [3] - 318:24, 367:24, 368:2

**busy** [1] - 25:23

**buy** [2] - 288:11, 387:18

**buzzer** [2] - 222:18, 276:19

**buzzer)** [2] - 55:4, 306:12

**BY** [1] - 1:23

**Bynoe** [10] - 85:6, 90:16, 159:3, 211:6, 214:8, 237:20, 329:14, 371:5, 404:17, 404:19

**BYNOE** [42] - 2:17, 85:7, 159:4, 159:7, 160:18, 162:14, 163:6, 163:9, 163:20, 164:7, 164:25, 166:16, 191:12, 191:17, 192:4, 195:4, 195:22, 196:11, 197:5, 198:24, 199:12, 199:16, 199:25, 200:20, 201:6, 201:13, 201:23, 202:16, 202:23, 203:18, 204:11, 205:9, 205:19, 206:9, 208:22, 209:3, 209:9, 211:7, 212:14, 320:16, 322:22, 421:12

# C

**calculated** [1] - 98:8

**Calendar** [1] - 404:14

**calendar** [1] - 84:4

**calm** [4] - 15:16, 18:20, 146:11, 277:14

**camera** [1] - 180:2

**cameras** [2] - 182:7, 214:17

**campaign** [2] - 370:24, 371:11

**campus** [1] - 278:3

**campuses** [11] - 41:25, 42:9, 42:14, 44:11, 55:24, 59:10, 71:2, 112:23, 136:17, 228:13, 267:13

**cancer** [6] - 72:22, 73:7, 192:20, 309:12, 407:14, 407:16

**candor** [1] - 79:7

**candy** [2] - 398:19, 408:19

**cane** [1] - 261:4

**cannot** [39] - 20:13, 20:17, 20:24, 28:19, 35:23, 36:3, 47:15, 48:22, 56:19, 59:16, 76:13, 110:11, 110:13, 136:24, 138:3, 141:16, 144:10,

152:4, 203:6, 233:18, 241:2, 246:12, 250:22, 253:21, 254:3, 260:6, 264:23, 267:13, 269:17, 280:13, 308:8, 334:23, 358:23, 370:10, 384:17, 387:9, 402:6, 419:22

**CANZONERI** [4] - 32:22, 33:7, 34:20, 35:19

**Canzoneri** [3] - 6:6, 32:21, 38:22

**CANZONERI-FITPATRICK** [1] - 33:7

**Canzoneri-Fitzpatrick** [3] - 6:6, 32:21, 38:22

**CANZONERI-FITZPATRICK** [3] - 32:22, 34:20, 35:19

**cap** [1] - 414:21

**capable** [1] - 269:2

**capacity** [3] - 147:17, 171:23, 252:10

**capital** [1] - 29:6

**capitalism** [1] - 382:4

**Caprice** [3] - 9:14, 311:10, 404:23

**caps** [1] - 248:15

**captioning** [1] - 133:24

**captive** [3] - 69:15, 71:9, 81:7

**car** [14] - 38:2, 176:5, 176:6, 176:7, 176:13, 176:17, 176:21, 189:19, 206:17, 234:8, 241:3, 241:5, 241:8, 408:20

**cardiac** [1] - 13:17

**care** [12] - 19:9, 24:5, 127:7, 160:9, 160:10, 255:2, 265:8, 294:19, 300:19, 305:17, 307:19, 394:4

**career** [5] - 362:6, 363:5, 363:6, 414:25

**careers** [2] - 297:16, 362:8

**carefully** [3] - 131:4, 137:18, 279:6

**caregiver** [1] - 295:13

**caregivers** [2] - 226:3, 295:13

**caretaker** [2] - 262:16, 303:17

**caretakers** [1] - 246:11

**caring** [1] - 291:6

**Carline** [2] - 9:12, 364:18

**Carlton** [1] - 341:6

**carnage** [1] - 184:6

**Carolina** [2] - 31:17, 106:23

**Carr** [1] - 366:3

**Carrie** [3] - 85:8, 278:13, 279:15

**CARRIE** [1] - 2:20

**carried** [2] - 257:19, 286:14

**carries** [3] - 194:25, 296:15, 301:9

**carry** [2] - 298:21, 375:12

**carrying** [3] - 196:18, 196:19, 197:12

**cars** [1] - 231:19

**Carter** [2] - 72:7, 77:18

**carve** [2] - 191:23, 267:21

**case** [18] - 16:24, 38:9, 59:21, 98:4, 116:14, 118:12, 161:19, 178:5, 182:14, 198:7, 198:20, 213:4, 240:16, 250:14, 294:12, 308:6, 308:7, 347:16

**cases** [8] - 64:21, 66:24, 67:21, 81:13, 175:5, 175:13, 251:13, 263:13

**cash** [1] - 398:22

**cashless** [2] - 31:7, 40:7

**casino** [86] - 11:17, 11:18, 72:14,

72:18, 73:4, 73:11, 73:14, 73:17, 74:11, 77:21, 78:9, 78:15, 80:5, 80:21, 314:20, 333:9, 334:3, 338:21, 340:24, 341:13, 341:18, 342:2, 349:2, 370:6, 370:20, 372:2, 373:8, 374:10, 375:2, 375:4, 375:6, 375:9, 375:17, 376:5, 381:24, 382:7, 382:10, 382:15, 382:17, 382:18, 383:22, 383:24, 385:22, 386:11, 387:7, 387:15, 388:2, 388:4, 388:11, 388:18, 388:24, 388:25, 389:21, 390:23, 393:8, 393:11, 394:16, 396:18, 399:3, 400:7, 400:19, 400:20, 401:15, 401:17, 401:22, 402:3, 402:18, 403:24, 404:10, 405:6, 407:7, 407:13, 407:19, 408:25, 410:16, 410:25, 412:10, 412:13, 412:21, 413:13, 413:21, 413:23, 418:8,

418:20, 419:17, 420:8

**Casino** [6] - 373:9, 375:12, 383:22, 399:9, 419:2, 419:10

**casino"** [1] - 408:6

**Casino"** [1] - 72:14

**casinos** [6] - 80:8, 396:13, 396:25, 400:11, 401:9, 404:20

**Casinos** [1] - 399:7

**Cassel** [1] - 366:23

**Cast** [1] - 291:13

**cast** [2] - 131:7, 395:17

**casting** [2] - 32:4, 32:5

**casually** [1] - 296:7

**CATALANO** [1] - 369:6

**Catalano** [3] - 9:9, 369:5, 379:11

**categories** [1] - 345:5

**category** [2] - 113:12, 130:23

**Catholics** [1] - 211:16

**caucus** [6] - 116:2, 127:24, 193:10, 324:7, 390:14

**Caucus** [3] - 122:6, 193:4, 403:17

**caught** [2] - 244:5, 249:17

**caused** [3] - 13:18, 73:4, 367:7

**causing** [3] - 162:13, 282:16, 301:9

**cautioned** [1] - 135:23

**Cayman** [1] - 255:22

**CB** [2] - 15:8, 16:23

**CDC** [2] - 264:5, 287:2

**cease** [1] - 335:12

**Cease** [1] - 339:22

**celebrate** [1] - 107:10

**celebration** [2] - 33:19, 257:8

**celebrations** [2] - 101:11, 102:15

**celebrities** [1] - 248:9

**Celestin** [2] - 13:4, 13:20

**cells** [1] - 308:16

**Center** [3] - 231:15, 252:23, 259:18

**center** [1] - 235:3

**central** [1] - 384:24

**century** [2] - 125:15, 126:4

**ceremonies** [1] - 183:12

**ceremony** [2] - 44:17, 56:16

**Cerro** [1] - 362:19

**certain** [17] - 120:3, 120:4, 160:24, 204:8, 207:2, 207:3, 207:6,

207:7, 207:10, 305:16, 328:5, 330:4, 333:11, 334:4, 347:4, 347:6, 379:23

**certainly** [7] - 122:12, 128:21, 191:8, 346:12, 357:13, 358:25, 359:5

**certified** [1] - 381:4

**certify** [1] - 429:10

**Certilman** [2] - 5:12, 343:9

**chai** [1] - 82:25

**chain** [2] - 260:19, 310:2

**chairman** [1] - 242:6

**Chalamet** [1] - 248:9

**challenge** [3] - 280:2, 369:21, 370:23

**challenged** [1] - 107:2

**challenges** [4] - 46:10, 324:23, 426:8, 427:8

**Chamber** [1] - 329:5

**chamber** [3] - 44:15, 54:18, 270:9

**Chambers** [1] - 90:12

**chambers** [3] - 57:9, 92:13, 93:7

**chance** [10] - 11:23,

55:9, 84:18, 119:21, 129:19, 157:10, 314:23, 325:22, 401:22, 406:7

**chances** [1] - 308:13

**change** [9] - 136:10, 151:4, 180:12, 180:14, 212:6, 382:11, 387:7, 404:19, 407:2

**changed** [4] - 67:25, 112:21, 163:24, 259:20

**changes** [4] - 111:5, 114:8, 117:23, 321:19

**changing** [1] - 119:9

**channels** [1] - 227:25

**chanting** [1] - 60:10

**charge** [2] - 151:16, 186:23

**charged** [7] - 117:25, 149:5, 186:3, 187:4, 256:20, 258:14, 259:3

**charges** [1] - 241:23

**chariot** [1] - 294:4

**cheap** [1] - 386:20

**check** [1] - 27:13

**checked** [1] - 305:8

**chemotherapy** [1]

- 407:18

**chest** [1] - 12:23

**Chief** [1] - 270:12

**child** [4] - 206:17, 206:22, 277:25, 397:13

**childcare** [1] - 246:13

**children** [15] - 51:15, 52:8, 55:23, 56:7, 56:12, 57:2, 58:22, 58:23, 222:3, 222:4, 223:3, 309:9, 379:17, 382:21, 398:17

**children's** [2] - 222:17, 376:9

**chilling** [2] - 207:22, 281:19

**choice** [2] - 176:10, 266:24

**choose** [1] - 229:4

**choosing** [1] - 298:21

**chosen** [3] - 276:16, 288:18, 404:3

**Chris** [8] - 6:14, 9:10, 63:21, 64:2, 243:10, 366:14, 366:16, 380:16

**Christ** [1] - 295:21

**Christian** [1] - 286:5

**Christians** [2] - 285:10, 285:15

**Christmas** [1] -

165:8

**chronic** [4] - 207:9, 268:23, 297:8, 315:5

**chronically** [2] - 252:8, 310:3

**Chuck** [3] - 6:12, 52:13, 52:17

**church** [3] - 198:3, 198:12, 202:9

**churches** [2] - 66:18, 198:10

**CIO** [1] - 342:17

**circles** [1] - 187:21

**Circuit** [2] - 196:4, 205:12

**circulate** [1] - 252:5

**circumstances** [5] - 203:16, 204:9, 215:15, 216:2, 236:25

**cisgender** [4] - 68:5, 68:10, 68:17, 68:20

**citation** [1] - 21:16

**cited** [1] - 109:18

**Citi** [2] - 72:19, 73:18

**citizen** [2] - 291:18, 318:7

**citizens** [9] - 113:9, 213:19, 231:12, 231:24, 280:9, 283:25, 291:19, 310:16, 385:19

**Citrus** [1] - 376:21

**City** [21] - 10:10, 22:23, 28:14, 29:6, 51:12,

75:10, 77:19, 78:6, 80:20, 179:14, 179:20, 221:25, 280:22, 283:11, 299:18, 313:19, 313:20, 313:25, 327:15, 363:23, 400:10

**city** [4] - 76:14, 194:15, 284:11, 285:12

**civic** [4] - 48:19, 244:24, 277:24, 278:15

**civically** [1] - 414:8

**Civil** [2] - 236:4, 239:9

**civil** [10] - 102:10, 182:2, 214:16, 221:7, 221:18, 227:8, 232:14, 273:8, 285:7, 318:6

**civilians** [1] - 299:25

**claim** [3] - 53:23, 239:14, 276:7

**claimants** [1] - 239:12

**claiming** [2] - 239:10, 241:24

**claims** [3] - 90:5, 253:8, 424:6

**Claire** [3] - 7:11, 251:21, 251:22

**clarification** [2] - 125:12, 405:8

**clarified** [1] - 59:22

**clarify** [2] - 123:3,

131:17

**clarity** [2] - 130:11, 227:23

**class** [5] - 117:24, 199:10, 361:24, 385:18

**Class** [1] - 340:19

**classification** [1] - 346:18

**classify** [6] - 339:3, 344:24, 345:3, 346:4, 347:2, 347:17

**classifying** [1] - 337:25

**classist** [1] - 393:22

**Clean** [2] - 37:7, 40:9

**clean** [1] - 251:11

**cleansing** [2] - 58:12, 58:13

**clear** [35] - 33:8, 33:22, 39:8, 59:22, 68:20, 81:12, 107:3, 107:11, 108:17, 116:20, 118:2, 119:3, 121:3, 126:2, 129:14, 129:18, 139:11, 167:10, 208:4, 211:8, 212:4, 229:2, 230:11, 240:17, 241:12, 276:16, 278:25, 282:10, 291:15, 298:6, 311:21, 375:8, 402:23,

415:4, 417:7

**Clear** [1] - 119:4

**clearance** [1] - 147:14

**clearly** [13] - 48:9, 81:9, 105:5, 127:18, 198:19, 201:20, 202:5, 212:23, 267:8, 274:15, 276:14, 381:10, 385:2

**Clearly** [1] - 370:21

**clerk** [1] - 224:14

**CLERK** [20] - 84:22, 85:2, 85:5, 85:8, 85:11, 85:14, 85:17, 85:20, 85:23, 86:2, 86:5, 86:8, 86:11, 86:14, 86:17, 86:20, 86:23, 87:2, 87:6, 87:9

**Clerk** [2] - 4:16, 4:19

**clients** [1] - 251:24

**climb** [2] - 169:18, 308:7

**climbing** [1] - 149:22

**clinical** [2] - 254:2, 259:16

**clinics** [1] - 398:21

**clock** [1] - 359:13

**clocks** [1] - 52:16

**close** [6] - 21:7, 236:19, 314:14, 318:19, 318:25, 402:4

**closed** [4] - 133:24,

176:9, 319:14, 402:19

**closest** [1] - 367:21

**closet** [1] - 413:22

**closing** [4] - 77:8, 319:4, 319:10

**clothing** [2] - 64:18, 306:5

**Cloud** [1] - 15:20

**club** [1] - 297:3

**clubs** [1] - 400:4

**co** [4] - 34:18, 44:21, 112:11, 254:13

**co-sponsor** [1] - 34:18

**co-sponsored** [1] - 44:21

**co-sponsors** [1] - 112:11

**co-writer** [1] - 254:13

**CO2** [1] - 318:10

**code** [2] - 125:23, 419:6

**Code** [1] - 126:2

**Cody** [1] - 365:24

**coexist** [1] - 112:19

**cognitive** [1] - 285:23

**cohesion** [1] - 48:22

**coined** [1] - 259:25

**cold** [2] - 48:13, 269:13

**colder** [1] - 48:10

**Coliseum** [43] - 328:13, 330:12,

330:15, 332:18, 333:6, 333:8, 333:23, 334:13, 334:24, 335:5, 335:8, 335:13, 338:13, 338:18, 338:20, 339:19, 339:25, 340:6, 340:7, 348:16, 361:7, 366:21, 367:16, 367:21, 368:2, 371:14, 373:5, 373:9, 373:18, 373:21, 374:2, 374:6, 374:14, 374:18, 374:22, 375:16, 375:22, 384:8, 398:25, 405:25, 407:14, 411:11, 416:10

**collaborative** [1] - 425:23

**collateral** [2] - 255:13, 259:7

**colleague** [7] - 34:15, 35:3, 38:21, 39:22, 41:15, 107:23, 343:4

**colleagues** [9] - 31:11, 36:14, 193:2, 193:4, 193:9, 214:7, 226:2, 275:4, 403:16

**collected** [1] - 18:20

**Collective** [1] - 94:4

**collective** [3] - 97:8, 99:16, 317:20

**Colleen** [1] - 405:19

**College** [18] - 66:17, 75:10, 94:6, 94:8, 94:14, 96:11, 97:5, 98:3, 98:7, 99:9, 265:25, 388:20, 417:22, 419:12, 425:10, 425:19, 426:2, 427:3

**college** [26] - 41:25, 44:11, 55:24, 58:22, 59:9, 70:25, 94:19, 95:20, 95:23, 96:8, 97:2, 112:23, 136:17, 228:13, 228:19, 267:13, 277:25, 387:11, 418:16, 418:22, 419:8, 419:14, 419:18, 419:24, 420:3, 420:5

**College's** [4] - 98:11, 426:7, 426:11, 426:22

**college's** [3] - 420:7, 426:15, 427:7

**colleges** [2] - 272:22, 384:25

**collegial** [1] - 128:3

**Collins** [1] - 12:25

**colonial** [1] -

**color** [7] - 52:5, 209:20, 231:6, 250:8, 282:16, 316:16, 414:6

**Columbia** [6] - 42:11, 51:4, 82:2, 104:24, 220:22, 241:23

**combat** [2] - 46:4, 112:14

**comfortable** [1] - 213:8

**Coming** [1] - 295:9

**coming** [16] - 75:7, 79:19, 128:10, 191:18, 206:6, 211:12, 217:18, 220:2, 224:6, 236:18, 284:21, 297:9, 305:10, 307:21, 351:25, 411:5

**command** [1] - 164:2

**commandment** [1] - 255:4

**commands** [1] - 254:25

**commence** [1] - 219:15

**commenced** [1] - 343:16

**commencement** [2] - 341:13, 341:18

**commencing** [1] - 341:21

**commend** [5] - 96:20, 97:10,

172:6, 425:21

**commendable** [2] - 49:6, 189:12

**commending** [1] - 112:10

**COMMENT** [4] - 6:3, 7:2, 8:2, 9:2

**comment** [23] - 10:25, 11:2, 11:9, 12:5, 28:3, 28:8, 36:19, 37:2, 52:24, 107:21, 161:10, 219:16, 219:22, 224:14, 314:11, 329:6, 351:8, 353:5, 360:7, 360:24, 403:23, 413:6, 425:4

**commentators** [1] - 103:9

**commented** [1] - 233:17

**commenting** [1] - 158:25

**comments** [20] - 11:8, 67:16, 78:11, 117:3, 117:10, 118:18, 124:15, 132:24, 146:5, 159:8, 245:24, 245:25, 351:11, 351:16, 353:12, 353:13, 353:15, 353:22, 378:20

**commercial** [2] - 340:21, 367:23

**commercially** [1] -

335:7

**Commission** [5] - 331:2, 336:22, 337:7, 337:11, 368:13

**Commissioner** [47] - 5:4, 17:15, 18:3, 18:9, 37:13, 103:2, 103:21, 103:25, 104:10, 104:13, 108:2, 120:23, 135:4, 135:14, 140:4, 144:23, 145:21, 146:13, 149:6, 150:9, 151:21, 153:17, 154:16, 157:8, 159:5, 160:18, 166:13, 166:20, 166:22, 167:14, 168:6, 172:20, 175:3, 177:20, 178:13, 181:7, 181:12, 183:2, 185:10, 185:16, 189:3, 190:19, 190:24, 238:14, 280:15, 292:12, 389:6

**commissioner** [4] - 17:21, 189:4, 208:3, 217:8

**COMMISSIONE R** [63] - 16:12, 135:15, 135:25, 139:10, 140:5, 140:9, 140:17, 142:2, 142:7, 142:12, 142:17, 142:24, 143:15,

143:22, 145:11, 145:17, 146:14, 147:15, 147:22, 148:18, 149:11, 154:18, 156:5, 156:14, 157:4, 157:15, 158:14, 158:20, 158:24, 159:6, 159:12, 161:9, 163:4, 163:8, 163:11, 163:23, 164:13, 167:18, 167:24, 168:11, 168:23, 169:6, 170:2, 170:7, 170:14, 170:19, 170:24, 171:22, 172:16, 172:21, 173:6, 173:9, 173:18, 173:23, 174:19, 175:16, 176:20, 178:22, 181:18, 181:23, 183:24, 189:6, 191:5

**commit** [10] - 33:14, 50:19, 65:19, 106:10, 117:25, 151:14, 167:17, 231:4, 247:11, 283:23

**commitment** [2] - 420:3, 425:25

**committed** [9] - 133:4, 153:16, 173:3, 173:21, 177:18, 178:8, 189:24, 225:16, 315:17

**committee** [3] -

95:6, 113:24, 364:7

**Committee** [10] - 100:22, 107:22, 122:6, 131:20, 182:19, 337:20, 358:9, 380:25, 423:5, 423:9

**Committees** [3] - 88:5, 116:13, 182:19

**committees** [1] - 95:10

**committing** [10] - 51:3, 110:18, 130:8, 141:17, 147:10, 179:18, 188:4, 212:16, 217:21, 241:11

**common** [16] - 39:2, 40:12, 40:17, 44:25, 45:3, 52:3, 55:4, 55:8, 81:13, 118:25, 157:22, 157:25, 177:10, 269:13, 293:12, 301:16

**commonly** [2] - 48:11, 395:15

**Commotion** [1] - 146:10

**communicable** [1] - 266:13

**communicate** [1] - 291:3

**Communications** [1] - 12:20

**communication**

**s** [2] - 12:25, 16:17

**communities** [30] - 42:3, 45:22, 46:15, 48:25, 50:20, 51:23, 64:10, 65:17, 78:17, 80:16, 138:11, 160:2, 207:2, 207:4, 207:7, 246:17, 247:14, 250:6, 250:8, 279:19, 367:3, 367:5, 367:11, 368:5, 368:24, 383:6, 386:19, 402:11, 417:2, 417:5

**Community** [15] - 94:6, 94:8, 98:3, 99:7, 99:9, 341:24, 342:19, 388:19, 417:21, 419:12, 425:10, 425:19, 426:2, 426:11, 427:3

**community** [83] - 17:7, 20:11, 20:15, 26:15, 27:10, 32:9, 44:8, 48:16, 48:21, 49:10, 51:7, 61:8, 63:8, 64:8, 64:20, 66:22, 66:24, 67:3, 67:6, 67:10, 69:6, 78:16, 82:17, 104:25, 127:9, 137:9, 139:2, 139:17, 159:22, 161:13, 165:11, 185:8,

192:15, 211:15, 225:5, 225:16, 225:17, 225:25, 226:5, 226:13, 235:2, 243:20, 245:3, 250:4, 253:19, 255:6, 260:13, 265:8, 268:3, 277:24, 280:22, 281:20, 282:17, 283:17, 298:11, 307:24, 316:16, 317:21, 318:9, 362:25, 363:18, 363:19, 368:18, 381:14, 382:18, 383:2, 384:25, 386:10, 387:23, 387:24, 393:9, 393:15, 394:5, 394:21, 394:23, 396:9, 398:7, 402:22, 403:4, 418:16, 418:18, 419:14, 427:4

**commute** [1] - 367:19

**companion** [1] - 157:11

**Company** [1] - 46:5

**company** [3] - 363:17, 372:2, 415:18

**compare** [3] - 157:10, 179:15, 267:15

**compared** [1] - 378:9

**compares** [1] -

205:2

**comparison** [1] - 308:20

**compassion** [2] - 22:24, 381:14

**compensation** [2] - 94:25, 96:5

**compete** [1] - 400:5

**competence** [1] - 371:20

**compiled** [1] - 353:15

**complaining** [1] - 12:22

**complaints** [1] - 156:12

**complements** [2] - 115:13, 115:14

**complete** [9] - 16:7, 337:14, 351:5, 351:24, 352:18, 352:25, 354:25, 360:13, 389:19

**completely** [10] - 58:2, 62:6, 120:25, 144:24, 297:11, 307:14, 307:22, 308:4, 310:14, 361:21

**complex** [1] - 341:5

**compliance** [1] - 182:10

**complicated** [1] - 162:25

**complicit** [1] - 392:18

**composition** [1] - 403:14

**comprehend** [1] - 26:12

**comprehensive** [1] - 351:4

**compromise** [3] - 90:5, 115:19, 424:6

**compromised** [1] - 315:6

**compulsive** [1] - 80:10

**conceal** [13] - 33:11, 53:7, 65:8, 81:19, 101:7, 106:9, 130:9, 130:21, 134:23, 210:6, 235:5, 272:24, 273:12

**concealed** [1] - 151:19

**Concealing** [1] - 229:8

**concealing** [6] - 29:15, 51:8, 100:5, 251:9, 283:7, 319:17

**concealment** [1] - 46:23

**conceded** [2] - 324:15, 325:19

**concept** [3] - 256:22, 259:24, 267:15

**concern** [9] - 47:11, 119:9, 131:20, 165:4, 165:24, 179:6, 184:21, 187:18, 249:12

**concerned** [10] - 30:18, 46:11, 113:7, 154:20, 185:20, 207:24, 230:7, 268:2, 271:11, 372:8

**concerning** [3] - 98:6, 197:18, 401:9

**concerns** [10] - 59:12, 59:14, 101:13, 102:25, 113:24, 115:25, 128:11, 135:17, 230:13, 366:19

**conclude** [1] - 54:16

**concluded** [1] - 367:4

**concludes** [2] - 339:11, 422:16

**condition** [9] - 107:20, 148:21, 171:9, 227:5, 244:4, 287:18, 334:11, 337:9, 337:18

**conditioning** [1] - 399:20

**conditions** [6] - 47:25, 268:23, 293:12, 303:18, 354:19, 403:21

**conduct** [5] - 102:8, 107:18, 194:12, 344:7, 375:22

**conducted** [1] - 332:22

**conducting** [1] - 357:16

**Confederate** [1] - 305:25

**conference** [2] - 340:3, 340:15

**confidence** [3] - 40:19, 40:22, 403:7

**confident** [1] - 143:19

**confines** [1] - 115:15

**confirmed** [2] - 290:20, 325:13

**conflate** [1] - 269:18

**Conflict** [1] - 232:7

**confront** [1] - 114:19

**confrontations** [1] - 114:22

**confused** [1] - 66:25

**confusion** [2] - 130:12, 237:19

**congested** [1] - 399:14

**congratulate** [2] - 26:2, 190:25

**Congratulations** [1] - 190:19

**congratulations** [1] - 27:12

**congregate** [11] - 101:20, 155:20, 155:21, 193:12, 193:16, 194:11, 195:12, 231:17,

237:12, 264:2

**congregates** [2] - 194:7, 195:9

**congregating** [7] - 155:23, 158:5, 170:12, 197:23, 198:8, 210:7, 237:17

**Congress** [1] - 71:5

**congressman** [1] - 28:15

**Congressman** [3] - 6:5, 28:13, 32:19

**CONGRESSMA N** [5] - 28:16, 29:21, 30:16, 31:10, 32:3

**Coniglio** [3] - 9:8, 372:23, 372:25

**CONIGLIO** [1] - 372:24

**connected** [1] - 291:23

**Connecticut** [1] - 396:12

**connection** [4] - 194:13, 194:16, 328:11, 330:10

**conscious** [2] - 231:12, 231:24

**consciousness** [1] - 13:19

**consecutive** [1] - 290:3

**consent** [4] - 88:4, 203:8, 203:22, 230:10

**consequences** [4] - 45:19, 71:24,

130:14, 281:23

**consequently** [1] - 82:3

**Conservation** [1] - 367:2

**conservative** [1] - 311:16

**consider** [12] - 48:14, 77:11, 79:22, 80:22, 106:14, 115:17, 245:25, 325:7, 325:17, 351:11, 354:6, 376:6

**considerable** [1] - 80:3

**considerably** [1] - 382:12

**consideration** [9] - 115:3, 123:8, 229:24, 325:9, 350:8, 354:4, 354:5, 376:11, 402:14

**considerations** [1] - 263:20

**Considered** [1] - 236:10

**considered** [5] - 139:15, 262:9, 263:8, 264:21, 360:20

**considering** [7] - 12:2, 56:23, 337:23, 338:9, 345:25, 381:6, 381:8

**consistency** [1] - 164:18

**consistent** [4] - 201:5, 246:24, 335:9, 339:20

**consistently** [2] - 17:11, 288:10

**constantly** [2] - 164:18, 315:25

**constituent** [2] - 25:17, 342:18

**constituents** [11] - 21:7, 22:11, 25:8, 25:9, 278:18, 327:12, 372:19, 391:11, 391:17, 392:12, 410:5

**constitute** [1] - 68:17

**constitutes** [2] - 48:9, 162:17

**Constitution** [11] - 59:24, 62:20, 150:17, 151:3, 151:4, 221:19, 222:14, 223:21, 234:22, 280:6, 285:6

**constitutional** [14] - 59:15, 103:19, 113:9, 134:18, 150:21, 173:14, 196:6, 196:10, 200:6, 201:4, 205:13, 205:16, 239:2, 267:17

**constitutionally** [6] - 65:10, 109:8, 132:9, 200:22, 238:22, 270:20

**construct** [2] -

342:23, 401:15

**constructing** [1] - 408:24

**Construction** [1] - 342:16

**construction** [3] - 372:8, 385:24, 414:25

**consultants** [5] - 351:10, 352:12, 352:14, 359:5, 359:18

**consulted** [1] - 153:5

**consummate** [1] - 330:19

**contact** [2] - 157:25, 290:15

**contacted** [1] - 23:14

**contagious** [2] - 253:15, 263:23

**containing** [1] - 341:9

**contains** [2] - 234:23, 352:16

**contemplated** [1] - 350:4

**contemplates** [1] - 374:10

**contemplating** [1] - 113:10

**content** [3] - 182:12, 350:17, 394:2

**contents** [1] - 351:22

**context** [3] - 47:2, 54:22, 104:16

**continuation** [2] - 334:21, 361:10

**continue** [26] - 14:2, 27:8, 36:4, 41:5, 41:8, 44:23, 95:11, 97:3, 97:9, 102:19, 118:20, 130:5, 138:22, 146:12, 146:17, 146:22, 159:19, 222:24, 250:3, 276:20, 290:23, 307:20, 342:11, 410:10, 417:11, 427:5

**continued** [5] - 14:7, 125:2, 262:10, 262:12, 427:10

**continues** [5] - 45:4, 252:5, 263:10, 276:23, 307:10

**continuing** [1] - 95:24

**contract** [10] - 95:3, 95:12, 95:16, 204:5, 390:7, 390:13, 390:20, 391:18, 415:15, 425:18

**contracted** [1] - 243:9

**contracting** [2] - 226:9, 269:11

**contractual** [1] - 98:11

**contrary** [2] - 79:11, 402:16

**contributing** [2] - 174:6, 394:7

**contributions** [1] - 426:18

**Control** [1] - 375:2

**control** [12] - 34:23, 146:15, 370:16, 374:25, 384:23, 389:16, 408:7, 408:8, 408:10, 408:12, 408:13, 408:22

**controlled** [1] - 385:17

**controversial** [2] - 84:8, 402:18

**conversation** [10] - 107:22, 121:8, 126:14, 131:16, 131:18, 131:24, 131:25, 132:3, 285:18

**conversations** [3] - 75:9, 75:11, 181:4

**convict** [1] - 110:20

**conviction** [1] - 122:18

**cool** [1] - 18:20

**cooperatives** [1] - 385:14

**coordinated** [1] - 13:2

**coordination** [3] - 343:19, 343:22, 344:5

**Coordinator** [1] - 17:13

**coordinator** [1] -

13:5

**Cop** [2] - 183:12, 280:15

**cop** [7] - 18:23, 139:7, 177:7, 177:15, 181:21, 189:5, 298:12

**cops** [22] - 15:10, 16:22, 82:19, 137:11, 140:25, 141:19, 141:21, 158:9, 158:10, 158:11, 158:15, 158:21, 159:20, 159:22, 162:8, 182:11, 183:4, 185:3, 278:23, 288:4, 289:5

**Cops** [2] - 10:22, 12:6

**copy** [2] - 54:8, 78:10

**core** [2] - 70:8, 342:24

**Corinne** [2] - 69:8, 69:13

**corned** [1] - 293:9

**corner** [2] - 149:24, 275:12

**corporal** [1] - 10:9

**corporate** [1] - 412:2

**Corporation** [1] - 401:14

**corporation** [4] - 371:13, 384:4, 386:21, 408:17

**corporations** [2] - 285:2, 286:2

**Correct** [4] - 133:6, 154:18, 163:8, 170:14

**correct** [33] - 49:23, 92:5, 132:25, 133:5, 142:3, 142:18, 143:16, 163:3, 163:5, 163:7, 167:17, 167:19, 167:23, 167:25, 168:24, 169:25, 170:6, 170:7, 170:13, 170:25, 173:19, 181:19, 192:3, 198:20, 199:20, 209:22, 210:8, 210:24, 216:14, 356:20, 356:23, 359:12, 429:11

**corrected** [2] - 144:16, 159:18

**correctly** [1] - 204:22

**corrosive** [1] - 393:7

**Corthais** [2] - 249:3, 249:6

**CORTHAIS** [1] - 249:4

**Corthias** [1] - 7:10

**cost** [6] - 98:8, 170:25, 324:24, 359:17, 399:24, 415:10

**costs** [6] - 98:9, 359:18, 359:24, 384:18, 399:8, 426:18

**coughed** [1] - 249:21

**Council** [1] - 342:16

**counsel** [8] - 52:20, 52:23, 94:14, 97:25, 182:20, 218:25, 332:11, 390:10

**Counsel** [1] - 270:13

**counter** [2] - 215:19, 267:5

**counter-protesters** [1] - 215:19

**counterpart** [1] - 96:21

**counties** [1] - 263:9

**Counties** [1] - 342:17

**countless** [2] - 66:18, 317:23

**countries** [1] - 57:24

**country** [32] - 15:9, 15:11, 17:5, 28:24, 29:11, 30:22, 31:13, 31:25, 59:2, 70:9, 70:25, 76:14, 112:24, 119:10, 136:18, 157:2, 160:7, 160:25, 172:8, 184:18, 218:2, 222:25, 238:24, 269:23, 278:23, 282:6, 317:19, 384:11,

406:10, 406:17, 406:18

**country's** [1] - 394:16

**COUNTY** [1] - 1:3

**county** [39] - 18:24, 28:25, 39:18, 55:18, 114:16, 138:17, 173:15, 178:25, 179:16, 179:17, 180:8, 192:5, 207:11, 216:9, 258:9, 258:11, 258:24, 269:23, 275:4, 278:24, 280:13, 280:16, 295:2, 296:4, 313:2, 361:15, 361:16, 374:25, 379:15, 379:17, 379:18, 379:19, 393:15, 395:7, 399:4, 402:25, 404:8, 413:18

**County** [184] - 1:14, 10:19, 12:17, 12:19, 16:10, 18:7, 24:3, 29:5, 32:11, 35:10, 35:12, 36:15, 36:20, 36:22, 37:2, 37:11, 37:15, 38:25, 40:23, 41:6, 41:10, 44:20, 45:3, 47:16, 50:6, 51:13, 51:16, 51:24, 65:15, 66:14, 66:18,

68:10, 72:15, 72:17, 72:20, 73:19, 73:25, 77:25, 78:4, 78:17, 78:23, 79:13, 79:17, 79:19, 80:14, 90:4, 90:7, 92:3, 94:5, 97:25, 98:3, 105:16, 108:19, 111:21, 111:24, 115:12, 115:24, 116:12, 120:2, 136:5, 138:20, 139:18, 149:13, 151:5, 151:25, 160:8, 160:23, 161:14, 166:17, 169:13, 174:15, 175:6, 175:14, 177:25, 178:4, 178:10, 179:9, 179:11, 180:13, 182:17, 191:10, 191:16, 200:17, 200:20, 215:9, 217:11, 221:24, 224:22, 224:25, 225:21, 230:6, 233:5, 234:19, 235:9, 235:16, 236:4, 238:11, 245:17, 248:21, 249:14, 254:17, 258:3, 258:4, 258:15, 262:5, 262:18, 263:8, 265:23, 267:3, 268:17, 269:20, 270:11, 272:15,

273:6, 282:21, 287:13, 287:24, 295:14, 299:19, 328:10, 328:12, 328:14, 329:19, 330:8, 330:11, 330:16, 331:11, 332:12, 332:23, 333:17, 334:6, 335:20, 335:25, 336:4, 336:9, 336:12, 337:2, 338:6, 338:9, 338:24, 339:9, 341:15, 341:19, 342:5, 344:5, 349:14, 362:13, 362:15, 363:13, 367:12, 369:2, 369:18, 370:15, 372:11, 373:4, 373:12, 375:4, 375:7, 375:22, 379:4, 381:15, 382:5, 384:24, 386:16, 387:21, 388:10, 388:23, 390:7, 391:9, 392:14, 393:23, 394:8, 396:11, 400:22, 401:9, 401:13, 408:16, 408:25, 411:11, 413:23, 424:5, 429:6

**County's** [4] - 98:6, 224:19, 336:13, 391:13

**couple** [9] - 17:16, 26:13, 36:17,

108:25, 122:5, 291:12, 303:5, 304:23, 378:7

**courage** [2] - 22:25, 106:6

**courageous** [2] - 232:11, 392:17

**course** [12] - 15:10, 25:17, 29:8, 54:10, 69:23, 118:12, 118:14, 215:8, 259:18, 293:4, 316:5, 326:8

**courses** [2] - 94:20, 95:22

**COURT** [1] - 1:23

**Court** [8] - 59:21, 126:7, 356:22, 356:24, 357:5, 357:15, 373:15, 409:5

**court** [10] - 106:25, 118:23, 152:15, 188:13, 188:18, 204:25, 219:10, 304:14, 369:20, 370:22

**courts** [5] - 103:18, 178:12, 298:17, 369:17, 390:3

**cover** [4] - 59:8, 70:12, 70:13, 240:13

**covered** [6] - 59:4, 60:14, 70:15, 138:8, 237:21, 286:18

**covering** [12] -

60:11, 60:15, 100:5, 162:21, 164:23, 167:3, 167:8, 167:10, 167:11, 269:19, 319:16

**coverings** [10] - 33:11, 53:2, 101:6, 107:9, 203:7, 205:21, 209:20, 235:4, 266:25, 269:22

**covers** [2] - 241:5, 409:16

**covid** [1] - 307:17

**Covid** [87] - 41:19, 47:21, 59:9, 81:15, 82:18, 103:15, 105:7, 105:10, 141:25, 142:8, 175:6, 175:13, 176:3, 194:21, 197:12, 207:5, 221:2, 221:6, 226:9, 226:11, 230:19, 230:23, 231:23, 242:25, 243:9, 243:10, 243:12, 243:13, 243:16, 243:18, 244:5, 245:4, 245:22, 246:7, 249:9, 250:5, 250:19, 250:20, 252:5, 253:21, 253:22, 255:14, 262:9, 262:14, 262:21, 263:10, 263:13, 263:14, 266:5,

269:12, 279:7, 293:3, 293:19, 296:13, 296:22, 297:7, 297:12, 297:17, 300:6, 300:18, 301:3, 301:8, 301:11, 301:16, 301:17, 301:22, 302:7, 303:8, 303:24, 304:6, 307:9, 308:12, 308:14, 308:17, 308:20, 308:24, 309:14, 309:21, 309:23, 310:14, 310:22, 317:16, 317:24, 317:25

**coviding** [1] - 297:18

**Cowardice** [1] - 112:15

**cowardly** [1] - 71:3

**cowards** [3] - 50:18, 106:2, 242:8

**CPR** [2] - 14:5, 17:18

**crack** [2] - 54:25, 55:10

**craft** [2] - 105:12, 113:15

**crap** [2] - 285:20

**crazy** [2] - 259:5, 259:6

**cream** [2] - 362:21, 398:19

**create** [11] - 163:2, 164:10, 218:6,

218:8, 218:10, 229:21, 276:9, 363:9, 399:8, 415:14, 416:14

**created** [2] - 95:19, 384:11

**creates** [3] - 95:6, 194:25, 236:23

**creating** [1] - 41:2

**creative** [1] - 232:12

**credit** [2] - 25:18, 280:18

**Crickets** [1] - 404:22

**crime** [58] - 33:15, 36:21, 37:3, 37:14, 56:18, 57:3, 62:7, 62:13, 78:18, 78:19, 105:9, 110:18, 117:25, 130:23, 133:4, 133:11, 138:19, 141:18, 147:11, 148:16, 151:14, 153:16, 167:15, 167:17, 169:7, 169:9, 173:21, 174:3, 174:4, 174:5, 174:7, 177:3, 177:14, 177:18, 178:16, 179:18, 186:20, 187:12, 188:4, 212:17, 213:17, 213:18, 217:10, 247:11, 254:20, 256:21, 258:15, 259:3, 263:6, 267:2,

294:21, 294:22, 315:16, 388:12, 388:17, 400:14, 410:15

**Crime** [1] - 41:3

**crimes** [13] - 50:19, 51:3, 106:10, 173:3, 174:14, 177:6, 178:8, 179:8, 190:16, 217:21, 241:11, 276:12

**Criminal** [2] - 40:8, 168:5

**criminal** [29] - 31:8, 51:22, 102:10, 110:10, 110:13, 111:10, 111:21, 113:11, 122:18, 130:8, 130:10, 130:20, 136:6, 141:12, 144:18, 147:8, 150:12, 155:2, 168:8, 168:15, 169:21, 170:17, 171:19, 196:21, 231:4, 272:4, 283:8, 288:5, 315:16

**criminalize** [3] - 266:23, 269:21, 310:15

**criminalized** [1] - 294:2

**criminalizing** [1] - 253:4

**criminals** [4] - 106:8, 212:15, 213:19, 241:18

**crises** [1] - 304:23

**crisis** [4] - 287:23, 305:9, 368:22, 385:11

**criteria** [1] - 215:23

**critical** [3] - 47:17, 64:10, 125:25

**crop** [1] - 362:21

**cross** [2] - 72:5, 131:12

**crossed** [1] - 131:11

**crossfire** [1] - 249:18

**crossing** [1] - 63:7

**crosstalk** [1] - 133:16

**crowd** [14] - 136:25, 138:5, 141:15, 141:19, 147:24, 148:24, 158:6, 162:7, 187:24, 198:4, 198:6, 261:3, 261:6, 261:11

**crowded** [1] - 35:24

**crowds** [1] - 137:19

**crucial** [5] - 48:20, 50:10, 66:9, 228:24, 426:14

**crushed** [1] - 381:13

**crux** [1] - 202:18

**cry** [1] - 58:4

**crying** [1] - 397:4

**Crystal** [1] - 419:18

**CSEA** [1] - 12:10

**culmination** [1] - 354:12

**cultural** [18] - 29:24, 33:18, 39:12, 50:17, 53:10, 56:15, 65:4, 81:16, 101:10, 102:14, 107:10, 257:7, 257:9, 257:10, 257:12, 257:13, 257:22, 337:3

**culture** [1] - 276:17

**cultures** [1] - 160:3

**CUNY** [2] - 104:24, 265:25

**Cuomo** [2] - 398:11, 399:5

**curb** [1] - 263:15

**current** [17] - 47:2, 123:9, 138:14, 156:17, 164:5, 192:9, 195:6, 205:24, 249:25, 250:21, 281:25, 316:19, 373:12, 374:22, 403:11, 404:6, 418:20

**cursing** [1] - 160:14

**cursory** [1] - 118:5

**customarily** [1] - 257:11

**customers** [1] - 280:25

**cut** [1] - 11:22

**Cutolo** [4] - 6:12, 52:13, 52:18, 55:6

**CUTOLO** [2] -

52:17, 55:8

| **D** |

**D'anna** [2] - 8:5, 282:24

**D'Esposito** [3] - 6:5, 28:13, 32:19

**D'ESPOSITO** [5] - 28:16, 29:21, 30:16, 31:10, 32:3

**D.A** [1] - 241:22

**D.C** [1] - 245:4

**daemon** [1] - 316:4

**dagger** [2] - 168:18, 412:9

**DAI** [1] - 165:7

**daily** [5] - 264:5, 367:12, 368:8, 368:21, 368:25

**dais** [7] - 40:2, 121:18, 127:16, 130:2, 130:17, 378:4, 386:17

**damage** [4] - 243:12, 259:8, 399:7, 399:12

**damages** [1] - 301:14

**damaging** [1] - 308:15

**Damascus** [3] - 57:21, 57:22

**damn** [1] - 72:18

**Dan** [4] - 6:13, 60:18, 60:20, 414:3

**dancers** [1] - 308:4

**danger** [4] - 243:6, 254:22, 282:22,

318:11

**dangerous**[12] - 113:16, 114:16, 114:17, 168:18, 245:7, 269:22, 272:20, 276:19, 292:19, 295:11, 308:15, 393:18

**dangers**[2] - 59:22, 291:15

**Daniel**[1] - 7:16

**Danielle**[1] - 277:16

**Danyell**[2] - 9:13, 315:2

**DARCY**[1] - 4:18

**dark**[4] - 279:16, 335:14, 339:23, 370:17

**darkness**[1] - 29:18

**Data**[1] - 232:7

**data**[7] - 47:12, 173:2, 173:11, 173:16, 173:20, 174:12, 301:4

**date**[4] - 304:14, 313:9, 339:21, 368:14

**daughter**[1] - 388:20

**daughters**[3] - 233:16, 233:21, 412:7

**David**[6] - 7:15, 58:25, 234:5, 259:13, 259:15, 261:21

**Davis**[10] - 85:24,

89:6, 107:23, 109:13, 128:6, 128:17, 130:5, 132:24, 135:6, 371:6

**DAVIS**[12] - 2:14, 85:25, 128:7, 129:4, 130:6, 133:6, 133:14, 133:17, 134:16, 320:20, 323:2, 421:17

**Davos**[1] - 286:25

**days**[16] - 69:16, 69:18, 81:8, 95:23, 122:20, 164:22, 164:23, 165:2, 242:22, 251:3, 290:20, 297:13, 297:14, 329:10, 350:25, 351:14

**DC**[3] - 71:5, 71:6, 286:21

**DDT**[1] - 73:9

**de**[1] - 275:11

**de-escalate**[1] - 275:11

**deal**[3] - 53:14, 134:12, 134:13

**dealers**[1] - 106:11

**dealing**[3] - 212:11, 212:12, 304:6

**dealt**[3] - 66:20, 172:4, 172:8

**dear**[1] - 36:14

**Dear**[1] - 401:10

**death**[8] - 24:7,

34:7, 184:5, 226:6, 233:14, 264:6, 297:2, 307:14

**debate**[7] - 88:7, 90:10, 92:9, 116:15, 123:19, 267:7, 320:12

**debated**[1] - 100:22

**debating**[1] - 168:22

**debilitating**[1] - 303:12

**Deborah**[1] - 365:15

**DEBRA**[1] - 3:5

**Debra**[1] - 85:11

**debt**[5] - 312:6, 313:22, 313:23, 313:24, 412:20

**DEC**[2] - 347:6, 367:4

**decade**[1] - 384:10

**decades**[1] - 308:23

**decide**[3] - 110:16, 154:7, 162:6

**decipher**[1] - 226:20

**decision**[9] - 173:13, 174:18, 307:22, 357:17, 373:15, 391:12, 391:21, 392:8, 411:4

**decisions**[2] - 266:18, 309:17

**declaration**[17] -

337:16, 338:3, 345:20, 345:22, 346:8, 346:9, 348:3, 348:4, 348:10, 348:19, 349:7, 349:12, 349:18, 350:7, 350:9, 352:10, 375:24

**declarations**[1] - 329:2

**declare**[3] - 344:21, 346:3, 346:13

**declared**[2] - 231:12, 346:20

**declines**[7] - 365:5, 365:9, 365:18, 366:5, 366:12, 377:12, 405:2

**decorum**[2] - 43:17, 146:21

**decrease**[2] - 178:17, 400:14

**decried**[1] - 395:13

**dedicated**[4] - 22:22, 96:24, 190:8, 220:18

**dedication**[1] - 425:22

**deemed**[1] - 231:24

**deep**[2] - 249:12, 287:4

**deepened**[1] - 165:11

**deeply**[2] - 46:11, 230:6

deescalate [2] - 162:2, 275:16

defeated [1] - 321:14

defend [4] - 77:5, 109:7, 239:16, 420:6

defender [1] - 304:18

defenseless [1] - 76:23

defibrillated [1] - 13:18

defibrillators [1] - 16:14

define [7] - 48:9, 60:7, 144:13, 165:20, 167:7, 212:24, 267:9

defined [8] - 68:6, 167:4, 203:14, 215:15, 231:9, 256:12, 257:12, 378:5

defining [2] - 162:17, 212:23

definitely [1] - 245:8

definition [2] - 12:13, 144:7

DeFreitas [2] - 25:9, 25:21

DEFREITAS [3] - 25:21, 26:24, 27:11

Defund [1] - 41:4

degree [3] - 168:9, 168:17, 265:24

DEI [2] - 411:21,

412:4

deindividuation [1] - 259:24

DEIS [10] - 351:23, 352:6, 352:16, 352:24, 353:6, 353:7, 353:10, 353:11, 353:24, 360:13

delays [1] - 120:17

delegate [1] - 358:24

Delia [3] - 74:13, 128:18, 331:6

DELIA [1] - 3:17

deliberation [1] - 55:3

delivered [1] - 67:19

delivering [1] - 14:3

demanded [1] - 137:12

demanding [1] - 72:16

demands [1] - 242:2

democracy [2] - 30:20, 326:23

Democrat [2] - 63:15, 410:13

democratic [1] - 70:9

Democratic [2] - 193:4, 242:6

Democrats [4] - 30:9, 31:6, 51:19, 52:21

demographic [1] -

394:18

demographics [5] - 79:18, 178:25, 179:16, 180:8, 181:2

demolish [1] - 340:6

demon [1] - 276:19

demonized [1] - 250:16

demonstrate [1] - 293:21

demonstrated [1] - 425:24

demonstration [5] - 185:24, 198:20, 245:4, 274:20, 317:17

demonstrations [6] - 120:17, 129:13, 130:4, 160:22, 272:21, 273:17

demonstrators [4] - 232:23, 233:2, 233:12, 242:7

denial [2] - 252:11, 317:7

denied [1] - 402:6

Dental [1] - 74:3

deny [2] - 244:16, 288:18

department [13] - 18:24, 119:10, 137:5, 156:25, 157:5, 161:16, 164:15, 172:4, 175:10, 178:24, 218:18, 272:18,

418:24

Department [22] - 10:10, 16:10, 36:20, 37:13, 37:19, 41:7, 65:17, 66:14, 139:18, 140:14, 143:19, 149:13, 159:16, 161:12, 169:14, 172:7, 182:17, 184:13, 196:5, 205:12, 215:10, 366:25

departments [2] - 31:24, 190:6

dependent [2] - 204:8, 374:2

deplorable [1] - 112:25

depth [1] - 117:18

deputy [1] - 60:25

Deputy [7] - 2:11, 84:23, 85:2, 86:14, 93:4, 319:19, 328:20

dereliction [1] - 54:7

DERIGGI [22] - 3:17, 87:4, 108:15, 144:3, 145:15, 145:20, 146:24, 147:20, 148:6, 149:4, 150:8, 158:17, 158:22, 185:11, 185:15, 320:14, 323:3, 326:2, 326:9, 326:16, 326:18, 422:6

**DeRiggi** [8] - 87:3, 94:11, 108:14, 144:2, 278:14, 331:6, 371:7, 390:12

**DERIGGI-WHITTON** [22] - 3:17, 87:4, 108:15, 144:3, 145:15, 145:20, 146:24, 147:20, 148:6, 149:4, 150:8, 158:17, 158:22, 185:11, 185:15, 320:14, 323:3, 326:2, 326:9, 326:16, 326:18, 422:6

**DeRiggi-Whitton** [7] - 87:3, 94:11, 108:14, 144:2, 331:6, 371:7, 390:12

**dermatitis** [1] - 290:15

**dermatologist** [1] - 290:19

**describe** [4] - 111:3, 188:16, 195:17, 195:23

**described** [2] - 177:5, 217:7

**describing** [1] - 150:11

**description** [3] - 144:15, 152:16, 332:20

**DeSena** [2] - 6:9, 55:15

**DESENA** [2] - 55:16, 56:11

**deserts** [1] - 367:17

**deserve** [6] - 12:17, 39:19, 153:10, 153:11, 310:4

**deserves** [4] - 117:19, 289:15, 325:9, 409:22

**designate** [3] - 339:2, 344:6, 344:14

**designated** [2] - 82:9, 347:7

**designating** [1] - 337:24

**designation** [3] - 68:3, 68:14, 68:24

**designed** [2] - 214:24, 342:20

**desire** [3] - 229:10, 232:3, 343:24

**desk** [1] - 61:4

**desperate** [1] - 23:10

**desperately** [1] - 392:12

**despite** [4] - 291:22, 369:12, 391:21, 398:7

**Despite** [1] - 265:5

**destination** [3] - 79:13, 389:4, 416:8

**destiny** [1] - 389:2

**destroy** [1] - 308:17

**destroying** [2] - 379:21, 379:22

**destructive** [1] -

395:15

**detail** [2] - 19:4, 69:6

**detailed** [1] - 109:22

**detective** [1] - 28:15

**detectives** [1] - 178:16

**detention** [1] - 227:16

**deter** [4] - 29:19, 206:19, 208:11, 212:6

**determination** [13] - 54:2, 54:5, 282:9, 282:13, 338:3, 339:6, 345:7, 345:11, 345:13, 346:7, 347:25, 352:24, 360:13

**determinations** [4] - 328:5, 330:4, 333:12, 334:5

**determine** [13] - 53:20, 166:6, 171:18, 177:16, 200:22, 200:25, 204:25, 231:2, 237:3, 247:6, 315:11, 343:23, 352:15

**determined** [8] - 205:15, 256:18, 264:13, 298:17, 336:25, 337:12, 371:22, 391:18

**determining** [3] -

169:4, 230:12, 282:7

**deterrent** [1] - 206:12

**deterring** [1] - 51:6

**deters** [2] - 213:17, 213:18

**detrimental** [1] - 245:6

**Devan** [1] - 25:9

**devastating** [1] - 310:18

**develop** [2] - 340:10, 357:24

**developing** [4] - 246:7, 250:18, 287:21, 308:14

**development** [30] - 80:5, 80:15, 253:25, 328:17, 333:25, 335:2, 340:20, 340:25, 341:4, 347:13, 348:13, 348:25, 349:4, 350:3, 358:4, 361:15, 373:8, 373:24, 374:10, 374:13, 375:2, 375:4, 375:10, 375:21, 385:3, 385:7, 413:10, 413:11, 416:23, 419:6

**developments** [1] - 386:6

**deviant** [1] - 260:4

**devices** [1] - 299:23

**Devin** [2] - 8:12,

299:4

**devoted** [1] - 243:19

**Dewicky** [1] - 74:13

**dialog** [1] - 189:10

**Diane** [1] - 365:20

**dictate** [1] - 257:13

**dictators** [1] - 405:14

**dictatorship** [1] - 406:4

**die** [2] - 234:25, 293:8

**died** [1] - 243:7

**difference** [8] - 108:10, 133:8, 160:3, 160:4, 161:24, 169:12, 205:20, 247:20

**differences** [2] - 39:12, 426:5

**different** [28] - 12:14, 12:15, 20:2, 20:5, 47:2, 136:2, 143:6, 144:25, 147:4, 156:7, 167:9, 167:22, 182:9, 188:9, 196:16, 198:11, 215:7, 215:8, 263:19, 263:20, 275:9, 279:25, 305:2, 306:2, 361:20, 362:12, 381:25, 383:6

**differently** [1] - 316:25

**difficult** [10] -

75:19, 97:7, 99:13, 114:17, 186:7, 239:15, 239:22, 272:20, 303:15, 390:19

**digging** [1] - 236:8

**digital** [2] - 371:10, 394:3

**diligently** [1] - 426:4

**dime** [1] - 417:9

**diminish** [1] - 317:4

**dinner** [1] - 313:11

**DIPINO** [1] - 17:12

**DiPino** [2] - 13:6, 17:13

**direct** [3] - 166:15, 213:24, 225:11

**directed** [6] - 60:4, 166:12, 324:20, 356:25, 357:3, 357:5

**direction** [3] - 49:3, 75:14, 212:4

**directions** [1] - 136:3

**directly** [1] - 167:4

**director** [3] - 60:25, 66:5, 236:3

**Directors** [1] - 401:12

**dirt** [1] - 168:18

**disabilities** [16] - 224:23, 225:7, 225:10, 225:12, 225:14, 225:18, 225:23, 225:25, 226:8, 226:16,

226:22, 227:7, 227:10, 246:18, 251:24, 316:6

**Disability** [3] - 224:12, 227:19, 227:23

**disability** [8] - 224:24, 225:5, 227:4, 231:14, 246:21, 268:22, 307:13, 307:19

**Disabled** [1] - 296:9

**disabled** [28] - 60:20, 231:7, 231:17, 243:21, 244:19, 245:3, 255:16, 261:2, 265:9, 268:25, 269:4, 287:14, 288:13, 296:20, 296:25, 298:2, 300:3, 300:16, 304:8, 307:11, 307:24, 315:5, 315:20, 315:24, 316:2, 317:4, 317:21

**disables** [1] - 264:4

**disabling** [2] - 296:23, 301:17

**disadvantaged** [3] - 362:24, 367:3, 368:23

**disagree** [1] - 267:12

**disagreed** [1] - 290:17

**disappeared** [2] -

261:5, 261:10

**disappointed** [2] - 311:14, 326:22

**disappropriate** [1] - 47:7

**disappropriately** [1] - 45:21

**discern** [1] - 135:22

**discharged** [1] - 290:14

**disclosure** [1] - 230:16

**disconnect** [1] - 157:16

**discourage** [1] - 299:21

**Discouraging** [1] - 302:14

**discovered** [1] - 302:3

**discretion** [7] - 175:8, 175:12, 175:18, 175:23, 177:15, 182:13, 190:10

**Discretion** [1] - 175:18

**discriminates** [1] - 296:20

**discrimination** [6] - 225:3, 227:6, 227:15, 244:15, 255:10, 313:21

**discriminatory** [2] - 225:22, 269:7

**discuss** [7] - 69:5, 104:11, 121:24, 180:7, 182:20, 182:24, 343:5

**discussed** [6] - 88:6, 100:23, 177:25, 192:12, 263:16, 321:18

**discussing** [2] - 256:13, 320:4

**discussion** [9] - 88:8, 90:10, 92:9, 103:23, 116:14, 123:11, 166:9, 420:16, 425:3

**discussions** [1] - 270:24

**disease** [3] - 107:6, 244:4, 287:22

**diseases** [5] - 226:10, 226:13, 266:13, 294:16, 294:18

**disenfranchized** [1] - 404:7

**disguised** [9] - 101:22, 193:14, 193:15, 194:5, 194:9, 194:10, 195:10, 195:12, 237:12

**disguising** [1] - 44:4

**disgusted** [1] - 112:22

**disincentivize** [1] - 253:5

**disingenuous** [1] - 122:25

**dismay** [1] - 419:23

**dismembered** [1] - 233:10

**disobedience** [1] -

227:8

**dispatched** [2] - 13:3

**dispensable** [1] - 255:12

**displace** [1] - 58:19

**displaced** [1] - 57:23

**displayed** [1] - 283:14

**disproportional** [1] - 207:4

**disproportionat ely** [3] - 238:2, 258:16, 305:13

**disputable** [1] - 207:6

**dispute** [1] - 53:22

**disputes** [1] - 96:4

**disrupt** [3] - 65:18, 124:23, 125:8

**disrupting** [2] - 43:13, 129:20

**disservice** [1] - 212:22

**dissonance** [1] - 285:23

**dissuade** [1] - 281:20

**distinction** [3] - 139:24, 200:8, 317:14

**distinguishes** [1] - 201:15

**distressingly** [1] - 402:12

**distribute** [1] - 308:2

**District** [22] - 2:4, 2:8, 2:12, 2:15, 2:18, 2:21, 2:24, 3:3, 3:6, 3:9, 3:12, 3:15, 3:19, 3:22, 3:25, 4:4, 4:7, 4:10, 4:13, 32:25, 272:4, 404:18

**district** [1] - 404:21

**districts** [2] - 92:6, 398:23

**distrust** [1] - 46:21

**disturbing** [1] - 233:24

**divide** [2] - 372:6, 372:7

**divine** [1] - 239:15

**Division** [1] - 46:6

**division** [1] - 46:21

**divisive** [1] - 278:18

**doctor** [5] - 67:19, 253:14, 284:22, 289:5, 290:16

**doctor's** [1] - 288:2

**doctors** [2] - 308:19, 419:19

**doctors'** [1] - 263:25

**document** [2] - 351:23

**documented** [1] - 258:5

**documenting** [1] - 289:9

**documents** [3] - 67:24, 329:2, 330:18

**dog** [4] - 12:23,

22:8, 22:11, 23:7

**dollar** [7] - 387:17, 410:23, 414:23, 415:11, 415:17

**dollars** [3] - 57:25, 324:24, 372:14

**Dolores** [1] - 377:5

**done** [34] - 37:17, 40:25, 42:16, 43:3, 52:14, 56:2, 99:17, 105:5, 105:15, 126:20, 132:11, 152:8, 156:19, 163:11, 163:12, 164:5, 164:6, 165:18, 179:3, 179:25, 180:3, 202:14, 217:12, 272:7, 272:9, 314:11, 349:10, 352:2, 352:11, 357:2, 359:6, 378:14, 379:9, 389:18

**Donovan** [1] - 97:24

**door** [3] - 212:18, 279:23, 419:3

**doors** [3] - 189:19, 402:19, 414:24

**doorway** [1] - 55:2

**doorways** [1] - 106:12

**doubt** [8] - 172:9, 172:10, 188:15, 190:4, 190:12, 377:22, 401:11

**Dowden** [1] - 364:23

**down** [36] - 12:24, 15:10, 15:16, 36:25, 37:3, 61:20, 62:25, 73:14, 115:18, 124:19, 132:10, 138:18, 140:22, 141:3, 146:11, 152:6, 152:13, 189:16, 198:10, 240:11, 241:18, 263:7, 267:3, 277:14, 286:14, 298:10, 326:4, 350:11, 371:14, 374:17, 387:21, 388:6, 400:2, 406:17, 406:25, 419:2

**Downes** [3] - 6:23, 230:2, 230:4

**DOWNES** [1] - 230:3

**Dr** [2] - 243:4, 249:5

**DR** [1] - 249:4

**draft** [9] - 113:15, 270:14, 329:6, 329:8, 346:14, 350:20, 350:22, 350:25, 351:4

**Draft** [3] - 352:5, 352:15, 353:19

**drafted** [3] - 155:18, 216:7, 375:12

**drafters** [1] - 200:15

**drafting** [2] - 201:4, 291:23

**drag** [1] - 400:2

**draining** [1] - 295:3

**dramatic** [1] - 180:12

**draw** [1] - 399:15

**drawing** [1] - 57:19

**drawn** [1] - 308:20

**dream** [1] - 228:19

**dress** [1] - 240:8

**drew** [1] - 18:22

**Drew** [1] - 19:2

**drink** [1] - 383:5

**drinking** [1] - 206:16

**drive** [5] - 38:2, 38:5, 82:6, 303:15, 361:16

**driven** [1] - 382:13

**driving** [12] - 23:12, 38:8, 176:7, 176:12, 176:14, 206:17, 206:20, 206:21, 241:7, 271:15, 296:14, 296:16

**DRNY** [3] - 224:18, 225:5, 225:10

**DRNY.org** [1] - 227:25

**drop** [1] - 303:15

**dropped** [1] - 241:23

**DRUCKER** [15] - 4:3, 86:16, 96:18, 112:8, 123:13, 154:12, 154:19, 157:7, 320:6, 320:21, 323:5, 324:4, 324:10,

324:14, 421:25

**Drucker** [8] - 86:15, 92:16, 96:17, 99:12, 112:7, 117:6, 154:11, 278:14

**drug** [1] - 106:10

**drugs** [2] - 80:9, 294:2

**drunk** [2] - 296:16, 410:2

**due** [12] - 34:22, 145:21, 231:13, 246:13, 280:23, 290:15, 307:21, 309:10, 367:13, 367:17, 390:4, 409:3

**dumb** [1] - 256:24

**duo** [1] - 234:12

**During** [3] - 66:19, 137:17, 335:4

**during** [27] - 11:19, 40:25, 41:19, 67:16, 74:24, 74:25, 82:18, 95:11, 136:3, 141:25, 156:16, 156:17, 160:17, 177:5, 214:18, 221:2, 221:5, 221:8, 221:10, 221:21, 230:18, 276:2, 317:21, 342:3, 353:23, 360:2, 425:24

**duties** [1] - 270:13

**duty** [3] - 54:7, 60:21, 171:5

**Duvalier** [1] - 406:6

**Dwayne** [2] - 25:21, 392:20

**DWI** [2] - 78:20, 80:9

**dying** [4] - 287:21, 289:21, 289:25, 300:17

**dynamics** [1] - 15:3

## E

**e-scooter** [1] - 213:6

**E.R** [2] - 243:5, 290:13

**E.R.** [1] - 290:22

**eager** [1] - 414:20

**early** [5] - 23:2, 140:23, 251:3, 309:3, 401:24

**earned** [1] - 331:23

**earth** [1] - 393:17

**easier** [1] - 142:23

**easily** [1] - 248:14

**east** [1] - 363:24

**East** [3] - 250:15, 381:2, 383:2

**Eastern** [1] - 128:20

**easy** [1] - 180:24

**eat** [1] - 308:9

**echoes** [1] - 318:3

**economic** [9] - 358:4, 361:15, 370:9, 376:8, 399:7, 399:11, 409:17, 414:23, 416:23

**economically** [1] - 250:7

**economics** [1] - 370:12

**economy** [3] - 280:24, 379:12, 400:19

**Ed** [1] - 366:3

**educated** [3] - 415:19, 418:19, 419:20

**education** [8] - 66:10, 95:24, 97:5, 221:2, 221:12, 394:13, 398:14, 427:6

**educational** [4] - 29:10, 66:11, 272:23, 419:16

**educationally** [1] - 426:19

**effect** [6] - 115:23, 169:3, 207:22, 248:19, 281:19, 393:7

**effective** [4] - 244:21, 251:7, 290:10, 339:20

**effectively** [6] - 137:14, 208:6, 310:21, 334:21, 349:10, 404:7

**effects** [6] - 41:24, 42:2, 262:14, 308:24, 309:2

**efficient** [1] - 250:18

**effort** [8] - 37:18, 50:8, 114:20,

250:25, 276:7, 378:18, 402:21, 425:24

**efforts** [2] - 37:16, 335:7

**eight** [4] - 78:7, 78:12, 88:12, 121:18

**Eighty** [1] - 246:18

**eileen** [1] - 6:15

**Eileen** [1] - 65:22

**EIS** [3] - 351:21, 354:12, 392:8

**Eisenhower** [1] - 105:2

**either** [15] - 32:5, 32:8, 33:13, 54:4, 67:21, 79:15, 171:12, 179:22, 207:21, 248:17, 253:17, 275:4, 288:15, 345:3, 348:2

**EKG** [2] - 13:23, 74:8

**elaborate** [1] - 170:25

**elapsed** [1] - 334:19

**elderly** [1] - 30:11

**elected** [19] - 11:5, 28:6, 40:23, 49:18, 49:20, 52:15, 55:12, 62:21, 79:20, 104:7, 125:20, 220:14, 220:23, 221:10, 278:19, 368:12, 378:24,

389:23, 392:17

**election** [2] - 378:25, 387:24

**Electronic** [1] - 240:5

**elementary** [1] - 387:11

**elements** [1] - 237:8

**elevate** [1] - 165:15

**eliminate** [2] - 354:17, 371:15

**eliminated** [1] - 82:18

**eliminates** [1] - 130:12

**Elizabeth** [2] - 9:4, 389:9

**Ellen** [1] - 427:16

**Elmhurst** [1] - 286:11

**Elmont** [1] - 218:8

**elsewhere** [1] - 178:7

**Elyssa** [1] - 8:14

**email** [2] - 126:15, 245:24

**embarrass** [1] - 153:3

**embarrassing** [2] - 153:9, 256:12

**emboldening** [1] - 250:3

**embroiled** [1] - 114:21

**emergency** [3] - 105:11, 290:18, 404:15

**Emily** [3] - 7:8, 245:15, 245:16

**emotion** [1] - 114:4

**emotional** [1] - 120:15

**empathize** [1] - 249:15

**empathy** [1] - 407:20

**emphatically** [1] - 57:11

**employed** [2] - 357:25, 373:25

**employee** [2] - 22:22, 275:3

**employees** [2] - 374:18

**employers** [2] - 98:4, 269:15

**empower** [2] - 225:8, 291:18

**empowered** [1] - 51:8

**en** [1] - 384:20

**enable** [2] - 178:15, 223:22

**enables** [1] - 291:25

**enabling** [1] - 51:22

**enacted** [5] - 46:24, 106:17, 140:13, 275:20, 282:19

**encampment** [2] - 75:12, 241:24

**encampments** [1] - 59:9

**encompassed** [1] - 349:19

**encounter** [2] - 70:10, 230:19

**encountered** [1] - 23:3

**encourage** [5] - 42:23, 44:22, 76:16, 235:6, 296:10

**encouragement** [1] - 250:2

**encroaches** [1] - 268:4

**end** [14] - 12:4, 59:20, 72:22, 99:14, 162:10, 184:7, 211:22, 218:5, 228:12, 234:20, 240:4, 297:4, 354:24, 356:9

**End** [1] - 239:8

**endangers** [1] - 64:14

**ended** [2] - 290:12, 291:21

**ending** [2] - 317:22, 400:11

**enemy** [4] - 135:10, 135:12, 287:6, 287:7

**enforce** [12] - 35:12, 38:13, 114:20, 119:12, 137:14, 138:12, 145:13, 175:9, 190:9, 258:3, 268:15, 280:11

**enforced** [4] - 31:23, 129:6,

140:13, 247:8

**enforcement** [29] - 31:2, 32:14, 47:8, 48:19, 66:11, 101:14, 107:20, 130:11, 130:13, 143:14, 161:3, 223:23, 231:5, 237:2, 238:9, 240:23, 241:2, 241:13, 241:18, 241:22, 247:5, 247:19, 264:16, 268:8, 283:6, 315:11, 316:4, 316:20, 317:13

**enforcement's** [1] - 37:9

**enforcements** [1] - 241:9

**enforcing** [7] - 32:14, 53:13, 53:17, 136:21, 170:17, 170:22, 218:18

**engage** [15] - 140:21, 140:25, 148:19, 149:2, 150:3, 150:4, 154:23, 155:10, 155:24, 155:25, 156:2, 157:20, 160:12, 229:14, 260:3

**engage"** [1] - 154:17

**engaged** [8] - 56:17, 102:8, 107:17, 130:20, 163:13, 180:25,

285:22, 414:8

**engagement** [4] - 155:14, 156:7, 156:23, 178:24

**Engagement** [1] - 156:23

**engaging** [6] - 64:21, 65:8, 155:12, 157:13, 227:11, 283:8

**English** [2] - 23:4, 239:20

**enhance** [3] - 45:18, 80:16, 206:13

**enhanced** [1] - 130:23

**enhancement** [1] - 134:22

**enhances** [1] - 324:17

**enhancing** [1] - 49:5

**enjoy** [4] - 51:2, 192:15, 396:25, 416:20

**enriched** [1] - 371:3

**ensure** [7] - 41:5, 42:7, 283:18, 342:20, 354:20, 376:9, 386:5

**ensures** [2] - 108:23, 427:4

**ensuring** [1] - 394:24

**enter** [6] - 55:10, 275:23, 295:2, 335:16, 342:15,

395:20

**entered** [1] - 334:18

**entering** [4] - 217:20, 230:8, 233:3, 338:10

**entertainment** [7] - 194:14, 194:15, 340:2, 340:5, 340:13, 340:17, 341:8

**enthusiasm** [1] - 419:5

**enthusiastically** [1] - 427:21

**entire** [10] - 15:3, 18:24, 20:15, 26:15, 27:9, 112:17, 127:24, 172:7, 259:18, 288:24

**entirely** [3] - 65:4, 281:24, 396:21

**entitled** [3] - 271:24, 324:18, 325:10

**entity** [1] - 338:12

**entry** [1] - 415:7

**environment** [10] - 159:25, 228:20, 229:22, 272:17, 337:14, 347:8, 378:2, 378:11, 385:4, 400:20

**Environmental** [8] - 328:6, 330:5, 332:19, 333:13, 352:5, 352:15, 353:20, 367:2

**environmental** [33]

- 78:11, 300:20, 332:21, 333:15, 338:5, 339:6, 339:11, 343:5, 345:7, 345:12, 345:16, 345:18, 346:7, 346:23, 347:10, 347:20, 347:25, 348:7, 348:20, 349:21, 349:25, 350:12, 350:17, 353:17, 354:22, 357:2, 357:16, 369:15, 389:18, 390:24, 399:12, 399:22, 409:18

**environmentally** [1] - 337:5

**environments** [1] - 417:24

**environs** [1] - 222:2

**envy** [1] - 406:18

**episodes** [2] - 234:15, 234:19

**equal** [4] - 192:7, 227:9, 238:8, 297:13

**Equality** [1] - 66:5

**equality** [2] - 227:13, 257:14

**equals** [2] - 300:23, 300:24

**equipment** [1] - 225:15

**equipped** [1] - 247:5

**equitable** [1] -

129:6

**equity** [1] - 385:14

**equivalent** [1] - 341:7

**Eric** [1] - 405:4

**erode** [2] - 48:18, 165:19

**erroneous** [1] - 92:5

**errors** [1] - 282:13

**escalate** [3] - 136:25, 186:23, 275:11

**escalated** [1] - 336:7

**escalates** [2] - 155:15, 206:18

**escalating** [1] - 238:18

**escalation** [3] - 151:13, 156:3, 157:22

**escape** [2] - 296:25, 302:11

**escort** [4] - 43:16, 312:14, 312:16, 312:19

**escorted** [1] - 124:22

**especially** [10] - 48:24, 109:3, 142:15, 244:22, 247:15, 250:6, 250:10, 282:10, 310:18, 417:2

**Especially** [1] - 264:22

**espouse** [1] - 50:14

**espoused** [1] -

267:12

**ESQ** [1] - 4:18

**Esq** [2] - 5:8, 5:11

**Esraq** [1] - 256:2

**essential** [3] - 252:7, 403:21, 426:25

**essentially** [3] - 294:10, 356:22, 401:19

**establish** [1] - 211:19

**established** [3] - 14:2, 95:11, 237:8

**estate** [4] - 288:8, 381:16, 381:17, 382:19

**Estate** [1] - 424:8

**estimated** [1] - 263:13

**estimates** [1] - 293:14

**estimating** [2] - 68:19, 301:4

**etc** [4] - 162:18, 168:19, 215:22, 219:13

**Ethiopian** [1] - 300:7

**ethnic** [2] - 58:12

**ethnicity** [1] - 268:11

**Europe** [1] - 128:20

**evade** [5] - 71:16, 229:10, 240:23, 241:13, 241:21

**evaluate** [1] - 349:5

**Evan** [2] - 13:4, 18:14

**eve** [1] - 250:11

**evening** [15] - 281:13, 315:4, 332:15, 343:7, 361:3, 366:16, 369:3, 380:24, 389:14, 392:25, 401:24, 405:10, 414:3, 417:19, 425:6

**event** [9] - 75:23, 75:24, 197:25, 199:22, 212:20, 257:10, 257:12, 335:22, 340:23

**Event** [1] - 232:7

**events** [4] - 42:12, 107:10, 165:8, 335:9

**eventually** [2] - 31:22, 404:2

**everyday** [1] - 190:16

**Evette** [3] - 8:6, 284:5, 284:8

**evidence** [7] - 56:4, 238:12, 238:13, 241:25, 284:19, 284:23, 285:21

**evidenced** [1] - 317:6

**evident** [1] - 307:17

**exacerbate** [1] - 426:7

**exact** [1] - 70:13

**exactly** [10] - 114:5, 128:12, 160:16, 180:5, 196:17, 280:6, 356:22,

357:14, 406:5, 418:13

**examine** [1] - 352:7

**examined** [2] - 23:19, 352:18

**examines** [1] - 67:20

**example** [11] - 39:4, 41:10, 44:10, 140:21, 147:2, 210:14, 210:21, 214:17, 355:17, 360:12, 393:7

**examples** [5] - 208:18, 208:25, 209:8, 209:10, 291:15

**exceeds** [1] - 426:17

**excellence** [2] - 137:7, 185:7

**excellent** [1] - 108:22

**except** [6] - 11:4, 60:4, 136:12, 194:11, 284:20, 285:22

**exception** [2] - 237:5, 281:24

**exceptions** [15] - 81:17, 101:9, 102:13, 102:17, 119:3, 119:4, 139:10, 201:17, 230:10, 237:4, 257:3, 267:21, 268:6, 279:8, 281:25

**excessive** [2] -

367:6, 374:21

**excluded** [1] - 225:24

**exclusion** [1] - 255:11

**excuse** [3] - 50:17, 299:25, 418:6

**excused** [1] - 124:8

**excuses** [1] - 410:6

**exec** [1] - 313:2

**execute** [6] - 330:17, 333:17, 334:7, 338:7, 339:9, 349:15

**execution** [1] - 355:9

**executive** [4] - 17:15, 17:21, 66:5, 79:7

**Executive** [12] - 1:14, 37:11, 138:21, 330:16, 333:17, 334:7, 338:7, 339:9, 349:15, 387:22, 388:10, 388:24

**Executive's** [1] - 393:23

**exemplify** [1] - 22:16

**exemption** [20] - 59:14, 139:15, 139:16, 139:19, 139:21, 143:7, 143:8, 148:23, 205:20, 246:2, 246:9, 246:20, 246:23, 253:13, 264:11, 268:12,

304:10, 306:7, 310:8, 316:12

**exemptions** [6] - 50:15, 53:23, 161:23, 247:7, 253:9, 268:19

**exercise** [6] - 102:3, 136:9, 137:23, 141:5, 198:17, 199:7

**exercising** [3] - 199:11, 214:4, 227:17

**exertion** [1] - 297:10

**exertional** [2] - 301:15, 308:10

**exhausted** [1] - 297:11

**Exhibit** [1] - 232:25

**exhibit** [2] - 233:4, 233:6

**Exhibition** [1] - 81:23

**exist** [3] - 205:22, 250:17, 415:6

**existed** [5] - 43:25, 126:3, 194:2, 205:8, 213:9

**existence** [3] - 71:7, 271:8, 420:7

**existing** [7] - 46:17, 330:14, 339:17, 342:10, 384:15, 414:13, 416:9

**exists** [2] - 126:4, 348:16

**exiting** [1] - 233:3

**exits** [1] - 90:12

**expand** [1] - 334:24

**expansive** [1] - 67:2

**expect** [3] - 168:9, 229:12, 359:4

**expectation** [1] - 48:6

**expected** [1] - 154:6

**expecting** [2] - 79:8, 275:22

**expedient** [1] - 379:3

**expedited** [1] - 14:12

**expense** [2] - 342:24, 373:11

**expenses** [1] - 301:2

**expensive** [2] - 384:16, 415:9

**experience** [8] - 165:13, 172:2, 172:3, 174:11, 275:6, 292:14, 297:19, 298:4

**experienced** [1] - 258:9

**experiences** [3] - 57:20, 221:4, 394:13

**expert** [1] - 201:7

**experts** [9] - 68:16, 111:19, 139:14, 159:10, 162:15, 164:8, 164:13, 164:20, 166:9

**expired** [1] - 344:13

**explain** [8] -

185:16, 200:14, 345:23, 391:10, 391:16, 391:20, 392:2, 412:20

**explained** [1] - 47:18

**explains** [2] - 260:8, 260:9

**explicit** [1] - 282:10

**explicitly** [1] - 334:25

**exploit** [1] - 386:12

**explosion** [1] - 307:18

**exponentially** [1] - 175:7

**expose** [1] - 310:13

**exposed** [4] - 50:20, 112:17, 155:9, 207:2

**exposes** [1] - 50:13

**exposure** [2] - 197:6, 310:23

**express** [7] - 64:5, 64:11, 64:12, 203:22, 207:18, 212:16, 228:20

**expressed** [6] - 113:23, 113:24, 131:20, 154:20, 203:12, 204:13

**expressing** [2] - 128:10, 344:11

**expression** [1] - 64:14

**expressly** [1] - 348:12

**extend** [5] - 316:12, 318:2, 414:10,

417:4, 425:16

**extension** [1] - 414:15

**exterior** [1] - 336:14

**extra** [2] - 177:7, 399:13

**extract** [1] - 114:4

**extremely** [2] - 62:19, 268:2

**eye** [1] - 242:21

# F

**face** [33] - 47:6, 48:9, 56:7, 59:8, 60:11, 60:13, 60:14, 60:16, 67:6, 138:8, 139:23, 162:21, 167:3, 167:8, 167:10, 167:11, 174:12, 194:21, 203:7, 203:10, 205:21, 210:13, 235:4, 240:14, 242:9, 259:2, 266:6, 269:19, 269:21, 273:11, 273:16, 279:12

**faced** [2] - 46:9, 296:15

**faces** [11] - 51:2, 60:11, 67:3, 70:13, 70:15, 70:24, 71:3, 72:4, 106:2, 248:5, 248:13

**facial** [10] - 33:11, 53:2, 100:4,

101:6, 107:8, 194:6, 209:20, 266:25, 319:16

**facilitate** [1] - 328:17

**facilities** [2] - 66:12, 291:6

**facility** [5] - 16:25, 340:3, 340:15, 402:7, 412:23

**facing** [4] - 77:2, 273:14, 279:25, 384:22

**fact** [29] - 36:21, 41:14, 42:15, 121:4, 122:24, 123:6, 130:16, 134:14, 144:12, 150:10, 152:16, 152:17, 156:10, 168:5, 169:11, 174:2, 186:21, 188:16, 198:3, 198:9, 209:12, 218:10, 252:4, 279:5, 316:23, 347:11, 357:14, 382:25, 403:14

**factor** [1] - 174:6

**facts** [4] - 34:8, 82:13, 377:25, 395:2

**factual** [1] - 67:7

**Faculty** [3] - 94:7, 94:16, 425:9

**faculty** [5] - 94:20, 96:25, 425:15, 426:14, 426:25

**failed** [3] - 31:5,

295:16, 399:5

**fails** [1] - 226:19

**failure** [1] - 289:25

**failures** [1] - 159:17

**fair** [4] - 53:24, 56:11, 224:6, 360:4

**fairly** [1] - 407:3

**fairness** [5] - 56:6, 137:6, 156:6, 185:6, 277:13

**faith** [3] - 35:11, 278:22, 363:19

**faiths** [1] - 69:22

**fake** [1] - 239:12

**Falaise** [1] - 424:8

**fall** [8] - 136:19, 204:9, 205:15, 209:21, 209:25, 210:14, 212:3, 390:2

**falling** [1] - 219:12

**familiar** [1] - 140:7

**familiarize** [1] - 309:4

**families** [11] - 51:15, 52:8, 55:20, 56:21, 56:25, 226:2, 226:8, 235:9, 386:11, 400:2, 415:20

**family** [25] - 23:21, 26:17, 58:19, 61:17, 72:25, 186:14, 197:8, 203:20, 204:15, 206:3, 207:17, 221:22, 222:7,

222:13, 222:16, 265:2, 265:22, 288:21, 294:25, 296:2, 303:3, 313:14, 400:21, 402:9, 416:18

**famous** [1] - 384:5

**fan** [1] - 18:4

**fanciful** [1] - 254:11

**Fang** [1] - 424:7

**far** [8] - 14:8, 45:20, 121:23, 142:14, 254:15, 298:7, 356:3, 384:21

**Farese** [1] - 376:17

**farmers** [1] - 44:3

**fart** [1] - 387:8

**fascist** [2] - 289:14, 295:21

**fashion** [5] - 129:6, 129:16, 164:6, 239:23, 241:19

**faster** [1] - 13:14

**fatalities** [2] - 78:20, 251:13

**father** [4] - 25:18, 25:19, 58:5, 252:21

**favor** [39] - 32:5, 32:8, 33:3, 50:12, 87:17, 87:21, 89:8, 89:12, 90:17, 90:21, 92:17, 92:21, 98:16, 98:20, 100:10, 100:14, 118:24, 224:3, 224:4, 250:16, 283:20, 319:4,

319:8, 320:12, 322:2, 323:8, 329:16, 329:20, 331:8, 331:12, 383:25, 420:13, 420:19, 420:22, 421:9, 424:12, 424:16, 428:3, 428:6

**favorite** [1] - 371:6

**fear** [10] - 64:24, 218:7, 218:9, 218:10, 228:23, 229:23, 231:4, 234:4, 253:17, 281:22

**fearful** [1] - 207:21

**fears** [1] - 268:3

**feature** [1] - 401:18

**Federal** [1] - 298:17

**federal** [6] - 106:25, 198:18, 199:8, 200:4, 214:5, 249:8

**feed** [1] - 164:4

**feedback** [1] - 122:7

**feeding** [1] - 276:18

**fees** [2] - 188:14, 342:6

**feet** [2] - 59:10, 343:2

**FEIS** [3] - 353:18, 353:25, 354:6

**fellow** [3] - 71:10, 220:14, 280:9

**felonies** [1] - 173:4

**felony** [2] - 117:24, 148:15

**felt** [6] - 155:8, 218:19, 233:19, 234:7, 292:4, 395:12

**female** [1] - 67:22

**Feretti** [1] - 132:22

**Ferretti** [20] - 85:3, 87:15, 116:8, 120:24, 124:14, 125:10, 140:2, 159:3, 166:24, 202:21, 203:2, 208:14, 214:8, 256:25, 319:2, 329:13, 356:16, 371:5, 409:8, 424:10

**FERRETTI** [50] - 85:4, 116:9, 117:4, 117:11, 117:15, 118:19, 125:11, 132:23, 133:7, 134:9, 140:3, 140:6, 140:10, 141:23, 142:4, 142:9, 142:13, 142:19, 143:11, 143:17, 143:24, 166:25, 167:20, 168:2, 168:13, 168:25, 169:20, 170:3, 170:9, 170:15, 170:20, 171:14, 171:24, 208:15, 208:24, 209:7, 209:14, 209:18, 209:24, 210:5, 210:10, 210:19, 211:3, 212:9,

321:8, 322:11, 323:17, 356:17, 357:7, 421:24

**Ferretti's** [1] - 134:7

**FERRETTI,JR** [1] - 2:10

**Festinger** [1] - 260:2

**festival** [2] - 81:25, 233:11

**Festival** [2] - 232:25, 233:17

**few** [25] - 15:15, 18:13, 19:9, 24:11, 28:21, 37:2, 43:23, 44:15, 51:5, 84:19, 137:17, 137:18, 171:25, 208:16, 219:11, 254:9, 278:2, 288:13, 290:19, 293:24, 310:16, 327:4, 350:25, 358:8, 423:3

**Fewer** [1] - 300:23

**fewer** [5] - 142:14, 253:10, 296:11, 302:9, 384:11

**fiction** [1] - 256:22

**Field** [5] - 72:19, 73:18, 179:10, 180:21, 217:12

**field** [4] - 17:18, 175:21, 180:9, 217:9

**fields** [1] - 216:9

**Fifth** [2] - 72:18,

73:18

**fight** [6] - 44:2, 108:6, 184:14, 227:9, 290:24, 364:10

**fighting** [6] - 41:4, 69:20, 184:25, 261:17, 284:4, 289:12

**figure** [1] - 371:10

**filed** [11] - 101:17, 114:25, 115:13, 117:7, 118:8, 131:23, 133:3, 133:9, 219:3, 270:15, 325:22

**filing** [1] - 321:20

**filled** [2] - 29:3, 155:3

**filling** [1] - 54:13

**filter** [1] - 244:13

**filtration** [1] - 301:20

**final** [8] - 248:2, 310:16, 341:2, 351:19, 352:3, 353:17, 354:8

**Final** [1] - 34:4

**finalize** [1] - 288:8

**finally** [2] - 360:12, 371:24

**Finally** [3] - 272:3, 368:10, 404:11

**finance** [1] - 381:5

**finances** [1] - 363:16

**financial** [5] - 15:2, 196:20, 381:4, 426:15, 427:8

**Findings** [6] - 354:11, 354:22, 355:6, 355:13, 356:2, 356:4

**findings** [1] - 354:14

**fine** [17] - 26:3, 113:17, 122:20, 124:2, 165:16, 176:11, 195:16, 196:14, 196:24, 199:16, 200:19, 204:2, 295:18, 305:6, 326:14, 407:10, 410:23

**Fine** [2] - 407:8, 407:12

**fined** [2] - 244:23, 289:7

**finest** [1] - 31:24

**fingers** [1] - 219:11

**finish** [7] - 11:14, 43:18, 124:6, 133:18, 146:18, 223:12

**finished** [3] - 166:20, 166:22, 312:13

**fire** [2] - 35:24, 183:15

**Fire** [1] - 10:10

**firearms** [1] - 267:20

**fired** [1] - 259:21

**fireworks** [1] - 283:13

**firm** [2] - 97:23, 343:9

**firmly** [1] - 45:18

**first** [38] - 15:25, 19:24, 24:9, 38:25, 40:4, 53:6, 54:19, 78:2, 79:9, 95:2, 113:19, 113:22, 122:7, 141:5, 164:7, 194:17, 274:14, 292:15, 293:18, 297:6, 297:17, 303:22, 324:11, 324:13, 335:4, 335:19, 336:3, 336:5, 350:11, 351:25, 370:3, 375:14, 390:8, 399:23, 408:24, 411:14, 420:18, 425:11

**First** [22] - 62:17, 62:18, 62:24, 74:20, 104:6, 109:25, 113:8, 118:13, 136:9, 137:23, 143:20, 150:17, 187:13, 196:5, 205:12, 248:3, 264:19, 267:16, 267:22, 283:22, 284:17, 291:11

**firsthand** [3] - 29:4, 51:4, 172:3

**fiscal** [2] - 363:12, 426:8

**fiscally** [1] - 426:20

**Fishbein** [1] - 97:24

**fist** [1] - 242:3

**fit** [4] - 147:13,

180:24, 206:6, 209:16

**FITPATRICK** [1] - 33:7

**fits** [2] - 180:23, 204:4

**fitting** [1] - 301:19

**Fitts** [1] - 376:13

**FITZPATRICK** [3] - 32:22, 34:20, 35:19

**Fitzpatrick** [3] - 6:6, 32:21, 38:22

**Five** [2] - 288:6, 290:12

**five** [15] - 32:24, 74:24, 81:8, 88:10, 198:5, 210:12, 230:20, 284:12, 294:13, 329:9, 334:15, 334:18, 335:17, 379:17, 405:24

**fix** [5] - 187:19, 187:20, 188:9, 312:21, 312:22

**fixed** [1] - 336:9

**flag** [5] - 29:13, 77:3, 77:4, 261:8, 303:19

**flags** [8] - 29:7, 34:3, 82:8, 82:11, 155:4, 233:13, 283:14, 305:25

**FLANAGAN** [1] - 77:16

**Flanagan** [3] - 72:8, 77:15, 77:18

**Flanagen** [1] - 6:19

**flawlessly** [1] - 172:6

**flaws** [2] - 109:10, 113:25

**flip** [1] - 410:12

**floor** [4] - 31:12, 108:11, 119:18, 195:7

**Flores** [1] - 380:13

**Florida** [2] - 31:15, 106:22

**Florida's** [1] - 107:24

**flow** [2] - 290:7, 293:11

**Floyd** [5] - 136:4, 137:17, 156:16, 159:15, 238:16

**flu** [3] - 197:13, 242:25, 269:12

**focus** [5] - 53:4, 343:12, 413:9, 413:11, 413:12

**focusing** [1] - 412:18

**fog** [1] - 301:14

**folks** [8] - 115:11, 197:14, 202:9, 292:13, 294:9, 298:3, 310:7, 377:16

**follow** [8] - 28:4, 45:6, 130:15, 185:12, 221:13, 221:17, 390:9, 392:16

**followed** [4] - 10:23, 10:25, 58:13, 58:15

**followers** [1] - 392:18

**following** [6] - 101:19, 221:23, 224:18, 340:11, 389:22, 393:16

**follows** [3] - 243:18, 336:17, 339:18

**food** [1] - 23:9

**foolish** [1] - 112:2

**foot** [2] - 235:16, 297:25

**footage** [1] - 27:14

**Force** [1] - 35:2

**force** [23] - 46:19, 60:3, 76:19, 101:25, 102:2, 108:23, 164:16, 172:14, 199:5, 199:22, 199:23, 213:25, 214:2, 215:21, 258:5, 258:10, 258:23, 310:12, 310:22, 391:2, 405:24

**forced** [1] - 288:16

**foreclose** [1] - 374:12

**foregoing** [1] - 340:8

**foresee** [2] - 216:17, 216:24

**forfeited** [1] - 403:7

**forget** [1] - 393:23

**form** [9] - 108:7, 112:14, 125:13, 130:20, 205:24, 348:21, 351:18,

384:8, 385:14

**former** [12] - 10:8, 28:14, 39:22, 46:2, 50:4, 125:20, 220:16, 275:3, 308:4, 388:5, 401:15, 402:3

**forms** [3] - 20:5, 125:17, 348:7

**formulated** [1] - 82:16

**forth** [12] - 114:9, 118:21, 121:7, 121:10, 132:2, 132:6, 133:22, 215:16, 215:24, 352:20, 403:18

**fortunate** [1] - 228:16

**Fortunoff** [1] - 401:16

**Forty** [3] - 181:23, 181:25, 408:6

**forward** [15] - 16:21, 25:7, 77:23, 108:9, 136:11, 138:23, 160:15, 183:3, 192:11, 194:25, 360:19, 362:4, 363:10, 369:15, 372:20

**forwarded** [1] - 337:21

**Foundation** [2] - 240:5, 424:7

**founder** [1] - 242:18

**Four** [1] - 362:7

**four** [20] - 75:24, 76:4, 96:23, 142:23, 170:13, 197:20, 201:17, 201:20, 206:7, 220:16, 222:3, 242:23, 243:20, 262:22, 264:4, 275:22, 294:13, 308:25, 362:14, 411:14

**fourth** [4] - 168:9, 168:16, 264:6, 290:3

**frame** [1] - 128:12

**Francis** [1] - 216:18

**Franklin** [1] - 1:15

**frankly** [3] - 357:21, 377:22, 391:5

**fraught** [1] - 324:22

**frazzled** [1] - 274:18

**free** [18] - 30:13, 35:21, 42:4, 59:25, 64:9, 65:10, 227:11, 227:24, 234:10, 251:14, 261:17, 280:4, 298:15, 344:14, 349:9, 349:14

**freedom** [4] - 71:21, 118:13, 268:5, 303:11

**Freedom** [1] - 284:13

**freedoms** [1] - 113:6

**freely** [2] - 76:11, 228:20
**Freeport** [1] - 366:24
**freestanding** [1] - 342:25
**Frequency** [1] - 241:8
**frequently** [1] - 252:6
**freshman** [1] - 278:2
**Fried** [3] - 6:18, 74:17, 74:20
**FRIED** [3] - 74:18, 74:23, 77:8
**Friedlander** [2] - 7:20, 270:2
**friend** [6] - 34:15, 220:14, 243:4, 243:9, 260:25, 311:21
**friend's** [1] - 261:9
**friends** [17] - 34:12, 106:4, 221:23, 222:7, 222:13, 222:16, 223:3, 226:2, 231:21, 234:11, 243:13, 265:2, 286:9, 288:20, 299:18, 303:3, 386:9
**frisk** [2] - 48:23, 161:18
**front** [12] - 124:20, 137:21, 158:4, 173:10, 182:25, 189:18, 199:2, 277:9, 344:20,

408:3, 408:22, 419:2
**Frontier** [1] - 240:5
**frustrate** [1] - 240:25
**frustrated** [3] - 112:22, 112:25, 115:9
**Fuck** [3] - 233:14, 289:14, 291:7
**fucking** [2] - 289:10, 295:20
**fulfillment** [1] - 255:3
**full** [7] - 217:22, 218:5, 375:21, 375:23, 390:21, 390:24, 391:3
**Full** [18] - 87:20, 89:11, 90:20, 92:20, 98:19, 100:13, 319:7, 329:19, 331:11, 337:21, 358:10, 404:14, 420:21, 423:3, 424:3, 424:15, 428:5, 428:14
**FULL** [1] - 1:4
**fully** [3] - 95:8, 308:8, 389:23
**fund** [1] - 341:23
**fundamental** [3] - 113:6, 358:21, 411:10
**fundings** [1] - 98:10
**funds** [3] - 98:11, 251:11, 398:13

**funny** [1] - 408:9
**furthermore** [1] - 344:24
**Furthermore** [2] - 48:8, 175:3
**future** [16] - 26:19, 26:20, 67:12, 124:13, 229:17, 348:25, 350:2, 361:17, 372:12, 373:12, 376:10, 379:20, 379:22, 379:23, 426:2

## G

**Gail** [1] - 13:2
**gaining** [1] - 385:12
**gallons** [1] - 399:16
**gamble** [1] - 383:4
**gamblers** [2] - 399:25
**gambling** [10] - 80:10, 372:16, 395:14, 396:14, 397:15, 398:13, 400:15, 402:7, 402:25, 408:16
**Gambling** [3] - 398:5, 398:6, 400:17
**game** [1] - 406:20
**games** [2] - 34:10, 401:21
**Gaming** [1] - 368:13
**gaming** [4] - 340:3, 340:15, 341:21, 401:20
**garbage** [1] - 293:7

**Garbage** [1] - 295:21
**Garden** [8] - 22:23, 77:19, 78:6, 80:20, 313:19, 313:20, 313:25, 327:15
**gas** [2] - 62:8, 62:12
**gaslights** [1] - 288:24
**gaslit** [1] - 294:20
**gather** [4] - 22:14, 52:3, 107:12, 236:24
**gathering** [1] - 294:11
**gatherings** [3] - 30:2, 33:20, 141:24
**GAYLOR** [6] - 3:24, 85:16, 321:7, 322:10, 323:16, 421:23
**Gaylor** [5] - 85:15, 314:14, 318:25, 321:24, 371:6
**Gaza** [5] - 69:15, 71:10, 74:24, 75:7, 81:7
**Gender** [1] - 66:5
**gender** [7] - 66:7, 67:2, 68:7, 68:12, 68:23, 68:25, 278:21
**General** [1] - 342:6
**general** [1] - 312:3
**generally** [2] - 11:6, 317:19
**generate** [2] -

362:15, 362:22

**generated** [2] - 350:18, 426:16

**generating** [1] - 402:24

**generation** [3] - 229:17, 411:18, 415:24

**generational** [5] - 382:19, 382:20, 415:3, 415:5, 416:14

**Generational** [2] - 382:21, 415:12

**generations** [1] - 372:12

**Genesis** [1] - 289:19

**genetic** [1] - 73:2

**genitals** [1] - 67:20

**genocidal** [1] - 60:10

**genocide** [1] - 71:25

**gentleman** [4] - 15:18, 17:24, 202:23, 211:20

**gentleman's** [1] - 16:8

**gentlemen** [1] - 356:18

**genuine** [1] - 187:17

**George** [6] - 136:4, 137:17, 156:16, 159:14, 238:16, 396:2

**Georgia** [2] - 31:16, 106:22

**Gerald** [2] - 7:21, 270:5

**Gerry** [2] - 7:20, 270:7

**gestures** [1] - 234:14

**GIANGREGORIO** [6] - 3:21, 86:25, 321:6, 322:8, 323:14, 421:21

**Giangregorio** [4] - 86:24, 94:10, 424:23, 427:20

**Gillick** [1] - 427:15

**Gina** [2] - 269:25, 376:16

**Giorgio** [1] - 376:20

**Giuffre** [7] - 22:5, 85:18, 100:9, 327:5, 330:21, 410:3, 427:23

**GIUFFRE** [14] - 3:8, 22:6, 22:21, 85:19, 321:3, 322:6, 323:12, 327:9, 358:5, 359:9, 359:15, 360:2, 360:21, 421:18

**giveaways** [1] - 165:8

**given** [23] - 53:14, 68:3, 68:14, 68:24, 84:17, 95:22, 111:8, 119:11, 124:25, 205:10, 223:15, 236:11, 268:19, 293:9, 347:11,

354:7, 360:5, 377:19, 382:25, 402:13, 404:11, 410:25, 412:11

**glad** [2] - 24:14, 56:22

**Glassman** [2] - 128:18, 128:19

**global** [1] - 415:17

**globe** [1] - 228:11

**goal** [4] - 49:5, 228:24, 263:5, 416:12

**goals** [1] - 258:19

**God** [9] - 16:9, 21:11, 23:21, 52:10, 82:25, 151:2, 284:6, 318:16

**Goetz** [2] - 19:18, 86:21

**GOETZ** [7] - 4:9, 19:19, 86:22, 321:10, 322:13, 323:19, 422:3

**Goger** [2] - 9:11, 366:10

**Goldaper** [2] - 7:12, 252:15

**Goldberg** [1] - 427:15

**Goldsmith** [1] - 376:25

**Gonsalves** [1] - 401:11

**Google** [1] - 26:10

**Gottehrer** [1] - 7:18

**Gottherer** [2] - 235:25, 236:3

**GOTTHERER** [1] - 236:2

**Gottlieb** [2] - 7:4, 265:16

**govern** [1] - 324:25

**governed** [1] - 125:20

**government** [14] - 64:15, 66:10, 226:24, 236:17, 243:23, 251:10, 266:17, 267:23, 275:6, 287:5, 287:6, 287:7, 306:4, 317:6

**Governmental** [1] - 99:8

**Governor** [6] - 40:12, 41:20, 42:25, 263:6, 279:11, 398:11

**governor** [4] - 36:25, 398:10, 413:16

**Governors** [1] - 399:5

**Grab** [1] - 162:4

**grabbed** [1] - 261:8

**grabs** [1] - 213:16

**gracious** [1] - 388:7

**grade** [1] - 191:25

**graded** [2] - 162:20, 213:2

**graduate** [2] - 220:22, 388:22

**graduated** [1] - 388:20

**graduation** [2] -

44:17, 210:12

**grandchildren** [2] - 379:18, 382:23

**grandfather** [1] - 289:24

**grandmother** [2] - 262:16, 279:2

**grandmother's** [1] - 128:19

**grandparents** [2] - 288:7, 289:21

**granted** [3] - 95:18, 230:25, 385:22

**grants** [2] - 249:8, 419:11

**grasp** [1] - 415:25

**grateful** [7] - 19:13, 20:8, 20:14, 70:3, 70:7, 104:9, 394:24

**gratefully** [1] - 222:9

**gratitude** [1] - 425:17

**gray** [3] - 193:6, 204:11, 206:23

**GRAY** [1] - 97:21

**Gray** [1] - 97:23

**great** [11] - 17:10, 17:20, 31:13, 39:18, 137:10, 138:20, 180:13, 217:14, 226:15, 369:3, 395:9

**Great** [3] - 105:2, 220:20, 332:9

**greater** [4] - 69:6, 226:9, 377:18, 403:4

**greatly** [3] - 24:14, 247:13, 262:19

**Green** [2] - 179:9, 180:21

**Greenacres** [1] - 217:9

**Greenwich** [1] - 284:15

**grew** [1] - 416:17

**Grey** [2] - 66:2, 66:4

**GREY** [1] - 66:3

**GREY-OWENS** [1] - 66:3

**Grey-Owens** [1] - 66:4

**Grey-Ownens** [1] - 66:2

**gridlock** [2] - 367:13, 368:25

**groceries** [2] - 287:25, 288:11

**grocery** [2] - 279:3, 289:8

**GROSS** [2] - 94:13, 97:15

**gross** [1] - 384:6

**Gross** [2] - 94:14, 96:16

**ground** [1] - 273:4

**grounded** [2] - 18:22, 266:16

**grounds** [1] - 272:23

**group** [20] - 71:8, 75:12, 101:23, 155:9, 186:11, 193:19, 197:7, 197:9, 197:22, 204:19, 211:11,

214:19, 214:23, 217:22, 243:15, 258:8, 258:11, 262:8, 265:3, 284:15

**Group** [4] - 5:9, 240:11, 286:24, 332:11

**groups** [7] - 12:15, 105:9, 105:20, 231:21, 258:13, 264:24, 363:20

**grow** [1] - 307:20

**growing** [1] - 385:10

**grows** [1] - 68:2

**growth** [3] - 376:8, 399:11, 426:12

**Grumman** [1] - 73:11

**guarantee** [2] - 111:14, 341:21

**guarantees** [2] - 59:25, 301:6

**guard** [2] - 254:25, 290:4

**Gucci** [1] - 218:5

**guess** [4] - 128:14, 227:3, 395:11, 412:9

**guessed** [1] - 298:25

**Guggenheim** [1] - 424:7

**guidance** [4] - 53:14, 54:3, 240:6, 282:11

**guidelines** [1] - 230:11

**guilty** [3] - 168:3, 168:15, 194:3

**guise** [1] - 77:5

**gun** [4] - 150:2, 171:2, 357:6, 396:23

**Gunner** [3] - 7:11, 251:21, 251:23

**GUNNER** [1] - 251:22

**guy** [3] - 18:20, 158:2, 162:12

**guys** [28] - 17:17, 18:2, 18:6, 18:14, 18:15, 18:17, 19:14, 20:16, 126:12, 224:14, 372:17, 405:12, 405:23, 406:2, 406:4, 406:7, 406:11, 406:13, 406:18, 406:20, 406:23, 407:2, 407:13, 407:15, 407:19, 407:20, 407:21, 409:19

## H

**H5n1** [1] - 250:12

**Habib** [1] - 60:8

**habitat** [1] - 337:4

**Haiti** [1] - 406:3

**half** [4] - 297:6, 316:25, 317:2, 385:24

**Halima** [1] - 365:6

**HALL** [3] - 45:11, 45:16, 46:9

**Hall** [3] - 6:11,

45:10, 45:25

**hall** [2] - 368:11, 368:15

**Halloween** [2] - 213:12, 305:8

**halls** [1] - 372:18

**halt** [1] - 403:23

**HAMAR** [2] - 58:17, 59:20

**Hamara** [2] - 57:7, 57:11

**HAMARA** [1] - 57:8

**Hamas** [5] - 29:14, 34:2, 232:23, 234:12, 283:14

**Hamicalse** [1] - 380:9

**hammering** [2] - 96:21, 97:11

**Hamptons** [1] - 389:3

**hand** [4] - 10:13, 236:11, 394:14, 429:14

**handcuffs** [4] - 149:17, 169:15, 177:12, 304:12

**handing** [1] - 298:15

**handout** [1] - 384:7

**hands** [2] - 15:10, 59:12

**happy** [7] - 81:5, 151:24, 152:2, 153:21, 153:23, 158:18, 356:13

**harass** [9] - 81:19, 82:22, 102:6, 107:16, 149:8,

211:12, 235:6, 256:15, 258:23

**harassed** [12] - 104:22, 107:18, 152:25, 233:2, 234:11, 246:24, 247:2, 247:16, 254:6, 297:23, 299:24, 304:20

**harassing** [5] - 33:13, 56:8, 64:20, 188:5, 257:16

**Harassment** [1] - 112:15

**harassment** [16] - 32:7, 33:25, 56:17, 57:3, 148:17, 215:5, 233:18, 234:21, 234:24, 235:17, 247:4, 253:17, 255:9, 300:3, 315:19, 316:15

**harassment"** [1] - 30:6

**hard** [10] - 20:9, 20:13, 28:4, 78:5, 175:11, 181:4, 269:14, 290:25, 295:19, 411:25

**harder** [5] - 37:9, 157:13, 181:13, 181:15, 316:11

**HARDIMAN** [35] - 191:15, 192:3, 193:22, 195:20, 195:24, 196:22, 198:22, 199:3, 199:14, 199:21,

200:12, 200:25, 201:11, 201:16, 203:13, 204:4, 204:23, 205:10, 206:5, 209:17, 209:23, 210:3, 210:9, 210:18, 210:25, 215:2, 215:14, 215:20, 216:11, 216:15, 216:20, 217:3, 217:5, 218:14, 219:4

**Hardiman** [2] - 191:15, 218:24

**Harlem** [1] - 290:19

**harm** [10] - 30:7, 30:8, 30:10, 34:9, 46:16, 225:4, 247:13, 263:11, 282:17, 318:8

**harmed** [1] - 305:20

**harmful** [3] - 229:3, 232:10, 262:13

**Harris** [4] - 9:5, 387:2, 387:3, 389:6

**HARRIS** [1] - 387:3

**Harry** [4] - 8:11, 295:22, 295:24, 424:7

**hash** [1] - 111:18

**hashing** [1] - 152:14

**hate** [27] - 29:3, 30:4, 30:14, 30:24, 31:3, 33:24, 42:20,

50:14, 51:17, 56:17, 57:2, 64:23, 65:9, 65:19, 71:25, 105:21, 108:7, 128:17, 134:10, 155:3, 229:22, 234:17, 234:20, 267:10, 270:21, 276:12

**Hate** [2] - 51:15, 51:16

**hate-filled** [1] - 29:3

**hateful** [6] - 32:6, 36:3, 55:24, 55:25, 56:8, 106:20

**Hatred** [1] - 239:8

**hatred** [6] - 50:19, 51:6, 51:21, 61:13, 81:21, 259:10

**Hatter** [1] - 97:24

**hauler** [1] - 242:21

**haulers** [1] - 293:13

**Hauppauge** [1] - 343:10

**hazards** [1] - 300:21

**Hazel** [2] - 8:15, 299:15

**he/or** [1] - 168:17

**head** [5] - 157:18, 175:9, 179:13, 261:12, 396:23

**headbands** [1] - 34:3

**headquarters** [1] -

411:6

**health** [68] - 29:25, 33:16, 47:18, 47:24, 49:9, 50:16, 53:9, 56:14, 59:14, 62:6, 62:11, 65:3, 73:24, 101:9, 102:14, 105:13, 107:7, 119:5, 194:22, 221:14, 226:18, 226:21, 227:5, 227:15, 230:12, 230:13, 231:9, 231:11, 231:20, 232:14, 239:11, 243:16, 246:4, 246:23, 248:20, 249:23, 250:23, 250:24, 252:4, 252:12, 253:8, 254:24, 257:5, 262:15, 264:11, 264:14, 264:21, 266:7, 266:19, 268:13, 268:16, 268:23, 281:21, 281:24, 282:8, 282:20, 289:9, 297:8, 297:15, 298:23, 301:10, 303:12, 303:18, 304:22, 309:15, 310:19, 400:21, 426:15

**Health** [1] - 59:12

**healthcare** [1] - 66:12

**Healthcare** [1] - 413:8

**healthy** [6] - 253:10, 307:15, 308:4, 309:7, 316:8, 400:19

**hear** [11] - 11:14, 27:6, 129:15, 129:16, 220:10, 281:6, 293:22, 302:25, 358:3, 378:16, 392:12

**heard** [26] - 11:20, 12:3, 16:14, 16:15, 77:18, 84:11, 105:4, 118:25, 119:2, 131:9, 134:4, 167:13, 187:17, 247:18, 249:16, 251:6, 305:18, 314:17, 314:23, 318:21, 360:20, 364:7, 378:11, 416:6

**hearing** [27] - 11:19, 12:3, 31:21, 84:18, 100:3, 100:7, 100:11, 100:20, 123:25, 129:24, 133:5, 224:6, 314:14, 318:19, 319:2, 319:5, 319:10, 319:14, 336:22, 336:25, 353:7, 353:14, 353:23, 360:15, 378:19, 383:21, 387:17

**hearings** [4] - 11:17, 177:22,

360:6, 393:13

**heart** [14] - 10:14, 13:24, 14:9, 23:16, 74:14, 168:10, 210:20, 289:25, 293:11, 301:18, 309:6, 379:24, 401:16

**hearts** [2] - 68:8, 243:22

**heat** [1] - 399:20

**heated** [1] - 15:14

**heavy** [1] - 73:5

**Hebrew** [1] - 234:6

**heck** [3] - 112:25, 155:20, 306:9

**Hedeman** [2] - 7:17, 262:2

**HEDEMAN** [1] - 262:3

**height** [2] - 371:12, 410:17

**heightening** [1] - 165:14

**held** [16] - 38:10, 61:24, 69:15, 72:5, 81:7, 152:3, 152:4, 152:14, 182:11, 194:15, 197:2, 197:3, 210:12, 260:17, 329:4, 336:22

**Helen** [1] - 396:6

**hell** [2] - 158:9, 280:12

**Hello** [3] - 228:8, 252:20, 299:17

**help** [27] - 23:10, 23:15, 43:15,

58:5, 65:16, 71:16, 104:11, 111:20, 125:5, 137:16, 139:3, 143:13, 144:19, 164:10, 180:17, 191:2, 193:8, 204:22, 219:7, 263:15, 277:3, 316:7, 386:15, 397:6, 398:14, 412:21, 414:6

**helped** [4] - 14:18, 111:10, 306:12, 313:15

**helpful** [1] - 419:10

**helping** [4] - 14:9, 63:8, 144:20, 427:7

**helps** [3] - 62:21, 63:17, 342:21

**Hempstead** [12] - 23:18, 46:3, 55:15, 55:21, 74:6, 125:22, 328:14, 355:19, 355:21, 358:12, 366:23, 382:13

**hereby** [1] - 429:10

**hereunto** [1] - 429:13

**Heritage** [1] - 220:17

**heroes** [2] - 20:7, 77:4

**Herskovitz** [1] - 380:5

**Heschel** [1] - 260:16

hesitated[1] - 252:24

hesitation[1] - 23:12

Hezbollah[3] - 29:15, 233:12, 283:14

Hi[7] - 140:3, 245:16, 256:7, 302:24, 314:21, 366:17, 387:3

Hicksville[3] - 21:5, 256:8, 383:20

hid[1] - 70:23

hide[8] - 50:24, 51:11, 71:2, 138:2, 229:4, 242:10, 248:7, 248:15

hiding[3] - 106:2, 136:23, 156:20

high[22] - 73:7, 104:24, 177:2, 217:10, 218:4, 228:9, 228:16, 233:4, 243:21, 245:21, 255:5, 262:9, 287:20, 290:9, 361:24, 367:7, 387:12, 395:3, 401:19, 419:22, 427:5

higher[12] - 151:17, 152:4, 196:19, 206:18, 207:9, 207:13, 258:8, 258:10, 296:18, 367:8, 401:21,

411:21

highest[2] - 72:21, 118:23

highlight[1] - 269:13

highlights[1] - 425:25

highly[6] - 190:7, 190:8, 263:23, 275:23, 276:2, 402:17

highway[1] - 367:21

highways[1] - 367:15

hijab[2] - 161:21, 239:24

hijacking[1] - 61:11

himself[4] - 90:9, 92:8, 208:10, 388:9

hinders[1] - 399:11

HIPAA[1] - 48:7

hire[1] - 295:13

hires[1] - 412:2

historic[2] - 316:19, 337:4

historically[4] - 247:16, 257:15, 291:17, 309:10

Historically[1] - 46:22

history[8] - 128:20, 159:13, 178:23, 184:17, 192:5, 227:11, 279:17, 292:6

hit[2] - 147:7, 286:9

HIV[2] - 308:20, 308:22

Hochul[4] - 263:6, 279:11, 398:11, 399:5

Hofstra[30] - 44:14, 66:16, 73:22, 210:11, 210:22, 212:13, 212:14, 357:11, 370:24, 371:8, 371:11, 371:16, 372:3, 373:2, 373:19, 376:4, 393:11, 393:13, 394:4, 394:6, 394:24, 397:13, 397:14, 409:11, 409:13, 411:18, 417:9, 419:3, 419:25

Hofstra's[2] - 393:19, 393:25

hold[7] - 109:7, 120:22, 154:14, 183:15, 254:12, 265:23, 372:18

HoldCo2[3] - 328:10, 330:9, 338:11

holder[1] - 171:4

holding[4] - 64:18, 197:25, 233:13, 396:23

holiday[1] - 257:8

holidays[4] - 33:20, 101:11, 102:15, 107:10

hollering[1] -

312:18

Holocaust[1] - 42:17

holster[1] - 210:16

home[17] - 51:13, 51:16, 51:18, 63:4, 83:2, 187:8, 193:19, 197:15, 231:19, 244:11, 288:7, 288:9, 294:8, 317:24, 363:22, 415:18

Home[1] - 400:13

Homeowners[1] - 64:4

homes[4] - 51:14, 52:8, 384:15, 418:5

homophobic[2] - 234:14, 235:13

honest[2] - 273:12, 273:13

honestly[4] - 109:10, 144:19, 212:21, 248:6

Honestly[1] - 150:9

honor[10] - 18:10, 18:11, 18:19, 22:12, 22:14, 24:10, 32:24, 40:3, 137:10, 233:7

honorable[2] - 57:10, 272:9

Honorable[1] - 277:22

honored[1] - 227:9

honoring[1] - 12:7

**hooded** [2] - 279:17, 279:21

**hoods** [3] - 44:7, 106:19, 192:18

**hooked** [1] - 14:5

**hope** [10] - 39:16, 56:23, 63:3, 104:14, 357:12, 358:3, 397:6, 416:18

**hoped** [1] - 253:25

**hopefully** [6] - 189:15, 189:22, 190:2, 190:3, 190:17, 357:18

**hopes** [1] - 253:23

**hoping** [2] - 115:2, 248:19

**horrible** [3] - 78:4, 79:19, 184:5

**horrific** [4] - 42:13, 42:15, 243:2

**horrified** [1] - 244:14

**Hospital** [3] - 286:11, 290:2, 340:18

**hospital** [7] - 14:15, 14:16, 14:19, 259:17, 279:5, 382:8, 407:14

**hospitalization** [1] - 309:9

**hospitalizations** [1] - 251:13

**hostages** [3] - 69:21, 234:11, 234:13

**hosted** [1] - 368:11

**hostile** [1] - 300:2

**hot** [1] - 293:7

**hotel** [8] - 76:4, 76:7, 333:10, 338:21, 340:3, 340:15, 341:5, 341:7

**hotels** [1] - 400:4

**hottest** [1] - 399:18

**hour** [6] - 10:25, 11:2, 11:10, 28:8, 117:8, 117:15

**hours** [4] - 290:14, 377:17, 401:24, 411:14

**house** [1] - 287:23

**House** [1] - 31:12

**housing** [17] - 197:16, 207:12, 382:7, 382:8, 384:12, 384:14, 384:15, 384:18, 385:6, 385:8, 385:11, 385:13, 385:18, 386:5, 386:6, 386:10

**HOWARD** [2] - 1:8, 2:2

**Howard** [1] - 87:7

**hub** [1] - 80:6

**Hub** [7] - 80:21, 358:4, 373:24, 374:11, 375:10, 399:21, 419:13

**Hucolesh** [1] - 392:21

**huge** [2] - 18:4, 301:11

**human** [6] - 70:23,

71:9, 80:9, 140:19, 140:20, 399:24

**humanity** [2] - 22:16, 286:6

**humiliated** [1] - 235:10

**hundred** [4] - 57:25, 143:22, 175:16, 362:8

**hundreds** [5] - 17:25, 69:21, 233:9, 371:3, 372:14

**hungry** [1] - 414:19

**Hunter** [1] - 265:25

**hurt** [2] - 104:23, 211:18

**husband** [2] - 303:16, 389:7

**Hyman** [2] - 5:12, 343:9

**hypocrisy** [2] - 371:12, 410:17

**hypocritical** [1] - 115:7

**hypothetical** [4] - 47:10, 204:6, 204:7, 215:25

**hypotheticals** [1] - 204:7

## I

**i.e** [1] - 262:14

**ice** [1] - 398:19

**Ida** [1] - 366:6

**IDA** [1] - 80:15

**Idaho** [1] - 75:23

**idea** [14] - 118:11,

130:14, 131:13, 145:2, 153:12, 168:2, 255:14, 266:17, 271:11, 308:3, 308:25, 311:22, 415:14, 416:2

**ideal** [1] - 309:19

**ideas** [1] - 80:16

**identifiable** [1] - 248:14

**identification** [2] - 102:12, 269:8

**identified** [12] - 38:4, 76:6, 76:13, 106:13, 156:21, 240:15, 260:7, 276:11, 352:9, 354:14, 366:24, 368:23

**identify** [11] - 75:19, 76:24, 138:3, 142:22, 162:19, 164:8, 189:15, 189:22, 239:22, 241:11, 260:22

**identities** [5] - 46:23, 51:8, 229:4, 235:5, 283:7

**identity** [28] - 29:16, 33:12, 44:4, 53:7, 56:5, 65:8, 68:7, 68:13, 68:22, 68:23, 69:2, 81:19, 100:6, 101:8, 106:9, 130:9, 130:22, 134:23, 210:7, 229:8, 242:10,

248:7, 248:11, 248:16, 251:9, 272:24, 273:13, 319:18

**identity's** [1] - 151:18

**ideology** [1] - 52:4

**IDF** [1] - 74:21

**IgA** [1] - 244:2

**ignore** [4] - 48:22, 54:6, 410:10, 410:13

**ignoring** [1] - 119:23

**II** [2] - 345:4, 346:5

**III** [2] - 3:24, 85:15

**ill** [8] - 252:8, 269:18, 276:2, 310:3, 316:18, 317:9, 419:17, 420:7

**illegal** [16] - 118:11, 240:25, 241:6, 241:10, 241:20, 253:9, 254:5, 310:9, 326:6, 371:23, 390:4, 390:7, 390:12, 391:8, 391:18, 408:22

**illness** [15] - 48:2, 197:11, 207:9, 226:6, 246:17, 252:7, 255:8, 300:23, 307:16, 308:10, 309:23, 310:6, 310:18, 315:6, 367:9

**illnesses** [3] -

232:8, 269:11, 300:17

**illogical** [1] - 310:9

**illustrated** [1] - 192:12

**image** [1] - 149:14

**images** [1] - 233:8

**imagination** [1] - 386:17

**Imagine** [4] - 233:8, 234:4, 385:17, 385:19

**imagine** [2] - 238:14, 292:18

**immediate** [1] - 259:8

**immediately** [7] - 12:24, 13:17, 76:16, 163:25, 165:3, 335:25, 403:10

**immense** [1] - 67:4

**Imminent** [1] - 59:23

**imminent** [1] - 60:5

**immoral** [1] - 310:14

**immune** [4] - 192:22, 297:16, 308:18, 315:6

**immunity** [1] - 302:12

**immunocompro mised** [13] - 62:3, 62:8, 102:23, 242:21, 244:12, 244:20, 246:6, 246:11, 252:8, 268:24, 269:5,

294:25, 307:12

**Immunocompro mised** [1] - 265:8

**immunosuppres sed** [1] - 47:21

**Impact** [3] - 352:5, 352:16, 353:20

**impact** [28] - 45:22, 80:11, 98:6, 245:7, 337:2, 337:13, 345:17, 345:19, 346:23, 347:8, 347:10, 347:20, 349:21, 350:12, 350:17, 353:17, 378:15, 378:18, 389:18, 390:24, 391:3, 399:22, 404:9, 409:24, 412:5, 412:25, 414:23, 418:18

**impacted** [4] - 106:5, 262:19, 381:16, 381:17

**impacting** [2] - 231:6, 412:19

**impacts** [15] - 67:10, 338:6, 345:21, 348:24, 349:5, 349:25, 352:8, 354:15, 354:22, 355:11, 389:24, 390:21, 391:25, 409:17, 409:18

**imperative** [2] - 363:11, 363:25

**implement** [5] -

161:6, 190:9, 208:6, 208:7, 271:13

**implemented** [3] - 163:10, 221:16, 261:19

**Implementing** [1] - 47:3

**implementing** [4] - 191:21, 328:8, 330:6, 339:5

**implications** [2] - 46:12, 48:15

**implicitly** [1] - 182:3

**implore** [1] - 410:4

**importance** [3] - 229:19, 283:4, 377:19

**Important** [1] - 251:5

**important** [26] - 15:6, 21:2, 25:25, 33:8, 35:6, 36:6, 36:8, 62:19, 67:23, 94:17, 104:20, 109:24, 120:15, 128:2, 173:13, 240:8, 258:12, 299:22, 362:23, 363:10, 414:14, 416:4, 416:22, 417:13, 418:25, 426:13

**Importantly** [3] - 68:5, 333:16, 333:24

**importantly** [4] - 15:22, 76:22,

206:21, 414:12

**imposed** [1] - 354:19

**impossible** [3] - 226:20, 246:19, 268:15

**imprecise** [1] - 282:2

**impressions** [1] - 221:6

**imprisonment** [1] - 196:25

**improper** [1] - 376:3

**improvement** [2] - 325:19, 325:21

**improvements** [4] - 214:16, 339:17, 340:12, 342:11

**impulsive** [1] - 260:4

**impunity** [1] - 51:3

**IN** [1] - 429:13

**in-depth** [1] - 117:18

**in-person** [1] - 296:12

**in-service** [2] - 163:14, 164:5

**inaccessible** [1] - 245:21

**inadequate** [3] - 246:3, 281:25, 367:13

**inappropriate** [1] - 372:4

**inaudible** [1] - 127:4

**incident** [1] - 275:7

**incidents** [5] - 101:2, 105:21, 233:24, 274:24, 289:20

**incite** [1] - 60:5

**incite/produce** [1] - 60:6

**inciting** [1] - 64:23

**include** [7] - 246:10, 330:25, 333:9, 338:21, 349:2, 349:3, 354:18

**included** [2] - 234:2, 271:17

**includes** [5] - 269:3, 347:12, 350:9, 353:21, 359:18

**including** [18] - 17:23, 46:10, 80:9, 106:22, 225:13, 231:19, 233:4, 236:21, 254:16, 269:10, 269:11, 288:14, 300:14, 367:16, 367:23, 371:4, 371:7, 401:20

**inclusive** [1] - 376:8

**inclusivity** [1] - 46:19

**income** [4] - 362:15, 362:22, 385:20, 416:23

**inconsistent** [2] - 231:5, 247:12

**Incorporated** [1] -

46:2

**incorporates** [1] - 353:19

**increase** [16] - 47:14, 133:3, 133:10, 178:17, 247:4, 309:12, 315:19, 316:14, 341:12, 341:17, 341:22, 342:3, 372:13, 400:15, 400:16, 414:24

**increased** [4] - 45:23, 130:24, 175:6, 300:11

**increases** [3] - 98:12, 308:13, 309:6

**Increasing** [1] - 426:20

**incredible** [1] - 386:15

**incredibly** [1] - 189:12

**incredulous** [2] - 378:16, 378:19

**incremental** [1] - 94:23

**incumbent** [2] - 33:2, 270:23

**indeed** [1] - 52:9

**independent** [2] - 122:13, 376:2

**Independents** [1] - 51:20

**indicate** [3] - 314:16, 348:23, 357:19

**indicated** [1] -

344:4

**indication** [1] - 402:12

**individual** [18] - 22:15, 130:19, 143:5, 145:19, 160:13, 166:5, 169:17, 174:21, 176:3, 176:4, 237:3, 237:14, 266:18, 268:16, 282:3, 282:12, 309:16, 309:25

**individual's** [2] - 100:6, 319:18

**individualism** [1] - 266:22

**Individuals** [1] - 48:24

**individuals** [41] - 33:15, 44:16, 47:6, 47:24, 48:4, 48:12, 59:7, 69:3, 75:13, 75:25, 76:5, 81:14, 101:19, 162:21, 163:2, 176:24, 178:7, 191:24, 211:12, 211:18, 218:11, 225:9, 225:13, 228:25, 229:13, 243:21, 266:11, 268:9, 269:9, 269:14, 271:20, 283:6, 283:12, 291:25, 309:8, 309:24, 310:13, 316:17, 361:12, 362:3

**indolent** [1] - 244:4

**indoors** [2] - 142:10, 244:13

**industry** [2] - 239:23, 413:9

**inefficient** [1] - 250:19

**inequalities** [1] - 46:17

**inequity** [1] - 130:12

**inevitable** [1] - 227:6

**inevitably** [1] - 402:8

**infected** [3] - 244:5, 301:6, 301:8

**infecting** [1] - 296:23

**infection** [9] - 243:19, 244:7, 253:22, 262:20, 293:19, 297:7, 297:17, 301:8, 308:13

**infections** [2] - 226:11, 301:17

**infectious** [1] - 226:10

**infer** [2] - 315:8, 410:21

**inflames** [1] - 301:14

**inflation** [1] - 415:10

**influence** [2] - 206:20, 206:22

**influenced** [1] - 232:2

**inform** [2] - 359:3,

368:15

**Information** [1] - 269:18

**information** [12] - 67:14, 173:16, 174:17, 175:2, 230:17, 310:11, 321:17, 328:25, 352:17, 352:22, 359:2, 391:15

**informative** [1] - 356:19

**informed** [2] - 391:20, 392:7

**infringe** [1] - 46:14

**inherently** [1] - 265:7

**initial** [4] - 321:18, 321:20, 334:14, 412:12

**initiate** [2] - 243:14, 349:20

**initiated** [2] - 180:19, 180:20

**initiative** [1] - 37:8

**injure** [5] - 102:2, 199:5, 199:23, 214:2, 215:21

**injury** [1] - 226:6

**injustices** [1] - 252:24

**innocent** [4] - 24:15, 70:23, 154:24, 158:5

**innocently** [1] - 155:6

**input** [2] - 80:3, 272:5

**inquiry** [4] - 149:21,

157:22, 158:2, 177:10

**inside** [4] - 38:7, 189:20, 244:24, 418:23

**insist** [1] - 307:9

**inspiration** [1] - 25:15

**instance** [5] - 75:9, 75:22, 116:15, 142:20, 234:2

**instances** [1] - 283:10

**Instead** [5] - 182:8, 248:19, 250:13, 374:22, 386:16

**instead** [3] - 245:23, 386:11, 396:20

**instituted** [2] - 31:6, 103:7

**institution** [4] - 102:10, 370:25, 371:2, 394:9

**institutionalized** [1] - 225:20

**institutions** [3] - 29:10, 48:20, 66:11

**instruction** [2] - 94:18, 426:16

**insufficient** [1] - 241:25

**insulted** [3] - 127:16, 127:17, 292:4

**insulting** [1] - 269:4

**integral** [1] - 394:7

**Integrated** [2] - 328:18, 344:19

**integrity** [4] - 137:6, 185:6, 229:18, 371:19

**Intel** [1] - 184:18

**intelligence** [1] - 136:15

**intend** [5] - 30:7, 30:8, 30:9, 101:25, 132:14

**intended** [3] - 46:24, 280:7, 344:6

**intending** [1] - 152:19

**intends** [1] - 338:24

**intent** [69] - 30:4, 33:23, 34:9, 53:7, 53:20, 101:7, 102:5, 102:11, 110:6, 110:12, 110:17, 110:19, 111:7, 127:19, 130:7, 145:6, 145:7, 145:8, 145:10, 145:14, 145:23, 147:13, 147:18, 147:19, 148:10, 148:13, 152:5, 152:17, 152:18, 153:14, 154:7, 167:15, 167:21, 168:3, 168:19, 169:5, 169:10, 169:19, 169:24, 170:4, 170:10, 171:18, 171:23, 183:5,

199:4, 199:22, 200:14, 200:23, 201:2, 202:3, 210:6, 213:25, 215:20, 231:3, 238:4, 239:15, 240:17, 247:11, 252:2, 256:14, 256:17, 276:2, 276:10, 291:16, 315:14, 316:18, 317:18, 410:21

**Intent** [2] - 145:6, 145:11

**intention** [3] - 45:17, 264:17, 405:22

**intentionally** [2] - 107:16, 268:7

**intentions** [7] - 256:18, 256:19, 259:4, 291:23, 292:2, 298:24, 375:8

**interact** [8] - 156:8, 156:10, 157:20, 160:12, 162:5, 169:17, 189:14

**interacted** [1] - 308:5

**interaction** [1] - 156:23

**interactions** [1] - 296:13

**interest** [4] - 211:13, 344:12, 375:15, 407:12

**interested** [1] - 74:7

**interesting** [1] - 79:16

**interests** [1] - 402:14

**interfaith** [1] - 75:23

**Interfaith** [1] - 259:17

**interfere** [3] - 102:3, 199:6, 214:3

**interfering** [1] - 198:16

**internal** [2] - 68:4, 68:11

**international** [1] - 415:17

**internationally** [1] - 184:20

**interpret** [1] - 282:3

**interpretation** [2] - 114:13, 212:10

**Interpreting** [1] - 282:4

**interpreting** [1] - 167:21

**interrogate** [1] - 298:25

**interrogating** [1] - 280:14

**interrogation** [1] - 53:18

**interrupt** [1] - 405:16

**interruption** [15] - 11:11, 43:10, 49:14, 84:10, 120:11, 124:16, 125:3, 129:2,

129:9, 146:3, 146:19, 150:7, 158:13, 228:5, 277:6

**intersection** [1] - 221:7

**intersex** [1] - 66:8

**interstitial** [1] - 287:21

**intimidate** [12] - 81:20, 82:22, 102:2, 102:6, 107:17, 199:6, 199:9, 199:23, 214:2, 214:6, 215:22, 256:15

**intimidated** [3] - 104:22, 223:17, 235:10

**intimidating** [3] - 33:14, 64:19, 215:6

**intimidation** [5] - 30:5, 32:7, 33:25, 77:2, 234:17

**intrinsically** [1] - 296:19

**introduce** [1] - 14:22

**introduced** [10] - 33:5, 38:24, 43:6, 43:9, 43:21, 100:25, 126:13, 193:3, 279:12, 336:19

**introduces** [1] - 46:15

**introducing** [3] - 12:18, 36:8, 65:14

**intrusive** [1] - 48:6

**invasive** [1] - 49:2

**invent** [1] - 311:23

**investigative** [1] - 177:16

**invisible** [2] - 246:19, 246:21

**invite** [4] - 21:14, 93:4, 103:20, 135:4

**invites** [1] - 231:11

**involve** [2] - 332:17, 350:6

**involved** [11] - 114:23, 155:16, 343:18, 343:20, 343:24, 344:10, 355:16, 355:23, 355:24, 356:11, 414:20

**involvement** [1] - 271:7

**involving** [2] - 287:5, 301:12

**Iranian** [2] - 220:19, 285:14

**ironic** [2] - 115:6, 115:22

**Ironically** [1] - 125:18

**irrelevant** [1] - 113:5

**irresponsible** [3] - 310:15, 391:12, 403:6

**Isabel** [1] - 291:13

**Islamic** [1] - 283:15

**Islamophobic** [1] - 61:6

**Island** [24] - 41:16,
51:17, 61:22,
74:2, 242:24,
263:7, 274:17,
298:18, 313:8,
370:25, 372:11,
381:22, 381:24,
382:2, 383:7,
384:12, 384:19,
389:5, 396:19,
413:9, 414:19,
415:8, 415:21,
416:17

**Islanders** [1] -
371:4

**isolated** [2] -
225:19, 288:20

**Israel** [11] - 29:2,
30:24, 51:6,
70:11, 71:5,
81:21, 143:2,
212:2, 233:14,
234:10, 267:7

**Israel's** [1] - 71:7

**issuance** [1] -
349:11

**issue** [26] - 47:17,
67:11, 77:21,
82:15, 120:16,
128:13, 128:24,
169:2, 250:9,
271:6, 345:7,
345:22, 346:6,
347:25, 349:7,
354:10, 355:22,
355:24, 355:25,
374:7, 375:24,
388:14, 405:12,
411:10, 411:15,
413:4

**issued** [7] - 348:10,
352:3, 352:10,
354:2, 354:25,
355:6, 355:18

**issues** [14] - 36:18,
37:6, 67:6, 78:12,
80:7, 95:7,
128:22, 192:10,
297:8, 303:20,
305:16, 355:13,
412:18, 418:5

**issuing** [3] -
337:16, 338:2,
345:19

**it'll** [3] - 84:5,
300:12, 425:12

**It'll** [1] - 189:21

**item** [22] - 90:9,
90:15, 91:2, 92:8,
92:15, 93:2,
98:25, 123:22,
123:24, 314:11,
314:13, 320:3,
323:7, 323:8,
326:20, 328:24,
330:2, 331:17,
332:7, 418:7,
424:4, 424:22

**Item** [30] - 88:10,
88:11, 88:12,
88:13, 88:14,
88:15, 88:16,
88:17, 88:18,
88:19, 88:20,
88:21, 88:22,
88:23, 88:24,
88:25, 89:2, 89:3,
89:4, 89:5

**items** [12] - 84:7,
88:4, 89:8, 89:18,

98:16, 189:20,
306:5, 327:4,
331:20, 420:11,
423:3

**itself** [12] - 144:9,
148:9, 152:15,
169:6, 174:2,
187:11, 268:5,
337:24, 339:2,
344:6, 358:25,
402:25

**IV** [1] - 14:2

**IVERDI** [1] - 19:11

**Iverdi** [4] - 14:22,
19:9, 19:19, 20:12

**IVs** [1] - 14:17

**Izzo** [1] - 365:16

---

## J

**Jack** [3] - 6:7, 35:3,
36:12

**Jacobs** [6] - 8:23,
9:10, 242:8,
366:14, 366:16,
401:6

**JACOBS** [2] -
366:15, 401:7

**jail** [9] - 110:8,
110:23, 122:20,
151:9, 196:15,
196:18, 197:4,
204:2, 295:19

**jailed** [1] - 244:23

**Jake** [3] - 388:14,
388:15, 388:16

**James** [3] - 14:25,
86:2, 291:13

**JAMES** [2] - 4:12,
4:18

**Jameson** [1] - 13:2

**jammers** [1] - 241:8

**January** [4] - 72:23,
358:13, 401:10,
404:14

**Jason** [1] - 400:24

**Jeanne** [1] - 376:24

**Jeffrey** [1] - 380:4

**Jen** [2] - 6:9, 55:15

**Jenna** [5] - 8:4,
277:21, 281:7,
281:9, 281:14

**Jenner** [1] - 248:10

**Jennifer** [3] - 6:16,
292:21, 292:22

**Jeremy** [6] - 7:14,
9:6, 256:5, 256:7,
383:17, 383:19

**Jericho** [1] - 252:22

**Jerry** [2] - 99:6,
99:20

**Jersey** [1] - 396:11

**Jerusalem** [1] -
311:13

**Jesus** [1] - 295:20

**Jew** [11] - 57:20,
76:21, 112:16,
221:5, 222:11,
239:8, 259:22,
285:9, 285:15,
286:5, 300:7

**Jewish** [29] - 34:12,
51:7, 57:15,
57:24, 64:20,
76:2, 81:4, 81:21,
82:14, 105:22,
126:18, 126:21,
127:9, 211:15,
228:15, 235:2,

252:23, 254:23,
254:24, 260:25,
262:17, 262:25,
263:3, 266:2,
267:25, 268:3,
276:9, 285:10,
311:24

**Jews** [15] - 50:19,
51:21, 58:24,
220:20, 223:6,
223:13, 223:15,
223:19, 234:3,
254:14, 254:16,
261:15, 273:2,
285:8, 285:13

**Jihad** [1] - 283:15

**Jimenez** [1] - 12:21

**job** [28] - 16:24,
17:10, 27:15,
36:21, 37:9,
71:18, 74:6,
105:16, 139:4,
157:13, 162:17,
181:13, 181:14,
182:4, 183:22,
184:9, 190:20,
191:6, 191:8,
280:12, 282:5,
288:13, 304:15,
362:2, 362:5,
362:6, 363:4

**jobs** [29] - 45:5,
78:2, 154:22,
183:13, 184:3,
312:9, 313:6,
361:24, 362:25,
363:8, 369:25,
371:15, 372:17,
373:25, 374:8,
374:18, 379:8,

379:9, 381:20,
382:5, 389:21,
399:10, 408:12,
414:7, 414:14,
414:17, 415:6,
415:8, 416:14

**Joe** [2] - 13:7, 18:19

**JOHN** [2] - 2:10, 3:8

**John** [9] - 5:11,
85:3, 85:17,
94:13, 96:18,
343:4, 343:8,
409:8, 410:3

**join** [2] - 10:14,
297:3

**joined** [2] - 41:14,
394:3

**Joining** [1] - 361:5

**joint** [1] - 98:4

**joke** [2] - 73:12,
256:24

**jokes** [1] - 15:15

**Jones** [2] - 8:10,
292:25

**JONES** [2] - 293:2,
295:7

**JOSEPH** [2] -
256:7, 383:19

**Joseph** [8] - 7:14,
9:6, 16:5, 255:25,
256:6, 256:8,
383:18, 383:20

**Josh** [3] - 5:8,
332:10, 349:6

**Jr** [2] - 260:15,
389:6

**judge** [5] - 111:10,
153:14, 216:18,
216:25, 409:5

**judges** [2] - 111:21,
114:6

**judgment** [3] -
257:20, 275:24,
291:19

**judicial** [5] - 35:13,
145:9, 147:8,
147:13, 185:19

**Juie** [1] - 7:7

**Juli** [2] - 65:25, 66:4

**Juliana** [3] - 7:17,
261:25, 262:4

**Julie** [5] - 7:23,
242:15, 242:17,
273:19, 365:23

**July** [7] - 100:21,
260:23, 260:24,
336:24, 337:10,
337:19, 343:16

**jump** [1] - 177:12

**jumped** [1] - 312:17

**June** [3] - 42:25,
336:18, 336:21

**junior** [1] - 228:9

**jurisdiction** [2] -
47:13, 355:20

**justice** [5] - 31:8,
59:4, 59:5,
227:13, 268:22

**Justice** [2] - 40:8,
59:21

## K

**KALENDER** [1] -
12:9

**Kalender** [1] -
12:10

**Kane** [3] - 9:7,
380:23, 380:25

**KANE** [1] - 380:24

**Karen** [4] - 9:3,
389:12, 429:16,
429:17

**KAREN** [2] - 1:23,
429:8

**KASLOW** [1] - 3:2

**Kathleen** [3] - 6:23,
229:25, 230:4

**KAYE** [1] - 72:13

**Kaye** [2] - 6:17,
72:12

**keep** [27] - 17:8,
18:22, 32:9, 39:8,
41:9, 50:25,
51:23, 61:7, 61:8,
62:21, 104:18,
143:14, 182:11,
184:23, 232:3,
278:23, 280:24,
288:25, 289:12,
292:8, 295:15,
295:20, 316:7,
316:10, 335:5,
406:20, 416:18

**Keep** [1] - 18:21

**keeping** [10] -
37:20, 51:14,
61:17, 61:18,
61:19, 62:13,
63:8, 78:2,
315:23, 414:13

**keeps** [2] - 247:22,
280:15

**keffiyeh** [2] -
239:25, 261:11

**KENNEDY** [6] -
4:12, 86:4,
321:11, 322:14,

323:20, 422:4

**Kennedy**[2] - 86:3, 89:7

**Kenneth**[1] - 97:23

**kept**[2] - 134:3, 387:16

**Kerry**[1] - 427:15

**Kevin**[1] - 191:15

**key**[1] - 175:17

**KHAN**[3] - 60:19, 60:24, 63:13

**Khan**[3] - 6:13, 60:18, 60:20

**Kiana**[2] - 274:10, 274:16

**Kiara**[1] - 291:8

**Kiaria**[1] - 7:25

**kid**[7] - 136:22, 141:3, 158:4, 158:5, 162:3, 261:8, 416:17

**kidnaped**[2] - 70:15, 70:22

**kidney**[2] - 46:10, 47:19

**kidneys**[1] - 244:3

**kids**[10] - 61:19, 63:5, 137:21, 137:22, 138:25, 160:15, 312:23, 387:10, 387:11, 416:19

**kids'**[1] - 388:13

**Kiely**[2] - 8:22, 408:5

**KIELY**[1] - 408:4

**kill**[1] - 243:11

**killed**[7] - 231:16,

233:22, 251:2, 264:3, 287:2, 304:21, 304:22

**killing**[3] - 243:17, 287:8, 296:23

**kind**[10] - 23:16, 53:17, 54:7, 113:5, 142:22, 209:5, 278:10, 292:8, 299:21, 402:8

**kindness**[1] - 22:13

**kinds**[2] - 222:2, 360:10

**King**[1] - 260:15

**kippah**[1] - 234:6

**Kira**[1] - 8:9

**KKK**[11] - 46:24, 60:14, 82:17, 106:19, 192:17, 209:15, 209:19, 211:10, 211:25, 212:11

**Klan**[2] - 279:18, 279:23

**Klein**[1] - 302:19

**Klien**[1] - 8:16

**Klux**[2] - 279:18, 279:23

**knife**[2] - 168:18, 242:5

**knock**[1] - 371:14

**knowing**[2] - 154:25, 161:23

**knowingly**[5] - 193:14, 194:9, 195:11, 237:11, 391:19

**knowledge**[2] - 67:7, 391:22

**known**[12] - 54:12, 68:23, 69:3, 80:8, 238:5, 241:16, 296:8, 307:16, 333:14, 350:16, 351:3, 392:4

**knows**[4] - 14:14, 62:3, 410:20, 425:6

**KOPEL**[263] - 1:8, 2:2, 10:3, 10:17, 11:13, 19:8, 19:16, 20:20, 21:13, 22:2, 25:2, 28:2, 32:18, 36:11, 39:20, 43:12, 45:9, 49:15, 49:22, 52:12, 55:5, 55:11, 57:6, 60:18, 63:21, 65:22, 65:25, 69:8, 72:7, 72:11, 74:17, 77:14, 80:24, 84:3, 84:11, 87:8, 87:11, 87:22, 88:2, 89:13, 89:17, 90:2, 90:14, 90:22, 91:2, 92:2, 92:14, 92:22, 93:2, 94:2, 96:15, 97:16, 97:20, 98:14, 98:21, 98:25, 99:19, 100:2, 100:15, 100:19, 103:24, 108:13,

112:6, 116:7, 117:13, 119:17, 120:13, 123:16, 124:3, 124:18, 125:4, 126:9, 127:13, 128:5, 129:11, 132:12, 133:20, 135:3, 135:20, 139:7, 139:25, 143:25, 146:6, 146:16, 154:10, 159:2, 166:14, 166:19, 166:23, 172:17, 181:8, 185:9, 185:13, 188:25, 190:23, 191:7, 202:13, 202:20, 208:13, 211:5, 213:20, 218:23, 219:6, 219:18, 222:21, 223:7, 223:25, 228:3, 228:6, 229:25, 232:16, 232:20, 235:20, 235:24, 239:5, 242:11, 242:15, 245:14, 251:20, 252:14, 252:18, 255:21, 255:25, 256:5, 259:13, 261:21, 261:25, 265:15, 265:19, 269:25, 270:5, 272:11, 273:19, 274:2, 274:6, 274:10, 277:2, 277:12, 277:16, 277:20, 281:4, 281:8,

281:11, 282:24, 295:22, 299:3, 299:7, 299:11, 299:15, 302:18, 302:22, 304:3, 306:21, 307:2, 307:6, 311:2, 311:6, 311:10, 314:3, 314:7, 314:10, 314:18, 318:18, 319:9, 319:13, 320:8, 320:22, 320:25, 321:13, 322:4, 322:16, 322:20, 323:10, 323:22, 324:2, 324:8, 324:12, 325:11, 325:14, 326:7, 326:13, 327:3, 328:3, 329:22, 329:25, 331:14, 331:17, 332:6, 356:15, 360:22, 364:18, 364:22, 365:2, 365:6, 365:10, 365:15, 365:19, 365:23, 366:3, 366:6, 366:10, 366:13, 369:4, 372:22, 376:12, 376:16, 376:20, 376:24, 377:5, 377:9, 377:13, 380:4, 380:8, 380:12, 380:16, 380:19, 380:22, 383:9, 383:13, 383:17, 386:22, 386:25,

389:8, 389:12, 392:20, 392:24, 395:22, 396:2, 396:6, 397:10, 397:17, 397:21, 397:25, 400:24, 401:5, 404:23, 405:3, 405:15, 408:2, 410:18, 413:24, 417:17, 418:6, 418:9, 418:14, 420:10, 420:17, 420:23, 421:4, 421:8, 421:11, 422:5, 422:7, 422:11, 423:2, 424:2, 424:17, 424:21, 427:12, 427:19, 428:2, 428:7, 428:11

**Kopel** [3] - 87:7, 277:8, 312:12

**KORNBLUTH** [1] - 99:3

**Kornbluth** [1] - 99:6

**Koslow** [7] - 86:9, 87:16, 119:19, 120:8, 120:20, 319:22, 330:22

**KOSLOW** [8] - 86:10, 120:9, 120:21, 124:2, 319:24, 320:18, 322:24, 421:15

**Kris** [4] - 12:9, 15:5, 15:23, 16:6

**Krug** [3] - 8:25, 392:24, 396:3

**KRUG** [1] - 392:25

**Ku** [2] - 279:18, 279:22

**Kudos** [1] - 190:20

**Kylie** [1] - 248:9

## L

**labeled** [1] - 367:17

**labor** [13] - 95:10, 97:25, 342:10, 342:12, 364:6, 384:6, 385:21, 385:24, 386:4, 386:7, 386:9, 386:20, 425:17

**Labor** [3] - 306:8, 342:13, 361:8

**lack** [9] - 66:21, 67:7, 71:22, 71:23, 82:21, 243:6, 246:13, 268:21, 386:16

**Lacking** [1] - 244:10

**lacking** [1] - 268:14

**ladder** [2] - 149:23, 169:18

**lady** [10] - 63:7, 125:5, 217:15, 277:3, 305:21, 306:13, 311:18, 312:15, 312:17, 416:6

**laid** [6] - 200:18, 201:18, 201:21, 203:17, 204:7, 215:22

**LAM** [1] - 242:16

**Lam** [3] - 7:7,

242:15, 242:18

**lamb** [1] - 26:23

**land** [4] - 73:20, 118:23, 362:14, 408:15

**landlord** [1] - 330:9

**landscape** [1] - 382:11

**language** [10] - 55:25, 107:24, 114:11, 167:7, 197:8, 230:7, 256:11, 264:23, 282:2, 291:24

**large** [10] - 76:5, 81:18, 81:20, 106:15, 155:9, 367:24, 368:16, 383:3, 401:15, 402:24

**largest** [2] - 384:23, 394:16

**Las** [20] - 370:21, 373:4, 373:10, 373:17, 374:3, 374:14, 374:24, 375:7, 381:7, 381:9, 383:25, 385:5, 385:7, 385:22, 389:17, 390:3, 392:14, 414:9, 415:6, 415:16

**Last** [3] - 71:4, 305:8, 369:11

**last** [25] - 23:2, 55:9, 74:12, 79:24, 121:18, 124:15, 126:21, 138:18,

174:21, 177:21,
236:8, 245:10,
253:20, 262:22,
272:15, 272:19,
335:24, 364:7,
373:15, 384:10,
387:15, 390:2,
409:3, 409:11,
425:12

**Lastly** [1] - 416:4

**lastly** [2] - 31:18,
358:2

**late** [1] - 389:5

**lately** [2] - 382:14,
406:23

**latest** [1] - 41:10

**Latino** [1] - 178:20

**launched** [1] -
370:23

**laundry** [1] - 240:24

**Laurelton** [1] -
287:12

**law** [231] - 30:18,
31:2, 32:14,
35:22, 37:8, 38:4,
38:9, 41:16, 43:7,
43:23, 43:24,
44:9, 47:3, 47:7,
48:19, 50:14,
52:25, 53:13,
54:6, 54:12,
57:16, 60:4,
62:17, 66:10,
82:22, 97:23,
100:3, 101:5,
101:14, 102:13,
102:19, 102:24,
103:10, 103:11,
103:16, 105:8,

106:14, 107:3,
107:7, 107:12,
107:14, 108:10,
109:25, 110:3,
110:10, 110:12,
110:13, 113:25,
114:20, 114:24,
118:8, 118:9,
122:11, 122:13,
122:21, 122:24,
129:5, 129:7,
130:7, 130:15,
130:16, 130:18,
131:19, 135:2,
137:15, 137:16,
143:13, 144:13,
144:14, 144:21,
144:25, 145:12,
145:16, 145:22,
147:3, 147:4,
147:8, 147:21,
148:25, 149:5,
149:7, 150:3,
150:14, 151:7,
151:19, 152:23,
153:25, 154:8,
155:18, 157:8,
157:11, 157:12,
157:22, 157:25,
160:11, 161:2,
161:19, 163:24,
164:21, 168:5,
169:3, 177:10,
181:13, 182:21,
182:23, 183:3,
185:17, 185:21,
186:2, 186:25,
187:15, 187:25,
188:6, 189:13,
190:2, 190:13,

191:20, 191:22,
192:8, 192:16,
192:21, 193:2,
193:3, 193:8,
193:21, 193:24,
193:25, 194:2,
194:20, 195:2,
195:6, 195:14,
195:25, 196:8,
196:12, 196:22,
198:13, 199:2,
199:9, 199:14,
200:15, 200:19,
201:22, 204:17,
205:3, 205:7,
205:10, 205:11,
205:14, 205:18,
205:23, 206:19,
208:6, 208:8,
213:9, 213:13,
214:5, 214:11,
215:13, 216:4,
216:21, 216:22,
217:3, 218:13,
218:20, 221:7,
221:13, 221:23,
223:22, 225:21,
236:25, 237:2,
237:10, 237:14,
240:23, 241:2,
241:9, 241:13,
241:17, 241:21,
247:13, 247:19,
248:18, 254:24,
256:13, 256:20,
257:4, 257:19,
258:17, 259:20,
263:17, 263:21,
264:15, 268:8,
271:5, 271:13,

271:17, 272:4,
281:18, 282:4,
283:5, 300:2,
301:24, 303:16,
311:19, 315:11,
316:4, 316:19,
317:13, 318:21,
318:22, 319:15,
378:2, 389:22,
392:16, 393:16,
409:4, 409:16,
409:20

**Law** [10] - 5:9,
51:24, 100:25,
168:7, 206:16,
241:6, 247:5,
332:11, 342:6,
370:12

**lawful** [2] - 340:8,
341:10

**lawless** [1] - 60:5

**lawlessness** [1] -
71:17

**Lawlessness** [1] -
59:24

**lawmaking** [1] -
266:23

**lawnmowers** [1] -
398:22

**laws** [30] - 38:14,
46:22, 51:9,
103:16, 106:22,
106:24, 136:22,
138:12, 145:9,
152:11, 168:4,
171:19, 182:7,
190:9, 198:19,
200:5, 200:6,
206:12, 221:17,
221:18, 222:25,

236:17, 258:4, 291:17, 299:25, 369:10, 390:9, 392:3

**lawyer** [3] - 220:23, 277:9, 304:17

**lawyer's** [1] - 240:15

**lawyers** [3] - 114:6, 409:21, 419:20

**lay** [1] - 407:17

**laying** [1] - 204:5

**LBGTQ** [1] - 222:5

**Lead** [11] - 337:24, 339:2, 343:24, 344:7, 344:12, 344:22, 346:4, 346:13, 358:14, 358:22, 359:11

**lead** [12] - 45:23, 102:9, 105:17, 237:24, 242:4, 247:12, 247:25, 263:13, 324:23, 344:15, 382:22, 419:24

**LEADER** [20] - 87:4, 108:15, 144:3, 145:15, 145:20, 146:24, 147:20, 148:6, 149:4, 150:8, 158:17, 158:22, 185:11, 185:15, 320:14, 323:3, 326:2, 326:9, 326:16, 326:18

**Leader** [11] - 3:18, 85:6, 86:15, 87:3,

94:11, 108:14, 144:2, 146:18, 185:14, 325:6, 331:6

**leader** [5] - 146:22, 277:24, 278:15, 364:12, 396:9

**leaders** [4] - 44:23, 82:10, 381:19, 392:18

**Leadership** [2] - 61:2, 265:24

**leadership** [7] - 31:20, 37:14, 41:8, 172:13, 272:18, 392:11, 393:16

**leading** [4] - 41:10, 227:5, 264:6, 367:8

**leads** [2] - 20:10, 419:17

**leagues** [1] - 398:22

**Leandra** [1] - 206:15

**learn** [4] - 112:18, 159:13, 159:14, 233:6

**learned** [4] - 35:22, 223:3, 223:5, 223:14

**learning** [1] - 254:9

**lease** [77] - 77:23, 328:9, 330:7, 330:17, 330:20, 333:3, 333:18, 333:25, 334:7, 334:16, 334:20,

334:23, 334:24, 335:4, 335:11, 335:16, 335:19, 335:23, 335:24, 336:3, 336:6, 336:23, 338:7, 338:15, 339:10, 342:9, 345:15, 348:5, 348:11, 348:21, 348:22, 349:2, 349:15, 350:2, 350:3, 350:4, 357:20, 357:22, 361:10, 362:4, 363:10, 366:20, 369:12, 369:19, 369:23, 370:6, 370:7, 370:10, 370:14, 370:22, 371:21, 373:3, 373:7, 374:2, 374:12, 374:16, 376:2, 381:9, 386:21, 389:25, 390:3, 390:5, 390:22, 391:16, 392:7, 408:9, 408:12, 408:13, 408:22, 408:25, 409:15, 409:22, 413:18, 414:10, 417:14

**Lease** [31] - 333:2, 333:20, 334:9, 336:17, 338:8, 338:10, 338:12, 339:15, 344:19, 346:2, 346:20, 346:25, 347:12, 347:15, 347:16,

347:24, 348:17, 349:8, 349:13, 349:17, 355:9, 373:6, 373:9, 374:7, 375:12, 375:13, 375:20, 375:23, 376:2, 381:7, 389:17

**leases** [7] - 332:13, 335:17, 343:15, 343:19, 344:9, 345:9, 373:10

**leash** [1] - 23:8

**leasing** [2] - 328:11, 330:10

**least** [10] - 55:9, 136:15, 244:18, 251:16, 275:5, 341:9, 345:15, 354:21, 370:2, 411:13

**Leat** [2] - 69:9, 69:12

**Leat's** [1] - 131:8

**leave** [16] - 72:17, 95:14, 110:15, 234:4, 244:10, 268:23, 269:16, 277:4, 287:23, 297:11, 325:16, 371:24, 382:21, 395:20, 396:10, 396:19

**leaves** [3] - 207:2, 207:20, 282:13

**leaving** [1] - 245:11

**led** [6] - 10:7, 23:17, 47:13, 58:11, 58:12, 214:15

**left** [11] - 23:5, 55:2, 63:14, 128:13, 218:17, 222:8, 268:6, 275:15, 297:7, 310:17, 406:9

**leg** [1] - 261:4

**legal** [21] - 67:24, 109:16, 109:17, 118:3, 118:4, 121:9, 153:4, 161:16, 164:14, 171:19, 188:14, 225:10, 251:23, 281:22, 294:25, 296:18, 317:12, 324:23, 371:20, 390:9, 395:5

**Legal** [1] - 270:13

**legality** [1] - 117:22

**legalized** [1] - 398:12

**legally** [4] - 67:25, 171:7, 264:18, 392:8

**legislating** [1] - 256:23

**Legislation** [2] - 34:21, 54:9

**legislation** [59] - 31:14, 31:23, 33:10, 34:16, 34:18, 36:9, 43:2, 43:6, 44:6, 44:9, 44:24, 45:17, 46:13, 53:6, 53:11, 65:5, 65:14, 104:17, 105:12, 112:14,

113:15, 116:4, 117:7, 119:12, 123:7, 123:9, 125:14, 125:17, 125:23, 125:25, 126:3, 132:16, 133:2, 134:19, 144:6, 144:9, 158:19, 167:6, 170:23, 210:15, 210:21, 210:22, 210:23, 223:19, 224:3, 240:21, 257:4, 268:4, 270:14, 270:25, 272:2, 274:21, 275:20, 276:7, 289:19, 291:24, 312:5, 359:23, 386:5

**legislative** [9] - 54:2, 57:9, 66:19, 200:23, 201:2, 282:11, 398:23, 404:21, 425:11

**Legislative** [28] - 1:14, 2:4, 2:8, 2:12, 2:15, 2:18, 2:21, 2:24, 3:3, 3:6, 3:9, 3:12, 3:15, 3:19, 3:22, 3:25, 4:4, 4:7, 4:10, 4:13, 16:20, 138:21, 274:13, 275:2, 324:19, 404:14, 404:18, 417:8

**Legislator** [113] - 10:7, 19:18, 20:20, 22:5, 25:3,

31:19, 33:5, 43:22, 44:19, 49:22, 50:9, 64:7, 65:13, 75:3, 81:10, 85:8, 85:11, 85:17, 85:20, 85:23, 86:2, 86:8, 86:11, 86:17, 86:20, 86:23, 87:15, 89:6, 90:11, 90:15, 90:16, 92:7, 92:11, 92:15, 92:16, 93:6, 94:10, 96:17, 99:12, 100:8, 100:9, 104:2, 107:23, 109:13, 112:6, 112:10, 115:14, 116:7, 117:6, 119:19, 120:8, 120:20, 120:24, 124:14, 125:10, 126:9, 127:4, 127:13, 128:5, 130:5, 131:22, 132:22, 132:23, 134:7, 135:6, 139:25, 154:10, 159:2, 159:3, 166:23, 172:17, 181:8, 188:25, 202:21, 208:13, 211:5, 213:20, 214:7, 214:8, 220:13, 237:20, 256:25, 277:8, 278:5, 278:13, 278:14, 283:3,

300:7, 314:13, 318:25, 319:2, 319:20, 321:23, 321:24, 327:5, 328:21, 329:13, 329:14, 330:21, 330:22, 331:5, 356:16, 388:5, 390:11, 392:10, 404:19, 424:9, 424:10, 424:23, 427:19, 427:23

**legislator** [12] - 36:6, 55:19, 85:14, 86:5, 90:8, 127:22, 208:20, 279:15, 313:15, 388:5, 410:3, 419:20

**LEGISLATOR** [256] - 2:2, 2:6, 2:10, 2:14, 2:17, 2:20, 2:23, 3:2, 3:5, 3:8, 3:11, 3:14, 3:21, 3:24, 4:3, 4:6, 4:9, 4:12, 10:11, 19:19, 20:22, 22:6, 22:21, 25:5, 25:22, 26:6, 27:4, 27:13, 49:17, 84:25, 85:4, 85:7, 85:10, 85:13, 85:16, 85:19, 85:22, 85:25, 86:4, 86:7, 86:10, 86:13, 86:16, 86:19, 86:22, 86:25, 96:18, 104:4, 112:8, 116:9, 117:4,

117:11, 117:15, 118:19, 120:9, 120:21, 123:13, 124:2, 125:11, 126:11, 127:5, 127:15, 128:7, 129:4, 130:6, 132:23, 133:6, 133:7, 133:14, 133:17, 134:9, 134:16, 140:3, 140:6, 140:10, 141:23, 142:4, 142:9, 142:13, 142:19, 143:11, 143:17, 143:24, 154:12, 154:19, 157:7, 159:4, 159:7, 160:18, 162:14, 163:6, 163:9, 163:20, 164:7, 164:25, 166:16, 166:25, 167:20, 168:2, 168:13, 168:25, 169:20, 170:3, 170:9, 170:15, 170:20, 171:14, 171:24, 172:19, 172:23, 173:8, 173:12, 173:22, 174:9, 174:24, 175:25, 177:19, 181:6, 181:10, 181:20, 181:25, 188:23, 189:3, 189:7, 191:12, 191:17, 192:4, 195:4, 195:22, 196:11, 197:5,

198:24, 199:12, 199:16, 199:25, 200:20, 201:6, 201:13, 201:23, 202:16, 202:23, 203:18, 204:11, 205:9, 205:19, 206:9, 208:15, 208:22, 208:24, 209:3, 209:7, 209:9, 209:14, 209:18, 209:24, 210:5, 210:10, 210:19, 211:3, 211:7, 212:9, 212:14, 213:22, 215:4, 215:17, 216:5, 216:13, 216:16, 216:23, 217:4, 217:6, 218:21, 248:23, 249:2, 277:7, 284:5, 287:10, 291:8, 292:21, 292:25, 319:24, 320:6, 320:16, 320:17, 320:18, 320:19, 320:20, 320:21, 321:2, 321:3, 321:4, 321:5, 321:6, 321:7, 321:8, 321:9, 321:10, 321:11, 321:12, 322:5, 322:6, 322:7, 322:8, 322:9, 322:10, 322:11, 322:12, 322:13, 322:14, 322:15, 322:22,

322:23, 322:24, 322:25, 323:2, 323:5, 323:11, 323:12, 323:13, 323:14, 323:15, 323:16, 323:17, 323:18, 323:19, 323:20, 323:21, 324:4, 324:10, 324:14, 327:9, 356:17, 357:7, 358:5, 359:9, 359:15, 360:2, 360:21, 421:12, 421:13, 421:14, 421:15, 421:16, 421:17, 421:18, 421:19, 421:20, 421:21, 421:22, 421:23, 421:24, 421:25, 422:2, 422:3, 422:4, 422:6

**Legislators** [8] - 68:10, 97:17, 184:10, 184:11, 241:12, 277:23, 371:5, 408:21

**legislators** [10] - 66:23, 74:10, 114:6, 128:16, 146:7, 146:17, 242:23, 268:21, 283:21, 410:9

**LEGISLATURE** [2] - 1:3, 1:4

**Legislature** [69] - 4:16, 4:19, 10:19, 18:8, 35:7, 36:15, 37:11, 41:21,

50:7, 52:21, 54:20, 54:21, 54:24, 55:18, 65:15, 69:5, 80:14, 87:20, 89:11, 90:20, 92:20, 98:19, 100:13, 103:15, 119:15, 121:20, 128:15, 132:4, 224:25, 270:15, 272:10, 278:12, 319:7, 329:20, 331:12, 332:23, 337:8, 337:21, 337:23, 338:24, 344:6, 344:13, 344:22, 346:3, 351:10, 352:14, 354:2, 354:9, 354:24, 355:2, 355:5, 355:7, 355:16, 357:3, 358:10, 359:11, 361:5, 369:7, 369:11, 375:19, 389:15, 403:8, 420:21, 423:4, 423:6, 424:3, 424:15, 428:5, 428:14

**Legislature's** [3] - 44:20, 67:12, 329:10

**legit** [2] - 73:23, 74:2

**legitimate** [4] - 131:8, 230:12, 231:18, 240:19

**legs** [3] - 293:4,

293:9, 293:19

**length** [1] - 122:17

**Leon** [1] - 260:2

**Less** [1] - 412:2

**less** [12] - 39:19, 142:20, 183:17, 294:19, 302:2, 318:4, 318:7, 341:24, 342:7, 385:2, 394:21

**letter** [6] - 254:14, 343:23, 344:5, 344:11, 393:2, 401:8

**letters** [1] - 343:19, 343:22

**leukemia** [2] - 72:24, 72:25

**level** [11] - 17:4, 34:17, 43:3, 149:19, 154:8, 161:18, 163:12, 164:2, 175:22, 238:6, 415:7

**levels** [2] - 188:9, 291:4

**Levy** [2] - 7:9, 248:23

**LGBTQ** [1] - 316:16

**liability** [1] - 130:10

**liable** [2] - 218:13, 218:15

**Liberties** [1] - 236:5

**liberties** [3] - 221:8, 221:18, 232:15

**license** [11] - 37:25, 38:3, 82:6, 258:18, 340:24,

341:2, 341:3, 375:6, 375:17, 385:22, 419:9

**License** [1] - 241:5

**licensed** [1] - 171:4

**lie** [2] - 398:10, 400:18

**lies** [3] - 67:9, 258:3, 355:20

**lieutenant** [1] - 10:9

**life** [30] - 16:8, 19:14, 20:4, 46:10, 71:8, 71:14, 112:17, 138:20, 146:25, 172:3, 225:16, 225:25, 226:5, 230:16, 247:24, 252:9, 262:18, 269:3, 272:20, 274:18, 289:2, 305:24, 310:5, 310:22, 318:3, 372:10, 379:16, 400:22, 402:10, 416:16

**lifeblood** [1] - 97:4

**Lifetime** [1] - 240:10

**lifetime** [1] - 136:15

**lifted** [2] - 189:19, 394:12

**light** [3] - 23:6, 29:19, 50:25

**lights** [1] - 399:19

**likely** [17] - 34:23, 47:8, 48:17, 60:6, 171:20, 231:7,

244:15, 294:18, 294:19, 294:20, 300:5, 301:18, 316:17, 346:22, 347:8, 347:9, 347:19

**likewise** [1] - 403:17

**Likewise** [1] - 374:20

**limit** [4] - 11:7, 223:9, 315:22, 317:11

**limitations** [1] - 195:2

**limited** [7] - 11:3, 11:10, 121:7, 220:6, 236:22, 269:12, 385:14

**limiting** [1] - 237:7

**limits** [1] - 101:17

**Lina** [1] - 395:22

**line** [13] - 19:21, 35:16, 72:5, 112:4, 130:19, 131:10, 134:20, 152:23, 158:3, 264:25, 372:14, 397:9, 418:4

**lines** [2] - 193:25, 196:7

**LIPETRI** [2] - 50:5, 50:23

**LiPetri** [2] - 6:10, 50:4

**lips** [2] - 13:11, 16:3

**liquids** [1] - 284:21

**list** [1] - 240:24

**listed** [1] - 303:21

**Listed** [1] - 230:10

**listen** [6] - 129:12, 212:17, 372:19, 377:23, 378:22, 410:4

**Listen** [1] - 159:13

**listening** [3] - 41:13, 313:20, 372:21

**literally** [1] - 217:18

**literature** [2] - 309:5, 309:13

**litigate** [1] - 357:22

**litigated** [4] - 118:10, 118:16, 118:23, 126:7

**livable** [1] - 415:8

**live** [26] - 64:24, 72:2, 112:18, 179:17, 179:20, 185:5, 207:11, 233:15, 235:8, 272:15, 272:16, 287:12, 294:16, 295:25, 363:22, 379:17, 379:19, 381:22, 382:25, 384:21, 405:20, 407:23, 407:24, 413:22, 415:9

**lived** [4] - 221:4, 262:17, 379:15, 379:16

**Lives** [5] - 214:13, 214:20, 214:22, 222:9, 296:9

**lives** [16] - 17:23, 21:5, 59:17, 77:5, 222:5, 222:6,

222:11, 222:17, 264:9, 269:6, 282:20, 296:2, 306:15, 371:3, 394:12

**living** [7] - 192:10, 197:15, 287:15, 383:6, 387:4, 405:24, 411:19

**LLC** [4] - 90:7, 328:10, 330:9, 338:11

**LLOYD** [1] - 414:3

**Lloyd** [1] - 414:3

**LLP** [1] - 5:12

**load** [1] - 293:5

**loaded** [1] - 316:22

**lobbying** [1] - 371:13

**local** [23] - 24:6, 52:25, 100:3, 101:5, 101:14, 102:13, 104:24, 198:19, 199:8, 200:4, 214:5, 319:15, 342:18, 366:16, 368:3, 372:3, 381:2, 381:3, 381:12, 383:2, 417:5, 417:10, 417:12

**locally** [1] - 184:20

**located** [2] - 330:12, 402:2

**Location** [1] - 232:7

**location** [3] - 376:5, 388:11, 389:3

**locations** [1] -

367:20

**lock** [2] - 312:23, 313:2

**lockdowns** [1] - 284:12

**Loewen** [1] - 291:13

**logic** [2] - 306:10, 315:9

**loitering** [4] - 122:14, 122:15, 193:25, 194:3

**loiters** [1] - 194:6

**lone** [1] - 297:20

**longstanding** [1] - 394:8

**longtime** [1] - 262:4

**Look** [3] - 280:22, 361:18, 363:25

**look** [46] - 13:12, 26:9, 40:6, 63:4, 63:5, 73:8, 111:15, 112:2, 114:5, 114:7, 119:24, 132:16, 132:18, 135:8, 138:4, 157:12, 163:22, 168:6, 179:8, 179:11, 180:11, 192:19, 193:11, 200:5, 257:3, 274:21, 288:4, 292:17, 294:16, 298:6, 325:20, 361:18, 361:19, 362:12, 362:16, 362:17, 362:18, 362:19,

378:8, 382:15, 400:9, 410:24, 412:3, 412:6

**looked** [2] - 114:11, 179:6

**looking** [11] - 16:3, 196:16, 198:4, 246:22, 271:14, 293:25, 357:8, 357:22, 361:13, 363:14, 395:19

**looks** [4] - 150:2, 213:3, 218:7, 298:2

**Lorenzo** [2] - 429:16, 429:17

**LORENZO** [2] - 1:23, 429:8

**lose** [1] - 244:2

**Losing** [1] - 243:13

**loss** [2] - 49:10, 292:19

**losses** [1] - 372:16

**lost** [4] - 72:23, 288:20, 383:23, 405:11

**lottery** [3] - 340:4, 340:16, 401:19

**loud** [4] - 39:7, 81:3, 129:12, 274:15

**loudly** [1] - 105:4

**Louisiana** [2] - 31:16, 106:23

**love** [7] - 82:5, 180:22, 311:24, 311:25, 312:2, 316:10, 318:15

**loved** [2] - 207:15,

253:12

**loves** [1] - 406:22

**low** [3] - 175:22, 394:2, 399:10

**lower** [4] - 37:15, 232:25, 304:4, 398:13

**lowest** [1] - 258:14

**loyalty** [1] - 137:6

**Loyalty** [1] - 185:6

**Luckily** [1] - 298:5

**lucky** [1] - 298:5

**Luis** [2] - 383:9, 386:22

**lumped** [1] - 113:11

**lung** [1] - 287:22

**lungs** [1] - 399:13

**Luther** [1] - 260:15

**LV** [3] - 393:25, 394:20, 398:20

**LVS** [25] - 328:10, 329:7, 330:9, 333:3, 333:21, 334:10, 334:23, 335:5, 335:15, 335:20, 336:4, 336:8, 336:12, 338:11, 338:15, 339:16, 340:9, 340:23, 341:3, 342:14, 342:20, 342:23, 350:19, 370:13, 394:14

**LVS'** [1] - 335:25

**lynch** [1] - 76:3

**Lynn** [2] - 8:25, 392:24

# M

**Ma'am** [3] - 124:19, 148:20, 408:2
**machete** [1] - 168:18
**machine** [2] - 14:5, 419:8
**machinery** [1] - 399:20
**machines** [2] - 17:18, 401:20
**Macy's** [1] - 217:13
**Magen** [1] - 58:25
**magnitude** [1] - 382:10
**Maibach** [2] - 13:8, 15:25
**MAIBACH** [1] - 18:5
**mail** [1] - 227:25
**Main** [1] - 332:13
**main** [3] - 133:8, 280:19, 426:8
**maintain** [6] - 146:21, 232:10, 288:25, 316:11, 371:19, 372:10
**maintaining** [2] - 48:21, 374:8
**maintenance** [6] - 330:14, 333:4, 333:21, 334:12, 338:16, 348:15
**major** [3] - 96:4, 303:18, 412:18
**Majority** [18] - 40:10, 44:21, 50:7, 52:22, 88:5,

101:16, 114:9, 115:2, 115:4, 116:23, 132:14, 200:16, 218:25, 270:24, 325:6, 403:19, 403:22, 411:2
**majority** [8] - 68:18, 202:2, 240:22, 324:15, 405:13, 412:6, 412:22
**majority/ minority** [1] - 416:25
**malaise** [2] - 301:15, 308:11
**male** [3] - 12:22, 67:21, 178:3
**males** [8] - 177:24, 178:3, 178:9, 178:19, 178:20, 178:21, 210:12
**mall** [3] - 61:21, 217:18, 217:20
**Mall** [2] - 179:9, 217:9
**man** [12] - 17:8, 23:24, 25:11, 26:3, 26:4, 28:18, 46:4, 213:6, 234:2, 259:2, 297:25, 313:10
**Man's** [1] - 213:12
**man's** [1] - 20:4
**manage** [1] - 224:24
**management** [4] - 333:5, 333:22,

334:12, 338:17
**Mandate** [1] - 41:19
**mandate** [3] - 221:16, 222:17, 259:23
**mandated** [1] - 245:6
**mandates** [1] - 286:23
**mandatory** [1] - 367:19
**Manhattan** [2] - 232:25, 241:22
**manifest** [1] - 301:11
**manner** [8] - 14:12, 35:13, 70:14, 194:4, 194:5, 335:3, 339:20, 373:22
**manning** [1] - 419:7
**Manny** [1] - 233:16
**Manzuri** [1] - 233:16
**march** [2] - 106:3, 255:13
**marginalized** [4] - 48:25, 247:14, 291:22, 298:3
**Maria** [1] - 311:3
**Mariam** [1] - 380:8
**MARIE** [1] - 4:6
**marine** [1] - 10:8
**Martin** [1] - 260:15
**Martins** [4] - 6:7, 35:3, 36:12, 40:16
**MARTINS** [2] - 36:13, 37:23

**Mary** [4] - 6:19, 26:22, 72:7, 77:18
**mask** [246] - 11:18, 33:16, 33:18, 34:21, 47:22, 48:10, 53:2, 56:13, 56:15, 62:4, 62:11, 65:3, 77:6, 81:14, 81:18, 82:4, 82:20, 84:16, 100:4, 101:18, 102:19, 102:22, 103:13, 105:10, 106:2, 106:16, 110:6, 111:3, 113:21, 116:3, 118:2, 118:9, 118:15, 124:25, 125:14, 125:17, 125:24, 126:6, 129:8, 130:21, 133:5, 134:23, 136:24, 138:2, 139:8, 139:22, 139:23, 140:15, 141:14, 142:21, 144:8, 144:16, 145:3, 145:18, 145:23, 147:10, 147:11, 147:24, 148:2, 148:3, 148:4, 148:9, 148:12, 148:21, 148:25, 149:10, 150:17, 151:12, 151:15, 151:18, 151:20, 152:17, 152:25, 153:15, 155:7, 156:19,

156:20, 157:18, 158:7, 162:6, 162:17, 162:20, 162:22, 165:15, 165:21, 166:6, 166:7, 169:9, 169:16, 170:11, 171:8, 171:10, 173:6, 173:21, 174:6, 174:16, 176:8, 176:12, 176:23, 177:13, 179:24, 185:23, 186:2, 186:10, 186:18, 186:22, 187:3, 187:7, 188:3, 188:16, 192:23, 192:24, 192:25, 194:10, 194:22, 198:6, 198:8, 200:11, 203:10, 203:24, 204:13, 205:5, 206:2, 207:22, 207:24, 210:4, 212:21, 212:23, 212:24, 213:2, 217:3, 217:23, 218:5, 221:5, 221:16, 222:17, 222:19, 224:20, 224:21, 225:21, 226:7, 226:21, 230:6, 230:8, 231:22, 232:11, 236:6, 237:4, 238:4, 238:18, 239:21, 240:18, 243:6, 244:12, 244:15, 244:16,

244:20, 244:23, 245:18, 246:4, 246:25, 247:3, 247:7, 247:17, 248:6, 248:16, 249:13, 250:14, 251:25, 253:5, 253:10, 253:11, 253:17, 253:21, 253:23, 254:10, 254:14, 255:3, 255:6, 255:7, 255:17, 256:17, 262:10, 262:12, 262:14, 262:15, 262:22, 263:4, 264:17, 264:20, 265:11, 266:15, 268:20, 269:10, 269:15, 271:24, 273:16, 275:14, 275:16, 275:18, 275:25, 276:8, 279:3, 281:18, 283:3, 286:10, 290:7, 290:8, 290:11, 290:16, 291:10, 292:7, 294:10, 294:22, 295:10, 295:15, 297:22, 299:21, 300:5, 301:23, 303:5, 304:10, 304:25, 305:7, 305:19, 305:20, 305:22, 306:7, 306:16, 309:25, 310:5, 310:7, 315:12, 315:14, 316:7, 316:8,

317:16, 318:16, 318:21, 318:22, 319:16, 410:22

**Mask** [33] - 28:22, 33:4, 37:24, 40:15, 41:18, 45:13, 46:12, 47:3, 49:6, 50:10, 57:12, 64:6, 75:2, 81:10, 100:24, 104:8, 104:11, 135:18, 242:18, 243:14, 249:7, 249:23, 256:9, 262:7, 266:3, 278:5, 281:14, 281:15, 282:18, 296:6, 296:8, 299:20, 315:10

**mask"** [1] - 290:6

**masked** [47] - 44:16, 51:2, 56:7, 59:16, 64:17, 70:23, 75:13, 75:24, 76:16, 101:19, 101:21, 107:13, 193:14, 193:15, 193:19, 194:4, 194:8, 195:10, 195:12, 202:8, 202:9, 202:12, 204:20, 210:12, 211:8, 223:17, 231:18, 233:12, 234:2, 234:18, 234:24, 237:11, 237:15, 242:2, 242:7, 254:8, 257:24, 264:23, 264:24,

265:3, 279:4, 279:17, 288:3, 295:8, 305:13, 306:14, 316:25

**masker** [1] - 297:20

**masking** [18] - 107:25, 227:14, 243:16, 246:10, 253:4, 264:13, 264:14, 265:5, 265:6, 266:21, 282:7, 288:23, 289:11, 295:9, 296:19, 303:9, 309:18, 309:20

**Masking** [1] - 230:18

**Masks** [3] - 241:14, 241:16, 266:8

**masks** [94] - 29:16, 29:17, 33:10, 47:10, 48:2, 48:5, 48:10, 59:8, 59:11, 60:11, 62:5, 62:15, 76:7, 81:22, 82:7, 101:3, 101:6, 106:9, 106:12, 106:19, 107:4, 119:5, 126:5, 130:8, 142:5, 142:11, 142:16, 173:5, 174:23, 177:6, 191:25, 203:21, 207:13, 207:18, 213:5, 217:19, 221:15, 221:24, 224:23, 226:4, 226:14, 226:18, 226:23,

228:23, 228:25, 229:11, 235:4, 239:11, 240:20, 240:23, 241:21, 242:24, 245:6, 248:10, 249:19, 250:9, 250:24, 251:7, 252:3, 252:7, 252:10, 253:3, 253:9, 254:4, 254:18, 257:10, 263:14, 264:7, 266:6, 271:15, 271:21, 272:24, 279:12, 281:21, 284:17, 284:20, 284:23, 285:3, 285:18, 285:21, 286:8, 286:19, 296:11, 298:15, 300:10, 300:13, 300:23, 302:9, 302:15, 305:3, 306:12, 308:2, 311:22, 316:3

**masks"** [1] - 75:21

**masquerade** [2] - 194:13, 205:6

**mass** [1] - 384:20

**massacre** [2] - 81:24, 233:6

**massage** [1] - 313:11

**Massey** [1] - 260:14

**massive** [2] - 375:9, 381:23

**master's** [1] - 265:23

**Mastiff** [1] - 23:4

**matches** [3] - 68:4, 68:13, 68:24

**materials** [2] - 343:21, 348:21

**math** [2] - 141:20, 162:8

**mathematical** [1] - 180:23

**Matines** [1] - 396:7

**MATINES** [2] - 396:8, 397:12

**matter** [17] - 41:14, 47:17, 52:4, 52:5, 52:7, 150:11, 156:9, 272:3, 272:7, 294:9, 294:23, 317:15, 325:16, 327:10, 378:3, 422:15

**Matter** [4] - 214:13, 214:20, 214:22, 296:9

**matters** [4] - 12:2, 288:8, 295:9, 390:10

**Matty** [2] - 360:25, 361:2

**Maya** [2] - 8:17, 302:22

**MAYOR** [4] - 45:11, 45:16, 46:9, 77:16

**Mayor** [5] - 6:11, 45:10, 77:14, 77:19, 327:13

**mayor** [1] - 46:2

**Mazi** [15] - 33:5, 36:7, 44:19, 55:19, 57:12,

75:3, 82:24, 85:20, 192:12, 279:24, 281:2, 283:3, 284:3, 319:20, 392:10

**MAZI** [1] - 3:14

**MBE** [1] - 363:20

**McKevitt** [10] - 84:24, 90:8, 90:12, 92:7, 92:12, 93:5, 93:7, 319:20, 328:21, 371:5

**MCKEVITT** [13] - 2:6, 84:25, 248:23, 249:2, 284:5, 287:10, 291:8, 292:21, 292:25, 321:12, 322:9, 323:15, 421:22

**McNeill** [1] - 397:22

**Meadow** [2] - 381:2, 383:2

**Meadowbook** [1] - 367:22

**mean** [17] - 11:9, 58:18, 156:24, 173:7, 181:21, 184:23, 186:4, 202:7, 202:9, 202:10, 215:3, 306:3, 306:5, 306:10, 314:22, 390:13, 415:5

**meaning** [2] - 110:5, 198:14

**meaningful** [1] - 216:12

**means** [15] - 22:24, 33:22, 33:23, 60:8, 68:22, 121:13, 203:9, 297:9, 310:2, 345:23, 346:21, 347:19, 353:7, 361:22, 395:15

**Meanwhile** [2] - 187:22, 263:10

**measure** [1] - 103:7

**measures** [3] - 251:17, 307:23, 310:19

**media** [2] - 284:25, 285:25

**Medic** [3] - 13:20, 13:22, 17:12

**medic** [3] - 13:4, 13:5, 46:5

**MEDIC** [1] - 17:12

**Medicaid** [2] - 288:10, 294:4

**medical** [27] - 70:17, 139:15, 139:21, 148:21, 161:21, 171:9, 191:25, 205:22, 224:24, 230:17, 240:20, 246:2, 246:20, 249:6, 285:19, 291:5, 297:21, 299:22, 300:25, 310:8, 310:11, 315:13, 316:3, 316:5, 316:11, 340:18, 418:4

**Medical** [3] - 46:6,

259:18, 284:13

**medically** [5] - 162:19, 213:2, 250:6, 294:20, 300:8

**medication** [2] - 47:20, 287:25

**medications** [2] - 14:8, 288:12

**Medics** [1] - 20:6

**medics** [6] - 13:13, 13:24, 14:21, 15:9, 16:18, 16:22

**meet** [8] - 109:16, 111:18, 111:22, 111:24, 115:19, 121:24, 215:23, 280:3

**MEETING** [1] - 1:4

**meeting** [23] - 109:14, 117:8, 117:16, 245:20, 247:3, 262:6, 288:23, 298:11, 329:3, 336:19, 337:22, 350:11, 350:13, 350:19, 350:23, 351:13, 351:15, 351:17, 364:7, 387:16, 407:4, 425:11, 428:15

**meetings** [7] - 66:20, 67:13, 69:24, 95:25, 104:25, 368:11, 368:15

**mega** [1] - 408:25

**MELESA** [1] - 3:14

**Melinda** [3] - 7:5, 239:5, 239:7

**Melvin** [1] - 389:6

**member** [6] - 34:25, 35:7, 119:15, 276:22, 295:5, 394:7

**Members** [1] - 116:22

**members** [47] - 37:10, 44:20, 54:19, 55:17, 64:20, 65:15, 67:14, 67:15, 78:7, 78:13, 87:19, 89:10, 90:19, 92:19, 95:21, 98:2, 98:18, 100:12, 101:12, 101:16, 106:18, 116:18, 122:6, 151:23, 209:19, 221:12, 221:22, 249:23, 255:5, 279:23, 314:15, 316:15, 319:6, 329:18, 331:10, 361:4, 361:5, 369:6, 375:19, 380:24, 403:11, 420:20, 424:14, 426:9, 426:14, 427:2, 428:4

**Memorandum** [2] - 94:3, 98:7

**Memorial** [4] - 328:12, 330:11, 411:11, 416:9

**memorial** [2] -

81:23, 412:14

**memorials** [1] - 42:17

**memories** [1] - 243:2

**memory** [1] - 233:7

**Memory** [1] - 252:22

**men** [7] - 32:13, 161:2, 172:13, 178:20, 217:19, 218:12, 311:20

**menacing** [1] - 242:4

**mental** [6] - 147:17, 167:16, 167:23, 170:4, 225:3, 304:22

**mention** [4] - 28:14, 187:5, 238:19, 278:9

**mentioned** [10] - 124:14, 162:14, 234:16, 247:19, 278:8, 280:20, 320:10, 349:6, 411:12, 416:7

**mentioning** [1] - 318:13

**mercy** [1] - 219:10

**mere** [2] - 149:21, 157:23

**Mereday** [3] - 8:21, 314:4, 410:19

**MEREDAY** [1] - 410:20

**merely** [3] - 103:6, 134:19, 268:10

**mergers** [1] -

418:24

**Merrick** [2] - 90:7, 140:22

**Mervosh** [3] - 7:8, 245:15, 245:17

**MERVOSH** [1] - 245:16

**mask** [1] - 241:8

**message** [4] - 39:7, 45:2, 229:2, 229:12

**met** [11] - 101:17, 109:14, 144:17, 182:19, 215:15, 216:3, 218:19, 306:13, 396:10, 416:11, 416:12

**Meta** [2] - 8:21, 314:3

**MEYER** [2] - 331:22, 332:9

**Meyer** [3] - 5:8, 331:20, 332:10

**Michael** [6] - 6:10, 13:7, 15:25, 50:4, 86:23, 252:21

**MICHAEL** [2] - 3:21, 4:15

**Michal** [2] - 7:13, 252:18

**Michelle** [2] - 7:3, 235:20

**Michigan** [1] - 31:16

**microphone** [2] - 22:18, 276:23

**middle** [4] - 142:8, 385:4, 385:18, 408:15

**might** [15] - 15:15, 135:11, 181:14, 197:12, 197:14, 197:24, 218:6, 244:16, 244:22, 247:11, 275:8, 292:18, 302:6, 354:19, 413:5

**Mike** [2] - 19:3, 41:15

**mild** [1] - 243:18

**miles** [2] - 44:15, 400:14

**Millennials** [1] - 414:5

**million** [23] - 57:23, 73:21, 156:11, 179:19, 230:22, 244:18, 244:19, 264:3, 293:15, 313:21, 335:22, 336:6, 336:11, 341:12, 341:13, 341:17, 341:20, 341:22, 341:25, 342:3, 342:7, 374:20, 398:23

**Millions** [1] - 415:20

**millions** [2] - 372:14, 415:22

**minced** [1] - 252:25

**mind** [7] - 134:17, 134:25, 140:15, 140:18, 140:19, 140:20, 190:12

**mine** [2] - 165:25, 260:25

**Mineola** [3] - 1:16,

61:21, 254:3

**minimum** [1] - 341:20

**Minister** [1] - 71:4

**minor** [2] - 95:14, 175:22

**Minority** [29] - 3:18, 52:20, 85:5, 86:14, 87:2, 88:6, 94:11, 101:12, 101:16, 108:13, 116:16, 116:18, 116:20, 116:22, 119:22, 122:6, 133:2, 133:10, 143:25, 146:18, 146:22, 182:22, 185:14, 219:2, 270:22, 321:22, 331:6, 403:17, 414:5

**minority** [3] - 258:24, 364:12, 405:12

**MINORITY** [20] - 87:4, 108:15, 144:3, 145:15, 145:20, 146:24, 147:20, 148:6, 149:4, 150:8, 158:17, 158:22, 185:11, 185:15, 320:14, 323:3, 326:2, 326:9, 326:16, 326:18

**Minority's** [1] - 219:2

**minute** [5] - 52:16, 67:16, 111:18, 223:9, 276:24

**minutes** [14] - 11:4, 11:8, 11:21, 55:6, 55:7, 84:19, 132:2, 208:16, 219:11, 219:14, 220:7, 223:10, 224:5, 277:10

**Miranda** [2] - 8:13, 299:11

**mischaracterizat ion** [2] - 122:8, 122:9

**mischaracterize d** [1] - 120:25

**mischaracterizin g** [1] - 121:4

**mischief** [2] - 136:7, 141:12

**misconduct** [1] - 95:18

**misdemeanor** [24] - 110:4, 110:20, 110:22, 145:4, 147:5, 149:6, 151:9, 152:3, 152:18, 154:9, 165:16, 168:4, 169:8, 173:4, 174:4, 186:4, 187:4, 195:15, 196:14, 196:21, 197:3, 204:3, 305:6

**misinformation** [1] - 67:9

**misleading** [2] - 122:10, 123:2

**misquote** [1] - 208:19

**miss** [3] - 269:17, 300:15, 304:13

**missed** [1] - 300:24

**mission** [1] - 414:6

**mistake** [1] - 38:12

**mistakes** [2] - 47:15, 159:14

**mistreatment** [1] - 228:22

**misuse** [1] - 283:22

**mitigate** [4] - 283:16, 295:17, 354:16, 368:22

**mitigated** [1] - 392:2

**mitigation** [5] - 243:24, 244:22, 251:2, 307:23, 318:8

**mitzvah** [1] - 255:3

**mix** [1] - 383:23

**mixed** [1] - 341:4

**MKUltra** [1] - 285:24

**MOA** [2] - 95:6, 98:9

**model** [3] - 185:5, 361:21, 384:5

**modeled** [1] - 167:5

**modifications** [2] - 121:11

**modify** [1] - 153:25

**modifying** [1] - 191:19

**Molloy** [1] - 66:16

**moment** [10] - 67:23, 79:7, 103:25, 132:6,

132:7, 263:22, 263:23, 264:7, 279:17, 415:24

**momentarily** [1] - 267:14

**moments** [1] - 28:21

**Monday** [3] - 1:18, 100:21, 329:4

**money** [13] - 74:14, 96:6, 109:6, 152:11, 288:11, 331:24, 391:6, 394:19, 394:22, 396:19, 397:2, 398:9, 398:19

**Monica** [2] - 8:22, 408:5

**monitoring** [1] - 251:12

**monopoly** [1] - 381:11

**month** [2] - 10:21, 23:2

**monthly** [2] - 67:12, 384:18

**months** [15] - 48:10, 51:5, 74:24, 74:25, 75:24, 121:18, 126:21, 228:14, 233:23, 272:19, 287:19, 290:12, 378:8, 378:25

**monuments** [1] - 77:3

**Moreover** [1] - 402:2

**moreover** [1] -

80:11

**Morgan** [2] - 8:5, 282:25

**MORGAN** [1] - 283:2

**morning** [6] - 23:2, 114:25, 219:3, 393:3, 401:25, 425:7

**morph** [1] - 48:23

**most** [29] - 18:19, 21:2, 29:6, 42:11, 67:4, 67:21, 68:9, 81:13, 136:13, 156:18, 156:24, 178:10, 180:19, 184:2, 184:16, 219:23, 250:15, 255:2, 293:12, 294:15, 295:25, 298:8, 298:19, 301:16, 316:17, 359:21, 378:3, 379:16, 414:11

**Most** [2] - 84:13, 271:13

**mostly** [1] - 116:19

**mother** [4] - 25:18, 220:15, 277:23, 312:22

**mother's** [1] - 128:18

**Motherway** [1] - 365:20

**motion** [21] - 54:24, 87:13, 90:14, 94:9, 100:7, 123:8, 123:14, 123:19, 123:22,

319:3, 319:22, 320:3, 320:7, 320:11, 320:13, 321:13, 323:7, 329:12, 330:21, 424:9, 424:12

**Motion** [5] - 89:5, 92:14, 319:19, 328:20, 331:4

**Motor** [1] - 343:10

**Mount** [1] - 243:5

**mouth** [1] - 286:20

**move** [16] - 21:15, 38:24, 75:14, 77:22, 84:4, 123:17, 141:2, 183:3, 183:16, 294:5, 313:25, 315:22, 362:4, 363:10, 364:5, 372:20

**Move** [1] - 141:2

**moved** [5] - 288:7, 321:23, 363:18, 405:21

**movement** [3] - 94:23, 276:6, 385:11

**Movement** [2] - 41:5, 239:9

**moves** [3] - 314:14, 318:25, 427:21

**movie** [1] - 35:24

**moving** [2] - 293:17, 384:19

**MR** [85] - 12:9, 14:25, 15:14, 19:11, 24:12, 25:21, 26:24,

27:11, 50:5, 50:23, 52:17, 55:8, 57:8, 58:17, 59:20, 60:19, 60:24, 63:13, 63:23, 74:18, 74:23, 77:8, 81:2, 94:13, 97:15, 97:21, 99:3, 191:15, 192:3, 193:22, 195:20, 195:24, 196:22, 198:22, 199:3, 199:14, 199:21, 200:12, 200:25, 201:11, 201:16, 203:13, 204:4, 204:23, 205:10, 206:5, 209:17, 209:23, 210:3, 210:9, 210:18, 210:25, 215:2, 215:14, 215:20, 216:11, 216:15, 216:20, 217:3, 217:5, 218:14, 219:4, 224:11, 256:7, 259:15, 270:7, 295:24, 331:22, 332:9, 343:7, 356:24, 358:17, 359:12, 359:19, 360:8, 361:3, 364:14, 364:17, 366:15, 369:6, 377:15, 383:19, 398:3, 414:3, 425:5

**MS** [53] - 66:3, 69:10, 69:18,

70:21, 72:13, 220:9, 222:23, 223:13, 228:8, 230:3, 232:22, 236:2, 239:7, 242:16, 245:16, 251:22, 252:20, 262:3, 265:21, 272:14, 274:12, 277:22, 281:7, 281:10, 281:13, 283:2, 284:6, 287:12, 291:9, 293:2, 295:7, 299:17, 302:24, 304:5, 307:8, 311:12, 314:21, 372:24, 380:24, 387:3, 389:14, 392:25, 396:8, 397:12, 401:7, 405:10, 405:19, 408:4, 410:20, 417:19, 418:8, 418:12, 418:16

**MTA** [1] - 398:14

**MULE** [6] - 3:5, 85:13, 127:15, 320:19, 322:25, 421:16

**Mule** [3] - 85:12, 127:14, 328:21

**Mullaney** [4] - 10:8, 86:6, 181:9, 331:5

**MULLANEY** [10] - 2:23, 10:11, 86:7, 181:10, 181:20, 181:25, 321:2, 322:5, 323:11, 421:14

**multi** [1] - 149:18

**multi-tiered** [1] - 149:18

**multigeneration al** [3] - 197:16, 207:12, 207:17

**multiple** [2] - 343:17, 360:18

**Municipal** [1] - 342:6

**municipalities** [1] - 359:22

**municipality** [1] - 125:19

**Muntz** [2] - 6:15, 65:23

**murder** [2] - 76:25, 260:14

**murdered** [4] - 233:8, 233:17, 233:21, 289:17

**music** [3] - 81:25, 232:24, 233:10

**Muslim** [3] - 60:25, 61:2, 383:3

**must** [31] - 26:17, 48:14, 51:20, 51:21, 51:22, 51:23, 51:24, 65:12, 72:3, 174:12, 224:25, 229:17, 231:2, 234:7, 234:25, 253:21, 259:22, 261:19, 280:3, 310:24, 329:7, 351:22, 352:14, 358:24, 359:24, 368:3, 371:19,

373:6, 403:22, 404:2

**muster** [1] - 134:18

**mutates** [2] - 302:10, 302:11

**mutually** [1] - 425:22

**mysterious** [1] - 290:13

**mystified** [1] - 409:6

## N

**N95** [5] - 139:22, 161:20, 176:22, 289:6, 301:20

**NAACP** [1] - 238:22

**Nabet** [2] - 9:4, 389:9

**Naganova** [1] - 277:21

**NAGANOVA** [1] - 277:22

**nail** [2] - 217:13, 217:14

**nails** [1] - 217:12

**naive** [1] - 385:5

**name** [55] - 23:5, 25:20, 26:9, 45:25, 52:17, 57:10, 60:20, 64:2, 66:4, 69:12, 74:20, 99:6, 128:17, 128:18, 128:19, 191:14, 220:11, 224:11, 228:9, 230:3, 236:3, 239:7, 242:17, 245:16,

249:5, 251:22, 252:20, 256:7, 259:15, 262:4, 265:21, 266:21, 270:7, 272:14, 274:15, 281:9, 281:13, 284:7, 293:2, 295:24, 315:2, 332:10, 343:7, 372:24, 380:25, 383:19, 395:4, 405:17, 405:19, 408:3, 414:2, 417:18, 417:20, 425:8

**name-calling** [1] - 395:4

**named** [2] - 23:5, 395:9

**narrow** [2] - 102:25, 115:15

**NASSAU** [1] - 1:3

**Nassau** [160] - 12:17, 12:19, 16:10, 18:7, 24:3, 29:5, 32:11, 35:10, 35:11, 36:19, 36:22, 36:25, 37:14, 38:25, 40:22, 41:6, 41:10, 45:3, 47:16, 50:6, 51:13, 51:16, 51:24, 66:14, 66:15, 66:18, 72:15, 72:17, 72:20, 73:19, 73:25, 78:4, 78:17, 78:23, 79:13, 79:17,

79:19, 80:5, 80:13, 80:14, 80:21, 90:8, 94:6, 94:8, 99:9, 105:16, 108:19, 111:21, 115:12, 115:24, 116:12, 136:5, 139:18, 149:12, 151:5, 151:25, 160:8, 160:23, 161:14, 169:13, 174:15, 175:6, 175:13, 177:24, 178:3, 178:10, 179:9, 179:11, 180:13, 182:17, 215:9, 217:10, 221:24, 224:19, 224:22, 224:25, 225:21, 230:6, 231:22, 233:5, 234:19, 235:9, 235:16, 236:4, 238:11, 245:17, 248:21, 249:13, 254:17, 258:2, 258:4, 258:15, 262:5, 262:17, 263:7, 265:22, 267:3, 268:16, 269:20, 270:10, 272:15, 273:6, 282:21, 287:13, 287:24, 295:14, 296:2, 296:8, 299:19, 302:14, 325:9, 328:10, 328:12, 328:14, 329:19, 330:8, 330:11,

330:16, 331:11, 332:18, 342:16, 362:13, 366:21, 367:12, 367:16, 368:25, 372:11, 373:4, 373:5, 373:11, 373:24, 374:11, 375:7, 375:10, 381:15, 382:5, 384:7, 384:24, 386:15, 388:19, 396:11, 398:25, 400:22, 401:9, 401:13, 405:25, 408:16, 408:25, 411:11, 413:22, 416:9, 417:21, 419:12, 425:10, 425:18, 426:2, 426:11, 427:2, 429:6

**nation** [2] - 279:19, 304:24

**nation's** [1] - 29:6

**national** [4] - 77:2, 243:15, 411:6, 412:17

**National** [1] - 165:7

**nationalities** [1] - 69:22

**nature** [7] - 95:5, 229:3, 321:15, 328:23, 330:24, 337:6, 383:23

**Nay** [1] - 422:6

**near** [2] - 22:18, 384:24

**necessary** [7] - 35:5, 47:23, 96:7,

119:25, 120:4, 154:9, 272:6

**necessity** [2] - 269:6, 310:25

**neck** [2] - 260:19, 261:9

**Neck** [2] - 105:2, 220:20

**need** [83] - 22:25, 27:7, 43:16, 45:5, 48:4, 62:23, 71:16, 73:4, 73:11, 78:18, 78:20, 78:22, 78:25, 79:3, 102:20, 112:13, 113:3, 113:17, 121:16, 123:16, 124:9, 124:12, 132:9, 133:20, 135:23, 148:16, 155:25, 156:2, 161:6, 165:23, 167:15, 169:22, 169:23, 170:3, 170:5, 170:10, 192:19, 199:12, 219:12, 225:14, 230:14, 232:13, 236:14, 237:15, 238:13, 239:10, 240:20, 241:4, 241:7, 241:10, 253:15, 255:18, 261:13, 261:15, 283:16, 295:14, 296:4, 296:5, 296:10, 298:10, 300:10, 300:13, 304:9, 308:3,

313:5, 313:6, 313:16, 313:25, 381:21, 385:2, 390:23, 392:12, 393:6, 393:9, 400:19, 404:16, 413:11, 413:12, 413:15, 414:22, 416:5, 416:21, 423:5

**needed** [11] - 23:16, 27:5, 116:4, 119:11, 163:18, 190:14, 191:21, 246:23, 327:6, 354:18, 374:3

**needs** [11] - 11:24, 44:18, 166:8, 208:4, 219:11, 220:19, 224:25, 246:20, 261:18, 317:20, 342:21

**nefarious** [4] - 110:7, 148:14, 264:15, 317:18

**Neganova** [1] - 8:3

**negative** [10] - 80:11, 172:12, 337:16, 338:2, 345:19, 346:8, 348:3, 348:9, 349:7, 349:11

**negatively** [1] - 381:18

**negligence** [1] - 291:4

**negotiate** [1] - 406:8

**negotiated** [2] -

94:15, 375:11

**negotiation** [2] - 99:13, 332:12

**negotiations** [3] - 96:3, 425:20, 426:3

**neighborhood** [3] - 176:15, 189:17, 189:23

**neighborhoods** [2] - 108:21, 402:5

**neighbors** [2] - 34:12, 403:3

**net** [1] - 131:7

**networks** [1] - 367:13

**neutropenic** [1] - 192:22

**Never** [1] - 58:19

**never** [26] - 34:24, 42:19, 58:17, 109:19, 111:8, 127:15, 127:16, 132:4, 134:10, 140:18, 141:9, 147:16, 172:15, 178:23, 252:23, 252:25, 280:7, 282:5, 292:15, 309:10, 317:22, 390:6, 398:6, 405:22, 419:15

**New** [75] - 1:16, 10:9, 23:23, 28:14, 29:5, 30:21, 30:23, 31:6, 32:20, 36:24, 39:3, 40:18, 41:17,

41:18, 41:21, 42:10, 43:23, 51:9, 51:12, 66:6, 66:8, 70:24, 103:10, 103:12, 105:7, 105:22, 105:23, 106:24, 107:14, 109:25, 125:14, 168:6, 171:20, 179:14, 179:20, 201:5, 220:21, 221:25, 224:13, 225:7, 225:13, 226:11, 227:19, 227:23, 233:25, 236:4, 240:23, 241:14, 243:7, 247:15, 254:10, 263:3, 263:11, 267:25, 280:22, 283:11, 287:13, 299:18, 328:15, 328:18, 332:14, 338:11, 343:11, 366:23, 366:25, 367:3, 368:13, 373:14, 375:5, 375:17, 384:17, 396:11, 409:4, 413:20, 429:9

**NEW** [1] - 429:4

**new** [23] - 16:25, 17:2, 107:23, 119:21, 163:15, 163:16, 165:12, 242:24, 250:11, 253:24, 264:22, 289:19, 301:9, 302:13, 340:11,

369:19, 382:15, 384:12, 398:5, 398:7, 399:3, 400:5, 400:17

**NEWLEVANT** [1] - 299:17

**Newlevant** [2] - 8:15, 299:16

**newly** [2] - 54:18, 237:8

**news** [2] - 384:3, 393:19

**Newsday** [2] - 109:19, 371:9

**Next** [5] - 25:2, 32:20, 39:20, 45:9, 90:2

**next** [14] - 15:18, 16:6, 17:4, 36:12, 69:4, 97:14, 134:8, 141:3, 152:20, 228:6, 351:9, 352:13, 375:6, 415:23

**Ngosi** [1] - 287:11

**Ngozi** [2] - 8:8, 287:11

**Nice** [1] - 172:23

**nice** [8] - 18:9, 43:15, 96:18, 141:2, 285:3, 313:10, 313:11, 379:19

**Nicole** [3] - 7:19, 265:19, 265:21

**nieces** [1] - 412:7

**night** [2] - 223:11, 425:6

**Night** [1] - 165:7

**Nigro** [1] - 365:3

**NIH** [1] - 242:19

**nine** [2] - 88:12, 272:19

**Nine** [1] - 15:20

**Ninth** [1] - 32:25

**nobody** [7] - 11:21, 160:6, 172:9, 180:25, 280:20, 302:25, 407:20

**Nobody** [2] - 139:16, 172:10

**Nolan** [2] - 7:6, 242:12

**non** [2] - 217:23, 226:22

**non-surgical** [1] - 217:23

**nonbinary** [1] - 66:7

**None** [2] - 371:21, 407:24

**none** [5] - 19:4, 79:15, 98:15, 372:4, 407:23

**nonetheless** [1] - 418:25

**nonprofit** [1] - 61:2

**nonrefundable** [2] - 335:21, 336:8

**Noon** [1] - 219:5

**Norber** [2] - 7:16, 261:22

**normal** [4] - 138:3, 250:17, 306:15, 367:8

**normalcy** [1] - 255:14

**normalizing** [1] - 250:14

**normally** [1] - 260:8

**North** [4] - 31:16, 55:14, 55:21, 106:23

**northeast** [1] - 384:13

**Northshore** [1] - 290:2

**Northwell** [1] - 73:23

**notable** [1] - 266:14

**notably** [1] - 42:11

**Notably** [1] - 374:16

**Notary** [1] - 429:8

**notch** [2] - 12:16, 15:21

**note** [4] - 19:22, 23:10, 68:15, 426:13

**notes** [1] - 429:12

**Nothing** [1] - 61:6

**nothing** [18] - 37:4, 37:5, 38:18, 39:19, 42:15, 43:3, 56:2, 56:4, 59:5, 61:5, 68:21, 72:15, 122:23, 127:6, 128:13, 318:23, 378:9, 419:21

**notice** [5] - 16:2, 360:5, 360:6, 360:11, 360:15

**noticed** [2] - 13:11, 54:8

**notified** [1] - 360:17

**notion** [2] - 113:20, 116:3

**Nova** [3] - 81:23, 232:24, 233:17

**novelty** [1] - 400:8

**November** [2] - 373:16, 373:18

**Nowhere** [1] - 53:11

**nuances** [1] - 249:25

**Number** [8] - 151:7, 167:12, 202:6, 212:12, 279:9, 279:10, 362:16, 362:17

**number** [38] - 19:2, 28:6, 60:22, 88:3, 108:21, 109:10, 109:21, 110:25, 150:15, 150:22, 173:2, 175:5, 175:13, 179:12, 179:15, 188:8, 198:15, 198:25, 201:9, 201:12, 201:14, 202:4, 202:5, 207:19, 209:12, 212:3, 212:7, 212:10, 228:2, 240:16, 289:20, 369:21, 384:21, 402:4, 413:8, 426:21

**numbers** [10] - 96:6, 176:4, 179:3, 179:4,

179:5, 180:5, 255:15, 332:2, 332:7, 332:8

**numerous** [3] - 46:9, 369:13, 391:25

**nurse** [2] - 67:20, 279:4

**nurture** [1] - 27:9

**NY** [2] - 328:10, 330:9

## O

**O'Brien** [1] - 397:11

**O'Connell** [2] - 13:7, 15:25

**objective** [1] - 369:25

**objectively** [1] - 361:19

**obligation** [1] - 254:23

**obligations** [2] - 325:2, 336:2

**obscene** [2] - 234:14, 371:17

**observe** [1] - 38:8

**observed** [1] - 283:10

**observing** [3] - 185:23, 185:25, 187:24

**obtained** [1] - 194:17

**obtaining** [1] - 13:23

**obtrusive** [2] - 114:12, 354:21

**obvious** [3] - 114:2,

114:3, 246:22

**obviously** [8] - 18:3, 28:23, 135:25, 161:15, 171:6, 355:4, 355:14, 369:16

**Obviously** [1] - 370:5

**occupancy** [2] - 330:13, 336:10

**occur** [4] - 179:8, 195:19, 339:10, 339:12

**occurred** [2] - 223:2, 377:17

**occurring** [2] - 133:13, 373:22

**occurs** [2] - 95:9, 194:13

**October** [11] - 28:23, 35:4, 42:12, 69:19, 101:4, 105:18, 112:20, 223:2, 233:15, 313:8

**odd** [1] - 270:10

**OF** [1] - 429:4

**offense** [1] - 165:14

**offensive** [1] - 370:24

**offer** [3] - 104:14, 104:16, 399:10

**offering** [2] - 127:6, 398:21

**offers** [1] - 408:18

**Office** [5] - 41:3, 191:10, 191:16, 200:17, 200:21

**office** [6] - 216:6,

270:11, 272:5, 297:21, 340:19, 425:13

**OFFICER** [263] - 1:8, 10:3, 10:17, 11:13, 18:5, 19:8, 19:16, 20:20, 21:13, 22:2, 25:2, 28:2, 32:18, 36:11, 39:20, 43:12, 45:9, 49:15, 49:22, 52:12, 55:5, 55:11, 57:6, 60:18, 63:21, 65:22, 65:25, 69:8, 72:7, 72:11, 74:17, 77:14, 80:24, 84:3, 84:11, 87:8, 87:11, 87:22, 88:2, 89:13, 89:17, 90:2, 90:14, 90:22, 91:2, 92:2, 92:14, 92:22, 93:2, 94:2, 96:15, 97:16, 97:20, 98:14, 98:21, 98:25, 99:19, 100:2, 100:15, 100:19, 103:24, 108:13, 112:6, 116:7, 117:13, 119:17, 120:13, 123:16, 124:3, 124:18, 125:4, 126:9, 127:13, 128:5, 129:11, 132:12, 133:20, 135:3,

135:20, 139:7, 139:25, 143:25, 146:6, 146:16, 154:10, 159:2, 166:14, 166:19, 166:23, 172:17, 181:8, 185:9, 185:13, 188:25, 190:23, 191:7, 202:13, 202:20, 208:13, 211:5, 213:20, 218:23, 219:6, 219:18, 222:21, 223:7, 223:25, 228:3, 228:6, 229:25, 232:16, 232:20, 235:20, 235:24, 239:5, 242:11, 242:15, 245:14, 251:20, 252:14, 252:18, 255:21, 255:25, 256:5, 259:13, 261:21, 261:25, 265:15, 265:19, 269:25, 270:5, 272:11, 273:19, 274:2, 274:6, 274:10, 277:2, 277:12, 277:16, 277:20, 281:4, 281:8, 281:11, 282:24, 295:22, 299:3, 299:7, 299:11, 299:15, 302:18, 302:22, 304:3, 306:21, 307:2, 307:6, 311:2, 311:6, 311:10,

314:3, 314:7, 314:10, 314:18, 318:18, 319:9, 319:13, 320:8, 320:22, 320:25, 321:13, 322:4, 322:16, 322:20, 323:10, 323:22, 324:2, 324:8, 324:12, 325:11, 325:14, 326:7, 326:13, 327:3, 328:3, 329:22, 329:25, 331:14, 331:17, 332:6, 356:15, 360:22, 364:18, 364:22, 365:2, 365:6, 365:10, 365:15, 365:19, 365:23, 366:3, 366:6, 366:10, 366:13, 369:4, 372:22, 376:12, 376:16, 376:20, 376:24, 377:5, 377:9, 377:13, 380:4, 380:8, 380:12, 380:16, 380:19, 380:22, 383:9, 383:13, 383:17, 386:22, 386:25, 389:8, 389:12, 392:20, 392:24, 395:22, 396:2, 396:6, 397:10, 397:17, 397:21, 397:25, 400:24, 401:5, 404:23, 405:3, 405:15,

408:2, 410:18, 413:24, 417:17, 418:6, 418:9, 418:14, 420:10, 420:17, 420:23, 421:4, 421:8, 421:11, 422:5, 422:7, 422:11, 423:2, 424:2, 424:17, 424:21, 427:12, 427:19, 428:2, 428:7, 428:11

**officer** [26] - 15:24, 53:12, 53:19, 53:22, 53:25, 54:3, 55:17, 75:15, 75:18, 97:21, 103:14, 110:5, 145:5, 148:15, 150:15, 151:11, 166:5, 171:5, 175:9, 175:23, 187:5, 189:21, 259:4, 264:16, 271:23, 275:23

**Officer** [50] - 2:3, 2:7, 2:11, 10:12, 12:10, 22:7, 28:17, 29:22, 31:11, 32:15, 32:23, 36:14, 39:6, 39:24, 43:20, 45:7, 50:6, 63:24, 74:19, 84:23, 84:24, 85:3, 87:6, 87:14, 93:5, 104:5, 108:12, 108:16,

112:9, 116:10, 120:10, 123:5, 125:4, 125:12, 166:11, 167:2, 181:11, 187:21, 188:24, 191:13, 211:19, 213:23, 319:19, 319:25, 324:5, 328:20, 331:23, 358:6, 361:4, 401:11

**officer's** [1] - 147:12

**Officers** [1] - 54:14

**officers** [62] - 13:6, 13:11, 14:21, 15:23, 16:5, 16:16, 43:15, 44:5, 62:22, 71:16, 110:16, 114:14, 114:15, 135:21, 139:4, 146:19, 153:11, 154:4, 155:12, 155:16, 155:24, 156:8, 156:12, 156:15, 157:16, 157:19, 160:20, 161:5, 163:19, 163:25, 164:15, 164:16, 164:24, 167:21, 169:2, 170:16, 175:8, 175:11, 175:19, 176:11, 176:18, 176:20, 178:14, 182:15, 186:7, 187:14, 188:7, 188:22, 189:8, 189:11, 189:14,

190:7, 190:14, 190:20, 191:2, 208:5, 227:2, 238:15, 277:2, 282:3, 282:12, 316:24

**offices** [5] - 236:11, 236:12, 263:25, 343:10

**official** [5] - 49:21, 55:12, 125:20, 220:15, 220:24

**OFFICIAL** [1] - 1:23

**officials** [13] - 11:5, 28:7, 28:11, 40:23, 49:19, 52:15, 62:22, 79:6, 79:20, 104:7, 221:11, 368:12, 389:23

**often** [8] - 20:5, 95:9, 101:2, 249:17, 263:8, 288:2, 296:3, 298:4

**old** [13] - 12:22, 25:12, 46:3, 63:6, 81:8, 187:8, 262:17, 263:17, 263:21, 301:23, 303:8, 367:10, 397:14

**oldest** [1] - 277:25

**Olympics** [1] - 297:15

**Omer** [2] - 69:14, 70:15

**Omicron** [1] - 303:10

**omniscience** [1] - 238:6

**once** [17] - 12:4, 14:3, 39:14, 111:16, 134:2, 134:20, 146:20, 202:13, 280:2, 292:3, 297:2, 352:2, 352:11, 382:15, 390:19, 419:21, 427:9

**Once** [6] - 92:7, 166:19, 220:5, 330:23, 353:2, 355:6

**one** [166] - 10:25, 11:2, 11:10, 11:19, 19:2, 19:23, 20:23, 21:4, 21:6, 21:10, 22:10, 23:2, 23:3, 25:7, 28:8, 31:23, 34:22, 37:18, 38:17, 39:7, 40:4, 40:5, 40:14, 41:22, 43:14, 50:11, 53:23, 55:9, 55:12, 62:4, 62:20, 64:24, 70:18, 72:21, 73:12, 74:11, 75:9, 77:9, 79:5, 79:24, 84:5, 103:8, 103:9, 104:17, 108:21, 110:24, 112:12, 112:21, 115:10, 115:11, 115:23, 117:13, 121:17, 122:16, 122:17,

125:19, 127:22, 130:17, 131:24, 134:4, 134:5, 136:5, 136:6, 136:7, 140:23, 146:7, 150:16, 150:23, 152:24, 158:14, 161:10, 167:12, 170:12, 170:21, 176:10, 176:18, 181:23, 181:25, 182:15, 183:11, 184:2, 185:12, 190:5, 194:24, 195:5, 195:23, 196:15, 196:25, 197:11, 197:20, 198:6, 201:10, 201:12, 201:14, 201:19, 203:2, 206:7, 207:19, 214:19, 215:5, 217:25, 220:2, 224:20, 228:7, 230:23, 234:2, 234:15, 234:18, 236:11, 236:12, 237:4, 237:25, 246:21, 257:20, 263:8, 266:10, 268:24, 275:3, 275:17, 275:18, 276:13, 278:23, 278:24, 279:9, 291:18, 292:19, 293:23, 298:16, 303:8, 303:20, 305:17, 309:18, 310:15, 324:5, 324:18,

327:16, 336:9, 344:17, 345:16, 345:20, 346:19, 347:3, 347:18, 355:5, 357:6, 358:20, 360:12, 362:16, 362:20, 362:22, 371:6, 371:24, 372:13, 374:4, 379:7, 384:21, 384:23, 387:8, 391:13, 398:17, 408:7, 411:12, 413:9, 422:7, 424:4

**One** [13] - 36:19, 117:14, 143:22, 175:16, 181:16, 215:5, 249:9, 270:13, 278:22, 286:9, 385:2, 385:3, 397:12

**one's** [9] - 102:21, 130:9, 196:21, 229:8, 252:12, 266:7, 269:19, 308:13, 308:15

**ones** [6] - 153:13, 200:13, 207:16, 253:12, 303:21, 398:9

**ongoing** [6] - 288:8, 288:18, 335:13, 339:22, 348:14, 373:20

**online** [1] - 329:9

**open** [14] - 55:2, 100:7, 114:12, 163:17, 189:10, 226:25, 236:17,

237:25, 254:14, 329:8, 335:5, 337:2, 404:3

**opened** [2] - 100:20, 189:20

**opening** [2] - 100:10, 342:2

**openly** [1] - 229:7

**operate** [3] - 339:19, 360:9, 406:3

**operated** [2] - 339:25, 342:11

**operating** [10] - 241:5, 335:6, 373:17, 374:5, 401:23, 406:5, 406:24, 408:7, 408:10, 408:11

**Operating** [7] - 373:6, 374:4, 374:7, 375:13, 375:20, 375:23, 376:2

**Operation** [1] - 389:17

**operation** [12] - 330:13, 333:4, 333:21, 334:3, 334:11, 335:13, 338:16, 339:21, 341:14, 341:18, 373:5, 373:21

**Operational** [11] - 333:20, 334:9, 336:17, 338:12, 346:2, 346:20, 347:15, 347:23, 349:8, 349:13,

381:7

**operations** [2] - 339:22, 385:25

**operator** [2] - 12:20, 408:17

**Operators** [1] - 20:6

**operators** [5] - 12:25, 14:20, 15:8, 16:17, 16:23

**opinion** [8] - 34:9, 114:9, 119:8, 120:2, 129:15, 186:22, 187:15, 402:6

**opinions** [6] - 64:13, 129:24, 267:12, 267:14, 351:2, 360:20

**opponents** [3] - 278:11, 393:11, 393:21

**opportunities** [4] - 288:13, 360:7, 360:19, 414:24

**opportunity** [29] - 28:20, 36:10, 36:17, 39:5, 63:25, 69:11, 70:3, 77:17, 115:18, 128:12, 162:16, 203:3, 214:9, 220:11, 242:17, 350:15, 350:24, 353:5, 353:8, 363:2, 363:22, 386:15, 393:6, 404:4, 414:16, 415:2,

415:13, 416:2, 416:13

**oppose** [3] - 50:2, 236:6, 251:25

**Opposed** [2] - 329:22, 331:14

**opposed** [22] - 78:15, 80:20, 87:23, 89:14, 90:23, 92:23, 98:22, 100:16, 147:6, 160:24, 266:15, 267:19, 319:10, 320:24, 322:17, 323:23, 404:6, 420:24, 422:5, 422:8, 424:18, 428:8

**opposing** [3] - 78:9, 278:16, 283:13

**opposite** [1] - 42:8

**opposition** [9] - 45:13, 80:4, 224:19, 230:5, 256:9, 267:4, 364:8, 369:14, 402:22

**option** [5] - 148:4, 189:25, 245:23, 374:17, 401:23

**options** [2] - 367:14, 367:18

**order** [18] - 30:18, 51:24, 81:19, 84:15, 105:6, 129:13, 133:18, 140:11, 140:12, 146:13, 147:7,

167:17, 168:3, 174:18, 220:4, 230:15, 237:14, 309:20

**ordered** [2] - 356:23, 357:15

**ordering** [1] - 234:3

**orderly** [2] - 120:18, 129:16

**Ordinance** [14] - 88:10, 88:11, 88:12, 88:13, 328:4, 330:3, 338:8, 339:8, 420:12, 420:18, 421:10

**ordinance** [16] - 328:5, 332:7, 333:11, 333:16, 333:19, 334:4, 337:19, 337:23, 338:23, 344:20, 345:24, 347:17, 347:22, 348:9, 349:16, 349:20

**ordinances** [9] - 332:16, 332:24, 344:17, 346:11, 346:15, 346:19, 347:2, 348:18, 349:9

**organ** [2] - 243:11, 301:12

**organization** [6] - 34:4, 64:8, 66:6, 94:18, 220:18, 414:4

**organizations** [3] - 64:19, 82:9,

412:17

**organized** [2] - 174:13, 274:24

**organizing** [1] - 227:12

**orientation** [2] - 52:6, 68:21

**oriented** [1] - 402:10

**original** [1] - 194:19

**originally** [2] - 82:16, 106:17

**Ortega** [1] - 311:7

**Orthodox** [1] - 76:2

**OSPAC** [4] - 336:18, 336:24, 378:17, 378:19

**OTB** [4] - 402:13, 403:2, 403:6, 403:11

**Otherwise** [2] - 152:15, 273:16

**otherwise** [3] - 333:14, 337:5, 375:25

**ought** [1] - 296:8

**ourselves** [5] - 160:5, 212:22, 246:16, 315:23, 358:20

**out-of-state** [1] - 372:2

**outdated** [1] - 66:25

**outdoors** [3] - 142:10, 142:15, 244:14

**outlaw** [1] - 267:13

**outlier** [1] - 255:8

**outlined** [1] - 360:4

**outrage** [1] - 254:13

**outright** [1] - 67:9

**outs** [1] - 191:23

**outside** [13] - 81:22, 97:25, 138:24, 195:18, 232:24, 233:11, 235:2, 275:21, 279:23, 294:7, 332:11, 395:11, 418:22

**outsider** [1] - 408:18

**outweigh** [1] - 45:20

**overall** [4] - 74:25, 282:17, 378:6, 398:15

**overburdened** [1] - 368:6

**overcome** [1] - 427:20

**overcomes** [1] - 127:3

**overcrowded** [1] - 368:21

**overestimated** [1] - 399:10

**overheated** [1] - 399:21

**overreach** [1] - 267:24

**overturned** [5] - 109:5, 111:14, 216:18, 216:25, 326:4

**overview** [3] -

332:16, 332:19, 332:25

**overwhelming** [1] - 240:22

**overwhelmingly** [1] - 224:22

**owe** [3] - 311:18, 313:21, 325:3

**OWENS** [1] - 66:3

**Owens** [2] - 66:4, 365:7

**own** [17] - 127:23, 131:8, 154:2, 154:3, 230:15, 246:4, 285:25, 286:2, 294:11, 312:20, 353:10, 355:25, 361:22, 386:10, 407:11, 409:22

**Ownens** [1] - 66:2

**owner** [7] - 202:10, 203:8, 203:10, 203:22, 204:14, 204:17, 230:9

**ownership** [1] - 229:13

**oxygen** [4] - 13:16, 14:3, 16:4, 16:15

**Oyster** [1] - 105:2

**P**

**p.m** [3] - 1:19, 329:5, 428:15

**pack** [1] - 72:16

**package** [2] - 94:25, 212:19

**packages** [2] - 106:12, 189:17

**page** [1] - 240:6
**paid** [6] - 152:10, 269:16, 313:22, 359:20, 383:25, 384:2
**pains** [1] - 12:23
**paintbrush** [2] - 113:16, 116:5
**Palestine** [2] - 61:10, 305:12
**Palestinian** [2] - 283:15, 311:25
**Palestinians** [1] - 289:16
**Palmeri** [1] - 366:7
**pandemic** [21] - 221:3, 221:5, 221:6, 221:8, 221:10, 221:21, 243:8, 249:11, 249:18, 250:11, 251:4, 259:19, 262:11, 263:18, 266:6, 287:16, 288:6, 295:16, 305:15, 307:10, 317:22
**Panton** [1] - 8:17
**pants** [1] - 306:8
**paper** [1] - 236:13
**papers** [1] - 289:9
**paragraph** [1] - 203:5
**paratrooper** [1] - 74:21
**parcels** [1] - 362:14
**parimutuel** [2] - 340:4, 340:16
**Park** [1] - 105:2

**park** [1] - 198:2
**parking** [1] - 217:14
**parks** [1] - 337:3
**Parkway** [5] - 22:9, 23:7, 23:13, 343:10, 367:22
**parsing** [1] - 211:24
**part** [30] - 11:16, 20:24, 73:10, 81:18, 81:20, 90:13, 106:15, 107:24, 122:14, 131:24, 144:5, 145:12, 145:18, 213:24, 216:9, 216:12, 216:21, 217:24, 219:23, 258:12, 288:9, 309:14, 338:24, 359:6, 375:20, 378:5, 386:13, 388:4, 412:16
**participate** [12] - 225:15, 226:4, 226:23, 230:15, 252:9, 253:18, 254:2, 254:4, 276:17, 317:5, 317:8, 360:7
**participating** [6] - 90:10, 92:9, 225:24, 244:24, 257:21, 269:2
**participation** [2] - 402:20, 404:5
**particular** [10] - 71:8, 196:2,

196:7, 196:12, 216:3, 216:21, 307:13, 344:19, 345:14, 410:11
**particularly** [2] - 223:14, 368:23
**parties** [2] - 96:4, 425:21
**partizan** [2] - 121:13, 403:13
**partner** [3] - 300:6, 316:6, 332:10
**partook** [1] - 234:9
**parts** [1] - 248:13
**Party** [2] - 242:6, 284:14
**party** [9] - 15:20, 34:22, 41:22, 115:10, 115:11, 115:23, 194:14, 205:6, 403:19
**pass** [22] - 43:5, 44:24, 65:16, 77:11, 120:6, 120:7, 127:11, 132:14, 132:15, 165:23, 176:21, 182:21, 188:10, 190:2, 235:14, 255:17, 279:22, 281:3, 291:18, 299:20, 325:24, 359:22
**passage** [1] - 259:8
**passed** [12] - 43:2, 43:25, 44:2, 89:18, 103:17, 105:11, 127:25, 143:12, 143:18,

172:11, 190:13, 291:18
**passes** [6] - 255:6, 296:3, 300:12, 323:6, 326:20, 330:2
**passionate** [2] - 229:6, 416:25
**passivity** [1] - 318:9
**past** [13] - 23:23, 66:19, 111:21, 173:2, 214:14, 228:14, 233:23, 260:12, 289:22, 304:23, 335:9, 393:4, 412:9
**Pat** [1] - 41:8
**path** [1] - 419:16
**patience** [1] - 380:3
**Patricia** [4] - 6:6, 12:25, 32:21, 397:21
**PATRICK** [1] - 2:23
**Patrick** [6] - 5:4, 10:7, 86:5, 104:10, 135:5, 364:22
**pattern** [1] - 218:10
**Patty** [3] - 9:5, 386:25, 387:3
**Paul** [1] - 314:7
**pay** [15] - 131:12, 188:14, 246:13, 288:12, 304:17, 313:23, 313:24, 335:20, 336:4, 336:8, 336:12, 341:19, 381:21,

417:9

**paying** [6] - 223:8, 313:12, 313:17, 359:17, 382:3, 417:5

**payment** [6] - 95:14, 335:21, 336:2, 336:9, 341:16, 398:24

**payments** [3] - 370:3, 370:5, 370:9

**PBA** [4] - 12:7, 15:2, 18:10, 165:6

**PCR** [1] - 251:14

**peace** [3] - 75:8, 232:10, 311:13

**Peaceful** [1] - 227:8

**peaceful** [19] - 33:19, 42:7, 42:8, 44:12, 64:23, 81:24, 101:11, 156:25, 160:5, 160:22, 222:2, 222:4, 229:15, 232:6, 238:12, 257:7, 264:18, 399:4, 400:21

**peacefully** [2] - 64:12, 64:13

**peak** [1] - 297:15

**Pearl** [3] - 8:23, 128:19, 401:5

**peer** [1] - 55:9

**Peggy** [1] - 380:19

**PEM** [1] - 308:11

**Penal** [1] - 168:7

**penal** [2] - 110:9, 169:3

**penalize** [1] - 48:12

**penalizes** [1] - 256:16

**penalties** [1] - 133:10

**penalty** [4] - 133:3, 196:19, 196:20, 206:19

**people** [256] - 11:2, 26:18, 30:2, 30:7, 30:10, 32:11, 33:17, 33:21, 34:8, 35:20, 38:8, 39:8, 40:22, 41:9, 44:7, 44:17, 49:18, 56:3, 56:8, 56:13, 56:14, 56:16, 58:13, 59:10, 59:16, 61:8, 61:11, 61:23, 62:5, 62:13, 65:6, 67:4, 68:17, 75:17, 79:11, 101:24, 102:17, 103:4, 104:8, 104:21, 105:4, 105:9, 105:23, 106:11, 107:13, 108:4, 111:19, 111:23, 114:19, 114:22, 125:7, 126:4, 126:19, 126:22, 129:22, 135:23, 137:9, 137:19, 140:22, 141:6, 142:5, 142:15, 142:21, 146:11, 149:15, 152:10, 153:6, 155:7,

155:9, 155:22, 157:14, 157:17, 159:21, 160:9, 160:10, 161:16, 162:7, 164:16, 167:9, 174:10, 174:15, 174:22, 176:6, 176:7, 176:22, 177:5, 178:11, 179:20, 180:15, 183:21, 185:19, 186:8, 186:12, 193:12, 193:18, 197:7, 197:22, 198:5, 202:7, 202:11, 203:6, 204:20, 205:21, 207:7, 207:20, 210:14, 211:9, 211:11, 211:17, 212:13, 212:15, 213:15, 218:6, 219:8, 219:12, 223:10, 223:18, 224:4, 224:7, 224:23, 225:4, 225:6, 225:11, 225:18, 225:23, 226:7, 226:15, 226:17, 226:22, 227:7, 227:10, 227:14, 230:18, 231:6, 231:19, 233:9, 233:20, 238:3, 239:19, 241:11, 242:8, 243:17, 243:25, 244:2, 244:10, 244:19, 244:21, 245:19,

246:10, 246:12, 246:14, 249:10, 250:8, 250:22, 251:2, 252:9, 253:5, 253:10, 253:13, 253:23, 254:23, 255:7, 255:15, 258:7, 259:7, 260:3, 260:21, 264:2, 264:4, 265:9, 266:20, 271:14, 272:23, 275:10, 281:5, 284:24, 285:3, 285:5, 285:22, 286:8, 286:17, 287:3, 290:25, 291:21, 294:9, 294:11, 294:15, 295:2, 296:11, 296:21, 296:23, 299:22, 300:4, 300:8, 300:19, 301:5, 301:18, 302:9, 302:14, 303:4, 304:8, 304:22, 305:3, 305:18, 305:19, 305:24, 305:25, 306:2, 306:4, 306:14, 306:15, 306:19, 307:12, 307:18, 308:3, 308:5, 309:13, 309:18, 310:4, 310:21, 312:8, 313:25, 315:20, 315:24, 316:8, 316:10, 316:16, 317:4,

317:15, 351:15, 361:6, 362:5, 362:8, 362:24, 363:3, 363:4, 363:19, 363:21, 378:3, 379:6, 379:15, 385:8, 387:19, 396:10, 396:24, 414:6, 414:18, 415:23, 417:24, 418:19, 419:7, 419:23

**People** [10] - 64:11, 225:25, 231:17, 232:8, 235:8, 239:14, 253:16, 300:6, 300:13, 384:19

**people's** [3] - 78:2, 198:17, 272:21

**per** [4] - 336:5, 336:6, 336:13, 374:20

**perceive** [2] - 110:14, 152:19

**perceived** [10] - 110:11, 110:17, 110:19, 145:24, 148:13, 152:5, 152:18, 237:23, 291:16, 292:16

**perceives** [1] - 110:6

**percent** [3] - 143:23, 175:17, 246:18

**percentage** [1] - 94:24

**perception** [4] -

110:23, 147:12, 151:10

**perfect** [6] - 19:17, 124:7, 135:9, 135:12, 203:19, 385:16

**perform** [3] - 333:3, 333:21, 338:16

**performance** [3] - 25:14, 26:8, 26:11

**performed** [1] - 25:13

**perhaps** [7] - 26:11, 30:17, 114:21, 155:13, 174:13, 202:14

**Perhaps** [1] - 26:13

**period** [11] - 11:9, 28:3, 94:22, 303:14, 329:6, 344:10, 351:14, 354:3, 354:4, 354:5, 369:24

**permanently** [1] - 385:15

**permission** [1] - 194:17

**permit** [4] - 60:2, 333:3, 333:20, 338:15

**permits** [8] - 193:14, 194:9, 195:11, 222:5, 226:17, 227:2, 237:11, 237:16

**permitted** [3] - 51:12, 53:22, 340:11

**pernicious** [1] -

395:14

**perpetrated** [1] - 101:3

**perpetrators** [1] - 234:16

**perpetuate** [1] - 50:18

**person** [58] - 21:2, 62:2, 67:25, 68:2, 74:12, 84:16, 101:23, 102:7, 107:17, 117:24, 124:24, 141:17, 148:11, 148:12, 149:16, 149:23, 155:11, 155:12, 156:19, 162:9, 168:15, 171:8, 176:12, 176:15, 186:10, 187:8, 194:3, 197:24, 198:6, 199:6, 199:9, 199:10, 201:19, 203:11, 214:3, 214:6, 220:13, 234:5, 234:24, 237:16, 256:16, 257:21, 257:24, 261:2, 287:14, 288:3, 288:14, 288:23, 292:3, 292:9, 296:12, 297:22, 307:15, 307:24, 315:5, 317:10, 411:12

**person's** [4] - 33:12, 102:3, 199:7, 257:20

**personal** [17] -

10:23, 22:3, 24:9, 49:20, 58:18, 68:6, 68:22, 174:11, 225:14, 231:9, 238:4, 266:9, 266:24, 269:7, 367:20, 378:23, 393:23

**personally** [11] - 17:14, 66:13, 106:5, 119:21, 260:7, 283:10, 302:16, 317:22, 379:5, 403:15, 418:17

**persons** [12] - 101:22, 193:13, 193:15, 194:8, 194:10, 195:10, 195:11, 198:7, 199:10, 214:4, 216:8, 237:11

**perspective** [1] - 404:20

**pertain** [2] - 221:9, 221:20

**pertaining** [1] - 424:8

**pertains** [1] - 411:10

**pertinent** [1] - 330:18

**Petrizio** [1] - 13:8

**Petrizzo** [2] - 16:6, 18:19

**phase** [1] - 385:25

**phenomenal** [1] - 16:17

**phenomenon** [1] -

260:3

**Philip** [2] - 7:6, 242:12

**Phillip** [1] - 277:17

**phone** [1] - 240:15

**phonetic)** [1] - 14:23

**phony** [2] - 74:4, 74:8

**photo** [1] - 248:8

**Photo** [1] - 21:14

**photos** [2] - 21:17, 248:11

**phrase** [4] - 53:6, 53:8, 54:11, 119:2

**phrases** [2] - 53:4, 53:16

**phrasing** [1] - 196:6

**physical** [7] - 105:24, 156:15, 167:16, 170:5, 170:6, 170:11, 225:3

**physically** [3] - 76:9, 104:23, 235:11

**pick** [1] - 287:25

**picture** [4] - 81:6, 183:8, 309:3, 372:20

**pictures** [3] - 34:4, 82:10, 183:14

**piece** [6] - 144:8, 144:21, 158:18, 272:2, 353:9, 409:24

**pieces** [1] - 210:21

**piling** [1] - 301:2

**PILIP** [9] - 3:14, 85:22, 104:4, 126:11, 127:5, 321:5, 322:7, 323:13, 421:20

**Pilip** [25] - 31:19, 33:5, 36:7, 43:22, 44:19, 50:9, 55:19, 64:7, 65:13, 75:3, 85:21, 90:15, 100:8, 104:3, 109:14, 112:10, 126:10, 127:4, 131:22, 192:12, 220:13, 281:2, 319:21, 321:23, 392:10

**Pilip's** [6] - 57:12, 81:10, 115:14, 278:5, 279:24, 283:3

**Pilips** [1] - 223:18

**pin** [1] - 420:2

**pipe** [1] - 242:4

**pistol** [1] - 171:4

**pit** [1] - 372:7

**pitted** [1] - 379:6

**place** [43] - 24:2, 44:3, 50:15, 53:3, 58:14, 58:20, 67:17, 81:24, 100:6, 101:8, 101:21, 102:16, 110:2, 125:14, 138:20, 149:16, 164:22, 193:13, 194:7, 194:11, 195:13, 198:9,

206:25, 211:23, 217:13, 217:15, 229:23, 237:13, 254:3, 254:21, 263:17, 278:4, 288:3, 292:15, 319:18, 350:19, 353:8, 356:8, 368:17, 381:24, 382:16, 389:2, 390:8

**Place** [1] - 10:13

**place"** [1] - 193:16

**placed** [3] - 13:15, 404:13, 404:21

**placement** [1] - 403:24

**places** [10] - 30:21, 30:23, 31:15, 66:12, 198:11, 224:21, 226:7, 396:12, 396:21, 397:3

**Placing** [1] - 282:11

**plague** [1] - 296:5

**plaguing** [1] - 368:25

**plain** [1] - 239:19

**Plains** [1] - 332:14

**plaintiff** [1] - 90:6

**Plainview** [1] - 105:3

**plan** [4] - 67:11, 375:13, 378:6, 394:15

**planner** [1] - 381:4

**planning** [1] - 357:12

**Planning** [4] -

331:2, 336:21, 337:7, 337:10

**plans** [2] - 358:3, 401:14

**plate** [4] - 38:2, 38:3, 82:7, 241:5

**play** [9] - 34:10, 41:25, 42:2, 42:9, 42:14, 126:12, 237:7, 426:14, 427:2

**played** [1] - 20:24

**playgrounds** [1] - 400:6

**playing** [3] - 216:9, 406:20, 407:19

**pleasure** [2] - 388:21, 388:22

**pledge** [1] - 403:15

**Pledge** [3] - 10:5, 10:6, 10:15

**plenty** [4] - 231:18, 290:9, 397:2, 397:15

**plus** [5] - 181:22, 243:20, 368:8, 368:20, 414:13

**Plus** [1] - 309:15

**pocket** [1] - 74:15

**podium** [5] - 22:20, 25:10, 277:4, 281:6, 377:21

**PODLESAT** [1] - 270:7

**Podlesat** [3] - 7:21, 270:6, 270:8

**point** [30] - 15:4, 17:25, 24:9, 25:3, 38:6, 95:15, 98:5,

119:20, 123:4, 125:13, 126:6, 131:21, 148:8, 171:12, 171:14, 238:10, 248:2, 252:24, 266:10, 267:11, 272:6, 291:16, 293:8, 297:19, 306:18, 316:23, 317:2, 327:7, 329:16, 349:11

**pointed** [1] - 113:25

**points** [3] - 10:23, 22:3, 248:3

**poisonous** [1] - 395:16

**Poland** [1] - 57:22

**pole** [1] - 23:6

**police** [112] - 13:4, 13:5, 13:6, 13:10, 14:20, 14:21, 15:7, 16:16, 17:12, 17:20, 23:14, 28:15, 31:24, 35:15, 44:5, 53:12, 53:19, 53:22, 53:25, 54:3, 62:22, 71:14, 75:15, 75:18, 101:15, 103:14, 108:9, 108:23, 110:5, 110:16, 114:14, 114:15, 119:10, 135:21, 137:4, 145:5, 146:19, 147:12, 148:15, 150:14,

151:11, 153:11, 154:3, 155:24, 156:25, 157:5, 159:25, 162:11, 165:12, 167:20, 168:25, 171:5, 171:17, 172:4, 172:14, 175:8, 175:10, 176:11, 182:6, 186:6, 186:7, 186:14, 187:5, 187:14, 188:7, 188:21, 189:4, 189:8, 189:11, 189:14, 189:21, 190:6, 190:7, 194:18, 208:3, 210:15, 217:8, 218:18, 230:25, 231:11, 231:16, 239:17, 239:22, 241:4, 255:10, 258:5, 258:10, 258:23, 259:3, 260:20, 271:12, 271:22, 272:17, 275:22, 277:11, 280:10, 280:12, 282:3, 282:5, 282:9, 282:14, 298:12, 298:18, 299:24, 300:12, 305:11, 306:20, 312:14, 312:16, 312:19, 336:14, 342:25

**Police** [33] - 13:20, 13:22, 16:10, 23:24, 35:12, 36:20, 37:12,

37:19, 41:4, 41:6, 54:14, 65:16, 66:15, 104:10, 135:4, 139:18, 140:13, 143:19, 149:13, 151:25, 159:15, 159:16, 161:12, 166:13, 166:20, 166:22, 169:13, 182:17, 182:25, 184:13, 215:9, 238:14, 258:15

**policies** [4] - 31:5, 40:6, 46:19, 47:13

**Policy** [1] - 265:24

**policy** [7] - 163:3, 164:10, 250:13, 250:25, 257:2, 267:8, 393:17

**policymakers** [1] - 38:15

**Poliquin** [1] - 274:3

**political** [8] - 136:14, 184:16, 199:20, 250:9, 267:4, 275:6, 317:17, 403:13

**politicians** [3] - 250:15, 267:18, 386:18

**politicization** [1] - 249:19

**politicized** [1] - 266:8

**politics** [5] - 38:20, 126:13, 278:18, 278:20

**polls** [1] - 410:14

**pollution** [4] - 73:3, 78:25, 367:6, 368:22

**Ponton** [1] - 302:23

**pool** [1] - 142:20

**poor** [2] - 152:8, 158:4

**Poor** [1] - 23:7

**poorest** [1] - 386:19

**poorly** [5] - 111:8, 231:9, 256:12, 258:22, 259:9

**popularity** [1] - 385:12

**population** [8] - 68:18, 68:19, 178:9, 207:8, 245:12, 276:10, 287:4, 383:3

**populations** [1] - 207:11

**porches** [1] - 189:18

**portions** [1] - 335:18

**poses** [1] - 49:8

**position** [15] - 53:25, 79:21, 114:17, 140:11, 144:11, 151:24, 153:22, 166:3, 182:5, 200:14, 354:10, 355:7, 362:13, 375:16, 391:9

**positions** [1] - 414:22

**positive** [10] -

329:2, 345:22, 346:9, 348:3, 348:19, 349:18, 350:6, 350:9, 352:9, 375:24

**possesses** [1] - 168:17

**possession** [5] - 168:8, 168:16, 169:22, 170:17, 171:7

**possibility** [3] - 346:12, 374:13, 391:23

**possible** [4] - 53:18, 238:7, 265:12, 354:17

**possibly** [7] - 57:3, 178:6, 238:18, 324:16, 347:7, 384:9, 401:21

**Post** [1] - 411:6

**post** [3] - 301:15, 307:16, 308:10

**post-viral** [1] - 307:16

**posted** [3] - 180:10, 236:15, 329:9

**poster** [1] - 260:15

**posters** [1] - 34:5

**potent** [1] - 419:15

**potential** [19] - 45:20, 45:21, 46:16, 48:22, 130:22, 156:3, 195:21, 196:15, 250:11, 281:22, 282:14, 283:17, 300:2, 345:15,

345:18, 347:12, 348:23, 349:5, 411:22

**potentially** [7] - 166:4, 197:2, 304:21, 349:24, 352:7, 354:15, 368:17

**Poverty** [1] - 418:4

**power** [4] - 35:8, 230:25, 271:9, 315:11

**powerful** [1] - 229:12

**powers** [1] - 120:3

**PPE** [4] - 225:15, 226:3, 243:5, 308:2

**PR** [1] - 370:24

**practical** [1] - 53:15

**practically** [1] - 301:6

**practice** [2] - 272:25, 335:10

**practices** [3] - 39:4, 39:5, 257:13

**practicing** [1] - 318:6

**praised** [1] - 183:9

**pray** [1] - 311:12

**pre** [1] - 339:20

**preached** [1] - 137:7

**precarious** [2] - 186:17, 188:8

**precaution** [1] - 47:23

**precautions** [2] - 287:17, 288:22

**precedent** [1] - 267:23

**preceding** [1] - 102:12

**precinct** [3] - 163:12, 164:12, 298:11

**precincts** [1] - 164:3

**preclusion** [1] - 271:6

**precursor** [1] - 374:9

**predatory** [1] - 384:5

**predicated** [1] - 131:23

**predictable** [1] - 225:2

**preemptively** [1] - 315:15

**premise** [1] - 188:2

**premises** [11] - 60:15, 333:7, 333:9, 333:24, 334:13, 335:16, 335:18, 336:11, 338:14, 338:19, 338:20

**preparation** [1] - 293:6

**prepared** [6] - 121:24, 278:7, 348:8, 351:20, 353:14, 353:18

**preparing** [3] - 216:22, 228:19, 352:5

**prescribe** [1] - 60:3

**Present** [4] - 85:16, 85:25, 86:10, 86:13

**present** [8] - 59:22, 92:12, 214:12, 274:14, 275:8, 292:20, 327:15, 419:14

**presentation** [7] - 12:12, 79:10, 331:19, 332:3, 356:18, 358:7, 412:13

**presentations** [1] - 10:22

**presented** [4] - 113:19, 113:22, 337:20, 346:15

**preserve** [1] - 240:8

**preserved** [1] - 42:5

**president** [5] - 57:10, 64:3, 220:16, 220:25, 425:9

**President** [2] - 99:7, 393:25

**PRESIDING** [262] - 1:8, 10:3, 10:17, 11:13, 19:8, 19:16, 20:20, 21:13, 22:2, 25:2, 28:2, 32:18, 36:11, 39:20, 43:12, 45:9, 49:15, 49:22, 52:12, 55:5, 55:11, 57:6,

60:18, 63:21, 65:22, 65:25, 69:8, 72:7, 72:11, 74:17, 77:14, 80:24, 84:3, 84:11, 87:8, 87:11, 87:22, 88:2, 89:13, 89:17, 90:2, 90:14, 90:22, 91:2, 92:2, 92:14, 92:22, 93:2, 94:2, 96:15, 97:16, 97:20, 98:14, 98:21, 98:25, 99:19, 100:2, 100:15, 100:19, 103:24, 108:13, 112:6, 116:7, 117:13, 119:17, 120:13, 123:16, 124:3, 124:18, 125:4, 126:9, 127:13, 128:5, 129:11, 132:12, 133:20, 135:3, 135:20, 139:7, 139:25, 143:25, 146:6, 146:16, 154:10, 159:2, 166:14, 166:19, 166:23, 172:17, 181:8, 185:9, 185:13, 188:25, 190:23, 191:7, 202:13, 202:20, 208:13, 211:5, 213:20, 218:23, 219:6, 219:18, 222:21, 223:7,

223:25, 228:3, 228:6, 229:25, 232:16, 232:20, 235:20, 235:24, 239:5, 242:11, 242:15, 245:14, 251:20, 252:14, 252:18, 255:21, 255:25, 256:5, 259:13, 261:21, 261:25, 265:15, 265:19, 269:25, 270:5, 272:11, 273:19, 274:2, 274:6, 274:10, 277:2, 277:12, 277:16, 277:20, 281:4, 281:8, 281:11, 282:24, 295:22, 299:3, 299:7, 299:11, 299:15, 302:18, 302:22, 304:3, 306:21, 307:2, 307:6, 311:2, 311:6, 311:10, 314:3, 314:7, 314:10, 314:18, 318:18, 319:9, 319:13, 320:8, 320:22, 320:25, 321:13, 322:4, 322:16, 322:20, 323:10, 323:22, 324:2, 324:8, 324:12, 325:11, 325:14, 326:7, 326:13, 327:3, 328:3, 329:22, 329:25, 331:14,

331:17, 332:6, 356:15, 360:22, 364:18, 364:22, 365:2, 365:6, 365:10, 365:15, 365:19, 365:23, 366:3, 366:6, 366:10, 366:13, 369:4, 372:22, 376:12, 376:16, 376:20, 376:24, 377:5, 377:9, 377:13, 380:4, 380:8, 380:12, 380:16, 380:19, 380:22, 383:9, 383:13, 383:17, 386:22, 386:25, 389:8, 389:12, 392:20, 392:24, 395:22, 396:2, 396:6, 397:10, 397:17, 397:21, 397:25, 400:24, 401:5, 404:23, 405:3, 405:15, 408:2, 410:18, 413:24, 417:17, 418:6, 418:9, 418:14, 420:10, 420:17, 420:23, 421:4, 421:8, 421:11, 422:5, 422:7, 422:11, 423:2, 424:2, 424:17, 424:21, 427:12, 427:19, 428:2, 428:7, 428:11

**presiding** [3] -

39:6, 97:21, 358:6
**Presiding** [48] - 2:3, 2:7, 2:11, 10:12, 12:10, 22:7, 28:17, 29:22, 31:10, 32:15, 32:23, 36:14, 39:24, 43:19, 45:7, 50:5, 55:17, 63:24, 74:19, 84:23, 85:3, 87:6, 87:14, 93:5, 104:5, 108:11, 108:16, 112:9, 116:10, 120:10, 123:4, 125:12, 166:11, 167:2, 181:11, 187:20, 188:23, 191:13, 211:18, 213:23, 319:19, 319:25, 324:4, 328:20, 331:23, 361:4, 401:10

**press** [1] - 59:25
**pressed** [1] - 268:18
**pressure** [1] - 392:15
**Presumably** [1] - 209:17
**presume** [1] - 269:20
**presumed** [2] - 169:10, 317:17
**presumption** [2] - 271:23, 271:25
**pretend** [1] - 75:6
**pretty** [5] - 167:10,

168:21, 240:17, 289:3, 326:17

**prevail** [2] - 51:25, 52:2

**prevalence** [1] - 189:23

**prevalent** [1] - 82:8

**Prevent** [1] - 134:12

**prevent** [22] - 33:10, 106:13, 106:18, 129:7, 129:22, 129:23, 130:7, 131:7, 133:12, 133:18, 134:11, 134:15, 149:2, 158:2, 158:4, 241:17, 251:16, 267:2, 268:8, 269:10, 274:23, 300:18

**Preventing** [1] - 134:9

**preventing** [4] - 62:13, 250:20, 256:21, 283:6

**prevents** [1] - 226:15

**previous** [1] - 205:23

**previously** [6] - 189:25, 191:23, 194:2, 205:4, 205:18, 373:19

**pride** [1] - 386:9

**primarily** [5] - 220:20, 231:5, 262:22, 367:7, 367:20

**primary** [1] - 348:11

**Prime** [1] - 71:4

**prime** [1] - 391:13

**principles** [1] - 236:22

**printed** [1] - 393:2

**prioritize** [2] - 39:9, 46:18

**prioritizes** [1] - 39:13

**priority** [3] - 108:22, 426:8, 426:10

**privacy** [1] - 49:9

**private** [12] - 69:23, 202:10, 203:6, 217:8, 224:21, 227:18, 230:9, 230:17, 291:19, 310:11, 387:12, 408:17

**privilege** [8] - 10:24, 18:15, 18:18, 22:4, 24:9, 25:4, 36:15, 327:8

**privileged** [2] - 28:5, 220:25

**privy** [1] - 144:21

**Pro** [1] - 383:22

**pro** [5] - 15:19, 30:24, 61:10, 232:23, 305:12

**pro-Palestine** [2] - 61:10, 305:12

**proactive** [2] - 134:24, 210:23

**probable** [5] - 149:20, 176:13,

176:18, 179:23, 182:13

**problem** [19] - 67:4, 76:20, 121:22, 133:15, 134:10, 134:14, 134:21, 141:15, 170:17, 170:22, 173:24, 186:20, 287:4, 298:19, 312:4, 371:16, 384:22, 399:25

**problems** [10] - 138:15, 138:16, 149:3, 162:13, 187:14, 271:2, 300:25, 301:10, 303:12, 324:22

**procedure** [2] - 163:3, 164:11

**procedures** [1] - 10:20

**proceed** [5] - 271:19, 314:12, 356:21, 375:9

**proceeding** [5] - 102:11, 120:19, 237:24, 347:24, 357:14

**proceedings** [6] - 43:14, 124:23, 125:9, 129:21, 315:21, 317:6

**process** [42] - 116:12, 139:13, 332:22, 333:15, 336:16, 339:11, 343:6, 343:15, 344:3, 344:8, 349:12, 349:21,

351:9, 351:21, 352:2, 352:20, 353:3, 353:24, 354:9, 354:12, 355:3, 355:10, 356:7, 356:12, 356:20, 358:11, 358:15, 358:20, 358:23, 359:3, 359:7, 359:9, 359:17, 359:19, 359:25, 360:3, 373:13, 404:4, 404:6, 415:20, 415:22, 425:24

**proclamation** [1] - 26:12

**procurement** [2] - 415:16, 415:22

**produce** [2] - 308:16, 419:19

**produced** [2] - 157:11, 419:18

**producing** [1] - 60:5

**productions** [1] - 15:21

**products** [1] - 417:23

**professional** [9] - 18:21, 95:25, 96:3, 137:4, 149:14, 172:25, 185:3, 185:4, 297:14

**professionalism** [1] - 161:11

**Professionally** [1] - 381:3

**professionally** [1] - 187:11

**professionals** [1] - 31:2

**professors** [1] - 364:9

**proficient** [1] - 14:11

**profiled** [1] - 304:20

**profiling** [7] - 45:24, 47:5, 49:9, 247:25, 268:9, 282:14, 304:25

**profit** [1] - 74:9

**profits** [1] - 74:5

**Program** [2] - 341:24, 342:20

**program** [1] - 74:7

**programing** [1] - 335:8

**programs** [3] - 95:24, 226:24, 231:20

**Progress** [1] - 231:16

**prohibit** [3] - 60:2, 100:4, 319:15

**prohibited** [3] - 101:5, 213:13, 216:8

**prohibiting** [1] - 230:8

**prohibition** [1] - 53:24

**prohibits** [1] - 367:23

**Project** [2] - 232:7, 342:13

**project** [19] - 77:22, 78:3, 78:16, 79:2, 79:4, 309:16, 336:19, 337:12, 354:20, 355:20, 356:8, 368:7, 391:21, 393:8, 395:18, 401:17, 402:18, 409:17, 417:14

**project's** [1] - 389:24

**projected** [1] - 368:7

**projects** [2] - 361:23, 363:8

**promise** [5] - 39:25, 40:2, 134:6, 414:13, 414:16

**promised** [1] - 385:23

**promises** [1] - 398:7

**promote** [6] - 30:4, 33:24, 34:6, 46:21, 61:12, 375:3

**promotes** [1] - 61:6

**promoting** [3] - 64:18, 243:15, 283:5

**prompted** [1] - 243:13

**proper** [1] - 129:17

**properly** [4] - 135:22, 190:4, 208:5, 251:6

**properties** [3] -

92:6, 384:24, 391:13

**property** [19] - 203:7, 230:9, 313:18, 328:13, 328:19, 330:12, 330:15, 347:13, 347:14, 370:16, 373:18, 374:25, 375:3, 375:5, 384:8, 384:10, 385:17, 386:14, 409:24

**proposal** [10] - 77:21, 118:10, 121:10, 257:2, 337:2, 337:8, 337:17, 368:17, 403:20, 407:8

**proposals** [3] - 310:6, 376:6, 385:6

**propose** [1] - 350:20

**proposed** [55] - 45:13, 52:25, 75:2, 100:24, 101:14, 102:19, 104:11, 114:8, 114:24, 123:7, 130:16, 130:18, 131:19, 132:17, 134:19, 193:9, 223:19, 224:19, 227:21, 230:5, 249:13, 251:25, 254:10, 262:7, 266:3, 268:12, 333:2, 337:15, 337:25, 338:4,

338:7, 338:15, 338:25, 339:4, 339:7, 344:23, 344:25, 345:14, 346:16, 346:18, 347:17, 348:5, 348:8, 348:25, 349:9, 349:19, 350:3, 354:20, 368:7, 373:3, 374:12, 375:2, 375:4, 403:22, 403:24

**proposing** [1] - 248:17

**propped** [1] - 254:11

**prosecuted** [3] - 82:4, 206:4, 261:5

**prosecution** [1] - 206:14

**prospect** [1] - 402:24

**prosper** [1] - 311:14

**prostitution** [2] - 80:9, 388:13

**protect** [54] - 33:16, 34:11, 34:13, 35:9, 35:14, 35:17, 38:16, 51:23, 53:9, 62:11, 62:23, 64:16, 65:17, 82:16, 107:5, 126:16, 126:21, 127:8, 139:3, 139:5, 141:7, 141:8, 141:21, 192:6, 223:2,

223:19, 225:8, 226:18, 230:14, 240:7, 246:4, 246:16, 247:23, 248:11, 251:10, 252:12, 253:6, 253:11, 254:24, 257:5, 262:14, 262:21, 262:25, 264:20, 266:11, 280:7, 295:19, 298:23, 300:16, 300:20, 300:21, 309:20, 310:5, 310:17

**protected** [21] - 35:25, 61:23, 62:18, 65:10, 70:7, 134:21, 151:3, 191:24, 222:15, 223:23, 228:16, 235:3, 248:4, 260:20, 261:14, 261:18, 270:20, 286:7, 287:3, 315:23, 316:7

**protecting** [12] - 48:12, 55:20, 56:25, 77:25, 192:13, 197:10, 197:14, 207:14, 207:15, 249:22, 266:7, 395:2

**protection** [8] - 40:24, 132:8, 192:8, 225:6, 245:11, 266:9, 285:19, 317:16

**protections** [6] -

119:7, 192:16, 198:18, 200:3, 257:18, 310:16

**protective** [5] - 105:13, 105:14, 225:14, 230:19, 251:17

**protects** [4] - 62:21, 188:21, 223:21, 255:4

**protest** [35] - 33:21, 42:7, 62:16, 64:23, 70:4, 70:10, 71:6, 71:12, 106:3, 136:11, 148:24, 162:10, 177:2, 186:12, 195:18, 198:21, 208:21, 208:25, 209:4, 209:6, 228:23, 231:23, 232:9, 240:6, 264:18, 265:9, 267:6, 269:3, 273:8, 273:14, 280:22, 283:11, 285:11, 312:7, 317:12

**Protestants** [1] - 211:16

**protested** [4] - 71:13, 160:9, 260:24, 286:22

**protester** [1] - 273:12

**protesters** [19] - 29:12, 29:17, 30:3, 61:9, 64:17, 70:24, 71:10, 136:8, 212:2,

214:21, 214:22, 215:18, 215:19, 232:5, 240:22, 241:24, 279:21, 283:19, 317:14

**Protesters** [1] - 239:10

**protesting** [6] - 30:3, 71:21, 131:9, 238:24, 239:25, 312:8

**protestor** [1] - 284:10

**protests** [47] - 29:3, 29:4, 33:23, 34:2, 34:5, 42:6, 44:12, 59:4, 59:5, 59:6, 70:2, 81:14, 81:18, 136:4, 136:5, 138:15, 140:24, 142:25, 143:3, 156:17, 158:8, 160:6, 160:17, 160:20, 172:5, 189:13, 190:15, 202:6, 214:13, 214:18, 214:19, 222:3, 222:4, 228:25, 229:11, 238:11, 238:16, 238:17, 239:17, 260:10, 274:24, 274:25, 278:4, 279:13, 305:11, 305:12

**protracted** [1] - 324:23

**proud** [11] - 25:16, 26:16, 34:17, 34:25, 58:24,

81:4, 265:25, 311:15, 394:9, 411:24

**Proud** [3] - 192:17, 209:25, 211:10

**proudly** [4] - 29:14, 96:22, 228:10, 229:7

**prove** [4] - 48:4, 230:14, 315:25, 316:23

**proved** [3] - 148:8, 172:13, 271:22

**proven** [2] - 263:14, 308:12

**proves** [2] - 309:13, 317:2

**provide** [18] - 12:15, 67:13, 132:8, 165:21, 173:16, 173:19, 241:17, 269:16, 291:14, 328:24, 332:15, 347:2, 348:18, 349:16, 360:15, 417:11, 427:5

**provided** [5] - 66:13, 96:25, 224:13, 353:16, 362:2

**provides** [13] - 50:15, 130:18, 225:10, 333:11, 334:4, 334:25, 346:14, 350:15, 351:21, 357:23, 359:23, 416:24, 417:3

**providing** [2] - 66:9, 251:11

**provision** [7] - 95:13, 175:4, 194:24, 195:5, 196:2, 203:25, 336:14

**provisions** [3] - 95:4, 201:18, 342:8

**proximity** [2] - 295:10, 402:4

**Psalms** [1] - 311:12

**psychologist** [2] - 259:16, 260:2

**psyops** [1] - 284:25

**PTSD** [1] - 413:2

**Public** [5] - 100:21, 182:19, 232:14, 340:13, 429:8

**public** [131] - 10:25, 11:2, 12:5, 19:12, 20:4, 28:3, 28:6, 28:8, 28:11, 30:3, 33:21, 40:24, 42:6, 43:11, 44:25, 45:4, 45:18, 48:15, 48:21, 49:5, 49:13, 53:3, 64:9, 65:11, 67:16, 84:9, 100:6, 101:8, 101:12, 101:21, 103:7, 105:10, 105:13, 105:14, 107:21, 122:11, 124:17, 137:5, 146:2, 150:6, 156:9,

156:10, 157:21, 158:12, 182:8, 182:9, 193:13, 193:16, 194:7, 194:11, 195:9, 195:13, 198:9, 219:15, 219:21, 220:23, 221:14, 222:2, 224:21, 226:23, 226:25, 227:17, 228:4, 230:9, 230:16, 236:17, 237:12, 239:11, 240:20, 242:2, 243:16, 246:25, 249:24, 250:24, 251:12, 252:9, 252:10, 252:12, 262:11, 262:23, 265:2, 265:10, 266:12, 269:3, 276:22, 277:5, 283:5, 294:8, 295:12, 295:15, 296:19, 304:18, 309:15, 310:19, 310:22, 310:24, 314:11, 314:15, 319:18, 329:3, 336:22, 339:25, 341:16, 350:15, 350:24, 352:19, 352:23, 352:25, 353:3, 353:4, 353:8, 354:4, 354:5, 354:6, 360:5, 360:14, 360:15, 360:17, 360:23, 367:14, 367:18,

368:11, 368:14, 384:23, 387:13, 389:23, 398:13, 402:20, 402:21, 404:5, 425:4

**PUBLIC** [4] - 6:3, 7:2, 8:2, 9:2

**publicity** [1] - 426:7

**publicly** [3] - 236:15, 385:16, 403:22

**Pulitzer** [2] - 52:14, 84:20

**PULITZER** [21] - 4:15, 84:22, 85:2, 85:5, 85:8, 85:11, 85:14, 85:17, 85:20, 85:23, 86:2, 86:5, 86:8, 86:11, 86:14, 86:17, 86:20, 86:23, 87:2, 87:6, 87:9

**pulled** [3] - 23:13, 261:9, 379:12

**pulling** [1] - 157:18

**pump** [1] - 324:20

**punch** [2] - 244:7, 409:25

**punishable** [3] - 122:21, 196:23, 196:24

**punished** [2] - 196:23, 197:4

**punk** [1] - 298:5

**Pure** [1] - 126:13

**purple** [2] - 293:20, 293:23

**purported** [2] -

202:24, 262:24

**purpose** [13] - 100:5, 104:18, 162:23, 207:14, 207:18, 207:23, 212:16, 257:12, 343:22, 349:23, 350:23, 374:8, 416:11

**purposes** [20] - 29:24, 33:18, 81:16, 101:10, 102:15, 102:18, 107:7, 107:9, 119:6, 125:13, 154:24, 257:7, 257:9, 266:7, 268:13, 319:17, 320:4, 340:8, 340:22, 343:25

**purposes"** [1] - 53:11

**Pursuant** [3] - 338:23, 339:14, 340:9

**pursuant** [3] - 328:6, 330:4, 337:22

**pursue** [2] - 340:24, 341:4

**push** [3] - 17:17, 402:17, 419:5

**pushed** [2] - 137:21, 137:22

**pushing** [3] - 69:24, 160:15, 266:25

**put** [31] - 16:4, 17:21, 43:7,

50:13, 53:24, 59:7, 95:16, 114:9, 151:24, 153:22, 154:4, 169:15, 177:12, 188:7, 243:6, 248:20, 259:23, 263:21, 293:15, 296:17, 306:9, 327:6, 352:23, 357:24, 374:18, 379:23, 387:14, 391:9, 403:18, 407:7, 407:13

**puts** [2] - 114:14, 282:20

**putting** [8] - 35:16, 154:2, 165:25, 186:6, 186:13, 186:16, 187:15, 423:6

**PVC** [1] - 73:9

## Q

**qualify** [2] - 198:13, 253:12

**Quality** [5] - 40:9, 328:7, 330:5, 332:20, 333:13

**quality** [8] - 138:19, 289:2, 290:10, 308:15, 372:10, 402:10, 416:16, 427:6

**quarantining** [1] - 294:14

**quarter** [1] - 339:13

**Queens** [4] - 178:7, 315:3, 381:25

**queer** [1] - 287:14

**quell** [3] - 42:6, 44:7, 44:10

**questionable** [3] - 54:5, 110:7, 289:3

**questioned** [2] - 47:9, 48:18

**questions** [21] - 95:8, 97:17, 98:12, 110:25, 135:17, 166:2, 166:11, 166:18, 171:11, 187:9, 193:6, 201:8, 227:22, 236:23, 353:22, 356:13, 356:16, 358:8, 366:19, 368:16, 378:13

**quick** [5] - 14:19, 21:14, 117:21, 324:5, 350:5

**quickly** [5] - 117:18, 144:17, 223:4, 223:14, 238:25

**quiet** [2] - 123:17, 402:4

**quietly** [1] - 186:11

**Quinonez** [5] - 22:17, 22:19, 22:22, 327:12, 327:19

**QUINONEZ** [1] - 24:12

**quite** [7] - 14:7, 79:10, 198:22, 274:18, 324:16, 357:21, 391:5

**quo** [1] - 307:9

**quorum** [2] - 87:9, 211:19

**quote** [1] - 75:18

**quoted** [1] - 419:8

## R

**rabbi** [1] - 252:22

**Rabbi** [1] - 260:16

**RABE** [1] - 272:14

**Rabe** [3] - 7:22, 272:13, 272:14

**race** [3] - 263:12, 268:10, 278:20

**racial** [10] - 45:23, 47:5, 47:14, 49:8, 231:13, 247:25, 257:14, 258:5, 258:8, 258:13

**racially** [1] - 316:22

**racism** [2] - 298:19, 395:5

**racist** [3] - 106:20, 235:12, 393:22

**radars** [1] - 241:9

**radical** [1] - 70:11

**radios** [1] - 241:9

**raging** [1] - 228:12

**Raise** [2] - 37:7, 40:8

**raise** [3] - 101:13, 231:3, 235:9

**raised** [2] - 242:3, 353:23

**raising** [1] - 26:3

**rallies** [9] - 69:25, 82:7, 104:25, 199:18, 202:6,

209:25, 212:11, 214:18, 240:12

**rally** [6] - 154:24, 154:25, 209:16, 209:19, 234:9, 240:13

**rallying** [1] - 211:13

**Ralston** [2] - 398:2, 398:4

**RALSTON** [1] - 398:3

**ran** [1] - 261:10

**random** [1] - 230:17

**Random** [1] - 297:23

**raped** [1] - 233:9

**rash** [1] - 290:13

**rate** [8] - 36:22, 37:14, 73:5, 73:7, 207:13, 258:8, 258:10, 258:14

**rates** [4] - 72:21, 207:9, 309:12, 367:9

**rather** [7] - 46:20, 111:12, 115:6, 210:23, 271:21, 369:24, 386:9

**Rather** [2] - 265:7, 374:9

**ratifies** [1] - 94:3

**ratio** [5] - 177:23, 178:2, 178:17, 178:18, 178:21

**rattle** [1] - 378:8

**ravaging** [1] - 250:5

**ray** [1] - 27:6

**Ray** [8] - 9:11, 22:16, 22:17, 22:21, 23:13, 23:21, 24:8, 366:10

**razor** [1] - 168:19

**re** [4] - 191:21, 343:15, 343:19, 345:15

**re-implementing** [1] - 191:21

**re-lease** [1] - 345:15

**re-leases** [2] - 343:15, 343:19

**reach** [5] - 122:3, 131:21, 227:24, 413:15, 419:22

**reached** [3] - 96:5, 360:12, 373:23

**reaching** [1] - 425:22

**reactive** [1] - 210:24

**read** [20] - 63:18, 63:19, 79:23, 117:17, 140:8, 140:14, 140:18, 150:18, 185:18, 191:22, 199:13, 204:20, 239:21, 286:24, 286:25, 303:13, 325:22, 370:10, 408:5

**reading** [4] - 134:17, 134:25, 204:21, 234:6

**readings** [1] - 318:10

**reads** [1] - 370:6

**ready** [3] - 208:9, 239:2, 352:19

**Ready** [1] - 97:24

**real** [9] - 16:13, 92:5, 172:3, 274:22, 288:18, 289:10, 351:20, 381:16, 382:19

**Real** [1] - 381:15

**reality** [1] - 47:11

**realize** [4] - 152:3, 208:23, 312:20, 358:8

**really** [23] - 119:8, 127:21, 128:23, 152:13, 153:10, 154:6, 161:14, 174:17, 174:25, 185:18, 188:19, 202:17, 236:16, 248:7, 249:14, 285:17, 287:2, 293:22, 325:23, 326:12, 382:23, 383:5, 408:8

**realm** [1] - 205:16

**realtor** [1] - 381:3

**reason** [25] - 24:3, 59:13, 70:18, 109:20, 110:24, 120:6, 121:21, 144:5, 151:16, 159:23, 162:3, 170:21, 171:10, 242:10, 265:5, 309:14, 315:13, 316:3, 325:5, 347:3, 348:11,

348:19, 361:11, 372:13, 375:14

**reasonable** [5] - 62:2, 157:23, 182:12, 231:3, 335:7

**reasonably** [6] - 102:9, 216:24, 237:24, 265:4, 335:9, 341:7

**reasoning** [2] - 239:13, 247:9

**reasons** [22] - 65:4, 70:17, 70:18, 194:23, 199:19, 199:20, 205:22, 226:21, 231:18, 239:11, 250:23, 252:4, 264:15, 281:21, 282:8, 291:21, 300:14, 303:6, 312:8, 369:21, 412:24, 414:11

**Rebecca** [5] - 6:21, 7:12, 220:7, 220:11, 252:14

**receipt** [1] - 329:10

**receipts** [1] - 239:14

**receive** [4] - 26:13, 226:24, 250:22, 341:15

**received** [11] - 12:21, 23:15, 80:2, 100:23, 107:21, 224:15, 249:8, 351:11, 351:12, 351:17,

353:12

**Receiver** [1] - 92:4

**receiving** [3] - 234:20, 297:4, 342:5

**recent** [3] - 248:8, 393:13, 393:19

**recently** [7] - 25:13, 29:7, 210:11, 217:11, 279:11, 370:23, 401:14

**Recently** [2] - 232:22, 283:9

**recess** [7] - 146:11, 219:17, 277:13, 277:15, 326:25, 423:7, 423:8

**recipient** [1] - 47:19

**reciprocity** [2] - 223:4, 223:16

**recklessness** [1] - 167:22

**recognition** [5] - 24:13, 184:2, 184:4, 229:9, 426:24

**recognize** [9] - 15:23, 124:21, 133:22, 257:22, 257:23, 275:2, 275:8, 291:3, 425:19

**recognized** [4] - 20:8, 82:6, 133:23, 146:8

**recognizes** [2] - 65:6, 112:13

**recognizing** [2] -

113:3, 276:18

**recommend** [2] - 291:11, 337:7

**recommended** [2] - 337:6, 337:11

**recommends** [2] - 346:19, 348:9

**reconsider** [3] - 188:12, 383:7, 407:4

**reconvening** [1] - 424:3

**record** [22] - 81:10, 103:22, 109:18, 117:2, 117:9, 118:17, 134:3, 134:4, 146:4, 165:25, 178:18, 196:21, 209:11, 219:20, 325:16, 327:7, 327:10, 364:14, 403:23, 411:16, 420:15, 425:2

**recorded** [2] - 180:2, 399:19

**recount** [1] - 289:23

**Recovery** [1] - 242:19

**recreation** [2] - 340:2, 340:14

**recruit** [1] - 137:8

**rectify** [1] - 67:11

**recusing** [2] - 90:8, 92:8

**red** [3] - 72:5, 286:7, 303:19

**redevelop** [3] -

333:8, 338:19, 339:24

**redevelopment** [5] - 334:2, 335:3, 347:14, 348:13, 381:9

**reduce** [1] - 190:17

**reducing** [1] - 226:12

**reenact** [1] - 271:9

**refer** [1] - 333:19

**referencing** [3] - 198:23, 198:24, 205:17

**referendum** [1] - 370:20

**referral** [1] - 290:18

**referred** [2] - 117:6, 370:4

**referring** [2] - 125:21, 141:24

**refers** [1] - 344:18

**refinements** [1] - 270:25

**reflect** [1] - 324:6

**reflects** [1] - 374:23

**reform** [3] - 31:8, 51:9, 182:6

**Reform** [3] - 37:6, 40:8, 159:15

**refrain** [2] - 120:16, 130:3

**refuge** [4] - 58:3, 58:14, 58:20, 59:3

**refugees** [1] - 57:24

**refuse** [1] - 60:12

**refused** [1] - 288:21

**refuting** [1] - 207:3

**regain** [1] - 13:19

**regard** [2] - 167:3, 208:16

**regarding** [15] - 100:24, 101:13, 135:18, 136:10, 151:11, 177:23, 178:24, 195:5, 266:19, 327:7, 328:25, 366:19, 368:16, 373:23, 404:20

**Regardless** [2] - 252:2, 307:8

**regardless** [4] - 49:25, 246:5, 263:12, 403:19

**Reggie** [7] - 14:22, 15:19, 16:2, 19:6, 21:5, 21:11

**region** [7] - 220:21, 376:9, 384:13, 414:15, 414:19, 415:18, 416:6

**regional** [2] - 414:23, 417:12

**Regis** [1] - 341:6

**regret** [1] - 399:2

**regular** [1] - 227:25

**regularly** [3] - 238:5, 288:22, 396:13

**regulate** [1] - 266:18

**regulation** [1] - 330:6

**regulations** [4] - 194:16, 328:8,

339:5, 347:5

**reign** [1] - 45:4

**Reimers** [3] - 9:12, 364:19, 405:20

**REIMERS** [2] - 405:10, 405:19

**reinfected** [2] - 302:13, 306:17

**reiterate** [3] - 99:12, 116:2, 171:25

**reject** [1] - 225:2

**rejected** [1] - 112:3

**rejection** [1] - 47:20

**related** [7] - 53:15, 173:20, 230:12, 231:14, 268:13, 340:8, 340:21

**relating** [1] - 52:25

**relation** [1] - 366:21

**relations** [1] - 95:10

**Relations** [1] - 99:8

**relative** [3] - 69:14, 388:3, 388:9

**relax** [1] - 250:24

**release** [2] - 69:20, 69:24

**released** [1] - 56:3

**reliable** [2] - 251:12, 251:14

**relies** [1] - 282:2

**religion** [3] - 103:5, 263:12, 268:5

**religions** [1] - 160:4

**religious** [28] - 29:24, 33:18, 50:16, 53:10, 56:16, 65:4, 70:17, 81:16, 101:10, 102:14, 107:9, 119:6, 139:16, 139:19, 143:4, 143:8, 148:22, 161:22, 171:10, 199:19, 211:14, 231:13, 257:6, 257:9, 257:11, 257:13, 257:21, 268:6
**relinquish** [1] - 392:15
**reluctance** [1] - 427:21
**reluctantly** [1] - 424:23
**rely** [7] - 48:2, 173:17, 174:12, 222:25, 227:3, 244:12, 294:4
**remain** [11] - 59:2, 59:16, 71:9, 101:20, 102:16, 137:4, 141:13, 185:4, 193:12, 225:16, 329:7
**remainder** [1] - 336:2
**remaining** [1] - 413:4
**remains** [5] - 42:8, 47:23, 194:7, 195:8, 376:4
**remarkable** [2] -

22:15, 25:14
**remember** [8] - 37:25, 54:20, 96:24, 97:7, 133:23, 136:3, 140:24, 279:16
**Remember** [2] - 395:5, 395:17
**remind** [1] - 276:12
**reminded** [2] - 123:24, 124:4
**reminder** [1] - 394:19
**reminding** [1] - 160:5
**removal** [1] - 276:8
**remove** [5] - 29:17, 148:3, 148:4, 277:11, 290:7
**Remove** [1] - 273:15
**removed** [5] - 275:18, 276:4, 276:6, 276:13, 403:8
**renal** [1] - 287:22
**rendered** [1] - 191:3
**renew** [1] - 320:3
**renewals** [1] - 334:18
**renovate** [1] - 334:23
**Renovate** [1] - 339:24
**rent** [5] - 44:2, 336:4, 341:11, 374:20, 385:19
**rental** [1] - 398:24

**rentals** [1] - 385:15
**renting** [1] - 203:11
**repair** [4] - 333:4, 333:22, 334:12, 338:17
**repeal** [1] - 271:8
**repealed** [3] - 41:23, 105:8, 194:20
**repeat** [2] - 47:15, 70:21
**repeated** [1] - 316:21
**replace** [1] - 362:9
**replacing** [2] - 403:11, 404:13
**report** [2] - 180:9, 292:9
**reported** [1] - 371:9
**reporter** [2] - 219:10, 405:18
**REPORTER** [1] - 1:23
**reporting** [3] - 30:25, 182:8, 182:10
**reports** [2] - 309:6, 309:8
**represent** [5] - 31:12, 32:24, 58:23, 178:11, 278:19
**representation** [1] - 412:12
**representative** [3] - 229:16, 242:19, 392:10
**representatives** [2] - 115:8, 357:10

**representing** [2] - 153:8, 414:4
**represents** [1] - 386:14
**repress** [1] - 267:4
**Repression** [1] - 289:10
**reprimanded** [1] - 75:17
**Republican** [12] - 50:7, 63:15, 116:23, 193:10, 216:18, 270:21, 311:15, 311:16, 395:10, 410:9, 410:10, 410:11
**Republicans** [2] - 30:8, 51:19
**repudiate** [1] - 51:21
**repulsed** [1] - 112:22
**repurpose** [1] - 339:24
**request** [4] - 16:21, 36:5, 235:14, 317:7
**require** [10] - 226:23, 227:14, 238:5, 238:6, 296:10, 315:24, 346:23, 347:9, 347:20, 392:3
**required** [12] - 88:8, 124:6, 335:5, 335:6, 338:25, 342:14, 342:23, 368:12, 369:14, 390:25, 391:7,

391:14

**requirements** [2] - 266:16, 360:11

**requires** [2] - 237:13, 389:22

**Requiring** [1] - 289:8

**requiring** [3] - 238:3, 259:20, 392:8

**requisite** [1] - 53:20

**rescue** [1] - 23:11

**rescued** [1] - 22:11

**research** [4] - 290:9, 308:22, 401:7, 413:10

**researchers** [1] - 308:19

**Reservation** [1] - 389:4

**reset** [1] - 359:13

**reside** [1] - 367:10

**resided** [1] - 265:22

**residences** [1] - 341:8

**resident** [13] - 108:19, 234:19, 245:17, 256:8, 262:5, 269:21, 274:16, 299:18, 303:2, 366:17, 366:18, 381:2, 383:20

**residential** [4] - 340:20, 368:5, 400:12, 402:5

**residents** [33] - 12:17, 35:9,

35:14, 37:20, 38:15, 39:10, 39:18, 48:16, 55:22, 56:20, 80:3, 80:19, 104:18, 143:14, 179:14, 179:17, 248:21, 258:6, 258:17, 258:24, 263:2, 268:17, 281:20, 282:15, 282:21, 325:10, 368:15, 372:9, 373:12, 396:20, 402:15, 404:8

**Residents** [1] - 360:5

**residents'** [1] - 143:20

**resistance** [1] - 289:11

**Resolution** [31] - 88:14, 88:15, 88:16, 88:17, 88:18, 88:19, 88:20, 88:21, 88:22, 88:23, 88:24, 88:25, 89:2, 89:3, 89:4, 89:5, 90:3, 90:17, 92:2, 92:17, 94:2, 331:3, 424:5

**resolution** [10] - 78:8, 79:24, 90:3, 121:5, 121:14, 122:4, 123:7, 373:23, 403:10, 404:12

**resolve** [6] - 109:11, 121:23,

123:11, 320:5, 418:3, 426:4

**resolved** [2] - 80:18, 95:8

**resort** [2] - 416:3, 416:20

**Resort** [2] - 328:18, 344:19

**resorting** [1] - 229:20

**resources** [2] - 37:12, 417:4

**respect** [22] - 39:12, 43:17, 49:18, 49:24, 144:24, 145:21, 149:15, 151:22, 176:10, 232:3, 249:4, 251:19, 313:19, 328:8, 330:7, 346:17, 347:22, 348:17, 349:17, 350:16, 355:3, 364:15

**respected** [2] - 143:3, 152:9

**respectful** [8] - 136:8, 136:20, 137:13, 138:11, 139:20, 143:7, 229:14, 229:21

**respectfully** [4] - 36:5, 96:10, 177:9, 235:14

**respects** [1] - 137:5

**respirator** [3] - 290:7, 290:10, 301:20

**respiratory** [2] -

48:2, 367:9

**respond** [18] - 13:14, 87:20, 89:11, 90:20, 92:20, 98:19, 100:13, 116:11, 132:13, 203:3, 212:10, 319:7, 329:20, 331:12, 344:11, 420:21, 424:15, 428:5

**responded** [3] - 13:9, 57:19, 160:21

**response** [78] - 13:3, 23:16, 65:24, 72:10, 87:25, 89:16, 90:25, 92:25, 97:19, 98:24, 100:18, 100:25, 101:15, 122:22, 155:13, 182:23, 207:5, 232:19, 235:23, 248:25, 252:17, 255:24, 256:4, 261:24, 265:18, 270:4, 273:22, 274:5, 274:9, 277:19, 292:24, 299:6, 299:10, 299:14, 302:21, 306:25, 307:5, 311:5, 311:9, 314:6, 314:9, 319:12, 322:19, 323:25, 329:24, 331:16, 364:21, 364:25, 365:14, 365:22,

366:2, 366:9, 376:15, 376:19, 376:23, 377:4, 377:8, 380:7, 380:11, 380:15, 380:18, 380:21, 383:12, 383:16, 386:24, 389:11, 392:23, 395:25, 396:5, 397:20, 397:24, 401:4, 421:3, 421:7, 422:10, 424:20, 427:18, 428:10

**response)** [1] - 242:14

**responses** [1] - 353:21

**responsibilities** [4] - 333:5, 333:23, 338:18, 355:2

**responsibility** [12] - 38:14, 53:13, 64:16, 229:10, 334:10, 344:2, 345:2, 358:24, 363:12, 369:9, 392:16, 413:8

**responsible** [2] - 13:15, 358:22

**rest** [6] - 11:14, 74:4, 158:6, 278:16, 318:3, 364:15

**restarted** [1] - 14:10

**restaurants** [1] - 400:4

**restore** [1] - 52:3

**restoring** [1] - 41:16

**Restoring** [2] - 40:18, 40:21

**restrained** [1] - 75:12

**restriction** [2] - 236:21, 296:18

**restrictions** [2] - 267:15, 267:19

**restrictive** [1] - 367:15

**restricts** [1] - 125:24

**restroom** [2] - 219:13, 306:13

**result** [6] - 122:18, 122:19, 227:6, 344:13, 349:25, 367:25

**resulting** [1] - 348:24

**results** [1] - 20:10

**resuscitate** [1] - 224:16

**retail** [1] - 402:3

**rethink** [1] - 80:23

**retire** [2] - 363:6, 405:22

**retired** [1] - 171:6

**retirement** [2] - 95:15, 361:25

**return** [5] - 84:6, 250:16, 255:13, 263:17, 290:21

**returns** [1] - 93:7

**reveals** [1] - 391:24

**revenue** [4] -

341:21, 398:8, 402:25, 426:16

**revenues** [1] - 399:9

**review** [46] - 61:4, 117:17, 117:18, 117:22, 118:5, 119:21, 200:21, 201:3, 205:14, 219:4, 332:22, 333:15, 337:15, 338:25, 339:3, 339:11, 343:5, 343:15, 346:11, 346:22, 348:4, 348:6, 350:25, 352:12, 352:19, 352:25, 353:5, 353:10, 355:11, 357:2, 357:4, 357:17, 359:5, 359:7, 360:14, 366:20, 369:15, 373:13, 375:20, 375:21, 375:23, 389:19, 391:23, 409:22, 414:11, 417:15

**Review** [4] - 328:7, 330:5, 332:20, 333:14

**reviewed** [6] - 109:9, 205:11, 336:24, 352:21, 358:19

**reviewing** [2] - 358:18, 359:25

**revised** [1] - 278:10

**revoked** [1] - 103:16

**revolt** [1] - 228:23

**revolution** [1] - 60:7

**rewards** [1] - 184:4

**rhetoric** [3] - 81:21, 155:3, 393:10

**rheumatologist** [1] - 287:19

**Rhoads** [3] - 6:8, 34:16, 39:21

**RHOADS** [4] - 39:23, 40:21, 42:22, 43:19

**rich** [1] - 311:23

**Richard** [4] - 9:9, 318:22, 369:5, 377:14

**Richards** [3] - 7:19, 265:20, 265:22

**RICHARDS** [1] - 265:21

**Richardson** [3] - 7:13, 252:19, 252:21

**RICHARDSON** [1] - 252:20

**Ricigliano** [1] - 216:19

**ridiculous** [1] - 302:4

**riding** [1] - 213:6

**Rielly** [1] - 41:15

**Rierdan** [1] - 389:13

**RIERDAN** [1] - 389:14

**rights** [29] - 46:14, 57:15, 62:18, 113:7, 113:8,

113:9, 143:21, 173:14, 199:8, 200:3, 200:5, 200:7, 214:4, 214:16, 222:13, 225:9, 227:10, 227:17, 239:3, 246:10, 254:21, 271:20, 273:8, 283:24, 285:7, 318:7, 357:23, 426:9

**Rights** [4] - 224:13, 227:19, 227:23, 239:9

**RINES** [1] - 311:12

**Rines** [3] - 9:14, 311:11, 404:24

**Riordan** [1] - 9:3

**rioters** [1] - 317:15

**riots** [2] - 44:3, 260:9

**ripping** [1] - 157:17

**rise** [8] - 10:13, 29:2, 30:23, 174:16, 192:17, 226:12, 233:24, 280:3

**rising** [1] - 228:9

**risk** [25] - 155:13, 226:5, 226:9, 226:15, 227:15, 243:21, 245:11, 245:21, 246:6, 248:21, 253:22, 255:5, 255:8, 262:9, 287:20, 295:18, 296:13, 296:15, 296:18,

301:9, 307:13, 307:15, 309:22, 374:19, 391:6

**risking** [1] - 268:15

**risks** [2] - 47:4, 49:8

**Ritz** [1] - 341:6

**Ritz-Carlton** [1] - 341:6

**road** [5] - 80:12, 350:12, 367:13, 394:3, 395:3

**Road** [1] - 411:6

**roads** [3] - 368:4, 368:6, 368:21

**roadways** [2] - 80:12, 368:9

**rob** [3] - 62:8, 382:17, 382:18

**robbed** [3] - 62:12, 174:22

**robbery** [2] - 174:4, 174:20

**Robert** [1] - 365:12

**rocks** [3] - 136:23, 186:19

**role** [3] - 20:2, 426:14, 426:25

**roll** [2] - 14:14, 84:21

**Rolston** [1] - 8:24

**Rome** [1] - 377:6

**Ronen** [2] - 7:9, 248:23

**roof** [1] - 175:14

**room** [20] - 15:15, 30:17, 77:15, 129:14, 129:18, 132:4, 146:10,

191:4, 275:15, 282:13, 298:14, 301:7, 311:17, 312:24, 313:3, 316:22, 316:24, 318:11, 379:7, 394:11

**Roosevelt** [5] - 179:10, 180:20, 217:11, 366:23, 395:10

**Rosa** [1] - 380:16

**ROSE** [1] - 4:6

**rose** [2] - 279:19, 279:20

**Rosemarie** [1] - 86:18

**roughly** [1] - 387:5

**round** [3] - 15:11, 25:11, 26:4

**row** [3] - 148:11, 220:3, 408:3

**Roxy** [4] - 23:5, 23:15, 23:17, 23:25

**rubber** [1] - 325:3

**Rubenstein** [2] - 7:24, 274:7

**Rubin** [1] - 69:13

**Rucker** [1] - 405:4

**rude** [1] - 314:22

**ruined** [1] - 297:16

**rule** [5] - 41:22, 115:10, 115:12, 115:23, 398:18

**ruled** [2] - 118:24, 390:3

**Rules** [9] - 87:14, 87:18, 88:2,

100:22, 131:19, 337:20, 358:9, 423:5, 423:9

**rules** [2] - 11:6, 360:9

**run** [4] - 121:12, 155:13, 399:19, 425:13

**running** [5] - 177:13, 187:21, 211:9, 374:21, 375:15

**runs** [1] - 267:5

**rush** [4] - 111:12, 152:7, 279:22, 324:21

**rushed** [1] - 16:4

**Russ** [1] - 8:7

**RYDER** [63] - 16:12, 135:15, 135:25, 139:10, 140:5, 140:9, 140:17, 142:2, 142:7, 142:12, 142:17, 142:24, 143:15, 143:22, 145:11, 145:17, 146:14, 147:15, 147:22, 148:18, 149:11, 154:18, 156:5, 156:14, 157:4, 157:15, 158:14, 158:20, 158:24, 159:6, 159:12, 161:9, 163:4, 163:8, 163:11, 163:23, 164:13, 167:18, 167:24, 168:11, 168:23, 169:6, 170:2,

170:7, 170:14, 170:19, 170:24, 171:22, 172:16, 172:21, 173:6, 173:9, 173:18, 173:23, 174:19, 175:16, 176:20, 178:22, 181:18, 181:23, 183:24, 189:6, 191:5

**Ryder** [10] - 5:4, 17:15, 41:8, 104:10, 108:2, 120:23, 135:5, 160:19, 189:4, 280:15

**Ryder's** [2] - 238:15, 292:12

## S

**Sacks** [2] - 7:23, 273:20

**saddest** [1] - 386:13

**Sadly** [1] - 65:2

**safe** [27] - 21:11, 32:9, 37:20, 39:8, 41:9, 51:15, 51:24, 52:9, 56:19, 56:20, 61:8, 61:10, 61:17, 61:18, 61:19, 61:22, 63:9, 104:19, 143:14, 184:23, 232:4, 272:16, 288:25, 289:13, 295:15, 310:22, 316:10

**safeguard** [1] -

231:8

**safeguarding** [1] - 283:24

**safeguards** [1] - 268:8

**safely** [9] - 70:4, 71:15, 71:17, 231:23, 232:9, 253:18, 254:4, 294:8, 297:24

**safer** [7] - 63:6, 190:15, 229:21, 253:23, 254:7, 254:19, 255:5

**safest** [4] - 138:17, 263:9, 278:24, 280:16

**safety** [35] - 39:9, 39:14, 45:2, 45:4, 45:18, 48:3, 48:15, 48:21, 49:6, 53:9, 64:9, 64:15, 65:11, 75:5, 101:9, 102:14, 103:7, 105:14, 107:7, 119:6, 228:18, 242:2, 248:20, 257:6, 266:19, 268:16, 276:9, 283:5, 283:18, 285:13, 285:14, 285:15, 298:23, 305:9, 341:16

**Safety** [3] - 100:22, 182:19, 295:9

**sake** [2] - 174:5, 221:14

**Saks** [2] - 72:18,

73:17

**salary** [2] - 98:9, 413:20

**salute** [1] - 37:17

**Sam** [1] - 74:17

**SAMANTHA** [1] - 4:9

**Samantha** [1] - 86:20

**Samuel** [2] - 6:18, 74:20

**Sandra** [1] - 12:20

**Sands** [52] - 72:16, 73:15, 73:16, 79:6, 313:5, 328:18, 350:20, 357:23, 361:11, 361:14, 364:8, 365:5, 365:9, 365:18, 366:5, 366:12, 369:12, 370:21, 373:4, 373:11, 373:17, 374:3, 374:5, 374:15, 374:16, 374:24, 375:8, 375:15, 377:12, 378:18, 378:21, 379:5, 379:21, 381:8, 381:9, 383:25, 385:7, 385:23, 389:17, 390:4, 392:14, 393:25, 394:14, 394:20, 398:20, 405:2, 407:7, 414:9, 415:7, 415:16, 419:2, 419:10

**Sands'** [1] - 385:5

**Sanford** [2] - 7:24, 274:6

**Sarah** [1] - 306:23

**Sargent** [1] - 8:18

**SARS-CoV-2** [3] - 249:9, 288:19, 302:10

**Sassouni** [3] - 6:21, 220:8, 220:11

**SASSOUNI** [3] - 220:9, 222:23, 223:13

**sat** [2] - 132:4, 387:21

**satisfied** [1] - 352:22

**satisfies** [1] - 115:20

**Saturday** [1] - 260:12

**save** [4] - 16:8, 20:3, 264:9, 369:25

**saved** [2] - 17:23, 19:14

**saving** [1] - 389:21

**saw** [17] - 42:8, 42:14, 44:11, 44:14, 51:3, 66:21, 112:23, 113:22, 126:15, 158:7, 172:3, 213:5, 217:18, 233:23, 242:23, 305:2, 312:12

**scale** [2] - 368:17, 402:24

**scalpel** [1] - 131:3

**scare** [1] - 298:8

**scarf** [1] - 259:2

**scary** [1] - 267:23

**scenario** [8] - 138:5, 209:11, 217:7, 308:6, 308:8, 411:19, 412:4

**scene** [6] - 16:2, 16:6, 18:14, 19:5, 23:3, 177:13

**scenes** [1] - 426:6

**Schatzberg** [2] - 13:5, 13:22

**scheduled** [1] - 350:14

**SCHNEIDER** [1] - 63:23

**Schneider** [3] - 6:14, 63:22, 64:2

**School** [1] - 74:3

**school** [18] - 21:7, 35:23, 57:16, 58:6, 73:24, 74:9, 92:6, 220:24, 223:5, 228:10, 228:17, 231:21, 233:4, 235:2, 300:25, 303:16, 387:12

**schools** [6] - 104:25, 105:20, 263:24, 387:13, 417:4

**science** [2] - 242:23, 256:22

**Science** [1] - 308:12

**scientific** [4] - 284:19, 284:23, 285:21, 309:5

**scientifically** [1] - 246:8

**scientist** [1] - 249:8

**scientists** [1] - 419:19

**scleroderma** [2] - 287:15, 287:22

**scooter** [1] - 213:6

**scope** [10] - 329:6, 329:9, 350:20, 350:22, 350:25, 351:4, 351:8, 351:19, 352:3, 353:4

**scoping** [8] - 328:25, 329:3, 350:10, 350:13, 350:19, 350:23, 351:13, 352:2

**scorched** [1] - 393:17

**Scott** [8] - 8:20, 13:6, 17:13, 18:14, 85:23, 86:11, 128:17, 425:8

**SCOTT** [2] - 2:14, 3:11

**scratch** [1] - 359:14

**scream** [2] - 35:23, 281:6

**screaming** [2] - 160:13, 312:18

**scrutiny** [3] - 47:7, 300:11, 402:21

**SDVOB** [1] - 363:20

**Seaford** [1] - 64:3

**season** [3] - 136:14, 136:19, 184:16

**seat** [4] - 124:24, 219:19, 413:13, 413:14

**seats** [3] - 10:4, 146:18, 341:9

**Second** [3] - 196:4, 205:11, 267:20

**second** [19] - 19:4, 53:8, 122:9, 123:13, 124:19, 124:20, 148:11, 298:25, 320:6, 339:13, 345:24, 346:25, 373:7, 394:16, 411:18, 413:14, 413:15, 419:16, 427:22

**seconded** [14] - 87:15, 89:6, 90:16, 92:15, 94:10, 100:8, 319:20, 320:9, 321:23, 328:21, 329:13, 330:22, 331:5, 424:10

**seconds** [4] - 230:20, 319:2, 413:4, 427:23

**secretary** [1] - 15:2

**section** [7] - 53:5, 105:8, 198:25, 205:16, 209:16, 214:24, 360:24

**Section** [10] - 54:10, 195:6,

202:3, 203:23, 208:16, 209:2, 213:24, 237:9, 328:15, 342:6

**sections** [1] - 170:13

**sectors** [1] - 217:8

**secure** [1] - 108:20

**secured** [3] - 198:17, 199:8, 214:4

**security** [12] - 80:7, 290:4, 305:4, 306:19, 330:14, 333:5, 333:22, 334:11, 336:14, 338:17, 348:15, 362:2

**see** [47] - 25:16, 26:7, 26:10, 29:12, 29:21, 38:6, 55:13, 57:15, 58:9, 59:6, 63:6, 85:14, 96:19, 106:4, 136:18, 146:9, 164:17, 172:23, 176:6, 176:12, 178:11, 179:5, 180:11, 180:13, 184:5, 184:6, 184:16, 184:19, 207:16, 217:17, 218:4, 233:11, 241:4, 242:20, 248:13, 287:18, 293:23, 309:6, 309:8, 309:11, 357:8, 361:2, 393:9, 399:21,

410:6, 419:24, 427:13

**seeing** [12] - 41:23, 41:24, 42:2, 55:24, 55:25, 177:4, 233:8, 243:23, 250:21, 260:10, 386:16, 386:18

**seek** [6] - 51:2, 58:3, 58:20, 59:2, 80:15, 269:13

**seeking** [3] - 162:22, 211:17, 307:18

**seeks** [2] - 133:12, 317:3

**seem** [4] - 209:4, 239:14, 378:2, 409:20

**seemingly** [4] - 236:22, 237:13, 260:4, 317:21

**sees** [4] - 110:5, 130:2, 139:8, 216:25

**segmentation** [7] - 373:14, 376:3, 390:4, 390:18, 391:22, 409:2, 409:4

**segregated** [1] - 225:19

**segue** [1] - 12:12

**selected** [1] - 404:2

**self** [6] - 68:4, 68:6, 68:12, 180:19, 180:20, 307:17

**self-evident** [1] -

307:17

**self-initiated** [2] - 180:19, 180:20

**selfless** [1] - 184:3

**sell** [1] - 299:2

**sellers** [1] - 398:8

**Selma** [1] - 260:16

**semester** [1] - 95:22

**Semitic** [4] - 101:2, 233:24, 235:12, 283:11

**Semitism** [13] - 31:4, 34:25, 58:10, 58:11, 65:9, 112:16, 112:17, 128:22, 228:12, 254:6, 254:12, 254:20, 263:3

**Senate** [4] - 32:25, 40:11, 42:24, 43:5

**senator** [1] - 43:18

**Senator** [10] - 6:6, 6:7, 6:8, 32:20, 34:15, 35:3, 36:12, 38:21, 39:21, 40:16

**SENATOR** [10] - 32:22, 33:7, 34:20, 35:19, 36:13, 37:23, 39:23, 40:21, 42:22, 43:19

**senators** [1] - 103:9

**send** [6] - 39:7, 45:2, 58:21, 58:22, 229:11,

306:19

**sending** [2] - 39:2, 396:20

**sends** [2] - 229:2, 267:22

**senior** [5] - 284:14, 286:9, 286:11, 382:8, 385:18

**seniority** [1] - 95:7

**seniors** [1] - 286:12

**sense** [19] - 39:3, 40:12, 40:17, 44:25, 45:3, 52:4, 55:4, 55:8, 68:4, 68:6, 68:12, 81:13, 118:25, 187:5, 188:21, 228:18, 263:22, 370:9, 381:13

**sensitive** [2] - 128:21, 337:5

**sent** [4] - 112:2, 182:23, 286:10, 343:20

**sentence** [2] - 24:7, 130:22

**sentenced** [1] - 110:8

**sentiment** [1] - 318:4

**separate** [1] - 356:2

**separately** [1] - 373:13

**Sephardic** [1] - 220:16

**September** [4] - 289:24, 329:4, 329:8, 350:14

**SEQRA** [46] - 328:7,

330:6, 333:14, 334:6, 337:16, 338:25, 339:3, 339:4, 343:5, 343:12, 343:14, 343:25, 344:2, 344:7, 344:8, 344:25, 345:5, 346:5, 346:22, 347:5, 349:10, 349:12, 355:3, 356:3, 357:6, 358:11, 358:21, 359:17, 359:19, 360:3, 360:10, 361:9, 366:20, 375:21, 375:23, 375:25, 376:3, 389:19, 389:22, 391:8, 391:23, 409:4, 409:16, 409:22, 414:10, 417:15

**sequestration** [1] - 378:6

**Sereta** [1] - 307:2

**sergeant** [1] - 298:12

**Sergeant** [1] - 74:21

**Sergent** [1] - 307:3

**serious** [6] - 19:22, 80:7, 97:6, 252:6, 257:2, 378:13

**seriously** [1] - 402:9

**seriousness** [1] - 15:17

**Serita** [1] - 8:18

servant[1] - 182:3

serve[7] - 38:16, 60:25, 97:13, 137:10, 315:18, 343:24

served[5] - 41:2, 46:4, 60:21, 74:23, 96:22

serves[1] - 39:3

service[7] - 12:16, 17:6, 20:4, 96:24, 163:14, 164:5, 364:16

services[4] - 198:12, 226:24, 244:17, 251:23

Services[1] - 66:15

session[5] - 10:18, 11:15, 11:16, 43:5, 115:4

sessions[2] - 97:8, 182:9

set[8] - 14:8, 54:4, 215:16, 215:23, 269:22, 283:12, 308:7, 429:14

SETH[1] - 3:2

Seth[1] - 86:8

sets[1] - 237:9

setting[1] - 386:19

settings[1] - 316:3

settle[1] - 90:5

settler[1] - 289:17

seven[3] - 88:11, 320:23, 334:19

Several[1] - 106:21

several[9] - 138:18, 156:7, 233:23, 247:2,

271:2, 271:4, 290:14, 308:23, 355:22

severance[1] - 335:17

severe[7] - 130:17, 245:22, 250:19, 262:9, 307:16, 378:14, 378:15

severely[1] - 80:11

sex[7] - 52:6, 67:21, 67:22, 68:3, 68:13, 69:2, 80:10

sexual[2] - 52:6, 68:21

shadows[1] - 50:24

shall[6] - 51:25, 54:12, 201:18, 203:15, 206:8, 257:4

Shame[1] - 280:18

Shamol[2] - 6:24, 232:17

SHANAHAN[2] - 14:25, 15:14

Shanahan[1] - 15:2

shaped[1] - 417:24

share[5] - 26:14, 172:24, 221:3, 228:17, 249:12

shared[2] - 262:23, 425:25

sharing[1] - 106:7

sharp[1] - 100:25

sheet[4] - 339:14, 340:9, 373:7,

375:11

shell[1] - 342:24

Shelter[1] - 23:18

shelter[1] - 24:6

shelters[1] - 24:2

Shem[1] - 69:14

shepherded[1] - 238:15

shift[1] - 279:5

shingles[1] - 290:21

Shinnecock[1] - 389:3

shiny[2] - 399:3, 400:5

shirt[5] - 71:11, 71:13, 292:5, 292:8

shit[2] - 289:14, 295:21

shock[1] - 13:24

shocked[3] - 14:6, 127:17

shocking[1] - 13:21

shop[2] - 270:17, 297:24

Shoplifters[1] - 106:10

shopping[1] - 289:8

short[8] - 16:13, 19:20, 23:8, 54:10, 84:5, 124:6, 219:14, 248:18

shortage[2] - 384:14, 384:15

shortages[1] - 243:5

shorter[1] - 369:24

shortfalls[1] - 426:23

shortly[1] - 108:5

shortsighted[1] - 250:10

shot[2] - 44:16, 192:22

shouting[3] - 129:18, 214:23, 233:20

Shouting[1] - 215:2

shoving[1] - 73:13

show[11] - 169:9, 171:7, 242:9, 248:5, 260:12, 273:11, 273:16, 293:3, 300:4, 304:13, 392:11

showed[3] - 259:19, 260:12, 394:14

showing[1] - 260:11

shown[6] - 29:18, 47:12, 72:4, 136:16, 251:5, 268:20

shows[4] - 22:23, 173:2, 174:13, 290:9

shut[3] - 134:6, 240:11, 314:2

shutting[1] - 374:17

sic[2] - 297:18,

389:2

**sic)** [1] - 74:13

**sick** [15] - 30:11, 62:15, 95:14, 104:21, 187:7, 243:10, 244:10, 244:11, 246:12, 246:13, 246:15, 253:16, 255:15, 300:15, 300:22

**sickening** [1] - 228:14

**side** [18] - 40:2, 112:12, 126:12, 155:6, 157:10, 160:11, 162:4, 214:20, 214:21, 220:2, 248:12, 270:22, 275:12, 275:14, 283:13, 405:12, 405:13

**sides** [5] - 99:14, 138:9, 215:8, 224:2, 320:4

**Siela** [2] - 85:6, 404:17

**SIELA** [1] - 2:17

**sight** [1] - 243:2

**sign** [2] - 370:10, 408:5

**signatures** [1] - 254:15

**signed** [3] - 78:12, 254:14, 331:2

**significance** [5] - 339:7, 345:8, 345:12, 346:8, 348:2

**significant** [14] -

47:22, 66:21, 67:8, 301:9, 337:13, 338:5, 345:16, 345:18, 345:21, 348:24, 349:24, 352:8, 354:15, 404:5

**significantly** [1] - 426:17

**Signing** [1] - 408:14

**signs** [3] - 55:25, 64:18, 286:13

**SILBERMAN** [4] - 417:19, 418:8, 418:12, 418:16

**silenced** [1] - 70:6

**silent** [1] - 279:13

**silly** [1] - 153:8

**Silva** [2] - 397:11, 397:18

**similar** [14] - 34:21, 36:3, 43:22, 47:12, 106:22, 168:21, 170:15, 170:22, 205:17, 206:15, 257:8, 271:10, 275:21, 279:25

**Similar** [1] - 103:16

**Similarly** [3] - 53:21, 170:9, 268:12

**simple** [6] - 70:18, 104:18, 104:20, 131:15, 180:22, 398:17

**Simply** [2] - 50:13, 263:21

**simply** [18] - 47:9, 64:25, 68:22, 76:11, 114:4, 118:11, 227:16, 238:7, 246:14, 247:3, 250:17, 252:25, 257:23, 263:16, 292:16, 325:2, 374:21, 375:13

**Sinai** [1] - 243:5

**Sincerely** [1] - 404:17

**sing** [3] - 26:22, 26:25, 28:19

**single** [14] - 20:10, 84:15, 101:23, 112:12, 124:24, 137:8, 156:9, 179:25, 180:3, 180:7, 181:4, 234:15, 234:18, 262:20

**sings** [1] - 27:2

**sister** [1] - 72:23

**sisters** [4] - 311:25, 312:2, 386:4, 411:17

**sit** [8] - 23:9, 115:18, 124:18, 132:10, 152:6, 152:20, 326:4, 395:8

**site** [26] - 80:6, 80:21, 332:18, 334:2, 335:3, 336:15, 339:17, 340:12, 348:13, 366:21, 367:16,

367:22, 368:3, 373:9, 374:24, 389:16, 401:16, 402:3, 403:25, 408:7, 408:8, 408:10, 408:11, 408:13, 408:21

**sites** [2] - 240:3, 287:2

**sitting** [6] - 152:13, 186:24, 187:3, 217:17, 278:12, 280:14

**situation** [12] - 131:5, 141:9, 154:5, 170:10, 186:8, 186:17, 187:16, 188:8, 214:12, 215:12, 275:12, 275:21

**situations** [10] - 47:24, 48:24, 53:15, 137:16, 137:25, 138:13, 175:12, 195:17, 214:10, 260:5

**six** [6] - 44:16, 59:10, 88:10, 223:20, 297:25, 371:10

**ski** [6] - 48:10, 139:22, 177:13, 217:19, 217:23, 218:5

**skilled** [1] - 399:10

**skin** [2] - 52:5, 294:17

**skyrocketed** [1] - 105:22

**Slate** [2] - 37:7, 40:9

**slaughter** [1] - 34:7

**slaughtered** [1] - 233:10

**slavery"** [1] - 292:7

**sledgehammer** [1] - 131:3

**slightest** [1] - 402:14

**slip** [2] - 405:7, 418:10

**slips** [2] - 357:8, 427:14

**sliver** [1] - 240:19

**slogans** [1] - 60:10

**slot** [1] - 401:20

**slow** [1] - 264:8

**slur** [1] - 411:22

**slurs** [2] - 234:14, 235:13

**smaller** [3] - 368:3, 388:15, 388:16

**smash** [1] - 213:15

**smoke** [2] - 242:4, 283:12

**smooth** [1] - 425:20

**snapped** [1] - 261:3

**snatched** [1] - 260:19

**so-called** [4] - 37:6, 247:21, 315:9, 344:18

**SOA** [1] - 165:7

**soccer** [1] - 398:21

**social** [10] - 59:4, 59:5, 212:20,

259:25, 296:12, 305:16, 385:13, 386:5, 399:8, 409:17

**Social** [2] - 66:15, 385:13

**socially** [2] - 250:7, 305:15

**society** [3] - 214:15, 255:11, 288:17

**Solages** [7] - 25:3, 49:23, 172:18, 213:21, 278:13, 279:15, 313:14

**solages** [1] - 85:9

**SOLAGES** [32] - 2:20, 25:5, 25:22, 26:6, 27:4, 27:13, 49:17, 85:10, 172:19, 172:23, 173:8, 173:12, 173:22, 174:9, 174:24, 175:25, 177:19, 181:6, 213:22, 215:4, 215:17, 216:5, 216:13, 216:16, 216:23, 217:4, 217:6, 218:21, 277:7, 320:17, 322:23, 421:13

**sole** [4] - 30:4, 33:23, 334:10, 369:25

**solid** [1] - 275:24

**solidarity** [1] - 42:18

**solution** [4] - 49:7,

232:14, 311:21, 385:12

**Solution** [1] - 34:4

**solve** [1] - 254:19

**solvers** [1] - 178:16

**someday** [1] - 296:25

**someone** [47] - 38:9, 110:5, 110:14, 110:17, 110:20, 139:8, 139:9, 145:3, 145:8, 147:9, 148:10, 149:7, 150:15, 150:20, 150:23, 151:8, 153:15, 154:23, 155:5, 180:16, 185:22, 186:18, 187:6, 188:3, 189:15, 189:16, 189:22, 193:17, 195:8, 197:2, 201:25, 229:5, 237:10, 244:5, 244:11, 247:10, 247:22, 256:17, 262:10, 264:18, 275:25, 305:20, 305:22, 306:11, 307:25, 364:4

**Someone** [1] - 408:18

**someplace** [2] - 213:17, 313:9

**sometimes** [4] - 56:18, 146:25, 260:5, 387:18

**somewhere** [1] -

405:22

**son** [1] - 27:6

**song** [1] - 26:21

**songs** [1] - 218:2

**Sonya** [1] - 260:14

**soon** [3] - 13:9, 351:25, 387:6

**sooner** [1] - 302:12

**sorry** [12] - 99:3, 109:22, 144:11, 146:13, 154:13, 208:22, 208:23, 223:7, 223:9, 238:20, 384:13, 405:15

**Sorry** [2] - 55:13, 314:21

**sort** [4] - 103:4, 153:9, 175:8, 194:23

**sought** [1] - 58:14

**sound** [3] - 109:21, 132:9, 200:23

**Sounds** [1] - 15:14

**sounds** [6] - 166:7, 200:2, 213:11, 259:5, 356:19, 381:10

**Southern** [3] - 22:9, 23:6, 23:12

**space** [9] - 195:9, 202:12, 202:24, 203:11, 262:23, 275:23, 276:3, 337:3, 340:19

**spaces** [8] - 30:3, 33:21, 227:18, 251:12, 255:5, 266:12, 310:25,

318:5

**sparse** [1] - 367:17

**spat** [1] - 249:21

**speaker's** [1] - 124:15

**speakers** [4] - 49:19, 125:19, 220:6, 405:9

**Speaking** [1] - 211:20

**speaking** [20] - 11:7, 19:12, 49:25, 68:9, 68:16, 105:19, 127:23, 129:23, 174:10, 211:21, 245:18, 275:13, 291:17, 303:4, 305:4, 357:9, 357:12, 364:16, 372:25, 383:24

**spear** [2] - 39:2, 40:17

**spearheading** [2] - 50:8, 50:9

**special** [2] - 108:4, 369:9

**specialized** [1] - 307:19

**species** [1] - 294:12

**specific** [9] - 46:25, 102:25, 205:24, 207:20, 208:11, 271:2, 344:16, 354:13, 360:9

**specifically** [9] - 30:22, 162:19, 168:7, 193:17,

199:18, 200:2, 208:17, 329:3, 343:17

**Specifically** [2] - 53:3, 392:9

**specificity** [1] - 268:14

**specifics** [3] - 120:23, 268:18, 350:10

**speech** [28] - 19:17, 19:20, 30:5, 30:14, 33:24, 35:21, 35:25, 36:4, 42:4, 59:25, 64:9, 65:10, 70:7, 71:22, 118:13, 118:15, 134:21, 227:11, 234:23, 235:3, 261:17, 267:10, 278:7, 278:10, 280:5

**spend** [3] - 109:5, 396:21, 397:2

**spending** [1] - 394:20

**spends** [1] - 36:24

**spent** [3] - 270:9, 270:11, 362:7

**Sperrys** [1] - 306:3

**spew** [1] - 81:20

**Spider** [1] - 213:12

**Spider-Man's** [1] - 213:12

**Spiderman** [1] - 213:7

**spike** [1] - 303:25

**spirit** [1] - 193:2

**spit** [1] - 286:15

**spoken** [2] - 31:11, 248:3

**spokesperson** [2] - 99:8, 394:17

**sponsor** [2] - 34:18, 245:5

**sponsored** [3] - 34:16, 44:21, 64:7

**sponsors** [1] - 112:11

**spot** [1] - 53:18

**spouse** [1] - 63:5

**sprang** [1] - 23:13

**spread** [9] - 65:19, 71:25, 105:6, 226:12, 228:13, 263:15, 264:8, 279:18, 300:24

**spreading** [2] - 245:7, 263:24

**spreads** [1] - 302:10

**spring** [3] - 245:5, 278:4, 375:6

**square** [1] - 343:2

**Square** [2] - 284:11, 284:16

**squaring** [1] - 298:6

**Sr** [1] - 45:25

**SS** [1] - 429:5

**St** [1] - 341:6

**stabbing** [1] - 210:14

**stability** [1] - 426:12

**Stacey** [1] - 302:19

**Stacy** [1] - 8:16

**staff** [10] - 17:16, 17:21, 67:15, 101:15, 109:16, 109:17, 164:14, 164:20, 181:3, 224:12

**staggering** [1] - 293:25

**stairs** [2] - 286:14, 308:7

**stake** [2] - 379:24, 404:11

**stakes** [1] - 401:21

**stamping** [1] - 325:3

**Stand** [1] - 22:18

**stand** [27] - 23:8, 30:13, 30:14, 39:16, 42:20, 42:22, 45:11, 51:11, 56:19, 57:11, 58:24, 128:16, 130:13, 130:24, 131:13, 174:3, 183:4, 183:25, 184:8, 228:10, 228:22, 229:7, 257:14, 283:21, 293:3, 293:20, 371:25

**standard** [2] - 152:4, 171:16

**standards** [2] - 167:22, 231:10

**standing** [14] - 15:18, 40:24, 55:19, 75:15, 77:20, 82:24, 149:23, 155:6,

155:21, 193:20, 200:11, 229:19, 284:3, 420:5

**standpoint** [1] - 271:18

**stands** [4] - 189:8, 249:14, 361:8, 395:11

**STANTON** [1] - 364:14

**Star** [1] - 234:5

**STARK** [2] - 284:6, 425:5

**Stark** [4] - 8:20, 284:5, 284:8, 425:8

**start** [30] - 10:5, 10:21, 12:5, 12:6, 12:18, 22:4, 28:7, 28:10, 52:16, 112:9, 124:8, 124:10, 157:17, 157:21, 162:16, 184:8, 187:9, 211:24, 219:21, 220:7, 236:7, 238:18, 292:6, 303:7, 327:5, 328:4, 351:20, 360:24, 414:12, 418:3

**started** [9] - 35:2, 198:4, 210:13, 262:11, 284:13, 284:14, 293:19, 398:9, 400:18

**Starting** [1] - 191:18

**starting** [5] -

147:25, 358:15, 359:14, 369:19, 418:4

**startling** [1] - 29:2

**starts** [1] - 177:9

**Startz** [1] - 8:6

**STATE** [1] - 429:4

**state** [40] - 25:19, 28:25, 34:17, 42:10, 42:23, 43:3, 43:23, 72:22, 103:9, 105:22, 105:23, 106:16, 110:2, 115:7, 167:16, 167:23, 170:4, 171:20, 191:13, 192:9, 198:18, 199:8, 200:4, 201:5, 214:5, 225:12, 254:11, 267:9, 271:4, 275:5, 282:6, 289:17, 292:20, 328:14, 372:2, 374:22, 387:20, 405:17, 408:3

**State** [44] - 22:9, 23:7, 23:12, 23:24, 31:7, 32:20, 39:3, 39:21, 40:10, 40:11, 40:18, 41:17, 41:21, 42:24, 43:4, 60:2, 103:10, 103:12, 103:15, 105:7, 105:11, 105:15, 106:24, 107:14, 125:15, 168:7,

225:7, 226:11, 240:24, 241:14, 310:9, 310:11, 328:6, 330:5, 332:19, 333:13, 366:25, 367:4, 368:13, 375:5, 375:18, 413:21, 429:9

**State's** [3] - 51:9, 271:7, 307:21

**Statement** [9] - 352:6, 352:16, 353:20, 354:11, 354:23, 355:6, 355:14, 356:2, 356:5

**statement** [18] - 104:2, 104:14, 188:24, 211:2, 321:19, 324:6, 324:9, 346:24, 347:10, 347:21, 349:21, 350:13, 350:18, 353:17, 354:13, 389:18, 390:25, 411:20

**statements** [3] - 233:14, 369:13, 399:22

**Staten** [1] - 41:16

**states** [13] - 31:13, 103:17, 106:21, 167:6, 175:5, 264:23, 365:4, 365:8, 365:17, 366:4, 366:11, 377:11, 404:25

**States** [12] - 51:18, 58:3, 58:15,

59:18, 72:3, 221:19, 222:12, 222:15, 273:5, 278:25, 280:17, 396:15

**States'** [1] - 363:16

**Statewide** [1] - 385:10

**stating** [3] - 185:2, 390:22

**Station** [1] - 29:8

**station** [3] - 59:11, 62:9, 62:12

**stationed** [1] - 232:23

**statistic** [1] - 37:4

**statistically** [3] - 68:9, 68:16, 267:3

**statistics** [1] - 411:23

**statue** [2] - 395:10, 412:16

**status** [3] - 289:9, 307:9, 307:19

**statute** [5] - 106:16, 106:17, 107:25, 122:14, 122:15

**statutes** [1] - 378:5

**staunchly** [1] - 267:19

**stay** [11] - 21:11, 136:19, 136:20, 184:22, 223:11, 244:11, 295:7, 300:18, 310:21, 316:9, 317:24

**stayed** [1] - 326:21

**steal** [1] - 106:11

**Stein** [2] - 8:14,

299:8

**stenographic** [1] - 429:12

**step** [15] - 13:13, 22:24, 78:3, 108:8, 134:20, 228:24, 261:16, 269:22, 350:11, 351:25, 352:13, 354:8, 375:14, 388:6, 408:24

**Stephanie** [2] - 6:24, 232:16

**stepped** [1] - 66:23

**steps** [3] - 22:20, 235:16, 332:21

**stereotypes** [1] - 227:3

**steroids** [1] - 378:7

**Steve** [6] - 6:8, 8:24, 34:16, 39:21, 397:25, 398:3

**sticking** [2] - 149:25, 394:25

**stigma** [1] - 419:13

**stiletto** [1] - 168:19

**Still** [1] - 122:20

**still** [27] - 44:9, 47:21, 54:20, 65:6, 76:5, 102:16, 109:20, 143:6, 143:20, 221:20, 243:17, 250:5, 266:11, 276:4, 280:14, 293:21, 294:23, 296:22, 297:18, 301:21, 304:6,

308:25, 314:16, 359:8, 368:10, 390:25, 427:15

**Stinson** [2] - 8:13, 299:12

**stolen** [2] - 189:20, 189:21

**Stony** [1] - 74:3

**stood** [3] - 19:24, 42:18, 372:5

**stop** [33] - 14:15, 42:16, 44:13, 44:18, 48:23, 51:22, 65:18, 76:18, 76:24, 79:21, 105:6, 111:17, 148:20, 153:7, 153:8, 155:22, 161:17, 175:21, 176:21, 176:23, 177:8, 179:25, 180:3, 244:21, 254:20, 260:21, 261:15, 271:12, 273:16, 297:5, 301:22, 364:5

**Stop** [4] - 63:10, 273:15, 313:20

**stopped** [11] - 13:24, 47:9, 48:5, 48:17, 65:12, 102:21, 162:11, 177:14, 222:18, 258:7, 299:24

**stopping** [2] - 30:6, 76:15

**stops** [8] - 47:14, 49:3, 180:9,

180:20, 237:6, 255:10, 298:20, 310:2

**store** [13] - 192:24, 203:9, 203:20, 204:12, 204:14, 204:16, 204:17, 206:2, 206:6, 244:24, 279:3, 295:2, 297:20

**stores** [1] - 218:5

**stories** [1] - 106:7

**story** [1] - 378:12

**straight** [3] - 177:11, 294:24, 360:23

**straightforward** [1] - 63:19

**stranger** [2] - 381:5, 398:21

**strangers** [2] - 297:23, 398:19

**STRAUSS** [9] - 3:11, 86:13, 188:23, 189:3, 189:7, 321:4, 322:15, 323:21, 421:19

**Strauss** [2] - 86:12, 189:2

**street** [7] - 15:7, 61:20, 63:7, 175:21, 189:16, 215:8, 400:12

**Street** [3] - 240:11, 332:13, 407:9

**streets** [4] - 58:24, 76:12, 272:22, 280:19

**strengthens** [1] - 132:19

**stressed** [1] - 399:17

**strict** [1] - 287:17

**strike** [2] - 60:9

**striking** [1] - 62:24

**stripped** [1] - 310:20

**strokes** [2] - 301:19, 309:7

**strong** [5] - 45:12, 51:10, 55:19, 108:8, 414:8

**stronger** [1] - 132:21

**strongly** [3] - 265:12, 309:11, 403:5

**struck** [1] - 79:5

**struggle** [1] - 308:6

**struggling** [1] - 280:23

**stuck** [1] - 125:6

**student** [3] - 97:4, 97:13, 395:2

**students** [13] - 75:20, 94:19, 97:2, 197:10, 228:11, 228:15, 228:17, 229:22, 233:5, 273:2, 393:14, 394:10, 427:6

**studies** [3] - 251:5, 262:13, 359:5

**Studies** [1] - 47:12

**study** [6] - 95:7, 95:11, 230:21,

249:9, 308:24, 391:5

**studying** [1] - 131:4

**stuff** [2] - 72:16, 261:13

**style** [1] - 217:24

**subject** [8] - 105:24, 177:17, 203:25, 227:14, 235:12, 255:9, 346:21

**subjected** [1] - 49:2

**subjective** [2] - 247:8, 291:20

**sublet** [1] - 335:15

**submit** [4] - 35:25, 111:13, 119:25, 351:15

**submits** [2] - 224:18, 350:22

**submitted** [7] - 54:9, 109:3, 119:23, 193:5, 245:23, 329:7, 352:11

**submitting** [2] - 78:9, 111:25

**subsection** [4] - 122:15, 196:7, 199:3, 237:9

**Subsection** [3] - 203:14, 203:15, 208:17

**subsections** [1] - 206:7

**substandard** [1] - 367:14

**substantial** [2] - 347:12, 374:23

**substantive** [1] - 353:22

**substation** [1] - 342:25

**substituted** [1] - 114:11

**substitution** [3] - 321:16, 328:23, 330:24

**suburban** [1] - 385:4

**suburbia** [1] - 381:23

**subway** [3] - 234:3, 234:7, 286:14

**subways** [2] - 273:3, 279:12

**succeed** [1] - 164:19

**success** [1] - 427:2

**successful** [2] - 31:15, 395:6

**sucker** [1] - 384:3

**sudden** [4] - 126:18, 297:2, 309:6, 309:12

**sued** [2] - 409:11, 409:12

**suffering** [3] - 29:25, 230:22, 300:24

**sufficient** [3] - 176:13, 176:17, 352:17

**Suffolk** [2] - 295:25, 342:17

**suggest** [4] - 54:13,

132:6, 268:25, 326:3

**suggested** [2] - 171:16, 256:25

**suggesting** [2] - 134:17, 134:24

**suggestion** [1] - 318:2

**suggestions** [4] - 116:16, 116:17, 116:19, 121:6

**suggests** [2] - 229:9, 239:25

**suicide** [1] - 412:19

**suit** [1] - 45:6

**summary** [1] - 350:5

**sundown** [1] - 291:12

**sunglasses** [1] - 240:2

**Sunglasses** [1] - 248:15

**sunshine** [2] - 26:25, 27:7

**sunshine"** [1] - 27:3

**superblock** [1] - 362:18

**supermarkets** [1] - 263:25

**SUPERVISOR** [2] - 55:16, 56:11

**Supervisor** [2] - 6:9, 55:14

**supervisor** [1] - 55:22

**support** [51] - 26:18, 27:10,

33:3, 35:15, 36:6, 39:15, 44:24, 44:25, 57:12, 64:6, 66:24, 71:8, 77:9, 77:10, 81:10, 99:11, 99:17, 104:8, 112:11, 113:20, 113:21, 127:10, 127:20, 152:24, 153:2, 184:10, 193:3, 211:14, 219:24, 220:12, 222:10, 234:10, 260:13, 268:20, 278:5, 278:7, 281:14, 283:3, 284:8, 361:9, 361:14, 373:20, 383:24, 403:9, 403:16, 403:17, 414:9, 417:14, 426:11, 427:4, 427:10

**supported** [3] - 71:13, 119:14, 246:8

**supporters** [2] - 70:12, 278:8

**supporting** [4] - 37:19, 51:5, 233:20, 285:5

**supports** [2] - 116:3, 138:22

**supposed** [6] - 201:7, 247:20, 291:6, 295:17, 327:11, 406:16

**supposedly** [1] - 266:21

**supremacy** [2] - 60:12, 60:13

**Supreme** [4] - 59:21, 126:7, 373:15, 409:5

**supremely** [1] - 250:10

**surely** [3] - 51:17, 78:23, 413:19

**surge** [2] - 255:15, 307:11

**surgeon** [1] - 131:2

**surgery** [2] - 131:2, 284:21

**surgical** [6] - 139:8, 176:23, 213:2, 217:23, 290:8, 290:11

**surround** [1] - 80:8, 128:23, 417:3

**surrounding** [9] - 333:6, 333:8, 333:24, 334:13, 338:13, 338:19, 338:20, 342:22, 402:11

**surveillance** [1] - 239:17

**surveys** [1] - 300:4

**survive** [3] - 294:15, 369:20, 370:22

**survivor** [1] - 192:20

**Susan** [7] - 6:17, 7:4, 7:18, 72:11, 235:24, 236:3, 265:15

**susceptible** [1] - 207:20

**suspect** [1] - 291:25

**suspend** [2] - 41:20, 87:13

**suspended** [1] - 88:3

**suspending** [1] - 87:17

**suspicion** [7] - 149:22, 157:23, 182:12, 231:3, 231:10, 231:25

**suspicious** [5] - 176:17, 231:13, 231:25, 264:22, 318:6

**sustainable** [1] - 376:8

**swap** [1] - 290:7

**swapping** [1] - 296:16

**swift** [1] - 23:16

**swipe** [1] - 362:10

**Swirsky** [1] - 427:16

**sworn** [2] - 38:16, 54:18

**symptoms** [4] - 244:6, 293:24, 301:12, 301:16

**synagogue** [1] - 76:2

**synagogues** [1] - 105:20

**Syosett** [1] - 105:3

**Syria** [2] - 57:22, 60:12

**system** [15] - 73:6, 73:8, 180:4, 192:22, 225:6, 272:23, 301:13, 308:18, 315:6, 371:20, 406:22, 406:23, 406:24, 417:10

**systematically** [1] - 288:16

## T

**table** [17] - 54:25, 95:9, 123:9, 123:20, 123:23, 132:5, 272:7, 320:3, 320:5, 320:11, 320:13, 350:7, 351:22, 380:2, 389:15, 392:6, 392:13

**Table** [2] - 408:23, 410:8

**tables** [1] - 401:20

**tactical** [1] - 163:16

**tactics** [1] - 77:2

**Tai** [1] - 327:16

**TAKEN** [1] - 1:23

**Talent** [3] - 25:14, 26:8, 27:14

**talks** [1] - 198:16

**tall** [3] - 82:25, 284:3, 297:25

**Tanari** [1] - 232:21

**TANARI** [1] - 232:22

**tandem** [1] - 373:6

**Tanian** [1] - 6:25

**target** [10] - 207:20,

208:10, 212:5, 224:22, 238:2, 252:3, 255:9, 276:15, 279:2, 311:19

**targeted** [7] - 64:25, 76:21, 206:11, 206:14, 247:16, 258:16, 275:17

**targeting** [4] - 46:22, 205:24, 213:3, 213:19

**targets** [1] - 115:16

**Task** [1] - 34:25

**tasted** [2] - 303:11

**taught** [4] - 14:11, 94:20, 159:15, 398:18

**tax** [3] - 341:21, 382:2, 417:10

**Taxes** [1] - 92:4

**taxes** [12] - 313:12, 313:17, 372:17, 381:21, 381:22, 382:3, 397:4, 397:5, 398:13, 416:24, 417:6, 417:12

**taxpayer** [2] - 109:6, 391:6

**taxpayers** [3] - 153:10, 324:24, 325:4

**teach** [3] - 95:21, 161:25, 229:17

**teaching** [1] - 162:2

**team** [1] - 97:10

**teaming** [1] - 73:22

**teams** [1] - 121:9

**teamwork** [4] - 12:14, 15:5, 16:7, 20:2

**tech** [1] - 401:19

**technically** [1] - 205:7

**Teddy** [4] - 395:10, 395:12, 395:16, 395:18

**teenager** [1] - 228:18

**Tel** [2] - 60:8, 60:9

**telephone** [1] - 131:25

**Ten** [1] - 219:14

**ten** [9] - 126:21, 152:20, 217:25, 223:10, 228:14, 351:14, 369:6, 370:18, 371:19

**tenant** [7] - 203:8, 328:11, 330:10, 334:17, 335:12, 341:19, 341:23

**tenant's** [1] - 336:10

**tendency** [1] - 174:14

**tens** [1] - 404:7

**Tens** [1] - 394:10

**tenth** [1] - 122:16

**term** [23] - 95:3, 95:12, 252:6, 259:25, 262:13, 301:10, 307:16, 308:18, 309:2, 309:23, 316:22, 334:14, 334:16,

334:22, 339:14, 339:15, 342:4, 373:24, 374:11, 374:13, 376:7, 386:2

**Term** [11] - 332:25, 338:8, 338:10, 339:15, 344:18, 346:25, 347:11, 347:16, 348:17, 349:17, 355:9

**terminals** [1] - 401:19

**terminate** [2] - 28:9, 335:23

**terminated** [1] - 95:17

**terminates** [1] - 349:12

**terminating** [1] - 403:10

**terminology** [1] - 67:2

**terms** [19] - 94:25, 163:22, 196:19, 200:17, 200:18, 204:5, 205:2, 215:16, 216:3, 218:19, 334:15, 334:23, 340:9, 340:25, 348:21, 348:22, 373:7, 375:11

**terrible** [2] - 251:9, 306:11

**terribly** [1] - 236:18

**terrified** [1] - 289:13

**terror** [3] - 34:3,

235:17, 279:18

**terrorism** [1] - 77:10

**terrorist** [5] - 34:3, 64:19, 70:12, 82:9, 82:10

**terrorists** [4] - 63:10, 70:14, 70:22, 261:12

**terrorized** [1] - 234:3

**terrorizing** [2] - 44:7, 59:17

**Terry** [4] - 9:8, 243:10, 372:23, 372:24

**test** [2] - 59:23, 251:14

**testify** [2] - 243:22, 245:20

**testimonies** [1] - 249:15

**testimony** [1] - 100:23

**testing** [2] - 73:2, 288:22

**tests** [1] - 418:2

**Thaler** [2] - 239:6, 239:8

**THALER** [1] - 239:7

**thankful** [1] - 21:4

**theater** [1] - 35:24

**themselves** [20] - 35:16, 48:13, 58:23, 64:12, 106:13, 107:5, 207:15, 232:24, 237:15, 247:23, 253:6, 253:11,

266:12, 272:25, 300:16, 300:20, 309:20, 310:5, 310:13, 310:17

**theoretically** [1] - 122:23

**there'll** [2] - 354:3, 360:4

**There'll** [1] - 136:10

**thereafter** [1] - 336:7

**thereby** [3] - 54:6, 203:25, 283:23

**therefore** [5] - 36:4, 80:18, 320:12, 347:9, 403:9

**Therefore** [2] - 127:9, 282:18

**therein** [1] - 354:7

**they've** [4] - 17:23, 191:3, 305:18, 384:6

**THILLET** [1] - 314:21

**Thillet** [2] - 9:13, 315:2

**thing's** [1] - 136:2

**thinking** [3] - 186:15, 222:11, 304:7

**thinks** [2] - 247:10, 259:4

**third** [5] - 14:4, 290:3, 335:11, 335:24, 345:6

**Third** [1] - 46:6

**Tholer** [1] - 7:5

**THOMAS** [1] - 2:6

**Thomas** [1] - 84:24

**Thompson** [1] - 383:14

**thoroughly** [1] - 355:11

**thoughtful** [1] - 55:3

**thoughts** [2] - 350:16, 387:9

**thousand** [1] - 410:23

**thousands** [5] - 324:24, 371:4, 394:10, 404:8, 414:17

**threat** [10] - 30:20, 47:22, 65:11, 102:2, 199:23, 213:25, 215:21, 288:19, 289:15, 292:16

**threaten** [6] - 102:6, 107:16, 199:5, 256:15, 418:21, 420:6

**threatened** [5] - 76:9, 108:20, 235:11, 286:13, 292:4

**threatening** [3] - 257:16, 268:10, 310:6

**threatens** [4] - 46:13, 231:8, 231:22, 402:9

**threats** [3] - 46:25, 234:23, 283:17

**three** [33] - 11:4, 11:8, 11:21, 24:8, 52:16, 53:5, 55:6,

57:24, 67:16, 94:21, 97:14, 98:8, 182:18, 182:24, 195:2, 220:6, 223:9, 224:5, 276:24, 277:10, 277:24, 287:19, 334:15, 334:17, 335:19, 336:3, 336:6, 345:5, 345:8, 370:3, 378:21, 400:8, 412:17

**Three** [2] - 55:6, 362:19

**threshold** [1] - 147:7

**thresholds** [1] - 347:5

**threw** [2] - 137:24, 283:13

**throats** [1] - 73:14

**Throughout** [1] - 426:3

**throughout** [8] - 29:10, 31:13, 112:24, 136:17, 225:12, 359:3, 359:25, 401:23

**throw** [3] - 111:4, 188:17, 412:8

**throwing** [6] - 136:23, 155:4, 158:3, 160:14, 186:19

**thrown** [8] - 109:4, 111:15, 144:7, 144:14, 171:21, 188:13, 286:14,

286:15

**thug** [1] - 316:21

**thugs** [5] - 30:12, 32:6, 76:13, 76:16, 105:25

**Thursday** [1] - 23:23

**tickets** [1] - 180:9

**tie** [3] - 209:5, 391:12, 409:24

**tied** [6] - 23:6, 199:18, 200:9, 202:5, 205:25, 209:4

**tiered** [1] - 149:18

**ties** [1] - 197:18

**tighten** [1] - 207:25

**Tighten** [1] - 207:25

**Tiller** [1] - 218:3

**timeframe** [1] - 360:16

**timeline** [3] - 163:22, 359:16, 360:3

**timely** [1] - 164:6

**timer** [1] - 224:8

**timing** [1] - 52:16

**Timothee** [1] - 248:9

**tint** [1] - 241:3

**tinted** [1] - 38:6

**tip** [2] - 39:2, 40:17

**tired** [4] - 104:21, 284:6, 313:12, 313:17

**title** [2] - 54:11, 223:20

**Title** [1] - 221:19

**tobacco** [2] - 398:5, 400:17

**today** [111] - 10:7, 11:5, 12:12, 12:13, 14:21, 19:6, 20:12, 21:9, 25:24, 27:6, 28:6, 31:22, 32:4, 37:16, 41:24, 44:22, 45:12, 47:4, 52:3, 52:24, 56:23, 58:8, 58:20, 59:23, 63:25, 69:12, 77:12, 77:24, 79:22, 80:23, 81:3, 81:11, 82:24, 97:3, 104:11, 106:3, 106:15, 108:5, 115:9, 116:21, 117:7, 118:8, 119:3, 120:7, 125:18, 125:20, 126:4, 127:11, 127:25, 128:10, 129:5, 132:15, 133:3, 133:9, 142:14, 143:12, 143:18, 160:7, 163:24, 165:24, 172:20, 173:14, 174:18, 183:2, 183:10, 185:2, 191:3, 192:11, 193:8, 195:8, 201:7, 202:19, 219:5, 224:17, 227:21, 229:16, 230:4, 236:5,

242:22, 243:22, 245:18, 245:20, 247:2, 249:16, 249:20, 255:18, 259:22, 262:6, 266:2, 274:20, 275:11, 280:2, 294:7, 305:2, 311:17, 316:22, 320:2, 325:23, 327:17, 331:24, 332:17, 348:16, 352:10, 357:9, 391:2, 391:16, 394:11, 395:15, 406:14, 420:2

**Today** [5] - 22:14, 108:8, 117:7, 182:23, 245:9

**today's** [1] - 337:22

**toes** [1] - 293:23

**Together** [4] - 242:18, 243:14, 249:7, 364:2

**together** [24] - 99:14, 109:12, 119:13, 121:21, 127:21, 127:22, 127:24, 132:5, 132:10, 144:17, 152:13, 165:9, 165:18, 197:9, 197:10, 197:23, 200:11, 202:8, 211:13, 232:12, 326:4, 364:2, 373:10, 376:6

**token** [1] - 412:11

**tolerance** [2] - 141:11, 141:12

**tolerate** [1] - 125:7

**tolerated** [3] - 125:9, 235:18, 241:14

**tomorrow** [1] - 297:12

**tone** [1] - 294:17

**tonight** [8] - 343:13, 344:23, 345:10, 345:25, 346:4, 349:7, 395:9, 408:8

**took** [8] - 81:24, 105:11, 116:17, 160:9, 160:10, 167:4, 278:4, 325:20

**tool** [23] - 47:5, 138:25, 139:3, 141:22, 143:13, 153:24, 160:16, 176:25, 178:14, 178:17, 181:16, 183:19, 184:23, 184:25, 210:16, 241:15, 251:9, 258:23, 263:15, 264:8, 266:9, 300:3, 301:21

**toolbox** [2] - 181:17, 183:20

**toolkit** [1] - 240:13

**tools** [6] - 184:14, 190:14, 241:13, 250:23, 251:7, 266:10

**Top** [4] - 10:22, 12:6, 183:12, 280:14

**top** [12] - 12:16, 15:21, 16:10, 72:18, 73:17, 137:24, 179:2, 179:10, 179:13, 180:21, 184:22, 217:25

**totally** [3] - 188:5, 250:19, 326:10

**touch** [1] - 126:19

**tough** [1] - 410:15

**tougher** [1] - 154:22

**tourism** [1] - 416:11

**tourist** [1] - 416:8

**tourists** [1] - 79:9

**Tow** [1] - 69:14

**toward** [1] - 350:12

**towards** [5] - 78:3, 228:24, 231:11, 408:24, 419:5

**Town** [8] - 6:9, 23:17, 55:14, 355:18, 355:21, 358:12, 358:13, 358:18

**town** [5] - 55:21, 368:11, 368:14, 372:18, 394:8

**Town's** [1] - 359:7

**Towns** [1] - 291:13

**towns** [2] - 32:24, 400:3

**toxic** [1] - 393:9

**trace** [1] - 72:24

**Track** [1] - 401:13

**track** [1] - 180:4

**tracked** [1] - 179:3

**tracking** [1] - 241:18

**tracks** [1] - 63:11

**Trades** [3] - 342:16, 361:8, 361:21

**trades** [1] - 414:25

**traffic** [7] - 73:5, 79:3, 175:21, 237:6, 271:12, 298:20, 367:7

**Traffic** [1] - 241:6

**trafficking** [2] - 80:10, 388:13

**train** [8] - 17:2, 159:20, 161:7, 163:7, 164:11, 202:8, 208:4, 419:11

**trained** [16] - 16:15, 16:16, 16:22, 16:23, 20:18, 135:21, 143:9, 164:17, 166:9, 190:6, 190:7, 258:22, 276:3, 276:4

**training** [24] - 17:2, 17:3, 66:9, 66:14, 67:13, 74:7, 101:15, 119:11, 139:13, 159:9, 161:5, 163:10, 163:14, 163:15, 163:18, 164:15, 164:19, 164:21, 164:23, 182:10, 208:8, 316:5, 419:6, 419:13

**trampling** [1] - 113:7

**transcribed** [1] - 133:25

**transcript** [2] - 336:25, 353:13

**transcription** [1] - 429:12

**Transer** [2] - 224:10, 224:12

**TRANSER** [1] - 224:11

**transfer** [3] - 366:20, 370:13, 417:15

**transgender** [6] - 66:7, 66:20, 69:4, 159:21, 216:7, 216:8

**transit** [3] - 367:14, 367:17, 367:18

**transition** [2] - 370:4, 370:8

**transitioning** [1] - 370:5

**transmissible** [1] - 107:6

**transmission** [6] - 250:20, 251:8, 296:14, 301:22, 302:2, 310:2

**transmitted** [1] - 230:20

**Transparency** [26] - 28:22, 33:4, 37:24, 40:15, 45:14, 46:12, 47:4, 49:7, 50:10, 57:12, 64:6, 75:2,

81:11, 100:24, 104:9, 104:12, 256:10, 262:7, 266:4, 278:6, 281:15, 282:18, 296:6, 299:20, 315:10

**transparency** [1] - 402:19

**transparent** [2] - 357:16, 404:3

**transplant** [2] - 46:11, 47:19

**transported** [1] - 23:17

**traumatic** [2] - 289:20, 297:2

**traumatized** [1] - 274:19

**travel** [2] - 363:23, 396:11

**traveling** [5] - 197:9, 197:10, 202:7, 367:24, 368:2

**traverse** [1] - 368:4

**Treasurer** [1] - 92:4

**treat** [3] - 149:15, 315:15, 375:25

**treated** [3] - 305:3, 316:24, 413:17

**treating** [1] - 407:2

**treatment** [2] - 251:15, 407:18

**tremble** [2] - 275:19

**tremendous** [2] - 40:3, 191:2

**trends** [1] - 174:14

**trial** [1] - 254:2

**trials** [1] - 417:25

**tried** [4] - 14:17, 17:17, 75:25, 111:9

**triggering** [1] - 308:9

**triumphs** [1] - 417:25

**trouble** [2] - 18:17, 97:6

**truck** [1] - 17:22

**trucks** [2] - 367:24, 367:25

**true** [3] - 18:18, 168:5, 179:22

**truly** [8] - 18:16, 19:4, 22:14, 39:17, 138:11, 161:14, 229:5, 275:19

**trust** [16] - 35:15, 48:16, 48:19, 48:20, 49:10, 82:18, 157:5, 165:11, 182:3, 182:16, 183:13, 186:5, 186:6, 385:5, 387:25, 403:7

**Trustee** [1] - 327:16

**trustee** [1] - 220:24

**trustees** [1] - 78:8

**Trustees** [3] - 79:25, 96:23, 327:14

**trustworthiness** [1] - 32:13

**truth** [2] - 158:11,

263:18

**Try** [1] - 141:3

**try** [13] - 38:19, 41:20, 75:11, 115:18, 136:19, 136:20, 136:21, 137:3, 144:22, 297:24, 320:5, 361:22, 361:23

**trying** [23] - 109:6, 115:20, 125:8, 134:11, 134:15, 135:7, 144:4, 200:7, 202:18, 208:11, 211:19, 236:24, 239:19, 247:23, 248:10, 266:22, 267:21, 275:10, 294:14, 294:21, 297:24, 306:20, 378:10

**tube** [1] - 14:17

**tune** [1] - 163:17

**turmoil** [1] - 363:14

**turn** [11] - 10:24, 32:10, 108:11, 119:18, 134:7, 134:8, 243:24, 278:20, 293:19, 304:25, 343:3

**turned** [5] - 44:12, 75:14, 276:24, 293:9, 317:19

**turning** [1] - 155:3

**Turnpike** [1] - 382:14

**turns** [1] - 64:14

**Twenty** [1] - 242:22

**twisting** [2] - 156:6,

156:22

**Two** [4] - 22:3, 234:9, 297:6, 408:10

**two** [51] - 25:12, 44:16, 53:4, 53:16, 74:2, 74:23, 75:3, 75:4, 75:23, 95:2, 99:14, 120:24, 126:14, 133:9, 141:19, 151:7, 174:22, 175:15, 179:10, 180:21, 181:16, 198:15, 198:25, 210:20, 213:24, 214:14, 217:10, 233:16, 248:2, 263:5, 279:10, 289:22, 293:12, 298:12, 301:15, 332:12, 335:4, 361:5, 362:17, 368:11, 370:2, 370:17, 373:10, 374:17, 394:15, 400:13, 403:21, 403:25, 408:6, 412:18, 427:14

**tying** [1] - 391:4

**type** [15] - 58:10, 59:3, 61:7, 103:4, 103:16, 126:3, 161:4, 167:10, 172:12, 196:2, 197:11, 241:15, 413:18, 414:22

**Type** [6] - 345:3, 345:4, 346:5,

347:3, 347:18

**types** [3] - 182:9, 388:12, 395:13

**typical** [3] - 350:21, 359:20, 359:21

**typically** [5] - 95:21, 96:11, 353:6, 356:4, 357:5

**Tyrone** [1] - 218:8

## U

**U.S** [1] - 60:20

**ultimately** [3] - 23:20, 315:18, 351:24

**Ultimately** [2] - 14:13, 257:19

**unable** [4] - 76:12, 146:21, 277:4, 303:13

**unanimous** [9] - 39:17, 56:24, 78:8, 79:24, 91:3, 93:3, 99:2, 331:18, 424:22

**Unanimously** [1] - 421:9

**unanimously** [5] - 17:20, 19:2, 44:23, 89:18, 330:2

**Unbelievable** [1] - 76:8

**unclassified** [2] - 169:7, 174:3

**unclear** [2] - 237:2, 237:5

**uncommon** [1] -

207:16

**unconscionable** [4] - 281:17, 362:11, 364:4, 364:13

**unconscious** [2] - 14:5, 291:2

**Under** [2] - 218:10, 334:22

**under** [38] - 40:13, 41:7, 41:21, 54:10, 77:5, 102:18, 122:21, 145:4, 146:14, 150:17, 151:9, 169:5, 172:13, 192:8, 196:22, 198:18, 200:4, 205:22, 206:20, 206:21, 209:16, 209:21, 210:2, 210:15, 212:3, 213:8, 244:15, 264:19, 337:15, 338:12, 339:4, 344:25, 346:5, 348:25, 360:10, 374:5, 375:24, 376:3

**underemployed** [1] - 288:15

**underlying** [1] - 370:11

**underscores** [1] - 283:4

**understood** [2] - 174:9, 390:6

**Understood** [6] - 174:24, 175:25,

209:14, 216:5, 218:21, 357:7

**undertones** [1] - 393:22

**underutilized** [1] - 398:25

**underwritten** [1] - 268:14

**undisputable** [1] - 207:10

**unemployed** [1] - 288:15

**unequivocally** [1] - 78:15

**unfair** [4] - 54:14, 122:10, 372:3, 391:8

**unfavorable** [1] - 215:11

**unfortunate** [1] - 255:12

**unfortunately** [3] - 28:17, 34:22, 58:9

**Unfortunately** [3] - 126:11, 309:16, 369:18

**Ungar** [1] - 6:16

**UNGER** [4] - 69:10, 69:18, 70:21, 71:20

**Unger** [3] - 69:13, 292:22

**unhealthy** [1] - 244:13

**uninfected** [1] - 300:18

**uninformed** [1] - 391:12

**unintended** [1] -

45:19

**Union** [5] - 29:8, 236:5, 284:10, 284:16, 342:10

**union** [11] - 96:13, 342:12, 369:25, 372:7, 381:19, 385:21, 385:24, 386:7, 414:14, 414:17, 414:25

**Uniondale** [13] - 328:13, 330:12, 366:16, 366:18, 366:22, 368:10, 368:14, 387:4, 387:19, 405:20, 407:23, 407:25

**unions** [4] - 189:11, 342:18, 379:6, 379:8

**unique** [1] - 415:24

**unit** [2] - 94:22, 95:21

**unite** [1] - 51:20

**United** [13] - 51:18, 58:3, 58:15, 59:18, 72:3, 221:19, 222:12, 222:14, 273:5, 278:25, 280:16, 363:16, 396:15

**units** [2] - 12:15, 384:12

**universities** [4] - 76:15, 273:5, 384:25, 400:13

**university** [3] - 71:2, 372:3, 372:5

**University** [17] -

42:11, 44:14, 51:5, 66:16, 66:17, 82:2, 210:11, 210:22, 220:22, 241:24, 290:2, 357:11, 370:25, 373:2, 393:12, 394:4, 417:9

**unlawful** [2] - 194:12, 283:23

**unlawfully** [2] - 168:20, 169:24

**unless** [3] - 67:25, 141:10, 146:8

**unlike** [2] - 28:18, 419:3

**unlisted** [4] - 338:2, 345:4, 346:6, 346:20

**unmask** [2] - 231:2, 245:9

**unmasked** [2] - 237:16, 279:21

**unnatural** [1] - 194:5

**unnecessarily** [2] - 225:19, 266:8

**unnecessary** [1] - 316:4

**unpaid** [1] - 220:23

**unreasonable** [1] - 48:6

**unrecognized** [1] - 20:7

**unreported** [1] - 31:5

**unresponsive** [1] - 13:16

**unrest** [1] - 146:9

**unsafe** [1] - 104:23

**unsuccessfully** [1] - 76:4

**unsurpassed** [1] - 114:15

**untrained** [1] - 227:2

**unusual** [1] - 194:5

**unwarranted** [1] - 49:2

**up** [114] - 12:8, 13:13, 13:25, 14:5, 14:8, 14:13, 14:15, 14:16, 17:16, 21:14, 22:17, 22:20, 22:24, 26:9, 28:18, 30:25, 34:24, 41:12, 43:23, 45:5, 54:4, 58:5, 58:25, 59:17, 63:13, 66:23, 68:2, 72:17, 73:22, 99:3, 103:12, 108:18, 109:7, 110:8, 110:15, 115:10, 115:19, 122:19, 124:20, 138:8, 148:12, 149:16, 150:15, 152:15, 152:21, 154:14, 163:17, 166:8, 169:14, 169:16, 171:2, 171:25, 176:4, 177:11, 183:4, 183:8, 184:13, 185:12, 187:6,

193:25, 196:8, 196:24, 197:4, 202:22, 207:25, 208:2, 215:10, 222:22, 223:12, 228:22, 229:19, 239:2, 254:11, 257:14, 259:19, 260:11, 260:12, 261:16, 283:12, 287:25, 288:23, 290:12, 291:22, 293:3, 293:20, 298:6, 298:13, 298:14, 300:5, 301:2, 304:9, 304:14, 305:10, 311:20, 312:4, 312:17, 314:2, 314:19, 318:16, 331:21, 341:7, 351:25, 372:5, 378:24, 386:19, 390:7, 391:4, 391:13, 394:15, 396:22, 399:21, 408:5, 409:24, 416:17

**updated** [1] - 293:15

**updates** [2] - 328:23, 330:25

**upfront** [1] - 398:24

**upheld** [2] - 106:25, 196:4

**uphold** [2] - 143:20, 369:9

**upkeep** [1] - 348:15

**upright** [1] - 293:18

**upsetting** [1] -

238:21

**upstairs** [1] - 290:5

**upstate** [1] - 398:16

**uptick** [2] - 101:2, 177:4

**Urban** [1] - 265:24

**urge** [11] - 39:15, 65:14, 77:22, 245:24, 265:12, 266:2, 309:4, 375:19, 383:7, 403:9, 403:16

**urged** [1] - 243:22

**urgent** [1] - 283:16

**urgently** [1] - 290:21

**urges** [1] - 80:13

**US** [4] - 244:18, 251:3, 301:5, 419:11

**uses** [4] - 333:10, 338:22, 340:11, 340:18

**usher** [1] - 410:16

**Utao** [1] - 380:12

**utilization** [1] - 268:2

**utilize** [3] - 339:17, 368:3, 415:13

**V**

**vaccinated** [3] - 244:6, 259:21, 302:8

**vaccine** [2] - 251:15, 253:24

**Vaccines** [1] - 250:18

**vaccines** [2] -

250:22, 286:23

**vagaries** [1] - 237:19

**vague** [8] - 114:12, 197:8, 200:9, 202:7, 217:2, 230:10, 238:8, 268:7

**vagueness** [3] - 197:17, 197:21, 250:2

**Valerie** [1] - 376:12

**valiant** [1] - 114:14

**valid** [1] - 359:8

**valuable** [1] - 426:19

**value** [5] - 174:12, 176:25, 177:2, 177:3, 374:24

**values** [5] - 70:8, 381:16, 381:17, 382:20, 400:13

**Vanessa** [3] - 6:25, 232:20, 255:21

**variant** [1] - 302:13

**variants** [1] - 242:25

**variety** [2] - 301:12, 412:24

**various** [4] - 69:22, 92:6, 360:6

**vastly** [1] - 47:2

**Vax** [1] - 250:24

**Vazquez** [1] - 383:10

**Vegas** [20] - 370:21, 373:4, 373:11, 373:17, 374:3, 374:15, 374:24,

375:7, 381:7, 381:9, 383:25, 385:5, 385:7, 385:23, 389:17, 390:3, 392:14, 414:9, 415:6, 415:16

**vehicle** [4] - 175:20, 206:22, 367:7, 367:20

**Vehicle** [1] - 241:6

**vehicles** [3] - 367:23, 368:8, 368:21

**vendor** [1] - 239:24

**venue** [5] - 340:4, 340:5, 340:17, 341:8

**verbal** [72] - 72:9, 87:24, 89:15, 90:24, 92:24, 97:18, 98:23, 100:17, 105:24, 156:16, 232:18, 235:22, 242:13, 248:24, 252:16, 255:23, 256:3, 261:23, 265:17, 270:3, 273:21, 274:4, 274:8, 277:18, 292:23, 299:5, 299:9, 299:13, 302:20, 306:24, 307:4, 311:4, 311:8, 314:5, 314:8, 319:11, 322:18, 323:24, 329:23, 331:15, 364:20, 364:24, 365:13,

365:21, 365:25, 366:8, 376:14, 376:18, 376:22, 377:3, 377:7, 380:6, 380:10, 380:14, 380:17, 380:20, 383:11, 383:15, 386:23, 389:10, 392:22, 395:24, 396:4, 397:19, 397:23, 401:3, 421:2, 421:6, 422:9, 424:19, 427:17, 428:9

**verbally** [1] - 249:22

**verbatim** [1] - 356:6

**Verdi** [1] - 19:16

**versed** [2] - 274:23, 409:20

**version** [1] - 224:15

**versus** [4] - 90:7, 238:22, 247:22, 298:24

**veteran** [2] - 60:21, 261:2

**Veterans** [4] - 328:12, 330:11, 411:11, 416:9

**veterans** [3] - 412:11, 412:19, 412:22

**veterinarian** [1] - 23:19

**vetted** [2] - 103:18, 195:7

**VI** [1] - 221:19

**via** [1] - 245:24

**vibrancy** [1] - 416:5

**Vice** [1] - 99:7

**vice** [2] - 64:2, 425:8

**Victim** [1] - 41:3

**victim** [1] - 133:12

**victimization** [1] - 134:12

**victimized** [1] - 133:11

**victims** [1] - 134:13

**video** [7] - 138:5, 218:4, 260:18, 260:23, 261:6, 261:7, 401:18

**view** [3] - 267:11, 268:9, 402:23

**viewed** [1] - 373:6

**views** [2] - 255:12, 321:22

**village** [6] - 17:3, 80:4, 80:12, 125:23, 163:16, 296:5

**Village** [8] - 22:23, 46:2, 77:19, 78:6, 125:21, 126:2, 284:16, 327:14

**violate** [2] - 237:14, 254:21

**violated** [1] - 237:10

**violating** [2] - 130:15, 256:20

**violation** [14] - 110:3, 110:21, 122:19, 147:6, 193:21, 195:14,

203:24, 204:16, 204:18, 205:7, 209:12, 237:18, 391:7, 409:3

**violations** [4] - 49:9, 173:4, 236:19, 384:6

**violence** [21] - 30:5, 33:24, 34:6, 44:12, 56:2, 56:18, 57:3, 61:12, 64:22, 65:9, 65:19, 136:6, 141:10, 141:11, 177:4, 231:11, 235:7, 269:19, 272:25, 273:15

**violent** [15] - 30:12, 31:4, 33:13, 34:6, 56:9, 64:14, 70:14, 76:10, 136:13, 137:19, 184:16, 260:5, 265:7, 278:3, 283:8

**violently** [1] - 71:12

**viral** [2] - 248:8, 307:16

**Virginia** [2] - 31:17, 106:16

**Virginia's** [1] - 106:17

**virtually** [3] - 142:10, 172:5, 317:8

**virus** [9] - 105:7, 250:12, 263:24, 264:3, 294:14,

**viruses** [2] - 245:8, 309:10

**Viscusi** [2] - 13:7, 16:5

**visible** [2] - 268:24, 293:24

**visibly** [1] - 298:3

**vision** [3] - 415:14, 416:12, 416:14

**visit** [2] - 303:4, 396:12

**visiting** [1] - 290:4

**visitors** [2] - 233:3, 399:13

**vital** [2] - 29:16, 46:18

**Vivas** [1] - 395:23

**voice** [7] - 45:12, 70:4, 70:5, 154:14, 228:11, 256:9, 392:13

**voices** [1] - 70:5

**volatile** [2] - 275:23, 276:2

**volunteering** [1] - 111:20

**volunteers** [1] - 243:15

**Volz** [1] - 380:19

**Vote** [4] - 82:23, 259:10, 283:25, 289:18

**vote** [45] - 32:4, 32:5, 34:24, 50:11, 61:16, 63:3, 74:10, 74:13, 77:12,

90:13, 92:10, 123:21, 123:23, 157:5, 227:20, 242:22, 245:9, 255:17, 265:12, 266:3, 296:5, 314:12, 318:15, 324:6, 324:9, 326:20, 329:15, 331:7, 364:6, 364:11, 389:16, 390:8, 390:20, 391:2, 391:17, 392:5, 392:6, 392:13, 408:23, 410:8, 411:3, 414:9, 420:11

**voted** [4] - 54:23, 63:9, 74:12, 78:8

**voters** [4] - 377:25, 378:23, 410:11, 410:12

**votes** [1] - 395:17

**voting** [12] - 31:22, 32:8, 62:25, 90:9, 116:21, 123:10, 123:21, 269:21, 283:20, 321:25, 371:21, 410:6

**vulnerable** [10] - 47:25, 243:25, 250:7, 253:12, 255:2, 300:8, 300:19, 309:17, 310:4, 317:9

## W

**wage** [1] - 415:8

**wagering** [2] - 340:4, 340:16

**wages** [1] - 361:24
**WAGNER** [6] - 343:7, 356:24, 358:17, 359:12, 359:19, 360:8
**Wagner** [3] - 5:11, 343:4, 343:8
**waistband** [1] - 149:25
**wait** [2] - 120:22, 258:25
**Wait** [1] - 162:4
**waited** [1] - 312:12
**waiting** [4] - 158:25, 219:9, 224:7, 410:12
**waive** [1] - 11:6
**walk** [10] - 55:10, 61:20, 76:11, 148:12, 150:15, 152:21, 197:19, 203:19, 204:12, 204:15
**walked** [3] - 54:17, 103:13, 210:13
**WALKER** [7] - 4:6, 20:22, 86:19, 321:9, 322:12, 323:18, 422:2
**Walker** [4] - 20:21, 86:18, 92:15, 424:11
**walking** [7] - 12:23, 140:22, 163:21, 189:16, 204:15, 205:25, 260:16
**Wall** [2] - 240:11, 407:9
**wall** [3] - 193:11,

412:15, 419:25
**walls** [1] - 275:22
**Wantagh** [1] - 64:3
**Wantagh-Seaford** [1] - 64:3
**wants** [17] - 11:20, 15:20, 21:3, 34:13, 71:24, 84:16, 124:24, 218:3, 227:22, 273:7, 318:20, 379:8, 379:9, 405:5, 410:23, 413:6
**WAPNER** [1] - 259:15
**Wapner** [3] - 7:15, 259:14, 259:16
**war** [3] - 74:24, 74:25, 276:17
**wardrobe** [1] - 143:4
**warmth** [1] - 48:11
**warned** [1] - 33:14
**wash** [1] - 59:12
**waste** [4] - 109:6, 188:18, 391:5, 411:9
**wastewater** [2] - 301:4, 303:24
**watch** [2] - 224:9, 388:21
**watching** [2] - 186:11, 187:2
**water** [5] - 73:6, 73:8, 286:15, 399:15, 399:16
**wave** [2] - 250:21, 301:3

**waving** [1] - 233:12
**Wayne** [1] - 45:25
**ways** [2] - 156:8, 240:8
**wealth** [9] - 382:19, 382:20, 382:22, 414:7, 415:3, 415:5, 415:12, 415:25, 416:15
**weapon** [10] - 168:8, 168:16, 169:22, 169:23, 169:24, 170:5, 170:6, 170:18, 183:20, 280:8
**weaponize** [2] - 183:21, 292:2
**weaponizing** [1] - 285:6
**wear** [42] - 48:4, 59:11, 62:5, 81:14, 102:19, 105:9, 106:8, 106:12, 107:4, 107:8, 119:5, 149:9, 162:22, 171:10, 188:3, 191:24, 192:18, 192:23, 192:24, 194:22, 205:21, 212:20, 212:25, 213:12, 221:15, 226:18, 228:25, 239:21, 246:4, 271:20, 281:18, 285:3, 289:6, 296:11, 298:16, 300:9, 300:13, 302:9, 305:19, 306:4, 306:7

**wearer** [5] - 53:10, 257:6, 271:24, 298:24, 315:15
**wearer"** [1] - 53:8
**wearers** [3] - 230:8, 240:18, 241:16
**Wearing** [4] - 65:3, 177:10, 255:2, 301:19
**wearing** [112] - 33:16, 33:17, 47:9, 47:22, 53:2, 56:13, 56:15, 62:4, 62:14, 64:17, 65:7, 71:11, 71:13, 75:20, 76:7, 102:18, 102:22, 106:19, 125:24, 126:5, 126:6, 130:21, 133:4, 134:22, 139:8, 140:15, 141:14, 142:5, 142:11, 142:15, 142:21, 145:23, 147:9, 147:11, 147:24, 148:9, 148:11, 148:25, 150:16, 151:15, 151:18, 151:20, 152:25, 153:15, 155:7, 156:19, 158:6, 165:14, 166:6, 166:7, 169:8, 169:11, 169:15, 170:11, 171:8, 174:5, 174:15, 174:22, 176:22, 177:6, 177:12,

179:24, 186:18, 187:7, 198:6, 198:8, 203:7, 203:10, 203:21, 205:5, 207:18, 207:21, 207:23, 210:3, 217:19, 217:22, 218:5, 224:20, 226:13, 226:20, 234:5, 237:4, 238:4, 244:23, 246:25, 247:17, 248:6, 248:10, 250:14, 252:3, 253:5, 256:17, 261:11, 264:20, 271:15, 272:24, 275:25, 276:8, 279:3, 281:21, 290:6, 290:16, 292:5, 292:17, 297:22, 298:22, 302:15, 305:7, 305:25, 315:12, 317:16, 420:2

**wears** [2] - 316:7, 400:8

**Webber** [1] - 243:4

**website** [3] - 239:16, 239:20, 240:3

**Wednesday** [1] - 283:9

**week** [2] - 71:4, 174:21

**weekly** [1] - 70:2

**weeks** [9] - 37:2, 105:18, 182:18, 182:24, 234:9,

254:9, 263:5, 278:2, 304:23

**welcome** [3] - 10:18, 97:7, 318:5

**welcoming** [1] - 419:4

**well-being** [2] - 283:24, 403:3

**well-fitting** [1] - 301:19

**West** [2] - 5:9, 332:11

**Westbury** [5] - 52:19, 401:16, 402:10, 403:25, 411:5

**Western** [1] - 36:23

**whatsoever** [2] - 103:5, 169:2

**Whereas** [3] - 80:2, 80:13, 142:13

**whereas** [2] - 80:7, 347:14

**WHEREOF** [1] - 429:13

**whistles** [1] - 412:25

**White** [2] - 332:14, 412:7

**white** [11] - 60:13, 177:24, 178:3, 178:19, 178:20, 209:19, 261:8, 286:4, 292:3, 297:25, 306:8

**WHITTON** [22] - 3:17, 87:4, 108:15, 144:3, 145:15, 145:20,

146:24, 147:20, 148:6, 149:4, 150:8, 158:17, 158:22, 185:11, 185:15, 320:14, 323:3, 326:2, 326:9, 326:16, 326:18, 422:6

**Whitton** [7] - 87:3, 94:11, 108:14, 144:2, 331:6, 371:7, 390:12

**who've** [1] - 306:14

**whole** [8] - 25:15, 165:12, 213:7, 259:19, 260:11, 278:6, 285:18, 356:12

**wholly** [1] - 281:16

**widespread** [1] - 309:9

**Wilkerson** [1] - 291:14

**WILLIAM** [1] - 3:24

**William** [5] - 6:11, 45:10, 85:15, 224:10, 224:11

**Williams** [1] - 377:14

**WILLIAMS** [1] - 377:15

**willing** [2] - 115:5, 123:6

**Wilson** [1] - 365:12

**windows** [3] - 38:5, 176:8, 241:3

**winter** [1] - 258:25

**Wire** [1] - 362:19

**wise** [1] - 294:17

**wish** [10] - 50:14, 50:18, 50:25, 130:7, 189:4, 297:13, 303:25, 306:16, 306:18, 377:17

**withstand** [1] - 134:18

**WITNESS** [1] - 429:13

**witness** [3] - 23:4, 160:23, 214:19

**wives** [1] - 412:6

**WMBEs** [1] - 363:20

**woke** [2] - 13:25, 14:16

**woman** [4] - 262:17, 266:2, 277:8, 411:24

**women** [5] - 32:13, 161:2, 172:14, 410:12, 412:8

**wonder** [1] - 290:24

**wonderful** [6] - 21:6, 23:20, 26:10, 27:15, 36:20, 65:16

**word** [9] - 155:19, 156:7, 156:22, 175:17, 316:21, 325:7, 325:20, 395:14, 406:25

**wording** [3] - 145:6, 145:7, 152:6

**words** [15] - 18:9, 19:10, 24:11, 54:14, 101:22,

102:20, 131:8, 133:25, 141:2, 154:16, 154:17, 182:12, 233:19, 252:25, 308:17

**wore** [3] - 62:10, 173:21, 221:23

**workers** [5] - 243:8, 357:25, 372:8, 413:21, 419:11

**workforce** [2] - 386:2, 419:5

**workplace** [1] - 300:21

**works** [6] - 73:15, 135:2, 259:12, 307:25, 326:23, 365:11

**Works** [1] - 74:6

**world** [10] - 25:15, 184:19, 233:25, 242:20, 288:17, 288:24, 309:19, 315:22, 363:15, 406:19

**world's** [1] - 68:18

**worn** [10] - 48:11, 53:8, 82:20, 101:7, 143:4, 251:6, 257:5, 257:11, 266:6

**worried** [1] - 302:6

**worry** [7] - 84:6, 254:5, 280:4, 280:10, 289:4, 289:6, 306:17

**Worse** [1] - 231:10

**worse** [7] - 76:21, 114:10, 137:2,

137:20, 298:4, 300:13, 308:10

**worsen** [1] - 46:16

**worship** [1] - 66:13

**worst** [2] - 269:20, 308:7

**worth** [1] - 318:12

**wrap** [1] - 222:22

**wrapped** [1] - 261:11

**wreck** [1] - 400:20

**write** [3] - 138:12, 152:11, 303:13

**writer** [1] - 254:13

**writes** [1] - 254:15

**writing** [2] - 234:7, 419:24

**written** [21] - 78:11, 104:17, 111:8, 116:13, 150:13, 151:8, 153:2, 157:9, 186:25, 224:15, 236:13, 259:9, 264:11, 279:6, 281:16, 282:20, 329:5, 351:15, 351:18, 353:14, 401:8

**wrongdoing** [1] - 229:9

**wrongful** [1] - 282:16

**wrote** [1] - 293:5

---

**Y**

---

**y'all** [3] - 293:21, 312:23, 312:25

**Yaffa** [3] - 7:22, 272:13, 272:14

**yank** [1] - 162:3

**year** [47] - 12:22, 25:12, 37:15, 72:23, 94:21, 98:9, 110:8, 110:23, 151:9, 156:11, 159:19, 173:2, 177:21, 177:23, 178:2, 190:18, 196:15, 196:25, 197:4, 204:2, 205:5, 253:20, 262:16, 294:13, 295:18, 334:18, 335:11, 335:24, 336:5, 336:7, 336:13, 357:20, 369:11, 372:16, 374:11, 374:21, 381:7, 381:8, 385:23, 390:22, 391:15, 391:24, 399:18, 408:21, 409:3, 409:11, 409:22

**years** [80] - 17:16, 24:8, 26:14, 41:18, 43:24, 43:25, 44:6, 46:3, 60:22, 81:8, 95:2, 96:23, 97:14, 103:11, 138:18, 142:23, 152:20, 169:4, 175:15, 181:21, 181:22, 181:24, 182:2, 182:4, 193:24, 196:3, 214:14, 243:20, 252:23, 262:22, 264:4,

270:10, 270:12, 272:16, 274:17, 275:5, 288:6, 289:22, 294:13, 297:6, 303:8, 303:12, 307:21, 308:25, 313:8, 334:14, 334:15, 334:17, 334:19, 334:22, 335:4, 335:20, 336:3, 336:6, 339:16, 362:7, 367:10, 369:23, 370:2, 370:4, 370:15, 370:16, 370:18, 370:19, 374:17, 387:5, 391:4, 391:14, 394:6, 394:15, 397:14, 400:8, 405:21, 408:6, 408:10, 408:11, 408:16, 409:25

**yell** [1] - 304:4

**yelled** [1] - 234:12

**yelling** [5] - 160:13, 215:6, 233:13, 234:25, 312:17

**yelps** [1] - 23:10

**yesterday** [1] - 198:3

**yield** [1] - 32:16

**yisral** [1] - 82:25

**YORK** [1] - 429:4

**York** [64] - 1:16, 10:9, 23:24, 28:14, 29:6, 30:21, 30:23,

31:7, 32:20,
36:24, 39:3,
40:18, 41:17,
41:21, 42:10,
43:23, 51:9,
51:12, 66:6,
70:25, 103:10,
103:12, 105:7,
105:22, 105:23,
106:24, 107:14,
110:2, 125:14,
168:7, 171:20,
179:14, 179:20,
201:5, 220:21,
221:25, 224:13,
225:7, 225:13,
226:11, 227:23,
233:25, 236:4,
240:24, 241:14,
254:10, 280:22,
283:11, 287:13,
299:18, 328:15,
328:18, 332:14,
338:11, 343:11,
366:25, 367:3,
368:13, 373:15,
375:5, 375:17,
409:5, 413:20,
429:9

**York's** [2] - 41:18,
227:20

**Yorker** [2] - 263:4,
267:25

**Yorkers** [5] - 66:8,
243:8, 247:15,
263:11, 384:17

**young** [23] - 26:3,
26:4, 26:18,
28:18, 137:21,
160:15, 213:6,

217:19, 218:11,
223:14, 233:9,
244:2, 258:25,
277:3, 308:5,
309:7, 309:12,
311:18, 311:19,
414:6, 414:18,
415:23, 416:6

**youngest** [1] - 25:8

**yourself** [4] -
182:8, 240:7,
296:17, 309:4

**yourselves** [3] -
221:11, 346:13,
359:3

**youths** [1] - 367:9

## Z

**zero** [4] - 141:11,
296:13, 368:14

**Zionism** [2] -
289:14, 291:7

**Zionist** [1] - 58:11

**Zionists** [3] -
233:15, 234:4,
234:25

**zone** [1] - 318:12

**zoning** [1] - 355:18

**zoom** [1] - 245:22

**Zoom** [1] - 317:7

Exhibit D

**Jessica Richwalder**

---

**From:** Jessica Richwalder
**Sent:** Wednesday, August 21, 2024 10:54 AM
**To:** Adams, Thomas A <taadams@nassaucountyny.gov>
**Subject:** Notice of Motion for Temporary Restraining Order and Preliminary Injunction

Good morning Attorney Adams,

I am writing to notify you that DRNY will be filing litigation against Nassau County regarding the Mask Transparency Act. An application will be made by Plaintiffs seeking a temporary restraining order and an order directing Nassau County to show cause why they should not be preliminarily enjoined from enforcing the Mask Transparency Act.

Thank you.

Jessica Richwalder

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

G.B.; S.S.; and individuals similarly situated,

                        Plaintiffs,

    -against-

NASSAU COUNTY, NASSAU COUNTY
EXECUTIVE BRUCE BLAKEMAN, in his
official capacity,

                        Defendants.

CIVIL CASE NO. 2:24-cv-05884

**AFFIRMATION OF ATTORNEY
WILLIAM TRONSOR**

William Tronsor, Esq., an attorney admitted to practice in New York State and before this Court, hereby affirms under penalty of perjury:

1. I attended the Nassau County Legislative Session on August 5, 2024, to deliver Disability Rights New York's (DRNY) public comments on the Mask Transparency Act.

2. I arrived at the legislative building around 12:05 p.m. on August 5, 2024.

3. I wore a face mask while in the legislative building, and only briefly removed it to speak during the public hearing to read DRNY's comment to the legislators.

4. I was one of the first people to arrive for the legislative session and one of the first people to fill out a slip to reserve my spot to make a comment.

5. I sat on the right side of the room in the third row of seats in the second seat from the center aisle.

6. I introduced myself to other people entering the room. As such, many people opposed to the Mask Transparency Act sat with me on the right side of the room.

7. Several people who opposed the Mask Transparency Act thanked me for wearing a mask to protect their health.

8. Some people shared their concern that the Mask Transparency Act will target them because they have non-apparent disabilities which make them immunocompromised and therefore they wear a mask in public for their health and safety.

9. Some people shared that their family members wear masks in public to keep them safe and they were concerned about whether their family members would still be allowed to wear masks in public.

10. In addition to the Mask Transparency Act, public comment was being received at the meeting regarding a casino proposal.

11. A person opposed to the casino reserved a row of seats in the first available row on the left side of the room.

12. An individual who appeared to work for the legislature informed the casino opposition that they needed to give up ten of their reserved seats. The seats were then filled with people in favor of the Mask Transparency Act.

13. The majority of people in favor of the Mask Transparency Act sat on the left side of the room.

14. The hearing room filled to capacity, with standing room only after the seats filled.

15. The chairperson, Howard Kopel, informed everyone that they would be provided three minutes to make their comments, but the time limit would not apply to some of the elected leaders that the legislature invited to speak.

16. Chairperson Kopel first invited the elected leaders in favor of a mask ban to comment on the Mask Transparency Act.

17. Nassau County Police Chief Patrick Ryder provided testimony.

18. During Chief Ryder's testimony he stated that in spring 2020, there were more than 300 protests in Nassau County following the death of George Floyd with zero incidents of violence, no charges of criminal mischief, and no arrests.

19. Chief Ryder testified that following the events in Israel in October 2023, there have been over 100 protests in Nassau County, and reported there have been no violent incidents or issues that required Nassau County Police intervention.

20. Chief Ryder reported that crime in Nassau County is down fifteen percent.

21. A former mayor with a disability was the first person who spoke against the Mask Transparency Act, and he was loudly heckled throughout his testimony by those who supported the bill.

22. People wearing masks received the same type of heckling and harassment throughout the hearing. People in favor of the Mask Transparency Act were harassing and intimidating people wearing masks.

23. People in favor of the Mask Transparency Act yelled at individuals to take off their masks, shouted profanities, and demanded to know why people were wearing masks.

24. People in favor of the Mask Transparency Act recorded videos of people with disabilities who were wearing masks, at times demanding to know why a person wore a mask.

25. People in favor of the Mask Transparency Act threatened to cough on people who were wearing masks, and some said they hoped mask wearers got sick.

26. I witnessed some people on the left side of the room who chose not to wear a mask cross over to the right side of the room and purposefully cough on people wearing masks.

27. People in favor of the Mask Transparency Act yelled that if mask wearers were actually afraid for their health they would not have come to the hearing.

28. People in favor of the Mask Transparency Act asked how much the people in masks were being paid to be there.

29. People in favor of the Mask Transparency Act mocked and taunted people wearing masks for the type of masks they were wearing.

30. People in favor of the Mask Transparency Act regularly made statements to mask wearers that they did not believe the people wearing masks really needed them for their health.

31. Chairman Kopel allowed people who did not wear a mask to speak before those who wore a mask, even though many of the individuals wearing masks had arrived earlier at the legislative building.

32. Chairman Kopel did not invite people who wore masks to speak during the hearing, including myself, until after 5:30 p.m., approximately four hours after the legislative session began.

33. Chairman Kopel regularly allowed people who spoke in favor of the Mask Transparency Act to speak for more than three minutes during their testimony, despite his strict three-minute speech limit explained repeatedly during the public hearing.

34. Chairman Kopel stopped those opposing the Mask Transparency Act if they spoke over three minutes.

35. To stop those opposing the Mask Transparency Act at three minutes, Chairman Kopel would turn off the microphone and threaten people with police involvement and/or detainment if they did not swiftly leave the podium.

36. The speaker before my turn spoke in favor of the Mask Transparency Act. She was allowed to speak for four and a half minutes. After her three minutes expired, Chairman Kopel told her how to turn back on the microphone so she could finish her statement.

37. Immediately thereafter, I read DRNY's comments to the legislature and had to speak over loud boos and heckling from those supporting the Mask Transparency Act.

38. I was forced to turn toward the audience and ask for their cooperation to allow me to speak, with no prompt from Chairman Kopel for the audience to respect the hearing decorum.

39. I delivered DRNY's comment within the allotted three minutes.

40. As I returned to my seat from the podium, people in favor of the Mask Transparency Act continued to loudly harass people wearing masks, as they had throughout the hearing.

41. I immediately returned to the podium to request that Chairman Kopel address the ongoing harassment and intimidation being directed at people with disabilities and people wearing masks.

42. Chairman Kopel immediately turned off the microphone as I spoke and threatened to have me removed by police.

43. Legislator Carrié Solages supported my request to Chairman Kopel that he take control of the room. Mr. Solages said that I was asking the Chairman to take notice of the same issues he had already reported during the hearing to Chairman Kopel – that the Mask Transparency Act supporters were harassing and intimidating the people with disabilities and the people wearing masks in the room.

44. I thereafter returned to my seat as Mask Transparency Act supporters continued to heckle and make harassing remarks.

45. The harassment and intimidation culminated when a person opposed to the Mask Transparency Act requested to have the same additional time beyond the three minutes as Chairman Kopel had freely given to Mask Transparency Act supporters.

46. Chairman Kopel refused this request and instructed police to remove the speaker.

47. This led to a police altercation in which one person wearing a mask was arrested.

48. After the public hearing portion on the Mask Transparency Act concluded, Chairman Kopel took a vote on the Mask Transparency Act, despite a request from legislatures to stay the vote for further bill negotiations.

49. Twelve legislatures voted in favor of the Mask Transparency Act, and seven abstained.

Dated: August 22, 2024

William Tronsor, Esq.

Docusign Envelope ID: 49A65EF5-86C2-4240-959F-3B9C91239179

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

G.B.; S.S.; and individuals similarly situated,

        Plaintiffs,

    -against-

NASSAU COUNTY; NASSAU COUNTY
EXECUTIVE BRUCE BLAKEMAN, in his
official capacity,

              Defendants.

CIVIL CASE NO. **2:24-cv-05884**

**Affidavit of Plaintiff S.S.**

I, S.S.,[1] declare under penalty of perjury that the following is true and correct:

1. I am a plaintiff in the above-captioned case.

2. I am a resident of Nassau County and have lived here for 31 years.

3. I intend to live in Nassau County for the foreseeable future.

4. I have common variable immunodeficiency (CVID), kidney disease, and respiratory

    impairments.

5. Due to CVID, my body does not create its own immunoglobulins.

6. I inject myself with immunoglobulins daily and have been doing so for more than 20

    years.

7. Over 20 years ago, I contracted mononucleosis and meningoencephalitis.

8. These illnesses resulted in post-viral syndrome.

9. I have a persistent ground glass appearance in my lungs.

10. Due to my disabilities, I am at higher risk of contracting an airborne illness.

11. Due to my disabilities, it takes longer for me to recover from an airborne illness.

---

[1] This case is filed using Plaintiffs' initials and the following affidavit is executed accordingly. Plaintiffs refer this Court to their pending Motion to Proceed Anonymously and will proceed according to this Court's Order on that motion. Plaintiffs' counsel, Disability Rights New York, maintains a fully executed affidavit from each Plaintiff.

Docusign Envelope ID: 49A65EF5-86C2-4240-959F-3B9C91239179

12. Due to my disabilities, I am at higher risk of severe medical complications, including death, should I contract an airborne illness.

13. I am vaccinated against COVID-19. I last received a booster vaccine on April 23, 2024.

14. Since the COVID-19 pandemic, I continue to wear a facemask to protect me from illness whenever I leave my home and will be around other people.

15. I wear a facemask when I am inside any building besides my home.

16. I wear a KN95 mask to protect me from illness.

17. I regularly shop wearing a facemask at TJMaxx and Roosevelt Field Shopping Center in Nassau County.

18. I wear a facemask when I see any medical professionals, including dentists and doctors.

19. I wear a facemask when I go to an infusion center for biologics.

20. The infusion center is located in Great Neck, New York in Nassau County.

21. I have received sneering looks from other members of the public when I am wearing a facemask.

22. I am terrified to go into public wearing a facemask since the Mask Transparency Act was signed into law.

23. I fear harassment and assault from people in Nassau County for wearing a facemask.

24. I fear being stopped and questioned by police because I wear a facemask in Nassau County.

25. I will not remove my facemask in public under any circumstances aside from a necessary medical procedure.

26. My spouse wears a facemask when they are in public alone to protect my health.

27. My spouse wears a facemask when they are in public with me to protect my health.

2

28. On August 9, 2024, I received an email from Legislator Scott Strauss about the mask ban in Nassau County. Exhibit A.

29. The email contained an alarming image of a person wearing a medical facemask and referred to him as a "faceless thug."

30. The email and the image made me afraid to contact legislators with my concerns about the mask ban.

31. The email made me afraid to go into public wearing a medical mask.

32. I am afraid to contact police if I am harassed for wearing a medical mask in public because I do not believe they will de-escalate the situation properly.

33. I also fear all interactions with police in Nassau County because they could enforce the mask ban against me if they decide I am wearing a mask to hide my identity or if they determine I am not following their orders by keeping my facemask on at all times.

34. I am fearful that because I wear a facemask, any police interaction could result in harassment, discrimination, arrest and/or detainment.

35. I will only leave my home when necessary to avoid likely harm and threat to my life because of Nassau County's new mask ban.

36. The only way I will not fear for my safety while in public spaces and on private property is if Nassau County's Mask Transparency Act is no longer a local law that criminalizes wearing a facemask.

Dated: 8/22/2024

DocuSigned by:

# Exhibit A

**Jessica Richwalder**

---

**From:** Legislator Scott Strauss <<u>NassauCountyLegDist09@news.nassaucountyny.gov</u>>
**Subject: E-team Update from Legislator Scott Strauss**
**Date:** August 9, 2024 at 2:31:40 PM EDT

If you are having trouble viewing this message or would like to share it on a social network, you can <u>view the message online</u>.





Dear Neighbor,

On Monday, August 5th, I joined my colleagues of the Nassau County Legislative Majority in passing the Mask Transparency Act. Since last October 7th, we have seen a troubling new reality in America. Hamas's attack on Israel that fateful day has caused a surge of antisemitic incidents. Jewish residents have been threatened, intimidated, and hurt by self-proclaimed protestors wearing masks. This crucial new law balances public safety and personal freedom by targeting the misuse of masks by these dangerous individuals and helps our police in dealing with other criminal activities, while still respecting those wearing masks for legitimate health, religious, and cultural reasons.

By enacting this legislation, Nassau County is taking a proactive step to ensure that masks do not become a shield for criminal activity. The goal is not to stifle individual freedoms but to ensure that those who engage in criminal behavior are held accountable. Together, we are taking a stand in protecting our communities from those who would use anonymity as a weapon.



Sincerely,



Scott Strauss

Legislator, District 9

Visit my [Website](Website)

Follow me on [Facebook](Facebook)

Watch all Legislative Meetings [LIVE](LIVE) online!

Connect: **f**



[Unsubscribe](Unsubscribe) | [Update My Profile](Update My Profile) | [Privacy Policy](Privacy Policy)

**Theodore Roosevelt Executive & Legislative Building**

1550 Franklin Avenue
Mineola, NY 11501

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by Nassau County NY.

This email was sent to shmoys@optonline.net using govDelivery Communications Cloud on behalf of: Nassau County, New York · 1 West Street, County Courthouse, Mineola, NY 11501



Docusign Envelope ID: C346D915-2CF2-4EEF-80FB-E782C11581F4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

G.B.; S.S.; and individuals similarly situated,                    CIVIL CASE NO.  2:24-cv-05884

        Plaintiffs,

    -against-                                                   **Affidavit of Plaintiff G.B.**

NASSAU COUNTY; NASSAU COUNTY
EXECUTIVE BRUCE BLAKEMAN, in his
official capacity,

        Defendants.

I, G.B.,[1] declare under penalty of perjury that the following is true and correct:

1. I am a plaintiff in the above captioned case.

2. I am a resident of Nassau County, and I have lived here for 24 years.

3. I intend to live in Nassau County for the foreseeable future.

4. I am diagnosed with cerebral palsy and asthma.

5. I use a wheelchair for mobility.

6. Due to my disabilities, I am at higher risk of contracting an airborne illness.

7. Due to my disabilities, it takes longer for me to recover from an airborne illness.

8. Due to my disabilities, I am at higher risk of serious medical complications, including

   death, if I contract an airborne illness.

9. When I contract an airborne illness, it exacerbates the symptoms of my asthma.

10. I continue to wear a mask to protect me from illness whenever I go out in public and have

    worn a facemask since the beginning of the COVID-19 Pandemic.

---

[1] This case is filed using Plaintiffs' initials and the following affidavit is executed accordingly. Plaintiffs refer this Court to their pending Motion to Proceed Anonymously and will proceed according to this Court's Order on that motion. Plaintiffs' counsel, Disability Rights New York, maintains a fully executed affidavit from each Plaintiff.

Docusign Envelope ID: C346D915-2CF2-4EEF-80FB-E782C11581F4

11. I have many friends who have a higher risk of serious medical complications, including death, if they become infected with viral illnesses because they have disabilities.

12. I often wear facemasks around my friends to protect their health because I want to prevent any inadvertent spread of germs or illness.

13. I wear a facemask when I go in public, join events in public and private spaces, and shop at places such as the grocery store.

14. I am a disability rights activist in Nassau County and a member of Downstate NY ADAPT.

15. I have participated in rallies and protests in my community.

16. I have worn facemasks while participating in protests in the community.

17. I plan to continue to organize and/or join peaceful protests in Nassau County to advocate for the civil rights of people with disabilities.

18. I will continue to wear a facemask if I attend protests in my community.

19. I am fearful of police interaction, arrest, and detainment because I wear a facemask in Nassau County.

20. While in public and private places, strangers have come up to me since August 5, 2024, to ask me if I am sick, if I am healthy or not, and to ask why I am wearing a facemask.

21. I will continue to go out in public and private places, such as local parks, on the sidewalks, in government buildings, and into stores open to the public, while wearing a facemask.

22. I fear that people, including the police, will approach me because I wear a facemask, and will make unwanted contact with me, harass me, discriminate against me, and/or abuse me.

23. The mask ban law in Nassau County is causing me great stress and fear when I go out into the community.

24. I am afraid of interactions I may have with the police because I will not remove my facemask if asked due to concerns about my health.

25. I fear that I will be arrested just for wearing a facemask for my health because there is no standard for the police to follow to decide if I meet the health exception or not.

26. I am also concerned that I will be harassed, discriminated against, or even assaulted by people in Nassau County for going about my day with a mask on.

27. The only way I will not fear for my safety while in public spaces and on private property is if Nassau County's Mask Transparency Act is no longer a local law that criminalizes wearing a facemask.

Dated: 8/22/2024



3