UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 24-CV-5884-JMA-SIL
Date Filed: 08/23/2024

G.B.; S.S.; and individuals similarly situated

Plaintiff

vs

Nassau County; Nassau County Executive Bruce Blakeman, in his official capacilty

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **8/26/2024**, at **3:30 PM** at **1 West St., Mineola, NY 11501**, Deponent served the within Summons;Complaint;Exhibits to the Complaint; Motion to Proceed Anonymously;Memorandum of Law in Support of Plaintiffs' Motion to Proceed Anonymously;Motion for Preliminary Injunction and Temporary Restraining Order;Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order;Proposed Order to Show Cause on Motion for Preliminary Injunction and Temporary Restraining Order;Attorney Affirmation and Exhibits in Support of Motion for Preliminary Injunction and Temporary Restraining Order, , ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Nassau County**, therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **LAUREN RUBENFELD** said individual to be **Managing Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of LAUREN RUBENFELD is as follows:

**Sex**: Female   **Color of skin**: White   **Color of hair:** Blonde   **Age**: 48
**Height**: 5ft0in-5ft3in   **Weight**: 131-160 Lbs.   **Other** :

Sworn to before me on August 26, 2024

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: 2439962

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 2449873

ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC,
6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771