UNITED STATES DISTRICT COURT  FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 24-CV-5884-JMA-SIL

Date Filed: 08/23/2024

G.B.; S.S.; and individuals similarly situated

VS

Plaintiff

Nassau County; Nassau County Executive Bruce Blakeman, in his official capacilty

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **8/26/2024**, at **3:30 PM** at **1 West St., Mineola, NY 11501**, Deponent served the within  Summons;Complaint;Exhibits to the Complaint; Motion to Proceed Anonymously;Memorandum of Law in Support of Plaintiffs' Motion to Proceed Anonymously;Motion for Preliminary Injunction and Temporary Restraining Order;Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order;Proposed Order to Show Cause on Motion for Preliminary Injunction and Temporary Restraining Order;Attorney Affirmation and Exhibits in Support of Motion for Preliminary Injunction and Temporary Restraining Order, , ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Bruce Blakeman, County Executive** , therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **LAUREN RUBENFELD (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **LAUREN RUBENFELD** is as follows:

**Sex**: Female   **Color of skin**: White   **Color of hair:** Blonde   **Age**: 48
**Height**: 5ft0in-5ft3in   **Weight**: 131-160 Lbs.   **Other** :

On **August 26, 2024**, service was completed by mailing a true copy of the above stated document(s) to the  subject's  above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential"  not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York .

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on August 26, 2024

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: 2439962

Process Server, Please Sign
Kevin Miller

Lic#  N/A

Job #: 2449872