UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 24-CV-5884-JMA-SIL
Date Filed: 08/23/2024

G.B.; S.S.; and individuals similarly situated

Plaintiff

vs

Nassau County; Nassau County Executive Bruce Blakeman, in his official capacilty

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **8/28/2024**, at **2:40 PM** at **ONE WEST STREET , Mineola, NY 11501**, Deponent served the within **NOTICE OF ELECTRONIC FILING/ELECTRONIC SCHEDULING ORDER** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **COUNTY OF NASSAU** , Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **MARILYN CANARELLI** said individual to be **Managing Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of MARILYN CANARELLI is as follows:

**Sex**: Female  **Color of skin**: White  **Color of hair:** Gray  **Age**: 64
**Height**: 5ft0in-5ft3in  **Weight**: Over 200 Lbs.  **Other** :

Sworn to before me on August 29, 2024

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: 2440484

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 2450339

ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC,
6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771