UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 24-CV-5884-JMA-SIL
Date Filed: 08/23/2024

G.B.; S.S.; and individuals similarly situated

Plaintiff

vs

Nassau County; Nassau County Executive Bruce Blakeman, in his official capacilty

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 8/28/2024, at 2:40 PM at ONE WEST STREET , Mineola, NY 11501, Deponent served the within **NOTICE OF ELECTRONIC FILING/ELECTRONIC SCHEDULING ORDER** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: BRUCE BLAKEMAN, COUNTY EXECUTIVE , Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **MARILYN CANARELLI (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **MARILYN CANARELLI** is as follows:

**Sex**: Female  **Color of skin**: White  **Color of hair:** Gray  **Age**: 64
**Height**: 5ft0in-5ft3in  **Weight**: Over 200 Lbs.  **Other** :

On **August 29, 2024**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on August 29, 2024

_[signature]_
Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

Client's File No.: 24404843

_[signature]_
Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 2450340

ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC,
6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771