

September 20, 2024

The Honorable Joan M. Azrack
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  Re: *G.B. et al. v. Nassau County et al.*, 2:24-CV-05884-JMA-SIL

Dear Judge Azrack:

  Disability Rights New York (DRNY) is counsel for Plaintiffs in the above-captioned matter. Plaintiffs request leave to supplement their support of their pending Motion for Preliminary Injunction and Temporary Restraining Order, Dkt. 3, with the attached newly emerged evidence.

  A Nassau County Official, Legislator Carrié Solages, made two social media posts via his Instagram account regarding rallies in Nassau County. On September 15, 2024, he posted a flyer advertising an "End Hate Against Haitians & Migrants Rally," which stated that "no facemask" would be permitted at the event. Exhibit A.[1] On September 14, 2024, Legislator Solages posted an invitation for people to join him at a rally and stated, "I asked respectfully that because of the new MASK law to not wear a mask to conceal your face." Exhibit B.[2] Both posts were made shortly after Plaintiffs filed their Reply Memorandum of Law last week. Dkt. 20.

  Both social media posts are made by a party opponent and demonstrate that Nassau County is excluding Plaintiffs from the public sphere because of the Mask Ban. These posts are relevant not only to Plaintiffs' standing but also to their currently pending motion for immediate injunctive relief.

  Plaintiffs can provide further information or briefing at the Court's request. Thank you

---

[1] https://www.instagram.com/p/C_6ui9ovmb9/
[2] https://www.instagram.com/p/C_4PdnMP3pS/

 

Phone: 518-432-7861   TTY: 518-512-3448   Fax: 518-427-6561

for your continued attention to this matter.

Sincerely,

Jessica Richwalder
Attorney for Plaintiffs

279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144

DRNY has office locations in
**Albany | Brooklyn | Rochester**

Phone
518-432-7861

TTY
518-512-3448

Fax
518-427-6561