Exhibit A

**carriesolages** • Follow

**carriesolages** #StopHaitianHate
4d

**carriesolages** Someone just asked me if they can bring their dog.
4d  1 like

88 likes
4 days ago

Comments on this post have been limited.

# END HATE AGAINST HAITIANS & MIGRANTS

## RALLY

**WED 18 SEPT**

**3PM UNTIL!**

ALL HAITIANS, HAITIAN AMERICANS, MIGRANTS AND DECENT PEOPLE ARE INVITED

**STAND WITH US!**

JOIN US IN CALLING ON TRUMP AND HIS SUPPORTERS TO DENOUNCE AND END THE HATEFUL LIES AND RHETORIC DIRECTED AT HAITIANS AND OTHER MIGRANTS!

**MEET @ CORNER OF HEMPSTEAD TPKE AND UNIONDALE AVE (NEAR MCDONALD'S)**

1110 Hempstead Tpke Uniondale NY 11553.

NO FACEMASK

Exhibit B

**carriesolages** • Follow
Original audio

**carriesolages** ✓ I joined Haitian American cultural organizations, faith leaders, and residents at Bethany French Baptist Church in Elmont to demand that local elected officials denounce the hateful, false, and racist remarks made by former President Donald Trump, U.S. Senators J.D. Vance, and Ted Cruz. The debunked claims falsely accuse Haitian immigrants of eating cats, dogs, and other pets, sparking outrage across the Haitian community.

The rally highlighted the harm caused by these racist comments and call on elected leaders in Nassau County and across America to unequivocally condemn these attacks. Community members stressed the urgent need for unity and action to stand against the spread of dangerous, unsubstantiated rhetoric targeting immigrants.

I need your help joining me at a rally next week to let President Trump know that what he said about certain immigrant groups is unacceptable, un-American, and downright destructive. as you may know President Trump is coming to Nassau county next week. I spoke today with the police commissioner and the Nassau County police will be creating a free speech zone in front of the coliseum. I have worked with the county police before in making sure that many of the protests during the Black Lives Matter movement were peaceful and safe and this one will be peaceful and safe. I asked respectfully that because of the new MASK law to not wear a mask to conceal your face. In addition, the Colosseum is now private property due to the 5 billion dollar resort destination it will become. The resort destination will make all of us proud, but because it is a private property, we are not allowed to be on the grounds of that property. More details are coming. #nassaucounty
5d

124 likes
5 days ago

Comments on this post have been limited.

