**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G.B. and S.S.,

                Plaintiffs,

- against -

NASSAU COUNTY and NASSAU COUNTY EXECUTIVE BRUCE BLAKEMAN, *in his official capacity,*

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 24-5884 (JMA) (SIL)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 25, 2024, dismissing the Complaint without prejudice and without leave to amend, denying Plaintiffs' injunction motion as moot, and respectfully directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs G.B. and S.S. take nothing of Defendants Nassau County and Nassau County Executive Bruce Blakeman; that the Complaint is dismissed without prejudice and without leave to amend; that Plaintiffs' injunction motion is denied as moot; and that this case is closed.

Dated: September 26, 2024
        Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT

                                          BY:    /S/ JAMES J. TORITTO
                                                            DEPUTY CLERK